IH-32                                                                                                                          Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

___

### Full Caption of Later Filed Case:

ADRIAN HEILBUT, JESSE BRODKIN,
ENEA MILIORIS

| Plaintiff | Case Number |
|---|---|
| vs. | |
| CASSAVA SCIENCES, INC. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

CASSAVA SCIENCES, INC.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:22-cv-09409-GHW-OTW |
| DAVID BREDT, GEOFFREY PITT, QUINTESSENTIAL CAPITAL MANAGEMENT LLC, ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS and PATRICK MARKEY | |
| Defendant | |

IH-32                                                                                                       Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open    (If so, set forth procedural status and summarize any court rulings.)

Plaintiffs filed a notice of voluntary dismissal of certain claims (those against Plaintiffs here) on August 2, 2024. On August 5, 2024, Judge Woods endorsed the stipulation of dismissal. The case has remains administratively open.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiffs bring the newly-filed case under New York State's anti-SLAAP statute to recover attorneys' fees and other damages caused by Defendant's prosecution of the earlier-filed case, which was a meritless libel lawsuit against them in a clear effort to punish and suppress public participation in scientific and popular discourse related to Cassava's ostensible drug candidate simufilam.

Signature: /s/ Isaac B. Zaur                                              Date: August 6, 2024

Firm: Clarick Gueron Reisbaum LLP