UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS,<br><br>      Plaintiffs,<br><br>      v.<br><br>CASSAVA SCIENCES, INC.,<br><br>      Defendant. | Case No. 1:24-cv-05948<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, David Kumagai, of the law firm Clarick Gueron Reisbaum LLP, hereby enter an appearance as counsel on behalf of plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris in the above-captioned matter. I am admitted to practice in this Court.

Dated: New York, New York
       August 7, 2024

CLARICK GUERON REISBAUM LLP

By:    /s/ David Kumagai
      David Kumagai

220 Fifth Avenue, 14th Floor
New York, New York 10001
Phone: (212) 633-4310
Fax: (646) 478-9484
Email: dkumagai@cgr-law.com