# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:24-CV-05948-JLR                                                                                              Date Filed: _____

Plaintiff:
**Adrian Heilbut, Jesse Brodkin, and Enea Milioris**

vs.

Defendant:
**Cassava Sciences, Inc., Remi Barbier, and Lindsay Burns**

For:
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
14th Floor
New York, NY 10001

Received by Ryan Schedler on the 28th day of October, 2024 at 12:10 pm to be served on **Cassava Sciences, Inc., Attn: Eric J. Schoen, 6801 North Capital of Texas Hwy, Suite 300, Austin, Travis County, TX 78731**.

I, Ryan Schedler, do hereby affirm that on the **29th day of October, 2024** at **11:25 am, I:**

served a **BUSINESS ENTITY** by personally delivering a true copy of the **Summons in a Civil Action, First Amended Complaint, Notice of Initial Pretrial Conference, and Individual Rules of Practice in Civil Cases** with the date of service endorsed thereon by me, to: **Robert Christopher Cook** as **General Counsel** for **Cassava Sciences, Inc.**, at the address of: **6801 North Capital of Texas Hwy, Suite 300, Austin, Travis County, TX 78731**.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 165, Hair: Grey, Glasses: N

*I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.*

*My name is Ryan Schedler. My date of birth is 5/8/1995. My work address is 711 W 32nd Street, Austin, TX 78705. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on October 29, 2024 by Ryan Schedler, declarant.*

_____
**Ryan Schedler**
PSC-20036; EXP 9/30/2025

**Serving By Irving, Inc.**
**18 East 41st Street**
**Ste 1600**
**New York, NY 10017**
**(212) 233-3346**

Our Job Serial Number: MST-2024009677
Ref: Milioris vs. Cassava

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a