# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:24-CV-05948-JLR                                             Date Filed: _____

Plaintiff: **Adrian Heilbut, Jesse Brodkin, and Enea Milioris**
vs.
Defendant: **Cassava Sciences, Inc., Remi Barbier, and Lindsay Burns**

For:
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
14th Floor
New York, NY 10001

Received by Tom Kroll on the 25th day of October, 2024 at 2:36 pm to be served on **Lindsay Burns, 3800 Cassava Drive, Austin, Travis County, TX 78746.**

I, Tom Kroll, do hereby affirm that on the **28th day of October, 2024** at **12:02 pm, I:**

**POSTED** by attaching a true copy of the **Summons in a Civil Action, First Amended Complaint, Notice of Initial Pretrial Conference, and Individual Rules of Practice in Civil Cases** with the date of service endorsed thereon by me, to the locked front gate of the within named person's residence at the address of: **3800 Cassava Drive, Austin, Travis County, TX 78746.**

I first attempted personal delivery to anyone at the listed address over the age of sixteen, but no such person was available at the time of my attempt. Placing the documents inside the premises through a door mail chute, or by slipping it under the front door was not an option at this address; therefore, I securely affixed the documents to the locked gate/main entry at **3800 Cassava Drive, Austin, Travis County, TX 78746.**

Additional Information pertaining to this Service:

**10/25/2024  4:24 pm**  Attempted service at 3800 Cassava Drive, Austin, TX 78746. The property was gated, and there was no response when I attempted contact. One vehicle with Texas license plate RFF[redacted] was observed. A vehicle registration search conducted through the TLO Database showed that Texas license plate RFF[redacted] is registered to Remi Barbier. I left a note on the door.

**10/26/2024  8:17 am**  Attempted service at 3800 Cassava Drive, Austin, TX 78746. The property was gated with no access. The note previously left on the gate was no longer there. I honked, but there was no response.

**10/28/2024  12:02 pm**  Attempted service at 3800 Cassava Drive, Austin, TX 78746. The property was gated with no access, so I posted the documents to the gate.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. My name is Tom Kroll. My date of birth is 7/5/1958. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on October 28, 2024 by Tom Kroll, declarant.

*[signature]*

Tom Kroll
PSC-3012, Exp. 08/31/2025

Serving By Irving, Inc.
18 East 41st Street
Ste 1600
New York, NY 10017
(212) 233-3346

Our Job Serial Number: MST-2024009674
Ref: Milioris vs. Cassava

10/28/2024 12:02 PM
3800 Cassava Drive
Austin, TX 78746

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:24-CV-05948-JLR                                              Date Filed: _____

Plaintiff:
**Adrian Heilbut, Jesse Brodkin, and Enea Milioris**

vs.

Defendant:
**Cassava Sciences, Inc., Remi Barbier, and Lindsay Burns**

For:
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
14th Floor
New York, NY 10001

Received by Markus Fagerberg on the 28th day of October, 2024 at 1:25 pm to be served on **Lindsay Burns, 3800 Cassava Drive, Austin, Travis County, TX 78746**.

I, Markus Fagerberg, do hereby affirm that on the **28th day of October, 2024** at **5:00 pm**, I:

**SERVICE BY US FIRST CLASS MAIL,** by sending a true copy of the **Summons in a Civil Action, First Amended Complaint, Notice of Initial Pretrial Conference, and Individual Rules of Practice in Civil Cases** to: **Lindsay Burns** at the address of: **3800 Cassava Drive, Austin, Travis County, TX 78746**. I sent the listed documents with the date of mailing endorsed thereon by me, in compliance with state statutes.

**Additional Information pertaining to this Service:**

**10/28/2024**  Sent via USPS First Class Mail to Lindsay Burns at 3800 Cassava Drive, Austin, TX 78746, marked, 'Personal and Confidential.'

*I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on October 29, 2024 by Markus Fagerberg, declarant.*

*[signature: Markus Fagerberg]*

**Markus Fagerberg**
PSC- 23308; Exp. 09/30/2025

**Serving By Irving, Inc.
18 East 41st Street
Ste 1600
New York, NY 10017
(212) 233-3346**

Our Job Serial Number: MST-2024009674
Ref: Milioris vs. Cassava

Austin Process LLC
1100 Nueces
Austin, TX 78701

$4.61
US POSTAGE
FIRST-CLASS

Lindsay Burns
3800 Cassava Drive
Austin, TX 78746

Personal and Confidential