UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,

                Plaintiffs,

-against-

CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,

                Defendants.

No. 1:24-cv-05948 (JLR) (OTW)

**REVISED SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for **December 5, 2024**, at **10:30 AM** is RESCHEDULED for **December 4, 2024**, at **11:00 AM** in Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York.

    The parties are reminded that they must file on ECF no later than **ten days before December 4, 2024,** a joint letter, the contents of which is described in the Court's order scheduling the initial pretrial conference (Docket No. 8), as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter.

Dated: November 12, 2024
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge