AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Adrian Heilbut, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-5948 |
| Cassava Sciences, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Remi Barbier and Dr. Lindsay Burns          .

Date:     11/18/2024

s/Michael A. Vatis
*Attorney's signature*

Michael A. Vatis (SBNY# 2258655)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
*Address*

mvatis@beneschlaw.com
*E-mail address*

(646) 593-7050
*Telephone number*

(646) 755-3397
*FAX number*