

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

November 18, 2024

Hon. Judge Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
Courtroom 20B
500 Pearl St.
New York, NY 10007-1312

Re:  *Heilbut et al. v. Cassava Sciences, Inc., et al.*, Case No. 1:24-cv-5948

Dear Judge Rochon:

Counsel for A. Heilbut, J. Brodkin, and E. Milioris ("Plaintiffs") and counsel for Defendants Remi Barbier and Dr. Linsday Burns (the "Individual Defendants") jointly file this letter to notify the Court that they have met and conferred and agreed jointly to request an extension of time to submit the following motion papers:

| Document | Original Due Date | Requested Extension |
|---|---|---|
| Individual Defendants' Motion to Dismiss ("Motion") | November 19, 2024 | December 17, 2024 |
| Plaintiffs' Opposition to the Motion | December 3, 2024 | January 30, 2025 |
| Individual Defendants' Reply to Plaintiffs' Opposition to the Motion | December 17, 2024 | February 20, 2025 |

The Individual Defendants have not filed any previous requests for an extension in this case. The schedule requested here mirrors the schedule requested by Cassava and the Plaintiffs on Friday, November 15. All parties to this matter have consented to this extension. In consideration of Plaintiffs' consent to this extension, the Individual Defendants have agreed to accept service via their undersigned counsel and to waive any defenses predicated upon any asserted defect in service, while reserving all other defenses.

We thank the Court for its attention to this matter.

Very truly yours,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

/s/ *Michael Vatis*
Michael Vatis