**Benesch**

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

November 15, 2024

Hon. Judge Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
Courtroom 20B
500 Pearl St.
New York, NY 10007-1312

The request is **GRANTED**. The parties' briefs shall be due on the dates set forth below.

**SO ORDERED.**

Dated: November 18, 2024
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   ***Heilbut et al. v. Cassava Sciences, Inc., et al.***, Case No. 1:24-cv-5948

Dear Judge Rochon:

Counsel for A. Heilbut, J. Brodkin, and E. Milioris ("Plaintiffs") and counsel for Cassava Sciences, Inc. ("Cassava") (collectively, the "Parties") jointly file this letter to notify the Court that the Parties met and conferred and agreed jointly to request an extension of time to submit the following motion papers:

| Document | Original Due Date | Requested Extension |
|---|---|---|
| Cassava's Motion to Dismiss ("Motion") | November 19, 2024 | December 17, 2024 |
| Plaintiffs' Opposition to the Motion | December 3, 2024 | January 30, 2025 |
| Cassava's Reply to Plaintiffs' Opposition to the Motion | December 17, 2024 | February 20, 2025 |

No previous requests for extension have been filed in this case. All Parties who have appeared to date have consented to this extension. In consideration of Plaintiffs' consent to this extension, Cassava has agreed to accept service via their undersigned counsel and to waive any defenses predicated upon any asserted defect in service, while reserving all other defenses.

We thank the Court for its attention to this matter.

Very truly yours,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

/s/ *Michael Vatis*
Michael Vatis