UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER and LINDSAY BURNS,<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>Judge Jennifer L. Rochon<br><br>**AFFIDAVIT OF MICHAEL B. SILVERSTEIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**STATE OF OHIO** )
                          )SS:
**COUNTY OF FRANKLIN** )

    MICHAEL B. SILVERSTEIN, being first duly sworn, deposes and states as follows:

    1.    I am an attorney in good standing in the State of Ohio. I submit this affidavit in accordance with the Court's requirements for admission pro hac vice and state the following.

    2.    I am an associate at the law firm Benesch, Friedlander, Coplan, & Aronoff LLP, counsel for Defendants Cassava Sciences, Inc., Remi Barbier and Dr. Lindsay Burns in the above-captioned matter.

    3.    My office address and telephone number is:

        41 South High Street, Suite 2600
        Columbus, OH 43215
        Telephone: (614) 223-9300

    4.    I am admitted to the Bar of the State of Ohio. I am a member in good standing of the following courts: Ohio State Courts, the United States District Court for the Southern District of Ohio, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, and the United States Court of Appeals for the Eleventh Circuit.

5. I am currently in good standing with all states, courts and bars in which I am admitted.

6. I have never been convicted of a felony. I have never been disbarred or denied admission or readmission by any court.

7. There are no disciplinary proceedings pending against me in any court or state bar.

8. A certificate of good standing issued within 30 days from the Supreme Court of Ohio is filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Gahanna, Ohio, on November 26, 2024.

                                                                                      Michael B. Silverstein
                                                                                      Ohio Bar No. 0098036

STATE OF OHIO             )
                                   )ss:
COUNTY OF FRANKLIN  )

SWORN TO BEFORE ME, a notary public in and for the State of Ohio this 26th day of November, 2024.

                                                                                      Notary Public
                                                                                      (My Commission Expires 02/03/2029)

[SEAL]



Notarial Act Performed by Audio visual communication