UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER and LINDSAY BURNS,<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>Judge Jennifer L. Rochon<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF MICHAEL B. SILVERSTEIN** |

    The motion of Michael B. Silverstein for admission to practice Pro Hac Vice in the above-captioned matter is GRANTED.

    Applicant has declared that he is a member in good standing of the Bar of Ohio, and that his contact information is as follows:

> Michael B. Silverstein
> Benesch, Friedlander, Coplan & Aronoff LLP
> 41 South High Street, Suite 2600
> Columbus, OH 43215
> Telephone: (614) 223-9300

    Applicant having requested admission Pro Hac Vice for all purposes as counsel for Defendants Cassava Sciences, Inc., Remi Barbier and Dr. Lindsay Burns in the above-entitled action.

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                                                                   United States District/Magistrate Judge