# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND LINDSAY BURNS,<br><br>　　　　　Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>**AFFIDAVIT OF CAITLIN A. KOVACS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**STATE OF ILLINOIS**　　　　　)
　　　　　　　　　　　　　　　)SS:
**COUNTY OF COOK**　　　　　　)

CAITLIN A. KOVACS, being duly sworn, deposes and states as follows:

1. I am an attorney in good standing in the State of Illinois. I submit this affidavit in accordance with the Court's requirements for admission pro hac vice and state the following.

2. I am a partner at the law firm Benesch, Friedlander, Coplan, and Aronoff LLP, counsel for Defendants Cassava Sciences, Inc., Remi Barbier and Dr. Lindsay Burns in the above-captioned matter.

3. My office address and telephone number is:

   71 South Wacker Drive, Suite 1600
   Chicago, IL 60606
   Telephone: (312) 212-4949

4. I am admitted to the Bar of the State of Illinois. I am a member in good standing of the following courts: Illinois State Court and the United States District Court for the Northern District of Illinois.

5. I am currently in good standing with all states, courts, and bars in which I am admitted.

6. I have never been convicted of a felony. I have never been disbarred or denied admission or readmission by any court.

7. There are no disciplinary proceedings pending against me in any court or state bar.

8. A certificate of good standing issued within 30 days from the Supreme Court of Illinois is filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Chicago, Illinois on November 27, 2024.

_____
Caitlin A. Kovacs
Illinois ARDC No. 6313273

STATE OF ILLINOIS   )
                    )ss:
COUNTY OF COOK      )

SWORN TO BEFORE ME, a notary public in and for the State of Illinois this 27 day of November, 2024.

_____
Notary Public
(My Commission Expires 6/3/28 )

[SEAL]

Official Seal
JACKLYN ALICEA-MALDONADO
Notary Public, State of Illinois
Commission No. 798047
My Commission Expires June 3, 2028