UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>  Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>  Proposed-Intervenor Plaintiffs,<br><br>  v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>  Defendants. | Case No. 1:24-cv-05948-JLR-OTW<br><br>**NOTICE OF MOTION TO INTERVENE** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated December 2, 2024, the accompanying Declaration of Jeffrey A. Simes dated December 2, 2024, and the exhibit attached thereto, Proposed-Intervenor Plaintiffs David Bredt and Geoffrey Pitt will move this Court before the Honorable Jennifer Rochon, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl St., Courtroom 20B, New York, NY 10007, at such date as the Court will determine, for an order pursuant to Rule 24 of the Federal Rules of Civil Procedures granting their motion to intervene in this case as plaintiffs, and for such other further relief this Court may deem just and proper.

1

Dated: December 2, 2024
New York, New York

        GOODWIN PROCTER LLP

        */s/ Jeffrey A. Simes*
        Jeffrey A. Simes
        Meghan K. Spillane
        620 Eighth Avenue
        New York, NY 10018
        Tel.: (212) 813-8800
        Fax: (212) 355-3333
        jsimes@goodwinlaw.com
        mspillane@goodwinlaw.com

*Attorneys for Proposed-Intervenor Plaintiffs David Bredt and Geoffrey Pitt*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, a true and correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.

<u>/s/ Jeffrey A. Simes</u>