UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>　　　　Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>　　　　Proposed-Intervenor Plaintiffs,<br><br>　　　v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>　　　　Defendants. | Case No. 1:24-cv-05948-JLR-OTW |

**DECLARATION OF JEFFREY A. SIMES IN SUPPORT OF
DAVID BREDT'S AND GEOFFREY PITT'S MOTION TO INTERVENE**

I, Jeffrey A, Simes, declare as follows pursuant to 28 U.S.C. § 1746:

　　1.　　I am an attorney at the law firm of Goodwin Procter LLP, with offices at 620 Eighth Avenue, New York, New York 10018, which represents Proposed-Intervenor Plaintiffs David Bredt and Geoffrey Pitt in the above-captioned action. I am duly admitted to practice law before the Southern District of New York.

　　2.　　I submit this declaration in support of David Bredt's and Geoffrey Pitt's motion to intervene.

　　3.　　Attached as Exhibit A hereto is a true and correct copy of the Complaint in Intervention.

　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1

Executed this 2nd day of December 2024, in New York, New York.

By: */s/ Jeffrey A. Simes*
Jeffrey A. Simes

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, a true and correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.

*/s/ Jeffrey A. Simes*
