# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER and LINDSAY BURNS,<br><br>Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>Judge Jennifer L. Rochon<br><br>**AFFIDAVIT OF J. ERIK CONNOLLY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**STATE OF ILLINOIS** )
                     )SS:
**COUNTY OF COOK**    )

J. ERIK CONNOLLY, being duly sworn, deposes and states as follows:

1. I am an attorney in good standing in the State of Illinois and New York. I submit this affidavit in accordance with the Court's requirements for admission *pro hac vice* and state the following.

2. I am a partner at the law firm Benesch, Friedlander, Coplan, and Aronoff LLP, counsel for Defendants Cassava Sciences, Inc., Remi Barbier and Dr. Lindsay Burns in the above-captioned matter.

3. My office address and telephone number is:

   71 South Wacker Drive, Suite 1600
   Chicago, IL 60606
   Telephone: (312) 212-4949

4. I am admitted to the Bars of the State of Illinois and New York. I am a member in good standing of the following courts: the United States District Court for the Northern District of Illinois; the Illinois Trial Bar; the United States Court of Appeals for the Seventh Circuit; and the United States District Court for the Eastern District of Michigan.

5.  I am currently in good standing with all states, courts and bars in which I am admitted.

6.  I have never been convicted of a felony. I have never been disbarred or denied admission or readmission by any court.

7.  There are no disciplinary proceedings pending against me in any court or state bar.

8.  Certificates of good standing issued within 30 days from the Supreme Court of Illinois and New York are filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Chicago, Illinois on December 3, 2024.

                                                                   _____
                                                                   J. Erik Connolly
                                                                   Illinois ARDC No. 6269558
                                                                   New York State Bar No. 6133276

STATE OF ILLINOIS     )
                                    )SS:
COUNTY OF COOK     )

SWORN TO BEFORE ME, a notary public in and for the State of Illinois this 3rd day of December, 2024.

                                                                   _____
                                                                   Notary Public
                                                                   (My Commission Expires 6/3/28)

[SEAL]

> Official Seal
> JACKLYN ALICEA-MALDONADO
> Notary Public, State of Illinois
> Commission No. 798047
> My Commission Expires June 3, 2028

2