# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HEILBUT, JESSEE BRODKIN,
ENEA MILIORIS,

      Plaintiffs,

v.

CASSAVA SCIENCES, INC., REMI
BARBIER and LINDSAY BURNS,

      Defendants.

Civil Action No. 1:24-cv-05948-JLR

Judge Jennifer L. Rochon

**[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE* OF
J. ERIK CONNOLLY**

The motion of J. Erik Connolly for admission to practice Pro Hac Vice in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the Bars of Illinois and New York, and that his contact information is as follows:

> J. Erik Connolly
> Benesch, Friedlander, Coplan & Aronoff LLP
> 71 South Wacker Drive, Suite 1600
> Chicago, IL 60606
> Telephone: (312) 212-4949

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Defendants Cassava Sciences, Inc., Remi Barbier and Dr. Lindsay Burns in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge