AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS ) <br> *Plaintiff* ) <br> v. ) <br> CASSAVA SCIENCES, INC., ) <br> *Defendant* | Case No. 1:24-cv-05948 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed-Intervenor Plaintiffs David Bredt and Geoffrey Pitt

Date: 12/3/2024

/s/ Jeffrey A. Simes
*Attorney's signature*

Jeffrey A. Simes (JS7060)
*Printed name and bar number*

Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
*Address*

jsimes@goodwinlaw.com
*E-mail address*

(212) 813-8879
*Telephone number*

(212) 355-3333
*FAX number*