UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, et al.,<br><br>                           Plaintiffs,<br><br>           v.<br><br>CASSAVA SCIENCES, INC., et al.,<br><br>                           Defendants. | Case No. 1:24-cv-05948 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 2, 2024, Dr. David Bredt and Dr. Geoffrey Pitt filed a motion to intervene as Plaintiffs in this action as a matter of right, *see* Federal Rule of Civil Procedure Rule 24(a)(2), or alternatively, as a matter of discretion, *see id.* 24(b)(1). Dkt. 30 ("Motion to Intervene"). On December 6, 2024, all existing parties filed a joint letter indicating their consent to the Motion to Intervene. Dkt. 38.

Accordingly, the Motion to Intervene is GRANTED as unopposed. The Clerk of Court is respectfully requested to terminate Dkt. 30.

It is further ORDERED that the parties shall submit a revised joint proposed case management plan no later than December 16, 2024.

Dated: December 9, 2024
       New York, New York

                                               SO ORDERED.

                                               *Jennifer Rochon*
                                               JENNIFER L. ROCHON
                                               United States District Judge