# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS,<br><br>  Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>  Intervenor-Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>  Defendants. | Civil Action No.  1:24-cv-05948-JLR |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS INTERVENOR-PLAINTIFFS DAVID BREDT AND GEOFFREY PITT'S COMPLAINT IN INTERVENTION

**PLEASE TAKE NOTICE** that upon filing the accompanying memorandum of law Defendants Cassava Sciences, Inc., Remi Barbier, and Dr. Lindsay Burns (collectively, "Defendants") by and through their counsel, Benesch, Friedlander, Coplan & Aronoff LLP, hereby move this Court for an Order (a) dismissing with prejudice Intervenor-Plaintiffs David Bredt and Geoffrey Pitt's Complaint in Intervention pursuant to Federal Rule of Civil Procedure 12(b)(6) and for such other and further relief as the Court deems just and proper.

Dated:  January 9, 2025                    Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**

*/s/ J. Erik Connolly* _____
J. Erik Connolly (*pro hac vice*)
Illinois ARDC No. 6269558
New York State Bar No. 6133276
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email:  EConnolly@beneschlaw.com

Caitlin A. Kovacs (*pro hac vice*)
Illinois ARDC No. 6313273
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email:  CKovacs@beneschlaw.com

Michael B. Silverstein (*pro hac vice*)
Ohio Bar No. 0098036
41 South High Street, Suite 2600
Columbus, OH 43215
Telephone: (614) 223-9300
Facsimile:  (614) 223-9330
Email: msilverstein@beneschlaw.com

Michael A. Vatis
New York State Bar No. 2258655
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
Email: mvatis@beneschlaw.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, Erik Connolly, hereby certify that a copy of the foregoing Notice of Motion to Dismiss, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 9, 2024.

Dated: January 9, 2024                    */s/ J. Erik Connolly*