UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
ADRIAN HEILBUT, JESSE BRODKIN, AND, ENEA MILIORIS    Plaintiff,

Case No. 24-cv-05948 (JLR)

-against-

CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BUR    Defendant.
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending        ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

David Kumagai
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DK886_____    My State Bar Number is 5401161_____

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: CLARICK GUERON REISBAUM LLP_____
             FIRM ADDRESS: 220 Fifth Avenue, 14th Floor, New York, NY 10001____
             FIRM TELEPHONE NUMBER: 212-633-4310_____
             FIRM FAX NUMBER: 646-478-9484_____

NEW FIRM:    FIRM NAME: CLARICK GUERON REISBAUM LLP_____
             FIRM ADDRESS: 41 Madison, 23rd Floor, New York, NY 10010_____
             FIRM TELEPHONE NUMBER: 212-633-4310_____
             FIRM FAX NUMBER: 646-478-9484_____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 02/03/2025

/s/David Kumagai_____
ATTORNEY'S SIGNATURE