

Michael B. Silverstein
41 S High Street, Suite 2600
Columbus, Ohio 43215-6164
Direct Dial: 614.223.9362
Fax: 312.767.9192
msilverstein@beneschlaw.com

February 4, 2025

Hon. Judge Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
Courtroom 20B
500 Pearl St.
New York, NY 10007-1312

      Re:    ***Heilbut et al. v. Cassava Sciences, Inc., et al.***, Case No. 1:24-cv-5948
            Remote Conference regarding Defendants' Request for a Discovery Stay

Dear Judge Rochon:

    Pursuant to Rule 2(b) of Your Honor's Individual Rules of Practice, the below is a list of names, telephone numbers, and email addresses of counsel who may speak during the remote conference scheduled for Thursday, February 6, 2025, at 10:30 a.m. [Dkt. 54.]

| CLARICK GUERON REISBAUM LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| Isaac Zaur<br>(212) 633-4314<br>izaur@cgr-law.com | Michael B. Silverstein<br>(614) 223-9362<br>msilverstein@beneschlaw.com |
| Dave Kumagai<br>(646) 398-5069<br>dkumagai@cgr-law.com | Caitlin Kovacs<br>(312) 624-6392<br>ckovacs@beneschlaw.com |
| *Attorneys for Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris* | *Attorneys for Defendants Cassava Sciences, Inc., Remi Barbier, and Dr. Lindsay Burns* |

Hon. Judge Jennifer L. Rochon
February 4, 2025
Page 2

GOODWIN PROCTER LLP

Jeffrey A. Simes
(212) 813-8879
jsimes@goodwinlaw.com

Meghan K. Spillane
(212) 459-7193
mspillane@goodwinlaw.com

*Attorneys for Intervenor-Plaintiffs Dr. David Bredt and Dr. Geoffrey Pitt*

    Thank you for your attention to this matter.

        Very truly yours,

        BENESCH, FRIEDLANDER,
          COPLAN & ARONOFF LLP

        Michael B. Silverstein