UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>    Intervenor-Plaintiffs,<br><br>  v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>    Defendants. | Case No. 1:24-cv-05948-JLR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven J. Fink of the Law Office of Steven J. Fink PLLC hereby appears as counsel for defendants Remi Barbier and Dr. Lindsay Burns (together, "Defendants") in the above-captioned action and that all papers in this action should be served upon him at the address listed below. Defendants expressly reserve all of their rights and defenses, whether jurisdictional, procedural, substantive, or otherwise, including lack of personal jurisdiction.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
February 18, 2025

LAW OFFICE OF STEVEN J. FINK PLLC

_/s/ Steven J. Fink_
Steven J. Fink
100 Wall Street, 15th Floor
New York, New York 10005
(646) 802-6976
steven.fink@sjfinkpllc.com

*Attorney for Defendants Remi Barbier and Dr. Lindsay Burns*