# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>    Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR |

## MOTION FOR WITHDRAWAL OF ATTORNEYS

J. Erik Connolly, Caitlin A. Kovacs, Michael B. Silverstein and Michael A. Vatis, attorneys of record for Defendants Remi Barbier, and Dr. Lindsay Burns, respectfully request permission to withdraw as counsel. Pursuant to Local Civil Rule 1.4, attached hereto is a Declaration in support of this motion stating that Defendants Remi Barbier, and Dr. Lindsay Burns continue to be represented by other counsel of record in this matter.

WHEREFORE, J. Erik Connolly, Caitlin A. Kovacs, Michael B. Silverstein and Michael A. Vatis respectfully request the Court enter an Order withdrawing them as counsel in this matter.

Dated: February 19, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Michael A. Vatis*

Michael A. Vatis
New York State Bar No. 2258655
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
Email: mvatis@beneschlaw.com


J. Erik Connolly (*pro hac vice*)
Illinois ARDC No. 6269558
New York State Bar No. 6133276
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: EConnolly@beneschlaw.com

Caitlin A. Kovacs (*pro hac vice*)
Illinois ARDC No. 6313273
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: CKovacs@beneschlaw.com

Michael B. Silverstein (*pro hac vice*)
Ohio Bar No. 0098036
41 South High Street, Suite 2600
Columbus, OH 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email: msilverstein@beneschlaw.com

# CERTIFICATE OF SERVICE

      I, Michael A. Vatis, hereby certify that a copy of the foregoing Motion for Withdrawal of Attorneys, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 19, 2025.

Dated: February 19, 2025                                                  */s/ Michael A. Vatis*