UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND, ENEA MILIORIS,<br><br>      Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>      Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>      Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br><br>**DECLARATION OF MICHAEL A. VATIS IN SUPPORT OF MOTION OF WITHDRAWAL OF ATTORNEYS** |

I, Michael A. Vatis, hereby affirm the following under penalty of perjury pursuant to 28 U.S.C. §1746:

1.   I am a member of the bar of the State of New York and of this Court. I submit this declaration pursuant to Rule 1.4 of the Local Rules of this Court in support of the request for an Order for withdrawal of J. Erik Connolly, Caitlin A. Kovacs, Michael B. Silverstein and Michael A. Vatis of Benesch Friedlander Coplan & Aronoff LLP as attorneys of record for Defendants Remi Barbier and Dr. Lindsay Burns.

2.   Defendants Remi Barbier and Dr. Lindsay Burns are currently represented by Steven J. Fink of the Law Office of Steven J. Fink PLLC whose notice of appearance was filed on February 18, 2025.

3.   This withdrawal is consented to by both incoming and outgoing counsel and has been approved by Defendants Remi Barbier and Dr. Lindsay Burns.

4.   This withdrawal will not delay the matter or prejudice any party.

5.     The parties are currently briefing replies in support of the Defendants' motions to dismiss Plaintiffs David Bredt and Geoffrey Pitts' Complaint in Intervention and Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris' First Amended Complaint.

6.     There is no charging lien.

WHEREFORE, I respectfully request that the Court grant the withdrawal of J. Erik Connolly, Caitlin A. Kovacs, Michael B. Silverstein and Michael A. Vatis as attorneys of record for Defendants Remi Barbier and Dr. Lindsay Burns.

Dated: February 19, 2025                                    Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

/s/ Michael A. Vatis_____
Michael A. Vatis
New York State Bar No. 2258655
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
Email: mvatis@beneschlaw.com

J. Erik Connolly (*pro hac vice*)
Illinois ARDC No. 6269558
New York State Bar No. 6133276
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email:  EConnolly@beneschlaw.com

Caitlin A. Kovacs (*pro hac vice*)
Illinois ARDC No. 6313273
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192

        Email:  CKovacs@beneschlaw.com

        Michael B. Silverstein (*pro hac vice*)
        Ohio Bar No. 0098036
        41 South High Street, Suite 2600
        Columbus, OH 43215
        Telephone: (614) 223-9300
        Facsimile:  (614) 223-9330
        Email: msilverstein@beneschlaw.com