UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND, ENEA MILIORIS,<br><br>Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>Defendants. | Civil Action No. 1:24-cv-05948-JLR |

**[Proposed] ORDER REMOVING ATTORNEYS**

It is ORDERED that, for good cause shown, J. Erik Connolly, Caitlin A. Kovacs, Michael B. Silverstein and Michael A. Vatis are removed as counsel of record for Defendants Remi Barbier, and Dr. Lindsay Burns in this matter. The Clerk of Court is directed to note on the docket that their representation of Defendants Remi Barbier and Dr. Lindsay Burns is terminated.

SO ORDERED.

Dated: ~~February 19, 2025~~ February 20, 2025
New York, New York

_____
The Honorable Jennifer L. Rochon, U.S.D.J.