# EXHIBIT B

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:24-cv-05948-JLR-OTW | Court:<br>United States District Court For the Southern District of New York | Job:<br>12446128 (None) |
|---|---|---|
| **Plaintiff / Petitioner:**<br>ADRIAN HEILBUT et al. | | |
| | | |
| **To be served upon:**<br>Charles Spruck | | |

I, Daniel Chasse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Charles Spruck, UPDATED ADDRSS SENT 01/21/2025: 3866 Sequoia Street APT. 1, San Diego, CA 92109 |
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Subpoena to Produce Documents.pdf |

**Additional Comments:**
1) Unsuccessful Attempt: Jan 6, 2025, 9:47 am PST at 10901 North Torrey Pines Road, San Diego, CA 92037
Doctor struck isn't in today, I got his email phone number with extension and will email him set up an appointment that'll work best for both he and I.
No emails or vm messages were ever responded to by Charles Spruck. No communication was received from Spruck.

2) Unsuccessful Attempt: Jan 10, 2025, 2:46 pm PST at 10901 North Torrey Pines Road, San Diego, CA 92037
Spoke with the reception named Jasmine that said he hasn't checked in to the system since 11/20/24. She left him another email stating that I was looking for him they needed to see him. She took my name and phone number.

3) Unsuccessful Attempt: Jan 17, 2025, 11:57 am PST at 10901 North Torrey Pines Road, San Diego, CA 92037
Dr. Spruck hasn't been in in about three months now.
Received information on Charles sprunk assistance in the lab, we may be able to get him through his assistance.
Dr Wee - Song email -
dahuisn@spdiscovery.org

4) Unsuccessful Attempt: Jan 21, 2025, 6:57 pm PST at UPDATED ADDRSS SENT 01/21/2025: 3866 Sequoia Street APT. 1, San Diego, CA 92109
Spell quit neighbor in 1A that said he does live there, it's located in the courtyard of the complex. The unit is dark and no answer.

5) Unsuccessful Attempt: Jan 22, 2025, 1:59 pm PST at UPDATED ADDRSS SENT 01/21/2025: 3866 Sequoia Street APT. 1, San Diego, CA 92109
Spoke with the neighbor number four that said that she has not seen him in a while but has seen his wife Leslie.

6) Unsuccessful Attempt: Jan 24, 2025, 8:21 am PST at UPDATED ADDRSS SENT 01/21/2025: 3866 Sequoia Street APT. 1, San Diego, CA 92109
Knocked and knocked on the door, no answer. Looks like there are cars in the parking spot that they have but no one seems to be home.

7) Unsuccessful Attempt: Jan 24, 2025, 9:57 am PST at UPDATED ADDRSS SENT 01/21/2025: 3866 Sequoia Street APT. 1, San Diego, CA 92109
Cars are still in driveway but no one answered.

*[Signature: Daniel Chasse]*      02/24/2025

Daniel Chasse                              **Date**
SAN DIEGO COUNTY REG. NO. 3653

Blue Moon Legal, Inc.
7040 Avenida Encinas 104
Carlsbad, CA 92011-4652
(619) 800-5303