# EXHIBIT D

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000186402

**FILED**
**Jan 14, 2025**
**Secretary of State**
**7463391405CC**

Entity Name: KTF VENTURE HOLDINGS, LLC

**Current Principal Place of Business:**

116 ADALIA AVE
TAMPA, FL 33606

**Current Mailing Address:**

116 ADALIA AVE
TAMPA, FL 33606 US

FEI Number: 82-2717638

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

NACHTRAB, MATTHEW
116 ADALIA AVE
TAMPA, FL 33606 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: MATTHEW NACHTRAB          01/14/2025
Electronic Signature of Registered Agent          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | NACHTRAB, MATTHEW |
| Address | 116 ADALIA AVE |
| City-State-Zip: | TAMPA FL 33606 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: MATTHEW NACHTRAB          PRESIDENT          01/14/2025
Electronic Signature of Signing Authorized Person(s) Detail          Date