# EXHIBIT E

# VERIFIED RETURN OF NON-SERVICE

Job # 356414

**Client Info:**

Clarick Gueron & Reisbaum LLP
ISAAC B. ZAUR ESQ.
220 Fifth Avenue, 14th Floor,
New York, NY 10001

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** ADRIAN HEILBUT ET AL | UNITED STATES DISTRICT COURT |
| -versus- | Court Division: SOUTHERN DISTRICT OF NEW YORK |
| **Defendant:** CASSAVA SCIENCES, INC., ET AL | Court Date: 1/31/2025 Time: 09:00 AM |
| | Court Case # **1:24-cv-05948-JLR-OTW** |

**Service Info:**

**Date Received: 1/3/2025** at **03:19 PM**
Service: I Non-Served **Matt Nachtrab**
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT A

**At Residence 116 ADALIA AVENUE TAMPA, FL 33606**
On **1/22/2025** at **08:12 PM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Other: Unable to make contact after multiple attempts.

**Service was Attempted on:**

**(1) 1/4/2025** at **06:50 PM**, by **LISBETH MENDEZ** Loc: **116 Adalia Avenue, Tampa, FL 33606**
**Notes:** Big family Home. No one answered the door. No vehicles. Lights on.

**(2) 1/6/2025** at **08:42 AM**, by **LISBETH MENDEZ** Loc: **116 Adalia Avenue, Tampa, FL 33606**
**Notes:** No one answered. Vehicle BMW tag NNHJ38.

**(3) 1/7/2025** at **07:18 PM**, by **LISBETH MENDEZ** Loc: **116 Adalia Avenue, Tampa, FL 33606**
**Notes:** Lights off. No vehicles. No one answered.

**(4) 1/9/2025** at **07:48 AM**, by **LISBETH MENDEZ** Loc: **116 Adalia Avenue, Tampa, FL 33606**
**Notes:** No vehicles. No one answered. I left my contact number on the door.

**(5) 1/11/2025** at **09:02 AM**, by **LISBETH MENDEZ** Loc: **116 Adalia Avenue, Tampa, FL 33606**
**Notes:** No one answered, no vehicles. Note with my contact number was removed but No one has call me back.

**(6) 1/22/2025** at **08:12 PM**, by **LISBETH MENDEZ** Loc: **116 Adalia Avenue, Tampa, FL 33606**
**Notes:** Lights on, same vehicle BMW. No one answered.

I **LISBETH MENDEZ** acknowledge that I am over the age of 18, authorized to serve process, in good standing in the jurisdiction wherein service was effected in accordance with State Statute, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).






**LISBETH MENDEZ**
Lic # **20-876081**

**SERVING BY IRVING**
18 East 41st Street, Suite 1600
New York, NY 10017

Job # 356414


