# EXHIBIT A





Document title: Adrian H on X: &quot;$SAVA https://t.co/KWuG8R3CpU&quot; / X
Capture URL: https://x.com/Adrian_H/status/1887574569050914867/photo/1
Capture timestamp (UTC): Thu, 06 Mar 2025 17:29:55 GMT
Page 1 of 1



**Adrian H**
@Adrian_H

🤔

$SAVA



Adrian H @Adrian_H · Feb 14

11:19 PM · Feb 18, 2025 · **1,535** Views

💬 1    🔁    ♡ 6    🔖    ⤴

Settings

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.
Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2025 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in   Sign up

**Adrian H**
@Adrian_H

wait, wut? Charles Spruck the chief "independent expert" Cassava apologist was (later?) under an NDA with $SAVA ?



6:52 PM · Feb 19, 2025 · **3,360** Views

3   5   15   1

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.
Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in   Sign up







Post

Settings

Adrian H
@Adrian_H

wait, wut?  Charles Spruck the chief "independent expert" Cassava apologist was (later?) under an NDA with $SAVA ?

The agreement between Cassava and Dr. Charles Spruck is a non-disclosure agreement ("NDA") rather than an agreement to provide legal advice or services related to the provision of legal advice. In fact, in the NDA, Cassava's attorneys explicitly disclaim that Cassava is entering into a business relationship with Dr. Spruck. Defendants have provided no documentation indicating that they intended on retaining Dr. Spruck as an expert or that Defendants actually retained Dr. Spruck to provide legal advice or services related to the provision of legal advice. Moreover, the

NDA was not executed until June 14, 2023, and the communications identified on the Cassava's privilege log are all from 2022 – prior to the entry of the NDA.

3 5 15 3.3K

Adrian H
@Adrian_H

wait, wut?  Charles Spruck the chief "independent expert" Cassava apologist was (later?) under an NDA with $SAVA ?

6:52 PM · Feb 19, 2025 · **3,360** Views

3 5 15 1

Document title: Adrian H on X: "wait, wut? Charles Spruck the chief "independent expert" Cassava apologist was (later?) under an NDA with $SAVA ?…
Capture URL: https://x.com/Adrian_H/status/1892286127303741847/photo/1
Capture timestamp (UTC): Thu, 06 Mar 2025 17:34:57 GMT

**Adrian H**
@Adrian_H

wait, wut? Charles Spruck the chief "independent expert" Cassava apologist was (later?) under an NDA with $SAVA ?

6:52 PM · Feb 19, 2025 · **3,360** Views

3 | 5 | 15 | 1

The New York Times | HEALTH | Scientists Question Data Behind an Experimental Alzheimer's Drug

on."

Charles Spruck, a cancer researcher at the Sanford Burnham Prebys Medical Discovery Institute in San Diego, who has more than 25 years of experience with the Western blot method, said he believed the anomalies in those images could be the result of simple mistakes or vagaries of the technique.

3 | 5 | 15 | 3.3K

Document title: Adrian H on X: "wait, wut? Charles Spruck the chief "independent expert" Cassava apologist was (later?) under an NDA with $SAVA ?…
Capture URL: https://x.com/Adrian_H/status/1892286127303741847/photo/2
Capture timestamp (UTC): Thu, 06 Mar 2025 17:35:21 GMT

← Post

Adrian H
@Adrian_H

maybe we should have ordered them a pizza

storage.courtlistener.com/recap/gov.usco…

$SAVA



10:57 PM · Feb 26, 2025 · **4,916** Views

5  2  20  2

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.
Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.

Settings

Don't miss what's happening
People on X are the first to know.
Log in   Sign up