UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIAN HEILBUT, *et al.*,

                Plaintiffs,

-against-

CASSAVA SCIENCES, INC., *et al.*,

                Defendants.

Case No. 1:24-cv-05948 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of Defendants' letter motion at Dkt. 68 and the accompanying sealing requests, *see* Dkts. 66-67.

    It is hereby ORDERED that Plaintiffs shall file a response to Defendants' request for a mediation referral at Dkt. 68 no later than **March 13, 2025**. The Court is not inclined to order mediation absent agreement of the parties here that such a referral will lead to a productive session.

    It is further ORDERED that, given the posture of this case, the sealed docket entries shall remain under seal for the time being, as they reflect settlement discussions, but Defendants are advised not to file settlement documents on the docket in the future if they expect confidential treatment.

    The Clerk of Court is respectfully requested to terminate the motions pending at Dkts. 66, 67, and 68.

Dated: March 10, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge