

Isaac B. Zaur
izaur@cgr-law.com
Direct: 212.633.4314

**By ECF**

March 11, 2025

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Heilbut v. Cassava*, et al., Case No. 1:24-cv-05948-JLR-OTW,
> Partial Withdrawal of Plaintiffs' February 26 Request for Authorization of
> Alternative Service

Dear Judge Rochon,

      We write on behalf of Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris (together, "Plaintiffs") in the above-captioned case.  By letter motion filed on February 26, 2025, we requested that the Court authorize Plaintiffs to serve two subpoenas *duces tecum* on Dr. Charles Spruck and Matthew Nachtrab by posting a copy of the subpoenas directed to them on the door of their respective residences and sending a copy of the same to those residential addresses via certified mail.

      We write to withdraw our request as to Mr. Nachtrab.  On March 10, 2025, counsel for defendant Cassava Sciences, Inc. informed us that they have been engaged by Mr. Nachtrab and accepted service of the subpoena on his behalf.  Accordingly, alternative service on Mr. Nachtrab is no longer necessary.

      Our request regarding alternative service on Dr. Spruck remains outstanding.  Cassava's counsel informed us on February 27, 2025, that they expected to be engaged by Dr. Spruck and would accept service on his behalf if that engagement were finalized.  However, on March 7, 2025, Cassava's counsel confirmed with us via email that they had not been engaged. Accordingly, we still seek to serve Dr. Spruck via alternative service.

      We thank the Court for its attention to this matter.

Respectfully submitted,

Isaac B. Zaur

cc:    All parties/counsel of record (via ECF).