
By ECF

March 13, 2025

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Heilbut v. Cassava*, et al., Case No. 1:24-cv-05948-JLR-OTW, Withdrawal of Plaintiffs' February 26 Request for Authorization of Alternative Service

Dear Judge Rochon,

We write on behalf of Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris (together, "Plaintiffs") in the above-captioned case. By letter motion filed on February 26, 2025, we requested that the Court authorize Plaintiffs to serve two subpoenas *duces tecum* on Dr. Charles Spruck and Matthew Nachtrab. (Doc. No. 64.) We withdrew our request as to Mr. Nachtrab on March 11, 2025. (Doc. No. 70.)

We write to now withdraw the remainder of our request as to Dr. Spruck. On March 13, 2025, counsel for defendant Cassava Sciences, Inc. informed us that they have been engaged by Dr. Spruck and accepted service of the subpoena on his behalf.

Accordingly, alternative service on Dr. Spruck is no longer necessary and we withdraw our February 16 request in full.

We thank the Court for its attention to this matter.

Respectfully submitted,

Isaac B. Zaur

cc: All parties/counsel of record (via ECF).