UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>  Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>  Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>  Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>Judge Jennifer L. Rochon<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM E. WALSH** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, William E. Walsh hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Cassava Sciences, Inc. in the above-captioned action.

  I am a member in good standing of the state bars of Illinois, California, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court.

  Attached as **Exhibit "A"** is a Certificate of Good Standing issued by the Supreme Court of Illinois, the Supreme Court of California, and the District of Columbia Bar Association.

  Attached as **"Exhibit "B"** is my Affidavit pursuant to Local Rule 1.3.

  Attached as **Exhibit "C"** is the text of a proposed Order.

  WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.

Dated: March 13, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ William E. Walsh*
William E. Walsh (*pro hac vice forthcoming*)
Illinois ARDC No. 6287631
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: WWalsh@beneschlaw.com

Caitlin A. Kovacs (admitted *pro hac vice*)
Illinois ARDC No. 6313273
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: CKovacs@beneschlaw.com

J. Erik Connolly (admitted *pro hac vice*)
Illinois ARDC No. 6269558
New York State Bar No. 6133276
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: EConnolly@beneschlaw.com

Michael B. Silverstein (admitted *pro hac vice*)
Ohio Bar No. 0098036
41 South High Street, Suite 2600
Columbus, OH 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email: msilverstein@beneschlaw.com

Michael A. Vatis
New York State Bar No. 2258655
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
Email: mvatis@beneschlaw.com

*Attorneys for Defendants Cassava Sciences, Inc., Remi Barbier and Dr. Lindsay Burns*