

Meghan K. Spillane
+1 212 459-7193
MSpillane@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

March 13, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 20B
New York, New York 10007

  Re: <u>Heilbut, et al. v. Cassava, et al.</u>, Case No. 1:24-cv-05948-JLR

Dear Judge Rochon:

We write on behalf of Intervenor-Plaintiffs Dr. David Bredt and Dr. Geoffrey Pitt to request the provisional sealing of their forthcoming response to Defendants' letter-motion filed on March 10, 2025 (Dkt. 68), and sealed by order of the Court on the same date (Dkt. 69).

Respectfully submitted,

/s/ Meghan K. Spillane

Meghan K. Spillane

Cc: All counsel of record (*via* ECF)