UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS, <br><br> Plaintiffs, <br><br> DAVID BREDT and GEOFFREY PITT <br><br> Intervenor Plaintiffs <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS, <br><br> Defendants. | Civil Action No. 1:24-cv-05948-JLR <br><br> Judge Jennifer L. Rochon <br><br> [~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE* OF WILLIAM E. WALSH |

The motion of William E. Walsh for admission to practice *Pro Hac Vice* in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of Illinois, and that his contact information is as follows:

> William E. Walsh
> Benesch, Friedlander, Coplan & Aronoff LLP
> 71 South Wacker Drive, Suite 1600
> Chicago, IL 60606
> Telephone: (312) 212-4949

Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for Defendant Cassava Sciences, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 14, 2025
       New York, New York

_____
United States District ~~Magistrate~~ Judge
The Hon. Jennifer L. Rochon

25651631 v2