

Isaac B. Zaur

izaur@cgr-law.com

Direct: 212.633.4314

**By ECF**  March 13, 2025

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Heilbut v. Cassava*, et al., Case No. 1:24-cv-05948-JLR-OTW, Withdrawal of Plaintiffs' February 26 Request for Authorization of Alternative Service

Dear Judge Rochon,

      We write on behalf of Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris (together, "Plaintiffs") in the above-captioned case. By letter motion filed on February 26, 2025, we requested that the Court authorize Plaintiffs to serve two subpoenas *duces tecum* on Dr. Charles Spruck and Matthew Nachtrab. (Doc. No. 64.) We withdrew our request as to Mr. Nachtrab on March 11, 2025. (Doc. No. 70.)

      We write to now withdraw the remainder of our request as to Dr. Spruck. On March 13, 2025, counsel for defendant Cassava Sciences, Inc. informed us that they have been engaged by Dr. Spruck and accepted service of the subpoena on his behalf.

      Accordingly, alternative service on Dr. Spruck is no longer necessary and we withdraw our February 16 request in full.

      We thank the Court for its attention to this matter.

As Plaintiffs' request for authorization of alternative service as to Spruck and Nachtrab has been resolved in full and withdrawn as set forth herein and at Dkt. 70, the request at Dkt. 64 is hereby DENIED as MOOT. The Clerk of Court is respectfully directed to terminate the pending letter-motion at Dkt. 64.

Respectfully submitted,

Isaac B. Zaur

                   **SO ORDERED.**

Dated: March 17, 2025
       New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

     cc:    All parties/counsel of record (via ECF).

41 Madison Avenue, New York, NY 10010    Main: 212.633.4310    cgr-law.com