# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>    Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>Judge Jennifer L. Rochon<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF PATRICK J. BEISELL** |

The motion of Patrick J. Beisell for admission to practice *Pro Hac Vice* in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of Illinois, and that his contact information is as follows:

>Patrick J. Beisell
>Benesch, Friedlander, Coplan & Aronoff LLP
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 624-6338

Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for the following third-parties subpoenaed by Plaintiffs' in the above-captioned matter: CSD Biostatistics Inc., Matthew Nachtrab, Pentara Corporation, Sitrick & Company, Dr. Charles Spruck in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____              _____
                                                                            United States District/Magistrate Judge