# EXHIBIT A

## Beisell, Patrick

| | |
|---|---|
| **From:** | Beisell, Patrick |
| **Sent:** | Wednesday, April 2, 2025 9:14 AM |
| **To:** | Amanda Wong |
| **Cc:** | Kovacs, Caitlin; Walsh, William; Isaac Zaur; Spillane, Meghan K; Simes, Jeffrey A; Dave Kumagai; Vogele, Jessica |
| **Subject:** | RE: RE: Third Party Meet and Confer |

Good Morning Amanda,

I'll circle back with you once I've had an opportunity to discuss with my clients.


Bio

Patrick J. Beisell
Senior Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6338 | m: 971.998.7233
PBeisell@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Amanda Wong <awong@cgr-law.com>
**Sent:** Wednesday, April 2, 2025 9:08 AM
**To:** Beisell, Patrick <PBeisell@beneschlaw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Walsh, William <WWalsh@beneschlaw.com>; Isaac Zaur <izaur@cgr-law.com>; Spillane, Meghan K <MSpillane@goodwinlaw.com>; Simes, Jeffrey A <JSimes@goodwinlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Vogele, Jessica <JVogele@goodwinlaw.com>
**Subject:** RE: RE: Third Party Meet and Confer

Patrick,

As we discussed on Monday, we believe the subpoena is appropriate in scope. You said nothing to us when we spoke that would indicate otherwise. We also do not agree that Mr. Nachtrab's, Dr. Spruck's, or Sitrick's discovery obligations are limited to documents Cassava does not have. We are not going to negotiate against ourselves here, especially in a context where you evidently have no authority from your client. If you have a proposal to make after you obtain such authority, we are willing to listen to it; otherwise we remain at an impasse and will seek the Court's intervention.

Best,
Amanda

**From:** Beisell, Patrick <PBeisell@beneschlaw.com>
**Sent:** Tuesday, April 1, 2025 11:53 AM
**To:** Amanda Wong <awong@cgr-law.com>; Dave Kumagai <dkumagai@cgr-law.com>; Simes, Jeffrey A <JSimes@goodwinlaw.com>; Spillane, Meghan K <MSpillane@goodwinlaw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Walsh, William <WWalsh@beneschlaw.com>
**Subject:** [EXTERNAL] RE: RE: Third Party Meet and Confer

1

And now with the right Meghan. Apologies.


Bio

Patrick J. Beisell
Senior Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6338 | m: 971.998.7233
PBeisell@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Beisell, Patrick <PBeisell@beneschlaw.com>
**Sent:** Tuesday, April 1, 2025 10:51 AM
**To:** Amanda Wong <awong@cgr-law.com>; Dave Kumagai <dkumagai@cgr-law.com>; Simes, Jeffrey A <JSimes@goodwinlaw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Walsh, William <WWalsh@beneschlaw.com>
**Subject:** RE: RE: Third Party Meet and Confer

Resending with the correct Dave.


Bio

Patrick J. Beisell
Senior Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6338 | m: 971.998.7233
PBeisell@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Beisell, Patrick <PBeisell@beneschlaw.com>
**Sent:** Tuesday, April 1, 2025 10:48 AM
**To:** Amanda Wong <awong@cgr-law.com>; Simes, Jeffrey A <JSimes@goodwinlaw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Walsh, William <WWalsh@beneschlaw.com>
**Subject:** RE: Third Party Meet and Confer

Good Morning Amanda,

As promised, I am following up on our meet and confer discussion yesterday.

I have not yet been able to reach Mr. Nachtrab, Mr. Sitrick, and Dr. Spruck but I anticipate being able to talk to them soon. With that caveat, I think they would be willing to withdraw some of their objections and produce some documents at this time. It would be helpful if you could provide specificity on the categories of documents you think they would have in their possession that (1) Cassava does not have and (2) that are relevant to the parties claims and defenses.

PB


Bio

Patrick J. Beisell
Senior Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6338 | m: 971.998.7233
PBeisell@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

3