UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>    Plaintiff,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>    Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>    Defendants. | Civil Action No.  1:24-cv-05948-JLR-OTW |

**DEFENDANT CASSAVA SCIENCES, INC.'S CORPORATE DISCLOSURE**
<u>**STATEMENT**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cassava Sciences, Inc. ("Cassava"), hereby advises the Court that it is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of Cassava's stock. Cassava has no publicly held affiliates or subsidiaries.  No other entity's or individual's citizenship can be attributed to Cassava for purposes of establishing jurisdiction based upon diversity jurisdiction.

Dated: April 9, 2025

Respectfully submitted,
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ J. Erik Connolly*
Michael A. Vatis
New York State Bar No. 2258655
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
Email: mvatis@beneschlaw.com


J. Erik Connolly (admitted *pro hac vice*)
Illinois ARDC No. 6269558
New York State Bar No. 6133276
Caitlin A. Kovacs (admitted *pro hac vice*)
Illinois ARDC No. 6313273
William E. Walsh (admitted *pro hac vice*)
Illinois ARDC No. 6287631
Julie M. Loftus (admitted *pro hac vice*)
Illinois ARDC No. 6287631
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: EConnolly@beneschlaw.com
    CKovacs@beneschlaw.com
    WWalsh@beneschlaw.com
    JLoftus@beneschlaw.com


Michael B. Silverstein (admitted *pro hac vice*)
Ohio Bar No. 0098036
41 South High Street, Suite 2600
Columbus, OH 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email: msilverstein@beneschlaw.com

*Attorneys for Defendant Cassava Sciences, Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that the foregoing was electronically filed on April 9, 2025, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ J. Erik Connolly*
*One of the Attorneys for Defendant*
*Cassava Sciences Inc.*
