**MEMO ENDORSED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS, <br><br> Plaintiffs, <br><br> DAVID BREDT and GEOFFREY PITT <br><br> Intervenor Plaintiffs <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS, <br><br> Defendants. | Civil Action No. 1:24-cv-05948-JLR <br><br> Judge Jennifer L. Rochon <br><br> **MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK J. BEISELL** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Patrick J. Beisell hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the following third-parties subpoenaed by Plaintiffs' in the above-captioned matter: CSD Biostatistics Inc., Matthew Nachtrab, Pentara Corporation, Sitrick & Company, Dr. Charles Spruck.

I am a member in good standing of the state bars of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court.

Attached as **Exhibit "A"** is a Certificate of Good Standing issued by the Supreme Court of Illinois.

Attached as **"Exhibit "B"** is my Affidavit pursuant to Local Rule 1.3.

Attached as **Exhibit "C"** is the text of a proposed Order.

WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.

Dated: April 7, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Patrick J. Beisell*
Patrick J. Beisell (*pro hac vice sought*)
Illinois ARDC No. 6320288
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 624-6338
Facsimile: (312) 767-9192
Email: pbeisell@beneschlaw.com

*Attorney for Third Parties CSD Biostatistics Inc., Matthew Nachtrab, Pentara Corporation, Sitrick & Company, Dr. Charles Spruck*

Application **GRANTED**.

**SO ORDERED.**

_____
Ona T. Wang          Apr. 11, 2025
U.S.M.J.

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                */s/ Patrick J. Beisell*
                                                Patrick J. Beisell (*pro hac vice sought*)
                                                Illinois ARDC No. 6320288
                                                71 South Wacker Drive, Suite 1600
                                                Chicago, IL 60606
                                                Telephone: (312) 624-6338
                                                Facsimile: (312) 767-9192
                                                Email:  pbeisell@beneschlaw.com

                                                *Attorney for Third Parties CSD Biostatistics Inc., Matthew Nachtrab, Pentara Corporation, Sitrick & Company, Dr. Charles Spruck*