UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

          Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

          Intervenor-Plaintiffs,

          -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

          Defendants.
-----------------------------------------------------------x

Case No. 1:24-cv-05948 (JLR)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Scott Campbell hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Cassava Sciences, Inc., in the above-captioned action.

I am a member in good standing of the bar of the state of Colorado, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated: May 6, 2025                                Respectfully submitted,

                By: */s/ Scott Campbell*
                  Scott Campbell
                  GIBSON, DUNN & CRUTCHER LLP
                  1900 Lawrence Street, Suite 3000
                  Denver, CO 80202-2211
                  Telephone: 303.298.5989
                  Fax: 303.313.2846
                  SCampbell@gibsondunn.com

                  *Attorney for Plaintiff Cassava Sciences, Inc.*