UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

          Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

          Intervenor-Plaintiffs,

          -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

          Defendants.

-----------------------------------------------------------x

Case No. 1:24-cv-05948 (JLR) (OTW)

~~[PROPOSED]~~ ORDER

## ~~[PROPOSED]~~ ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Scott Campbell for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of Colorado, and that his contact information is as follows:

> Scott Campbell
> GIBSON, DUNN & CRUTCHER LLP
> 1900 Lawrence Street, Suite 3000
> Denver, CO 80202-2211
> Telephone: 303.298.5989
> Fax: 303.313.2846
> SCampbell@gibsondunn.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Cassava Sciences, Inc., in the above-entitled case.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: May 7, 2025

Ona T. Wang
U.S.M.J.

~~JENNIFER L. ROCHON~~

~~United States District Judge~~