UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>  Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>  Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>Judge Jennifer L. Rochon<br><br>**Motion for Admission *Pro Hac Vice* of Bo Sellitti** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Bo Sellitti hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for non-party, Matthew Nachtrab, in the above-captioned action.

I am a member in good standing of the Bar of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court.

Attached as **Exhibit "A"** is a Certificate of Good Standing issued by the Supreme Court of Ohio.

Attached as **"Exhibit "B"** is my Affidavit pursuant to Local Rule 1.3.

Attached as **Exhibit "C"** is the text of a proposed Order.

WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.

Dated: May 8, 2025

Respectfully submitted,

**Lieser Skaff, PLLC**
403 North Howard Avenue
Tampa, Florida 33606
Tel: (813) 280-1256

Fax: (813) 251-8715

*/s/ Bo Sellitti*
BO SELLITTI
Fla. Bar No.: 803081
Primary: bo@lieserskaff.com
JEFFREY P. LIESER
Fla. Bar No.: 29164
Primary: jeff@lieserskaff.com
Secondary to all: efile@lieserskaff.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

    I, Bo Sellitti, hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* of Bo Sellitti, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 8, 2025.

Dated: May 8, 2025                                            */s/ Bo Sellitti*