UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,

    Plaintiffs,

v.

CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,

    Defendants.

Civil Action No. 1:24-cv-05948-JLR (OTW)

Judge Jennifer L. Rochon

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF BO SELLITTI

The motion of Bo Sellitti for admission to practice *Pro Hac Vice* in the above-captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of Florida, and that her contact information is as follows:

    Bo Sellitti
    Lieser Skaff, PLLC
    403 North Howard Avenue
    Tampa, Florida 3606
    Telephone: (813) 293-8513

Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for non-party, Matthew Nachtrab, in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 13, 2025

United States District/Magistrate Judge
Ona T. Wang