**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS, <br><br> Plaintiffs, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS, <br><br> Defendants. | Civil Action No. 1:24-cv-05948-JLR <br><br> Judge Jennifer L. Rochon <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Bo Sellitti, of the law firm Lieser Skaff, PLLC, hereby enter an appearance as counsel on behalf of non-party, Matthew Nachtrab, in the above-captioned matter. I am admitted to practice in this Court *pro hac vice*.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 13, 2025, I electronically filed the foregoing document with the Middle District CM/ECF.  I also certify that the foregoing document is being served this day via e-mail generated by the CM/ECF system to all counsel of record.

**LIESER SKAFF, PLLC**
403 N. Howard Avenue
Tampa, Florida 33606
Phone: (813) 280-1256
Facsimile: (813) 251-8715

/s/ *Bo Sellitti*
BO SELLITTI
Fla. Bar No.: 803081
Primary: bo@lieserskaff.com
JEFFREY P. LIESER
Fla. Bar No.: 29164
Primary: jeff@lieserskaff.com
Secondary (as to all): efile@lieserskaff.com