## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSEE BRODKIN, ENEA MILIORIS,<br><br>  Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>  Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>Judge Jennifer L. Rochon<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Jeffrey P. Lieser, of the law firm Lieser Skaff, PLLC, hereby enter an appearance as counsel on behalf of non-party, Matthew Nachtrab, in the above-captioned matter. I am admitted to practice in this Court *pro hac vice*.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13, 2025, I electronically filed the foregoing document with the Middle District CM/ECF. I also certify that the foregoing document is being served this day via e-mail generated by the CM/ECF system to all counsel of record.

**LIESER SKAFF, PLLC**
403 N. Howard Avenue
Tampa, Florida 33606
Phone: (813) 280-1256
Facsimile: (813) 251-8715

/s/ *Jeffrey P. Lieser*
JEFFREY P. LIESER
Fla. Bar No.: 29164
Primary: jeff@lieserskaff.com
BO SELLITTI
Fla. Bar No.: 803081
Primary: bo@lieserskaff.com
Secondary (as to all): efile@lieserskaff.com
