UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND, ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>    Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR |

## MOTION FOR WITHDRAWAL OF ATTORNEY PATRICK BEISELL

Patrick Beisell, attorney of record for Non-Party Matthew Nachtrab, respectfully requests permission to withdraw as counsel. Pursuant to Local Civil Rule 1.4, attached hereto is a Declaration in support of this motion stating that Non-Party Matthew Nachtrab continues to be represented by other counsel of record in this matter.

WHEREFORE, Patrick Beisell respectfully requests the Court enter an Order withdrawing him as counsel for Non-Party Matthew Nachtrab in this matter.

Dated: May 14, 2025              Respectfully submitted,

                                          **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                                          */s/ Patrick J. Beisell*
Patrick J. Beisell (*pro hac vice*)
Illinois ARDC No. 6320288
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: pbeisell@beneschlaw.com

## CERTIFICATE OF SERVICE

I, Patrick Beisell, hereby certify that a copy of the foregoing Motion for Withdrawal of Attorney, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 14, 2025.

Dated: May 14, 2025                                         */s/ Patrick J. Beisell*