UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS,<br><br>Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>Defendants. | Civil Action No. 1:24-cv-05948-JLR-OTW<br><br>Magistrate Judge Ona T. Wang |

**JOINT PROPOSED AGENDA FOR MAY 20, 2025 STATUS CONFERENCE**

Pursuant to the Court's order on April 30, 2025 (Dkt. No. 106), Plaintiffs Dr. Adrian Heilbut, Dr. Jesse Brodkin, and Dr. Enea Milioris (the "Plaintiffs"), Intervenor Plaintiffs Dr. David Bredt and Dr. Geoffrey Pitt (the "Intervenor Plaintiffs"), and Defendants Cassava Sciences, Inc. ("Cassava"), Remi Barbier, and Dr. Lindsay Burns, by and through their undersigned counsel, respectfully submit the following agenda for the status conference on May 20, 2025.

1. Status of discovery, including what discovery has been done, what discovery remains, and how the parties plan to complete that discovery in a timely manner.

    a.  Plaintiffs and Intervenor Plaintiffs

    b.  Cassava Defendant and Individual Defendants

2. Schedule

    a.  Joint proposal to extend discovery deadlines by eight weeks, including fact discovery/deposition deadline from July 3, 2025 to August 29, 2025; expert discovery/all discovery deadline from August 28, 2025 to October 24, 2025; and corresponding extensions or adjournments of interim dates in the initial Case Management Order (Dkt. No. 42), as follows:

    (i) Plaintiffs' and Intervenor-Plaintiffs' expert disclosures by September 12, 2025;

        (ii)    Defendants' rebuttal expert disclosures by October 10, 2025.

    b.    If these extensions are granted, an adjournment of the post-discovery conference, scheduled for September 25, 2025 (Dkt. No. 42, ¶¶ 14, 21), to a date that pleases the Court would also be appropriate.

    c.    No prior extensions of the schedule have been requested or granted.

3. Proposed Protective Order (Dkt. Nos. 98-99)

4. Discovery dispute concerning transactions or trades of Cassava securities, including why the discovery sought is or is not relevant to the claims or defenses in this action and proportional to the needs of this case. (*See* Dkt Nos. 81 and 84.)

5. Discovery dispute concerning subpoenas of non-parties Matthew Nachtrab, Dr. Charles Spruck, and Sitrick and Company, including why the discovery sought is or is not relevant to the claims or defenses in this action and proportional to the needs of this case. (*See* Dkt Nos. 87, 89, 104, and 105.)

Dated: May 15, 2025

**CLARICK GUERON REISBAUM LLP**

By: /s/ Isaac B. Zaur
Isaac B. Zaur
David Kumagai
Amanda J. Wong
41 Madison Avenue, 23rd Floor
New York, NY 10010
212-633-4310
izaur@cgr-law.com
dkumagai@cgr-law.com
awong@cgr-law.com

**LAW OFFICE OF DANIEL F. WACHTELL**
Daniel F. Wachtell
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com

*Attorneys for Plaintiffs Dr. Adrian Heilbut,
Dr. Jesse Brodkin, and Dr. Enea Milioris*

Dated: May 15, 2025

**LAW OFFICE OF STEVEN J. FINK PLLC**

By: /s/ Steven J. Fink
Steven J. Fink
100 Wall Street, 15th Floor
New York, New York 10005
646-802-6976
steven.fink@sjfinkpllc.com

*Attorneys for Defendants Remi Barbier
and Dr. Lindsay Burns*

2

Dated: May 15, 2025

**GOODWIN PROCTER LLP**

By: /s/ Jeffrey A. Simes
Jeffrey A. Simes
Meghan K. Spillane
620 Eighth Avenue
New York, NY 10018
212-813-8800
jsimes@goodwinlaw.com
mspillane@goodwinlaw.com

*Attorneys for Intervenor-Plaintiffs
Dr. David Bredt and Dr. Geoffrey Pitt*

Dated: May 15, 2025

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ J. Erik Connolly
J. Erik Connolly (*pro hac vice*)
EConnolly@beneschlaw.com
Illinois ARDC No. 6269558
Caitlin Kovacs (*pro hac vice*)
ckovacs@beneschlaw.com
Illinois ARDC No. 4180162
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
312-212-4949

Michael B. Silverstein (*pro hac vice*)
msilverstein@beneschlaw.com
Ohio Bar No. 98036
41 South High Street, Suite 2600
Columbus OH, 43215
614-223-9300

Michael Vatis
mvatis@beneschlaw.com
NY Reg. No. 2258655
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
646-593-7050

*Attorneys for Defendant Cassava Sciences, Inc.*