**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

                             Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

                         Intervenor Plaintiffs,

-against-

CASSAVA SCIENCES, INC., REMI BARBIER, and
LINDSAY BURNS,

                            Defendants.

24-cv-5948 (JLR) (OTW)

**ORDER**

---

**ONA T. WANG, United States Magistrate Judge:**

A status conference was held in this matter on May 20, 2025, at which the Parties and Third-Parties discussed several pending discovery disputes. As discussed on the record, the Court made the following rulings:

1. **Discovery Deadlines**

- The deadline for fact discovery is extended to **Friday, August 29, 2025**; and
- The deadline for expert discovery is extended to **Friday, October 24, 2025**.

Discovery is **not** stayed.

2. **The Parties' Proposed Protective Order (ECF 98)**

The parties' motion for a protective order at ECF 98 is **GRANTED**. The Court will enter the parties' Proposed Protective Order at ECF 99 by separate entry.

### 3. Defendants' Motion to Compel Discovery (ECF 81)

Plaintiffs and Intervenor-Plaintiffs are directed to produce the information that they proffered in their email correspondence at ECF 81-5[1] by **Wednesday, May 28, 2025**. Defendants' motion to compel at ECF 81 is **DENIED** in all other respects.

### 4. Plaintiffs' Anticipated Motion to Compel Third-Party Discovery (ECF 87)

The parties are directed to meet and confer regarding Plaintiffs' and Intervenor-Plaintiffs' anticipated motion(s) to compel Third-Parties Matthew Nachtrab, Charles Spruck, and Sitrick and Company, to respond to document subpoenas by **1:00 p.m., Thursday, May 22, 2025** to determine whether such motion practice is necessary. (*See* ECF 87). The Third-Parties' motion to quash the subpoenas at ECF 89 is deemed **WITHDRAWN** without prejudice to renewal. (*See* Transcript).

### 5. Joint Status Letter

The parties are directed to file a joint status letter on the docket by **Wednesday, May 28, 2025**, articulating:

- The status of the parties' compliance with this order; and
- A brief statement of the parties' positions regarding the sealing motions and sealed documents at ECF Nos. 66, 67, 68, 73, 74, 77, and 78, and whether the parties are able to move jointly to seal the affected documents.

---

[1] Specifically, Intervenor-Plaintiffs represented that:
> In response to Request Nos 4 and 5, the Intervenor-Plaintiffs are willing to disclose (1) their net profits from trading in Cassava securities during the period preceding the filing of the Defamation Action; and (2) the date ranges during which they held net short positions prior to the filing of the Defamation Action.

(ECF 81-5 at 4). Plaintiffs represented that they concurred with Intervenor-Plaintiffs' proposal. (ECF 81-5 at 3).

The parties' motions to seal at ECF Nos. 66, 67, 73, and 77 are **DENIED** without prejudice to renewal.  **All documents currently under seal will remain provisionally sealed**.

6. **Patrick Beisell's Motion to Withdraw (ECF 121)**

Finally, Patrick Beisell's motion to withdraw as counsel for Third-Party Matthew Nachtrab at ECF 121 is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF Nos. 73, 77, 81, 87, 89, 98, and 121.

**SO ORDERED.**

Dated: May 20, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge