UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>    Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that William B. Jacobson of Jacobson Lopez PLLC hereby appears as counsel for defendants Remi Barbier and Dr. Lindsay Burns (together, "Defendants") in the above-captioned action and that all papers in this action should be served upon him at the address listed below. Defendants expressly reserve all of their rights and defenses, whether jurisdictional, procedural, substantiative, or otherwise, including lack of personal jurisdiction.

    I certify that I am admitted to practice before this Court.

Dated: Washington, D.C.
May 14, 2025

                    JACOBSON LOPEZ PLLC

                    _____

William B. Jacobson
1015 15th Street, NW
Suite 1030
Washington, D.C. 20005
(202) 810-0965
bjacobson@jacobsonlopez.com

*Attorney for Defendants Remi Barbier and Lindsay Burns*

2