PRIVILEGED & CONFIDENTIAL
ATTORNEY CLIENT PRODUCT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>Defendants. | Civil Action No. 1:24-cv-05948-JLR |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Erin Walsh hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Remi Barbier and Dr. Lindsay Burns in the above-captioned action.

I am in good standing of the bars of the state of California and Washington, D.C., and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Attached as **Exhibit A** is a Certificate of Good Standing issued by the Supreme Court of California.

Attached as **Exhibit B** is a Certificate of Good Standing issued by the bar association of Washington, D.C.

PRIVILEGED & CONFIDENTIAL
ATTORNEY CLIENT PRODUCT

Attached as **Exhibit C** is the text of a proposed Order.

WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.

Dated: New York, New York
May 20, 2025

JACOBSON LOPEZ

*/s/ Erin Walsh*
_____
Erin Walsh
1015 15th Street, NW, Suite 1030
Washington, D.C. 20005
(202) 810-9087
ewalsh@jacobsonlopez.com

*Attorney for Defendants Remi Barbier and Lindsay Burns*

2