~~PRIVILEGED & CONFIDENTIAL~~
~~ATTORNEY CLIENT PRODUCT~~

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>~~[PROPOSED]~~ **ORDER FOR ADMISSION *PRO HAC VICE* OF ERIN WALSH** |

The motion of Erin Walsh for admission to practice *pro hac vice* in the above-captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the bars of the state of California and Washington, D.C., and that her contact information is as follows:

> Erin Walsh
> Jacobson Lopez
> 1015 15th Street, NW, Suite 1030
> Washington, D.C. 20005
> (202) 810-9087
> ewalsh@jacobsonlopez.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for Defendants Remi Barbier and Dr. Lindsay Burns in the above-entitled action.

~~PRIVILEGED & CONFIDENTIAL~~
~~ATTORNEY CLIENT PRODUCT~~

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: May 23, 2025

_____
~~Judge Jennifer L. Rochon~~
Ona T. Wang
U.S.M.J.

2