UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

          Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

          Intervenor-Plaintiffs,

          -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

          Defendants.

-----------------------------------------------------------x

Case No. 1:24-cv-05948 (JLR)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Gregg J. Costa hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Cassava Sciences, Inc., in the above-captioned action.

I am a member in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated: June 5, 2025                               Respectfully submitted,

                                                     By: */s/ Gregg J. Costa*
                                                        Gregg J. Costa
                                                        GIBSON, DUNN & CRUTCHER LLP
                                                        811 Main Street, #3000
                                                        Houston, TX 77002
                                                        Telephone: 346.718.6649
                                                        Facsimile:  346.718.6979
                                                        GCosta@gibsondunn.com

                                                        *Attorney for Defendant Cassava Sciences, Inc.*