UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

                Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

                Intervenor-Plaintiffs,

            -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

                Defendants.
----------------------------------------------------------x

Case No. 1:24-cv-05948 (JLR)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lloyd Steven Marshall hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Cassava Sciences, Inc., in the above-captioned matter.

I am a member in good standing of the bar of the states of New York and Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated:  June 5, 2025               Respectfully submitted,

By: <u>*/s/ Lloyd Steven Marshall*</u>
Lloyd Steven Marshall
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, #3000
Houston, TX 77002
Telephone: 346.718.6678
Facsimile:  346.718.6958
LMarshall@gibsondunn.com

*Attorney for Defendant Cassava Sciences, Inc.*