

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

**By ECF**                                                                 June 11, 2025

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Heilbut, et al., v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Wang:

    We write in response to the Court's June 11, 2025, Order addressing the continued sealing of certain submissions in this case. Plaintiffs do not believe there is any reason or need for the continued sealing of the letter at ECF 74 and request that the Court unseal that document.

    We thank the Court for its attention to this matter.

                                                                                  Respectfully,

                                                                                 */s/ Isaac B. Zaur*

                                                                                 Isaac B. Zaur

cc: All parties/counsel of record (by ECF)