UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             ::
ADRIAN HEILBUT, JESSE BRODKIN, and                           ::
ENEA MILIORIS,                                               ::
                                                             :
            Plaintiffs,                                      ::
                                                             :     Case No. 1:24-cv-05948 (JLR)(OTW)
DAVID BREDT and GEOFFREY PITT,
                                                                         ~~[PROPOSED]~~ ORDER
            Intervenor-Plaintiffs,

            -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

            Defendants.

-------------------------------------------------------------X

### ~~[PROPOSED]~~ ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Lloyd Steven Marshall for admission to practice *Pro Hac Vice* in the above-

captioned action is granted. Applicant has declared that he is a member in good standing of the

bars of New York and California, and that his contact information is as follows:

> Lloyd Steven Marshall
> GIBSON, DUNN & CRUTCHER LLP
> 811 Main Street, #3000
> Houston, TX 77002
> Telephone: 346.718.6678
> Facsimile: 346.718.6958
> LMarshall@gibsondunn.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for

Cassava Sciences, Inc., in the above-entitled case.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing the discipline of attorneys.

Dated:  June 12, 2025

Ona T. Wang
U.S.M.J.

~~JENNIFER L. ROCHON~~

~~United States District Judge~~