**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

                            Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

                          Intervenor Plaintiffs,

                    -against-

CASSAVA SCIENCES, INC., REMI BARBIER, and
LINDSAY BURNS,

                          Defendants.
------------------------------------------------------------x

24-cv-5948 (JLR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 135.

Plaintiffs' motion to seal at ECF 73 is deemed **WITHDRAWN**.

The Clerk of Court is respectfully directed to **UNSEAL ECF 74**.

**SO ORDERED.**

Dated: June 12, 2025
New York, New York

                                                    *s/ Ona T. Wang*
                                                    **Ona T. Wang**
                                            United States Magistrate Judge