# EXHIBIT C

Exhibit C remains under seal by order of the Court. *See* ECF No. 133.