# EXHIBIT D



Document title: Adrian H on X: &quot;Not content with stringing along seniors with Alzheimer&#39;s disease and their families for years with its imaginary drug,...

Capture URL: https://x.com/Adrian_H/status/1895118318857597090

Capture timestamp (UTC): Thu, 06 Mar 2025 19:25:50 GMT

Page 1 of 1