## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS, | Civil Action No. 1:24-cv-05948-JLR |
| Plaintiffs, | |
| DAVID BREDT and GEOFFREY PITT | |
| Intervenor Plaintiffs, | |
| v. | |
| CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS | |
| Defendants. | |

## <u>MOTION FOR WITHDRAWAL OF ATTORNEYS</u>

J. Erik Connolly, Caitlin A. Kovacs, Michael A. Vatis, Williams E. Walsh, Julie M. Loftus, and Michael B. Silverstein, attorneys of record for Defendant Cassava Sciences, Inc., respectfully request permission to withdraw as counsel. Pursuant to Local Civil Rule 1.4, attached hereto is a Declaration in support of this motion stating that Defendant Cassava Sciences, Inc. continues to be represented by other counsel of record in this matter.

WHEREFORE, J. Erik Connolly, Caitlin A. Kovacs, Michael A. Vatis, Williams E. Walsh, Julie M. Loftus, and Michael B. Silverstein respectfully request the Court enter an Order withdrawing them as counsel in this matter.

Dated: June 16, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
*/s/___Michael A. Vatis_____*

Michael A. Vatis
New York State Bar No. 2258655
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
 Email: mvatis@beneschlaw.com

J. Erik Connolly (*pro hac vice*)
Illinois ARDC No. 6269558
New York State Bar No. 6133276
Caitlin A. Kovacs (*pro hac vice*)
Illinois ARDC No. 6313273
William E. Walsh (*pro hac vice*)
Illinois ARDC No. 6287631
Julie M. Loftus (*pro hac vice*)
Illinois ARDC No. 6287631
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: econnolly@beneschlaw.com
Email: ckovacs@beneschlaw.com
Email: wwalsh@beneschlaw.com
Email: jloftus@beneschlaw.com

Michael B. Silverstein (*pro hac vice*)
Ohio Bar No. 0098036
41 South High Street, Suite 2600
Columbus, OH 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email: msilverstein@beneschlaw.com

## CERTIFICATE OF SERVICE

I, Michael A. Vatis, hereby certify that a copy of the foregoing Motion for Withdrawal of Attorneys, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 16, 2025.


Dated: June 16, 2025                                   */s/ Michael A. Vatis*_____

ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS,

      Plaintiffs,

DAVID BREDT and GEOFFREY PITT

      Intervenor Plaintiffs

v.

CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS

      Defendants.

Civil Action No. 1:24-cv-05948-JLR

## [Proposed] ORDER REMOVING ATTORNEYS

It is ORDERED that, for good cause shown, J. Erik Connolly, Caitlin A. Kovacs, Michael A. Vatis, William E. Walsh, Julie M. Loftus, and Michael B. Silverstein are removed as counsel of record for Defendant Cassava Sciences, Inc. in this matter. The Clerk of Court is directed to note on the docket that their representation of Defendant Cassava Sciences, Inc. is terminated.

SO ORDERED.

Dated: June \_\_\_, 2025

_____
The Honorable Jennifer L. Rochon, U.S.D.J.