UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>    Intervenor Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS,<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>**DECLARATION OF MICHAEL A. VATIS IN SUPPORT OF MOTION OF WITHDRAWAL OF ATTORNEYS** |

I, Michael A. Vatis, hereby affirm the following under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am a member of the bar of the State of New York and of this Court. I submit this declaration pursuant to Rule 1.4 of the Local Rules of this Court in support of the Motion of Withdrawal of Attorneys J. Erik Connolly, Caitlin A. Kovacs, Michael A. Vatis, Williams E. Walsh, Julie M. Loftus, and Michael B. Silverstein of Benesch Friedlander Coplan & Aronoff LLP as attorneys of record for Defendant Cassava Sciences, Inc.

2. Defendant Cassava Sciences, Inc. has engaged new counsel and is currently represented by Scott Campbell of Gibson, Dunn & Crutcher LLP whose notice of appearance was filed on May 6, 2025.

3. This withdrawal is consented to by both incoming and outgoing counsel and has been approved by Defendant Cassava Sciences, Inc.

4. This withdrawal will not delay the matter or prejudice any party.

1

5. The parties are currently in the discovery process and in the midst of responding to discovery requests, producing documents, and preparing for upcoming depositions.

6. There is no charging lien.

WHEREFORE, I respectfully request that the Court grant the withdrawal of J. Erik Connolly, Caitlin A. Kovacs, Michael A. Vatis, Williams E. Walsh, Julie M. Loftus, and Michael B. Silverstein as attorneys of record for Defendant Cassava Sciences, Inc.

Dated: June 16, 2025                                   Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Michael A. Vatis*
Michael A. Vatis
New York State Bar No. 2258655
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
 Email: mvatis@beneschlaw.com

J. Erik Connolly (*pro hac vice*)
Illinois ARDC No. 6269558
New York State Bar No. 6133276
Caitlin A. Kovacs (*pro hac vice*)
Illinois ARDC No. 6313273
William E. Walsh (*pro hac vice*)
Illinois ARDC No. 6287631
Julie M. Loftus (*pro hac vice*)
Illinois ARDC No. 6287631
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: econnolly@beneschlaw.com
Email: ckovacs@beneschlaw.com
Email: wwalsh@beneschlaw.com
Email: jloftus@beneschlaw.com

Michael B. Silverstein (*pro hac vice*)
Ohio Bar No. 0098036
41 South High Street, Suite 2600
Columbus, OH 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email: msilverstein@beneschlaw.com