**MEMO ENDORSED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS,<br><br>Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>Defendants. | Civil Action No. 1:24-cv-05948-JLR (OTW) |

### [Proposed] ORDER REMOVING ATTORNEYS

It is ORDERED that, for good cause shown, J. Erik Connolly, Caitlin A. Kovacs, Michael A. Vatis, William E. Walsh, Julie M. Loftus, and Michael B. Silverstein are removed as counsel of record for Defendant Cassava Sciences, Inc. in this matter. The Clerk of Court is directed to note on the docket that their representation of Defendant Cassava Sciences, Inc. is terminated.

SO ORDERED.

Dated: June 17, 2025

~~The Honorable Jennifer L. Rochon, U.S.D.J.~~
Ona T. Wang
U.S.M.J.