**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

                  Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

                Intervenor-Plaintiffs,

        -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

                Defendants.

------------------------------------------------------------x

:: :: :: : :: :

Case No. 1:24-cv-05948 (JLR)

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, John D. W. Partridge hereby moves this Court for an Order for

admission to practice *Pro Hac Vice* to appear as counsel for Defendant Cassava Sciences, Inc., in

the above-captioned action.

I am a member in good standing of the bar of the states of California and Colorado, as well

as the District of Columbia, and there are no pending disciplinary proceedings against me in any

state or federal court. I have never been convicted of a felony. I have never been censured,

disbarred, or denied admission or readmission by any court. Besides the one exception described

1

below, I have never been suspended by any court.[1]  I have attached the affidavit pursuant to Local

Rule 1.3.


Dated:  June 24, 2025                    Respectfully submitted,


By: */s/ John D. W. Partridge*
       John D. W. Partridge
       GIBSON, DUNN & CRUTCHER LLP
       1900 Lawrence Street, Suite 3000
       Denver, CO 80202-2211
       Telephone: 303.298.5931
       Fax: 303.313.2857
       JPartridge@gibsondunn.com

       *Attorney for Defendant Cassava Sciences, Inc.*

---

[1]    Out of an abundance of caution, I would like to note for full disclosure that my District of Columbia Bar license was administratively suspended for a short period of time because I did not complete a course on the D.C. Rules of Professional Conduct and D.C. Practice within the deadline specified by the District of Columbia Bar.  When I discovered my oversight, I promptly took the course and paid the reinstatement fee, and I am now an active member in good standing of the Bar of the District of Columbia.  As noted above, I am also barred in both Colorado and California, and I have been in good standing in those jurisdictions without exception since I was admitted in May 2009 and May 2008, respectively.