UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              ::
ADRIAN HEILBUT, JESSE BRODKIN, and         ::
ENEA MILIORIS,                                             ::
                                                              :
                    Plaintiffs,                             ::
                                                              :        Case No. 1:24-cv-05948 (JLR) (OTW)
DAVID BREDT and GEOFFREY PITT,

                    Intervenor-Plaintiffs,                         [PROPOSED] ORDER

                    -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

                    Defendants.

-------------------------------------------------------------X

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of John D. W. Partridge for admission to practice *Pro Hac Vice* in the above-

captioned action is granted.  Applicant has declared that he is a member in good standing of the

state bars of California and Colorado, and that his contact information is as follows:

> John D. W. Partridge
> GIBSON, DUNN & CRUTCHER LLP
> 1900 Lawrence Street, Suite 3000
> Denver, CO 80202-2211
> Telephone: 303.298.5931
> Fax: 303.313.2857
> JPartridge@gibsondunn.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for

Cassava Sciences, Inc., in the above-entitled case.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing the discipline of attorneys.

Dated: ___June 25, 2025_____

Ona T. Wang
U.S.M.J.

~~JENNIFER L. ROCHON~~

~~United States District Judge~~