UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS<br><br>        Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>        Intervenor-Plaintiffs,<br><br>    v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>        Defendants. | Case No. 1:24-cv-05948-JLR-OTW<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants Remi Barbier and Lindsay Burns. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

| | |
|---|---|
| Dated: July 2, 2025<br>      New York, New York | **BAKER HOSTETLER LLP**<br><br>By: /s/ *Zachary R. Taylor*<br>Zachary R. Taylor<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212-589-4645<br>Facsimile: 212-589-4201<br>Email: ztaylor@bakerlaw.com<br><br>*Attorney for Defendants Remi Barbier and Lindsay Burns* |