UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,

    Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

    Intervenor-Plaintiffs,

-against-

CASSAVA SCIENCES, INC., REMI BARBIER and LINDSAY BURNS,

    Defendants.

Case No. 1:24-cv-05948 (JLR)

---------------------------------------------------------x

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Cassava Sciences, Inc.

Dated: July 2, 2025

Respectfully submitted,

By: */s/ Mylan L. Denerstein*
    Mylan L. Denerstein
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue, 47th Floor
    New York, NY 10166-0193
    Telephone: 212.351.3850
    Fax: 212.351.6350
    MDenerstein@gibsondunn.com

*Attorney for Defendant Cassava Sciences, Inc.*