UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

          Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

          Intervenor-Plaintiffs,

          -against-

CASSAVA SCIENCES, INC., REMI BARBIER
and LINDSAY BURNS,

          Defendants.

-----------------------------------------------------------x

Case No. 1:24-cv-05948 (JLR)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Cassava Sciences, Inc.

Dated: July 2, 2025

Respectfully submitted,

By: */s/ Monica K. Loseman*
    Monica K. Loseman
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue, 47th Floor
    New York, NY 10166-0193
    Telephone: 303.298.5784
    Fax: 303.313.2828
    MLoseman@gibsondunn.com

    *Attorney for Defendant Cassava Sciences, Inc.*