UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>  Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>  Intervenor Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>  Defendants. | Civil Action No. 1:24-cv-05948-JLR |

## MOTION FOR WITHDRAWAL OF ATTORNEYS

Steven J. Fink and Aaron R. Haines, attorneys of record for Defendants Remi Barbier and Dr. Lindsay Burns, respectfully request permission to withdraw as counsel. Pursuant to Local Civil Rule 1.4, attached hereto is a Declaration in support of this motion stating that Defendants Remi Barbier and Dr. Lindsay Burns continue to be represented by other counsel of record in this matter.

WHEREFORE, Steven J. Fink and Aaron R. Haines respectfully request the Court enter an Order withdrawing them as counsel in this matter.

Dated: July 3, 2025                             Respectfully submitted,

**LAW OFFICE OF STEVEN J. FINK PLLC**

*/s/ Steven J. Fink*

Steven J. Fink
New York State Bar No. 2697639
100 Wall Street, 15th Floor
New York, NY 10005
Telephone: (646) 802-6976
Email: steven.fink@sjfinkpllc.com

**SCHINDLER COHEN & HOCHMAN LLP**
Aaron R. Haines
New York State Bar No. 5813399
100 Wall Street, 15th Floor
New York, NY 10005
Telephone: (212) 277-6329
Email: ahaines@schlaw.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS,<br><br>  Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>  Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>  Defendants. | Civil Action No. 1:24-cv-05948-JLR |

### [Proposed] ORDER REMOVING ATTORNEYS

It is ORDERED that, for good cause shown, Steven J. Fink and Aaron R. Haines are removed as counsel of record for Defendants Remi Barbier and Dr. Lindsay Burns in this matter. The Clerk of Court is directed to note on the docket that their representation of Defendants Remi Barbier and Dr. Lindsay Burns is terminated.

SO ORDERED.

Dated: July ___, 2025

_____
The Honorable Jennifer L. Rochon, U.S.D.J.