UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>    Intervenor Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, DR. LINDSAY BURNS,<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br>**DECLARATION OF STEVEN J. FINK IN SUPPORT OF MOTION FOR WITHDRAWAL OF ATTORNEYS** |

    I, Steven J. Fink, hereby affirm the following under penalty of perjury pursuant to 28 U.S.C. §1746:

    1.    I am a member of the bar of the State of New York and of this Court. I submit this declaration pursuant to Rule 1.4 of the Local Rules of this Court in support of the Motion for Withdrawal of Attorneys Steven J. Fink and Aaron R. Haines as attorneys of record for Defendants Remi Barbier and Dr. Lindsay Burns.

    2.    Defendants Remi Barbier and Dr. Lindsay Burns have engaged new counsel and are currently represented by Zachary Taylor of Baker & Hostetler LLP, whose notice of appearance was filed on July 2, 2025. They also continue to be represented by William B. Jacobson and Erin Walsh of Jacobson Lopez PLLC.

    3.    This withdrawal is consented to by both incoming and outgoing counsel and has been approved by Defendants Remi Barbier and Dr. Lindsay Burns.

    4.    This withdrawal will not delay the matter or prejudice any party.

5. The parties are currently in the discovery process and in the midst of responding to discovery requests, producing documents, and preparing for upcoming depositions.

6. There is no retaining lien or charging lien.

WHEREFORE, I respectfully request that the Court grant the withdrawal of Steven J. Fink and Aaron R. Haines as attorneys of record for Defendants Remi Barbier and Dr. Lindsay Burns.

Dated: July 3, 2025

Respectfully submitted,

**LAW OFFICE OF STEVEN J. FINK PLLC**

*/s/ Steven J. Fink*
Steven J. Fink
New York State Bar No. 2697639
100 Wall Street, 15th Floor
New York, NY 10005
Telephone: (646) 802-6976
Email: steven.fink@sjfinkpllc.com