UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS<br><br>        Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>        Intervenor-Plaintiffs,<br><br>        v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>        Defendants. | Case No. 1:24-cv-05948-JLR-OTW<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

To: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Baker & Hostetler LLP and a member in good standing of the bar of the State of Washington, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants, Remi Barbier and Lindsay Burns. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: July 7, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ *Douglas W. Greene*
45 Rockefeller Plaza-14th Floor
New York, New York 10111
Telephone: 212.589-4200
Facsimile: 212.589-4201
Email: dgreene@bakerlaw.com