UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT<br><br>    Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR(OTW) |

## [Proposed] ORDER REMOVING ATTORNEYS

It is ORDERED that, for good cause shown, Steven J. Fink and Aaron R. Haines are removed as counsel of record for Defendants Remi Barbier and Dr. Lindsay Burns in this matter. The Clerk of Court is directed to note on the docket that their representation of Defendants Remi Barbier and Dr. Lindsay Burns is terminated.

SO ORDERED.

Dated: July __7__, 2025

_____
~~The Honorable Jennifer L. Rochon, U.S.D.J.~~
Ona T. Wang
U.S.M.J.