# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

August 20, 2025

**VIA CM/ECF**

The Honorable Ona T. Wang
United States District Court
    for the Southern District of New York
500 Pearl Street
New York, NY 100007

Re:    *Heilbut, et al., v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Wang:

On August 11, 2025, the parties submitted a joint letter requesting an extension to the current discovery deadlines, particularly the deadline for fact discovery.

As discussed in the letter, Plaintiffs requested a mere thirty (30) day extension to the fact discovery deadline (August 29), despite the facts that: the parties "anticipate taking an additional seven to ten depositions;" "Plaintiffs have been negotiating with several third parties concerning document subpoenas served by Plaintiffs"; and Plaintiffs' counsel has communicated that it is unavailable for deposition the last week of August, among other important factors that would render the current discovery deadlines unworkable. ECF 153 at 1-3. Defendants Barbier and Burns requested a ninety (90) day extension to accommodate the realities of the remaining fact discovery, and other important factors impacting fact discovery and the other current discovery deadlines. *Id.* at 2-3. Defendant Cassava Sciences did not oppose either request for an extension, but agreed with Defendants Barbier and Burns that Dr. Wang's criminal trial has direct implications for fact discovery in this case. *Id.* at 3.

Yesterday evening (at 7:11 p.m.), Plaintiffs noticed two third parties with subpoenas duces tecum, which request "all documents and communications" related to various topics, with some requests spanning the time period of "January 2021 through September 2024," and other requests spanning "from 2021 to present."

Defendants Barbier and Burns respectfully submit that it is not reasonable, or likely, that the parties will complete seven to ten depositions, or that these third parties (or any other future third parties

The Honorable Ona T. Wang
August 20, 2025
Page 2

Plaintiffs intend to subpoena) will negotiate and complete their document productions, within either the current discovery deadline (August 29) or Plaintiffs' requested deadline (October 3).

Accordingly, Defendants Barbier and Burns resubmit their request that the Court extend the current discovery deadlines for a period of ninety (90) days, as follows:

| Event | Original Deadline (Dkt. 42) | Current Deadline (Dkt. 123) | Proposed Deadline |
|---|---|---|---|
| Fact discovery | July 3, 2025 | Aug. 29, 2025 | Nov. 27, 2025 |
| Plaintiffs' expert disclosures | July 17, 2025 | Sept. 12, 2025 | Dec. 11, 2025 |
| Defendants' rebuttal expert disclosures | Aug. 18, 2025 | Oct. 10, 2025 | Jan. 8, 2026 |
| Expert discovery / all discovery | Aug. 28, 2025 | Oct. 24, 2025 | Jan. 22, 2026 |

Counsel is available if the Court has any questions.

Respectfully,

*/s/ Douglas W. Greene*
Douglas W. Greene

cc: All Counsel of Record (via CM/ECF)