**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                          :
ADRIAN HEILBUT, et al.,                  :
                          :
                    Plaintiffs,      :      24-cv-5948 (JLR) (OTW)
                          :
          -against-                :      **POST-CONFERENCE ORDER**
                          :
CASSAVA SCIENCES, INC., et al.,    :
                          :
                    Defendants.    :
                          :
                          :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 153 – 155.

The Court will hold a status conference in this matter on **October 28, 2025, at 10:30 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**. Counsel for anyone with an interest in any discovery dispute that is live at the time of the conference must appear or the Court may presume they take no position. The parties are directed to file a joint proposed agenda for the conference no later than **October 23, 2025**.

Counsel should be prepared to discuss what discovery has been done, what discovery remains, and how they plan to complete that discovery in a timely manner, as well as whether a further extension of discovery is required.

It is **FURTHER ORDERED** that all discovery deadlines are extended to **October 28, 2025**.

The Clerk of Court is respectfully directed to close ECF Nos. 153 and 154.

**SO ORDERED.**

Dated: August 22, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge