UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>                      Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>                      Intervenor-Plaintiffs,<br><br>                      v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>                      Defendants. | Case No. 1:24-cv-05948-JLR-OTW<br><br>**NOTICE OF DEFENDANTS REMI BARBIER AND LINDSAY BURNS' MOTION TO FILE UNDER SEAL A LIMITED PORTION OF A <u>DISCOVERY LETTER MOTION</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants Remi Barbier and Lindsay Burns' Motion to Seal, and the accompanying supporting papers filed under seal, Defendants Barbier and Burns, through their counsel Baker & Hostetler LLP, will respectfully move this Court before the Honorable Ona T. Wang, United States Magistrate Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order sealing a limited portion of a discovery letter motion.

Dated: September 26, 2025

                                                            Respectfully submitted,

                                                            **BAKER & HOSTETLER LLP**

                                                            By: <u>/s/ Douglas W. Greene</u>
                                                                  Douglas W. Greene (*pro hac vice*)
                                                                   45 Rockefeller Plaza-14th Floor

New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: dgreene@bakerlaw.com

*An Attorney for Defendants Remi Barbier and Lindsay Burns*