**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>        Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>        Intervenor-Plaintiffs,<br><br>        v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>        Defendants. | Case No. 1:24-cv-05948-JLR-OTW |

**CERTIFICATE OF SERVICE PURSUANT TO STANDING ORDER M10-468**

Pursuant to Standing Order M10-468, I hereby certify that on September 26, 2025, true and correct copies of the unredacted versions of (1) Defendants Remi Barbier and Lindsay Burns' Sealed Supplemental Memorandum in Support of their Motion to Seal and (2) Defendants Remi Barbier and Lindsay Burns' Discovery Letter Motion were served upon all counsel of record via email.

Dated: September 26, 2025

Baker & Hostetler LLP

*/s/ Douglas W. Greene*
Douglas W. Greene (*pro hac vice*)
45 Rockefeller Plaza-14th Floor
New York, New York 10111
Telephone:    212.589.4200
Facsimile:    212.589.4201
Email: dgreene@bakerlaw.com

*An Attorney for Defendants Remi Barbier and Lindsay Burns*