UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>    Intervenor-Plaintiffs,<br><br>    v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>    Defendants. | Case No. 1:24-cv-05948-JLR-OTW |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(2) AS TO THE INTERVENOR PLAINTIFFS' CLAIMS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Intervenor Plaintiffs David Bredt and Geoffrey Pitt (the "Intervenor Plaintiffs"), and defendants Cassava Sciences, Inc., Remi Barbier and Lindsay Burns ("Defendants", and together with the Intervenor Plaintiffs, "the Parties") request the Court to enter into an agreed stipulated Order dismissing with prejudice all claims brought by the Intervenor Plaintiffs against the Defendants.

WHEREAS, Defendants were served with process in the above-captioned action;

WHEREAS, the Defendants served answers on April 9, 2025 (as amended on April 30, 2025);

WHEREAS, the Parties have agreed to the dismissal with prejudice of all claims brought by the Intervenor Plaintiffs against the Defendants.

WHEREFORE, the Parties request this Court to enter the proposed stipulated Order of Dismissal with Prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedures, costs, and expenses to be borne by the party incurring them.

RESPECTFULLY SUBMITTED

In New York, NY, this 29 day of September 2025.

| **Attorneys for the Intervenor Defendants, David Bredt and Geoffrey Pitt** | **Attorneys for Defendant Cassava Sciences, Inc.** |
|---|---|
| GOODWIN PROCTER LLP | GIBSON DUNN & CRUTCHER LLP |
| By: /s/ Meghan K. Spillane<br>    Meghan K. Spillane<br>    Jeffrey A. Simes | By: /s/ Scott Campbell<br>    Scott Campbell<br>    Monica K. Loseman |
| The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel. 212.813.8800<br>mspillane@goodwinlaw.com | 1900 Lawrence Street<br>Suite 3000<br>Denver, CO 80202-2211<br>SCampbell@gibsondunn.com |

**Attorneys for Defendants Remi Barbier and Lindsay Burns**

BAKER HOSTETLER

By: /s/ Zachary Taylor
    Zachary Taylor
    Douglas W. Greene

45 Rockefeller Plaza
New York, New York 10111
Tel. 212.589.4645
ztaylor@bakerlaw.com\