UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>　　　　　Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>　　　　　Intervenor-Plaintiffs,<br><br>　　　　　v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>　　　　　Defendants. | Case No. 1:24-cv-05948-JLR-OTW |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(2) AS TO THE INTERVENOR PLAINTIFFS' CLAIMS**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Intervenor Plaintiffs David Bredt and Geoffrey Pitt (the "Intervenor Plaintiffs"), and defendants Cassava Sciences, Inc., Remi Barbier and Lindsay Burns ("Defendants", and together with the Intervenor Plaintiffs, "the Parties") request the Court to enter into an agreed stipulated Order dismissing with prejudice all claims brought by the Intervenor Plaintiffs against the Defendants.

WHEREAS, Defendants were served with process in the above-captioned action;

WHEREAS, the Defendants served answers on April 9, 2025 (as amended on April 30, 2025);

WHEREAS, the Parties have agreed to the dismissal with prejudice of all claims brought by the Intervenor Plaintiffs against the Defendants.

WHEREFORE, the Parties request this Court to enter the proposed stipulated Order of Dismissal with Prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedures, costs, and expenses to be borne by the party incurring them.

RESPECTFULLY SUBMITTED

In New York, NY, this 30 day of September 2025.

*Attorneys for the Intervenor Plaintiffs, David Bredt and Geoffrey Pitt*

GOODWIN PROCTER LLP

By: *[signature]*
Meghan K. Spillane
Jeffrey A. Simes

The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. 212.813.8800
afunk@goodwinlaw.com

*Attorneys for Defendant Cassava Sciences, Inc.*

GIBSON DUNN & CRUTCHER LLP

By: *[signature]*
Scott Campbell
Monica K. Loseman

1900 Lawrence Street
Suite 3000
Denver, CO 80202-2211
SCampbell@gibsondunn.com

*Attorneys for Defendants Remi Barbier and Lindsay Burns*

BAKER HOSTETLER

By: *[signature]*
Zachary Taylor
Douglas W. Greene

45 Rockefeller Plaza
New York, New York 10111
Tel. 212.589.4645
ztaylor@bakerlaw.com\