

**Isaac B. Zaur**

izaur@cgr-law.com

Direct: 212.633.4314

<u>VIA ECF</u>

October 1, 2025

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

<u>Re: Sealing Plaintiffs' Opposition to Defendants' Request for Pre-Motion Conference
*Heilbut, et al., v. Cassava, et al*., Case No. 1:24-cv-05948-JLR-OTW</u>

Dear Judge Wang:

  We write on behalf of plaintiffs Adrian Heilbut, Enea Milioris, and Jesse Brodkin to request the provisional sealing of their forthcoming letter opposing individual defendants Dr. Lindsay Burns and Remi Barbier's letter request (Dkt. 162) and their forthcoming memorandum of law submitted in opposition to the individual defendants' motion to seal (Dkt. 158).

  Plaintiffs do not believe that any governing law or rule supports the continued sealing of Defendants' letter or motion papers, or of our own opposition papers. However, we have filed (i) our opposing letter to defendants' request in redacted form and under seal and (ii) our opposition papers to defendants' motion to seal under seal, in order to allow the Court maximum flexibility in entering whatever further order it deems appropriate upon consideration of the papers filed by the parties.

  We thank the Court for its attention to this matter and are available at the Court's convenience.

Respectfully submitted,

*/s/ Isaac B. Zaur*

Isaac B. Zaur

cc:  All parties/counsel of record (via ECF)

41 Madison Avenue, New York, NY 10010    Main: 212.633.4310    cgr-law.com