UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>Defendants. | Case No. 1:24-cv-05948-JLR-OTW |

## ~~[PROPOSED]~~ STIPULATED ORDER OF DISMISSAL

Having considered the recently filed Joint Stipulation for Voluntary Dismissal with Prejudice Under Fed. R. Civ. P. 41(A)(2), it is hereby:

ORDERED that the Intervenor Plaintiffs' Claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and there being no just reason for delay,

ORDERED that the Clerk of Court is directed to enter final judgment dismissing all claims brought by the Intervenor Plaintiffs against all defendants, with each party to bear its own costs.

SO ORDERED:

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge

Dated: New York, New York

____October 1_____, 2025