UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

                  Plaintiff,

DAVID BREDT and GEOFFREY PITT,

                  Intervenor-Plaintiffs,

   -v-                                         24 **CIVIL** 5948 (JLR)(OTW)

                                                        **JUDGMENT**

CASSAVA SCIENCES, INC., REMI BARBIER,
and LINDSAY BURNS,

                  Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated October 2, 2025, the Intervenor Plaintiffs' Claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and there being no just reason for delay, final judgment is entered dismissing all claims brought by the Intervenor Plaintiffs against all defendants, with each party to bear its own costs.

**Dated:**  New York, New York
          October 6, 2025

                                                        **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                     **BY:**         *K. Mango*

                                                          **Deputy Clerk**