**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

                              Plaintiffs,

              -against-

CASSAVA SCIENCES, INC., REMI BARBIER, and
LINDSAY BURNS,

                              Defendants.

-------------------------------------------------------------x

24-cv-5948 (JLR) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The status conference scheduled for October 28, 2025, at 10:30 a.m. will now be held **October 28, 2025, at 10:00 a.m.**

**SO ORDERED.**

Dated: October 21, 2025
         New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge