**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>　　　　Defendants. | Civil Action No.  1:24-cv-05948-JLR-OTW<br><br><br>Magistrate Judge Ona T. Wang |

---

## JOINT PROPOSED AGENDA FOR OCTOBER 28, 2025 STATUS CONFERENCE

Pursuant to the Court's Order on October 21, 2025 (Dkt. No. 177), Plaintiffs Dr. Adrian Heilbut, Dr. Jesse Brodkin, and Dr. Enea Milioris, and Defendants Cassava Sciences, Inc. ("Cassava Defendant"), Remi Barbier, and Dr. Lindsay Burns (the "Individual Defendants"), by and through their undersigned counsel, respectfully submit the following agenda for the status conference on October 28, 2025.

1. The October 23 dismissal of *United States v. Hoau-Yan Wang,* No. 8:24-CR-00211-TDC (D. Md.) and impact on outstanding motions before the Court.

   a) Individual Defendants' pre-motion letter seeking to extend fact discovery and to stay their own depositions and the deposition of non-party Dr. Hoau-Yan Wang and Plaintiffs' letter response.  (Dkt. Nos. 161, 168.)

   b) Motion to quash or modify deposition subpoena by non-party Dr. Hoau-Yan Wang.  (Dkt. No. 175.)

2. Status of discovery, including what discovery has been done, what discovery remains, and how the parties plan to complete that discovery in a timely manner.

   a) Plaintiffs

   b) Cassava Defendant

   c) Individual Defendants

3. Individual Defendants' motion to seal Dkt. No. 161 and Plaintiffs' opposition. (Dkt. Nos. 158, 170.)

    a) Plaintiffs' motion to seal Dkt. No. 168 pending the Court's decision on Individual Defendants' motion to seal. (Dkt. No. 167.)

4. Plaintiffs' pre-motion letter seeking to compel Individual Defendants' production of financial documents and Individual Defendants' letter response. (Dkt. No. 174, 176.)

5. Discovery dispute regarding non-party ASCI's production of documents in response to Plaintiffs' subpoena on a Confidential basis.

Dated: October 24, 2025

**CLARICK GUERON REISBAUM LLP**
By: */s/ Isaac B. Zaur*
Isaac B. Zaur
David Kumagai
Amanda J. Wong
41 Madison Avenue, 23rd Floor
New York, NY 10010
212-633-4310
izaur@cgr-law.com
dkumagai@cgr-law.com
awong@cgr-law.com

**LAW OFFICE OF DANIEL F. WACHTELL**
Daniel F. Wachtell
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com

*Attorneys for Plaintiffs Dr. Adrian Heilbut, Dr. Jesse Brodkin, and Dr. Enea Milioris*

**GIBSON DUNN & CRUTCHER LLP**
By: */s/ M. Scott Campbell*
M. Scott Campbell
Monica K. Loseman
1900 Lawrence Street, Suite 3000
Denver, CO 80202
scampbell@gibsondunn.com
mloseman@gibsondunn.com

Mylan L. Denerstein
200 Park Ave.
New York, NY 10166
mdenerstein@gibsondunn.com

*Attorneys for Defendant Cassava Sciences, Inc.*

**BAKERHOSTETLER**
By: */s/ Zachary Taylor*
Zachary Taylor
Douglas W. Greene
45 Rockefeller Plaza
New York, New York 10111
212-589-4645
ztaylor@bakerlaw.com
dgreene@bakerlaw.com

*Attorneys for Defendants Remi Barbier and Dr. Lindsay Burns*