**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ADRIAN HEILBUT, JESSE BRODKIN, and                              ::
ENEA MILIORIS,                                                  ::
                                                                ::      24-cv-5948 (JLR) (OTW)
                                        Plaintiffs,             ::
                                                                :       **POST-CONFERENCE ORDER**
                      -against-                                 :
                                                                :
CASSAVA SCIENCES, INC., REMI BARBIER, and                       :
LINDSAY BURNS,                                                  :
                                                                :
                                        Defendants.             :
                                                                :
------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

     The Court held a status conference in this matter on October 28, 2025. For the reasons

put forth during the conference, it is **ORDERED** that the parties meet and confer on resolving

their remaining discovery disputes and adhere to the following schedule:

- Plaintiffs' letter motion for an additional deposition of Dr. Wang (over the deposition limit provided by Fed. R. Civ. P. 30) is due **October 29**; opposition is due **October 30**.
- Defendants Burns and Barbier's motion to compel additional depositions and discovery from three witnesses is due **November 7**; opposition including any third-party objections to the discovery sought are due **November 14**; and
- Defendants Burns and Barbier and Plaintiffs are directed to meet and confer on limiting the scope of financial discovery sought from Burns and Barbier. As discussed at the conference, any inability to agree on financial discovery shall not be a reason to adjourn the depositions of Burns and Barnier.

     It is **FURTHER ORDERED** that the fact discovery deadline is **EXTENDED** to **November 26**

without prejudice to further extensions. Accordingly, the parties are directed to file a joint

status letter by **November 21** including any outstanding discovery items, any remaining

disputes, and any requests to extend discovery.

Finally, the motions to seal at ECF Nos. 158 and 167 and the outstanding motions at ECF Nos. 162, 174, and 175, are **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to unseal ECF Nos. 160, 162, 169, and 170; to close ECF Nos. 158, 162, 167, 174, and 175; and to terminate ECF 161.

**SO ORDERED.**

_/s/ Ona T. Wang_

Dated: October 28, 2025
      New York, New York

**Ona T. Wang**
United States Magistrate Judge