# EXHIBIT 1

| | |
|---|---|
| **From:** | Campbell, Scott |
| **To:** | Isaac Zaur; Amanda Wong |
| **Cc:** | Zachary R. Taylor; Dave Kumagai; Newcomb, Ming Lee; Loseman, Monica K.; Costa, Gregg J.; Marshall, Lloyd Steven; Dan Wachtell; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene; Scott, Christopher |
| **Subject:** | RE: Heilbut v. Cassava -- N. Hainer Deposition |
| **Date:** | Wednesday, October 8, 2025 9:21:00 PM |

Thank you, Isaac.

October 16 will work for Ms. Hainer's deposition. We disagree that the matter warrants depositions beyond the limit. Indeed, 10 was more than was necessary. We will object to any deposition over the limit of 10.

We will work to clear October 17 and come back to you promptly to confirm.

Best,
Scott


**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Isaac Zaur <izaur@cgr-law.com>
**Sent:** Wednesday, October 8, 2025 7:08 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: Heilbut v. Cassava -- N. Hainer Deposition

> **This Message Is From an External Sender**
> This message came from outside your organization.

All,

We have continued to work with Lisa Brodkin, and she now can be available on 10/17, with

the caveat that she has an afternoon obligation. We propose to start at 8am with the aim of having her out by noon.

Unfortunately, she is not able to appear on 11/7. (Also, reading Scott's email below again, I now think the implication was that the second half of that week did not work for you anyhow.)

Please let us know if this works.

Isaac

**From:** Isaac Zaur
**Sent:** Tuesday, October 7, 2025 9:12 AM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: Heilbut v. Cassava -- N. Hainer Deposition

Hi Scott,

For Lisa Brodkin, this is the only date she and we are available before the end of the discovery period. I am not available the first half of the following week, but we can ask for her availability on Friday November 7, without waiver of our objection to extending discovery any further.

With respect to Dr. Hainer, Zach and his team have already stated that they will not make Dr. Burns available on 10/16, so there should be no conflict on that day. Given the complexity of this matter, it is well within reason to take Dr. Hainer's deposition in addition to those already taken and noticed; we will not be withdrawing any of our other notices.

Isaac

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Monday, October 6, 2025 9:41 PM
**To:** Isaac Zaur <izaur@cgr-law.com>; Amanda Wong <awong@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>;

Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Heilbut v. Cassava -- N. Hainer Deposition

Thank you, Isaac.

I am not available for Ms. Brodkin's deposition on 10/31. I could do any other day that week except the morning of 10/28, during our conference with Judge Wang. I could also do any day from Monday to Wednesday the following week (Nov. 3-5). Without waiving any rights as to the length of Ms. Brodkin's deposition, I expect it will take less than ½ day.

With regard to Ms. Hainer, Plaintiffs have already noticed a deposition of Dr. Burns for 10/16. If Plaintiffs plan to take that that off the calendar, I am available on 10/16. That said, Plaintiffs have already taken 7 of their 10 depositions, and noticed 3 more (Dr. Wang, Dr. Burns, and Mr. Barbier). If you plan to depose Ms. Hainer, please advise which of the currently noticed depositions you intend to withdraw.

Best,
Scott


**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

**From:** Isaac Zaur <izaur@cgr-law.com>
**Sent:** Friday, October 3, 2025 12:00 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: Heilbut v. Cassava -- N. Hainer Deposition

Dropping Goodwin in view of their clients' dismissal.

Also we can make Lisa Brodkin available at our office on 10/31. Can you estimate how long you think you will want with her?

Isaac

---

**From:** Isaac Zaur
**Sent:** Friday, October 3, 2025 1:02 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** Heilbut v. Cassava -- N. Hainer Deposition

All,

Non-party Nicole Hainer is available for what we anticipate will be a short remote deposition on October 16.

We anticipate our own questioning will be about 1-2 hours, so we would be okay starting either in the morning or the afternoon if you agree. Please let us know so she can lock it in.

We are working on availability for Dr. Lisa Brodkin and will get back to you on that asap.

Regards,
Isaac

---

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Wednesday, October 1, 2025 11:02 AM
**To:** Amanda Wong <awong@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Isaac Zaur <izaur@cgr-law.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: [EXTERNAL] Re: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut

deposition availability

Confirmed, Amanda, thank you.

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Amanda Wong <awong@cgr-law.com>
**Sent:** Friday, September 26, 2025 3:02 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Isaac Zaur <izaur@cgr-law.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: [EXTERNAL] Re: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

Hi Scott, can you confirm whether 10/15 works for Dr. Heilbut's deposition?

Thanks,
Amanda

---

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Tuesday, September 23, 2025 10:12 PM
**To:** Isaac Zaur <izaur@cgr-law.com>; Amanda Wong <awong@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: [EXTERNAL] Re: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut

deposition availability

Thanks Isaac.  10/3 does not work, but I'm working on 10/15 and think I can get that clear.  Will confirm shortly.

