# EXHIBIT 2

******** CONFIDENTIAL TRANSCRIPT ********

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3                       - - -
 4    ADRIEN HEILBUT; JESSE          )
      BRODKIN; and ENEA MILIORIS,    )
 5                                   )
               Plaintiff,            )
 6                                   )
      DAVID BREDT and GEOFFREY       )
 7    PITT,                          )
                                     )
 8       Intervenor-Plaintiffs,      ) No. 1:24-cv-05948-JLR-OTW
                                     )
 9           vs.                     )
                                     )
10    CASSAVA SCIENCES, INC.;        )
      REMI BARBIER; and LINDSAY      )
11    BURNS,                         )
                                     )
12              Defendants.          )
                                     )
13
14
15
16                    DEPOSITION OF
17                      PAUL AISEN
18              Wednesday, June 11, 2025
19
20
21
22    Reported By:
23    MICHELLE K. BAILEY
      RPR, CSR No. 10713
24
25
```

******** CONFIDENTIAL TRANSCRIPT ********

Page 194

1      A.   Correct, to my knowledge.
2      Q.   Mark one more exhibit.  This, I think, should
3  be 09.
4           (Exhibit 9 marked)
5           THE WITNESS:  Okay.
6  BY MR. CAMPBELL:
7      Q.   This is an e-mail from you to Dr. Burns on
8  August 15th, 2022; is that right?
9      A.   Yes.
10     Q.   And it's marked at the bottom as
11 Cassava_000739110.
12          Do you see that?
13     A.   Yes.
14     Q.   To your knowledge, was this conveyed after the
15 draft note that we just looked at?
16     A.   Yes, to my knowledge.
17     Q.   And this is August 2022.  So ten or eleven
18 months after JPAD began its inquiry into the article
19 that Cassava was participating in; is that right?
20     A.   Yes.
21     Q.   In your view, did JPAD conduct a thorough
22 investigation of the allegations regarding that article?
23     A.   Yes.
24     Q.   And what conclusion did you reach?
25     A.   We did not find convincing evidence of

******** CONFIDENTIAL TRANSCRIPT ********

Page 195

1  manipulation of data or intent to mislead, just as I
2  stated in this e-mail.
3       Q.  And as you further stated in this e-mail, you
4  took no action regarding the paper?
5       A.  Correct.
6       Q.  And I believe you testified this morning that
7  that conclusion was the consensus of all the JPAD
8  editors?
9       A.  Yes.
10      Q.  To your knowledge, have any of the other
11 editors changed their view?
12      A.  To my knowledge, they have not changed that
13 view.
14      Q.  And is it still your view?
15      A.  It is still my view.
16      Q.  I have no further questions.  I'll pass to
17 Mr. Fink.
18
19                     EXAMINATION
20 BY MR. FINK:
21      Q.  Thank you.  And Dr. Aisen, I believe I'll be
22 quite brief.
23          I want to go back to Exhibit 23, if we can do
24 that.
25      A.  Okay.  I have it.