# EXHIBIT 3

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3                        - - -
 4   ADRIEN HEILBUT; JESSE         )
     BRODKIN; and ENEA MILIORIS,   )
 5                                 )
                  Plaintiffs,      )
 6                                 )
     DAVID BREDT and GEOFFREY      )
 7   PITT,                         )
                                   )
 8      Intervenor-Plaintiffs,     ) No. 1:24-cv-05948-JLR-OTW
                                   )
 9           vs.                   )
                                   )
10   CASSAVA SCIENCES, INC.;       )
     REMI BARBIER; and LINDSAY     )
11   BURNS,                        )
                                   )
12               Defendants.       )
                                   )
13
14
15
16                  DEPOSITION OF
17                   MARK JOHNSON
18              Monday, June 9, 2025
19
20
21
22   Reported By:
23   MICHELLE K. BAILEY
     RPR, CSR No. 10713
24   Job No. 7406369
25   Pages 1 - 128
```

|   |   | Page 109 |
|---|---|---|
| 1 | A. Correct. | 12:24:34 |
| 2 | Q. Thank you, Mr. Johnson. That's the extent of | 12:24:34 |
| 3 | my questions. I'll pass the witness. | 12:24:38 |
| 4 |   | 12:24:43 |
| 5 | EXAMINATION |   |
| 6 | BY MR. MARSHALL: |   |
| 7 | Q. Mr. Johnson, my name is Lloyd Marshall. I'm an | 12:24:44 |
| 8 | attorney representing Cassava Sciences. I also have a | 12:24:48 |
| 9 | few questions for you. It should be very brief? | 12:24:51 |
| 10 | A. Okay. | 12:24:53 |
| 11 | Q. So you testified previously that you met with | 12:24:53 |
| 12 | Dr. Burns on one occasion at a coffee shop in Palo Alto; | 12:24:58 |
| 13 | correct? | 12:25:04 |
| 14 | A. Correct. | 12:25:04 |
| 15 | Q. And you did not meet with her in person at any | 12:25:04 |
| 16 | other time, other than that one instance; right? | 12:25:07 |
| 17 | A. No. That's the only time. | 12:25:09 |
| 18 | Q. And you also mentioned that you sent a LinkedIn | 12:25:12 |
| 19 | message to her; is that right? | 12:25:15 |
| 20 | A. Correct. | 12:25:17 |
| 21 | Q. Did you ever have any other direct | 12:25:17 |
| 22 | communications with Dr. Burns, other than that one | 12:25:20 |
| 23 | LinkedIn message? | 12:25:23 |
| 24 | A. No. I think that's it. | 12:25:25 |
| 25 | Q. Okay. | 12:25:26 |

|   |   | Page 110 |
|---|---|---|
| 1 | And other than Dr. Burns, did you have direct | 12:25:26 |
| 2 | communications or in-person meetings with anybody else | 12:25:30 |
| 3 | from Cassava? | 12:25:33 |
| 4 | A.  No. | 12:25:35 |
| 5 | Q.  Okay. | 12:25:35 |
| 6 | So you testified previously that you recall | 12:25:36 |
| 7 | getting involved in some of these Discord chats around | 12:25:46 |
| 8 | the time -- I think you said when the mean stock frenzy | 12:25:50 |
| 9 | was going on.  Do you recall talking about that? | 12:25:57 |
| 10 | A.  Correct. | 12:25:59 |
| 11 | Q.  Would you describe Cassava as a mean stock? | 12:26:00 |
| 12 | A.  Yes, I would because of the investors that it | 12:26:04 |
| 13 | ended up attracting during that time period, not because | 12:26:14 |
| 14 | of necessarily the business.  But it certainly attracted | 12:26:17 |
| 15 | that crowd. | 12:26:23 |
| 16 | Q.  And can you just describe for us what "that | 12:26:25 |
| 17 | crowd" is.  What type of investors are you referring to? | 12:26:27 |
| 18 | A.  Retail investors usually looking to make a lot | 12:26:30 |
| 19 | of money in a short period of time on a company that | 12:26:35 |
| 20 | doesn't necessarily have any fundamental value. | 12:26:39 |
| 21 | Q.  Okay. | 12:26:43 |
| 22 | Can you think of any other examples of mean | 12:26:43 |
| 23 | stock from around this period? | 12:26:47 |
| 24 | A.  AMC.  Gamestop.  Bed Bath and Beyond.  There | 12:26:49 |
| 25 | were some biotech companies that kind of -- other | 12:26:56 |