# Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>          Plaintiffs,<br><br>    v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>          Defendants. | Case No. 1:24-cv-05948-JLR<br><br>**INITIAL DISCLOSURES OF PLAINTIFFS ADRIAN HEILBUT, JESSE BRODKIN, AND ENEA MILIORIS PURSUANT TO F.R.C.P. 26(a)(1)** |

      Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris ("Plaintiffs") hereby provide their initial disclosures in the above-captioned action ("Action") pursuant to Federal Rule of Civil Procedure 26(a)(1).

      These initial disclosures are based on the information reasonably available to Plaintiffs at this time. Plaintiffs make these disclosures without waiving any objections, including objections as to relevance, materiality, or admissibility of evidence in the Action, and the information herein is provided without waiver of the attorney-client privilege, work-product doctrine, or any other privilege, immunity, or protection. These disclosures are based on Plaintiffs' investigation to date and are not intended to be a complete identification of all evidence upon which Plaintiffs will rely in any trial in the Action. Plaintiffs reserve the right to revise, correct, supplement, or clarify their disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.[1]

---

[1] Unless otherwise defined, capitalized terms herein shall have the same meaning as in the First Amended Complaint (Dkt. 9, the "FAC").

A. **Individuals Likely To Have Discoverable Information**

In addition to Plaintiffs, the following individuals are likely to have discoverable information that Plaintiffs may use to support their claims in the Action:

| Name | Subjects of Information | Contact Information |
|---|---|---|
| **Remi Barbier** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | 3800 Cassava Drive Austin, TX 78746 |
| **Lindsay H. Burns** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | 3800 Cassava Drive Austin, TX 78746 |
| **Richard J. Barry** Cassava, Chairman and CEO | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Cassava Sciences, Inc. 6801 N. Capital of Texas Hwy Building 1 Austin, TX 78731 (512) 501-2444 |
| **R. Christopher Cook** Cassava, Sr. VP & General Counsel | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Cassava Sciences, Inc. 6801 N. Capital of Texas Hwy Building 1 Austin, TX 78731 (512) 501-2444 |
| **Carrie Crowley** Cassava, Director of Clinical Operations | Integrity of scientific and clinical research related to simufilam and SavaDX; communications concerning Phase 2 study of simufilam; Cassava's relationship with Dr. Wang and his laboratory at CUNY. | Cassava Sciences, Inc. 6801 N. Capital of Texas Hwy Building 1 Austin, TX 78731 (512) 501-2444 |

