# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Adrian Heilbut et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    24-cv-05948-JLR-OTW |
| Cassava Sciences, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citadel Advisors LLC and Dr. Zev Rosen                                                                                    .

Date:     11/14/2025

/s/ Robert L. Boone
*Attorney's signature*

Robert L. Boone 4721866
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007

*Address*

robert.boone@wilmerhale.com
*E-mail address*

(212) 295-6314
*Telephone number*

*FAX number*