

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

**By ECF**  December 29, 2025

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Heilbut, et al., v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Wang:

      We write to respectfully propose a further extension to the proposed expert discovery schedule, submitted to the Court in a joint letter filed on November 21, 2025. Dkt. No. 194. The original deadlines, the parties' previous proposed deadline, and the parties' proposed extension is below. The reason for the requested extension is to accommodate one expert's end-of-term academic obligations and various holiday vacation and travel related obligations of expert and counsel. Defendant Cassava Sciences, Inc. has agreed to this proposal. Counsel for defendants Dr. Burns and Mr. Barbier have not responded to emails on December 22 and December 26 requesting comment on the proposal.

| **Event** | **Original Deadline** (Dkt. 42) | **November 21 Proposed Deadline** (Dkt. 194) | **Proposed Extended Deadlines** |
|---|---|---|---|
| Plaintiffs' expert disclosures | July 17, 2025 | Jan. 2, 2026 | Jan. 20, 2026 |
| Defendants' rebuttal expert disclosures | Aug. 18, 2025 | Feb. 2, 2026 | Feb. 27, 2026 |
| Expert discovery / all discovery | Aug. 28, 2025 | Feb. 13, 2026 | March 13, 2026 |

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Isaac B. Zaur*
Isaac B. Zaur

cc: All parties/counsel of record (by ECF)