

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

January 29, 2026

<u>Via ECF</u>

Honorable Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
Courtroom 20B
500 Pearl Street
New York, NY 10007-1312

Re: *Heilbut, et al. v. Cassava, et al.*, Case No. 24:cv-05948

Dear Judge Rochon,

    This firm represents plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris. We write pursuant to Paragraph 13 of the December 13, 2024, Civil Case Management Plan and Scheduling Order in this matter, to report that counsel for all remaining parties conferred by Zoom on Friday, January 23, 2026, to discuss settlement.

    In the course of that discussion, counsel agreed to request a settlement conference before Magistrate Judge Wang. Accordingly, we jointly request that this Court refer this matter to Magistrate Judge Wang for a settlement conference.

    We thank the Court for its attention to this matter and are, of course, available to discuss at the Court's convenience.

Respectfully submitted,

Isaac B. Zaur

Cc: Counsel of record via e-mail.