**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ADRIAN HEILBUT, et al., :
:
                Plaintiffs, :        24-CV-5948 (JLR) (OTW)
:
                -against- :        <u>**SCHEDULING ORDER**</u>
:
CASSAVA SCIENCES, INC., :
:
                Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Friday, February 06, 2026 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                                        *s/ Ona T. Wang*

Dated: February 3, 2026                                                   **Ona T. Wang**
         New York, New York                             United States Magistrate Judge