UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS, <br><br> Plaintiffs, <br><br> DAVID BREDT and GEOFFREY PITT, <br><br> Intervenor Plaintiffs, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS, <br><br> Defendants. | Civil Action No. 1:24-cv-05948-JLR |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, John Turquet Bravard hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Cassava Sciences, Inc., in the above-captioned matter.

I am a member in good standing of the bars of the State of Colorado and the District of Colombia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated: February 5, 2026

Respectfully submitted,

By: <u>*/s/ John Turquet Bravard*</u>
    John Turquet Bravard
    GIBSON, DUNN & CRUTCHER LLP
    1900 Lawrence Street, Suite 3000
    Denver, CO 80202-2211
    Telephone: 303.298.5753
    Facsimile: 303.313.2884
    JTurquetBravard@gibsondunn.com

    *Attorney for Defendant Cassava Sciences, Inc.*