UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
ADRIAN HEILBUT, et al.,                           :
                                                  :
                          Plaintiffs,             :      24-CV-5948 (JLR) (OTW)
                                                  :
              -against-                           :      SCHEDULING ORDER
                                                  :
CASSAVA SCIENCES, INC.,                           :
                                                  :
                          Defendant.              :
                                                  :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, April 28, 2026 at 2:00 p.m.** <u>for Plaintiff's counsel only</u>. Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: March 4, 2026
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge