**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ADRIAN HEILBUT, et al.,

              Plaintiffs,

              -against-

CASSAVA SCIENCES, INC.,

              Defendant.
------------------------------------------------------------x

24-CV-5948 (JLR) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, April 28, 2026 at 2:30 p.m.** <u>for Defense counsel only</u>.  Please call Chambers at 212-805-0260 when all counsel are on the line.

      **SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: March 4, 2026                                            **Ona T. Wang**
       New York, New York                            United States Magistrate Judge