**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

ADRIAN HEILBUT, et al.,         :
         :
         Plaintiffs,     :       24-CV-5948 (JLR) (OTW)
         :
         -against-      :      **SCHEDULING ORDER**
         :
CASSAVA SCIENCES, INC.,      :
         :
         Defendant.   :
         :
         :

--------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, May 20, 2026 at 3:00 p.m.** for Defense counsel only.  Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: April 29, 2026                           **Ona T. Wang**
      New York, New York            United States Magistrate Judge