# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 14, 2026

**VIA ECF & EMAIL**

Honorable Ona T. Wang
United States District Court for S.D.N.Y.
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312

**Re:**    *Heilbut, et al. v. Cassava, et al.*, Case No: 1:24-cv-05948-JLR-OTW

Dear Magistrate Judge Wang:

We represent Defendants Remi Barbier and Lindsay Burns (the "Individual Defendants") in the above-captioned action and are writing with regard to a discovery matter.  On November 7, 2025, the Individual Defendants filed a letter motion to compel limited third-party discovery. ECF 186. The motion was fully briefed as of November 19, 2025.  ECF 193.

We are mindful of Your Honor's ongoing efforts to facilitate a resolution of the case and do not want to disrupt that process.  In this regard, we note that Your Honor's next preliminary settlement conference with the defendants in the case is scheduled for May 20, 2026.  ECF 203. Should the case fail to settle, the case will proceed to potential summary judgment motions and/or trial. Accordingly, we respectfully request a ruling on the Individual Defendants' motion to compel.

Respectfully submitted,

*/s/ Zachary R. Taylor*

Zachary R. Taylor

Partner
Phone: 212.589.4645
Email: ztaylor@bakerlaw.com

Counsel to Remi Barbier and Dr. Lindsay Burns

cc: All Parties/Counsel of Record via ECF
    Meghan Spillane (mspillane@goodwinlaw.com) (counsel to Dr. Bredt and Dr. Pitt)
    Jeffrey Simes (jsimes@goodwinlaw.com) (counsel to Dr. Bredt and Dr. Pitt)
    Robert Boone (robert.boone@wilmerhale.com) (counsel to Citadel Advisors LLC)
    Florence Rostami (frostami@rostamilaw.com) (counsel to Mr. Rosen)

*Atlanta    Austin    Chicago    Cincinnati    Cleveland    Columbus    Dallas    Denver    Houston    Los Angeles
New York    Orange County    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*