UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HEILBUT, et al.,

                    Plaintiffs,

          -against-

CASSAVA SCIENCES, INC.,

                    Defendant.

Case No. 1:24-cv-05948 (JLR) (OTW)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court understands that discovery in this matter has nearly concluded. Accordingly,

the Court will conduct a post-discovery pre-trial conference on **June 8, 2026, at 2:30 p.m.** in

Courtroom 20B, 500 Pearl Street, New York, NY 10007.

If a party wishes to move for summary judgment or to exclude expert testimony, it must,

no later than **May 25, 2026**, file a letter as set forth in Section 3.I of the Court's Individual Rules

and Practices in Civil Cases, and any response letter shall be filed no later than **June 1, 2026**.

Dated: May 14, 2026
       New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge