# GIBSON DUNN

Monica K. Loseman
Partner
T: +1 303.298.5784
M: +1 303.408.1847
mloseman@gibsondunn.com

May 20, 2026

Request GRANTED.  The parties' post-discovery pre-trial conference is adjourned to **June 22, 2026, at 10:00 a.m.**  Accordingly, the parties' deadlines are extended as follows:
- any party wishing to move for summary judgment or to exclude expert testimony must file a letter no later than **June 2, 2026**; and
- any response letter must be filed no later than **June 9, 2026**.

**SO ORDERED.**

Dated: May 21, 2026
    New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

Re: *Heilbut, et al. v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW – Motion for Adjournment of June 8, 2026 Pre-Trial Conference

Dear Judge Rochon,

We represent Defendant Cassava Sciences, Inc. (Cassava) in the above-captioned action. Pursuant to Rule 1.F of Your Honor's Individual Rules of Practice in Civil Cases, Cassava respectfully submits this unopposed letter motion requesting an adjournment of the post-discovery pre-trial conference currently scheduled for June 8, 2026, at 2:30 p.m., and a corresponding adjustment to the related pre-conference letter deadlines.

The current schedule, set by the Court's May 14, 2026 Order, is as follows:

- any party wishing to move for summary judgment or to exclude expert testimony must file a letter no later than May 25, 2026;
- any response letter must be filed no later than June 1, 2026; and
- the post-discovery pre-trial conference is scheduled for June 8, 2026, at 2:30 p.m.

Cassava respectfully requests that the Court adjourn the conference to one of the following alternative dates: June 16, June 17, or June 22, 2026, at a time convenient for the Court. Cassava has confirmed that counsel for all parties are available to participate on these dates.

The Parties further request that the associated deadlines be adjourned so that any letter seeking leave to move for summary judgment or to exclude expert testimony shall be due June 2, 2026, and any response letter shall be due June 9, 2026.

Good cause exists for the requested adjournment because Cassava's lead trial counsel has a pre-existing conflict with the currently scheduled June 8 conference. The requested adjournment is limited, will not prejudice any party, and will preserve the same sequence and approximate interval between the pre-conference submissions and the conference.

This is the first request for an adjournment of the post-discovery pre-trial conference and associated letter deadlines. No prior requests for adjournment or extension of these dates have been made by any party. No party opposes the relief requested herein.

# GIBSON DUNN

We thank the Court for its consideration.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


*/s/ Monica K. Loseman*
Monica K. Loseman

MKL