**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS, <br><br>     Plaintiffs, <br><br> DAVID BREDT and GEOFFREY PITT, <br><br>     Intervenor Plaintiffs <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS, <br><br>     Defendants. | Civil Action No. 1:24-cv-05948-JLR |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Amanda J. Wong and subject to the approval of the Court, Amanda J. Wong hereby withdraws as counsel for Adrian Heilbut, Jesse Brodkin, and Enea Milioris and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Isaac B. Zaur and David Kumagai of Clarick Gueron Reisbaum LLP will continue to represent Adrian Heilbut, Jesse Brodkin, and Enea Milioris in this proceeding.

Dated:  June 1, 2026               CLARICK GUERON REISBAUM LLP
         New York, New York

                           By:    /s/ *Amanda J. Wong*
                               Amanda J. Wong
                               41 Madison Avenue, 23rd Floor
                               New York, NY 10010
                               Phone:  (212) 633-4310
                               Fax:  (646) 478-9484

SO ORDERED:

_____
Hon. Jennifer L. Rochon U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>    Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>    Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS,<br><br>    Defendants. | Civil Action No. 1:24-cv-05948-JLR |

## DECLARATION OF AMANDA J. WONG

1. I am an attorney at the law firm Clarick Gueron Reisbaum LLP, counsel for Adrian Heilbut, Jesse Brodkin, and Enea Milioris in the above-captioned matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I anticipate, effective June 1, 2026, I will no longer be associated with Clarick Gueron Reisbaum LLP.

2. Clarick Gueron Reisbaum LLP will continue to represent Adrian Heilbut, Jesse Brodkin, and Enea Milioris in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026
New York, New York

By:    */s/ Amanda J. Wong*
       Amanda J. Wong

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

/s/ *Amanda J. Wong*

Amanda J. Wong
