**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>        Plaintiffs,<br><br>        v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>        Defendants. | Case No. 1:24-cv-05948-JLR-OTW<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants Remi Barbier and Lindsay Burns. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

Dated: June 2, 2026
      New York, New York

**BAKER HOSTETLER LLP**

*/s/ Aric H. Wu*
Aric H. Wu
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: awu@bakerlaw.com

*Attorney for Defendants Remi Barbier and Lindsay Burns*