UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>     Plaintiffs,<br><br>DAVID BREDT and GEOFFREY PITT,<br><br>     Intervenor Plaintiffs<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, AND DR. LINDSAY BURNS,<br><br>     Defendants. | Civil Action No. 1:24-cv-05948-JLR |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Amanda J. Wong and subject to the approval of the Court, Amanda J. Wong hereby withdraws as counsel for Adrian Heilbut, Jesse Brodkin, and Enea Milioris and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Isaac B. Zaur and David Kumagai of Clarick Gueron Reisbaum LLP will continue to represent Adrian Heilbut, Jesse Brodkin, and Enea Milioris in this proceeding.

Dated:  June 1, 2026
       New York, New York

CLARICK GUERON REISBAUM LLP

By:  /s/ *Amanda J. Wong*
    Amanda J. Wong
    41 Madison Avenue, 23rd Floor
    New York, NY 10010
    Phone:  (212) 633-4310
    Fax:  (646) 478-9484

The Clerk of Court is respectfully directed to terminate Amanda J. Wong as counsel of record.

SO ORDERED:

*Jennifer Rochon*
Hon. Jennifer L. Rochon U.S.D.J.

Dated: June 2, 2026
    New York, New York