

**Isaac B. Zaur**
izaur@cgr-law.com
**Direct: 212.633.4314**

**By ECF**                                                                    June 4, 2026

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, New York NY 10007

      Re: *Heilbut, et al., v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Rochon,

      As the Court is aware, this firm represents plaintiffs in the above-named action. We are in the process of preparing responses to the two pre-motion letters submitted Tuesday, June 2 by Cassava Sciences, Inc. (ECF 212) and by individual defendants Remi Barbier and Dr. Lindsay Burns (ECF 213). For the sake of efficiency, but also mindful of the page limit established by Section 1.A of the Court's Individual Rules, we respectfully request permission to respond to defendants' two letters by way of a single letter of no more than six pages.

      We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        */s/Isaac B. Zaur*

                        Isaac B. Zaur

cc:  All parties/counsel of record (via ECF)