

**Isaac B. Zaur**

izaur@cgr-law.com
Direct: 212.633.4314

<u>**Via ECF**</u>                                                                    June 9, 2026

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

> Re:    *Heilbut, et al. v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Rochon:

We write on behalf of plaintiffs to request the provisional sealing of portions of their forthcoming response to defendants' pre-motion letters (ECF 212 and 213) filed Tuesday, June 2, 2026. Plaintiffs do not believe that any governing law or rule supports the continued sealing of any part of the content of our forthcoming letter. Rather, we seek provisional sealing only to conform with the Protective Order entered in this action on May 20, 2025 (ECF 124), in light of defendants' and certain non-parties confidentiality designations.

We are, of course, available to discuss at the Court's convenience if desired.


Respectfully submitted,

*/s/Isaac B. Zaur*

Isaac B. Zaur


cc: All counsel of record (by ECF)