**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADRIAN HEILBUT, JESSE BRODKIN, and ENEA
MILIORIS,

                Plaintiffs,

       v.

CASSAVA SCIENCES, INC., REMI BARBIER, and
LINDSAY BURNS,

               Defendants.

Case No: 24-cv-05948-JLR-OTW

**CERTIFICATE OF SERVICE**

---

1.      I am a partner at the law firm Clarick Gueron Reisbaum LLP, counsel for Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris.

2.      I hereby certify that, on June 9, 2026, and pursuant to the United States District Court of the Southern District of New York's Notice to the Bar on September 24, 2025 ("SDNY Announces Changes to Electronic Access to and Service of Sealed Documents"), I caused to be served by electronic mail upon counsel of record for all parties the letter filed under seal at ECF 217.

Dated:  June 9, 2026
       New York, New York

         _/s/Isaac B. Zaur_____
         Isaac B. Zaur