**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

                        Plaintiffs,

        -against-

CASSAVA SCIENCES, INC., REMI BARBIER, and
LINDSAY BURNS,

                      Defendants.

------------------------------------------------------------x

24-cv-5948 (JLR) (OTW)

**ORDER TO SHOW CAUSE**

**ONA T. WANG, United States Magistrate Judge:**

**WHEREAS**, on June 9, 2026, Plaintiffs filed a letter motion to provisionally seal ECF 217 based on Defendants' designation of confidential material;

**WHEREAS**, Plaintiffs do not believe ECF 217 should be sealed; and

**WHEREAS**, Defendants have not filed a letter supporting the motion to seal ECF 217.

**NOW THEREFORE, DEFENDANTS ARE ORDERED TO SHOW CAUSE by JUNE 22, 2026**, why I should not deny Plaintiffs' motion to seal. If Defendants do not file a response by the deadline, I will order ECF 217 unsealed on June 23, 2026.

**SO ORDERED.**

Dated: June 16, 2026
      New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge