# GIBSON DUNN

Monica K. Loseman
Partner
T: +1 303.298.5784
M: +1 303.408.1847
mloseman@gibsondunn.com

June 22, 2026

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

Re: *Heilbut, et al. v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Wang,

We represent Defendant Cassava Sciences, Inc. (Cassava) in the above-referenced action and write in response to the Court's Order to Show Cause dated June 16, 2026 (ECF 220), which directed Defendants to show cause why the Court should not deny Plaintiffs' letter motion to provisionally seal ECF 217 (filed June 9, 2026).

ECF 217 was provisionally filed under seal based, in part, on Cassava's designation of certain material as confidential under the operative protective order. Cassava does not seek to maintain that designation as to ECF 217 and does not oppose denial of the motion to seal or the unsealing of ECF 217. Cassava accordingly does not intend to show further cause.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


*/s/ Monica K. Loseman*
Monica K. Loseman

MKL

cc: All counsel of record (via ECF)