**BakerHostetler**

**Baker&Hostetler** LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

June 22, 2026

**VIA ECF**

Honorable Ona T. Wang
United States District Court for S.D.N.Y.
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312

Re: *Heilbut, et al. v. Cassava, et al.*, Case No: 1:24-cv-05948-JLR-OTW

Dear Magistrate Judge Wang:

We represent Defendants Remi Barbier and Lindsay Burns (the "Individual Defendants") in the above-captioned action and are writing in response to the Court's Order to Show Cause, dated June 16, 2026 (ECF 220). In that Order, the Court directed the Defendants to show cause why the Court should not deny Plaintiffs' letter motion to seal, dated June 9, 2026 (ECF 217), which was based in part on the Individual Defendants' designation of certain materials as confidential under the Protective Order (ECF 124).

The Individual Defendants do not seek to maintain the confidential designation as to ECF 217, and do not oppose denial of Plaintiffs' motion to seal or the unsealing of ECF 217. Therefore, the Individual Defendants do not intend to show further cause.

Respectfully submitted,

*/s/ Aric H. Wu*

Aric H. Wu

cc: All Counsel of Record via ECF

Atlanta    Austin    Chicago    Cincinnati    Cleveland    Columbus    Dallas    Denver    Houston    Los Angeles
New York    Orange County    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington
132522.000002\4923-5991-1095.3