UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HEILBUT, et al.,

                Plaintiffs,

-against-

CASSAVA SCIENCES, INC., et al.,

                Defendants.

Case No. 1:24-cv-05948 (JLR) (OTW)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record at today's pre-motion conference, the Court GRANTS

Defendants leave to file their summary judgment and *Daubert* motions pursuant to the below

briefing schedule:

- Defendants' summary judgment and *Daubert* motions shall be due by **August 3, 2026**.

- Plaintiff's oppositions shall be due by **September 14, 2026**.

- Defendants' replies shall be due by **October 5, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 212 and 213.

Dated: June 22, 2026
      New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge