**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

        Plaintiffs,

v.

CASSAVA SCIENCES, INC., REMI
BARBIER, and DR. LINDSAY BURNS,

        Defendants.

Civil Action No. 1:24-cv-05948-JLR

**DECLARATION OF JOHN TURQUET BRAVARD IN SUPPORT OF**
**CASSAVA SCIENCES INC.'S MOTION TO EXCLUDE**
**THE EXPERT TESTIMONY OF DAVID A. SANDERS**

I, JOHN TURQUET BRAVARD, hereby declare as follows:

1.      I am an attorney at the law firm Gibson, Dunn & Crutcher LLP, and am counsel for Defendants Cassava Sciences, Inc. (Cassava) in the above-referenced action. I submit this affidavit in connection with Defendants Cassava Sciences, Inc. and Eric J. Schoen's Motion for Summary Judgment.

2.      Attached as **Exhibit 1** is a true and correct copy of the expert report of Dr. David A. Sanders, served by Plaintiffs in this action.

3.      Attached as **Exhibit 2** is a true and correct copy of Dr. Sanders's C.V., as attached to his expert report as Appendix C.

4.      Attached as **Exhibit 3** is a true and correct copy of relevant excerpts from the transcript reflecting Dr. Sanders's deposition testimony in this action.

5.      Attached as **Exhibit 4** is a true and correct copy of the affidavit of Laura A. Rodriguez.

6.      Attached as **Exhibit 5** is a true and correct copy of the expert report of Dr. R. Hal

1

Scofield, served by Defendants in rebuttal to Dr. Sanders's expert report in this action.

7.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on: August 3, 2026.

_____
JOHN TURQUET BRAVARD

2