# EXHIBIT 2

**BIOGRAPHICAL SKETCH**

| NAME | POSITION TITLE |
|------|----------------|
| Sanders, David A | Associate Professor<br>Department of Biological Sciences<br>Purdue University, West Lafayette, IN |

| INSTITUTION AND LOCATION | DEGREE<br>(if applicable) | MM/YY | FIELD OF STUDY |
|---------------------------|--------------------------|-------|-----------------|
| Yale College, New Haven, CT | B.S. | 1983 | Mol Biophys & Biochem |
| University of California-Berkeley, Berkeley, CA | Ph.D. | 1989 | Biochemistry |
| University of California-San Francisco | PostDoc | 1989-1990 | GTPases |
| Whitehead Inst for Biomed Research, Cambridge, MA | PostDoc | 1990-1995 | Retroviral Entry |

## Positions and Honors, Professional Activities, Affiliations, and Honors.

### Positions
1983-1989    Graduate Research Assistant, Dept. of Biochemistry, University of California
1989-1990    Visiting Scientist, Department of Pharmacology, University of California
1990-1995    Postdoctoral Fellow, Whitehead Institute for Biomedical Research, Cambridge, MA
1995-2001    Assistant Professor, Department of Biological Sciences, Purdue University
2001-present    Associate Professor, Department of Biological Sciences, Purdue University

### Professional
2003-2005    United States Defense Threat Reduction Agency Biological Weapons Proliferation Prevention Program
2016-2019    FASEB Science Policy Committee
2018-2022    American Association of University Professors National Council

### Honors
Graduated magna cum laude with Distinction in Molecular Biophysics and Biochemistry, Yale College
National Science Foundation CAREER Award
American Cancer Society Research Scholar
Lions Club Cancer Research Award
Haines Lecturer in Biochemistry
Member, FASEB Science Policy Committee
75th Anniversary of Los Alamos National Laboratory Lecturer on Scientific Integrity
Moses Passer Lecturer, Cornell University
Keynote Address, STM US Annual Conference

**Selected Peer-reviewed Publications**

1. **Sanders, D. Avram**, B. Mendez, and D. E. Koshland Jr. "Role of the CheW protein in bacterial chemotaxis: overexpression is equivalent to absence." *Journal of bacteriology* 171.11 (1989): 6271-6278

2. **Sanders, D. A.**, Gillece-Castro, B. L., Stock, A. M., Burlingame, A. L., and Koshland, D. E., Jr. Identification of the site of phosphorylation of the chemotaxis response regulator protein, CheY. J Biol Chem (1989) *264*:21770-21778. PMC/PMCID2689446

3. **Sanders, D. A**., et al. "Phosphorylation site of NtrC, a protein phosphatase whose covalent intermediate activates transcription." *Journal of bacteriology* 174.15 (1992): 5117-5122

4. Bourne, Henry R., **David A. Sanders**, and Frank McCormick. "The GTPase superfamily: a conserved switch for diverse cell functions." *Nature* 348.6297 (1990): 125-132

5. Bourne, H. R., **Sanders, D.A.**, McCormick, F. The GTPase superfamily; Conserved structure and molecular mechanism. (1991) *Nature 349*:117-127. PMC/PMCID2122258

6. Pinter, A., Kopelman, R., Li, Z., Kayman, S. C., and **Sanders, D. A**. (1997) Localization of the labile disulfide bond between SU and TM of the murine leukemia virus envelope protein complex to a highly conserved CWLC motif in SU that resembles the active site sequence of thiol-disulfide exchange enzymes. J Virol *71*, 8073-8077. PMC/PMCID192174

7. Taylor, G. M. and **Sanders, D. A.** (1999) The role of the membrane-spanning-domain sequence in glycoprotein-mediated membrane fusion. Molecular Biology of the Cell *10*, 2803-2815. PMC10473628

8. Sharkey, C. M., North, C. L., Kuhn, R. J., and **Sanders, D. A.**, (2001) Ross River virus glycoprotein-pseudotyped retroviruses and stable cell lines for their production. J Virol *75*, 2653-2659. PMC115889

