# EXHIBIT 3

AM - David A. Sanders; February 23, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:24-cv-05948-JLR-OTW
-----------------------------------x
ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

            Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

            Intervenor-Plaintiffs,

            -against-

CASSAVA SCIENCES, INC., REMI BARBIER,
and LINDSAY BURNS,
            Defendants.
-----------------------------------x

        VIDEOTAPED DEPOSITION OF
          DAVID A. SANDERS
         New York, New York
         February 23, 2026

Reported By:
ERIC J. FINZ

Page 1

AM - David A. Sanders; February 23, 2026

February 23, 2026

9:32 a.m.

Videotaped Deposition of DAVID A. SANDERS, taken by Defendants, pursuant to Notice, at the offices of Clarick Gueron Reisbaum LLP, 41 Madison Avenue, before ERIC J. FINZ, a Shorthand Reporter and Notary Public within and for the State of New York.

Page 2

AM - David A. Sanders; February 23, 2026

A P P E A R A N C E S: (All Via Remote)

CLARICK GUERON REISBAUM LLP

Attorneys for Plaintiffs

    41 Madison Avenue

    New York, New York 10010

BY:   *DAVID KUMAGAI, ESQ.

    dkumagai@cgr-law.com

    ISAAC ZAUR, ESQ.

    izaur@cgr-law.com

GIBSON DUNN & CRUTCHER LLP

Attorneys for Defendant Cassava Sciences

    1900 Lawrence St.

    Denver, Colorado 80202

BY:   *SCOTT CAMPBELL, ESQ.

    scampbell@gibsondunn.com

    *JOHN L. TURQUET BRAVARD, ESQ.

    jturquetbravard@gibsondunn.com

BAKER HOSTETLER LLP

Attorneys for Defendants Remi Barbier and Lindsay Burns

    45 Rockefeller Plaza

    New York, New York 10111

BY:   *ZACHARY TAYLOR, ESQ.

    ztaylor@bakerlaw.com

    ARIC WU, ESQ. (Via Zoom)

    awu@bakerlaw.com

ALSO PRESENT:

    JESSE BRODKIN (Via Zoom)

    DEVERELL WRITE, Videographer

Page 3

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

It looks like you were last promoted in    09:26:58
2001 to associate professor.  Is that    09:27:01
right?    09:27:03

A.    That is correct.    09:27:03

Q.    Is that a position you still    09:27:04
hold?    09:27:05

A.    It is.    09:27:05

Q.    Have you been considered for a    09:27:06
promotion to professor?    09:27:08

A.    No.    09:27:10

Q.    Do you know why not?    09:27:11

A.    I've never requested it.    09:27:15

Q.    Same question, do you know why    09:27:18
not?    09:27:19

A.    I never requested it.    09:27:21

Q.    No, no.  Do you know why you    09:27:23
never requested it?  Is there a reason?    09:27:24

A.    I was content with what I was    09:27:27
doing.    09:27:30

Q.    Are you an expert in    09:27:32
neurobiology?    09:27:44

A.    I am not.    09:27:45

Q.    Are you an expert in    09:27:46
Alzheimer's disease?    09:27:48

Page 21

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

A.    I am not.                              09:27:50

Q.    The next page of your CV lists        09:27:51
what are called at the top selected peer    09:27:56
reviewed publications.                      09:28:00

Do you see that?                            09:28:00

A.    Yes.                                  09:28:02

Q.    What were these selected based        09:28:02
on?                                         09:28:05

A.    What I regarded as important          09:28:06
for this particular CV.                     09:28:10

Q.    What was this particular CV           09:28:16
made for?                                   09:28:18

A.    It was made for the purposes          09:28:19
of this report.                            09:28:21

Q.    So are these peer reviewed            09:28:25
publications relevant to your report?       09:28:27

A.    Yes.  They're relevant to my          09:28:30
expertise and to the report, yes.          09:28:34

Q.    Are there peer reviewed               09:28:35
articles in which you played a leading      09:28:38
role in your career that are not included   09:28:41
on this list?                              09:28:43

A.    I believe that there are, yes.        09:28:44

Q.    What are they?                        09:28:49

Page 22

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

training with regard to the ethics of        09:49:34
scientific publications?                      09:49:37

A.    I'm very well read in the           09:49:39
history of science, philosophy, ethics.       09:49:54
I've been through the courses that we         09:50:03
have in responsible conduct of research.      09:50:07
I am also often asked to lecture on -- in     09:50:14
responsible conduct of research,              09:50:23
scientific ethics courses and some.           09:50:24

Q.    We'll get to that.  I want to       09:50:29
start with just the training piece.           09:50:31
So you say you've taken             09:50:33
courses in scientific ethics?                 09:50:34

