# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

      Plaintiffs,

DAVID BREDT and GEOFFREY PITT,

      Intervenor Plaintiffs,

      v.

CASSAVA SCIENCES, INC., REMI
BARBIER, and DR. LINDSAY BURNS,

      Defendants.

Civil Action No. 1 :24-cv-05948-JLR

**AFFIDAVIT OF LAURA A. RODRIGUEZ**

I, Laura A. Rodriguez, being duly sworn, hereby depose and state as follows:

1.     I am an adult and competent to make this affidavit. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2.     In September 2022, I was Cassava Sciences, Inc.'s (Cassava) Director of Clinical Quality Systems. As part of my responsibilities, I conducted vendor qualification and study-related quality audits of vendors and laboratories performing biomarker-related work for Cassava.

3.     Between April and September 2022, I conducted an audit process concerning the laboratory of Hoau-Yan Wang, Ph.D., at the City College of New York ("CCNY"), School of Medicine Department of Molecular, Cellular, and Biomedical Sciences Center for Discovery and Innovation, including a two-day on-site audit conducted on September 21–22, 2022.

1

4.     The September 21–22, 2022 on-site audit included both (i) a vendor qualification assessment and (ii) a study-specific audit related to Cassava's Phase 2b clinical study of simufilam (also referred to as PTI-125).

5.     During the on-site audit on September 21–22, 2022, I requested access to and collection of ELISA source data associated with Cassava's Phase 2b biomarker work performed in Dr. Wang's laboratory.

6.     In response, Dr. Wang provided me with a removable flash drive that he stated he kept locked in his desk. He represented that this flash drive contained raw ELISA data exports associated with Cassava's Phase 2b study.

7.     Dr. Wang explained to me that the raw ELISA data files on the flash drive were generated as Microsoft Excel files exported directly from the plate reader's analysis software immediately after a plate run completed.

8.     Dr. Wang described the following routine workflow to me: he would run an ELISA plate; upon completion of the plate-reader run, the plate-reader software would export the well-level measurement results to an Excel file; Dr. Wang would then begin preparing the next plate; and after completing that preparation, he would save the exported Excel "raw data" file to his flash drive and proceed to run the next plate—repeating that sequence until the full set of plates for a biomarker was complete.

9.     Dr. Wang further explained that he saved these raw exported Excel files to a flash drive because multiple individuals at CCNY used the same plate reader and the computer connected to it, and he did not want the raw export files to be lost, overwritten, or corrupted.

10.    During that audit period, I communicated with Dr. Zhe Pei, who was Dr. Wang's laboratory assistant, including in connection with audit-related topics.

11.    Dr. Pei independently confirmed to me, in substance, what Dr. Wang had told me about the workflow for ELISA plate runs, described above.

12.    Based on my on-site audit observations, my discussions with Dr. Wang and Dr. Pei, and the manner in which the files were maintained and provided to me, it was my understanding that the Excel files stored on Dr. Wang's flash drive were the contemporaneous source exports of ELISA measurement results generated by the plate-reader software at the time the plates were run.

13.    During the September 21–22, 2022 on-site audit, I also requested and obtained the electronic audit trail and run-history records maintained by the Multi-Mode Analysis Software associated with the DTX 880 plate reader used for Cassava's Phase 2b ELISA biomarker testing.

14.    I reviewed the plate-reader audit trail entries and run logs corresponding to the time period in which the Phase 2b ELISA plates were run. Those audit-trail records reflected plate identifiers, measurement timestamps (including Date Measured and Date Evaluated fields), and related run metadata generated by the plate-reader software at the time of each plate read.

15.    I compared the plate identifiers, timestamps, and run metadata reflected in the plate-reader audit trail to the Excel "raw data" files stored on Dr. Wang's flash drive. The metadata contained within the Excel files—including Lot numbers and measurement timestamps—corresponded to the plate-reader audit trail entries for the same plate runs.

16.    Based on my review of the plate-reader audit trail and my comparison of that audit trail to the Excel files collected from Dr. Wang's flash drive, I independently confirmed that the Excel files on the flash drive corresponded to contemporaneous ELISA plate runs and reflected source exports generated by the plate-reader software at or immediately following the time the plates were measured.

17.    I made a copy of the files from Dr. Wang's flash drive during the September 21–22, 2022 on-site audit.

18.    I then preserved the files I copied from Dr. Wang's flash drive within Cassava's controlled systems for purposes of audit documentation and retention. The files were maintained in a manner intended to preserve the files as collected.

19.    These documents were provided to Gibson, Dunn & Crutcher (Gibson), counsel for Cassava's outside legal counsel. My understanding is that Gibson produced the contents of the flash drive to Plaintiffs during discovery in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed on the ___25___ day of February, 2026, in Austin, TX.


By: _____
Laura A. Rodriguez

Signed and sworn before me on __25ᵗʰ__ (date) by Laura A. Rodriguez in Texas.

_____
Signature of Notarial Officer

My Commission Expires:

___7/14/2027___

(Seal)



JAMES NEWSOME
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-14-27
Notary ID # 13445594-4