# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br><br>Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br><br>Defendants. | Case No. 1:24-cv-05948-JLR-OTW |

**EXPERT REPORT OF R. HAL SCOFIELD, MD**

**February 27, 2026**

Confidential; subject to Protective Order

# Table of Contents

I. Qualifications.............................................................................................................1

II. Background and Procedural History .................................................................3

III. Assignment..............................................................................................................4

IV. Summary of opinions ...........................................................................................5

V. Opinions....................................................................................................................6

    V.A. Opinion 1: Dr. Sanders's Analysis in Section III.A of His Report is Predicated on Unreliable "Raw Data" and His Conclusions Are Therefore Fundamentally Flawed ................................................................6

    V.A.1. Relevant Background Regarding ELISA Experimentation ...........6

    V.A.2. Summary of Dr. Sanders's Analysis and Conclusions in Section III.A of his Report ................................................................................7

    V.A.3. The "Raw Date" Contained in Appendix E to Dr. Sanders's Report Does Not Reliably Reflect Original or Contemporaneous ELISA Data ..................................................................................................9

    V.A.4. The Record to Contains Data that was Contemporaneously Exported by Dr. Wang and that Matches the "Presented Data" in Appendix E................................................................................................16

    V.B. Opinion 2: Dr. Sanders's Opinions in Section III.D of His Report Depend on an Unreliable "Naked Eye" Examination of Low-Resolution Published Images ................................................................21

Expert Report of R. Hal Scofield, MD

# l. Qualifications

(1)    I am a clinician-scientist at the University of Oklahoma Health Sciences Center and the Oklahoma Medical Research Foundation, where my research focuses on the immunology, genetics, and clinical expression of autoimmune disease, particularly systemic lupus erythematosus and Sjögren's disease. I have served on the faculty at these institutions since 1991 and have maintained continuous national research funding throughout that period. Over the course of my career, I have authored approximately 350 peer-reviewed articles and book chapters, including highly cited work published in the Proceedings of the National Academy of Sciences, the New England Journal of Medicine, and Arthritis & Rheumatology. My H-index and citation record reflect sustained scholarly impact in immunology and autoimmune disease research.

(2)    A central methodological component of my laboratory's work for more than three decades has been Western blotting. I have used Western blot techniques in many forms since my post-doctoral fellowship beginning in 1988. Personally, I have performed many hundreds, if not thousands, of Western blots, and my laboratory conducts several hundred experiments annually. My experience spans numerous variants of the technique, including differences in gel systems, transfer methods, detection chemistries (including x-ray film and digital systems), stripping and reprobing protocols, loading controls, and image preparation for publication. This long-standing, high-volume practical experience has required troubleshooting a broad range of artifacts and technical variables inherent to Western blotting, including signal-to-noise optimization, gel distortion effects, transfer irregularities, and background artifacts.

(3)    In addition to hands-on laboratory experience, I have contributed to the methodological literature on Western blotting. Along with my colleague Dr. Biji Kurien, I have authored multiple papers describing novel techniques and methodological refinements, as well as a comprehensive review article titled "Protein Blotting: A Review" published in the Journal of Immunological Methods in 2003. These contributions led to our invitation by John Walker, Series Editor of Methods in Molecular Biology (Humana Press), to edit a textbook entitled Western Blotting (Kurien BT, Scofield RH, eds., Humana Press: New York, 2015). This volume includes approximately 45 chapters detailing distinct variants of the technique. Our editorial mandate was to produce rigorously detailed, step-by-step protocols accessible even to investigators without prior experience. This required substantial technical editing and harmonization across chapters authored by numerous subject-matter experts. The textbook has been commercially and academically successful and is widely used as a laboratory reference.

(4)    Through decades of direct experimental application, methodological publication, editorial oversight of a comprehensive technical volume, and ongoing peer review of manuscripts and grant applications involving immunoblotting, I have developed extensive expertise in both the performance and interpretation of Western blot data. This includes familiarity with acceptable image processing practices

Expert Report of R. Hal Scofield, MD

for publication, common artifacts encountered in film and digital detection systems, and standard conventions for blot assembly and presentation in scientific journals.

(5)    In addition to Western blotting, I have extensive experience with enzyme-linked immunosorbent assay (ELISA) techniques. During my post-doctoral research fellowship, I recall that I learned to perform ELISA experiments before electrophoresis and blotting.  My research group and I have used this technique ever since.  This work includes developing ELISA assays in-house to measure antibodies in the sera of patients with autoimmune disease as well as using commercial ELISA assay kits to determine concentration of many constituents of plasma or sera.  Much like Western Blotting, I have personally performed many hundreds of ELISA experiments, perhaps into the thousands.  And, I have supervised thousands of ELISA experiments performed by my research laboratory over the last several decades.  This, of course, involves troubleshooting when procedures fail, organizing data for analyses, and analyzing data. We have published many dozens of papers with ELISA data as part of the results.

(6)    Finally, I am the Research Integrity Officer at the Oklahoma City US Department of Veterans Affairs Medical Center.  In this capacity, I have conducted and participated in research misconduct investigations.

Expert Report of R. Hal Scofield, MD

# II. Background and Procedural History

(7) Below is my understanding of the relevant factual background and procedural history based on materials that I have reviewed.

(8) Dr. Hoau-Yan Wang, Ph.D., has collaborated with Cassava Sciences, Inc. (Cassava) since the early 2000s through research performed at the City University of New York ("CUNY"). His research has focused on receptor signaling mechanisms relevant to Alzheimer's disease, including work describing amyloid-β42 binding to the α7 nicotinic acetylcholine receptor and downstream signaling pathways involving tau phosphorylation.[1]

(9) During that collaboration, Dr. Wang conducted laboratory studies examining the role of filamin A ("FLNA") in receptor signaling and Alzheimer's-related pathology, and performed experiments evaluating compounds later developed as simufilam. Those preclinical studies included immunodetection techniques, including Western blot analyses, to assess protein interactions and signaling effects.[2]

(10) Dr. Wang's laboratory also performed ELISA-based biomarker testing in connection with Cassava's Phase 2 clinical studies, including testing of cerebrospinal fluid biomarkers.[3]

(11) In addition, Dr. Wang conducted research relating to a blood-based diagnostic approach (SavaDx), which involved Western blot analysis of FLNA fragments and subsequent efforts to develop ELISA-based assays, including work addressing antibody variability and assay reproducibility.[4]

