ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,

               Plaintiffs,

v.

CASSAVA SCIENCES, INC., REMI
BARBIER, and DR. LINDSAY BURNS,

               Defendants.

Civil Action No. 1:24-cv-05948-JLR

## [PROPOSED] ORDER

Upon consideration of Defendant Cassava Sciences, Inc.'s Motion to Exclude the Expert Testimony and Report of David A. Sanders, the accompanying Memorandum of Law and supporting materials, and any opposition and reply, IT IS HEREBY:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Dr. David A. Sanders's January 20, 2026 expert report, all opinions contained in that report, and any testimony based on or associated with those opinions are excluded from use as evidence in this action in their entirety under Federal Rules of Evidence 401, 403, 702, and 703.

**SO ORDERED.**

Dated: _____, 2026
New York, New York

_____
                           **JENNIFER L. ROCHON**
                        United States District Judge