**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>      Plaintiffs,<br><br>  v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>      Defendants. | Case No.: 1:24-cv-05948-JLR-OTW |

**THE INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER**
**IN THE MOTION BY CASSAVA SCIENCES, INC. TO**
**EXCLUDE THE EXPERT TESTIMONY OF DAVID A. SANDERS**

   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL: Please take notice that

Defendants Remi Barbier and Lindsay Burns hereby join in the Motion by Cassava Sciences, Inc.

to Exclude the Expert Testimony of David A. Sanders (ECF 227-230).

Dated: August 3, 2026
   New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Zachary R. Taylor*
   Douglas W. Greene (*pro hac vice*)
   Aric H. Wu
   Zachary R. Taylor

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
dgreene@bakerlaw.com
awu@bakerlaw.com
ztaylor@bakerlaw.com

*Attorneys for Defendants Remi Barbier and Lindsay Burns*