**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>Defendants. | Case No.: 1:24-cv-05948-JLR-OTW<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Individual Defendants' Motion for Summary Judgment, the accompanying Rule 56.1 Statement in Support of Individual Defendants' Motion for Summary Judgment, accompanying Declaration of Zachary R. Taylor, dated August 3, 2026 and all exhibits thereto, all prior proceedings, pleadings, and filings in this Action, and any reply papers filed in further support of this Motion, Defendants Remi Barbier and Lindsay Burns (the "Individual Defendants"), through their counsel, Baker & Hostetler LLP, will respectfully move this Court before the Honorable Jennifer L. Rochon, United States District Court Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Fed. R. Civ. P. 56, granting their Motion for Summary Judgment, entering final judgment in the Individual Defendants' favor on all of Plaintiffs' claims against them, and granting such other relief as the Court may deem just and proper.

1

PLEASE TAKE FURTHER NOTICE that, per the Court's order entered June 22, 2026

(ECF 223), Plaintiffs' opposition papers, if any, are due by September 14, 2026.

Dated: August 3, 2026
      New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By:    */s/ Zachary R. Taylor*
      Zachary R. Taylor
      Douglas W. Greene (*pro hac vice*)
      Aric H. Wu

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
dgreene@bakerlaw.com
awu@bakerlaw.com
ztaylor@bakerlaw.com

*Attorneys for Defendants Remi Barbier and
Lindsay Burns*