**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>     Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>     Defendants. | Civil Action No. 1:24-cv-05948-JLR<br><br><br>**Oral Argument Requested** |

**DEFENDANT CASSAVA SCIENCES, INC.'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Cassava Sciences, Inc's Motion for Summary Judgment; the Joint Statement of Undisputed Facts pursuant to Local Rule 56.1; Defendant Cassava Sciences, Inc.'s Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment; the Declaration of M. Scott Campbell in Support of Defendant Cassava Sciences, Inc.'s Motion for Summary Judgment, and the exhibits attached thereto; the Proposed Order; and all prior pleadings and proceedings herein, Defendant Cassava Sciences Inc., by and through its undersigned counsel, will move this Court, before the Honorable Jennifer L. Rochon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 20B, at a date and time to be determined by this Court, for an order pursuant to Federal Rule of Civil Procedure 56(a) granting summary judgment in favor of Defendant Cassava Sciences, Inc. and against Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris, dismissing with prejudice Plaintiffs' claims for (1) attorney's fees for their claims for

1

compensatory or punitive damages under N.Y. Civil Rights Law section 70-a(1)(b)-(c); (2)

punitive damages under N.Y. Civil Rights Law section 70-a(1)(c); and (3) malicious prosecution,

and granting such other and further relief as the Court deems just and proper.


Dated: August 3, 2026                    Respectfully submitted,

                                         /s/ *Monica K. Loseman*
                                         Monica K. Loseman (NY Bar No. 6100671)
                                         Mylan L. Denerstein (NY Bar No. 2620730)
                                         GIBSON, DUNN & CRUTCHER LLP
                                         200 Park Avenue
                                         New York, NY 10166-0193
                                         Telephone: 212.351.4000
                                         MLoseman@gibsondunn.com
                                         MDenerstein@gibsondunn.com

                                         M. Scott Campbell (admitted *pro hac vice*)
                                         John Turquet Bravard (admitted *pro hac vice*)
                                         GIBSON, DUNN & CRUTCHER LLP
                                         1900 Lawrence Street, Suite 3000
                                         Denver, CO 80202-2211
                                         Telephone: 303.298.5700
                                         SCampbell@gibsondunn.com
                                         JTurquetBravard@gibsondunn.com

                                         *Attorneys for Defendant Cassava Sciences, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on August 3, 2026, a true and correct copy of the

foregoing document was served electronically on counsel through the ECF filing system.


*/s/ Monica K. Loseman*
Monica K. Loseman