**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>        Plaintiffs,<br><br>     v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>        Defendants. | Case No.: 1:24-cv-05948-JLR-OTW |

**DECLARATION OF ZACHARY R. TAYLOR IN SUPPORT OF THE
INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**ZACHARY R. TAYLOR**, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants Remi Barbier and Lindsay Burns ("Individual Defendants"). I submit this declaration in support of the Individual Defendants' Motion for Summary Judgment. I declare that the following statements are true and correct to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an academic article, titled "Interaction between the μ Opioid Receptor and Filamin A Is Involved in Receptor Regulation and Trafficking," by I. Onoprishvili et al., published by Molecular Pharmacology in November 2003.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an academic article, titled "The many faces of filamin: A versatile molecular scaffold for cell motility and signalling," by Y. Feng et al., published by Nature Cell Biology in November 2004.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of a grant application, submitted to the National Institutes of Health ("NIH") by Pain Therapeutics, Inc. on December 5, 2014, Bates-stamped CASSAVA_000535042.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of a grant application, submitted to the NIH by Pain Therapeutics, Inc. on January 5, 2017, Bates-stamped CASSAVA_000096151.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of a Form 8-K and attached press release, filed by Cassava Sciences, Inc. ("Cassava") with the U.S. Securities and Exchange Commission ("SEC") on August 9, 2017.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of a press release, issued by Cassava on October 24, 2017, available at https://www.globenewswire.com/news-release/2017/10/24/1152253/0/en/pain-therapeutics-announces-successful-phase-i-clinical-study-forpti-125.html.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of a clinical trial agreement between the City University of New York ("CUNY") and Cassava Sciences, Inc., executed September 19, 2018, Bates-stamped CASSAVA_000001320.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of Cassava's Form 10-K for the fiscal year ending December 31, 2018, filed with the SEC on March 29, 2019.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of an email from Remi Barbier to members of Cassava's Board of Directors, dated May 24, 2019, Bates-stamped CASSAVA_000004863.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of an email exchange between Lindsay Burns, Jeffrey Cummings, and Antonio Hernandez, dated January 25, 2020, Bates-stamped CASSAVA_001045729.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the professional services agreement between Cassava, Oskar Hansson, and Lund University, dated February 10, 2020, Bates-stamped CASSAVA_000858421.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of an academic article, titled "Filamin A inhibition reduces seizure activity in a mouse model of focal cortical malformations," published by Science Translational Medicine on February 19, 2020, Bates-stamped CASSAVA_000785971.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of Cassava's Proxy Statement for its 2020 Annual Shareholders' Meeting, filed with the SEC on March 26, 2020.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Cassava's Form 8-K and attached press release, filed with the SEC on March 26, 2020.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an email exchange between Lindsay Burns, Oskar Hansson, and Shorena Janelidze, dated April 1, 2020, Bates-stamped CASSAVA_000857083.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of an email exchange between Lindsay Burns and Shorena Janelidze, dated April 16, 2020, Bates-stamped CASSAVA_000856966.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of an email exchange between Lindsay Burns and Shorena Janelidze, dated April 20, 2020, Bates-stamped CASSAVA_000857485.

3

19. Attached hereto as **Exhibit 18** is a true and correct copy of an email exchange between Lindsay Burns, Shorena Janelidze, David Cunha, and others, dated April 23, 2020, Bates-stamped CASSAVA_000391420.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an email exchange between Lindsay Burns, Oskar Hansson, and Shorena Janelidze, dated April 28, 2020, Bates-stamped CASSAVA_000391432.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Cassava's Form 8-K and attached press release, filed with the SEC on May 15, 2020.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an email exchange between Lindsay Burns, Oskar Hansson, Carrie Crowley, and Shorena Janelidze, dated May 18, 2020, Bates-stamped CASSAVA_000415273.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an email exchange between Lindsay Burns and Paul Aisen, dated May 20, 2020, Bates-stamped CASSAVA_000375558.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an email exchange between Lindsay Burns, Oskar Hansson, Carrie Crowley, and Shorena Janelidze, dated May 26, 2020, Bates-stamped CASSAVA_000418979.

