# Exhibit 46

**From:** Bob and Pat Gussin
**Sent:** Thu, 28 Oct 2021 10:52:56 -04:00
**To:** Remi Barbier
**Cc:** Robertson Sandy; Scannon Pat; Barry Rick
**Subject:** Data challenge-Dr. Wang

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Remi,

I want to comment on the NYU and Dr. Wang controversy.

First of all, NYU is a respected institution and Dr. Wang is a respected scientist with a long career of reputable research.

Having said this, our Simufilam program has moved on. We now have solid clinical evidence that Simufilam has positive activity in Alzheimer's patients. In fact, early results even exceeded our expectations!

So while we address the critics of the NYU work, and whatever their reasons, let's be sure to stay on target with our clinical program. This drug should make a significant positive impact in a disease that is devastating our elder population.

We are doing good work and should not be overly distracted by those with ulterior motives to bolster their own financial opportunities.

I am happy to discuss any aspect of our program.

All the best.

Bob

CASSAVA_000948046