**INDEX OF EXHIBITS TO DEFENDANT CASSAVA SCIENCES, INC.'S
MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1. | Schoen Dep. Tr. excerpts (Oct. 1, 2025) |
| 2. | CASSAVA_000543313 (FDA SPA – REFOCUS-ALZ) |
| 3. | CASSAVA_000543318 (FDA SPA – RETHINK-ALZ) |
| 4. | CASSAVA_000092905 (FDA SPA – REFOCUS-ALZ) |
| 5. | CASSAVA_000379608 (FDA SPA – RETHINK-ALZ) |
| 6. | Harvey Expert Report (Feb. 27, 2026) |
| 7. | CASSAVA_000939067 (board materials, Sept. 2022) |
| 8. | Barry Dep. Tr. excerpts (Aug. 12, 2025) |
| 9. | CASSAVA_001308025 (board materials, June 2024) |
| 10. | Schoen 30(b)(6) Dep. Tr. excerpts (Sept. 30, 2025) |
| 11. | CASSAVA_001440911 (board minutes, Sept. 2022) |
| 12. | CASSAVA_000696066 (FDA petition denial) |
| 13. | SITRICK_01485 (Citizen Petition) |
| 14. | Milioris Dep. Tr. excerpts (July 29, 2025) |
| 15. | Heilbut Dep. Tr. excerpts (Oct. 15, 2025) |
| 16. | Bredt responses to requests for admission (May 27, 2025) |
| 17. | Pitt responses to requests for admission (May 27, 2025) |
| 18. | Brodkin Dep. Tr. excerpts (Aug. 6, 2025) |
| 19. | CASSAVA_001133797 (Lehigh site withdrawal) |
| 20. | Burns Dep. Tr. excerpts (Nov. 13, 2025) |

| Exhibit No. | Description |
|---|---|
| 21. | Cassava interrogatory responses (July 24, 2025) |
| 22. | CASSAVA_000545144 (Litigation Committee minutes, Sept. 2021) |
| 23. | CASSAVA_000799544 (Litigation Committee minutes, Nov. 2021) |
| 24. | CASSAVA_000395575 (Litigation Committee minutes, Dec. 2021) |
| 25. | CASSAVA_001435249 (Litigation Committee minutes, Jan. 2022) |
| 26. | CASSAVA_001435250 (Litigation Committee minutes, Mar. 2022) |
| 27. | CASSAVA_001434669 (Litigation Committee minutes, Oct. 2022) |
| 28. | CASSAVA_001440099 (Litigation Committee minutes, Nov. 2022) |
| 29. | CASSAVA_001435035 (board minutes, Mar. 2022) |
| 30. | Barbier Dep. Tr. excerpts (Nov. 11, 2025) |
| 31. | Bordey Ex. 116 (Yale filamin A study) |
| 32. | Bordey Ex. 117 (supporting materials) |
| 33. | Bordey Dep. Tr. excerpts (Sept. 26, 2025) |
| 34. | CASSAVA_000739110 (Aisen–Burns email, JPAD review) |
| 35. | Aisen Dep. Tr. excerpts (June 11, 2025) |
| 36. | Brodkin verified interrogatory responses (May 12, 2025) |
| 37. | Heilbut verified interrogatory responses (May 12, 2025) |
| 38. | Milioris verified interrogatory responses (May 12, 2025) |
| 39. | Milioris Ex. 1 (Plaintiffs' trading disclosure) |
| 40. | PLAINTIFFS0151099 (Brodkin communication) |
| 41. | PLAINTIFFS0193748 (Milioris communications) |
| 42. | PLAINTIFFS0233202 (Milioris communications) |

| Exhibit No. | Description |
|---|---|
| 43. | Soudry Dep. Tr. excerpts (Mar. 4, 2026) |
| 44. | Soudry Expert Report re Heilbut |
| 45. | Soudry Expert Report re Milioris |
| 46. | Bubna Expert Report |
| 47. | CASSAVA_001023794 (NIH grant budget) |
| 48. | Rule 68 Offer of Judgment to Plaintiffs (May 6, 2025) |
| 49. | *Cassava Scis., Inc. v. Bredt*, 2024 WL 1347362, Ex. A (S.D.N.Y. Mar. 28, 2024) |
| 50. | PLAINTIFFS0207417 (Heilbut and Brodkin communications) |
| 51. | PLAINTIFFS0229623 (Heilbut communications) |
| 52. | Brodkin Ex. 33 (Brodkin tweet, Nov. 3, 2022) |
| 53. | PLAINTIFFS0175058 (Brodkin communications) |
| 54. | PLAINTIFFS0230146 (Brodkin communications) |