# EXHIBIT 27

DocuSign Envelope ID: CD380A90-3517-4BE8-9B9E-9036A0D6440F

CONFIDENTIAL



### MINUTES OF A MEETING OF THE *ad hoc* LITIGATION MONITORING COMMITTEE OF
### THE BOARD OF DIRECTORS OF CASSAVA SCIENCES, INC.
7801 N Capital of Texas Highway, Suite 260, Austin, Texas 78731

October 29, 2022 – 10:30 am Central Time

The following are the minutes of a meeting of the *ad hoc* Litigation Monitoring Committee (the "Committee") of the Board of Directors ("Board") of Cassava Sciences, Inc., a Delaware corporation (the "Corporation"), held at the above time by conference telephone call.

Present at the Committee meeting were members Remi Barbier, Rick Barry, Sanford R. Robertson, and Michael O'Donnell. Also present by invitation of the Committee was Erik Connolly of Benesch Friedlander Coplan & Aronoff LLP, a law firm retained by the Corporation to advise on certain civil matters. All present at the meeting could hear and be heard by one another.

Sanford Robertson called the meeting to order and requested that Mr. O'Donnell act as secretary of the meeting.

Erik Connolly reported on | Redacted - Privileged |

| Redacted - Privileged |

| Redacted - Privileged | Questions were asked and answered and a full discussion ensued. It was the consensus of the Board to proceed as discussed at the meeting.

Committee members agreed to meet and to update each other by telephone from time-to-time as needed with the advice of legal counsel.

There being no further business, upon motion made, this meeting was thereupon duly adjourned.

*Michael O'Donnell*
_____
Michael O'Donnell
Secretary of the Meeting

**Page 1 of 1**

4123-8827-2449.1

CONFIDENTIAL AND COMMERCIALLY SENSITIVE

CASSAVA_001434669