# EXHIBIT 28

DocuSign Envelope ID: 5F370109-6EE2-4033-8B53-E55E3AF401D6

CONFIDENTIAL



**MINUTES OF A MEETING OF THE *ad hoc* LITIGATION MONITORING COMMITTEE OF**
**THE BOARD OF DIRECTORS OF CASSAVA SCIENCES, INC.**
7801 N Capital of Texas Highway, Suite 260, Austin, Texas 78731

November 1, 2022 – 9:30 am Central Time

The following are the minutes of a meeting of the *ad hoc* Litigation Monitoring Committee (the "Committee") of the Board of Directors ("Board") of Cassava Sciences, Inc., a Delaware corporation (the "Corporation"), held at the above time by conference telephone call.

Present at the Committee meeting were members Remi Barbier, Rick Barry, Sanford R. Robertson, and Michael O'Donnell. Also present by invitation of the Committee was Guy Singer of Orrick LLP. All present at the meeting could hear and be heard by one another.

Guy Singer reported on

|  |
| --- |
| Redacted - Privileged |
| Redacted - Privileged |

It was the consensus of the Committee to proceed as discussed at the meeting.

Remi Barbier noted that Chris Cook had joined the Corporation as its new General Counsel and would be joining future Litigation Committee meetings.

Remi Barbier then left the meeting and the Committee met separately without management present. Guy Singer reported that

|  |
| --- |
| Redacted - Privileged |
| Redacted - Privileged |

There being no further business, upon motion made, this meeting was thereupon duly adjourned.

*Michael O'Donnell*
_____
Michael O'Donnell
Secretary of the Meeting

**Page 1 of 1**

4163-4920-2753.4

CONFIDENTIAL AND COMMERCIALLY SENSITIVE

CASSAVA_001440099