# EXHIBIT 33

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 1:24-cv-05948-JLR-OTW
-------------------------------------------x
ADRIAN HEILBUT, JESSE BRODKIN, and ENEA
MILIORIS,

                    Plaintiffs,

              - against -

DAVID BREDT and GEOFFREY PITT,

                    Intervenors-Plaintiffs,

              - against -

CASSAVA SCIENCES, INC., REMI BARBIER, and
LINDSAY BURNS,
                    Defendants.
-------------------------------------------x
                         September 26, 2025
                         9:04 a.m.


        VIDEOTAPED DEPOSITION of DR.
ANGELIQUE BORDEY, held at the offices of
Gibson Dunn & Crutcher LLP, located at 200
Park Avenue, New York, New York 10166,
before Anthony Giarro, a Registered
Professional Reporter, a Certified Realtime
Reporter and a Notary Public of the State
of New York.

Page 185

DR. ANGELIQUE BORDEY

A          We're still working on it in the disease condition.  These experiments are not technically trivial.  So we're still working on it.

Q          In your 2020 paper, there's no mention of experiments or tests to investigate whether simufilam directly binds to IgFLNA24, is there?

A          I don't think so.

Q          And why didn't you include these experiments in the paper that you published?

A          Because this was not the point of the paper.

Q          What was the point of the paper?

A          To show that knocking down Filamin A or using some FLNA decreased seizure activity.

Q          And it wasn't relevant in your view to include experiments that attempted to verify simufilam's purported mechanism of action?

A          We had some mechanism of

Page 186

DR. ANGELIQUE BORDEY

action which explain Filamin level, by restoring network connectivity might decrease seizure activity which was important.  It's already a big paper.  It was not a mechanistic paper.

MR. KUMAGAI:  I'll mark Plaintiffs' Exhibit 116.

(The above-referred-to document was marked as Exhibit 116 for identification, as of this date.)

Q        Dr. Bordey, do you recognize Exhibit 116?

A        Yes.

Q        And what is it?

A        This is our 2020 publication in Science Translational Medicine.

Q        And this is the publication or the paper that we've been referring throughout the course of the day at various points as the 2020 paper; is that fair?

A        That's correct.

MR. KUMAGAI:  I'll mark as Exhibit 117, a document titled

Page 187

DR. ANGELIQUE BORDEY

Supplementary Materials for Filamin A Inhibition Reduces Seizure Activity in a Mouse Model of Focal Cortical Malformations.

(The above-referred-to document was marked as Exhibit 117 for identification, as of this date.)

Q        Dr. Bordey, do you recognize Exhibit 117?

A        Yes.

Q        And what is that?

A        This is the supplemental material for the Science Translational Medicine paper 2020.

Q        So Exhibit 117 is the supplemental materials for Exhibit 116; right?

A        Yes.

Q        Let's just start with the title:  Filamin A Inhibition Reduces Seizure Activity in a Mouse Model of Focal Cortical Malformations.

What does Filamin A inhibition mean?