**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>        Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>        Defendants. | Civil Action No. 1:24-cv-05948-JLR |

**JOINT STATEMENT OF UNDISPUTED FACTS**

Pursuant to Federal Rule of Civil Procedure 56, Local Civil Rule 56.1, and this Court's Individual Rules of Practice in Civil Cases, Defendants Cassava Sciences, Inc. ("Cassava"), Remi Barbier, and Lindsay Burns and Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris submit the following Joint Statement of Undisputed Facts. The prior action captioned *Cassava Sciences, Inc. v. Bredt*, No. 1:22-cv-09409-GHW-OTW (S.D.N.Y.), is referred to as the "Defamation Action."

1. Simufilam was Cassava's investigational drug candidate for the treatment of Alzheimer's disease.

2. Cassava sponsored Phase 3 clinical trials of simufilam.

3. The Phase 3 program included two trials referred to as RETHINK-ALZ and REFOCUS-ALZ.

4. On or about August 18, 2021, Jordan A. Thomas from the law firm Labaton Sucharow LLP submitted a Citizen Petition and accompanying report concerning simufilam to the FDA on behalf of two petitioners.

5. The authors of the Citizen Petition and accompanying report were Dr. David Bredt and Dr. Geoffrey Pitt.

6. Cassava filed the Defamation Action on November 2, 2022.

7. The First Amended Complaint in this action was filed on October 24, 2024.

8. On December 2, 2024, David Bredt and Geoffrey Pitt moved to intervene as plaintiffs; the Court granted their unopposed motion on December 9, 2024; and they filed a Complaint in Intervention on December 12, 2024.

Dated: August 3, 2026

Respectfully submitted,

| | |
|---|---|
| **CLARICK GUERON REISBAUM LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| /s/ *Isaac B. Zaur* | /s/ *Monica K. Loseman* |
| Isaac B. Zaur | Monica K. Loseman |
| David Kumagai | Mylan L. Denerstein |
| Amanda J. Wong | 200 Park Avenue |
| 41 Madison Avenue, 23rd Floor | New York, NY 10166-0193 |
| New York, NY 10010 | Telephone: 212.351.4000 |
| Telephone: 212-633-4310 | MLoseman@gibsondunn.com |
| izaur@cgr-law.com | MDenerstein@gibsondunn.com |
| dkumagai@cgr-law.com | |
| awong@cgr-law.com | M. Scott Campbell (admitted *pro hac vice*) |
| | John Turquet Bravard (admitted *pro hav vice*) |
| *Attorneys for Plaintiffs* | GIBSON, DUNN & CRUTCHER LLP |
| | 1900 Lawrence Street, Suite 3000 |
| | Denver, CO 80202-2211 |
| | Telephone: 303.298.5700 |
| | SCampbell@gibsondunn.com |
| | JTurquetBravard@gibsondunn.com |
| | |
| | *Attorneys for Defendant Cassava Sciences, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 3, 2026, a true and correct copy of the foregoing document was served electronically on counsel through the ECF filing system.


*/s/ Monica K. Loseman*
Monica K. Loseman