**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>       Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and DR. LINDSAY BURNS,<br><br>       Defendants. | Civil Action No. 1:24-cv-05948-JLR |

**[PROPOSED] ORDER**

Upon consideration of Cassava Sciences, Inc.'s Motion for Summary Judgment, the Memorandum in Support and its associated exhibits, and any responses and/or replies submitted in connection therewith, IT IS HEREBY:

**ORDERED** that Cassava Sciences, Inc.'s Motion is **GRANTED**; and it is further

**ORDERED** that the claims of Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris against Cassava Sciences, Inc. for attorney's fees for claims of compensatory or punitive damages under New York Civil Rights Law section 70-a(1)(b)-(c); punitive damages under New York Civil Rights Law section 70-a(1)(c); and malicious prosecution are dismissed with prejudice.

DATED: _____, 2026

_____
United States District Court
Hon. Judge Jennifer L. Rochon