**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS, <br><br>            Plaintiffs, <br><br>    v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS, <br><br>            Defendants. | Case No.: 1:24-cv-05948-JLR-OTW |

**[PROPOSED] ORDER ON THE INDIVIDUAL DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Motion by Defendants Remi Barbier and Lindsay Burns ("Individual Defendants") for Summary Judgment ("Motion"), and their supporting Memorandum of Law, Rule 56.1 Statement, and Declaration of Zachary R. Taylor and associated exhibits, and any responses and/or replies submitted in connection therewith,

**IT IS HEREBY ORDERED** that the Individual Defendants' Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiffs' claims against the Individual Defendants for malicious prosecution and conspiracy (Counts Two and Three of the Amended Complaint), as well as Plaintiffs' demand for a punitive damages award under New York Civil Rights Law section 70-a(1)(c), are dismissed with prejudice.

Dated: _____, 2026

                 _____
                 United States District Court
                 Hon. Jennifer L. Rochon