CLARICK GUERON REISBAUM

Isaac B. Zaur
izaur@cgr-law.com
Direct: 212.633.4314

**VIA ECF**

September 8, 2026

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, New York NY 10007

Re: *Heilbut, et al., v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Rochon,

On August 8, 2026, defendant Cassava Sciences, Inc. and defendants Remi Barbier and Dr. Lindsay Burns filed separate motions for partial summary judgment. (ECF Nos. 232 and 233 respectively). Plaintiffs' responses to those motions are due Monday, September 14. Some of the issues raised in defendants' separate briefs involve overlapping or identical sets of facts, and the individual defendants' brief incorporates by reference certain arguments in Cassava's brief.

For the sake of efficiency, but also mindful of the page limit established by Section 3.C of the Court's Individual Rules, plaintiffs respectfully request permission to respond to the motions by way of a single brief not to exceed 17,500 words. Plaintiffs propose to file separate responses to Defendants' separate statements of undisputed facts pursuant to Local Rule 56.1 and a single consolidated statement of additional disputed facts.

Counsel for defendants do not consent to this request.

As an alternative, if the Court prefers separate briefs, plaintiffs request an expansion of the word-limit for their brief in opposition to Cassava's motion for summary judgment from 8,750 words to 12,750 words. Counsel for defendants do consent to this alternative request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/Isaac B. Zaur*

Isaac B. Zaur

Request for consolidation GRANTED. Plaintiffs may file a consolidated opposition brief (not to exceed 17,500 words), along with a consolidated statement of additional disputed facts. Plaintiff's responses to Defendants' Rule 56.1 statements shall remain separate.

Dated: September 9, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

cc: All parties/counsel of record (via ECF)