CLARICK GUERON REISBAUM

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

**<u>Via ECF</u>**

September 14, 2026

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

Re: *Heilbut, et al. v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW

Dear Judge Rochon:

We write on behalf of Plaintiffs Drs. Adrian Heilbut, Enea Milioris, and Jesse Brodkin to request the provisional sealing of portions of their forthcoming memorandum of law, and of supporting Exhibits 12 and 27, to be submitted in opposition to Defendant Cassava Sciences, Inc.'s motion to exclude the expert testimony of Dr. David A. Sanders (ECF 227), which was joined by defendants Remi Barbier and Lindsay Burns (ECF 231).

Plaintiffs seek provisional sealing solely at the request of Defendants to conform with the Protective Order entered in this action on May 20, 2025 (ECF 124).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/Isaac B. Zaur*

Isaac B. Zaur

cc: All counsel of record (by ECF)