# EXHIBIT 13

Message

**From:** Lindsay Burns [lburns@cassavasciences.com]
**Sent:** 11/14/2020 8:37:11 PM
**To:** Jeffrey Cummings [jcummings@cnsinnovations.com]
**Subject:** Re: Phase 2b manuscript

Thanks. All sounds appropriate, and yes, I am learning!

Best,
Lindsay

---

**From:** Jeffrey Cummings <jcummings@cnsinnovations.com>
**Sent:** Saturday, November 14, 2020 7:34:34 PM
**To:** Lindsay Burns
**Cc:** Jeffrey Cummings
**Subject:** Re: Phase 2b manuscript

Lindsay,
The SAP is not very clear but I would conclude the following:
? If the noncompliers had a post-baseline assessment they should be included in the primary analysis.
? No per protocol population is described so that will be an exploratory analysis but one that is well-justified by the drug level findings.
? As you say no biomarkers are specified. There are no rules I am aware of for this, so I would say be fully transparent and describe all decisions. I would use the biomarkers specified in clinicaltrials.gov adjusted for multiplicity. The others would be presented, unadjusted, with a statement about lack of adjustment.
All these learnings can go into the SAP for the coming trial.
jeff

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Date:** Saturday, November 14, 2020 at 4:03 PM
**To:** Jeffrey Cummings <jcummings@cnsinnovations.com>
**Subject:** Re: Phase 2b manuscript

Thanks Jeff. One thing I've learned is that I am going to watch the SAP like a hawk going forward. I was not so involved in this one, attached. It literally says "biomarkers" and not which ones. I agree using the prespecified ones in clinicaltrials.gov seems most appropriate. But do I also adjust the not specified ones?

I will leave in the 3 noncompliers in the primary analysis then.

Regarding cognitive enhancement versus disease modification -- this is our major topic of discussion at the moment. You may recall that we expect our drug to do both. We expect cognitive enhancement based on improved receptor function (alpha7, NMDAR and insulin receptors) and improved synaptic plasticity (activity-dependent Arc expression). Of course the biomarker improvements along with other preclinical data suggest disease modification, so we then were driven that direction. We need to finalize our briefing package to FDA by Nov 25, and we will be asking about doing one study in disease modification (18 months, MMSE 18-27), and possibly a separate study over 6 or even 9 months to show cognitive enhancement, MMSE 16-26. Or, sizing up and sticking with the same population and doing an interim analysis for cog enhancement within the longer disease modification trial instead of a separate study, which may be worth the hit to power. We imagine we will be told two studies in one or the other, but we will discuss.

In any event I will make these distinctions more clear in the discussion, i.e. that our preclinical data suggest both. This is the reason we looked at cognition in a 1-month study.

Thanks again,
Lindsay

---

**From:** Jeffrey Cummings <jcummings@cnsinnovations.com>
**Sent:** Saturday, November 14, 2020 5:39:16 PM
**To:** Lindsay Burns
**Cc:** Jeffrey Cummings
**Subject:** Re: Phase 2b manuscript

Lindsay,
This sounds better than it comes across in the manuscript. The best thing might be to send me the SAP as the reviewers will hold you to the SAP and what is on clinicaltrials.gov so I can give you a sense what they will say.
? If you did not pre-specify exclusion of noncompliers then you won't be able to exclude them from the primary outcome regardless of how you described the FAS. You can do a per protocol analysis if you described it; if not, then this is an unprespecified secondary analysis.
? Adjustment for multiplicity is important and it helps you a lot because although you have to give up the "11" you have much more credible outcomes that stand up to robust adjustment and include representatives of ATN.
? I will have to understand what you mean when you say that you did not specify biomarkers in the SAP; the clinicaltrials.gov might be a good reference if there are no specifics in the SAP; otherwise you would need to divide by 11 so p = 0.004 (which would still leave you with significance).
? Two other issues that probably need to be addressed:
o How do we reconcile cognitive improvement with disease modification (one expects slowing not necessarily improvement)
o Need to acknowledge that it is not known how much lowering of neurodgen measures might predict cognitive slowing.
Send along the SAP and I will see what I have time for.
jeff

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Date:** Saturday, November 14, 2020 at 2:43 PM
**To:** Jeffrey Cummings <jcummings@cnsinnovations.com>
**Subject:** Re: Phase 2b manuscript

Hi Jeff,

Thanks so much for your review and feedback. The primary analyses (i.e. absolute change from baseline in the FAS population, including the 3 who evidently did not take the drug) was still significant across all biomarkers, with one dose just off significance on one biomarker if I remember correctly.

