# EXHIBIT 15

Below please find Cassava Sciences' response to an Information Request received from E. Andrew Papanastasiou, MS, PharmD, FDA Senior Regulatory Health Project Manager, in an email dated November 22, 2021.

**FDA Request**

*"Please submit the raw CSF data generated by Quanterix as specified above. Please also provide the following information:*

*a. Any available method validation and analytical reports that were generated for the Quanterix data*

*b. Study name/title or other relevant identifiers (e.g., protocol or report numbers) for the clinical trials from which the CSF subject samples were collected."*

**Cassava Sciences' Response**

**a. As specified in Cassava Sciences' response to an FDA Information Request dated November 8, 2021, CSF data for the Phase 2b study (PTI-125-02) was generated by two academic laboratories (i.e., CUNY and Lund University, Sweden). We understand FDA's question to mean "*please submit the raw plasma [not CSF] data generated by Quanterix.*" For clarity, Quanterix did not analyze any CSF samples for Cassava Sciences.**

**Please see Appendix A for three spreadsheets of raw plasma data generated by Quanterix Corporation (900 Middlesex Turnpike, Billerica, MA 01821) from subject samples from Cassava Sciences' Phase 2b study (PTI-125-02). Also included is a fourth spreadsheet, assembled by Cassava Sciences, that arranges the raw data into placebo, 50 mg and 100 mg groups. Also included is evidence of invoice and payment to Quanterix by Cassava Sciences for this analysis.**

**b. Plasma samples were collected from study participants in Cassava Sciences' Phase 2b study (PTI-125-02) of simufilam in patients with mild-to-moderate Alzheimer's disease.**

**Narrative**

**Initially, Cassava Sciences sent plasma samples from approximately half of the study subjects in its Phase 2b study (PTI-125-02) to Quanterix. Quanterix conducted the analysis using their plasma P-tau181 Simoa® assay. This proprietary assay is described on Quanterix' web site (https://www.quanterix.com/simoa-assay-kits/p-tau181-v2-new/).**

**Clinical samples were sent to Quanterix blind to treatment group. Samples that returned a "fatal error" or high coefficient of variation (CV) (>20%, as is their standard cutoff for diagnosis purposes) were re-run by Quanterix in the next plate. Throughout testing and repeating, each patient's Day 0 and Day 28 samples were run together in the same plate, i.e., if one of these two samples needed to be repeated, both were repeated together.**



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

Data received from Quanterix for the first half of samples were encouraging enough that Cassava Sciences sent Quanterix the second half of the samples for this plasma p-tau181 analysis. Quanterix's Simoa assay includes a standard step to dilute subject samples 4-fold. For the second half of samples, Quanterix diluted many subject samples 8-fold instead of the standard 4-fold without informing Cassava Sciences. (8x dilution increased the likelihood of high CVs and outlier results). As a result, Quanterix agreed to run (at no extra charge) one extra plate of subject samples with high CVs (anything >11%), 8x dilutions, and a few anomalous results that needed to be repeated. Additional plasma samples were sent for this purpose.

The final dataset includes all data points with the repeats swapped for the earlier high CV or 8x dilution results. Four subjects' data with Day 0 or Day 28 samples with CVs >15% (i.e., one in placebo, two in 50 mg and one in 100 mg) were excluded from the final data set, as were two outliers. The rule for removing outliers that was applied was >150% change and > 2.5 pg/ml. This rule allowed removal of one in placebo and one in 100 mg (both large increases).

<u>Method Validation</u>

According to the Quanterix website, its Simoa laboratory is a CLIA-Licensed resource and Quanterix follows applicable GLP/CLIA/ISO 15189 best practices and *"has completed more than 1,200 Simoa projects and well over 235,000 samples run to date."*[1]

Cassava Sciences did not request and did not receive from Quanterix analytical method validation regarding plasma samples from Cassava Sciences' Phase 2b study (PTI-125-02).

Please see Appendix A, Quanterix Data Sheets, for evidence of assay validation, also available online: https://www.quanterix.com/simoa-assay-kits/p-tau181-v2-new/

Certificates of Analysis for Quanterix pTau-181 Simoa kit are available on-line at: https://www.quanterix.com/simoa-assay-kits/p-tau181-v2-new/.

APPENDIX A

[1] https://www.quanterix.com/products-and-services/pharma-services/



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

a) **Three Excel spreadsheets of raw plasma data generated by Quanterix:**
   i. Quanterix Plasma_pTau-181 first half
   ii. Quanterix Plasma pTau-181 second half
   iii. Quanterix Plasma pTau-181 V2 Retests

b) **One Excel spreadsheet of the raw plasma data organized by treatment group:**
   i. PTI-125-02_plasma_P-tau181_highCVs out

c) **Evidence of Payment to Quanterix**

d) **Quanterix Application Note and Data Sheet regarding its p-tau assay (also available on-line: https://www.quanterix.com/simoa-assay-kits/p-tau181-v2-new/):**
   i. Ultrasensitive_Tau_Assay_Enables_Quantification_of_Neuronal_Biomarker_in_Blood
   ii. Tau-Data-Sheet-HD-1/HD-X

**END of REPORT**