# EXHIBIT 16

Message

**From:** Lindsay Burns [lburns@cassavasciences.com]
**Sent:** 12/14/2020 2:28:31 PM
**To:** Laurie Ryan (ryanl@mail.nih.gov) [ryanl@mail.nih.gov]
**Subject:** update

Hi Laurie,

I hope you are well. I wanted to give you a quick confidential update; feel free to share within NIA. We now have 26 patients who have completed Month 6 in our open-label study, and we have been following ADAS-Cog11 and NPI in change from baseline. It also appears that the milder patients are doing better at Month 6, even though this timeframe would still be symptomatic improvement detection versus any slowed decline and dogma is that the more impaired patients have more room for symptom improvement (always made me uncomfortable). Clearly this shows us we should not leave out the mild patients, but I'm not ready to move the lower MMSE cutoff up yet. More data will be helpful. Of course the caveat here is that it is open-label, but we are highly encouraged by what we are seeing (negative change means improvement on all these scales, and NPI CGD is the caregiver distress part of the NPI):

| MONTH-6 VISIT | | NPI 10 Δ | NPI 10 CGD Δ | ADAS-Cog 11Δ |
|---|---|---|---|---|
| All Pts | N=26 | -0.7 | -0.5 | -1.2 |
| Mild Pts (MMSE =>25) | N=9 | -2.3 | -1.2 | -2.9 |
| Mod Pts (MMSE =<24) | N=15 | 0.5 | 0.1 | 0.2 |

| MONTH-3 VISIT | | NPI 10 Δ | NPI 10 CGD Δ | ADAS-Cog 11Δ |
|---|---|---|---|---|
| All Pts | N=55 | -1.8 | -1.2 | -3.0 |
| Mild Pts (MMSE =>25) | N=26 | -1.6 | -0.2 | -3.7 |
| Mod Pts (MMSE =<24) | N=29 | -1.9 | -1.5 | -2.7 |

Second, I had Quanterix analyze some plasma. I first sent HALF the samples to test in a triplex assay of Abeta42 and 40 and total tau. The means look great, but the best p value vs. placebo (n=10) was 0.23. Not close enough to justify sending the other half. After waiting ages for the p-tau181 plates, they first tested half the samples, which came back as p=0.09 for each dose group vs. placebo. I sent the second half of samples, and although we sent exactly the amount they asked for, somehow the lab decided that 40% of the samples were low volume and they diluted these 8x, with the others 4x. Not surprisingly, there were more high CVs in the 8x dilution. Having retrieved our plasma from Sweden, I was able to send them more to repeat those with high CVs (just sent). Meanwhile, if I remove all data that had >11% CVs as well as one outlier in the placebo group, I do have p=0.03 for the 50 mg vs. placebo, but not significant for the 100 mg. We'll see if the repeat run cleans things up a bit, but plasma is more variable than CSF. We are also testing out a loaner of the automated ELISA machine of ProteinSimple on NfL. The first run did not look great and I am worried that the NfL protein might not be stable enough to survive 24-48 h at 4 degrees in whole blood, which was our procedure for collecting lymphocytes as well.







Big news is that we raised money, which should help us with a large Phase 3 study or allow us to do a smaller/shorter study ourselves. We are hiring someone who can lead the clinical program, who has AD clinical development expertise so that is also exciting.

Let me know if you have any thoughts or suggestions. Happy we have avoided a December shut down!

Lindsay

**Lindsay H. Burns, PhD**
SVP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238
www.cassavasciences.com

CASSAVA sciences