# EXHIBIT 18

**From:** Christopher Coulston
**To:** Dave Kumagai; Sheena Cuffy
**Cc:** Isaac Zaur; Amanda Wong
**Subject:** [EXTERNAL] RE: Heilbut v. Cassava -- CUNY subpoena
**Date:** Thursday, October 9, 2025 10:44:46 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png

---

Thanks – I loaded the file. These files are not bates stamped but they should be treated as confidential.

Best –
Chris

---

**From:** Dave Kumagai <dkumagai@cgr-law.com>
**Sent:** Thursday, October 9, 2025 10:06 AM
**To:** Christopher Coulston <Christopher.Coulston@cuny.edu>; Sheena Cuffy <Sheena.David@cuny.edu>
**Cc:** Isaac Zaur <izaur@cgr-law.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** RE: Heilbut v. Cassava -- CUNY subpoena

Thanks, Chris. Link below.

https://cgr-law.sharefile.com/r-rc0314abde13f4a868cd435e4499dc3bb

David Kumagai
Clarick Gueron Reisbaum LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010
646-453-4026

dkumagai@cgr-law.com
www.cgr-law.com

---

**From:** Christopher Coulston <Christopher.Coulston@cuny.edu>
**Sent:** Thursday, October 9, 2025 9:09 AM
**To:** Dave Kumagai <dkumagai@cgr-law.com>; Sheena Cuffy <Sheena.David@cuny.edu>
**Cc:** Isaac Zaur <izaur@cgr-law.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** [EXTERNAL] RE: Heilbut v. Cassava -- CUNY subpoena

Dave –

I think we have located this file. Can you setup a cloud site? It is too big to email.

Best –
Chris

---

**From:** Dave Kumagai <dkumagai@cgr-law.com>
**Sent:** Monday, October 6, 2025 10:01 AM
**To:** Christopher Coulston <Christopher.Coulston@cuny.edu>; Sheena Cuffy <Sheena.David@cuny.edu>
**Cc:** Isaac Zaur <izaur@cgr-law.com>; Amanda Wong <awong@cgr-law.com>
**Subject:** RE: Heilbut v. Cassava -- CUNY subpoena

Chris: We also wanted to check on item 6 from our prior list of requests, copied again below, which may have slipped through the cracks. Please let us know.

6. *The contents of the database folder on Dr. Wang's plate-reader computer, which we understand was collected and imaged by CUNY.*

Thanks,
Dave

David Kumagai
Clarick Gueron Reisbaum LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010
646-453-4026

dkumagai@cgr-law.com
www.cgr-law.com

---