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Isaac Zaur <izaur@cgr-law.com>
**Sent:** Tuesday, September 23, 2025 8:09 PM
**To:** Amanda Wong <awong@cgr-law.com>; Campbell, Scott <SCampbell@gibsondunn.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: [EXTERNAL] Re: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

All: My apologies, but I just had an argument set on 10/10 that I cannot move, so I cannot make that date work. If neither 10/3 nor 10/15 works, we can get another date I'm sure. -Isaac

---

**From:** Amanda Wong <awong@cgr-law.com>
**Sent:** Monday, September 22, 2025 4:43 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>; Isaac Zaur <izaur@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>
**Subject:** RE: [EXTERNAL] Re: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

Scott,

Dr. Heilbut can be available on October 3, October 10, or October 15. Please let us know if one of those dates would work.

Best,
Amanda

--

**Amanda J. Wong** *she/her*
Clarick Gueron Reisbaum LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010
awong@cgr-law.com
Main: (212) 633-4310
Direct: (646) 398-5068

_____

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To comply with IRS regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

_____

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Friday, September 19, 2025 7:32 PM
**To:** Isaac Zaur <izaur@cgr-law.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** RE: [EXTERNAL] Re: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

Isaac,

Thanks for your understanding and willingness to reschedule. Please let me know when would be a convenient time to re-calendar Dr. Heilbut's deposition.

Best,

Scott

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

**From:** Isaac Zaur <izaur@cgr-law.com>
**Sent:** Wednesday, September 10, 2025 2:34 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>
**Cc:** Zachary R. Taylor <ztaylor@bakerlaw.com>; Dave Kumagai <dkumagai@cgr-law.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Jeffrey A Simes <JSimes@goodwinlaw.com>; Jessica Vogele <JVogele@goodwinlaw.com>; Meghan K Spillane <MSpillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Douglas W. Greene <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** Re: [EXTERNAL] Re: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

Scott I am so terribly sorry to hear this. Of course we will work with you on timing.

> On Sep 10, 2025, at 4:05 PM, Campbell, Scott <SCampbell@gibsondunn.com> wrote:
>
> Isaac,
>
> There was a shooting at my children's high school today. My kids are fine. But I will not be able to be in New York on Friday, and need to reschedule the deposition.
>
> Thank you for your understanding.
>
> Best,
> Scott

M. Scott Campbell

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5723 • Fax +1 303.313.2846
SCampbell@gibsondunn.com • www.gibsondunn.com


On Aug 22, 2025, at 9:04 AM, Isaac Zaur <izaur@cgr-law.com> wrote:


An arbitrator just set a conference on that day yesterday but I may be able to move it. Let me see what I can do. (The conference also shouldn't be longer than half an hour, so I might be able to do both.) Let's set it tentatively and confirm on Monday?

---

**From:** Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Sent:** Friday, August 22, 2025 10:42 AM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>; Isaac Zaur <izaur@cgr-law.com>; Dave Kumagai <dkumagai@cgr-law.com>
**Cc:** Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; GCosta <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Simes, Jeffrey A <jsimes@goodwinlaw.com>; Vogele, Jessica <jvogele@goodwinlaw.com>; Spillane, Meghan K <mspillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Greene, Douglas W. <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** [EXTERNAL] RE: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

September 12 works for us as well.

Best regards,
Zach

**Zach Taylor**
Partner

---

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4645

ztaylor@bakerlaw.com
bakerlaw.com
<image002.png>
<image003.png>
<image004.png>

---

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Friday, August 22, 2025 10:00 AM
**To:** Isaac Zaur <izaur@cgr-law.com>; Dave Kumagai <dkumagai@cgr-law.com>
**Cc:** Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; GCosta <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Simes, Jeffrey A <jsimes@goodwinlaw.com>; Vogele, Jessica <jvogele@goodwinlaw.com>; Spillane, Meghan K <mspillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Greene, Douglas W. <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** RE: Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

[External Email: Use caution when clicking on links or opening attachments.]

Thanks Isaac.  Let's plan on September 12, if that still works.

Have a good weekend,
Scott

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Isaac Zaur <izaur@cgr-law.com>
**Sent:** Wednesday, August 13, 2025 11:30 AM

**To:** Dave Kumagai <dkumagai@cgr-law.com>; Campbell, Scott <SCampbell@gibsondunn.com>
**Cc:** Partridge, John D.W. <JPartridge@gibsondunn.com>; Newcomb, Ming Lee <MNewcomb@gibsondunn.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Simes, Jeffrey A <jsimes@goodwinlaw.com>; Vogele, Jessica <jvogele@goodwinlaw.com>; Spillane, Meghan K <mspillane@goodwinlaw.com>; Dan Wachtell <dan@danwachtell.com>; ewalsh@jacobsonlopez.com; bjacobson@jacobsonlopez.com; Greene, Douglas W. <dgreene@bakerlaw.com>; Scott, Christopher <CScott@gibsondunn.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) -- Adrian Heilbut deposition availability

Scott, Zach, and all,

Adrian Heilbut can be available for his rescheduled deposition on the following dates: September 8, 11, or 12, or September 17.

Please let us know if one of those works.

Isaac B. Zaur
Clarick Gueron Reisbaum LLP
41 Madison Avenue
New York, NY 10010

212 633 4310 (main phone)
212 633 4314 (direct dial)
646 478 9484 (fax)

izaur@cgr-law.com
www.cgr-law.com

_____

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.  To comply with IRS regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.
_____

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.