2

| Name | Subjects of Information | Contact Information |
|---|---|---|
| **James W. Kupiec**<br>Cassava, Chief Medical Officer | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY. | Cassava Sciences, Inc.<br>6801 N. Capital of Texas Hwy<br>Building 1<br>Austin, TX 78731<br>(512) 501-2444 |
| **Laura Rodriguez**<br>Cassava, Senior Director of Clinical Quality Systems | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; Cassava's internal audit of Hoau-Yang Wang's laboratory in 2022. | Cassava Sciences, Inc.<br>6801 N. Capital of Texas Hwy<br>Building 1<br>Austin, TX 78731<br>(512) 501-2444 |
| **Eric Schoen**<br>Cassava, Chief Financial Officer | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Cassava Sciences, Inc.<br>6801 N. Capital of Texas Hwy<br>Building 1<br>Austin, TX 78731<br>(512) 501-2444 |
| **George (Ben) Thornton**<br>Cassava, Sr. VP, Technology | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Cassava Sciences, Inc.<br>6801 N. Capital of Texas Hwy<br>Building 1<br>Austin, TX 78731<br>(512) 501-2444 |
| **Robert Anderson, Jr.**<br>Cassava, Independent Director | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Unknown |
| **Nadav Friedmann (Estate)**<br>Cassava, Independent Director (former) | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Unknown |
| **Pierre Gravier**<br>Cassava, Independent Director | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to | Unknown |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| | criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | |
| **Robert Gussin**<br>Cassava, Independent Director | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Unknown |
| **Claude Nicaise**<br>Cassava, Independent Director | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Unknown |
| **Michael O'Donnell**<br>Cassava, Independent Director | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | 1000 Marsh Road<br>Menlo Park, CA 94025-1015 |
| **Patrick Scannon**<br>Cassava, Independent Director | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications strategies related to simufilam and SavaDX; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action. | Unknown |
| **Steven E. Arnold**<br>Cassava, Scientific Advisory Board Member | Integrity of scientific and clinical research related to simufilam and SavaDX. | Unknown |
| **Jeff Cummings**<br>Cassava, Scientific Advisory Board Member | Integrity of scientific and clinical research related to simufilam and SavaDX. | Unknown |
| **Barbara Sahakian** | Integrity of scientific and clinical research related to simufilam and SavaDX. | Unknown |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| Cassava, Scientific Advisory Board Member | | |
| **Trevor W. Robbins** Cassava, Scientific Advisory Board Member | Integrity of scientific and clinical research related to simufilam and SavaDX. | Unknown |
| **Hoau-Yang Wang** CUNY, Associate Medical Professor; Cassava, Scientific Advisory Board Member | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang; the purpose of the Defamation Action. | CUNY Center for Discovery and Innovation 85 St Nicholas Terrace New York, NY 10031 |
| **Jennifer L. Beidel** Dykema Gossett PLLC (Dr. Wang's counsel) | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang; Cassava's assessment of and reactions to criticisms of simufilam and SavaDX; the purpose of the Defamation Action; communications with academic or scientific journals regarding claims of data manipulation or fabrication. | 39577 Woodward Avenue Suite 300 Bloomfield Hills, MI 48304 248-203-0506 |
| **Vincent Boudreau** CCNY, President | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Wille Administration Building Room 300 160 Convent Avenue New York, NY 10031 212-650-7285 |
| **Derek Davis** CUNY, General Counsel | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang; Cassava's | CUNY University Offices 205 East 42nd Street New York, NY 10017 |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| | communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | |
| **Paul Occhiogrosso** CCNY, Counsel | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Wille Administration Building Room 200 160 Convent Avenue New York, NY 10031 212-650-8276 |
| **Zhe Pei** CUNY, Adjunct Lecturer | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang. | Unknown |
| **Orie Shafer** CUNY, Professor of Biology (former) | CUNY's investigation of Dr. Wang; allegations of data manipulation or fabrication concerning Dr. Wang, Dr. Burns, or simufilam; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Indiana University Gill Institute for Neuroscience Campus: IU Bloomington Multidisciplinary Science Building II, Rm 204 702 N Walnut Grove Ave Bloomington, IN 47405-2204 (812) 856-2574 |
| **Tamera Schneider** CUNY, Vice Provost of Research (former) | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Arizona State University 950 S. McAllister Ave PSY 203 Tempe, AZ 85287 |
| **Rosemarie Wesson** CUNY, Vice Provost of Research | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's relationship with Dr. Wang and his laboratory at CUNY; CUNY's investigation of Dr. Wang; Cassava's | City University of New York University Offices 205 East 42nd Street New York, NY 10017 |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| | communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | |
| **Rex Ahima**<br>*The Journal of Clinical Investigation* | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Unknown |
| **Paul Aisen**<br>*Journal of Prevention of Alzheimer's Disease*; Clinical Trials on Alzheimer's Disease (CTAD) | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang; communications concerning Plaintiffs, Cassava, or simufilam and the Clinical Trials on Alzeimer's Disease (CTAD) conference. | Keck School of Medicine University of Southern California<br>1975 Zonal Ave.<br>Los Angeles, CA 90033 |
| **Eric Bastings** | Integrity of scientific and clinical research related to simufilam and SavaDX; FDA review of simufilam data. | Unknown |
| **Elisabeth Bik** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Unknown |
| **Angélique Bordey** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Yale School of Medicine<br>333 Cedar Street<br>New Haven, CT 06520-8066<br>(203) 737-2515 |
| **Christopher Cabalu** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any | Unknown |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| | efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | |
| **David Calderwood** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Yale School of Medicine 333 Cedar Street New Haven, CT 06520-8066 (203) 737-2311 |
| **Charles (Chuck) S. Davis** | Integrity of scientific and clinical research related to simufilam and SavaDX; data from simufilam's Phase 2 trials and related communications with Barbier, Dr. Burns, Cassava, or Dr. Wang. | CSD Biostatistics, Inc. 1005 W. Soft Wind Place, Tucson, AZ 85737 |
| **Billy Dunn** | Integrity of scientific and clinical research related to simufilam and SavaDX; FDA review of simufilam data. | Unknown |
| **Oskar Hansson** | Integrity of scientific and clinical research related to simufilam and SavaDX; data from simufilam's Phase 2 trials and related communications with Barbier, Dr. Burns, Cassava, or Dr. Wang. | Lund University Box 117, 221 00 LUND Sweden |
| **Suzanne Hendrix** | Integrity of scientific and clinical research related to simufilam and SavaDX; data from simufilam's Phase 2 trials and related communications with Barbier, Dr. Burns, Cassava, or Dr. Wang. | Pentara Corporation 2261 East 3300 South Millcreek, UT 84109 |
| **Rob Howard** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | University College London 149 Tottenham Court Road London, U.K., W1T 7NF |
| **Sarah Jackson** *The Journal of Clinical Investigation* | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Unknown |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| **Shorena Janelidze** | Integrity of scientific and clinical research related to simufilam and SavaDX; data from simufilam's Phase 2 trials and related communications with Barbier, Dr. Burns, Cassava, or Dr. Wang. | Lund University<br>Box 117, 221 00 LUND<br>Sweden |
| **Mark Johnson** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | 331 Oyster Point Blvd.<br>South San Francisco, California 94080 |
| **Juan Lerma**<br>*Neuroscience* | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | IBRO<br>255 Rue Saint-Honoré<br>Paris, France<br>75001 |
| **Elizabeth McNally**<br>*Journal of Clinical Investigation* | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Simpson Querrey Biomedical Research Center Room 5-516<br>303 E Superior<br>Chicago Illinois 60611<br>312-503-5600 |
| **Matt Nachtrab** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang; attacks against Plaintiffs, including efforts to impugn Plaintiffs' credibility or reputations. | 116 Adalia Ave<br>Tampa, FL 33606 |
| **Marina R. Picciotto**<br>*Journal of Neuroscience* | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Yale School of Medicine<br>34 Park Street, 3rd Floor<br>New Haven, CT 06508 |
| **Peter R. Rapp** | Integrity of scientific and clinical research related to simufilam and SavaDX; | 251 Bayview Boulevard<br>Suite 100 |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| *Neurobiology of Aging* | Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Baltimore, MD 21224<br>rappp@mail.nih.gov |
| **Sandra Rolston** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | 36-11 21st Street<br>Long Island City, NY 11106 |
| **Marie-Andree Roy** | Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang; attacks against Plaintiffs, including efforts to impugn Plaintiffs' credibility or reputations. | 2827 Peachtree Road NE<br>Atlanta, GA, 30305<br>(404) 233-4142 |
| **Joe Springer** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang; attacks against Plaintiffs, including efforts to impugn Plaintiffs' credibility or reputations. | 4424 Main St, Apt 4051,<br>Jupiter, FL 33458-5360 |
| **Charles Spruck** | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang; allegations of data manipulation or fabrication concerning Dr. Wang, Dr. Burns, or simufilam. | 10901 North Torrey Pines Rd<br>La Jolla, CA 92037 |
| **Mike Weiner**<br>Clinical Trials on Alzeimer's Disease (CTAD) | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning | UCSF School of Medicine<br>505 Parnassus Avenue, #001<br>San Francisco CA 94117 |