9. Buss, K. A., Cooper, D. R., Ingram-Smith, C., Ferry, J. G., Sanders, D. A., & Hasson, M. S. (2001). Urkinase: structure of acetate kinase, a member of the ASKHA superfamily of phosphotransferases. *Journal of bacteriology*, *183*(2), 680-686

10. Kang, Y., Stein, C. S., Heth, J.A., Sinn, P. L., Penisten, A.K., Staber, P. D., Ratliff, K. L., Shen, H., Barker, C. K., Martins, I., Sharkey, C. M., **Sanders, D. A.**, McCray, P. B., and Davidson, B. L. (2002) In vivo gene transfer using a nonprimate lentiviral vector pseudotyped with Ross River virus glycoproteins. J Virol *76*, 9378–9388. PMC12186920

11. Jeffers, S. A., **Sanders, D. A.**, and Sanchez, A. (2002) Covalent modifications of the Ebola virus glycoprotein. J Virol *76*, 12463-12472. PMC12438572

12. Sinn PL, Hickey MA, Staber PD, Dylla DE, Jeffers SA, Davidson BL, **Sanders DA**, McCray PB Jr. (2003) Lentivirus vectors pseudotyped with filoviral envelope glycoproteins transduce airway epithelia from the apical surface independently of folate receptor alpha. J Virol. 77(10):5902-10. PMID: 12719583

13. Taylor, G. M. and **Sanders, D. A**. (2003) Structural criteria for regulation of membrane fusion and virion incorporation by the MuLV TM cytoplasmic domain, Virology *312*, 295–305. PMC12919735

14. Kahl, C. A., Marsh, J., Fyffe, J., **Sanders, D. A.**, and Cornetta, K. (2004) Human immunodeficiency virus type 1-derived lentivirus vectors pseudotyped with envelope glycoproteins derived from Ross River virus and Semliki Forest virus. J Virol *78*, 1421-1430. PMC14722297

15. **Sanders DA.** (2004) Ebola virus glycoproteins: guidance devices for targeting gene therapy vectors. Expert Opin Biol Ther. 4(3):329-36. Review. PMID: 15006727

16. Strang, B. L., Takeuchi, Y., Relander, T., Richter, J., Bailey, R., **Sanders, D. A.**, Collins, M. K., Ikeda, Y. (2005) Human immunodeficiency virus type 1 vectors with alphavirus envelope glycoproteins produced from stable packaging cells.  J Virol *79*, 1765-1771 PMC15650201

17. Alvarado, J., Ghosh, A., Janovitz, T., Jauregui, A., Hasson, M.S., and **Sanders, D.A**. (2006) Origin of Exopolyphosphatase Processivity: Fusion of an ASKHA Phosphotransferase and a Cyclic Nucleotide Phosphodiesterase Homolog. Structure. *14*, 1263-1272. PMC14722297

18. Brindley MA, Hughes L, Ruiz A, McCray PB Jr, Sanchez A, **Sanders DA**, Maury W. (2007) Ebola virus glycoprotein 1: identification of residues important for binding and postbinding events. J Virol 81(14):7702-9. Epub 2007 May 2. PMID: 17475648

19. Selvarajah S, Sexton NR, Kahle KM, Fong RH, Mattia K-A, Gardner J., Lu K., Liss N.M., Salvador B., Tucker D. F., Barnes T., Mabila M., Zhou X., Rossini G., Rucker J. B., **Sanders D. A.**, Suhrbier A., Sambri V., Michault A., Muench M. O., Doranz B. J., Simmons G.  (2013) A Neutralizing Monoclonal Antibody Targeting the Acid-Sensitive Region in Chikungunya Virus E2 Protects from Disease. PLoS Negl Trop Dis 7(9): e2423. doi:10.1371/journal.pntd.0002423: PMC24069479