A.    Yes, that's...                      09:50:36

Q.    What courses?                       09:50:39

A.    That's a standard part of a        09:50:40
graduate career.  You take a course in        09:50:43
what's called responsible conduct of          09:50:45
research.                                     09:50:47

Q.    So you took a standard             09:50:49
graduate course.  When you say                09:50:51
"standard," most scientists take it as        09:50:52
part of their graduate work?                  09:50:55

A.    That is correct.                    09:50:57

Page 43

DAVID A. SANDERS

Q.    Any other courses?                      09:50:57

A.    No.                                     09:51:00

Q.    Is that just one course or is           09:51:01
it a series of courses?                       09:51:03

A.    It's one course.  There are             09:51:05
ethical components incorporated in other      09:51:11
parts of our training.  But it will be as     09:51:13
part of a larger course.  So we are, for      09:51:15
example, presented often with examples of     09:51:20
failures in ethical conduct of research.      09:51:24

Q.    Outside of the standard course          09:51:32
that scientists take as part of their         09:51:36
graduate work, have you taken any             09:51:39
specialized courses in scientific ethics?     09:51:41

        MR. KUMAGAI:  Object to the           09:51:43
    form.                                      09:51:44

A.    No.                                      09:51:44

Q.    Outside of that course, any             09:51:45
other formal training in the field?           09:51:47

        MR. KUMAGAI:  Object to the           09:51:49
    form.                                      09:51:51

A.    Again, besides the -- what's            09:51:52
incorporated in other courses about           09:51:56
ethical conduct of research, which is a       09:52:00

Page 44

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

frequent topic, outside of that, which is    09:52:05

a substantial, I would guess the answer    09:52:10

is no.    09:52:13

Q.    And I guess what I'm driving    09:52:14

at, when you're talking about the    09:52:16

incorporation of ethical examples in    09:52:20

other courses based on other topics.    09:52:22

A.    Yes.    09:52:25

Q.    You're still talking about    09:52:25

your standard scientific training.  Is    09:52:26

that right?    09:52:28

A.    Yes.    09:52:28

Q.    So outside of your standard    09:52:28

training as a Ph.D. in the science field.    09:52:31

A.    Yes.    09:52:34

Q.    Do you have any specialized    09:52:34

training in scientific ethics?    09:52:36

MR. KUMAGAI:  Objection to    09:52:37

form.    09:52:39

A.    No.    09:52:39

MR. KUMAGAI:  Just make sure    09:52:44

you let him finish the question    09:52:46

before you answer.    09:52:48

THE WITNESS:  Thank you.    09:52:49

Page 45

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

organizations that are dedicated to          10:03:54

scientific integrity or ethics?          10:03:56

        A.    We are forming a research          10:04:01

field named Forensic Scientometrics.          10:04:04

Sciento, Metrics.          10:04:21

        Q.    So hold on.  I want to make          10:04:23

sure I got an answer to my question then          10:04:25

we'll move on to Forensic Scientometrics.          10:04:27

        A.    Yes.          10:04:31

        Q.    Do you currently belong to any          10:04:31

organizations dedicated to science          10:04:34

integrity or ethics?          10:04:37

                MR. KUMAGAI:  Objection to          10:04:39

        form.          10:04:40

        Q.    That are formed.          10:04:41

        A.    We are forming an organization          10:04:45

on the basis of Forensic Scientometrics.          10:04:47

        Q.    So I'm going to ask you about          10:04:51

the formation of that next.          10:04:52

        A.    Okay.          10:04:54

        Q.    I just want to make sure I've          10:04:54

understood your answer to the prior          10:04:56

question.          10:04:57

                Which is, do you currently          10:04:58

Page 57

DAVID A. SANDERS

belong to any formed organizations    10:04:59
dedicated to scientific ethics or    10:05:01
integrity?    10:05:03

A.   No.    10:05:04

Q.   What is the nature of this    10:05:05
organization that you are forming?    10:05:08

A.   People have come together and    10:05:11
decided we need to have a formal    10:05:15
organization.  And so I've been involved    10:05:17
in that.  The discussions for that.    10:05:20

Q.   Who specifically?    10:05:23

A.   People involved with journals,    10:05:25
people who are involved with research    10:05:30
integrity.  Those are the -- those are    10:05:36
the two groups of people that are coming    10:05:44
together.    10:05:48