(12) I understand that the present case stems from a series of public statements made by Plaintiffs that, among other statements, Cassava's clinical trial data for its investigational Alzheimer's Disease drug simufilam, including the data generated by Dr. Wang described above, was fabricated or manipulated.[5]

(13) I understand that Plaintiffs filed the present action in August 2024 asserting that their statements were true, and therefore that Cassava's defamation lawsuit lacked a factual basis.[6]

---

[1] CASSAVA_000797948 at 7–10

[2] CASSAVA_000797948 at 10–16

[3] CASSAVA_000797948 at 16–20

[4] CASSAVA_000797948 at 23–25

[5] *See* Complaint, Cassava Sciences v. David Bredt, et al., 1:22-cv-9409-GHW (SDNY Nov. 2, 2022)

[6] *See* First Amended Complaint, *Adrian Heilbut, et al. v. Cassava Sciences, et al.*, 1:24-cv-5948-JLR (SDNY Oct. 24, 2024)

Expert Report of R. Hal Scofield, MD

# III. Assignment

(14)    Based upon my experience and expertise in immunology research, and in particular my more than three decades of hands-on experience performing, supervising, publishing, and evaluating Western blot (immunoblot) and ELISA experiments, I have been asked by counsel for Cassava to evaluate the following conclusions set forth in Dr. David A. Sanders's January 20, 2026 Report:

- That "it appears Dr. Wang repeatedly fabricated data from ELISA experiments conducted for Cassava"[7]; and

- That "there are many credible and serious signs of research misconduct in the immunoblot images presented by Cassava and Dr. Wang's research."[8]

---

[7] Sanders Report ¶ 119
[8] Sanders Report ¶ 153

Expert Report of R. Hal Scofield, MD

# IV. Summary of Opinions

(15)  Based upon my experience, and my review of Dr. Sanders's Report and the materials listed in Appendix B for this report, I have reached the following conclusions:

- Dr. Sanders's conclusion that Dr. Wang manipulated ELISA data is not reliable.  It purports to be based on "raw data" files, provided in Appendix E to his report, that suffer from significant issues that undermine the files' reliability, and Dr. Sanders did not establish their reliability.

- Dr. Sanders's opinions regarding Western blot images in publications by Dr. Wang are not reliable. They are based on an unreliable "naked eye" inspection of low-resolution published figures.

Expert Report of R. Hal Scofield, MD

# V. Opinions

## V.A. Opinion 1: Dr. Sanders's Analysis in Section III.A of His Report is Predicated on Unreliable "Raw Data" and His Conclusions Are Therefore Fundamentally Flawed

### V.A.1. Relevant Background Regarding ELISA Experimentation

(16) To evaluate Dr. Sanders's conclusions in Section III.A, it is helpful to understand (i) how ELISA experiments are performed and (ii) how instrument readouts are typically reduced, transformed, and reported in routine laboratory practice.

(17) ELISA (enzyme-linked immunosorbent assay) is a widely used laboratory technique designed to measure the amount (i.e., concentration) of a specific biological molecule—often a protein biomarker—in a biological sample such as blood plasma or cerebrospinal fluid.

(18) The assay is performed on a multi-well plate, typically containing 96 wells arranged in rows and columns. Each well contains either an unknown sample, a control sample, or a standard solution of known concentration. The unknown samples could be a serum from a research subject or experimental animal, but could also be from other sources, such as other bodily fluids, for example, or from cell culture.

(19) During the assay, a series of chemical reactions cause each well to produce a measurable signal. In many ELISA formats, that signal is optical—meaning the well changes color in proportion to the amount of target protein present.

(20) Once the chemical development step is complete, the plate is inserted into a plate reader. The plate reader measures the signal from each well and converts that signal into a numeric value, commonly referred to as an optical density (OD) reading.

(21) At that stage, the instrument has generated what can fairly be called the "raw signal" for each well: a numeric measurement reflecting light absorbance or fluorescence intensity.

(22) Critically, however, those raw signal values are not themselves the final scientific result. They are intermediate measurements that ordinarily must be processed—often through a series of calculations—before they become meaningful reported concentrations (e.g., pg/mL or ng/mL).

(23) To that end, the next step in an ELISA workflow is data reduction and transformation. This typically includes multiple analytic operations, each of which can change the numerical appearance of the values:

Expert Report of R. Hal Scofield, MD

> a. First, background correction or blank subtraction is often performed. Wells containing buffer or blank solution are used to measure background signal, which is subtracted from sample wells. This alters the raw OD/signal values.
>
> b. Second, the assay can include standards—samples with known concentrations of the target protein. The measured signals from these standards are used to fit a mathematical curve (often a four-parameter or five-parameter logistic curve).
>
> c. Third, the signals from unknown samples are interpolated onto that standard curve to determine the concentration of the target analyte in each sample. This interpolation converts signal units into concentration units (e.g., pg/mL or ng/mL).
>
> d. Fourth, samples are frequently run in replicate—commonly in triplicate—to improve reliability. The replicate wells for a given sample are typically averaged to produce a single reported value.
>
> e. Fifth, dilution factors must often be applied. If a sample was diluted before testing, the interpolated concentration must be multiplied by the dilution factor to determine the final concentration in the original specimen.

(24) In modern laboratory practice, these calculations can occur either within the plate reader's analysis software or within an exported Excel spreadsheet using formulas, as Dr. Wang appears to have done in this case.

**V.A.2. Summary of Dr. Sanders's Analysis and Conclusions in Section III.A of his Report**

(25) In Section III.A of his report, Dr. Sanders concludes that "it appears Dr. Wang repeatedly fabricated data from ELISA experiments conducted for Cassava" in connection with Cassava's Phase 2a, Phase 2b, and Phase 2 Open Label clinical studies of simufilam.[9]

(26) Dr. Sanders states that this conclusion is based on a comparison between two categories of electronic files that he asserts should reflect the same underlying ELISA measurements, both of which he includes in Appendix E to his report.