25. Attached hereto as **Exhibit 24** is a true and correct copy of Cassava's Form 8-K, filed with the SEC on June 18, 2020.

26. Attached hereto as **Exhibit 25** is a true and correct copy of Cassava's Form 8-K, attached press release, and presentation, filed with the SEC on September 14, 2020.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of an email exchange between Remi Barbier, Paul H. Stephens, Sandy Robertson, and Robert Friedland, dated September 26, 2020, Bates-stamped CASSAVA_000988927.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of an email from Nadav Friedmann to Lynn Webster, dated January 20, 2021, Bates-stamped CASSAVA_000241256.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of Cassava's Form 10-K for the fiscal year ending December 31, 2020, filed with the SEC on March 23, 2021.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of Cassava's Proxy Statement for its 2021 Annual Shareholders' Meeting, filed with the SEC on March 31, 2021.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of a grant application, submitted to the NIH by Cassava on April 2, 2021, Bates-stamped CASSAVA_000086872.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of an email from Patrick Scannon to Remi Barbier, dated June 17, 2021, Bates-stamped CASSAVA_000012770.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of an email exchange between Remi Barbier, Simon Spichak, and Eric Schoen, dated August 6, 2021, Bates-stamped CASSAVA_000009154.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of the Citizen Petition, submitted to the U.S. Food and Drug Administration ("FDA") by Jordan A. Thomas on August 18, 2021, Bates-stamped CASSAVA_000490972.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of an email from Remi Barbier to members of Cassava's Board of Directors, dated August 24, 2021, Bates-stamped CASSAVA_000490971.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of a press release, issued by Cassava on August 25, 2021, titled "Cassava Sciences Responds to Allegations," Bates-stamped CASSAVA_000094847.

37.     Attached hereto as **Exhibit 36** is a true and correct copy of an email from Hoau-Yan Wang to Lindsay Burns, dated August 29, 2021, Bates-stamped CASSAVA_000018236.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of the First Supplement to the Citizen Petition, submitted to the FDA by Jordan A. Thomas on August 30, 2021, Bates-stamped CASSAVA_001442046.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of the minutes of the September 1, 2021 meeting of the *ad hoc* Litigation Monitoring Committee of the Cassava Board of Directors ("Litigation Monitoring Committee"), Bates-stamped CASSAVA_000545144.

40.     Attached hereto as **Exhibit 39** is a true and correct copy of a Citizen Petition, submitted to the FDA by Jordan A. Thomas on September 1, 2021.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of a transcript of a statement made by Remi Barbier and issued by Cassava on September 3, 2021, Bates-stamped CASSAVA_000008476.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of the Second Supplement to the Citizen Petition, submitted to the FDA by Jordan A. Thomas on September 9, 2021, Bates-stamped CASSAVA_000491151.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of minutes of the September 10, 2021 meeting of Cassava's Board of Directors, Bates-stamped CASSAVA_000395785.

44.    Attached hereto as **Exhibit 43** is a true and correct copy of Twitter direct messages sent by Jesse Brodkin, dated October 11, 2021, Bates-stamped PLAINTIFFS0159091.

45.    Attached hereto as **Exhibit 44** is a true and correct copy of messages from a Twitter group chat containing Jesse Brodkin, Enea Milioris, Adrian Heilbut, and others, dated October 17, 2021, Bates-stamped PLAINTIFFS0171136.

46.    Attached hereto as **Exhibit 45** is a true and correct copy of Twitter direct messages between Adrian Heilbut and "QCMFunds", dated October 22, 2021, Bates-stamped PLAINTIFFS0042127.

47.    Attached hereto as **Exhibit 46** is a true and correct copy of an email from Robert Gussin to Remi Barbier, Sandy Robertson, Patrick Scannon, and Richard Barry, dated October 28, 2021, Bates-stamped CASSAVA_000948046.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of an email exchange between Lindsay Burns, Hoau-Yan Wang, and the staff of The Journal of Neuroscience, dated November 1, 2021, Bates-stamped CASSAVA_000015887.

49.    Attached hereto as **Exhibit 48** is a true and correct copy of Tweets posted by Adrian Heilbut, dated November 2, 2021, Bates-stamped CASSAVA_000992410.