I have two issues here: the fact that we have 3 non-compliers and the presentation of percent change (instead of absolute change) from baseline that was not the specified analysis. It seemed both more appropriate and easier to depict in a single figure percent change from baseline. So should I first show the results of the absolute change with the ITT, perhaps as a table with mean changes in pg/mL by group and p values, and then follow with the figure of percent changes and non-compliers removed -- with appropriate p value adjustments for multiplicity?

We did not pre-specify that we would remove non-compliers, although we collected plasma at each visit (Day 7, 14 and 28) specifically for that reason. In the SAP, our Full Analysis Set population was defined as "all subjects who received at least one dose of study treatment and who have evaluable efficacy records at baseline and post-baseline visits." Since we cannot confirm even one dose for the 3 non-compliers by plasma, should we still keep them in? Whether they are in or out of the FAS population, would the percent change analysis be called a secondary analysis (we did not say we would do this) or descriptive statistics? The specified secondary analysis was each group analyzed alone by paired t test of baseline vs. Day 28. These data were fine too -- treatment groups significant and placebo not.

Our SAP actually did not specify any biomarkers, though we listed the most important 6 on clinicaltrials.gov. HMGB1 was truly the only one added as an afterthought. Do we go by what we called out in the registration?

I am struck by the requirements for multiplicity. All these biomarkers are measuring different things (except perhaps YKL40, IL-6 and sTREM2). Do we divide by 6 instead of 11 because we listed 6 and not all 11 in the registration? And wouldn't we be required to do the same for multiple cognitive/behavioral assessments eventually? None here of course are significant; the best was p=0.16. And if we need to divide by 6 for those called out on clinicaltrials.gov, do we not divide p values of the ones not mentioned (IL-6, sTREM2, HMGB1, albumin and IgG)? I am happy to follow the requirement -- just need to understand.

I will address all of your other comments in a revision -- happy to send back if you'd like. The PAL cutoffs were to remove ceiling effects of the least impaired as well as those who were just not performing or understanding at all. For some reason this was not an issue with the spatial working memory test. I am overall less enthusiastic about PAL; despite them calling it primary, it has issues.

Thanks again,
Lindsay

---

**From:** Jeffrey Cummings <jcummings@cnsinnovations.com>
**Sent:** Saturday, November 14, 2020 2:20:18 PM
**To:** Lindsay Burns
**Cc:** Jeffrey Cummings
**Subject:** Re: Phase 2b manuscript

Hi Lindsay,
I have reviewed the paper. Unfortunately it comes off as heavily manipulated to show positive results. I suspect the primary analysis was negative and only the per protocol analysis is presented. Unless this was presented as the primary analysis in the FDA-approved SAP, this won't be accepted by reviewers. Likewise, a correction for multiplicity will be expected. I have made suggestions for how this might be approached. I am afraid I could not put my name on this without marked revisions. Nevertheless, I hope the suggestions prove valuable as you consider how to proceed.
jeff

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Date:** Monday, November 9, 2020 at 10:25 AM
**To:** Jeffrey Cummings <jcummings@cnsinnovations.com>
**Subject:** Phase 2b manuscript

Dear Jeff,

I hope you are recuperating from CTAD and rest of last week's tensions. I'm emailing to ask if you might consider reviewing the attached manuscript that I'd like to send to JAMA Neurology (or JAMA itself), and if you feel it appropriate to add yourself as an author for this review and your continued guidance of the program. We'd be grateful, but I know your time is always over-stretched. As always, any advice is appreciated.

In other updates, we are waiting on the second half of plasma samples to be run at Quanterix on p-tau181. The first half (n=10) showed a difference of p=0.09 vs. placebo for both doses. Not sure if that will hit once we add the other half. On our open-label 1-year study, we have 51 patients who have completed Month 3. These show an average -3.0 improvement from baseline at Month 3 on ADAS-Cog11 and an average -2.1 improvement from baseline on NPI10. Month 1 means were intermediate. Only 19 patients have hit Month 6, but they show an average -2.0 improvement from baseline on ADAS-Cog and -0.95 on NPI. We'll see how the rest of the data come in. These are MMSE 16-26.

Best,
Lindsay

**Lindsay H. Burns, PhD**
SVP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238
www.cassavasciences.com