| Name | Subjects of Information | Contact Information |
|---|---|---|
| | simufilam, SavaDX, or Dr. Wang; communications concerning Plaintiffs, Cassava, or simufilam and the Clinical Trials on Alzeimer's Disease (CTAD) conference. | |
| **Jonathan Wiggins** <br> Elsevier | Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang; Elsevier's decision to forego certain editorial action related to Dr. Wang, Dr. Burns, or simufilam during the pendency of the Defamation Action. | Elsevier Inc. <br> 230 Park Avenue, 7th floor <br> New York, NY 10169 |
| **Maria Zalm** <br> *PloS One* | Integrity of scientific and clinical research related to simufilam and SavaDX; Cassava's communications related to simufilam and SavaDX, including any efforts by Cassava to influence scientific publication or dialogue concerning simufilam, SavaDX, or Dr. Wang. | Unknown |

Plaintiffs also incorporate by reference any other individuals identified in the initial disclosures of other parties in this Action and any individuals identified in the parties' pleadings or discovery responses in this Action.

B. **Documents, ESI, or Tangible Things**

Plaintiffs may use the following categories of documents, electronically stored information, or tangible things, in their possession, custody, or control, to support their claims:

1. Documents and communications cited in the FAC.

2. Documents and communications concerning Plaintiffs' allegedly defamatory statements in the Defamation Action.

3. The materials that Plaintiffs relied on, disclosed, and/or cited in their allegedly defamatory publications at issue in the Defamation Action.

4. Documents and communications to substantiate Plaintiffs' damages claims.

C. **Computation of Damages**

Plaintiffs incorporate by reference their damages claims in the FAC (*see, e.g.,* FAC ¶¶ 172-182; FAC, Prayer for Relief ¶¶ A-G). Plaintiffs are seeking (A) all costs and attorney's fees incurred in connection with the Defamation Action; (B) all costs and attorney's fees incurred in prosecuting this Action; (C) additional compensatory damages in an amount to be proven at trial; (D) actual and special damages in an amount to be proven at trial; (E) punitive damages in an amount to be established at trial; (F) pre- and post-judgment interest; and (G) any such other and further relief as the Court deems just and proper.

Plaintiffs incurred more than $400,000 in costs and attorney's fees in connection with the Defamation Action. Plaintiffs' costs and attorney's fees incurred in connection with this Action continue to accrue. A precise calculation of each category of damages caused by Defendants will be established through discovery and expert testimony. Plaintiffs will disclose further details concerning their computations of damages in accordance with the expert disclosure schedule set forth in the Court's case management order.

D. **Insurance Agreements**

Not applicable.

Dated:   January 6, 2025
         New York, New York

                                            CLARICK GUERON REISBAUM LLP

                                            By: */s/ Isaac B. Zaur*
                                            Isaac B. Zaur
                                            David Kumagai
                                            Amanda J. Wong
                                            220 Fifth Avenue, 14th Floor
                                            New York, New York 10001
                                            (212) 633-4310
                                            izaur@cgr-law.com
                                            dkumagai@cgr-law.com
                                            awong@cgr-law.com

12

LAW OFFICE OF DANIEL F. WACHTELL

By: */s/ Daniel F. Wachtell*
Daniel F. Wachtell
90 Broad Street, 23rd Floor
New York, New York 10004
(917) 667-6954
dan@danwachtell.com

13