20. Michael T. Osterholm, Kristine A. Moore, Nicholas S. Kelley, Lisa M. Brosseau, Gary Wong, Frederick A. Murphy, Clarence J. Peters, James W. LeDuc, Phillip K. Russell, Michel Van Herp, Jimmy Kapetshi, Jean-Jacques T. Muyembe, Benoit Kebela Ilunga, James E. Strong, Allen Grolla, Anja Wolz, Brima Kargbo, David K. Kargbo, **David Avram Sanders**, Gary P. Kobinger; Transmission of Ebola Viruses: What We Know and What We Do Not Know; doi: 10.1128/mBio.00137-15 19 February 2015 mBio vol. 6 no. 2 e00137-15: PMC25698835

21. Stebbing, J., and **D. A. Sanders**. "The importance of being earnest in post-publication review: scientific fraud and the scourges of anonymity and excuses." *Oncogene* 37.6 (2018): 695-696

22. Kesari AS, Sharkey CM, **Sanders DA**. Role of heparan sulfate in entry and exit of Ross River virus glycoprotein-pseudotyped retroviral vectors. Virology (2019) Mar;529:177-185. doi: 0.1016/j.virol.2019.01.022. PMID: 30716579

23. **Sanders DA**. How to write (and how not to write) a scientific review article. Clin Biochem. (2020) Jul;81:65-68. doi: 10.1016/j.clinbiochem.2020.04.006. Epub 2020 May 1. PMID: 32371050

24. **Sanders, D.A**. (2020), Image duplication in E Galmozzi et al, *J Cell Physiol*, 200 (2004), pp. 82-88. J Cell Physiol, 235: 10109-10109. https://doi.org/10.1002/jcp.29745

## Patents

Sanders, D.A. et al., Pseudotyped retroviruses and stable cell lines for their production, U. S. Patent 7,033,595

Sanders, D. A. et al., Pseudotyped retroviruses with modified Ebola glycoprotein, U. S. Patent 7,981,656

**Authored articles on Peer Review and Academic Integrity**

DA Sanders (2019) Peer review should be a two-stage, science-first process Times Higher Education April 4, 2019 https://www.timeshighereducation.com/opinion/peer-review-should-be-two-stage-science-first-process

DA Sanders (2019) 'What we read, how we read it and, crucially, what we recommend have an impact on others' Times Higher Education August 22, 2019 (cover article). https://www.timeshighereducation.com/features/how-can-academics-keep-literature

DA Sanders (2020) Rapid Reviews:  COVID-19 Review of "β-Coronaviruses use lysosomal organelles for cellular egress" https://rapidreviewscovid19.mitpress.mit.edu/pub/wzwvkh5m/release/1 Rapid Reviews

DA Sanders (2020) "Developing Grad Students' Scientific Literacy Skills" https://www.insidehighered.com/advice/2020/02/20/scientists-should-use-new-pedagogical-techniques-help-phd-student-learn-how-write Inside Higher Ed

DA Sanders (2020). Book Review. Science Fictions: Exposing Fraud, Bias, Negligence and Hype in Science, by Stuart Ritchie https://www.timeshighereducation.com/books/science-fictions-exposing-fraud-bias-negligence-and-hype-science-stuart-ritchie Times Higher Education

DA Sanders (2020) "Plagiarism is not a victimless offence" https://www.timeshighereducation.com/opinion/plagiarism-not-victimless-offence Times Higher Education

DA Sanders (2020) "Guest Authors are Plagiarists" https://www.timeshighereducation.com/opinion/guest-authors-are-plagiarists Times Higher Education

DA Sanders (2020) 'Each scientist must stand up, at all costs, for the truth' https://www.timeshighereducation.com/features/each-scientist-must-stand-all-costs-truth Times Higher Education

DA Sanders (2021) "Disguised Academic plagiarism" https://www.timeshighereducation.com/books/disguised-academic-plagiarism-michael-v-dougherty Times Higher Education

DA Sanders (2021) "Research on viruses is essential but can never be risk-free https://www.timeshighereducation.com/features/research-viruses-essential-can-never-be-risk-free Times Higher Education

DA Sanders (2022) "Academics' unscientific assertions on Covid are exacerbating division" https://www.timeshighereducation.com/opinion/academics-unscientific-assertions-covid-are-exacerbating-division Times Higher Education