Q.   Are you playing a lead role in    10:05:48
putting together that organization?    10:05:51

A.   Yes.    10:05:52

Q.   Was it your idea?    10:05:53

A.   No.    10:05:56

Q.   Whose idea was it?    10:05:56

A.   If there was one person, I    10:05:58
would say it was Leslie McIntosh, who is    10:06:05

Page 58

DAVID A. SANDERS

Q.    Have you ever worked for the   12:22:34
FDA?   12:22:37

A.    I have not.   12:22:37

Q.    As part of your work, have you   12:22:39
ever conducted any FDA supervised   12:22:41
clinical trials?   12:22:44

A.    I have not.   12:22:45

Q.    Are you expert in FDA policies   12:22:46
and procedures?   12:22:49

A.    I teach about them in the --   12:22:50
in my courses.  So that gives me a   12:23:01
certain expertise in them.   12:23:05

Q.    So let me ask you this a   12:23:10
different way.   12:23:12

If somebody approached you and   12:23:14
said we're looking for an expert to   12:23:15
testify as to the FDA policies and   12:23:17
procedures, would you consider yourself   12:23:19
an expert in that?   12:23:21

MR. KUMAGAI:  Objection to   12:23:22
form.   12:23:22

A.    It depends upon the scope,   12:23:23
what we -- what we're discussing.  If   12:23:31
we're talking about drug approval process   12:23:33

Page 151

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

or vaccine, then I would have relevant          12:23:36

expertise.          12:23:41

Q.    So you're expert in the FDA          12:23:42

drug approval process?          12:23:45

A.    I have relevant expertise in          12:23:47

the process of drug approvals and vaccine          12:23:50

approval.          12:23:54

Q.    Have you been involved          12:23:56

directly in having a drug approved by the          12:24:06

FDA?          12:24:08

A.    I have not.          12:24:08

Q.    Have you been involved          12:24:09

directly in approving a drug by the FDA?          12:24:10

A.    I have not.          12:24:16

Q.    But the issue is sometimes          12:24:16

relevant in your classes that you teach?          12:24:21

MR. KUMAGAI:  Objection to          12:24:24

form.          12:24:24

A.    Yes.          12:24:25

Q.    Do you know whether the FDA          12:24:31

did an investigation of Cassava?          12:24:34

A.    I know that they conducted an          12:24:37

audit of the laboratory of Dr. Wang.          12:24:39

I've seen that audit.          12:24:45

Page 152

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

misconduct by Cassava?                    12:34:46

A.    I have no information that      12:34:48

says they found research misconduct by    12:34:52

Cassava.                                  12:34:58

Q.    Do you know if the FDA through  12:34:59

its investigation found research          12:35:01

misconduct by Dr. Wang?                   12:35:03

A.    I do not believe that they      12:35:05

made a finding of research misconduct,    12:35:08

using -- research misconduct.             12:35:11

Q.    Looking back at paragraph 37    12:35:18

of your report.  You cite to the FDA's    12:35:21

good laboratory practices for nonclinical 12:35:33

laboratory studies.                       12:35:35

Do you see that?                  12:35:35

A.    Yes.                          12:35:38

Q.    And just to be clear, you've    12:35:39

never conducted an audit of a GLP lab;    12:35:40

right?                                    12:35:45

A.    That is correct.              12:35:45

Q.    Do you know if Cassava has any  12:35:48

labs?                                     12:35:51

A.    I have read from               12:35:54

Cassava-provided information that they do 12:35:59

Page 161

DAVID A. SANDERS

not have their own laboratories.                    12:36:00

Q.    So is it your understanding    12:36:03
that they do not have any laboratories?    12:36:04

A.    That is -- that is correct.    12:36:06

Q.    Do you know if Dr. Wang's lab    12:36:08
was a GLP lab?    12:36:10

A.    From things that I have read,    12:36:14
the answer is no.    12:36:18

Q.    And if the lab was not a GLP    12:36:20
lab, would it be subject to the FDA's    12:36:24
good laboratory practices for nonclinical    12:36:27
laboratory studies?    12:36:29

A.    It would not.    12:36:31

Q.    I want to turn back to the    12:36:31
previous page, paragraphs 31 and 32.    12:36:41

In paragraphs 31 and 32, you    12:36:49
cite specific NIH standards for retention    12:36:52
of records.    12:36:55