(27) First, Dr. Sanders identifies what he refers to as the "reported" or "presented" data.[10]

---

[9] Sanders Report ¶ 119
[10] Sanders Report ¶ 114

Expert Report of R. Hal Scofield, MD

a. These are Excel workbooks that Dr. Wang generated and provided to Cassava in connection with simufilam-related studies, including Phase 2a, Phase 2b, and open-label work.

b. According to Dr. Sanders's description, these workbooks contain the data in the form Cassava received and used—namely: (i) instrument-exported values; (ii) plate map layouts organizing wells by position; (iii) calculation fields reflecting common ELISA processing steps (such as replicate averaging, curve-based interpolation, dilution adjustments, and related transformations); and (iv) final reported values used by Cassava.

c. Consistent with Dr. Sanders's description, Dr. Wang testified that he exported ELISA results into Excel and then performed necessary calculations in that same file so Cassava would receive usable results in one place.

(28)    Second, Dr. Sanders identifies what he calls the "original" or "raw" data.[11]

a. Dr. Sanders represents that these files were produced by CUNY in response to a subpoena and were extracted from the database folder on the computer attached to the DTX 880 plate reader in Dr. Wang's laboratory.

b. According to Dr. Sanders, the Multimode Analysis Software automatically autosaved original measurement results for each ELISA plate into that database folder at the time of readout.

c. He therefore treats the CUNY-produced database materials as the instrument's contemporaneous and original measurement record—independent of any later Excel processing performed by Dr. Wang.

(29)    Appendix E, as Dr. Sanders presents it, thus contains what he characterizes as two independent records of the same ELISA experiments: (a) the autosaved instrument database materials produced by CUNY (which he treats as the unaltered original measurements); and (b) the Excel workbooks Dr. Wang provided to Cassava (which include Dr. Wang's calculations and report-ready results derived from the instrument export).[12]

---

[11] Sanders Report ¶ 113

[12] Sanders Report ¶ 115

Expert Report of R. Hal Scofield, MD

(30)    In performing his side-by-side comparison, Dr. Sanders reports that he observed numerical discrepancies between these two file sets. He further states that he "cannot think of any legitimate explanation" for those discrepancies.[13]

(31)    From those discrepancies, Dr. Sanders infers that the most plausible explanation is that Dr. Wang manipulated ELISA values in the "presented data" spreadsheets after the plate reader recorded the measurements. Dr. Sanders ultimately characterizes that inferred manipulation as fabrication of ELISA data by Dr. Wang.[14]

(32)    However, because this conclusion depends entirely on the reliability, completeness, pairing, and proper interpretation of the two categories of files Dr. Sanders compares, the evidentiary weight of his opinion rises or falls on whether those files actually are what Dr. Sanders represents they are.

### V.A.3. The "Raw Date" Contained in Appendix E to Dr. Sanders's Report Does Not Reliably Reflect Original or Contemporaneous ELISA Data

(33)    Dr. Sanders's conclusions in Section III.A depend on the premise that the "raw data" files in Appendix E accurately and completely reflect the instrument's contemporaneous ELISA measurements for the plate runs at issue—i.e., the measurements as recorded at the time the experiments were performed.

(34)    If the "raw data" in Appendix E does not reliably reflect contemporaneous plate reads for the same plate runs as the corresponding "presented data," then the existence of differences between those two datasets does not support Dr. Sanders's conclusion that Dr. Wang fabricated the ELISA results.

(35)    Based on my review of the materials in Appendix E, I have identified multiple issues with the source and metadata of the "raw data" files that undermine their reliability as purported contemporaneous reference records for Dr. Sanders's comparison.

(36)    The Multi-Mode Analysis Software User Guide (included in Appendix E) explains that measurement results are stored in the software's database and accessed through the Results Selection List/Result Viewer, and that results "may be exported manually from the Result Viewer or automatically at the end of a protocol run," including in Microsoft Excel format.[15]

---

[13] Sanders Report ¶ 116, 118

[14] Sanders Report ¶ 119

[15] Multi-Mode Analysis Software User Guide at 214–17, 228, 235

Expert Report of R. Hal Scofield, MD

(37)    The User Guide further explains that, when results are exported to Excel, the export includes a "General" worksheet that saves system information and protocol/run parameters associated with the exported results.[16]

(38)    The "General" worksheet therefore serves as the metadata header for an export—typically identifying the plate/run (e.g., PlateName or result identifier), the timestamps identifying when the plate was run (e.g., DateMeasured and DateEvaluated), a timestamp identifying when the data was exported and the software version used to export the data, the plate reader instrument identity, and information related to the labware configuration associated with the measured data.[17]

(39)    Below, I compare the "General" tabs side by side from the Appendix E "presented data" and purported "raw data" corresponding to Dr. Wang's Phase 2b pTau-181 analysis ("Set 3" in Appendix E).

**Set 3 "Presented Data" From Appendix E**

| | A | B |
|---|---|---|
| 1 | Operator | |
| 2 | Header | NewProtocol 1 |
| 3 | Identification | NewProtocol 1 |
| 4 | Date | 6/9/2020 9:44 |
| 5 | Description | |
| 6 | PlateName | 20200609-093252 |
| 7 | DateMeasured | 6/9/2020 9:43 |
| 8 | DateEvaluated | 6/9/2020 9:44 |
| 9 | Valid State | Measured |
| 10 | | |
| 11 | Software | Multimode Analysis Software |
| 12 | Version | 3.4.0.27 |
| 13 | | |
| 14 | Instrument Name | DTX 880 |
| 15 | Serial Number | 1428 |
| 16 | | |
| 17 | Labware | |
| 18 | Name | x_Abs_Greiner 96 VIS clear std |
| 19 | Rows | 8 |
| 20 | Columns | 12 |
| 21 | Protection State | Normal |
| 22 | Well Shape | Round |
| 23 | Bottom Shape | Flat |
| 24 | Created | 2/21/2007 6:50 |
| 25 | DateEdited | 5/13/2007 14:34 |
| 26 | LotNr | Lot 2020-06-09T09:42:23 |
| 27 | Optimized | 6/9/2020 9:34 |
| 28 | Orientation | Landscape |
| 29 | ReadMode | Row |
| 30 | Notes | Crystal-clear, #655 101 |