50.    Attached hereto as **Exhibit 49** is a true and correct copy of messages from a Twitter group chat containing Jesse Brodkin, Enea Milioris, Adrian Heilbut, and others, dated November 2, 2021, Bates-stamped PLAINTIFFS0170476.

51.    Attached hereto as **Exhibit 50** is a true and correct copy of a presentation authored by Adrian Heilbut, Enea Milioris, Jesse Brodkin, and Patrick Markey, titled "Cassava Sciences: A Shambolic Charade," dated November 3, 2021, Bates-stamped CASSAVA_001441984.

7

52.     Attached hereto as **Exhibit 51** is a true and correct copy of Tweets posted by Jesse Brodkin, dated November 4, 2021, Bates-stamped PLAINTIFFS0056669.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of a press release issued by Cassava on November 4, 2021, Bates-stamped CASSAVA_000015793.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of Tweets posted by Adrian Heilbut, dated November 4, 2021, Bates-stamped PLAINTIFFS0078087.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of messages from a Twitter group chat containing Jesse Brodkin, Adrian Heilbut, Enea Milioris, and others, dated November 12, 2021, Bates-stamped PLAINTIFFS0028478.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of Cassava's Form 10-Q, for the quarter ending September 30, 2021, filed with the SEC on November 15, 2021.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of the minutes of the November 16, 2021 meeting of Cassava's Litigation Monitoring Committee, Bates-stamped CASSAVA_000799544.

58.     Attached hereto as **Exhibit 57** is a true and correct copy of the journal of Lindsay Burns, Bates-stamped BURNS_00000650.

59.     Attached hereto as **Exhibit 58** is a true and correct copy of the Third Supplement to the Citizen Petition, submitted to the FDA by Jordan A. Thomas on November 17, 2021, Bates-stamped CASSAVA_000696037.

60.     Attached hereto as **Exhibit 59** is a true and correct copy of the Fourth Supplement to the Citizen Petition, submitted to the FDA by Jordan A. Thomas on December 8, 2021, Bates-stamped CASSAVA_000714451.

61.    Attached hereto as **Exhibit 60** is a true and correct copy of an email from Richard Barry to Remi Barbier and Richard Eidinger, dated December 20, 2021, Bates-stamped CASSAVA_001307524.

62.    Attached hereto as **Exhibit 61** is a true and correct copy of a press release, issued by Cassava on December 21, 2021, Bates-stamped CASSAVA_000836171.

63.    Attached hereto as **Exhibit 62** is a true and correct copy of the minutes of the December 23, 2021 meeting of Cassava's Litigation Monitoring Committee, Bates-stamped CASSAVA_000395575.

64.    Attached hereto as **Exhibit 63** is a true and correct copy of an email exchange between Lindsay Burns, Valentina Corio, and others, dated December 30, 2021, Bates-stamped CASSAVA_000541050.

65.    Attached hereto as **Exhibit 64** is a true and correct copy of the minutes of the January 21, 2022 meeting of Cassava's Litigation Monitoring Committee, Bates-stamped CASSAVA_001435249.

66.    Attached hereto as **Exhibit 65** is a true and correct copy of the FDA's denial of the Citizen Petitions, dated February 10, 2022, Bates-stamped CASSAVA_000696066.

67.    Attached hereto as **Exhibit 66** is a true and correct copy of tweets by Adrian Heilbut, dated February 10, 2022, Bates-stamped PLAINTIFFS0035073.

68.    Attached hereto as **Exhibit 67** is a true and correct copy of Cassava's Form 10-K for the fiscal year ending December 31, 2021, filed with the SEC on March 1, 2022.

69.    Attached hereto as **Exhibit 68** is a true and correct copy of an email exchange between Remi Barbier, Paige Lacatena, and others, dated March 4, 2022, Bates-stamped CASSAVA_000836090.

70.     Attached hereto as **Exhibit 69** is a true and correct copy of the minutes of the March 14, 2022 meeting of Cassava's Litigation Monitoring Committee, Bates-stamped CASSAVA_001435250.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of a letter from Hoau-Yan Wang to Maria Zalm, dated March 14, 2022, Bates-stamped CASSAVA_000719933.