DA Sanders (2022) "Scientists must inform the public – but not by claiming false certainty" https://www.timeshighereducation.com/opinion/scientists-must-inform-public-not-claiming-false-certainty Times Higher Education

DA Sanders (2023) "I thought I was a creative scientist – until AI worked out my trick" https://www.timeshighereducation.com/opinion/i-thought-i-was-creative-scientist-until-ai-worked-out-my-trick Times Higher Education

DA Sanders (2023) "Every researcher can learn from Tessier-Lavigne's downfall" https://www.timeshighereducation.com/blog/every-researcher-can-learn-tessier-lavignes-downfall Times Higher Education

DA Sanders (2023) "Science whistleblowers need better support – and I should know" https://www.timeshighereducation.com/opinion/science-whistleblowers-need-better-support-and-i-should-know Times Higher Education

DA Sanders (2024) "Claudine Gay's downfall is no victory for research integrity" https://www.timeshighereducation.com/opinion/claudine-gays-downfall-no-victory-research-integrity Times Higher Education

## Interviews in News Articles

https://www.bloomberg.com/opinion/articles/2020-03-21/coronavirus-uncertainty-plagues-the-experts-too

https://www.bloomberg.com/opinion/articles/2021-01-12/how-did-covid-19-start-researchers-are-still-trying-to-find-out

https://www.bloomberg.com/opinion/articles/2021-05-31/even-if-covid-lab-leak-theory-isn-t-true-labs-should-get-more-scrutiny

https://retractionwatch.com/2021/07/01/a-scientist-critic-was-sued-and-won-but-did-not-emerge-unscathed-this-is-his-story/

https://www.bloomberg.com/opinion/articles/2022-02-08/social-media-is-wired-to-spread-misinformation-on-covid-19-and-everything-else

https://www.bloomberg.com/opinion/articles/2022-10-19/labs-creating-new-viruses-and-covid-variants-need-more-oversight

https://www.bloomberg.com/opinion/articles/2023-02-08/high-egg-prices-h1n5-bird-flu-outbreak-could-cause-bigger-problems

https://www.bloomberg.com/opinion/articles/2023-02-27/how-did-covid-start-doe-lab-leak-report-has-a-key-caveat

https://www.timeshighereducation.com/news/journal-concedes-wall-shame-could-cause-unjust-harm

https://www.thecrimson.com/article/2024/3/29/gino-lawsuit-critics/

https://retractionwatch.com/2024/03/15/rejected-paper-pops-up-elsewhere-after-one-journal-suspected-manipulation/

https://retractionwatch.com/2024/03/05/cancer-paper-earns-expression-of-concern-nearly-two-years-after-investigation-report-is-revealed/

https://www.bloomberg.com/opinion/articles/2023-10-08/a-room-temperature-superconductor-raises-red-flags-for-science

https://www.chronicle.com/article/when-scholars-sue-their-accusers

https://www.bloomberg.com/opinion/articles/2023-11-29/china-s-pneumonia-outbreak-shows-we-need-a-pandemic-warning-system

https://clarivate.com/podcasts/ideas-to-innovation-season-two/ai-and-the-scientific-sleuth/

https://retractionwatch.com/2025/02/12/icymi-science-considering-retraction-arsenic-life/

https://retractionwatch.com/2025/02/25/exclusive-extensive-correction-genentech-pnas-update/

https://retractionwatch.com/2025/05/23/genentech-authors-flip-pnas-study-from-corrected-to-retracted-following-retraction-watch-coverage/

https://retractionwatch.com/2025/07/24/science-retraction-arsenic-life-nasa-astrobiology/

https://retractionwatch.com/2025/08/15/tin-man-syndrome-case-plagiarized-from-hoax-sleuths-say/

https://retractionwatch.com/2025/08/25/nature-immunology-addendum-correction-langerhans-cells-figures-data-errors/

https://retractionwatch.com/2025/09/02/tin-man-syndrome-five-other-case-studies-retracted-following-retraction-watch-coverage/

https://retractionwatch.com/2025/09/23/second-study-using-tin-man-syndrome-x-ray-under-scrutiny-following-retraction-watch-inquiry/