Do you see that?    12:36:55

A.    Yes.    12:36:57

Q.    And I think you alerted to    12:36:58
earlier that you sometimes work with NIH?    12:37:00

A.    Yes.  I mean, I have never    12:37:02
been employed by NIH.  I have had    12:37:05

Page 162

DAVID A. SANDERS

research funds from the NIH.  And I have    12:37:09

worked on review panels for the NIH.    12:37:13

Q.    Let me see if I can frame this    12:37:16

in an easier way then.    12:37:21

So looking at paragraph 31,    12:37:23

you have a citation to the NIH grants    12:37:28

policy statement Section 8.42.    12:37:33

Do you see that?    12:37:33

A.    Yes.    12:37:38

Q.    And then in paragraph 2 [sic]    12:37:38

you have an extended quote from 21 CFR    12:37:41

Part 312.    12:37:44

Do you see that?    12:37:45

A.    Paragraph 2?    12:37:47

Q.    32.    12:37:48

A.    Oh, 32.  Yes.    12:37:49

Q.    In your work with NIH, have    12:37:51

you ever applied these standards on    12:37:56

behalf of NIH?    12:37:59

A.    On behalf of NIH?  No.    12:38:00

Q.    And you say on behalf of,    12:38:05

that's how you termed it.  Have you ever    12:38:10

worked with these standards in    12:38:13

conjunction with NIH?    12:38:14

Page 163

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

A.    You're going to have to    12:38:16
rephrase, please.  What do you mean    12:38:21
worked with them?    12:38:23

Q.    Well, this is what I'm trying    12:38:24
to understand.    12:38:26

So you suggested to me that    12:38:26
you've done some work in some capacity    12:38:28
related to evaluating NIH grants.  Is    12:38:31
that right?    12:38:34

A.    That is correct.    12:38:34

Q.    So I'm trying to understand    12:38:34
whether that work you did with the NIH in    12:38:36
evaluating research grants related    12:38:40
specifically to these two citations here.    12:38:43

A.    No.    12:38:46

Q.    Have you reviewed    12:38:52
organizations generally for their    12:38:54
compliance with these requirements?    12:38:56

MR. KUMAGAI:  Objection to    12:38:58
form.    12:38:59

A.    No.    12:38:59

Q.    I guess what I'm asking is, do    12:39:03
you have any experience actually applying    12:39:05
these standards on behalf of the NIH?    12:39:07

Page 164

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

A.    On behalf of, the answer is    12:39:11
no.    12:39:15

Q.    In conjunction with the NIH.    12:39:15

A.    I have contacted the NIH about    12:39:28
violations of these recordkeeping    12:39:33
standards.    12:39:36

Q.    Has the NIH ever asked you    12:39:40
affirmatively to apply these standards to    12:39:42
a grantee?    12:39:45

A.    In the process of reviewing    12:39:48
grants for federal agencies, I have also    12:40:01
reviewed for NSF, one of the criteria    12:40:03
they ask us to do is to make sure that    12:40:08
recordkeeping standards are maintained.    12:40:11
And that records will be, for example,    12:40:14
deposited in suitable databases and also    12:40:18
retained.  They want us to be able to    12:40:22
evaluate the plans for that to take    12:40:25
place.    12:40:28

Q.    Set aside the NSF for a second    12:40:29
because I'm not sure who that is, I'll    12:40:32
ask you a different question to figure    12:40:34
out who the NSF is.    12:40:35

First I want to focus on the    12:40:37

Page 165

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

NIH standards that you cited in your      12:40:39
report.      12:40:41

A.    Yes.      12:40:42

Q.    Has the NIH ever affirmatively      12:40:42
asked you to apply those standards to a      12:40:45
grant?      12:40:47

MR. KUMAGAI:  Objection to      12:40:47
form.      12:40:48

A.    In evaluating grant proposals,      12:40:48
one of the elements of that -- we're      12:40:51
frequently asked to evaluate is, you      12:40:56
know, are the data going to be      12:40:58
maintained, shared, in a proper format.      12:41:02
So yeah, our recordkeeping standard is      12:41:05
going to be adhered to.  That's one of      12:41:09
the things that we're tasked with doing.      12:41:11

Q.    What grant applications has      12:41:13
the NIH tasked you with determining      12:41:15
whether they meet these standards?      12:41:19

A.    I've worked on biodefense      12:41:22
grants, for example.  There was a      12:41:24
biodefense initiative.  That's the one I      12:41:26
specifically recall.      12:41:30

Q.    So the NIH was giving a grant      12:41:35

Page 166

DAVID A. SANDERS

through the biodefense initiative?          12:41:38

A.   This was a special section on          12:41:42
biodefense under the NIH.  And this --          12:41:46
it's standard for review, grant review          12:41:53
panels to have to comment on          12:41:58
recordkeeping practices of the potential          12:42:01
grantees.          12:42:08

Q.   Did you go --          12:42:09

A.   Whether those are in place.          12:42:10

Q.   Did you go visit the grantees'          12:42:11
labs to assess?          12:42:15

A.   Not in this case, no.          12:42:16

Q.   Have you ever on behalf of the          12:42:17
NIH evaluated a grantee's lab?          12:42:19

MR. KUMAGAI:  Objection to          12:42:22
form.          12:42:23

A.   Yes.          12:42:23

Q.   Which lab?          12:42:28

A.   These were -- I don't recall.          12:42:29
It was some time ago.  It was not about          12:42:38
recordkeeping, it was about are the          12:42:48
facilities adequate for conducting the          12:42:51
research.          12:42:53