**Set 3 "Raw Data" From Appendix E**

| | A | B |
|---|---|---|
| 1 | Operator | |
| 2 | Header | NewProtocol 1 |
| 3 | Identification | NewProtocol 1 |
| 4 | Date | 12/21/2025 15:04 |
| 5 | Description | |
| 6 | PlateName | 20200609-093252 |
| 7 | DateMeasured | 6/9/2020 9:43 |
| 8 | DateEvaluated | 6/9/2020 9:44 |
| 9 | Valid State | Measured |
| 10 | | |
| 11 | Software | Multi |
| 12 | Version | 3.4.0.25 |
| 13 | | |
| 14 | Instrument Name | DTX 880 |
| 15 | Serial Number | 1428 |
| 16 | | |
| 17 | Labware | |
| 18 | Name | x_Abs_Greiner 96 VIS clear std |
| 19 | Rows | 8 |
| 20 | Columns | 12 |
| 21 | Protection State | Normal |
| 22 | Well Shape | Round |
| 23 | Bottom Shape | Flat |
| 24 | Created | 2/21/2007 6:50 |
| 25 | DateEdited | 5/13/2007 14:34 |
| 26 | LotNr | Lot 2021-08-05T12:25:01 |
| 27 | Optimized | 8/5/2021 12:22 |
| 28 | Orientation | Landscape |
| 29 | ReadMode | Row |
| 30 | Notes | Crystal-clear, #655 101 |

[16] Multi-Mode Analysis Software User Guide at 228, 236

[17] Multi-Mode Analysis Software User Guide at 235–37

Expert Report of R. Hal Scofield, MD

(40)    The "presented data" metadata in Set 3 is internally consistent and appears to reflect a contemporaneous export at the time of the plate run. The "General" tab identifies:

a. PlateName 20200609-093252 and shows DateMeasured 2020-06-09 09:43:41 and DateEvaluated 2020-06-09 09:44:21, followed seconds later by the export "Date" field of 2020-06-09 09:44:39, exported using Multi-Mode Analysis Software version 3.4.0.27; and

b. The name of the labware associated with the data "x_Abs_Greiner 96 VIS clear std" with a labware lot that was created and optimized before the measurement (e.g., LotNr "Lot 2020-06-09T09:42:23" and Optimized 2020-06-09 09:34:09).

(41)    By contrast, the purported "raw data" export in Set 3 contains metadata that is inconsistent with a contemporaneous 2020 export.

a. Although it references the same 2020 plate identifier (PlateName 20200609-093252, DateMeasured 2020-06-09 09:43:41, DateEvaluated 2020-06-09 09:44:21), its "General" tab shows an export "Date" of 2025-12-21 15:04:00, exported using a different software name and version that the "presented data" ("Multi," version 3.4.0.25); and

b. The labware associated with the "raw data" export also differs from the "presented data" ("std") with a labware lot that was created and optimized in August 2021 (e.g., LotNr "Lot 2021-08-05T12:25:01" and Optimized 2021-08-05 12:22:05)—more than a year after the date the plate was measured in June 2020.

(42)    Similar non-contemporaneous export timestamps and/or configuration information (software label/version and labware-lot metadata) appear not only in "Set 3" pictured above, but also in each of the other data sets provided by Dr. Sanders in Appendix E to his report. And in at least one instance—Set 6—the "raw" and "presented" files do not even identify the same plate.

(43)    These metadata discrepancies are not trivial. They undermine Dr. Sanders's fundamental premise in Section III.A of his report that the data sets in Appendix E contain two reliably paired, independent records of the same contemporaneous plate runs, and that the "raw data" he provides does, in fact, reflect an accurate snapshot of the "original" data measured by Dr. Wang at the time the ELISA experiments were run.

Expert Report of R. Hal Scofield, MD

**V.A.3.a. Issue 1: the "raw data" files in Appendix E were exported in 2025 by one of the Plaintiffs, Dr. Adrian Heilbut, using a different version of the Multi-Mode Analysis Software than Dr. Wang used to run his experiments.**

(44)  I understand that, on February 12, 2026, Cassava's counsel requested additional information from Plaintiffs' counsel concerning how the Appendix E "raw data" spreadsheets were generated. Plaintiffs' counsel responded that, in December 2025, Dr. Adrian Heilbut loaded the CUNY-produced plate-reader database contents (from "CUNY Production Volume 9" produced in October 2025) into Multi-Mode Analysis Software on his own computer and exported the Appendix E "raw data" Excel files from that software.[18]

(45)  This explanation is consistent with the "General" tab metadata in the "raw data" spreadsheets, which reflects December 2025 export timestamps and software/version information that differs from the contemporaneous settings reflected in Dr. Wang's "presented data" exports.

(46)  This export process materially affects the reliability of the Appendix E "raw data" spreadsheets as purported contemporaneous reference records, because the spreadsheets are later-generated exports created years after the underlying plate reads and under different software conditions.

(47)  As the Multi-Mode Analysis Software User Guide explains, the software's database is not merely a passive archive from which "raw" values are pulled unchanged. Instead, measurement results are stored in the Multi-Mode database and accessed through the "Result Viewer," which provides the ability to view saved measurement results and modify those results through data reduction parameters.[19]

(48)  The User Guide further explains that saved measurement results "may be reevaluated using parameters different from those configured in the original protocol." The User Guide describes "what if?" analyses in the Result Viewer—i.e., the ability to edit parameters and apply those to the existing data—and explains that the results may then be saved back to the database, which may overwrite existing results.[20]

(49)  Accordingly, when Excel files are generated by exporting results from a database folder years after an experiment was conducted—such as the exports generated by Dr. Heilbut in December 2025—the exported spreadsheets cannot be assumed to reflect an immutable snapshot of what was originally recorded at the time of the plate read, because results may have been reevaluated using different parameters and then saved (including by overwriting the prior saved results).[21]

---

[18] *See* email thread between counsel entitled "Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) – plaintiffs' expert disclosures."

[19] Multi-Mode Analysis Software User Guide at 214–17

[20] Multi-Mode Analysis Software User Guide at 217, 228–34

[21] Multi-Mode Analysis Software User Guide at 215, 217, 228–34

---

Expert Report of R. Hal Scofield, MD

(50)    In other words, the fact that Dr. Heilbut exported spreadsheets of measurement values from database materials produced by CUNY does not, by itself, establish that those spreadsheets are accurate, complete, and contemporaneous representations of what the instrument recorded at the time Dr. Wang ran the plates—particularly where the database materials were produced and exported in 2025—years (and in some cases over a decade) after the results were initially measured.