72.     Attached hereto as **Exhibit 71** is a true and correct copy of an email exchange between Adrian Heilbut and CUNY, dated March 23, 2022, Bates-stamped PLAINTIFFS0067485.

73.     Attached hereto as **Exhibit 72** is a true and correct copy of Cassava's Proxy Statement for its 2022 Annual Shareholders' Meeting, filed with the SEC on March 24, 2022.

74.     Attached hereto as **Exhibit 73** is a true and correct copy of a letter from Dr. R. Hal Scofield to Rosemarie Wesson, Bates-stamped CASSAVA_001418716.

75.     Attached hereto as **Exhibit 74** is a true and correct copy of an email exchange between Lindsay Burns, Jim Kupiec, and Paul Newhouse, dated April 5, 2022, Bates-stamped CASSAVA_000719406.

76.     Attached hereto as **Exhibit 75** is a true and correct copy of an email from Remi Barbier to Apoorva Mandavilli, dated April 11, 2022, Bates-stamped CASSAVA_000899854.

77.     Attached hereto as **Exhibit 76** is a true and correct copy of an academic article, titled "Actin-binding protein filamin-A drives tau aggregation and contributes to progressive supranuclear palsy pathology" by K. Tsujikawa et al., published by Science Advances on May 25, 2022, Bates-stamped CASSAVA_000785987.

78.     Attached hereto as **Exhibit 77** is a true and correct copy of an email from Remi Barbier to J. Erik Connolly and others, dated June 20, 2022, Bates-stamped CASSAVA_001494801.

79.    Attached hereto as **Exhibit 78** is a true and correct copy of a press release, issued by Cassava on August 18, 2022, titled "No Evidence of Data Manipulation in Science Publication on Simufilam," Bates-stamped CASSAVA_000391537.

80.    Attached hereto as **Exhibit 79** is a true and correct copy of a Form FDA-483, dated September 16, 2022, Bates-stamped CASSAVA_000898032.

81.    Attached hereto as **Exhibit 80** is a true and correct copy of the minutes of the October 29, 2022 meeting of Cassava's Litigation Monitoring Committee, Bates-stamped CASSAVA_001434669.

82.    Attached hereto as **Exhibit 81** is a true and correct copy of the minutes of the November 1, 2022 meeting of Cassava's Litigation Monitoring Committee, Bates-stamped CASSAVA_001440099.

83.    Attached hereto as **Exhibit 82** is a true and correct copy of the Original Complaint, filed by Cassava in *Cassava Sciences, Inc. v. Bredt et al.*, No. 1:22-cv-09409 (S.D.N.Y.), on November 2, 2022, ECF No. 1.

84.    Attached hereto as **Exhibit 83** is a true and correct copy of Cassava's Form 8-K and attached press release, filed with the SEC on November 3, 2022.

85.    Attached hereto as **Exhibit 84** is a true and correct copy of the First Amended Complaint filed by Cassava in *Cassava Sciences, Inc. v. Bredt et al.*, No. 1:22-cv-09409 (S.D.N.Y.) on November 4, 2022, ECF No. 30.

86.    Attached hereto as **Exhibit 85** is a true and correct copy of Appendix A to the First Amended Complaint filed by Cassava in *Cassava Sciences, Inc. v. Bredt et al.*, No. 1:22-cv-09409 (S.D.N.Y.) on November 4, 2022, ECF No. 30-2.

87. Attached hereto as **Exhibit 86** is a true and correct copy of an academic article, titled "Direct and Indirect Effects of Filamin A on Tau Pathology in Neuronal Cells," by S. Levert et al., published by Molecular Neurobiology on November 18, 2022, Bates-stamped CASSAVA_000786007.

88. Attached hereto as **Exhibit 87** is a true and correct copy of an email from Lindsay Burns to Remi Barbier and Kate Watson Moss, dated November 22, 2022, Bates-stamped CASSAVA_001303342.

89. Attached hereto as **Exhibit 88** is a true and correct copy of an academic article, titled "Evidence of Filamin A loss of solubility at the prodromal stage of neuropathologically-defined Alzheimer's disease," by E. Aumont et al., published by Frontiers in Aging on November 24, 2022, Bates-stamped CASSAVA_000786027.