Q.   Have you ever visited a lab on          12:42:53

Page 167

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

behalf of the NIH to evaluate whether --    12:42:56

to evaluate its recordkeeping standards?    12:42:58

A.    No.    12:43:00

Q.    Do you know if the NIH audited    12:43:00

Cassava's compliance with its grants?    12:43:05

A.    I do not know.    12:43:10

Q.    I want to look at paragraph    12:43:15

38.  This is a paragraph where you    12:43:25

address CUNY's record retention policies.    12:43:30

Do you see that?    12:43:30

A.    I do, yes.    12:43:34

Q.    And I presume you looked at    12:43:35

CUNY's policies because Dr. Wang worked    12:43:37

for CUNY?    12:43:39

A.    That is correct.    12:43:40

Q.    And CUNY's policy is the    12:43:40

records should generally be retained for    12:43:44

a period of three years after the    12:43:46

research is concluded or otherwise    12:43:48

terminated.  Is that right?    12:43:50

A.    That is correct.    12:43:51

Q.    And then in the next    12:43:51

paragraph, you cite Cambridge's policy in    12:43:54

39.  Is that right?    12:43:58

Page 168

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

Q.    All right.                         14:06:31

Now turning to 100.  This is            14:06:33
where you're addressing a potential lack   14:06:39
of availability of data for journals to   14:06:42
evaluate articles.  Do you recall that?   14:06:45

A.    I'm sorry, could you repeat        14:06:48
the question, please?                    14:06:50

Q.    Yeah.  I'm just trying to put      14:06:51
you in context in your piece.  So this is   14:06:53
section E, addressing research integrity   14:06:55
concerns.                                14:06:59

A.    Yes.                              14:06:59

Q.    And in paragraphs 100 and 101     14:07:00
and 102, you're addressing the potential   14:07:02
lack of evidence for journals to conduct   14:07:05
their investigations.                    14:07:07

A.    Yes.                              14:07:09

Q.    And you opine that certain        14:07:09
journals, including the Journal for the   14:07:14
Prevention of Alzheimer's Disease and    14:07:17
Neurobiology of Aging, were lacking in   14:07:19
evidence for their investigations.  Is   14:07:25
that fair?                               14:07:27

A.    What I believe what I say here    14:07:29

Page 210

DAVID A. SANDERS

is that just because a journal has -- I    14:07:37
think I wrote it clearly.  The language    14:07:45
used by JPAD in its conclusion indicates    14:07:48
that the investigation was constrained in    14:07:51
its fact-finding abilities and it does    14:07:53
not amount to a finding that no research    14:07:55
misconduct occurred.  That's my opinion.    14:07:58

Q.    So I want to build on that    14:08:00
opinion so I understand the bases for    14:08:03
that.    14:08:04

So in paragraph 100, you say,    14:08:05
"Lack of readily available evidence to    14:08:09
prove or refute research integrity    14:08:11
concerns often leads investigator bodies    14:08:14
to avoid making formal findings of    14:08:16
research misconduct."  Right?    14:08:19

A.    Yes.    14:08:21

Q.    Then you say, "In my view this    14:08:21
appears what to have been the case with    14:08:23
several of the scientific journals that    14:08:26
address research integrity concerns in    14:08:28
papers authored by Dr. Wang and    14:08:31
Dr. Burns."  Right?    14:08:35

A.    That's correct.    14:08:35

Page 211

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

Q.    So you're addressing an    14:08:36
inability to make formal findings because    14:08:38
of a lack of evidence.  Is that right?    14:08:40

A.    I'm sorry, could you just    14:08:42
repeat that?    14:08:43

Q.    Yeah, I'm trying to make sure    14:08:43
I understand this by putting it in my own    14:08:46
words.  And if my own words do not    14:08:48
represent the issue correctly I want you    14:08:50
to tell me what I'm getting wrong.    14:08:52

What you're describing here is    14:08:54
that journals are avoiding making formal    14:08:55
findings of research misconduct because    14:08:58
they lack evidence.  Is that right?    14:09:00

A.    That is a big -- in these    14:09:01
particular cases, that seems to be what    14:09:05
they are -- you know, an important part    14:09:11
of what they're saying, yes.    14:09:13

Q.    And you say, this opinion is    14:09:14
based on my experience with similar    14:09:17
investigations and my review of the    14:09:19
language used by the journal editors.    14:09:21
Right?    14:09:24