**V.A.3.b. Issue 2: the Phase 2 "raw data" files in Appendix E are associated with labware that was optimized in August 2021, *after* the experiments were run, which indicates the original "raw data" files in the analysis software's database were likely overwritten.**

(51)    There is additional metadata in the purported "raw data" files in Appendix E related to simufilam's Phase 2 studies that suggest that they do not, in fact, reflect the original autosaved ELISA results from Dr. Wang's experiments.

(52)    Specifically, the labware lot in the "raw data" was created and optimized *after* the date Dr. Wang performed the relevant analyses. (See, e.g., the comparison of the "General" tabs in "Set 3" in Appendix E, below.)

**Set 3 "Presented Data" From Appendix E**          **Set 3 "Raw Data" From Appendix E**

| 17 | Labware |  | 17 | Labware |  |
|---|---|---|---|---|---|
| 18 | Name | x_Abs_Greiner 96 VIS clear std | 18 | Name | x_Abs_Greiner 96 VIS clear std |
| 19 | Rows | 8 | 19 | Rows | 8 |
| 20 | Columns | 12 | 20 | Columns | 12 |
| 21 | ProtectionState | Normal | 21 | ProtectionState | Normal |
| 22 | WellShape | Round | 22 | WellShape | Round |
| 23 | BottomShape | Flat | 23 | BottomShape | Flat |
| 24 | Created | 2/21/2007 6:50 | 24 | Created | 2/21/2007 6:50 |
| 25 | DateEdited | 5/13/2007 14:34 | 25 | DateEdited | 5/13/2007 14:34 |
| 26 | LotNr | Lot 2020-06-09T09:42:23 | 26 | LotNr | Lot 2021-08-05T12:25:01 |
| 27 | Optimized | 6/9/2020 9:34 | 27 | Optimized | 8/5/2021 12:22 |
| 28 | Orientation | Landscape | 28 | Orientation | Landscape |
| 29 | ReadMode | Row | 29 | ReadMode | Row |
| 30 | Notes | Crystal-clear, #655 101 | 30 | Notes | Crystal-clear, #655 101 |

(53)    To understand why this matters, it is helpful to understand what "labware" means in Multi-Mode Analysis Software and why labware lots carry their own creation and optimization timestamps.

(54)    In Multi-Mode Analysis Software, a "labware" entry is the software's definition of the physical plate being read—i.e., the plate geometry and well locations the instrument uses to measure and report values by well position. The User Guide explains that the software supports "labware optimization" because "microplate dimensions may vary slightly between production lots," potentially affecting measurement accuracy.[22]

---

[22] Multi-Mode Analysis Software User Guide at 129, 130–132, 137

Expert Report of R. Hal Scofield, MD

(55)    In other words, even plates that are nominally the same type can differ slightly from one manufacturing lot to another, and the software accommodates that by allowing the labware definition to be optimized for a particular lot.[23]

(56)    The User Guide states that "each time a labware type is optimized, a new labware lot is created with dimensions specific to that lot." The "LotNr" (or lot identifier) is therefore the saved lot-specific configuration associated with an optimization event.[24]

(57)    The optimization workflow confirms the significance of these timestamps. In the "Verify Well Centers" step, "the offsets, distances, and lot name may be edited," and the user can then "Save" to "save the optimization data and create the new labware lot." The date/time associated with that lot thus reflects when that lot configuration came into existence in the system.[25]

(58)    Thus, the labware lot timestamps allow one to assess whether an exported dataset is associated with a labware lot that existed at the time of the plate read or instead reflects a later configuration.[26]

(59)    In Set 3, the "presented data" export is associated with a labware lot optimized before the plate was measured, and its export timestamp follows the DateMeasured/DateEvaluated timestamps by seconds. That internal timing is consistent with a contemporaneous export at the time of the plate run.

(60)    By contrast, the Set 3 "raw data" export is associated with a different labware lot whose "LotNr" and "Optimized" timestamps occur in August 2021—more than a year after the 2020 DateMeasured of the plate. It is not possible for a dataset to be associated with a labware lot that does not yet exist at the time it is saved. So, at minimum, the "raw data" export in Set 3, and the other "Sets" of data provided in Appendix E, were saved (or re-saved) at some time *after* August 2021. The Appendix E "raw data" files therefore cannot be original contemporaneous exports from the underlying experiments.

(61)    This further undermines the assumption that the "raw data" Dr. Sanders evaluated, exported by Dr. Heilbut in 2025, reflects the contemporaneous "original" instrument measurements at the time the experiments were performed.

**V.A.3.c. Issue 3: The Phase 2 Open Label "raw data" files in Appendix E—"Set 6"—are associated with an entirely different plate than the "presented" data Dr. Sanders compared it to.**

(62)    The "raw data" data provided by Dr. Sanders in "Set 6" in Appendix E—which purportedly corresponds to an analysis performed by Dr. Wang to evaluate the presence of the biomarker TREM2 during the

---

[23] Multi-Mode Analysis Software User Guide at 131, 137

[24] Multi-Mode Analysis Software User Guide at 137, 236

[25] Multi-Mode Analysis Software User Guide at 142, 236

[26] Multi-Mode Analysis Software User Guide at 137, 142, 236

Expert Report of R. Hal Scofield, MD

Phase 2 Open Label study for simufilam—suffers from an additional issue that undermines the reliability of Dr. Sanders's analysis as to that data.

(63)    Specifically, the "presented data" that Dr. Sanders provides in Appendix E was drawn from a different plate than the "raw data" that he says he compared it with to reach his conclusions that the data had been manipulated.

**Set 6 "Raw Data" From Appendix E**

| | A | B |
|---|---|---|
| 1 | Operator | |
| 2 | Header | NewProtocol 1 |
| 3 | Identification | NewProtocol 1 |
| 4 | Date | 12/21/2025 14:02 |
| 5 | Description | |
| 6 | PlateName | 20210505-231722 |
| 7 | DateMeasured | 5/5/2021 23:17 |
| 8 | DateEvaluated | 5/5/2021 23:18 |
| 9 | ValidState | Measured |

**Set 6 "Presented Data" From Appendix E**

| | A | B |
|---|---|---|
| 1 | Operator | |
| 2 | Header | NewProtocol 1 |
| 3 | Identification | NewProtocol 1 |
| 4 | Date | 6/24/2020 23:25 |
| 5 | Description | |
| 6 | PlateName | 20200624-232451 |
| 7 | DateMeasured | 6/24/2020 23:24 |
| 8 | DateEvaluated | 6/24/2020 23:25 |
| 9 | ValidState | Measured |

**V.A.3.d. Issue 4: Dr. Sanders's testimony further undermines the reliability of his methodology and resulting conclusions in Section III.A of his report.**

(64)    Dr. Sanders's deposition testimony confirms that his Section III.A opinions were not the product of a systematic, controlled, or methodologically rigorous forensic analysis of the underlying ELISA database or the provenance of the "raw data" exports on which his comparisons depend. Instead, his analysis rests on a chain of unverified assumptions about what the spreadsheets in Appendix E were and whether they faithfully reflect contemporaneous plate-reader measurements from Dr. Wang's ELISA runs.