90. Attached hereto as **Exhibit 89** is a true and correct copy of a press release issued by Cassava on December 20, 2022, titled "Cassava Sciences Mourns the Death of Board Member and Officer Nadav Friedmann, PhD, MD," Bates-stamped CASSAVA_000945203.

91. Attached hereto as **Exhibit 90** is a true and correct copy of a press release issued by Cassava on January 24, 2023, titled "Cassava Sciences Announces Positive Top-Line Clinical Results in Phase 2 Study Evaluating Simufilam in Alzheimer's Disease," Bates-stamped CASSAVA_000391870.

92. Attached hereto as **Exhibit 91** is a true and correct copy of an email exchange involving Adrian Heilbut, Enea Milioris, Rosemarie Wesson, and others, dated January 27, 2023, Bates-stamped PLAINTIFFS0181301.

93. Attached hereto as **Exhibit 92** is a true and correct copy of an academic article, titled "Filamin A is overexpressed in non-alcoholic steatohepatitis and contributes to the

progression of inflammation and fibrosis," by Y. Lu et al., published by Biochemical and Biophysical Research Communications on February 22, 2023, Bates-stamped CASSAVA_000786054.

94.    Attached hereto as **Exhibit 93** is a true and correct copy of Cassava's Form 10-K for the fiscal year ending December 31, 2022, filed with the SEC on February 28, 2023.

95.    Attached hereto as **Exhibit 94** is a true and correct copy of Cassava's Proxy Statement for its 2023 Annual Shareholders' Meeting, filed with the SEC on March 27, 2023.

96.    Attached hereto as **Exhibit 95** is a true and correct copy of an academic publication, titled "A novel filamin A-binding molecule may significantly enhance SST2 antitumoral actions in GH-secreting PitNET cells," by E. Peverelli et al., published by the European Society of Endocrinology on May 13, 2023, Bates-stamped CASSAVA_000786068.

97.    Attached hereto as **Exhibit 96** is a true and correct copy of an email exchange involving Hoau-Yan Wang, Louise Belmans, Lindsay Burns, and others, dated September 14, 2023, Bates-stamped CASSAVA_001331679.

98.    Attached hereto as **Exhibit 97** is a true and correct copy of a grant application, submitted to the NIH by Cassava on September 15, 2023, Bates-stamped CASSAVA_000535042.

99.    Attached hereto as **Exhibit 98** is a true and correct copy of an email from Charles Piller to Lindsay Burns, dated October 9, 2023, and an attached report, titled "City University of New York Final Investigation Report of Associate Professor Hoau-Yan Wang, Ph.D," Bates-stamped CASSAVA_001332122.

100.    Attached hereto as **Exhibit 99** is a true and correct copy of a report of a Cassava audit of CUNY facilities, dated October 18, 2023, Bates-stamped CASSAVA_000796682.

13

101. Attached hereto as **Exhibit 100** is a true and correct copy of an email from James Kupiec to Chris Foster and others, dated October 29, 2023, Bates-stamped CASSAVA_001031140.

102. Attached hereto as **Exhibit 101** is a true and correct copy of Cassava's Form 10-K for the fiscal year ending December 31, 2023, filed with the SEC on February 28, 2024.

103. Attached hereto as **Exhibit 102** is a true and correct copy of Cassava's Form 8-K and attached press release, filed with the SEC on February 28, 2024.

104. Attached hereto as **Exhibit 103** is a true and correct copy of Cassava's Proxy Statement for its 2024 Annual Shareholders' Meeting, filed with the SEC on March 26, 2024.

105. Attached hereto as **Exhibit 104** is a true and correct copy of the Second Amended Complaint, filed by Cassava in *Cassava Sciences, Inc. v. Bredt et al.*, No. 1:22-cv-09409 (S.D.N.Y.) on April 29, 2024, ECF No. 120.

106. Attached hereto as **Exhibit 105** is a true and correct copy of the Indictment of Hoau-Yan Wang, filed by the U.S. Department of Justice ("DOJ") in *United States v. Hoau-Yan Wang*, No. 8:24-cr-00211 (D. Md.) on June 27, 2024, ECF No. 1.