A.    Correct.    14:09:24

Page 212

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

Q.    Would you say you are                    15:05:47
intimately familiar with the Multimode         15:05:53
Analysis software program that Dr. Wang        15:05:57
was using for his ELISA experiments?           15:05:59

A.    No.                                       15:06:01

Q.    How familiar are you?                     15:06:02

A.    After I was engaged, I read              15:06:06
the manual.  To try to understand, you         15:06:08
know, how it worked, what was the output,      15:06:12
what you could do with it.  So that is,        15:06:14
you know, that's the extent of my -- I         15:06:17
did not examine one of the machines            15:06:19
myself.                                         15:06:22

Q.    Were you familiar before you             15:06:22
were engaged with this case with this          15:06:24
Multimode Analysis software that Dr. Wang      15:06:27
used?                                           15:06:30

A.    That one, no.                             15:06:30

Q.    Have you ever used that                   15:06:31
program?                                        15:06:32

A.    No.                                        15:06:33

Q.    Do you typically use a DTX 880            15:06:33
ELISA machine when you do your research?        15:06:39

A.    I do not.                                  15:06:41

Page 244

AM - David A. Sanders; February 23, 2026

DAVID A. SANDERS

Q.    I want to go back now to the    15:06:46
main part of your report.  Paragraph 112.    15:06:47
It's on page 27.    15:06:52

Are you with me?    15:07:02

A.    Yes, now.    15:07:03

Q.    You say, "I also understand    15:07:04
that the Multimode Analysis software    15:07:06
program used to operate Dr. Wang's plate    15:07:08
reader machine autosaves the original    15:07:10
result of each plate in the program's    15:07:13
database folder which was stored on the    15:07:16
computer connected to the plate reader    15:07:19
machine at Dr. Wang's laboratory at    15:07:21
CUNY."    15:07:24

Do you see that?    15:07:24

A.    Yes.    15:07:24

Q.    How did you come to understand    15:07:24
that the Multimode Analysis software    15:07:26
program autosaves the original results of    15:07:27
each plate in the program's database    15:07:30
folder?    15:07:34

A.    This was a fact that I was    15:07:34
asked to assume by counsel.    15:07:35

Q.    So you don't know whether    15:07:37

Page 245

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

Do you recall that?

A.    Yes.

Q.    Do you know whether alterations made in the software that affected the data could cause the results saved in the program's database to change?

A.    I do not know.

Q.    If you were to look, where would you look?

A.    Well, I'd combine it with manual, a discussion with customer care, and perhaps working with the machine itself.

Q.    Would you be able to tell from the output you were reviewing whether the data had been later updated?

A.    Ex- -- by -- so -- I need the whole -- the whole question.

I'm -- I'm not sure I understand.

Q.    Sure.

If the data were overwritten at some point later after the original --

Page 259

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

THE COURT REPORTER:  I didn't hear you.

I didn't hear that last part.

Q.    If the data were overwritten at some point after the initial auto save on the system, would you expect there to be a record of that in the exported file you were looking at?

A.    Well, first, for me to consider the question, I have to know whether there is such an override process.  I don't know that.

So, I don't know -- when you talk about "overrides," very frequently, there are records of previous versions of the -- of the data present.

But I -- I simply don't -- I don't know about the overrides, and I don't know about what is retained in that -- in those data that are on this particular machine.

Q.    And you didn't review the actual proper bonds; right?

A.    I did not.

Page 260

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

for -- for sometime.  I'm mostly involved in training people in the lab and training students and so on.

I haven't run them for a while, so I don't know what that's -- exactly means.

Q.    When was the last time you ran an ELIZA yourself?

A.    Decades.

Q.    Decades ago?

A.    Yes.

Q.    Do you know whether an export to Excel is something the software can do automatically after a plate is read?

A.    I -- there are -- I know that there are softwares that do that.

Q.    But you don't know whether --

A.    I don't know whether -- I'm -- I'm -- I'm not -- I -- I can't say at this time.

Q.    You can't say whether you know or not, or you don't know?

A.    I don't know.

Q.    Okay.  So, you don't know

Page 262

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

whether Dr. Wang used an automatic export feature on the software?

A.      An automatic export?

No.

I -- I don't know.

Q.      But you have reviewed Excel exports from the software that Dr. Wang used; right?

A.      Yes.

Q.      And can you tell when -- from those exports, when they were last modified?

A.      One can tell that.

I -- I don't know that I looked -- you know, thought about looking at those data, but one normally can tell, from any Microsoft program, when it was last modified.  Yes.