(65)    Dr. Sanders acknowledged that he had not personally conducted ELISA experiments in decades. He also confirmed that he has never used the DTX 880 plate reader or Multi-Mode Analysis Software that purportedly generated the database materials in Appendix E, including with respect to his analysis in this matter.[27]

(66)    Dr. Sanders conceded that he never reviewed the actual data in the database folder produced by CUNY—i.e., the repository he understood to contain the plate results—despite treating Dr. Heilbut's exports derived from that repository as "raw data."[28]

(67)    Dr. Sanders further admitted that he does not know when CUNY produced the database folder, does not know when the Excel exports were created, and did not create them himself. He likewise does not

---

[27] Sanders Dep. Tr. Part 2 (Rough) 245:2–25
[28] Sanders Dep. Tr. Part 2 (Rough) 10:9–22

Expert Report of R. Hal Scofield, MD

know who created the exports, that person's qualifications, or that person's experience with ELISA software.[29]

(68)    When asked what steps he took to verify the exports were properly generated and accurate, Dr. Sanders admitted that he "took no steps"—including any examination of the metadata for the exports—explaining that he was "asked to assume" the spreadsheets were an accurate representation of what was exported.[30]

(69)    Dr. Sanders also testified that he does not understand what key metadata fields in the ELISA exports mean—specifically the "lot number" and "optimized/date optimized" fields—and he did not evaluate them in forming his opinions.[31]

(70)    He testified after reviewed these fields during his deposition that the metadata raised questions as to "whether any of these represent the raw data"—referring to the "raw data" files used for his comparison from Appendix E.[32]

(71)    Dr. Sanders also conceded that it is "possible" that the data files he reviewed were changed between the time the experiments were conducted and the time the exports were generated in 2025, and that he had "no outside information" on that point.[33]

(72)    In short, Dr. Sanders's Section III.A narrative treats an unverified, late-generated export as "raw data" without validating (i) the export process, (ii) the identity/competence of the exporter, (iii) the integrity of the underlying database folder, (iv) file-level metadata, or (v) the meaning and significance of the export fields he concedes he did not understand. By his own testimony, his methodology cannot reliably support the conclusions he purports to draw in Section III.A.

### V.A.4. The Record to Contains Data that was Contemporaneously Exported by Dr. Wang and that Matches the "Presented Data" in Appendix E

(73)    Dr. Sanders's Section III.A opinion rests on a central inference: that because the Excel workbooks Dr. Wang provided to Cassava (the "presented data") do not match the "raw data" spreadsheets later exported in 2025 by Dr. Heilbut using the plate-reader database folder produced by CUNY, Dr. Wang must have manipulated or fabricated the "presented data."

---

[29] Sanders Dep. Tr. Part 2 (Rough) 11:13–12:5

[30] Sanders Dep. Tr. Part 2 (Rough) 12:6–14:25

[31] Sanders Dep. Tr. Part 2 (Rough) 26:12–18; 29:20–24

[32] Sanders Dep. Tr. Part 2 (Rough) 52:11–20

[33] Sanders Dep. Tr. Part 2 (Rough) 13:4–11; 14:8–14

Expert Report of R. Hal Scofield, MD

(74)     That inference depends on a critical assumption: that the 2025-exported "raw data" spreadsheets are a reliable "original" baseline for the same plate runs reflected in the "presented data." As discussed above, that premise is doubtful.

(75)     That inference further collapses even further if the record contains a reliable set of contemporaneous "original" data exports where the measured values match the values in the "presented data" Dr. Wang provided to Cassava.

(76)     As it turns out, the record in this case does contain such exports, which I will refer to as the "original data" files.

(77)     Specifically, these Excel worksheets were produced by Cassava as CASSAVA_000897508 (entitled "CSF-2b pT181Tau Group 1 0 vs 28.xlsx") and CASSAVA_000897692 (entitled "Abeta42-CSF-5-101119 – Copy.xlsx"), which correspond to the "presented data" in Sets 3 and 4 in Appendix E of Dr. Sanders's report, respectively.

(78)     The "original data" files: (1) bear all the hallmarks of contemporaneous instrument exports that were missing from the "raw data" in Dr. Sanders's Appendix E, (2) based on their metadata could not have been altered, and (3) when compared to the corresponding Appendix E "presented data," match across the raw data values measured.

(79)     In other words, the record contains what appear to be reliable, contemporaneous exports of "original" data from the plate reader's analysis software that align with the "presented data" that Dr. Sanders accuses Dr. Wang of fabricating.

**V.A.4.a. The "General" tab in the "original data" files contains metadata that is contemporaneous with the measurement of the relevant ELISA plate, and consistent with the metadata in the "presented data" for the experiment.**

(80)     The metadata in the "General" tab in the "original data" file spreadsheets reflect the classic signature of a contemporaneous export from the plate-reader analysis software at or immediately following measurement—rather than a reconstruction years later like the "raw data" in Dr. Sanders's Appendix E.

(81)     Unlike the "raw data" exported by Dr. Hielbut, the metadata above reveals that these "original data" spreadsheets were exported immediately following measurement of the relevant plate and that the associated labware lot was optimized just prior to that measurement.

(82)     This is exactly what one would expect in ordinary laboratory practice: the user optimized the labware for the well plate lot being used for the experiment; the plate reader instrument generates well-level readouts; the analysis software evaluates the plate; and the data are exported following measurement.

Expert Report of R. Hal Scofield, MD

(83)    Finally, for each of the "original data" spreadsheets, the metadata in the General tab aligns exactly with the corresponding Appendix E "presented data" workbook—CASSAVA_000897508 to the Set 3 "presented data" (pictured below) and CASSAVA_000897692 to the Set 4 "presented data."