107. Attached hereto as **Exhibit 106** is a true and correct copy of Cassava's Form 8-K, filed with the SEC on July 1, 2024.

108. Attached hereto as **Exhibit 107** is a true and correct copy of Cassava's Form 8-K, filed with the SEC on July 17, 2024.

109. Attached hereto as **Exhibit 108** is a true and correct copy of the so-ordered stipulation of dismissal filed in *Cassava Sciences, Inc. v. Bredt et al.*, No. 1:22-cv-09409 (S.D.N.Y.) on August 5, 2024, ECF No. 141.

110.    Attached hereto as **Exhibit 109** is a true and correct copy of Cassava's Form 8-K and attached press release, filed with the SEC on September 9, 2024.

111.    Attached hereto as **Exhibit 110** is a true and correct copy of the Complaint filed by the SEC in *Securities & Exchange Commission v. Cassava Sciences, Inc. et al.*, No. 1:24-cv-01150 (W.D. Tex.), on September 26, 2024, ECF No. 1.

112.    Attached hereto as **Exhibit 111** is a true and correct copy of the Consent to Entry of Final Judgment of Cassava, filed by the SEC in *Securities & Exchange Commission v. Cassava Sciences, Inc. et al.*, No. 1:24-cv-01150 (W.D. Tex.), on September 26, 2024, ECF No. 3-1.

113.    Attached hereto as **Exhibit 112** is a true and correct copy of the Consent to Entry of Final Judgment of Remi Barbier, filed by the SEC in *Securities & Exchange Commission v. Cassava Sciences, Inc. et al.*, No. 1:24-cv-01150 (W.D. Tex.), on September 26, 2024, ECF No. 3-3.

114.    Attached hereto as **Exhibit 113** is a true and correct copy of the Consent to Entry of Final Judgment of Lindsay Burns, filed by the SEC in *Securities & Exchange Commission v. Cassava Sciences, Inc. et al.*, No. 1:24-cv-01150 (W.D. Tex.), on September 26, 2024, ECF No. 3-5.

115.    Attached hereto as **Exhibit 114** is a true and correct copy of Cassava's Form 8-K and attached press release, filed with the SEC on September 26, 2024.

116.    Attached hereto as **Exhibit 115** is a true and correct copy of Cassava's Form 10-K for the fiscal year ending December 31, 2024, filed with the SEC on March 3, 2025.

117.    Attached hereto as **Exhibit 116** is a true and correct copy of Cassava's Proxy Statement for its 2025 Annual Shareholders' Meeting, filed with the SEC on April 14, 2025.

118.    Attached hereto as **Exhibit 117** is a true and correct copy of Cassava's Form 8-K, filed with the SEC on April 21, 2025.

119.    Attached hereto as **Exhibit 118** is a true and correct copy of an academic article, titled "Filamin A in focus: unravelling the multifaceted roles of filamin A in neurodevelopment and neurological disorders," by L. Zhang et al., published by Brain in May 2025, available at https://pmc.ncbi.nlm.nih.gov/articles/PMC12493046/pdf/awaf180.pdf.

120.    Attached hereto as **Exhibit 119** is a true and correct copy of the final report on CUNY's investigation into Hoau-Yan Wang, dated May 30, 2025, as publicly filed on the docket of *United States v. Hoau-Yan Wang*, No. 8:24-cr-00211 (D. Md.) by Dr. Hoau-Yan Wang on October 14, 2025, ECF No. 118-2.

121.    Attached hereto as **Exhibit 120** is a true and correct copy of the deposition transcript of Paul Aisen, conducted on June 11, 2025.

122.    Attached hereto as **Exhibit 121** is a true and correct copy of the deposition transcript of Laura Rodriguez, conducted on June 20, 2025.

123.    Attached hereto as **Exhibit 122** is a true and correct copy of the deposition transcript and executed errata sheet of Enea Milioris, conducted on July 29, 2025.

124.    Attached hereto as **Exhibit 123** is a true and correct copy of the deposition transcript of Jesse Brodkin, conducted on August 6, 2025.