Q.      But you didn't look at those in this case?

A.      I did not look at those in this case.

Q.      So, you compared the ELISA test results that were reported by Dr. Wang to

Page 263

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

Cassava with results from the software's database folder on a computer that was connected to Dr. Wang's machine; is that right?

A.   That is correct.

Q.   And that data from the software's database folder you refer to as "the raw data;" right?

A.   Yes; correct.

Q.   And that's the data that was in your Appendix E to your report?

A.   Yes.

Q.   All right.  Now, just for clarification:

Did you ever review the actual data in the software database folder?

MR. KUMAGAI:  Objection to form.

A.   No.

Q.   You reviewed an Excel export of that data --

A.   That's --

Q.   -- correct?

A.   Yes.  Yes.

Page 264

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

Q.    And you state, in your report, that your -- you understand that CUNY produced the contents of the database folder to Plaintiffs in this case?

A.    Yes.

Q.    Do you know when that was done?

A.    I do not recall.

Q.    Do you know if it was done in 2025?

A.    I do not recall.

Q.    And those results, as you understand it, were exported to Excel for you to look at; is that right?

A.    Yes.

Q.    Did you create those Excel exports?

A.    I did not.

Q.    Do you know how they were created?

A.    No, I do not.

Q.    Do you know when they were created?

A.    I do not.

Q.    Do you know who created them?

Page 265

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

A.    I do not.

Q.    Do you know the qualifications of the person who created them?

A.    I do not.

Q.    Do you know their experience with ELISA software?

A.    I do not.

Q.    What steps did you take to verify that the exports were properly conducted?

A.    I -- I was asked to assume that the data that I was presented were an accurate representation of the data that was exported.

Q.    So, you took no steps?

A.    I took no steps.

Q.    The ELISA experiments that are associated with those exports in your Exhibit E, you understand those were performed for experiments that ranged from 2013 to 2021?

A.    Yes.

Q.    I think you might've answered this question already, but I'm going to ask

Page 266

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

it, to make sure.

A.    Okay.

Q.    Did you examine the metadata
for the Excel files that you looked at?

A.    I did not.

Q.    Do you know whether other
people at CUNY, besides Dr. Wang and his
team, used the same plate reader machine?

A.    I do not.

Q.    Would it surprise you if other
people used the same plate reader machine?

A.    No.

It would not surprise me.

Q.    Do you know whether the
computer attached to the plate meter reader
machine was accessible to other people
between 2021 and 2025?

A.    What do you mean "accessible"?

Q.    Whether other people could use
it.

A.    I wasn't there.

I mean, I don't know.

Q.    You opined, as a part of your
report, that there was no password

Page 267

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

"Multi-mode analysis software."

A.    Yes.

Q.    And it says:

"Version 34027."

Do you see that?

A.    Yes.

Q.    And in Dr. Heilbut's spreadsheet, it says:

"Multi version 34025;" right?

A.    Yes.

Q.    Do you know what those represent?

A.    A version of the software.

Q.    Do you know if it's the same software?

A.    It looks like it's a different version.

Q.    Is multi and multi-mode analysis software the same?

A.    I didn't -- didn't previously ask that question.

One:  I don't know.

Q.    Okay.  Now, I want to look down to the "lot number."

Page 284

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

Do you see that?

A.    "Lot number."

Yes.

Q.    Do you know what the lot number is?

A.    That's -- I mean that should be -- no.

I don't -- I -- I -- no.

I don't know.

Q.    Okay.  The lot numbers, here, are different between Dr. Wang's spreadsheet and Dr. Heilbut's, right?

A.    Yes.

Q.    And in Dr. Wang's spreadsheet, it's June 9, 2020 at 9:42 P.M., so a minute before the "date measured"?

A.    Yes.

Q.    And in Dr. Heilbut's spreadsheet, the lot number is August 5, 2021, more than a year after the "date measured," right?

A.    Yes.

Q.    And then there's also an "optimized date" underneath that, the same

Page 285

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

as the "lot number date."

Do you see that?

A. Yes.

Q. So again, the "optimized date" for Dr. Heilbut's data is more than a year after the measurement?

A. Yes.

Q. Do you understand what causes the lot number date to change?

A. I do not.

Q. Do you understand what is referenced by the optimized --

A. I do not.

Q. -- lot in here?

Do you have an understanding of why the data that Dr. Heilbut was presented with was optimized more than a year after it was measured?

A. I do not.

Q. Do you know what effect that optimization would have on the data?

A. I do not.

Q. Do you know if it had an effect on the data?

Page 286

* DR. DAVID A. SANDERS *

A.    I do not.

Q.    Did you evaluate that, as part of your report?

A.    I did not.

Q.    We had a discussion earlier about changes in metadata and how, when there are changes in the metadata, it's no longer the raw --

THE COURT REPORTER:  I can't hear you.