**CASSAVA 000897508**                    **Set 3 "Presented Data" From Appendix E**

**V.A.4.b. File-level metadata of the "original data" undermines Dr. Sanders' conclusion that the spreadsheets were altered by Dr. Wang following measurement, and supports the contrary conclusion that the data was not altered.**

(84)    The metadata contained in the document properties of the three "original data" spreadsheets further support their authenticity, and suggest the data contained within them was preserved post-measurement.

(85)    Specifically, as pictured below, their metadata reflects that each file was "last modified" within a short window—approximately 11 to 30 minutes—after it was created.

**CASSAVA_000897508**                    **CASSAVA 000897692**

| Related Dates | | Related Dates | |
| --- | --- | --- | --- |
| Last Modified | 6/9/2020 10:16 AM | Last Modified | 10/11/2019 3:03 PM |
| Created | 6/9/2020 9:44 AM | Created | 10/11/2019 2:52 PM |

Expert Report of R. Hal Scofield, MD

(86) That short created-to-modified interval in the metadata is consistent with ordinary post-export handling, especially in experiments where the user is running multiple plates in succession and must begin preparing the next plate immediately following measurement.

(87) Meaningful manipulation of ELISA outputs—particularly manipulation purportedly aimed at changing study conclusions—would require more than 8 to 30 minutes, as one would need significant time for iterative recalculation and consistency checks across replicate structure, curve fitting, and dilution adjustments, i.e. the calculations necessary to convert raw optical density value measurements into usable study data.

(88) Accordingly, these spreadsheets have all the indicia of contemporaneous exports that accurately reflect the instrument's ELISA measurements for the plate runs at issue and at the time the experiments were performed.

### V.A.4.c. Collection and independent corroboration of the "original data" during Cassava's September 2022 audit

(89) Independent of the metadata features discussed above, I have also reviewed direct chain-of-custody evidence establishing that these "original data" spreadsheets were collected from Dr. Wang's laboratory during on-site audit in September 2022. Specifically, Laura A. Rodriguez, Cassava's Senior Director of Clinical Quality Systems at the time, states that she conducted a two-day on-site audit of Dr. Wang's laboratory at CCNY on September 21–22, 2022 and requested access to and collection of ELISA source data associated with the Phase 2b study.[34]

(90) Ms. Rodriguez further attests that Dr. Wang provided her a removable flash drive he kept in his desk, which he represented contained the raw ELISA data exports associated with the Phase 2b study.[35]

(91) Dr. Wang explained that the flash drive contained Excel files exported directly from the plate reader's analysis software immediately after plate runs, and that he saved those exports to the flash drive to prevent loss or corruption because multiple individuals used the same plate-reader computer.[36]

(92) Ms. Rodriguez also states that she obtained and reviewed the plate reader's audit trail and run-history records maintained by the Multi-Mode Analysis Software for the DTX 880 plate reader used for Phase 2b biomarker testing.[37]

(93) She says she compared the plate identifiers, measurement timestamps (including Date Measured and Date Evaluated), and related run metadata in those audit-trail records to the Excel "raw data" files on

---

[34] Rodriguez Aff. ¶¶2–5, 17–18

[35] Rodriguez Aff. ¶6

[36] Rodriguez Aff. ¶¶7–9

[37] Rodriguez Aff. ¶¶13–14

Expert Report of R. Hal Scofield, MD

Dr. Wang's flash drive and found that the Excel files' metadata corresponded to the audit-trail entries for the same plate runs.[38]

(94)    Based on that review, she independently confirmed that the Excel files on the flash drive corresponded to contemporaneous ELISA plate runs and reflected source exports generated by the plate-reader software at or immediately following the time the plates were measured.[39]

(95)    Ms. Rodriguez's affidavit establishes that Cassava collected, preserved, and later produced "original data" exports that were maintained by Dr. Wang contemporaneously for Phase 2b ELISA experiments, and that those exports were independently cross-checked against the plate reader's own audit trail during the 2022 audit.[40]

(96)    The contemporaneous timing signature reflected in the metadata of the "original data" files discussed above is also consistent with Dr. Wang's described routine workflow as he described it to Ms. Rodriguez: run the plate, allow the analysis software to export the well-level results to Excel immediately after completion, begin preparing the next plate, and then save the export to a flash drive prior to measurement of the next plate.[41]

**V.A.4.d. The values in the "original data" spreadsheets match the values in the "presented data spreadsheets."**

(97)    Dr. Sanders explains in his report that, when he compared the "raw data" files and "presented data" files in Appendix E, he noticed discrepancies between the ELISA measurement values that he could not "think of any legitimate explanation" for and ultimately concluded that the discrepancies were a function of data manipulation.

(98)    But the ELISA value data in the "original data" files—CASSAVA_000897508 and CASSAVA_000897692—and the "presented data" in Appendix E do not contain these discrepancies. In fact, they are identical.

(99)    The existence of this verifiable, contemporaneous "original data" provides further reason to doubt the reliability of the "raw data" files Dr. Heilbut exported from the CUNY produced database.

(100)   In sum, Dr. Sanders's conclusion that he "cannot think of any legitimate explanation" for the "discrepancies" he identified in the "raw data" and "presented data" he analyzed, he is evidently failing to consider that the "raw data" he relies upon is unreliable.

---

[38] Rodriguez Aff. ¶¶15–16
[39] Rodriguez Aff. ¶¶12, 16
[40] Rodriguez Aff. ¶¶13–19
[41] Rodriguez Aff. ¶¶7–9, 11–12, 16

Expert Report of R. Hal Scofield, MD

## V.B. Opinion 2: Dr. Sanders's Opinions in Section III.D of His Report Depend on an Unreliable "Naked Eye" Examination of Low-Resolution Published Images

(101)    In Section III.D of his report, Dr. Sanders opines broadly that numerous publications co-authored by Dr. Hoau-Yan Wang contain "problematic immunoblot data" showing "inappropriately repeated images," which he characterizes as "credible and troubling signs of data falsification or fabrication."[42]

(102)    Dr. Sanders states that these conclusions are based on his review of "allegations against Dr. Wang and Cassava made by plaintiffs and by the authors of the Citizen's Petition in 2021," and on his own "naked eye" inspection of Dr. Wang's published immunoblot figures.[43]

(103)    I understand that in 2021, following the allegations in the Citizen Petition and by Plaintiffs, Dr. Wang was issued a Preliminary Inquiry Report by CUNY, and that in December 2021 Dr. Wang issued a response to that Preliminary Inquiry, which addressed those allegations.[44]

(104)    In April 2022, I reviewed the allegations against Dr. Wang. Following that review, I issued a letter to CUNY setting forth my expert opinions concerning the alleged research misconduct issues then under consideration.[45]

(105)    In my letter to CUNY, I opined that the Western blot-related allegations against Dr. Wang that CUNY was considering at that time—including those in the Citizen Petition—largely reflected misunderstandings of routine Western blot methodology and common figure-preparation conventions, rather than reliable indicators of falsification or fabrication. I further opined that, where primary blot images were available for review, those primary materials were consistent with the published figures and did not show improper manipulation or research misconduct.[46] I continue to hold those opinions today.