125.    Attached hereto as **Exhibit 124** is a true and correct copy of the deposition transcript of Richard Barry, conducted on August 12, 2025.

126.    Attached hereto as **Exhibit 125** is a true and correct copy of the deposition transcript of Cassava Sciences, Inc., as represented by Eric Schoen, conducted on September 30, 2025.

127.    Attached hereto as **Exhibit 126** is a true and correct copy of the deposition transcript of Eric Schoen, conducted on October 1, 2025.

128.    Attached hereto as **Exhibit 127** is a true and correct copy of the Memorandum of Law in Support of Defendant's Motion to Dismiss the Indictment for Prosecutorial Misconduct, filed by Dr. Hoau-Yan Wang in *United States v. Hoau-Yan Wang*, No. 8:24-cr-00211 (D. Md.) on October 14, 2025, ECF No. 118-1.

129.    Attached hereto as **Exhibit 128** is a true and correct copy of the deposition transcript of Adrian Heilbut, conducted on October 15, 2025.

130.    Attached hereto as **Exhibit 129** is a true and correct copy of an Order filed by the court in *United States v. Hoau-Yan Wang*, No. 8:24-cr-00211 (D. Md.) on October 17, 2025, ECF No. 132.

131.    Attached hereto as **Exhibit 130** is a true and correct copy of the Government's Unopposed Motion to Dismiss Indictment with Prejudice, filed by the DOJ in *United States v. Hoau-Yan Wang*, No. 8:24-cr-00211 (D. Md.) on October 22, 2025, ECF No. 139.

132.    Attached hereto as **Exhibit 131** is a true and correct copy of the transcript of the hearing on the Government's Motion to Dismiss the Indictment held in *United States v. Hoau-Yan Wang*, No. 8:24-cr-00211 (D. Md.) on October 23, 2025, ECF No. 145.

133.    Attached hereto as **Exhibit 132** is a true and correct copy of the deposition transcript and executed errata sheet of Remi Barbier, conducted on November 11, 2025.

134.    Attached hereto as **Exhibit 133** is a true and correct copy of the deposition transcript and executed errata sheet of Lindsay Burns, conducted on November 13, 2025.

135.    Attached hereto as **Exhibit 134** is a true and correct copy of the deposition transcript of Hoau-Yan Wang, conducted on November 21, 2025.

136.    Attached hereto as **Exhibit 135** is a true and correct copy of the transcript of the afternoon session of the deposition of David A. Sanders, conducted on February 23, 2026.

137.    Attached hereto as **Exhibit 136** is a true and correct copy of the Expert Report of Dr. Brian E. Harvey, dated February 27, 2026, and appendices thereto.

138.    Attached hereto as **Exhibit 137** is a true and correct copy of the Expert Report of Dr. R. Hal Scofield, dated February 27, 2026, and appendices thereto.

139.    Attached hereto as **Exhibit 138** is a true and correct copy of the deposition transcript of Brian E. Harvey, conducted on March 17, 2026.

140.    Attached hereto as **Exhibit 139** is a true and correct copy of the transcript of the conference held in *Heilbut et al. v. Cassava Sciences, Inc. et al.*, No. 1:24-cv-05948 (S.D.N.Y.) on June 22, 2026.

141.    Attached hereto as **Exhibit 140** is a true and correct copy of guidance, published by the FDA, titled Good Laboratory Practices: Questions and Answers, available at https://www.fda.gov/media/75866/download.

142.    Attached hereto as **Exhibit 141** is a true and correct copy of a grant application, submitted to the NIH by Cassava on June 21, 2020, Bates-stamped CASSAVA_000534712.

143.    Attached hereto as **Exhibit 142** is a true and correct copy of a grant application, submitted to the NIH by Cassava on March 30, 2024, Bates-stamped CASSAVA_001447291.

144.    Attached hereto as **Exhibit 143** is a true and correct copy of an email exchange between Lindsay Burns, Chris Foster, Tracy Owen, and others, dated April 5, 2022, Bates-stamped CASSAVA_001133797.

18

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2026, in New York, New York.

/s/ Zachary R. Taylor
Zachary R. Taylor

19