Say that again.

MR. CAMPBELL:  Yeah.

Q.    We had a conversation earlier about raw data and how, when metadata is changed, it is no longer the raw data; is that right?

A.    That is -- yes.

That is indicative that it's no longer the raw data; correct.

Q.    Given that the date here -- data, here, was optimized in 2021 and the metadata was changed --

A.    Yeah.

Q.    -- do you still believe that

Page 287

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

that this is the raw data from a year earlier, in 2020?

A.    The -- I was told to assume that it was the raw data.

I have no independent information.

Q.    I'm asking your opinion, looking here at the metadata, and having changed more than a year after the date of measurement.

What your opinion is on whether or not this was the raw data.

A.    I was --

MR. KUMAGAI:  Object to form.

A.    -- I was told to assume that it was the raw data for the purpose of my opinion.

Q.    I understand.

A.    That's all -- that's really all I can say about it.

I do not claim to have extracted these data or to have -- I just was -- just assumed -- I was asked to assume that it was.

Page 288

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

that's my -- that's my interpretation, yes.

Q.    Hasn't been changed since 32 minutes after the ELISA analysis was run; right?

A.    Yes.

Q.    Okay.  Based on your expertise and experience, is this a better representation of the raw data than Dr. Heilbut's data, from 2025?

A.    I do not know.

Q.    Anybody show you this spreadsheet?

A.    I don't -- I don't recall it, but I don't -- yeah.

I do not recall it.  I don't know.

Q.    It is part of the materials that you considered in drafting your report?

A.    I don't recall it.

Q.    If you'd reviewed this material before, would that affect the conclusions in your report?

A.    I was asked to compare the

Page 309

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

data, here, with the data, here; and to assume that these were original data.

And these were the ones that were sent to Cassava.

Q.    If I asked you to assume that Exhibit 10, the document that was last modified 32 minutes after the run was the raw data and do the same analysis, would you have reached a different conclusion?

A.    If I were asked to assume that this was the raw data that came from the machine and it had this same data as the one sent to Cassava?

If you -- if you asked me to assume that, then the answer is that:

These are the same data.

Q.    And based on the mid -- the metadata in Dr. Heilbut's spreadsheet, you have reason to question whether that's the raw data, right?

MR. KUMAGAI:  Object to form.

A.    I have reason to question all -- you know, if -- you know, if you're asking me, as outside, evaluating, I have

Page 310

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

reason to ask whether any of these represent the raw data.

Q. You have reason to believe, based on the metadata of the documents that were in front of you and that you had evaluated, that Dr. Heilbut's data is not the raw data, given that it has optimization dates a year later, right?

MR. KUMAGAI: Object to form.

A. So, since I don't fully understand what those dates mean, I can't give you a full answer.

I would be -- you know, it is -- it would be an issue to evaluate what those data mean and what is the potential impact on that?

But I was asked to assume that when I made this opinion that these data were the raw data and that these data were the data that were sent to Cassava.

Q. And there's no such metadata discrepancy in Exhibit 10, right?

A. So, there is no -- there is no discrepancy, except for the modification

Page 311

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

Q.    Okay.  And on Page 30, at Paragraphs 126 and 127, these are the conclusions you draw in that section; is that right?

A.    Yes.

Q.    Okay.  And you say:

"Based on the facts disclosed by Cassava, summarized above, in my view, the company, Dr. Burns and Dr. Wang failed to follow sound scientific standards and practices in analyzing and presenting the Phase 2 biomarker data."

Is that right?

A.    Yes.

Q.    And the facts disclosed by Cassava, that you are discussing, are what are listed in Paragraphs 120 to 125; is that right?

A.    That is correct.

Q.    Okay.  And then, in Paragraph 127, you say that:

"After disclosure of the results from the reanalysis, in September 2020, and subsequent disclosure, in

Page 328

David A Sanders; February 23, 2026

* DR. DAVID A. SANDERS *

A.   I have expertise in ELISA experiments.

I -- what is -- I -- I think what is important is that I have expertise in the analysis of statistical data, including those from ELISA experiments.

Q.   Okay.  As opposed to running the ELISA experiments yourself?

A.   As a -- I have not -- I have not run as many ELISA experiments as I have run immunoblot blot experiments.

But again, I teach about both of them.

I've taught a generation of students about each one of these techniques.

Q.   Okay.  When was the last time you ran a Western blot?

A.   It -- personally?  It would have been decades.

Q.   In Paragraph 133, you say:

"You've reviewed allegations against Dr. Wang and Cassava made by plaintiffs and by the authors of the

Page 343