(106)    In addition to his broad accusations of "credible and troubling signs of data falsification or fabrication," Dr. Sanders identifies a series of purported "duplications" that he contends he can detect by visual comparison of published figure panels.[47]

---

[42] Sanders Report ¶¶ 132, 134

[43] Sanders Report ¶¶ 133, 135

[44] CASSAVA_000696227

[45] CASSAVA_001418716

[46] CASSAVA_001418716

[47] Sanders Report ¶ 135

(107) For instance, Dr. Sanders compares immunoblot panels from a 2005 *Neuroscience* paper ("Neuro 2005") and a 2009 *Journal of Neuroscience* paper ("JNeuro 2009") and then contends that related images "recur" again in a 2010 *Biological Psychiatry* paper ("JBP 2010").[48]

(108) With respect to Neuro 2005 Figure 12A, Dr. Sanders states that two lanes from the "Striatum/Actin" panel (which he labels SA1 and SA2) are "remarkably similar" to two lanes in JNeuro 2009 Figure 3e (which he labels GluR2-1 and GluR2-2).[49]

(109) He further asserts that the JNeuro 2009 lanes appear "horizontally stretched" relative to the Neuro 2005 lanes, and he purports to identify shared "dots," "jutting" features, and other micro-features as the basis for his claimed match.[50]

(110) Dr. Sanders then extends the same mode of comparison to other lanes and panels, ultimately concluding that—"even without access to the original films"—it is "nearly impossible to escape the conclusion" that images were "unacceptably reused multiple times to represent supposedly different experimental data," that it is "not plausible" these duplications occurred through "honest error,"[51] and "there are many credible and serious signs of research misconduct in the immunoblot images presented by Cassava and Dr. Wang's research."[52]

(111) In my opinion, Dr. Sanders's critiques exhibit the same core defects as the 2021-era accusations I evaluated for CUNY: they are driven by pattern-matching on published, processed figure crops—often low-resolution, contrast-adjusted, resized, and reformatted for publication.

(112) As I explained in my 2022 letter to CUNY, reliance on low-resolution, post-publication images (pulled from journal websites) can artificially amplify perceived similarities and unusual features.[53]

(113) Relatedly, apparent similarity in published crops—particularly for housekeeping/loading controls like actin—does not reliably establish "duplication" across papers because Western blots are routinely modified for publication in legitimate ways that can produce misleading visual impressions when images are enlarged or contrast-manipulated after the fact.

(114) As I noted, (i) Western blotting is a semi-quantitative technique with no single standard protocol; (ii) visual artifacts and extraneous marks on films are common; and (iii) accepted manuscript-preparation practices include cropping to show only the band(s) of interest, lane re-ordering to aid interpretation

---

[48] Sanders Report ¶¶ 136-148

[49] Sanders Report ¶ 140

[50] Sanders Report ¶¶ 139, 141

[51] Sanders Report ¶ 142; *see also* Sanders Report ¶¶ 143-51

[52] Sanders Report ¶ 152

[53] CASSAVA_001418716

Expert Report of R. Hal Scofield, MD

(including where experiments were run blinded), and assembling figures from multiple blots run under the same conditions when lane-count limitations require it. Those practices can change lane spacing, lane width, background texture, and band appearance in ways that are entirely benign—yet can look "suspicious" when critics zoom in on compressed publication images and treat cosmetic discontinuities as proof of "copy/paste."[54]

(115)   That is: Dr. Sanders's Section III.D opinions—purportedly reached through "naked eye" inspection of published figure crops—rest on a method that is inherently prone to false positives. Accordingly, Dr. Sanders's asserted "duplications" should be treated as, at most, untested hypotheses—not as competent evidence of falsification, fabrication, or intentional misconduct.

---

[54] CASSAVA_001418716

Expert Report of R. Hal Scofield, MD

_____                _____
R. Hal Scofield, MD                            February 27, 2026
                                               Date

Expert Report of R. Hal Scofield, MD

# Appendix A. Curriculum Vitae of R. Hal Scofield, MD

[C.V. Enclosed]

Expert Report of R. Hal Scofield, MD

# Appendix B. Materials Considered

In addition to the materials listed below, I incorporate by reference all materials cited in this report.

## B.1. Legal

- Complaint, Cassava Sciences, Inc. v. David Bredt, et al. Case no. 1:22-cv-09409-GHW (U.S. District Court, Southern District of New York, November 2, 2022).
- First Amended Complaint, Adrian Heilbut, Jesse Brodkin, and Enea Milioris, v. Cassava Sciences, Inc., Remi Barbier, and Lindsay Burns. Case no. 1:24-cv-05948-JLR-OTW (U.S. District Court, Southern District of New York, October 24, 2024).
- Deposition of Dr. Sanders, February 23, 2026 (Rough Tr.)

## B.2. Expert reports

- Report of Dr. Sanders, December 10, 2025.
- Appendix E to Report of Dr. Sanders.
- Documents from Appendix B to Report of Dr. Sanders cited above.

## B.3. Bates-stamped documents

- CASSAVA_001418716
- CASSAVA_000696227
- CASSAVA_000897508 (entitled "CSF-2b pT181Tau Group 1 0 vs 28.xlsx")
- CASSAVA_000897692 (entitled "Abeta42-CSF-5-101119 – Copy.xlsx")
- CASSAVA_000797948

## B.4. Other

- Affidavit of Laura A. Rodriguez
- Email thread between counsel entitled "Heilbut, et al. v. Cassava, et al, 24-cv-5948 (SDNY) – plaintiffs' expert disclosures."