# EXHIBIT 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ADRIAN HEILBUT, JESSE BRODKIN, and
ENEA MILIORIS,
Plaintiffs,
DAVID BREDT and GEOFFREY PITT,
Intervenor Plaintiffs,
-against- Case No.:
1:24-cv-05948-JLR-OTW

CASSAVA SCIENCES, INC., REMI BARBIER, and
LINDSAY BURNS,
Defendants.
---------------------------------------X

DATE: November 21, 2025
TIME: 9:04 a.m.

VIDEOTAPED DEPOSITION of HOAU-YAN WANG, taken by the respective parties, held via Zoom, before Nicole Veltri, RPR, CRR, a Notary Public of the State of New York.

A P P E A R A N C E S:

CLARICK GUERON RESIBAUM LLP
Attorneys for the Plaintiffs
41 Madison Avenue, 23rd Floor
New York, New York 10010
BY: DAVE KUMAGAI, ESQ.
ISAAC ZAUR, ESQ.

GIBSON DUNN & CRUTCHER, LLP
Attorneys for the Defendant
CASSAVA SCIENCES, INC.
1900 Lawrence Street, Suite 3000
Denver, Colorado 80202
BY: SCOTT CAMPBELL, ESQ.
JOHN TURQUET-BRAVARD, ESQ.

BAKER HOSTETLER LLP
Attorneys for the Defendants
REMI BARBIER, and LINDSAY BURNS
45 Rockefeller Plaza
New York, New York 10111
BY: ZACHARY TAYLOR, ESQ.
GENEVIEVE YORK-ERWIN, ESQ.

DYKEMA
Attorneys for the witness
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
BY: JENNIFER BEIDEL, ESQ.

ALSO PRESENT:
HOWARD BROSKY, Videographer
ADRIAN HEILBUT
JESSE BRODKIN

* * *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*   *   *   *

DR. H. YAN

VIDEOGRAPHER: Good morning. Here begins the video-recorded virtual remote deposition of Dr. Hoau-Yan Wang, Ph.D., appearing from his location in Philadelphia, Pennsylvania.

This deposition is taken by the Plaintiffs in the matter of Adrian Heilbut, et al., Plaintiffs, versus Cassava Sciences, Inc., et al., Defendants, Civil Action No. 1:24-CV-05949(JLR)(OTW), in the United States District Court, Southern District of New York.

Today is Friday, November 21, 2025. The time is approximately 9:05 a.m. Eastern Standard Time.

My name is Howard Brodsky. I am the legal videographer in association with Veritext Legal Solutions with offices located in New York, New York. The court reporter is Nicole Veltri in association with Veritext.

DR. H. YAN

Counsel stipulated that the court reporter still enter all appearances into this proceeding into the stenographic court record and further stipulate that the court reporter may take the deponent's oath remotely.

Will the court reporter please swear in the witness.

HOAU-YAN WANG, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. KUMAGAI:

Q. Okay, Dr. Wang, good morning.
A. Good morning.
Q. I introduced myself before but just to put it on the record, my name is David Kumagai, from the law firm Clarick Gueron Reisbaum, on behalf of the Plaintiffs in this case, Dr. Adrian Heilbut, Dr. Jesse Brodkin and Dr. Enea Milioris.

Do you understand that?

A. Yes.

Q. Okay. Dr. Wang, when did you begin collaborating with Cassava Sciences?

A. I began collaborating with Cassava Science and then previously, the Cassava Sciences Pain Therapeutics, and I come to known them since, what are we at, 2005, 2006, I don't remember exact date, but around that time, and we have been collaborating on and off in different subjects, topics.

Q. And is it okay for purposes of today when I say "Cassava," I am also referring to the company when it was known as Pain Therapeutics before it changed its name to Cassava?

A. Yes.

Q. So just for purposes of simplicity, is it okay if we both refer to that company as "Cassava"?

A. Yes.

Q. Okay. And so how did you come to know Cassava? How were you introduced

DR. H. YAN

around 2005 or 2006?
A. Well, I'm -- if I recall correctly, I was going to a meeting, another meeting, the first time Dr. Burns, Dr. Lindsay Burns, came to the, visit my chair at the -- of the department asking for some help of interpreting the -- some opiate drugs. So that's the first time I met Dr. Burns.
Q. And that was your first introduction to anyone at Cassava; is that right?
A. Yes. Yes.
Q. Okay. And at that point in time, Dr. Burns was coming to you in regard to work on opiate drugs?
A. Yes.
Q. So during your time collaborating with Cassava, who was your primary point of contact?
A. Dr. Burns.
Q. And how often did you communicate with Dr. Burns?
A. Not -- not very often.

DR. H. YAN

Whenever they call or email me and we talk. That's -- whenever they ask. I don't normally call them or --

Q. Do you know Remi Barbier?

A. I know Remi Barbier, but I don't communicate with him so much. I -- probably I listen to him for a time.

Q. And do you recall ever meeting Mr. Barbier in person?

A. Maybe once, in a meeting briefly drop by and he was talking to someone else and he introduce himself.

Q. Approximately when was that?

A. Maybe around 2011, '12. Somewhere around that time. Maybe -- yeah, about 2012 or 2013.

Q. And approximately how many times have you met Dr. Burns in person?

A. Not very often, but we maybe met with -- we met in meetings, like neuroscience meeting. Or whenever we have a presentation, she drop by. That's -- yeah, mostly in meetings and in person but not very often at all.

DR. H. YAN

Q. Okay. And aside from Dr. Burns and Mr. Barbier, who else, if anyone at Cassava have you met?

A. I have met Dr. Thornton.

Q. Ben Thornton?

A. Ben Thornton, yeah.

Q. Okay. Approximately how many times have you met Dr. Thornton?

A. In person, it's handful of the time, maybe it would be more than that. Whenever it's -- whenever we have a meeting. Most of the time it's in a meeting and the -- and most of time it's in a meeting. Or they -- if he drop by -- drop by Philadelphia or New York, sometimes we met. I don't recall how many times but not very often.

Q. Okay. Aside from Dr. Burns, Mr. Barbier, and Dr. Thornton, who else, if anyone at Cassava, have you met?

A. One or two persons also in a meeting but I don't recall their name. Maybe one or two.

Q. Have you ever met Dr. Nadav

DR. H. YAN

Friedmann?

A. Yes.

Q. And explain to me how you came to meet Dr. Friedmann.

A. Yeah, it's also in a meeting, but I met him in a meeting couple times.

Q. Okay. And these meetings that you're referring to, are these meetings to discuss Cassava's business or drug development?

A. No. But the -- most of the meeting is in scientific meeting. We have a presentation, so the -- in a conference that they attend the conference and I will meet them in the conference.

Q. Okay.

A. Maybe couple times, and the meeting is in Cassava and I would be there, and if they showed up and met with -- I met them, but they don't normally meet in person.

Q. Aside from Dr. Burns, Mr. Barbier, Dr. Friedmann, and Dr. Thornton, can you think of anyone else

DR. H. YAN

at Cassava who you have met in person?

A. No.

Q. Can you think of anyone else at Cassava who you have communicated with, either by phone, email, text message, anything?

A. I may have communicated couple times with Mike something, but I don't remember his last, last name.

Q. Mike Marsman?

A. Maybe, but I don't remember last name.

Q. Do you recall ever meeting a person by the name of Laura Rodriguez?

A. Yes. When -- the only time I met with her was when we have FDA inspection and she comes to -- she comes to help the -- the -- about the regulatory -- the issues.

Q. Ms. Rodriguez visited your lab in connection with an audit that Cassava conducted of your lab; is that right?

A. Yes.

Q. And Ms. Rodriguez was

DR. H. YAN

accompanied by Michael Marsman; is that right?

A. Yes. Right. Two of them, yes.

Q. Okay. You are a co-inventor of Simufilam, right?

A. Correct.

Q. What was your role in the invention of Simufilam?

A. I identified the compounds and the runs -- the -- during the screening of the compound and selection of the compound and preclinical the screening, testing.

Q. And you were the one who conducted those experiments to screen the compound?

A. Yes.

Q. In your view, is Simufilam a new opiate agonist?

A. No. I don't think it's opiate drugs because it doesn't have that much activity, opiate activities.

Q. Isn't it the case that Simufilam was originally patented as a new opiate agonist and painkiller?

DR. H. YAN

A. No. I don't think so. I think it's -- it's a part of the -- they share some structural similarities. And so applying for the patent, they put that in as a package.

Q. Who is "they"?

A. I mean Cassava.

Q. And you were listed as an author or co-inventor on those patents, right?

A. Correct.

Q. And the patents do describe Simufilam as a new opioid agonist, right?

A. Yes. If the -- I don't recall the activity that much, but the -- it's included in the package. They have lots of compound in there. I don't recall every single one.

Q. And so Simufilam was discovered through experiment screening compounds for binding to Filamin A; is that right?

A. Right.

Q. And you conducted those experiments, right?

DR. H. YAN

A. Yes.

Q. Do you have any of the original or raw data from any of those experiments?

MR. CAMPBELL: Objection to form.

THE WITNESS: Excuse me?

Q. You can answer.

MR. CAMPBELL: Sorry, Dr. Wang. From time to time I may lodge an objection. That's to protect the record. But unless there's a privilege issue, you'll be able to go ahead and answer the question even if I object.

THE WITNESS: Okay. Should I answer the question then?

MS. BEIDEL: Yes. If you need it repeated, you can ask for it to be repeated.

A. Okay. Could you repeat the question? I just got --

Q. No problem. So we were talking about the experiments that you conducted to screen compounds for binding to Filamin A,

DR. H. YAN

right?

A. Yes.

Q. And those were the experiments where Simufilam was discovered, right?

A. Correct.

Q. Do you have any of the original or raw data from any of those experiments?

MR. CAMPBELL: Objection.

A. The original raw data are sent to Cassava.

Q. When?

A. Upon finish of the -- when the experiment is finished, I send them to the Cassava and -- for them to select.

Q. And what kind of experiments were those?

A. Just cell and tissue screening. And you test the activity of the opiate receptor agonist activity or -- and many other, or the binding to Filamin A and the print.

Q. Were they ELISA experiments or western blots?

A. It's not ELISA experiment and

DR. H. YAN

it's like a -- an --

(Reporter clarification.)

It's binding experiments on the plate, 96-well plate.

Q. And so just to be clear, you sent the original or raw data from those experiments to Cassava, and do you still also have any copies?

MR. CAMPBELL: Objection to form.

A. I should have, but lots of my -- my record was in the thumb drive and it was taken away.

Q. It was in a thumb drive that was taken away?

A. Yes.

Q. By who?

A. FBI.

Q. Approximately when?

A. 2021.

Q. And did you have any of that data backed up anywhere?

A. I --

MR. CAMPBELL: Objection to

DR. H. YAN

form.

A. I must have some fragment of data backup in different places but that had been almost 20 years, 17, 18 years.

Q. So sitting here today, you are unsure as to whether you have any copies of original or raw data from the binding experiments that you conducted to discover Simufilam; is that right?

MR. CAMPBELL: Objection to form.

A. That's right.

Q. Okay. In 2000, you published a paper in the Journal of Biological Chemistry; is that right?

A. 2000?

Q. Yes.

A. Yes.

Q. And it was titled: Beta Amyloid Binds to nAChR7 with High Affinity.

Is that right?

A. Yes.

Q. Do you recall how that paper was received by the field at the time it

DR. H. YAN

was published?

MR. CAMPBELL: Objection to form.

A. It was well received, but the -- by -- by the field, yes.

Q. What do you mean by that?

A. Because the -- it was -- it was cited as science magazine, the -- in science magazines and they receive a lot of attention in several meeting and had been read multiple times and cite quite a bit.

Q. Is it fair to say --

A. It had been cite quite a number of times.

Q. In your view, is your claim that amyloid beta binds to nAChR7 a claim that is generally accepted within the scientific field today?

A. Yes. It had been repeated by some other -- by some other lab.

Q. Who?

A. It -- if I recall, I have another paper in 2010 by Dr. Nichol's lab, N-I-C-H-O-L-S.

DR. H. YAN

Q. Roger Nicoll?

A. Not Roger. Robert Nichol. In 2010, 2011.

Q. Okay. Anyone else?

A. Yeah, many other, the study, not directly confirm it, but the, it had been shown multiple times and -- in general science, science -- the people who cite the -- and they have the people cite paper because they have the collaborating evidence to support the -- my data, so --

Q. What do you mean by "not directly confirm"?

A. They can use a different, other methods than to show that the beta amyloid interfere with the bind to the nicotinic receptor and a different -- with a different activity, with using a, using the cells and using different methods.

(Reporter clarification.)

Cells, different tissues or even animals.

Q. Different methods, right?

A. Yes, correct.

DR. H. YAN

Q. What is your understanding of an experiment that would directly confirm your claim that amyloid beta binds to nAChR7?

MR. CAMPBELL: Objection to form.

A. You can -- the easiest way, it's what we have demonstrated to show the radioactive binding to nicotinic receptor, alpha-7 nicotinic receptor, which can be displaced by nicotinic receptor binding.

But the binding itself is difficult to -- the binding is so tight so you have to use a different maneuver to demonstrate it.

The other way is to show the -- when you pull down the nicotinic, alpha-7 nicotinic receptor, you can pull down the beta amyloid, A-M-Y-L-O-I-D. Or we can use an antibody to pull down amyloid and pull down the opposite nicotinic receptor.

Q. Just taking a step back. I just want to understand what you think of an experiment that -- strike that. Strike

that.

I just want to understand what it means to you for a claim to be directly confirmed.

A. Can you repeat it again?

Q. Sure. What does it mean to you, as a scientist, for a scientific claim to be directly confirmed?

A. Directly confirmed you can use the -- you can use the different methods, like directly you can use the amyloid bind to the alpha-7 nicotinic receptor, and you can show that --

(Reporter clarification.)

A. You can show beta amyloid that binding to nicotinic receptor in any experiment in the cells, the cell express alpha-7 nicotinic receptor, or we can then the -- or you can show the -- if you pull down the alpha-7 nicotinic receptor, you can see beta amyloids attached to it on the level -- the -- and not other receptors.

Q. So aside from the paper by Robert Nichol around 2010, are you aware of

DR. H. YAN

any other experiments or studies that you believe have directly confirmed the claim in your 2000 paper in the Journal of Biological Chemistry?

A. They have other paper I collaborated with other study, other company in France, Servier, and the -- they have a different compounds. And we also show in 2009, 2010, the paper, we also show the same phenomenon.

Q. Aside from that paper, anything else?

A. There's some transgenic animal showing that the, if you are, knock out -- it's in Journal of Neuroscience paper, I believe it's 2012 or 2011. They show that the, if you knock out the alpha-7 nicotinic receptor, you can drastically reduce the amyloid binding.

Oh, one other paper in 2002, that's -- that's the, by Dr. Robert Nagele, N-A-G-E-L-E. Dr. Nagele, in Neuroscience paper, that directly demonstrate that if you have alpha-7 nicotinic receptor, if you

DR. H. YAN

express the alpha-7 nicotinic receptor you can see the beta amyloid actually cumulate inside the cells.

Q. How does your claim in the 2000 paper in the Journal of Biological Chemistry relate to the subsequent discovery of Simufilam, if at all?

A. It's related simply because the -- but we found that, and later on, I mean, the -- you -- we show that the Filamin A is recruited to alpha-7 nicotinic receptor upon the beta amyloid bind to alpha-7 nicotinic receptor.

Q. Is it fair to describe the 2000 paper as foundational research in connection with Simufilam?

MR. CAMPBELL: Object to form.

A. I mean, related but the -- but it -- it's the -- it's connected simply because the -- you -- we always looking for some other -- the components come into the plate of biological reaction, and Filamin A was discovered in this -- this complex when they -- when you do a science experiment,

DR. H. YAN

you always try to find some other things that will come, some other molecule will come to the traumatic biological event. And Filamin A just happen to be there. They happen to be discovered because its unique properties. It's a serendipity finding.

Q. Based on your research, do you believe that naloxone binds to Filamin A?

A. Yes.

Q. And what is your basis for that?

A. Naloxone was -- that's a totally different thing. Naloxone bind to Filamin A was found that the -- was found that the -- when -- in probably 2006, we have found that the opioid receptor, a mu opioid receptor -- mu as M-U, mu opioid receptor as one sub type of opioid receptor with the -- interact with G protein, and this interaction require, when it was the -- require a -- also participation of the Filamin A, and given the very low quantity of naloxone was -- can reduce the binding.

DR. H. YAN

And so that we -- I was curious to see whether naloxone not only bind to mu opioid receptor but also bind to Filamin A, so you can biologically -- pharmacologically block off the naloxone binding side on the mu receptor and then you can see the -- and also, the naloxone affinity to Filamin A is far higher than binding to mu receptor. So by blocking the mu receptor, you actually can see you need much lower dose of naloxone to bind Filamin A.

Q. Okay. In 2008, you published a paper in PLOS One that was titled, "High-affinity Naloxone Binding to Filamin A Prevents New Opioid Receptor Gs Coupling Underlying Opioid Tolerance and Dependence."

Is that right?

A. Correct.

Q. Aside from that paper and the experiments described in that paper, do you have any other published research to support the claim that naloxone binds to

Filamin A?

A. No. We put most of the finding in the naloxone in the paper.

Q. To your knowledge, has any other laboratory ever replicated or directly confirmed your finding that naloxone binds to Filamin A?

MR. CAMPBELL: Object to form.

A. I don't recall, because I -- that -- that is one part of a project and that lead to some of -- some of the screening methods established, the method. I believe that view, the paper had been viewed multiple times and have been cited many times, so I believe that they have some supporting evidence and that -- direct demonstration, I'm not sure.

Q. Sitting here today, are you aware of any other laboratory that directly confirmed your claim that naloxone binds to Filamin A?

A. I'm not sure. I don't -- I don't know that is anything relevant, but the --

DR. H. YAN

Q. Does Simufilam bind to Filamin A?
A. Yes.
Q. What's your basis for saying that?
A. We had demonstrated direct the binding and -- on the radioactive Simufilam binding to Filamin A.
Q. And are you aware of any other laboratory that has directly confirmed your claim that Simufilam binds to Filamin A?
MR. CAMPBELL: Object to form.
A. That is -- that it's the -- if they -- if they can get the compound, but the -- if they don't -- they cannot use it -- if they don't have the compound, then how are they going to perform this experiment?
Q. Right. So are you aware of any other laboratory that has directly confirmed that Simufilam binds to Filamin A?
MR. CAMPBELL: Object to form.
A. No. But they -- again, if they

DR. H. YAN

don't have any compound, how they can directly compare it?

Q. Do you believe Simufilam binds to Filamin A with femtomolar affinity?

A. I don't think it's femtomolar. It's high -- high picomolar affinity.

Q. And what's your basis for saying that?

A. The binding assay show the affinity is after the calculate in picomolar, and they have one study done using -- using the FRET, F-R-E-T, message by Celon Lab in France show that the using a cell system, that's published in 2023, it's -- you can knock off the amyloid, and they have no evidence of Simufilam binding to amyloid or binding to nicotinic receptors.

The only possibility is the -- and that's in cellular system, so the only possibility is the Filamin A in the mixture. And that affinity, what they demonstrate is almost identical to what we shown in the -- in the human tissues in

DR. H. YAN

postmortem brain tissues.

(Reporter clarification.)

I think C-E-O-N [sic].

Q. Was that Dr. Ralf Jockers who was conducting those experiments?

A. I don't know that -- it's Cassava interact with them. I don't -- I don't know who conduct the experiments but the co-authors in the paper.

Q. Okay. Switching gears a little bit. What is your understanding, if any, of who owns the research and data that -- strike that. Let me start again.

What is your understanding, if any, of who owns the research that you have conducted on Simufilam?

A. It's what the -- I conduct the experiment, and if the -- it's I -- it's -- it's the intellectual property, the Simufilam is the Cassava's intellectual properties.

So the data, when I conduct the data, the data, send it to them whenever the experiment is complete and the data

DR. H. YAN

belong to them.

Q. The data belongs to Cassava?

A. Cassava, yeah. That's Cassava's property, intellectual properties.

Q. Have you ever refused to provide anyone at Cassava with access to any of your data or research on Simufilam?

A. No.

Q. Is there any Simufilam research that you have conducted independent of Cassava?

A. No.

Q. Is there any Simufilam research that you have conducted that you view as a secret from Cassava?

A. No.

Q. Have you ever concealed any aspect of your work on Simufilam from Cassava?

A. No.

Q. Can you think of any time when someone at Cassava asked you to send them something related to Simufilam and you

DR. H. YAN

refused?

A. No. I never refused to anything. If the experiment is inconclusive and I would said they have to wait until the -- I done more experiment to confirm all the -- all the -- if the experiment have any issues and I would let them wait, but I never refused them to proceed. I also send them negative data if it doesn't work and they will know. So, no.

Q. What negative data can you recall sending to Cassava?

A. If the experiment does not work, that doesn't, look the -- lots of time you do a cell experiment, a cell expression, it's not adequate and the experiment doesn't seem to work adequately. So I tell them the reason for the data doesn't seem to work out that say, like, the binding is very low, then I will send them that data to show them that what's the reason they have to wait for the data.

Q. Can you think of any example

DR. H. YAN

where you conducted an experiment involving Simufilam and the data was negative?

A. Well, data is negative that's -- it's -- that's a very vague. The negative is that the -- more accurate is said that the experiment is that they have some technical issues, so that the -- it doesn't show -- it doesn't show the binding and/or show the -- show the functional changes. And I tell them that's the issue, or the animal is issue.

There's some experiment, sometimes they -- the animal unexpected die before you even sacrifice the animal, and that kind of experiment, obviously I will tell them the animal die or you have to wait for the next batch of the animal.

Q. Can you recall any specific example where you conducted an experiment involving Simufilam and the experiment failed or the data was negative or some reason and then you conveyed that to Cassava?

MR. CAMPBELL: Objection to

form.

A. No. I don't -- I have done so many experiments. I don't know. I don't recall that many years ago that the -- these cases. But in general, that's what -- how I deal with any collaborator.

When experiment does not work, I tell them why the reason that experiment not working and they just have to wait and that will be in my report, if thinks that -- so until the experiment is done, otherwise you draw early, draw the conclusion or draw, jump to conclusion too early.

Q. Are you familiar with the citizen's petition?

A. Yes.

Q. And just to be clear, by that I'm referring to the citizen's petition that was co-authored by Dr. David Bredt and Dr. Geoffrey Pitt?

A. Mm-hmm, yes.

Q. Are you familiar with Dr. Pitt and Dr. Bredt?

DR. H. YAN

A. I don't know Dr. Pitt or Dr. Bredt personally.

Q. Do you have any opinion -- sorry. I didn't mean to cut you off. Go ahead.

A. And I may have met Dr. Bredt in scientific meeting a few times, but not face to face. But I seen him in -- in the meeting few times.

Q. Do you have any opinion of Dr. Pitt or Dr. Bredt?

A. No.

Q. How did you first become aware of the citizen's petition?

A. If I recall correctly, I think Dr. Burns sent the -- roll out the -- about the citizen petition to me.

Q. Dr. Burns was the person who first informed you about the citizen's petition; is that right?

A. Yes.

Q. And did she send you a copy?

A. At the time, not yet. But in the few days later and I had to receive

DR. H. YAN

the -- a copy of the first batch of the citizen's petitions.

Q. And what did you do when you learned about the citizen's petition?

A. I tried to look through it and tried to see if I can answer the questions.

Q. Did anyone ask you to do that?

A. No. But the -- no.

Q. Okay. After you looked through it to see if you could answer the questions, what did you do?

A. Then I had some discussion with the Dr. Burns because we were thinking about rebuttal to answer the questions.

Q. And did you believe you could answer all of the questions raised in the citizen's petition?

A. Yes.

Q. Can you summarize, if possible, what your general response was to those questions?

MR. CAMPBELL: Objection to form.

A. It's -- they have the -- they

DR. H. YAN

have questions and we will find the questions to -- to respond to each questions that we sell what was the -- what is the experiment. When people -- it's the same thing as you respond to reviewers' comments.

Q. Aside from your communications with Dr. Burns, did you discuss the citizen's petition with anyone else in the days after it was released?

A. I don't recall. It's been a while ago, and I don't recall I talked to anyone else and said -- and later on I had -- I also discuss with the -- my counsel.

Q. Okay. Aside --

MS. BEIDEL: Admonishment there, I'm sure Mr. Kumagai is not intending to draw out substance of conversations you had with me so what you said was fine but just reminder that privilege attaches, okay?

THE WITNESS: Yes.

Q. Aside from communications with

DR. H. YAN

Dr. Burns and your counsel, can you recall anyone else with whom you discussed the citizen's petition?

A. No.

Q. And just to be clear, by counsel, are you referring to Ms. Beidel?

A. Yes.

Q. And what do you recall, if anything, about what Dr. Burns said to you about the citizen's petition?

A. I don't think she say much about it. We just want to -- like I said, it's like responding to reviewers of the comment. You go point by point to say -- to state you -- what the experiment actually mean and why this is not true or if the mistake is met and we state the reason why or things like that. And in the responding to -- it's just like responding to reviewer's comment.

Q. By "reviewer's comment," you mean comments from a journal --

A. Yes.

Q. -- on a paper; is that right?

DR. H. YAN

A. Correct. Or the grant, reviewer, right.

Q. Okay. In the days after the citizen's petition was released around August 2021, did anyone at Cassava ask you whether any of the allegations were true?

A. No.

Q. Did Dr. Burns ever ask you if you had fabricated any data?

A. She knows I don't fabricate data.

Q. Did she ever ask you that question?

A. No.

Q. Did Mr. Barbier ever ask you if you had fabricated any data?

A. I had not talked to Mr. Barbier about citizen's petition at all.

Q. Did Dr. Friedmann or Dr. Thornton ever ask you if you had fabricated any data?

A. No.

Q. Did anyone at Cassava ever ask you if you had fabricated any data?

DR. H. YAN

A. No.

Q. Did anyone at Cassava ever ask you if you had manipulated any data?

A. No. And no, I don't.

Q. Has Dr. Burns ever expressed any concerns to you about the integrity of your research?

A. No.

Q. Has anyone at Cassava ever expressed any concerns to you about the integrity of your research?

A. No.

Q. Has Dr. Burns ever expressed any concerns to you about the reliability of your research?

A. No.

Q. Has anyone at Cassava ever expressed any concerns to you about the reliability of your research?

A. No.

Q. Has anyone at Cassava ever asked you whether you made up any data?

A. No.

Q. Has anyone at Cassava ever

expressed doubts to you about your integrity as a scientist?

A. No.

MR. CAMPBELL: Objection to form.

Q. Has anyone at Cassava ever questioned you about the integrity of your research?

A. No.

Q. Has anyone at Cassava ever given you the impression that they believed any of the allegations of research misconduct against you might be true?

A. No.

Q. Was there ever a moment when you felt like Dr. Burns, Mr. Barbier, or anyone else at Cassava did not believe you?

A. No.

MR. CAMPBELL: Objection to form.

Q. Has anyone at Cassava ever given you the impression that they took the allegations of research misconduct against you seriously?

DR. H. YAN

MR. CAMPBELL: Objection to form.

A. Just say that again.

Q. Has anyone at Cassava ever given you the impression that they took the allegations against you seriously?

MR. CAMPBELL: Objection to form.

A. Not verbally or in written form. They -- I -- I don't know. I think -- I think they take it seriously.

Q. What makes you say that?

A. I mean, it's related to the compounds. They are intellectual property, why would someone not take it seriously?

MR. KUMAGAI: Okay. We've been going for about an hour. So why don't we take a break.

THE WITNESS: Okay.

VIDEOGRAPHER: Counsel, the time is 10:02. We are off the record.

(Whereupon, a short recess was taken.)

DR. H. YAN

VIDEOGRAPHER: Time is 10:15.
We are on the record.
MR. KUMAGAI: Okay, Dr. Wang, I
have marked as Exhibit 216 a document
Bates stamped CASSAVA_000727933.
(Whereupon, Text messages,
beginning Bates CASSAVA_000727933 was
marked as Exhibit 216 for
identification as of this date.)
BY MR. KUMAGAI:
Q. Let me know when you see it in
your folder. You may have to refresh.
A. Yeah, yes.
Q. Okay. Do you have that open?
You may need to zoom in to the extent it's
small, but this appears to be a thread of
text messages between you and Dr. Burns.
Do you see that?
A. Yes.
Q. Is that right?
A. Yes. I can see it. Yes, I had
to enlarge it.
Q. Yeah. So you see the first
line, it says start time, 1/12/2021?

DR. H. YAN

A. Yes.

Q. And then next to participants, it has a number 1-(215)-917-7765?

A. Correct.

Q. And is that your cellphone number?

A. Yes, correct.

Q. And it appears to have another telephone number, 1-(512)-574-4238.

Do you see that?

A. I don't know what that is, yeah.

Q. Is it your understanding these are text messages between you and Dr. Burns?

A. I think -- yeah, I think so.

Q. Okay. And these are -- it says the start time is January 12th, 2021, last activity September 11th, 2021. And so it appears as though these 21 pages, you don't have to scroll through the whole thing, but it appears as though these 21 pages are text exchanges between you and Dr. Burns between January and September of 2021?

DR. H. YAN

A. Okay.

Q. If you scroll down to the page with the Bates stamps at the bottom with the last three digits 949?

A. 949.

Q. It's Page 17.

A. 949?

Q. Yes.

MS. BEIDEL: Bottom right.

A. I see it.

Q. Let me know when you're there.

A. Okay. Yeah. I got to 949.

Q. Okay. At the top of the page, there's a timestamp that says August 25th, 2021?

A. Okay.

Q. Do you see that?

A. Hold on. August 25th, 2021, yes.

Q. Okay. And so this is right around the time of the citizen's petition. Is that right?

A. Yes.

Q. Okay. And in the text message

DR. H. YAN

next to body, it -- there's a text that says: Remi says we will call you when you are ready. No emails, please.

Do you see that?

A. Yes.

Q. Did you have any understanding as to why Dr. Burns wrote "no emails, please"?

A. No.

Q. Okay. If you scroll down to the next -- to the page ending in 952?

A. Okay.

Q. If you -- about halfway down the page, there are texts from August 31st, 2021, if you look at the timestamp?

A. August when?

Q. Thirty-first. There's one text that says: Sorry, I can't talk right now.

A. Oh, sorry.

Q. Do you see that?

A. I'm trying to get to it.

Q. It's okay. It's Page 20 of the document with the Bates numbers ending 952 on the bottom right.

DR. H. YAN

A. Okay. Is that the -- is that August 31st?

Q. Yes.

A. Okay. And it's what?

Q. There's a text that says: Sorry, I can't talk right now.

Do you see that?

A. Yes. I did see it, yeah. Yes.

Q. Okay. And that appears to be a text from Dr. Burns; is that right?

A. I'm not sure, yeah -- yeah.

Q. And then the next message is from you, right?

A. Mm-hmm.

Q. Sorry. You just have to answer verbally or else Nicole won't be able to record it.

That next text is from you, Dr. Burns -- or Dr. Wang?

A. That's August 31st, yes. I said that the next text message I tried to find the original file for the neuroscience but I can't. These were all the hard drive -- yeah.

DR. H. YAN

Q. Okay. So you wrote: I tried to find the original files for the J neurosci, but I can't. These were all in a hard drive that was fried. I don't know what to do now.

Do you see that?

A. Mm-hmm.

Q. What did you mean, "These were all in a hard drive that was fried"?

A. That was -- that's what the -- they have -- I have, one computer was destroyed, the hard drive was burned. And that was the -- happened, I think. I don't remember exactly when, but the hard drive contained a whole bunch of the scanned imaging and the -- a lot of manuscripts in there.

Q. Do you recall approximately when that happened?

A. Somewhere between 2012, 2013, '14 maybe. I have one the -- the laptop destroyed around that time, probably 2013, '14.

Q. Okay. It was a laptop that you

DR. H. YAN

were using as your work computer?

A. Yeah.

Q. And that was destroyed around 2013 or 2014; is that right?

A. Yeah. Somewhere -- I don't recall exactly when.

Q. And any of the materials that were on that drive were lost. Is that right?

A. Yes.

MR. CAMPBELL: Objection to form.

Q. Did you have anything backed up on --

A. I always have a backup, yes.

Q. So where would the files that were stored on that hard drive have been backed up?

A. It was back up in some thumb drives, too.

Q. And the thumb drive is the same thumb drive that was seized by the FBI around 2021, is that right?

A. Yes. They have several -- they

DR. H. YAN

took quite a few thumb drives and I don't -- I believe that some of the thumb drive that -- I always have a backup, but whether it's entirety or not, especially published paper had been that long. I don't --

(Reporter clarification.)

A. It happened -- that was the -- the data was done between 2009 to 2012. 2010, it's like 13, 14, years, 15 years ago and maybe longer, 15, 17 years, that far off and some of the -- the -- I'm not sure the entire dataset that had been stored because -- but I wouldn't -- I was sure that the -- I always put the published paper, the raw material. But the Cassava had all the original, the file I sent them. Whenever the --

Q. What do you mean by that? Sorry.

A. Whenever the study was complete and published, they have all the data, backup data that's in -- to them. And not the -- the original files, always sent a

DR. H. YAN

copy to them. Maybe just the raw pictures or anything like that, it's in -- at least in PowerPoint format. It's the original files so -- for the publications so they all have it and I also have some backup. But may not be everything.

So especially the paper that long had never been questioned or anything that -- I may not have complete set of data. But I did find some, the copy of original -- the film and the scan of our original film and that was used to respond to requests.

Q. When you say you would always send raw pictures at least in a PowerPoint format, what do you mean?

A. I put the original -- all the PowerPoint file, the -- I sent it to -- before publication, we go back and forth and they always have -- always have the PowerPoint embedded with the -- with the original film, original scan. All the PowerPoint, it's the -- with a label it's always in the -- in the PowerPoint I send

it to them. Send it to Cassava.
Q. Who at Cassava?
A. I only communicated with -- communicated with the -- with Lindsay, Dr. Burns.
Q. This reference to J neurosci is a reference to the Journal of Neuroscience; is that right?
A. Journal Neuroscience, yes.
Q. And is this text a reference to the 2012 paper that you and Dr. Burns published titled, "Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A."
Is that right?
A. I believe so, yes.
Q. Just going back a moment. To be clear, is it correct that in your view you always sent Cassava all original data for everything that was ever published related to Simufilam?
A. Yes.
MR. CAMPBELL: Object to form.
Q. And did you do that around the

DR. H. YAN

time of publication in each case?

MR. CAMPBELL: Object to form.

A. Before the -- before the publication, and you go back and forth. We -- I edit the paper -- everybody know I edit paper, some of the paper is 40, 50 times.

So during this period of time, I always send the file and edit edition -- I like to be -- like to be met and to Dr. Burns and we go -- we go back and forth about how the figure has to be done certain way. In some -- in the, not only in figure how the text should be in the -- in the paper. So they all have original file.

Q. Okay. What was your role in the Phase 2a study of Simufilam?

A. Phase 2a, I, upon their request, I asked -- I -- I run the bio -- the markers study, whatever they request.

Q. And who's "they"?

A. Cassava.

Q. And the request would come from Dr. Burns; is that right?

DR. H. YAN

A. Correct.

Q. What was your role in the Phase 2b study?

A. Same.

Q. What was your role in the Phase 2 open-label study?

A. Two open-label study. The same day -- the same what they -- I run all the biomarker study by ELISA, E-L-I-S-A.

MR. KUMAGAI: All caps.

Q. Were you also responsible for screening patients for eligibility to enroll in the Phase 2b study and Phase 2 open label studies?

A. Yes.

MR. CAMPBELL: Objection to form.

Q. Are you familiar with a CLIA certification, Clinical Laboratory Improvement Amendments certification?

A. Yes.

Q. Did your lab have CLIA certification when you conducted your work on the Phase 2 studies for Simufilam?

DR. H. YAN

A. No.

Q. Did you have a New York State clinical laboratory permit when you conducted your work on the Phase 2 studies of Simufilam?

A. No.

Q. How much compensation have you received from Cassava over the years of your collaboration with them?

A. Can you define the "compensation"?

Q. What do you think of when I say "compensation"?

A. I -- they ask me to serve as the consultant for their clinical and some of the clinical work, and I forgot I received the consulting fee, but that consulting fee is -- is for them to ask me questions about the -- which direction to go and what the -- in the literature, current literature if they want to have certain assay or certain the -- when they are looking for certain direction, they ask me to do -- to do a more search of the

DR. H. YAN

current knowledge of the field.

Q. Okay. And so they pay you a consultant fee for that work.

Approximately how much was the consultant fee that you collected from them?

A. For $2,000 per month.

Q. And when did that begin, approximately?

A. Approximately about 2014 or 2015. I don't remember exactly. And I have purely a time they stop for six months, maybe more. I don't remember exactly when it stop and then we would resume.

Q. And when did the consulting fees end assuming they have ended?

A. 2024, that's in June.

Q. Okay. So from around 2014 or 2015 up until June of 2024, you received a consultant fee of $2,000 a month with an exception of around six-month period when you weren't receiving that fee. Is that right?

DR. H. YAN

A. Correct.

Q. Okay. Aside from that consultant fee, what other compensation, if any, have you received from Cassava over the years of your collaboration with them?

A. Over the year, they give me, they send me these, what you call -- stock options. But I have never done anything with it. I just put it away and I never touch anything.

Q. You never exercised the stock options?

A. Not a penny. Not a share, nothing.

Q. And approximately when, if you can recall, did you receive stock options?

A. I mean, I -- in Cassava, it's on and off several times and some stock option within 2010 or two thousand -- maybe 2010, 2012. And more recently, I think 2019.

Q. Okay. Have you ever owned any stock in Cassava, setting aside the stock options?

DR. H. YAN

A. In addition, stock options -- I never touched the stock options because I don't know what to do with it. And I do own very small quantity of Cassava stock, 143 shares.

Q. Approximately when did you first become a Cassava shareholder?

A. 2015, '16 maybe.

Q. And have you held the same number of shares since then?

A. Yeah. I never increased or decreased. That's -- in fact, that the -- it was -- no. I never buy any more of anything like that.

Q. And you have never sold any of those stocks?

A. No.

Q. So you still, sitting here today, own 143 shares?

A. Yes.

Q. Okay. Aside from the consultant fees and stock options, have you ever received any other form of compensation from Cassava?

DR. H. YAN

A. No.

Q. Did you receive any funding from the grant that Cassava obtained from the NIH?

A. Yes.

Q. And approximately how much did you receive in funding from the NIH in connection with Simufilam research?

MS. BEIDEL: Him personally or CUNY or --

MR. KUMAGAI: That's a good clarification.

Q. How much did you, personally, receive from any funding that the NIH provided for Simufilam-related work?

A. None. Let me say the one thing. My salary do not increase or decrease a penny because of these grants.

Q. Okay. Are you familiar with a cash bonus plan that Cassava adopted around 2020?

A. No.

MR. KUMAGAI: I'll mark as Exhibit 217 a document Bates stamped

DR. H. YAN

CASSAVA_000217631.

(Whereupon, Text messages, beginning Bates CASSAVA_000217631 was marked as Exhibit 217 for identification as of this date.)

THE WITNESS: I should go back and refresh?

MS. BEIDEL: Refresh, yeah.

A. Okay. Okay.

Q. Let me know when you have that open.

A. 217?

Q. Yes.

A. Okay. Let me enlarge. Okay.

Q. Do you recognize Exhibit 217?

A. Let me see. Yes.

Q. What is it?

A. It's some message about Conversation, 1. Total message, 7.

Q. If you scroll down to the second page, you'll see some, what appear to be messages. Do you see that?

A. Yes.

Q. Do you recognize these as text

messages that you exchanged with Dr. Burns?
A. Yeah.
Q. Okay. And the date is August 7th, 2021, at the top.
Do you see that?
A. Yes.
Q. Okay. There's a message at 7:10 p.m. from Dr. Burns.
Do you see that? The timing is on the right. It's about halfway down.
A. Yeah.
Q. Okay. Dr. Burns writes to you, quote: You will get a payout once we get this drug approved and/or sold. I don't think there are details, but there is a bonus plan and you are on it, obviously.
Do you see that?
A. Yes.
Q. And then you respond: Thank you so much. That is great to know and appreciated.
Do you see that?
A. Yeah.
Q. And Dr. Burns responds: The

DR. H. YAN

company can't give out any more options so he instituted this bonus plan with bonuses to be commensurate with TBD contributions. Yours, of course, would be comparatively substantial. But all depends on our success.

Do you see that?

A. Yeah.

Q. And you respond: I understand and appreciate it. We are all cautiously optimistic of the success. Thanks.

A. Yeah.

Q. You see --

So in August of 2021, Dr. Burns told you that you were a participant in Cassava's cash bonus plan, right?

A. Right.

Q. And you understood in August 2021 that you had a financial interest in the outcome of Simufilam; is that right?

MR. CAMPBELL: Object to form.

A. I don't recall this conversation so -- I just don't recall this

DR. H. YAN

conversation. That's all.
Q. Dr. Burns is telling you in August of 2021 that you will get a payout once Simufilam is approved and/or sold, right?
A. Right.
MR. CAMPBELL: Object to form.
Q. And Dr. Burns told you in August 2021 that the payout to you would be comparatively substantial, right?
A. Okay.
Q. She did tell you that in this text thread, right?
A. Yeah.
MR. CAMPBELL: Object to form.
Q. And you wrote: I understand and appreciate it.
Right?
A. Yeah. It's just a polite answer. She doesn't have to tell me and I don't -- I don't recall this conversation, so --
Q. She is telling you that you have a financial interest in the drug

DR. H. YAN

getting approved and/or sold, right?

MR. CAMPBELL: Object to form.

A. It all depends on whether the drug is successful and -- but I don't -- I just don't recall this conversation, so --

Q. But looking at it now, do you agree that Dr. Burns told you in August of 2021 that you would get a substantial payout if the drug is approved and/or sold?

A. Yes.

MR. CAMPBELL: Object to form.

A. But that does not mean I have -- I have any financial interest in that.

Q. What do you mean by that?

A. I mean I don't do -- because with the financial interest and push for something which is -- which, I don't know. It's up in the air, isn't it?

Q. But Dr. Burns told you that you stood to gain financially if the drug was approved and/or sold, right?

A. Yeah.

MR. CAMPBELL: Object to form.

DR. H. YAN

A. The drug is approval or not had nothing to do with me, because it has to go through a trial. They have a lot of variables.

Q. All I'm asking is whether you acknowledge that you had a financial interest in the drug getting approved and/or sold?

A. No. I don't have a financial --

MR. CAMPBELL: Object to form.

A. -- interest. She just simply told me in the bonus plan, and I told you I don't remember this conversation, and I have replied politely so -- to what she told me.

And I said I understand that and appreciate it. And I don't -- just don't have the financial interest in whatever the outcome of it.

Q. Do you agree you had a financial stake in the outcome of the drug?

A. No. It doesn't --

MR. CAMPBELL: Object to form.

DR. H. YAN

A. It doesn't affect me a bit because I don't count on anything that the -- that's their drugs that -- they want to give me something? Great. If they don't, so be it.

This is not -- the intellectual property is not on me. It's their intellectual property. They can -- they can not give me anything and I won't have any objection at all. It's not -- not my place to ask for anything.

Q. But in August of 2021, Dr. Burns told you that you would get a substantial payout if the drug was approved or sold?

A. Yes. She can tell me whatever -- she can promise me anything, but I would -- that didn't affect me a bit, whether it's in a bonus plan or not, makes no differences.

Q. Did you ever consider your own financial interests in connection with any of your work on Simufilam?

A. No.

DR. H. YAN

Q. Did you ever -- sorry.

A. That would be the last things I thought.

Q. Did you ever -- go ahead.

A. That's the last things I would thought in any things in my -- my -- any project.

Q. Did you ever consider the possibility that your own financial interests might be affecting your scientific work on Simufilam?

A. No. If I would have thought about the financial interest or -- I would have cashed the stock options. I don't touch anything because that's -- that's not what I want to do in any project.

Q. But did you ever consider the risk that your financial interests might be consciously or unconsciously impairing your judgment in any way with respect to your scientific work on Simufilam?

A. Never.

Q. Did you ever consider your own financial interests in connection with

DR. H. YAN

evaluating any of the allegations by short sellers against you or the company?

MR. CAMPBELL: Objection to form.

A. No.

MR. KUMAGAI: Okay. I'll mark a document as Exhibit 218, Bates stamped CUNY_000027.

(Whereupon, 2018 Omnibus Incentive Plan, Stock Option Agreement, beginning Bates CUNY_000027 was marked as Exhibit 218 for identification as of this date.)

Q. The title of Exhibit 218 is: 2018 Omnibus Incentive Plan, Stock Option Agreement.

Do you see that?

A. Yes.

Q. And if you scroll down to the fifth page, is that your signature?

A. Yes.

Q. Okay. If you go back to the top, the date of the grant is June 14th, 2019. Do you see that?

DR. H. YAN

A. Yes.

Q. And the grant is being awarded to you, Dr. Wang, right?

A. Yes.

Q. So do you recognize this as -- well, do you recognize this document?

A. Yes.

Q. What is it?

A. That's the offer of a stock option.

Q. Okay. So on June 14th, 2019, you were granted an option to purchase 10,000 shares of Cassava stock at an exercised price of $1.20 per share, right?

A. Yes.

Q. And so, for example, if the stock rose to $50 per share after your options had fully vested, at that point you could have paid the exercise price of 12,000, sold the shares, and earned nearly $500,000, right?

A. Right. Yes.

Q. Okay. You can set that aside.

Dr. Wang, can you describe --

DR. H. YAN

well, strike that.

You conducted ELISA tests as part of your work on Simufilam, right?

A. Correct.

Q. Did you conduct ELISA tests as part of any preclinical research on Simufilam?

A. Clinical, not in preclinical, not -- I don't remember preclinical any ELISA that may -- to test ELISA preclinical because that's not for the purpose.

Q. Okay.

A. Yes.

Q. What about for the Phase 2a study?

A. Yes.

Q. Phase 2b?

A. Yes.

Q. Phase 2 open label?

A. Yes.

Q. Can you describe the general process you followed for the ELISA tests you conducted for the Phase 2 studies?

A. You want me to describe the

DR. H. YAN

procedure, or what exactly do you want me to describe?

Q. That's fair. It's a very broad question.

I -- it would be helpful to hear from you just a summary of the general steps that are involved in your ELISA tests, if you can.

A. Okay. We would inform that the -- there will be some CSF, cerebral spinal fluid, sample from the patient with the -- with a tack on top of it, just mark the -- there's no -- just the -- the barcode number, there's some number and would send "flo-den" to us.

In addition to the -- in some cases they would send blood sample, whole blood sample to us and so we can process and my postdoc in the lab who the -- would receive the sample, record the sample. The rule is I don't touch any samples, and she would record the sample and then I -- in a spreadsheet and they -- this sample, once we receive, will store in the freezer, in

minus 80 freezer and until the time we would -- we have to -- we would separate into small tubes, which are marked tubes.

The tube would have the subject, the patient number on top of it. So once the -- once the sample, we -- all the sample had received and we -- we would check all the sample and then aliquot into -- separate into small tubes for each assay. Depends on how many assays we need.

And then the -- we'll keep in the -- keep frozen until the assay date, the -- on the assay date and the -- we would take, my postdoc would take the sample and put into an icebox so that they can completely defrost before the assay start.

And she would open up the tubes, the assay tubes so that I won't be able to see and arrange in order which I don't -- I don't see the order. I don't see the subject, the number, but I would -- I would start the assay.

I had -- putting to ELISA

DR. H. YAN

plate, each ELISA plate would take 15 minutes. I do multiple plates and each time, so that the -- so I only have a 15 minutes for each plate to put the sample into each plate and you would have 10 minutes' gap time or more, 10, 15 minutes' gap time for the next plate, and the -- so I just have enough time to put every single sample into ELISA plate and then start the assay. That's how, the procedure.

And then the, we run through the assay. The assay itself generally takes about five, six hours for each assay to run through. And then experiment, once the experiment done, we would generate the -- get the plate reader and the reader would generate the -- can use it to transfer into -- into an Excel spreadsheet and then you analyze the data accordingly.

Q. Okay. So the experiment is run through the plate reader. How were the results generated?

A. The plate readers would generate the screen of the -- the

DR. H. YAN

absorbance, and then you put that into Excel spreadsheet and they -- then you analyze it using the -- the -- the software called -- the analytical software called GraphPad and you -- you can -- analyze the data.

Q. What's the software called? Can you spell that? Sorry.

MS. BEIDEL: GraphPad.

A. GraphPad. GraphPad.

Q. Got it.

A. They run linear regressions.

Q. Just so I understand, the plate reader is a machine that is connected to a computer; is that right?

A. Yes, yes.

Q. And the plate reader sends the results to the computer?

A. Right.

Q. How do the results appear onto the computer?

A. He would -- computer would -- the plate have 96 wells, so the computer would -- in the computer, you would have

DR. H. YAN

the -- a number which we ask -- yeah. It's -- the column and the number of, like, A1, A2, A3, A4, A through 12. And you would have a number. It would have the number and then you have to put it into Excel spreadsheet.

Q. What's the step in between taking the numbers and putting it into the spreadsheet? Where are you taking it from?

A. Taking from the machine. You copy from the machine.

Q. So it is just a matter of sort of right-clicking --

A. Yeah.

Q. And then exporting to Excel?

A. Yeah. I always send -- I always send the reading as it come off on the computer and then the Excel spreadsheet when you -- you can -- then you can see what each number is so that it can be analyzed, like a plate.

Q. What type of file is it prior to exporting to Excel?

A. Just like -- it's just like

DR. H. YAN

Excel -- the -- it's just like Excel spreadsheet but not in -- in the screen. It's like a -- it's just a one column.

Q. You know how Excel documents have a sort of .xls at the end of their file names?

A. Yes.

Q. I'm trying to understand what sort of file the original output from the plate reader is.

A. Yeah. From plate reader, it would come as the only one column, so you have a 96 in one column.

Q. It's still an Excel?

A. It's still an Excel, yeah.

Q. Okay. So what do you -- what did you typically do with the results from the ELISA experiments after you generated the data?

A. I put it into the -- put it into a -- looks like a -- the plate, when you read the Excel, you just transport it into a -- the -- what looked like a plate, and then -- and you would have to do the

DR. H. YAN

calculation on top of it and concentration it was in -- in the, in the mathematic transformation of the concentration because the concentration is in log scale, L-O-G, log scale. And so got the -- you need to do a reverse log to get the actual concentration.

(Reporter clarification.)

You have to do a mathematical transformation.

Q. And what was your typical process for sharing results with Dr. Burns or anyone else at Cassava?

A. I don't know the -- I cannot analyze the data because I -- I'm blind to the -- to the subjects. I only have patient number and that's the numeric number. I don't have -- I don't have the grouping, the information so that I cannot analyze the data so I -- what I did, it was -- I reported the -- I include original Excel and in that file, I transform and calculate the data and send it to Dr. Burns so she has everything in one place so that

DR. H. YAN

she can -- she can run the -- can get the -- the comparison done, whether treated or not treated to, or how long to treat it, or whatever the analysis need to be done through the statistics comparison sample, statistical comparisons for the data. I cannot analyze the data.

Q. Did Dr. Burns or anyone else at Cassava ever ask to see the raw data from any ELISA tests?

A. Yeah.

MR. CAMPBELL: Object to form.

A. They have raw data. I send them the Excel file coming out from the computer.

Q. Isn't there a different type of file that exists that isn't in Excel that the plate reader software program generates?

A. Maybe I don't -- I don't -- I cannot use it. I always download the Excel file. That's it.

Q. Did anyone at Cassava ever ask for something other than the Excel files

DR. H. YAN

that you sent them with the data --

A. No.

Q. -- from your ELISA tests?

A. No.

MR. CAMPBELL: Objection to form.

Q. What type of plate reader machine did you use in your lab?

A. That's original -- that original is the -- it is now as the molecule dynamics of the machine.

Q. Molecular devices?

A. Devices, yes.

Q. And was it previously manufactured by Beckman Coulter?

A. Correct.

Q. But it's the same machine, right?

A. That's the same machine, but mine is way older than that. That's not the first -- the multi-module, the plate reader, so it's more --

Q. Was the machine you had called DTX889 Multimode Detector?

DR. H. YAN

A. DTX880.

Q. And was it the same machine that you had in your lab for all of the work that you did for Cassava?

A. Yes.

Q. Have you ever had a different plate reader machine in your lab?

A. No. I -- I had the, I had tests in -- I had done ELISA using different machine, yeah. But that's all I have in my lab.

Q. Did you use a different ELISA machine for any of the work that you conducted on Simufilam?

A. No.

Q. You may have answered this already, but I just want to make sure I'm following. What software program did you use?

A. To do what?

Q. In connection with running any of the plates or reviewing any of the data?

MR. CAMPBELL: Objection.

A. Like I said, I used Excel to

DR. H. YAN

the -- and that you can transfer the data that the -- analyze the data to do linear regression. You use the GraphPad to do a linear regression and then the -- then the data would send back the -- to put back to Excel, and then use the -- like I said, the concentration is in log scale so you need to do reverse log to get the actual concentrations so Excel and GraphPad for linear regression and back.

Q. Did you ever share any GraphPad files with anyone at Cassava?

A. Yeah. I send them whatever they need to -- they need to have. The result come out from GraphPad is in the -- it's in the Excel. They are comparable software.

Q. Is there another software program that you have to use to operate the plate reader before it generates the -- any results?

A. They have -- they have a driver, the driver of the -- of the machine to start the reader, yes.

DR. H. YAN

Q. And what is that called?

A. That's the -- come with the machine, the DXT880 software, the driver.

Q. Does the -- strike that.

Was the program called multimode analysis software?

A. It's multimode, yeah. Yes.

Q. And so what are you doing on that program, if anything?

A. Use a -- use a program to start the -- the -- the -- because they can read multiple things. They can read fluorescent. You can read chemiluminescence can be visible wavelengths. So -- you can read the color of the plate. That's what the ELISA plate generally generate.

It could generate fluorescent but most of the plate reader, the ELISA plates is using physical and you have to come out with the -- use multiple analysis software to pick which the plate format you want, what kind of reading you want because the way -- the visible still have a

DR. H. YAN

different wavelengths and specific for each ELISA plate, so you need to pick the one using the analysis, multimode software to pick the specific to the ELISA plate you need.

And then you can -- you can -- do a quality control, like, control the reading, how long you read, and you can do -- you can do the depths of a reading, where you want to read, in the center of the well, or the bottom of the well, the depths of a reading. You can -- you can pre-adjust the center of each well. And then you hit the star and then you would read the plate.

Q. And did you use the same multimode analysis software for all of the ELISA tests that you conducted for Simufilam?

A. Yes.

Q. Is there any special training needed to use the software?

A. Anyone who have the -- know how to use the software would -- yeah. You

need little bit training to get familiar with how to run the software, yes.

Q. Is it fairly standard software for ELISA tests?

A. Yeah. More or less, and some of us -- some of the software like Bio-Rad software, it's some of our more basic model of ELISA plate reader is -- could be simpler, but it's very standard, yes.

Q. Do you still have the computer that was connected to the plate reader machine for the ELISA tests you conducted for Cassava?

A. Unless belong to school, yes. It's still in the lab. The software is so old, it's still using XP. Using dinosaur.

Q. Windows XP?

A. Yes.

Q. Okay.

A. And that they have not too many machines still XP and it break down many times and -- but the -- we revive them. You get the IT people to make it work. Yeah, it's still -- I believe it's only

DR. H. YAN

probably only one or two -- only two in the entire building still Window XP.

Q. Did anyone at Cassava ever access any data directly on any computer in your lab at any time?

MR. CAMPBELL: Object to form.

A. Laura came and she had inspect the lab and when she comes, and she had checked the computer and look at the auto track to see the time of assay and all these things, so I don't recall whether she had copied them or not.

Q. Aside from Ms. Rodriguez, has anyone at Cassava ever accessed any data directly on any computer connected to the plate reader machine or any other computer in your lab?

A. No. Most of my lab computers now is not -- don't have Wi-Fi.

Q. How many computers did you have in your lab during the time you were conducting the Phase 2 work for Cassava?

MR. CAMPBELL: Object to form.

A. In the lab, I think three.

DR. H. YAN

Q. Three?
A. Yes.
Q. So one was connected to the plate reader machine; is that right?
A. One is connected to plate reader, and the other one is scanner and one other machine, and the other one is for molecular biology, the I cycle --
(Reporter clarification.)
A. Capital I, cycle, C-Y-C-L-E. That's a molecule biology machine.
Q. So that computer, you didn't do any Cassava-related work on that computer; is that right?
A. Not for ELISA.
Q. Have you ever accessed any data directly from any database folder generated by the multimode analysis program?
(Reporter clarification.)
Q. Dr. Wang?
A. I'm just, ask you to say, what do you mean by that?
Q. Have you ever accessed any results from any ELISA program or ELISA

DR. H. YAN

test, excuse me, by looking at files generated by the multimode analysis software?

A. No. I only -- whenever you read and I download the -- the Excel format, what -- that's only one I can read. The rest is the gibberish. You cannot -- you cannot read anything of it, so the --

Q. What do you mean, it's gibberish?

A. It's just a number. It's just like the string of real numbers and that -- you have -- you also, in that the Excel, Excels, the spreadsheet, and I generate, you also have the time and the machine and the -- the status of a reading so I have everything I need, so that's why I copy.

Q. If you wanted to go back to an ELISA test that you had run previously, could you go back into the program and export the results to Excel again?

MR. CAMPBELL: Object to form.

A. Yes. They have -- you -- I actually say in the same computer they

DR. H. YAN

have -- you can explore that to Excel spreadsheet and I have a timestamp. So that, yeah, I believe so.

Q. So, for example, if you for some reason misplaced the Excel that you had exported for one of the Phase 2b plates, you could go back, find that in the multimode analysis software program and export it to Excel again?

MR. CAMPBELL: Object to form.

A. Yeah. You can -- you can -- I always say they have folder for ELISA in Excel, so you save that to, in addition to saving the thumb drive, you save it to that -- the ELISA specific -- the ELISA -- the Excel folder, yes. So it's all there.

MR. KUMAGAI: Okay. Let's take a five-minute break.

THE WITNESS: Okay.

VIDEOGRAPHER: Counsel, the time is 11:29. We're off the record.

(Whereupon, a short recess was taken.)

VIDEOGRAPHER: Time is 11:39.

DR. H. YAN

We're on the record.

MR. KUMAGAI: Okay, Dr. Wang. I have marked as Exhibit 219 a document Bates stamped CASSAVA_000052271.

(Whereupon, Email chain, beginning Bates CASSAVA_000052271 was marked as Exhibit 219 for identification as of this date.)

BY MR. KUMAGAI:

Q. Let me know when you see that.

A. Okay.

Q. Do you have it open?

A. Just give me a second. Yes.

Q. Okay. And the top email in Exhibit 219 appears to be an email from you to Dr. Burns on April 19th, 2019.

Do you see that?

A. Mm-hmm.

Q. And you write: Here is the plate map. Since 6 biomarkers in 13 subjects with 2 time points is a tall order, we want a consistent plate map for all the screens so that each subject and

DR. H. YAN

time point is the same.
Do you see that?
A. Yes.
Q. So what is this image underneath the text in your email to Dr. Burns?
A. I don't know. I don't know what -- I don't know what she said. But the -- but I don't see -- that was the plate but actual study was -- may not be like that because that was print. That's visible in the printing sessions. I don't know what she said.
Q. What do you mean that was in the printing sessions?
A. In the planning.
Q. Planning, sorry.
A. Planning, whether that's similar to this type of format, it's okay or not, I don't know. I'm just asking her whether this is -- this -- it would be okay. When the actual study wouldn't -- I don't have any control. I was suggesting that we can do something like that and

DR. H. YAN

the -- each subject about -- because I don't know which -- each one is. So that the sequence would not be able to exactly like this, and it could be reverse or something like that, but we'll -- I was suggesting that keep that -- these -- each subject --

And it turns out -- it turns out that the -- they have more of the -- they have more of a time point I did not know, so this is just for the suggestion.

Q. As far as you know, did the plate map used for the Phase 2a study match this plate map in this document?

MR. CAMPBELL: Object to form.

A. I don't -- I don't know because I don't see -- I don't see -- I don't see a -- I don't see what each subject. So I don't know whether the time point is just like that.

But I -- what I know is it kept that each subject into -- in a cluster, so that you can -- you won't be -- you don't have to run, for example, patient 1 will be

DR. H. YAN

in a cluster. In what sequence, we don't know. The A0, A something -- if I remember correctly, they have three time points and which I didn't -- originally did not, so that the -- this plate map just for suggestion.

Q. Isn't it the case that you would need to know the plate map in order to create the linear output or the log transformations and calibrations?

A. No.

MR. CAMPBELL: Object to form.

A. All you need, it's a number of a patient. I can do -- I can do, like, I can do what I -- my preference is 1 to 12, 1 to 10, whatever that is. 1-1 and 1-2, makes no differences to me which sequence is, so long as number 1 patient we have, they all kept in the same -- the same place.

And then the -- the -- when I send it to Dr. Burns, and she can mix -- she can make the necessary arrangement to rearrange the data. That's all she need to

DR. H. YAN

do. Makes no difference. Plate map is just for the suggestions. That's all.

Q. For the Phase 2a study, you measured samples from each patient in triplicate, right?

A. Yes. Same with 2b.

Q. Same with 2b?

A. Yeah.

Q. So for Phase 2a and 2b, there was two time points, day zero and day 28; is that right?

A. Phase 2 what? 2a?

Q. 2a and 2b.

A. I believe that 2b, it's 2b, I believe, two time points. And 2a, I think it's three time points.

Q. What were the three time points that you're recalling?

A. A0 is a baseline. And day -- day 14 and day 28, I believe. For 2b, only two time points. Zero and 28.

Q. Didn't you average the measurements from the triplicate samples?

A. Yes.

DR. H. YAN

MR. CAMPBELL: Object to form.

Q. In order to do that, wouldn't you have to know the plate map?

A. No.

MR. CAMPBELL: Object to form.

A. All you need to do is, the plate map is, like I said, there's a plate map. It's -- you can, so long I know 1-1 is in which -- where each places. And my postdoc have the written form of each subjects when arrange the tubes. So long as she knows that, and I don't have to worry about it. I just keep -- follow what she put on the tubes, on the -- on the icebox.

Q. Okay. Just taking a step back, this -- looking at the plate map here?

A. Right.

Q. What are the A -- what do you call the A rows or A -- the lettered rows, excuse me?

A. A -- letter A is on the left side. That's A to H. That's eight of them, right? And each -- each plate have

DR. H. YAN

96 -- it's 96 well plate, so you have -- you have 12 columns. So Row A would have 1 to 12. And Row B also have 12 so that the entire plate will have 96.

Q. Okay. So in Column 1 and Column 2, the STD, what do those represent?

A. That's standard zero -- zero concentration. That's every plate the same thing. STD stands for standard.

Q. And those come from the ELISA kits?

A. They come from the kits, yes.

Q. Okay. What does C-blank mean?

A. C-blank means you have absolutely nothing, just like solutions.

Q. Okay. What's the purpose of doing blanks?

A. Just to make sure that the solution itself sometimes come with some tinted color it would interfere with the -- it would interfere with reading.

Q. Okay. And according to the red text of the top, the T1 in the map corresponded to the day zero or baseline

DR. H. YAN

samples, right?

A. Mm-hmm.

Q. And the T2 corresponded to day 28 samples, right?

A. Right. That's -- that was like I said, that was the plan. To do that, I suggest to keep the sample like that. Keep the sample in the same cluster as a -- an example, keep the things in -- you see I color coded it so that, just to indicate to her -- to Dr. Burns that I want to keep the sample in the same cluster and --

Q. And did your postdoc, was she the one who conducted the averaging of the triplicate samples?

A. No. She put the sample in. I don't touch the samples. She arranged the sample tubes in the icebox. I run the assay, and when the ELISA data comes in, I put that into Excel spreadsheet, analyze it, and send the -- you can see individual data, also the -- I have calculated the average to Dr. Burns and she -- from there she picked the -- she get the -- what --

DR. H. YAN

she put that into analysis.

Q. So did anyone in your lab for the Phase 2a study know what the plate map was?

A. No.

MR. CAMPBELL: Object to form.

Q. Did anyone in your lab know the plate map for the Phase 2b study?

A. No. It just -- it's just the plate map. Like I said, you put the -- you have the sample subject numbers, right. We all blind. I am blind. My postdoc is blind. We don't know -- we don't know the subjects, the identity at all.

Q. But you did know that the samples were arranged in clusters of three together in a row; is that right?

MR. CAMPBELL: Object to form.

A. We know in that subject one will be in the same cluster, yes.

Q. Okay. That's what I was trying to understand, how you could have averaged the samples without knowing --

A. Yeah. I know that the one --

DR. H. YAN

the -- for example, Column 4, 5, 6 is -- it's a repeat from the same -- from the same subject.

Q. So you knew the pattern of the plate map; is that right?

A. Yeah. But -- yeah, but if I don't know whether that's the baseline, or day 28, or day 14, or what difference it makes. I only know these are from the same tube. I put in three times.

Q. And sitting here today, do you know whether this -- setting aside -- strike that.

So setting aside the time points, is this the cluster arrangement that was used for the ELISAs in Phase 2a and Phase 2b?

A. Yeah. The general -- the general -- general concept is I -- when the sample -- when the subject sample, it's in the tube -- in the position, I would type it three times in Column 4, 5, 6. And second tube will be whatever the second sample from -- second sample from the same

DR. H. YAN

subject of one, two, three, so that I know when I do average, I know that's from the same subjects. You can do average.

Q. And so for here, setting aside Column 3, Column 3 is a bit of an outlier because it has the two blanks?

A. Mm-hmm.

Q. And it has six samples from the same subject.

Do you see that?

A. Mm-hmm.

Q. Columns 4, 5, 6, 7, 8, 9, 10, 11, 12 follow the same pattern of --

A. Yes.

Q. -- chunks of six --

A. Right.

Q. -- from the same subject?

A. Right.

MR. CAMPBELL: Object to form.

Q. And so when you conducted ELISAs for Phase 2a and Phase 2b, you knew the -- how the chunks were separated on the wells, right?

MR. CAMPBELL: Object to form.

DR. H. YAN

A. Yeah. Like I said, you can -- that the -- in Column 3, okay, so now you have in vertical instead of, for example, format, you put the subject, say subject 1, the first sample three times in vertical format. And second sample from the -- from subject 1, another -- the three times.

But I don't know whether this is -- whether this, the 21 is the day zero or day 28. Makes no difference to me. But the -- I just -- I know they are identical. They are the triplicate.

Q. And you knew that the set of three was from the same patient from the same time point --

A. Yeah. Otherwise, how am I going to average them if I -- they all come from different places, I average them, then there will be an error.

Q. Okay.

A. You've got to have some pattern but you don't -- and the idea that it's you don't know the identity of a subject or whether they subject to any treatment or

DR. H. YAN

which day they are. That's -- doesn't make any differences. They -- it's just all I know is that they are from the same tube of the same subject three times.

Q. And why were you discussing the plate map with Dr. Burns at this time around April of 2019?

A. I just -- like I said, I want to make sure that the -- she's -- she is on the same page with me. She's agree with me that -- whether that the -- this kind of arrangement is acceptable.

Q. And do you recall whether or not Dr. Burns had any comments about whether it was acceptable or not?

A. I don't know. She just -- I -- her reply, I don't know what -- who was she -- exactly what she mean.

Q. Okay.

A. I guess she -- I guess she agree.

Q. Okay. And if you move -- so we've looked at Column 3. If you go to Columns 4, 5, and 6, Rows A and B?

DR. H. YAN

A. Mm-hmm.

Q. There's a group of six?

A. Yes.

Q. That are all from the same patient.

A. Right.

Q. Right?

A. Mm-hmm.

Q. And did you know, when you conducted the Phase 2b and Phase 2a analyses, that this was the pattern used on the map, six samples from the same subject spread across two rows?

MR. CAMPBELL: Object to form.

A. That's a general -- like I said, this is a general principle, right. In the -- like I said, in the Phase 2a at the three time points, so that would -- that would mean the subject number 1 or number 2 will be a -- will be --

Q. Be a block of nine?

A. Be a block of nine, right. And Phase 2b had two time point. But the -- you would have six, yes.

DR. H. YAN

But the -- again, I don't know which subject that is and what -- whether they have a treatment makes no differences to me. It's just all I need to -- all I know is 4, 5, 6 come from -- Row A, 4, 5, 6 come from subject, say subject number 1 three times.

And Row B of the -- it's subject number 1, the second sample three times. That's all you need to know.

Q. And you knew that it repeated that pattern for the rest of the wells?

MR. CAMPBELL: Object to form.

A. Yeah.

MR. KUMAGAI: Okay. I'll mark as Exhibit 220 a document Bates stamped CASSAVA_000396376.

(Whereupon, Excel Spreadsheet, Bates CASSAVA_000396376 was marked as Exhibit 220 for identification as of this date.)

Q. This is an Excel spreadsheet, so you may want to -- well, let me know if you can open it in the browser.

DR. H. YAN

A. I have a problem. It said I do not have permission for this resource.

Q. You can actually view it in the browser as well.

MR. CAMPBELL: So if you can go back to the list of documents, if you just click on 220, it should just open in there.

A. No. I just have quotation mark. I went back and I did not -- and I said I don't have -- it said it looked like you don't have permission for this resource.

MR. KUMAGAI: Can we go off the record for two minutes and just try to sort it out?

VIDEOGRAPHER: The time is 12:02. We're off the record.

(Whereupon, an off-the-record discussion was held.)

VIDEOGRAPHER: Time is 12:04. We're on the record.

BY MR. KUMAGAI:

Q. Okay. Dr. Wang, so the file

name for this document is in the parenthetical. It's: CSF-Abeta42-Pre vs. 28D 051419-completed.

A. Mm-hmm.

Q. Do you see that?

A. Yes.

Q. Do you recognize Exhibit 220?

A. Yeah. That's a format that the -- when you hit in the general, that's why you see which protocol it is, and what the plate name, plate number, and when it runs.

Q. Okay. Next to the date evaluated, it says May 14th, 2019.

Do you see that?

A. Yes.

Q. And then it refers to the software which is the multimode analysis software. Do you see that?

A. Mm-hmm, mm-hmm.

Q. You just have to answer verbally, sorry, Dr. Wang.

A. Yes.

Q. Okay. And so if you look at

DR. H. YAN

the raw, the tab Raw_P_1, there's some data.

A. Yes.

Q. Do you see that?

A. Yes.

Q. And so can you -- having looked at these two tabs, can you tell what this is, Exhibit 220?

A. This is what it generated from the -- on the left side, these, like I said, these are well A1, this is what is generated by the -- this generate by the -- by ELISA plate.

Q. Okay. And then the numbers in the A1, A2, A3, and so on --

A. Yeah.

Q. -- beginning in Column D, do you see that?

A. A1, A1 to -- you can see there A1 to A12, right?

Q. Mm-hmm.

A. And the A1 is 0.1976. That's absorbance. Absorption.

Q. And so just to understand your

process, would you take the numbers from Columns A and B and enter them into a map format like we see in Columns D through --

A. Yes.

Q. -- P?

A. All I had -- all I do is a raw copy of A1 through A12, and then the post and then copy them and then post it to D to horizontally, like the plate.

Q. And what's the purpose of doing that?

A. This way you -- this way I know which column is -- is what. This way I don't -- I cannot analyze the date of -- vertically. I put on the plate and I know, so that I know that the -- the Column 1, the Column 1, the -- and the Column 2, these are the -- these two are the standard, and C -- the A3 and -- and the A4, now, A -- the A3 and the B3 are the blank.

Q. And then you would also know that they were organized in blocks of six here, right?

DR. H. YAN

A. Correct.

Q. So would you -- did you know that, you know, 3C through 3H were -- three samples from one patient at one time point, followed by three samples from the same patient at a different time point?

MR. CAMPBELL: Object to form.

A. That's correct, yes.

Q. And you would know that A4, 5, 6 and B4, 5, 6 were three samples from the same patient at one time point, followed by three samples from that same patient at another time point?

A. Yes.

MR. CAMPBELL: Object to form.

A. But you don't know which time point they are, right?

Q. And you knew that that pattern of blocks of six would repeat for the rest of the wells?

A. Yes.

MR. CAMPBELL: Object to form.

A. That's for 2b, that's the case, yes.

DR. H. YAN

And for 2a, it will be nine of them. It will be three time points, so it would be nine of them.

Q. What makes you say that 2a was three time points? Are you sure about that?

A. Yes.

Q. Can you tell by the label of this document or the file name?

A. No.

Q. What this ELISA test was measuring or --

A. No. I don't know. I don't know which time point they are.

Q. No. Sorry. It's not my question.

Based on the file name, can you tell me what biomarker this ELISA test is measuring?

A. It said the pre and 28 days.

Q. And it's Abeta42, right?

A. Abeta42, yeah.

Q. And these are CSF samples?

A. Yes.

DR. H. YAN

Q. And is that labeling that you would apply to these Excels as a matter of course to keep track of what ELISA was what?

A. I would apply for CSF and tell -- and send it to Lindsay for the Abeta42 -- Abeta42 reading. But, again, I don't know which one is -- which one is day zero and which one is day 22. Like I said, the --

Q. I'm not trying to fight you on that point. I'm trying to just confirm that we know what we're looking at, and that this is the ELISA --

A. Yes.

Q. -- Excel from the CSF Abeta42 samples?

A. Correct, yes.

Q. And this is the type of document that we were talking about earlier that you described as the Excel that you would typically send to Lindsay Burns, right?

A. Yes.

DR. H. YAN

Q. Just A1, the value is .1976, right? A2 is .1974.

Do you see that?

A. Yes.

Q. A3 is .0358.

Do you see that?

A. Yes.

Q. And point A4 is .9012?

A. Mm-hmm.

Q. Okay. If we look down at Column M, as in Mary?

A. Column M.

Q. M and N.

A. M and N. Let me see. It's kind of miss -- yeah, M and N, yes.

Q. Starting at Row 19, there are these numbers here?

A. Right.

Q. Do you see that?

A. Yes.

Q. Who -- did you do these numbers?

A. Which number, the bottom?

Q. Yes. Starting at Row 19, it

looks like there are some sort of calculations or something. Where --

A. This is the calculations, and after I did this I obtain whatever the -- the ID for this subject here from Dr. Burns and I -- I calculated accordingly so I put the label on top of it.

Q. These measurements do break it down by time point, right, for each sample?

A. Yes.

Q. Each participant, excuse me.

A. Yes.

Q. So how could you have calculated these numbers without knowing which samples are from which time point?

A. Like I said, when I generate all this data, once the data is generated, the -- you already record it, I have -- we have the -- these number, I would ask to -- to be able to get these -- each subjects, the ID and the date from -- from Dr. Burns.

Q. And she would send you that information --

A. Yes.

DR. H. YAN

Q. And then you would calculate these numbers?
A. No. I calculate these, these already. I already calculate this, but the label, I would get it from Dr. Burns.
Q. After you run the ELISA plate, Dr. Burns would send you the patient IDs and time points for the samples; is that right?
A. Yes, right.
Q. And then you would add these calculations into the Excel; is that right?
A. No. The calculation already done, but I don't know the number. I would have -- I would know -- I don't know these -- what this, day zero or day 28. She has to provide me with the day zero or day 28 so that I can put a label on top and then send the finalized to her.
Q. So you wouldn't --
A. That's why --
Q. Go ahead.
A. Sorry. And I can calculate the -- the average and --

DR. H. YAN

(Reporter clarification.)

A. -- the standard error mean, SEM.

Q. Standard error mean?

A. Yeah.

Q. So you would run these calculations in N, Column N, starting at Row 19?

A. Mm-hmm, right.

Q. To get these numbers, right?

A. Right.

Q. And then Dr. Burns would send you the patient IDs after you ran those numbers in order for you to match the -- to organize the data with the patient IDs?

A. Right.

Q. And the time points?

A. Just like right here, because, as you can see, you wrote down, you can see 0401028. He had no number that I would not know from very beginning. From when I run the assay, I did not know these subject had nothing, so I wouldn't not know the 28 days the -- the subject has nothing. So that's

DR. H. YAN

the number is, is --

Q. So just to be clear, you would have these numbers in Column N calculated --

A. Right.

Q. -- before you understood which time point they were from or which particular patient they were from. Is that right?

A. Yes.

Q. And then Dr. Burns would send you the information and you would reorganize the numbers to match with patient 1-0, patient 1, day 28 and so on. Is that right?

A. Yes.

Q. So I take it these numbers in Column N were in some different order when you did your calculations and then you had to rearrange them once you learned the patient IDs and time points? Is that right?

MR. CAMPBELL: Object to form.

A. I just -- I don't know what

DR. H. YAN

the -- which day that is and so that I would -- I calculate I had at that time and then she send me but she would send me the -- the precise label of each.

Q. What is the number in N23 or sorry, N23 and N29, what are those numbers?

A. N23 and N29, let me see. Oh, that's -- that's the SEM, that's standard error mean.

Q. Okay.

A. For this subject, these three of them, this triplicate. And some of them, I guess I miss it and did not get -- did not calculate.

Q. Okay. You can set that aside. If you go hit the back button.

A. Hold on. Yes.

MR. KUMAGAI: Okay. I have marked as Exhibit 221 a document with the file name 442_2019-05-19_19-43-23-877.

(Whereupon, Excel Spreadsheet, was marked as Exhibit 221 for identification as of this date.)

DR. H. YAN

Q. Let me know when you see that.
A. Need to refresh it, right.
221?
Q. Yes.
A. Okay.
Q. So I can represent that this is a dataset that was produced by CUNY as part of its production Volume 9 in response to our clients, the plaintiff's request for the contents of the database folder on Dr. Wang's plate reader computer. And I can represent that this file was extracted from the table labeled, "Result Data General" from the database file produced by CUNY.
A. Mm-hmm.
Q. So I understand that the multimode analysis software autosaves the results of each plate --
A. Right.
Q. -- that it reads onto the program's database?
A. Mm-hmm.
Q. Do you understand that?
A. Yeah.

DR. H. YAN

Q. So this appears to be the autosave dataset of the same plate CSF-Abeta42 as the prior document, Exhibit 220?
A. Mm-hmm.
MR. CAMPBELL: Object to form.
Q. You with me?
A. (No verbal response given.)
Q. Do you see A1, the value .976?
A. Yes.
Q. And that's the same as the A1 value that we just looked at in Exhibit 220, right?
A. Mm-hmm.
Q. Two is .1974. Do you see that?
A. Mm-hmm.
Q. And that's the same value as Exhibit 220?
A. Mm-hmm.
Q. And sorry, you just have to verbally answer, Dr. Wang.
Do you see that?
A. Yeah.
Q. A3, it's .0358. It's the same

DR. H. YAN

value?

A. Mm-hmm.

Q. Please say yes or no, Dr. Wang.

A. Yes.

MS. BEIDEL: Are you asking him to recall these values of 220 without them in front of him?

MR. KUMAGAI: Well, it sounds like he is recalling --

A. I don't know --

MR. KUMAGAI: I'm not going to go through all of them. Well, I can represent that these first three, A1, A2, A3, are the same in Exhibit 220 and Exhibit 221.

MS. BEIDEL: You can represent what you want. If you want him to compare two documents, you need to show both of them to him at the same time.

MR. KUMAGAI: Okay. Why don't I share my screen and show you the prior exhibit as well.

Q. Okay, Dr. Wang, can you see

DR. H. YAN

this?

A. I cannot see it. It's too small.

Q. I can zoom in for you. Can you see those numbers now?

A. Yeah.

Q. So if you look at A1 in Exhibit 220 and compare it to A1 in Exhibit 221?

A. Right.

Q. You see the numbers are the same?

A. Yes.

Q. A2, the numbers are the same?

A. Mm-hmm.

Q. Yes?

A. Yes.

Q. A3, the numbers are the same?

A. Right.

Q. A4, the numbers are different. Do you see that?

A. Yes.

Q. 0.9012 in Exhibit 220 and 0.2512 in Exhibit 221. Right?

DR. H. YAN

A. Yes.

Q. And you see there some of -- there's a -- look at A5. Are the numbers the same or different?

A. No. Looks different, yeah.

Q. A6, are the numbers the same or different?

A. That's different.

Q. And you see in A5 and A6, the first digit after the decimal point is different but the three digits after are the same.

Do you see that?

A. Yes.

Q. Do you have any understanding as to how or why values in your reported Excel dataset might be different from values in the dataset autosaved to the plate reader database?

A. No.

MR. CAMPBELL: Object to form.

A. Not -- I copied directly from the plate reader, as you can see from the timestamp, and that's what the -- what the

DR. H. YAN

machine recorded from.

MR. KUMAGAI: Okay. We'll mark as Exhibit 222.

(Whereupon, Chart was marked as Exhibit 222 for identification as of this date.)

Q. Let me know when you see Exhibit 222.

A. Hold on.

Q. Do you have it, Dr. Wang?

A. Yes.

Q. Okay. I can represent that this is a document that we created based on the prior two exhibits to compare the values in the two sets of data?

A. Right.

Q. There are four tables.

Do you see that?

A. Hold on.

MS. BEIDEL: Can you just repeat your representation as to the exhibit before this? So this is a document comparing something you're representing to derive from what?

DR. H. YAN

MR. KUMAGAI: This is a document that we created comparing Exhibit 220, which is the Excel spreadsheet with the Bates stamp ending 376, and the Exhibits 20 -- 221, which is a Excel file extracted from CUNY production Volume IX, which CUNY produced in response to our request for the contents of the database folder on Dr. Wang's plate reader computer.

MS. BEIDEL: And how do you know that the Exhibit 221 corresponds to the dataset supposedly --

MR. KUMAGAI: Well, I can represent that the timestamps align.

MS. BEIDEL: Okay.

Q. So, Dr. Wang, my first question is just, do you see the four tables here?

A. Yes.

Q. So the first table is a recreation of the dataset from Exhibit 220. The second table is a recreation of the dataset in Exhibit 221 from the database

DR. H. YAN

folder.

A. Mm-hmm.

Q. And --

A. Yes.

Q. Table 3 and 4 are comparison tables that we created to show differences between the two sets of data.

Do you see those two tables at the bottom? If you look at the third table, the digits in red represent digits that are different in the autosave database folder, and the dataset from Exhibit 220 --

A. Yes.

Q. You can look in Column 3, you see that A3 and B3 are the same so there's no red?

A. Yes.

Q. And then C3 --

A. It looks random.

Q. What looks random?

A. I mean, the red different, look random.

Q. The red digits represent digits that are different across the two data

DR. H. YAN

sets?

A. Okay.

Q. So in Column 3, the red digits after the decimal point are digits that are different in the two sets of data, and then the following three digits in each cell are the same in both sets of data.

A. Okay.

MR. CAMPBELL: Objection to -- I mean, that's not consistent with what I'm looking at if that's what you're representing.

MR. KUMAGAI: It is.

MR. CAMPBELL: It's not. Column C1 has three different digits after the decimal point on the first one. I mean, you can ask your questions but the representations you just made is not accurate based on the document I'm looking at.

MR. KUMAGAI: If you compare C -- you're looking at C1 in --

MR. CAMPBELL: In the third table that you were describing that

DR. H. YAN

the three digits after are always the same.

MR. KUMAGAI: No, sorry. I was directing him to C3.

MR. CAMPBELL: So just the one cell?

MR. KUMAGAI: I was asking him to look at the Column 3 starting at C.

MS. BEIDEL: In which of the four tables?

Q. In the third table, Dr. Wang.

MS. BEIDEL: Okay.

A. Yes.

Q. You see that the 8 is red? Right?

A. C3, yes.

Q. And if you -- you can scroll up and see that in the first table, C3, says .8566. In the second table, which is from the database folder C3 says .1586 -- .1566, excuse me?

A. Right.

Q. And so the 8 in the third table

DR. H. YAN

represents a digit that has changed from the dataset in the database folder?

A. Right.

Q. And D3, that's what the 9 represents, the 294 are the same in both datasets, but the 1 became a 9.

Do you see that?

A. Yes.

Q. Do you have any explanation for why these datasets might be different?

A. I don't. I just -- I copy from the -- the -- from the machine directly.

Q. So for many of the values, which you can tell based on the third table --

A. Some of them.

Q. A single -- sorry, go ahead.

A. Some of them would change the three numbers, some of them would change one number. I don't -- I don't. I just copy from the machine with the -- the export Excel file directly.

Q. You can see that a lot of changes, the red figures, only one digit

has been changed or is different. You see that? So for all of Column 3 --
A. Yeah, I said many of them, some of them three digits, four digits, two digits and it looks random.
Q. Well, the two least significant digits in most cells match, right? Those numbers aren't in red; do you see that?
MR. CAMPBELL: Object to form.
A. I don't know what you mean by that.
Q. So in column -- let's look at Column 4?
A. Right.
Q. 1, 2, those two digits, 4B, the third and fourth digit after the decimal point are the same?
A. Right.
Q. 4B, the 339 are the same in both datasets.
4C --
A. But why would that change -- some of them change one number. It appears to be random.

DR. H. YAN

Q. Do you have any idea what may have caused these discrepancies or apparent discrepancies?

MR. CAMPBELL: Object to form.

A. I don't. But the -- we, generally the machine would scan it twice, and I don't know what the -- why would that have be -- the different. It may be what they copy as the -- the first -- first screen or the second one and -- I just typically I -- when I run the assay, I have the other plate to take care -- I click it in and I start -- we start running and then I go to take care of that second one and come back to extract the data into the thumb drive.

Q. What do you mean by the machine would scan something twice?

A. The machine would -- would scan them and we typically do a prescan. You scan it once and wait until you -- then you -- then you would -- you would have a verification of the machine. But once the -- when they hit the scan, then I --

when I know where I go to take care of the second and third plates, and then come back to extract the data from the -- from the Excel format.

Q. Okay. If you can -- if you look at the fourth table, the Delta By Well table?

A. Right.

Q. This table at the bottom shows the Delta between the autosaved dataset from the database folder and the reported dataset?

MS. BEIDEL: Objection to the representations.

MR. KUMAGAI: Okay.

Q. The green shades indicate a positive delta. The red shades indicate a negative delta. So it appears that most of the numbers are higher in the reported dataset than the dataset from the database folder.

Do you see that?

MR. CAMPBELL: Object to form.

A. I mean, they all -- what does

DR. H. YAN

it mean, higher or lower?
Q. Good point.
So, for example, if you look at C3 in the fourth table, 0.7 --
A. Mm-hmm.
Q. -- represents the difference between the dataset from the database folder and the Excel spreadsheet, which was Exhibit 220.
A. Right.
Q. So that is .7 higher?
A. Okay.
MR. CAMPBELL: Object to form.
Q. 3D is .8 higher.
3E is .7 higher.
A. Okay.
Q. Do you see that?
A. Yes.
Q. Do you have any understanding as to why the numbers in the Excel that you sent to Cassava, Exhibit 220, might be higher than the numbers in any dataset from the database folder?
MR. CAMPBELL: Object to form.

DR. H. YAN

A. No. That -- the Excel, I sent it to Cassava is the -- and on the left-side column is the directly copied from the machine.

Q. Did anyone at Cassava ever ask you to review any database file from any ELISA tests?

A. No. Because I don't know the identity of a subject so they -- once I send it to -- to Dr. Burns and she has to tell me which label to put in so that they can analyze the data.

Q. Did you ever manipulate any results from any ELISA test that you conducted?

A. Absolutely not, absolutely not. If I don't know the identity, it's -- there's no way I would manipulate anything. I never manipulate anything.

MR. KUMAGAI: I'll introduce -- I'll mark Exhibit --

MR. CAMPBELL: Hold on, Dave. Before you move on, I just want to clarify for the record. So what is

DR. H. YAN

the -- where is the timestamp on Exhibit 221?

MR. KUMAGAI: 221 is the -- the timestamp is the file name. Let me go back to it.

MR. CAMPBELL: So what time are you representing is the time of the document?

MR. KUMAGAI: The -- I can -- my understanding is the 442 represents the plate number. 2019-05-14 represents the date that the plate was run. And 19-43-23-877 represents the time in GMT of the plate.

THE WITNESS: Is that the same thing?

MR. CAMPBELL: And what's the timestamp on 220?

MR. KUMAGAI: If you look at 220, the general tab, the date evaluated is May 15th, 2019, 1500 hours and 43 minutes.

THE WITNESS: That's 3 o'clock.

DR. H. YAN

MR. KUMAGAI: It's exactly four hour difference, so if you --

THE WITNESS: Exactly. So --

MR. KUMAGAI: Convert the GMT or EDT time to GMT, it's four hours exactly different.

MR. CAMPBELL: So the plate reader is reading different time zones?

MR. KUMAGAI: The plate reader software in the database folder is -- my understanding is programmed for GMT, which is standard for those types of software programs.

MR. CAMPBELL: But in Exhibit 220, the multimode analysis software is giving a different timestamp.

MR. KUMAGAI: It's giving the same time in a different time zone.

MR. CAMPBELL: Okay. And you have an understanding that it converts the time zone when it's outputted in this format?

DR. H. YAN

MR. KUMAGAI: Yeah. That's our understanding.

A. But that's --

(Simultaneous crosstalk.)

A. Four hours' difference is still different time zone. Different time.

Q. I'm sorry, Dr. Wang?

A. You see the different time that the -- they are from the different time of a scan.

Q. What do you mean?

A. It means that the time is different, even though they have CC some number of identical numbers, but I don't think that they are the -- they are the same -- it is the same thing.

Q. Well, if you look at Tab -- if you look at Exhibit 222 --

A. Right.

Q. -- again, do you think it's remotely plausible that two different plates would have this many digits the same if you're looking at the non-red digits?

MR. CAMPBELL: Object to form.

DR. H. YAN

A. I don't, but you got to understand when ELISA plates like this, the color, the color will fade if you don't scan within short period of time. So that the other number will be drastically different.

Q. What do you mean by that?

A. What I mean is, you -- you have to read the plate quickly. There -- in the instruction always tell you you have to read them within -- we typically -- once a run is stabilized and you read them within few minutes of the -- of once the color is stabilized. If you don't, you would -- you will -- you will be, the color would diminish along the time.

You read -- if you read it, the same plate two hours later, you get -- you will get the different number. You will get a lower number. You read it too early, you will be -- you will be, had no color or much lower number.

Q. Was it your practice generally to run the same plate multiple times?

DR. H. YAN

A. No. The plate has to be read like, again, the plate has to be read in very short period of time. I typically don't let it wait 15 minutes. I have multiple plates, so when I read the first plate, I am doing some -- doing the second plate because you -- it's -- it's the -- the timing is important.

So I don't have a time to go back to check the plate reader. I was running the second plate right at the moment when the first plate read -- is read.

Q. And were you the one running the plates, not your postdoc?

A. Correct.

Q. What was your postdoc's role in connection with running the plates, if any?

A. She would make the -- she would assemble -- she's in charge of taking care of a sample preparation, make the sample -- make the sample and arrange the sample into a plate format, the -- into the -- into the -- the assay, arrange that for the --

DR. H. YAN

each, the plate and the -- she would mix the samples and --

(Reporter clarification.)

-- make sure the sample is defrost, thawed, completely thawed and before the assay. Any ice crystal would influence the level of proteins, and then arrange the tubes so that I don't have -- I can quickly put the sample into the plate.

MR. KUMAGAI: Okay. I have marked as Exhibit 223, a document Bates stamped CASSAVA_000897558.

(Whereupon, Excel Spreadsheet, CASSAVA_000897558 was marked as Exhibit 223 for identification as of this date.)

A. Yes.

Q. Do you recognize this document with the file name Abeta42 CSF-5-101119-completed?

A. Yes.

Q. And what is it?

A. Appears to be Abeta42 CSF, and I don't know what the -- what each number

DR. H. YAN

represent, but I guess the date of the assay. CSF-5 may represent five subjects, five -- could be the screening. I don't know. It's such a long time ago. Could be the screening plate.

Q. Okay. And if you look at the Raw_P_1?

A. Yes.

Q. There's what looks like a map in Column D through Column I, from Rows 4 to 11.

Do you see the A, B, C, D?

A. Yes.

Q. Okay. And so is it your understanding, as best as you can recall, that this was an ELISA test you did as part of your role screening patients for the Phase 2 trials?

A. Yes. I guess it's a screening, but I don't know what that is. Yes, I think it's a screening. Yeah, if it's only five subject, can it be screening? Yes.

Q. Okay. And if you look at the date evaluated page on the general tab says

DR. H. YAN

October 11th, 2019?
A. Yes.
Q. 14:00 hours and 51?
A. Yes.
Q. And it's -- do you see that?
A. Yes.
MR. KUMAGAI: I'll mark as Exhibit 224 a document with the file name 465_2019-10-11_18-51-33-517.
(Whereupon, Excel Spreadsheet, was marked as Exhibit 224 for identification as of this date.)
MR. KUMAGAI: Okay. And, again, I can represent this is the dataset that was produced by CUNY as part of production Volume 9 in response to Plaintiff's request for the contents of the database folder on Dr. Wang's plate reader computer.
And this appears to be based on the timestamp and the data on autosave dataset as the same plate as the prior document, Exhibit 223.
MR. CAMPBELL: If that's a

DR. H. YAN

question, I object to form.

MR. KUMAGAI: I'll mark as Exhibit 225 another document.

(Whereupon, Excel Spreadsheet was marked as Exhibit 225 for identification as of this date.)

MR. KUMAGAI: Okay. I can represent this is a document that we created based on the other prior two exhibits, Exhibits 223 and 224 to compare the two sets of data.

Q. There are four tables again. Do you see the four tables, Dr. Wang?

A. Yes.

Q. Okay. And you can see in A1, in the top two tables, the value .1727 is the same.

Do you see that?

A. Mm-hmm, yes.

Q. In A2, the value in the top table is .2148 and the value --

A. Yes.

Q. -- in A2 in the second table is .5148.

DR. H. YAN

Do you see that?

A. Yes.

Q. And, again, the third table represents -- the red digits represent digits that are different between the two sets of data in Exhibits 223 and 224.

You see the red digits?

A. Yes.

Q. Do you have any understanding as to why the datasets in Exhibits 223 and 224 may be different?

MR. CAMPBELL: Object to form.

A. No. It's a -- I don't know.

Q. Okay. And the fourth table again is representing the delta or the difference between the dataset that was extracted from the CUNY production and the dataset in Exhibit 223 that was shared with Cassava?

A. Okay.

Q. You see a lot of the numbers, most of the numbers have gone down or decreased.

Do you see the negative

DR. H. YAN

numbers?

MR. CAMPBELL: Object to form.

A. Okay.

Q. Lower levels of Abeta42 are more consistent with Alzheimer's disease, right?

A. No.

Q. No?

A. That's by comparisons.

Q. Comparison of what?

A. By comparison. They infect that the -- if you compare to the -- it's -- it's a compare to -- if you have two sample, you compare to the -- it's individual, not whoever the -- to the -- the one number is not going to be able to tell whether these are Alzheimer or not.

It's a general -- we agree that if the one subject, first time point you have the -- they said you have, have a one, one hundred.

Q. Okay.

A. Kilogram per mil, for 10 mil. And then the second time point, six months

DR. H. YAN

later, one year later, come -- the number decrease. Represent that the beta amyloid is separate into the crack and the individual number does not mean anything.

Q. Did anyone at Cassava ever ask to review any database files from any ELISA test you did as part of your role screening patients for enrollment in the Phase 2 trials?

A. No. When I send them the -- send them the -- the Excel spreadsheet, if they have a question, they can go look at the -- that Excel spreadsheet, then they have a clinical data, I don't. So I don't know whether the -- whether these patient, they are cognitive score or anything else.

It's the -- the ELISA number doesn't mean anything to -- unless you hook up with clinical -- clinical data, the cognitive test and MMSE, ADS-Cog.

And they are cognitive tests, and other clinical -- the -- by clinicians, and otherwise these number doesn't mean anything. I can generate anything. That

DR. H. YAN

doesn't mean -- doesn't mean anything. Especially for screening.

MR. KUMAGAI: Okay. Let's take a break.

VIDEOGRAPHER: Counsel, the time is 12:59. We are off the record.

(Whereupon, a short recess was taken.)

VIDEOGRAPHER: Time is 1:35. We are on the record.

BY MR. KUMAGAI:

Q. Dr. Wang, when did you first become aware of the Plaintiffs in this case, Dr. Heilbut, Dr. Brodkin, or Dr. Milioris?

A. I don't recall the exact time when I receive first time of the Subpoena. I don't know exactly how long ago, six months maybe, longer.

Q. Six months ago from today you mean?

A. I don't know exactly time but when I received the first Subpoena.

DR. H. YAN

Q. Subpoena in this litigation?

A. Yes, yes.

Q. So just to be clear, prior to receiving the Subpoena in this case, did you have any familiarity with Dr. Heilbut, Dr. Brodkin or Dr. Milioris?

A. No.

Q. You didn't know who they were until you received the Subpoena in this case?

A. I know I heard of Dr. Heilbut because he had send numerous of the note to publisher. That's all I know. I don't know him personally. I don't know any of them personally or -- even I -- even I see him, I don't know who he is. I never met him. I never -- I heard of him but I never know anything about him.

(Reporter clarification.)

A. He sent a letter to publisher.

Q. Do you recall who that letter was sent to?

A. I don't know which one. I don't remember.

DR. H. YAN

Q. Okay. And just to be clear, the letter that you referenced just now is the first time you had heard of Dr. Heilbut; is that right?

A. Yes.

Q. And when was the first time you had heard about either Dr. Brodkin or Dr. Milioris?

A. Never heard of them.

Q. Until you received the Subpoena?

A. Yes.

Q. Okay. Are you familiar with any of the statements or publications by our clients related to Simufilam or Cassava aside from the letter that you mentioned a moment ago?

A. Publication, no.

Q. Are you familiar with any statements by our clients related to Simufilam or Cassava posted online or on any social media platforms?

A. I don't have a social media, so I don't read social media and I don't have

DR. H. YAN

any social media, Facebook, or these things. I don't have one. So I don't read them.

Q. Has anyone ever sent you screenshots or copies of any statements that any of our clients posted online about Cassava, Simufilam, or you?

A. I don't think so.

Q. Do you recall ever reviewing any slide decks that Dr. Brodkin, Dr. Heilbut, or Dr. Milioris posted online?

A. No.

Q. Have you ever visited their -- the website Cassavafraud.com?

A. No. I don't even know they have such websites exist.

Q. Okay. I'll show you a document that was previously marked as Exhibit 132.

A. Okay.

Q. It will show up at the top of your list because it's in numerical order.

A. Okay.

Q. Okay. If you scroll past the cover page on Exhibit 132 --

DR. H. YAN

A. Okay.

Q. -- it says: Dear Sir/Madam, we are writing to express grave concerns regarding Cassava Sciences as a sponsor of clinical studies using Simufilam to treat Alzheimer's disease. These concerns arise from an assessment of virtually every aspect of their program that has been made available for public scrutiny. We find serious deficiencies in the scientific integrity of the sponsor, Cassava Sciences, who exhibits concerning signs of misleading behavior -- and then it continues.

Do you see that?

A. Yes.

Q. If you scroll to the end, the second-to-last page, Page 24, it says: Sincerely, Enea Milioris, Adrian Heilbut, Jesse Brodkin, Patrick Markey.

Do you see that?

A. Yeah, yes.

Q. Have you ever heard of Patrick Markey?

A. No.

DR. H. YAN

Q. Having looked at this document now, do you recall ever seeing it before or discussing it with anyone?
A. I never seen this document.
Q. Do you recall having any discussions with anyone about a letter to the FDA by Dr. Brodkin, Dr. Heilbut, Dr. Milioris, and Dr. Markey?
A. No.
Q. I'll go slowly, so just a yes or no, did anyone at the law firm Benesch ever ask you any questions about this document as far as you can recall?
A. Which law firm?
Q. Benesch, B-E-N-E-S-C-H?
A. Never heard of it, no.
Q. Okay. You can set that aside.
I'll show you a document previously marked as Exhibit 133.
A. Okay. Hold on. Yes.
Q. Okay. And if you scroll past the cover page, there's a page that says: Cassava Sciences, A Shambolic Charade, November 3, 2021.

DR. H. YAN

Do you see that?
A. Yes.
Q. And Dr. Milioris, Dr. Heilbut, Dr. Brodkin, and Dr. Markey are listed at the top of the slide.
Do you see that?
A. Yes.
Q. Okay. And in the next slide, there's a disclosure that says: The authors of this presentation and the associated letter to the FDA hold stock and options positions that may benefit from the decline in Cassava Sciences' stock price.
Do you see that?
A. Yes.
Q. Okay. If you go to next slide, it says, "Cassava Sciences is an Unprecedented Scientific Charade."
Do you see that?
A. Yes.
Q. The next slide is titled, "Cassava Outdoes The Greatest Biomedical Dumpster Fires."
Do you see that?

DR. H. YAN

A. Yes.

Q. Do you recall ever seeing this document before?

A. No.

Q. Do you recall discussing this document with anyone before?

A. I never seen it so I won't -- I have no possible way to discuss with anyone.

Q. Do you recall anyone ever telling you about a slide deck by our clients?

A. No.

Q. Do you recall ever having any discussions with anyone about a slide deck with the title "A Shambolic Charade"?

A. No.

Q. Did anyone at Benesch, the law firm Benesch, ever ask you any questions about this document?

A. No.

Q. Okay. If you turn to Page 13, excuse me, 14, I believe?

A. Fourteen.

DR. H. YAN

Q. Yes. It's slide 13, but it's Page 14, if you're looking at the numbers in the middle of the screen.

The title is, "A Precarious Scientific Hypothesis."

A. Page 14 or what?

Q. Yeah. It's Page 14, slide 13, the title is, "A Precarious Scientific Hypothesis..." and it continues, "The foundation of Simufilam's action is biologically implausible."

Do you see that?

A. Yes.

Q. Okay. And it describes -- it continues: According to Cassava, a key structural protein, Filamin A, is found almost entirely in a misfolded state in Alzheimer's disease patients' neural and blood cells but not in healthy individuals.

Do you see that?

A. Yes.

Q. Is it your opinion that that bullet is true?

MR. CAMPBELL: Object to form.

DR. H. YAN

A. Define what's true?

Q. Do you believe that Filamin A is found almost entirely in a misfolded state in Alzheimer's disease patients' neural and blood cells but not in healthy individuals?

A. The healthy individual would -- could have some but not detectable, right? It's not -- not detectable by the methods used and -- so the truth can be defined. It has to be defined, what is not, not in healthy individual. Healthy individual, it also has to do with age or many, many other factors. So that -- that kind of statement is too broad and cannot agree or not agree. It just state the finding. That's all it is.

Q. Do you believe --

A. It's kind of -- sorry. This kind of statement is just too broad.

Q. The bullet is too broad to agree with or disagree with?

A. Yes.

Q. If you see the box of text in

the middle of the page, do you see that?
A. I need to enlarge. Yes.
Q. Okay. And it says that Filamin A was identified in 1975. Do you see that?
A. Yes.
Q. And it continues, the next highlighted sentence says: Due to this diversity, mutations in human FLN genes result in a wide range of anomalies with moderate to lethal consequences.
Do you see that?
A. Yes.
Q. Can you address the question, the second question on this slide: Why do patients not exhibit any other major symptoms, infections, or immune-related diseases if they have misfolded or mutated Filamin A?
A. There's no -- there is no indication that the Filamin A, the gene is mutated in Alzheimer's disease.
Q. Okay.
A. So that -- that statement

DR. H. YAN

mutation in the -- mutation in human Filamin A gene, it's -- it's, again, very broad. You talk about mutation of a gene. They have many gene -- it can be mutated, but the protein itself may still be functioning.

And what is the moderate to lethal consequence. That's the very -- that's the very broad statement as well.

It -- as you as someone, it's a black or white, and then in between there's many shade of gray, and is that true or not? Nobody can answer that questions. There's no mutation on Filamin A gene on Alzheimer's disease.

Q. Do you think it's -- sorry. Go ahead.

A. Yeah.

Q. Do you think it's reasonable to question why patients with misfolded Filamin A don't exhibit any other major symptoms, infections, or immune-related diseases?

MR. CAMPBELL: Objection.

DR. H. YAN

A. You can question but they just simply don't. You can -- they have many misfolded proteins. And that to -- they don't exhibit any ill effect until other factors come into play. So just because a protein misfolded does not necessarily mean it lost the function. In fact, misfolded protein could result in changing of the function and which may be a way for the organism to adapt to the changing environments. So, again, this kind of statement is just a blanket statement which is not true. The --

Q. Which statement?

A. The biology always find a way to deal with the situation and disease, sophisticated disease cannot be only one protein changes or that -- one protein changes could cause a chain reaction, that's for sure. But misfolded protein would have bad consequences and that's not true.

Q. Are you aware of any other lab that has conducted experiments and reported

DR. H. YAN

finding that Alzheimer's disease patients have a misfolded form of Filamin A?

A. They had other studies show that the Filamin A is the -- had authored in that -- the study done by Montreal and they have a study, Japanese study show that the progressive super nuclear protein patients also have misfolded the -- have the order Filamin A.

Q. Did the Montreal study that you just referenced, examine Alzheimer's disease?

A. Yes.

Q. And what is it -- what is your understanding of what they found or reported finding with respect to misfolded Filamin A?

A. It was just simply the report that the misfolded the order Filamin A in the finding in Alzheimer's patients.

Q. Do you know whether they conducted their own experiments --

A. Yes.

Q. -- to report that finding?

DR. H. YAN

A. Yes. They are using a sample, if I recall correctly, they are using a sample from the -- from the NIH sponsor of the brain bank in Chicago.

Q. And approximately when did that study come out, if you can recall? Just to be clear, approximately when did that study get published, assuming it was published?

A. Twenty -- 2022 or '23. I don't remember exactly time. I know that the Japanese study on the progressive supranuclear palsy with order Filamin A as published in science in 2022 but I don't remember exactly which date. And they also, on the Montreal -- Montreal study or the Canadian study also had published, I think, a meeting, proceeding in the meeting in abstract form. But the paper, I don't remember exactly. It's '22 or '23.

Q. Did the Japanese study have anything to do with Alzheimer's disease?

A. No. But it's neurodegenerative disease called progressive supranuclear palsy.

DR. H. YAN

Q. I'll show you a document previously marked as Exhibit 134.

A. Wait a second. Yes.

Q. Do you see the second page has a cover slide with the title, "SavaDx Exposed."

Do you see that?

A. Wait a second. Yes.

Q. And the subtitle is, "A Revolutionary Diagnostic For Alzheimer's Disease or a Scam of Scientifically Illiterate Investors?"

Do you see that?

A. Yes.

Q. Okay. If you scroll to Page 17, there's a slide with contributors and then four bullets. Let me know when you're there.

A. Page what?

Q. Seventeen.

A. Seventeen?

Q. Yes.

A. It doesn't have --

Q. I think when you scroll, at

DR. H. YAN

least when I scroll at least, there's a little number that pops up, so 17?
A. Yeah, okay.
Q. And it says: Contributors, Jesse Brodkin, Enea Milioris, Adrian Heilbut, Patrick Markey.
Do you see that?
A. Yes.
Q. Do you recognize this slide deck?
A. No. Never seen it before.
Q. Have you ever discussed this slide deck with anyone?
A. I never seen it. I cannot discuss with anyone.
Q. Do you recall ever having any discussions with anyone about a slide deck about SavaDx by our clients?
A. I -- no.
Q. Did anyone at Cassava ever ask you about a slide deck by short sellers on the topic of SavaDx?
A. No.
Q. Did anyone at Benesch ever ask

DR. H. YAN

you about any -- strike that.

Did anyone at the law firm Benesch ever ask you any questions about this document or SavaDx?

A. No.

Q. Did anyone at Cassava ever ask you any questions about this document or about SavaDx?

A. No.

MR. CAMPBELL: I'm going to interpose an objection to the form of that question.

Q. Dr. Wang, you can set this document aside.

What is SavaDx, if you know?

A. The SavaDx is -- it's a protein which was a Filamin A-related protein. Says found at higher level in Alzheimer patients.

Q. And we -- I'm not sure I'm following. I'm asking about SavaDx, the -- what I understand to be a diagnostic that was under development at Cassava for a number of years.

DR. H. YAN

Do you understand what I'm referring to?

A. What are you asking? What you just show me what SavaDx, it's a protein which has been shown to have a higher level, can be detected in a higher level in Alzheimer patient and therefore can be used to confirm the Alzheimer disease diagnosis.

Q. Is there another name for that protein?

A. No. It's a -- it's just a simple, simply a altered Filamin A --

(Reporter clarification.)

It's a Filamin A-related proteins.

MS. BEIDEL: He said altered.

A. Altered Filamin A-related proteins.

Q. Just taking a step back.

So the SavaDx diagnostic was a tool intended to detect altered or misshapen forms of Filamin A as a means to diagnose Alzheimer's disease; is that generally right?

DR. H. YAN

A. Well, it's a detection of that would -- at higher level would imply that this patient have Alzheimer dementia, yes.

Q. And what was your role, if any, in Cassava's efforts to develop what it called SavaDx?

A. We -- I was running the assay to show the, and the -- the serum samples from -- from the sources they -- the -- the Cassava provide, or my collaborator to identify to -- to see whether the -- this order Filamin A protein is indeed higher in Alzheimer patients. It's western blot study.

Q. And are you aware of whether any other lab has reproduced any of the SavaDx experiments that you conducted?

A. I believe that they have one other person, other lab in -- in Texas. In Aberdeen.

Q. Aberdeen Christian University?

A. Correct.

Q. ACU?

A. ACU, yeah.

DR. H. YAN

Q. And what, to your knowledge, did ACU find in their experiments related to SavaDx?

A. They also found -- they also seen the same proteins, the same -- the altered Filamin A-related proteins.

Q. Did you personally review any of the data from ACU that you're referring to?

A. No. Review? No. They --

Q. Where -- what is your understanding of what ACU found based on? Did someone at Cassava convey to you the results?

MR. CAMPBELL: Objection.

A. They would -- what's -- I think they -- what they did was they did run the same samples, and from the clinical trial samples and to -- to double-check and our -- my -- the findings.

Q. Are you aware of another lab that conducted a blinded study related to SavaDx?

A. No. That's -- that's what

the -- again, the SavaDx is the Cassava intellectual properties and they use -- they want to develop -- so that they did not -- I don't think they ever give it to anyone else to run it, other than what I -- my understanding is ACU people had access to some of -- the plasma sample.

Q. Approximately when, as far as you know, was the ACU study conducted?

A. Not -- I don't know precisely. Maybe 2020, '21. I don't remember. Before the poster, the poster in the AAIC.

Q. Okay. I'll show you a document previously marked as Exhibit 135.

A. Okay. My back button, I need to refresh, I guess. Okay, yeah.

Q. You see the 135 sticker on the front of the first page?

A. Yes.

Q. You go to the second page, there's a cover page that says, "Cassava And The Wang Lab, Seeing Through The Blind."

Do you see that?

DR. H. YAN

A. Yes.

Q. And the second slide says: Cassava and Wang claimed repeatedly to be conducting bioanalysis blinded. Statements describing open label six-month study analysis in company SEC filings and presentations. The Wang Lab is referred to as an outside lab conducting analysis of six-month OL samples blinded.

Do you see that?

A. Okay. Yes. That's page what?

Q. Page 3.

A. Okay.

Q. Okay. And if you scroll to Page 10, there's a contributor's slide that lists Jesse Brodkin, Enea Milioris, Adrian Heilbut, and Patrick Markey?

A. Yes.

Q. Have you ever seen this document before?

A. No.

Q. Have you ever had any discussions with anyone about a slide deck related to your lab and open label

six-month study?

A. Never seen it. Never get to discuss it with anyone.

Q. Did anyone at Cassava ever ask you any questions about this document?

A. No.

Q. Did anyone at the law firm Benesch ever ask you any questions about this document?

A. No.

Q. Did anyone at Cassava ever ask you whether you were blinded as to time point when you analyzed data for six-month open-label study?

MR. CAMPBELL: Object to form.

A. No. They know why I'm blinded.

Q. Did anyone at the law firm Benesch ever ask you whether you were blinded as to time point during the open label six-month study?

A. No.

Q. Did Dr. Burns or anyone else at Cassava ever send you the decoding index for the open-label study?

DR. H. YAN

A. No.

Q. Do you know whether anyone in your lab ever had the decoding index for the open-label study?

A. No.

Q. Do you know whether Zhe Pei ever had the decoding index for the open-label study?

A. No.

Q. Did Zhe Pei ever share with you the pattern of how she loaded the time points of samples on the plates for the --

A. No.

Q. -- six-month open-label study?

MR. CAMPBELL: Object to form.

A. Never. Never and -- no.

Q. If your -- strike that.

If you were supposed to be blinded as to time point for the six-month open-label study, do you think it's proper for anyone in your lab to have information sufficient to unblind as to the time point of samples?

MS. BEIDEL: Objection to form.

DR. H. YAN

MR. CAMPBELL: Object to form.

A. They don't know, and they -- and I don't know either, so I don't have any information about the time point at all.

Q. What do you mean "they don't know"?

A. All my -- my postdoc and my people in the lab would not have any -- the knowledge of the time point and never communicate with the Cassava people in terms of -- in terms of a time point of the sample.

Q. Why not?

MR. CAMPBELL: Objection to form.

A. Because that's not how we do experiments, how we to run the assays. They don't -- we receive the sample, my postdoc record the sample, article of the sample, give it to me, I run the assay, report the data back to them. The analysis is Cassava's responsibility.

They can -- they have outside

DR. H. YAN

the -- the -- who run biostaticians or anyone who hold the decoding information. I don't. We don't. My lab, none of the people in my lab or myself don't have this information and not interested in having this information. We just simply run it, get the sample, run the sample, just double-check this, the number of the sample and correct and send it. We send the result to them and the analysis grouping is done by -- by whoever have decoding information, grouping information. I have nothing to do with it.

MR. KUMAGAI: Okay. I've marked as Exhibit 226 a document Bates stamped -- yeah --

MR. CAMPBELL: Just before you leave this exhibit, is it just the duplication of the same pages on the second --

MR. KUMAGAI: I think so, Scott. It's the version that was filed as an appendix. It's an exhibit with the defamation action

DR. H. YAN

complaint, so we're using the same version, but I believe it's -- there's some complication in the slides.

MR. CAMPBELL: Okay.

(Whereupon, May 6, 2021 email, Bates CASSAVA_000552728 was marked as Exhibit 226 for identification as of this date.)

Q. Dr. Wang, do you see Exhibit 226?

A. Two what?

Q. 226.

A. Hold on.

MR. KUMAGAI: And just for the record, Exhibit 226 has the Bates stamp CASSAVA_000552728.

A. I see in the very bottom, okay.

Q. Okay. This appears to be an email from Zhe Pei dated May 6th, 2021?

A. Yes.

Q. Addressed to Suzanne Cockreham, copying Lindsay Burns and Carrie Crowley.

Do you see that?

DR. H. YAN

A. Mm-hmm.

Q. And the subject is: Index table of all CSF samples for May experiments.

Do you see that?

A. Yes.

Q. And in the attachments field, it says: Decode_samples_index_2021_05_06.

Do you see that?

A. No. I only see the first page.

Q. Yeah. Just the attachments field on the first page at the top refers to a file name.

Do you see that?

A. Yes.

Q. Okay. And Zhe Pei writes: Hi Suzanne. Here is the list of the index for all CSF samples. Because the experiment is double blind, the result will use sample index only and the original numbers are listed in the table attached. Please feel free to let me know if you have any questions.

Do you see that?

DR. H. YAN

A. Who is this Suzanne? I don't know this person.

Q. Okay. I'm just asking you if you see Zhe's email?

A. Yeah, yes.

Q. And Dr. Pei was the postdoc in your lab at the time, right?

A. Correct.

MR. KUMAGAI: Okay. I'll introduce as Exhibit 227 the attachment to Exhibit 226, which is Bates stamped CASSAVA_000552729.

(Whereupon, Excel Spreadsheet, Bates CASSAVA_000552729 was marked as Exhibit 227 for identification as of this date.)

Q. And the first page says document produced in native format because it was an Excel spreadsheet.

A. Okay.

Q. And pages that follow are just a PDF conversion of the native Excel file which I can represent.

Do you recognize this

attachment?

A. No. I never seen this attachment ever.

Q. It appears to be the decoding index for samples in the open-label study?

A. Okay.

MS. BEIDEL: Objection.

MR. CAMPBELL: Object to form.

A. Okay.

Q. And I believe you testified a moment ago that nobody in your lab would have had any information like a decoding index for the Phase 2 six-month open-label study, right?

A. That's what I believe, yes. And this could be the -- these could be the sample we been send it to someone else, and she got the decoding information after the, our beta was giving to Lindsay, Lindsay Burns and she received that -- this before we send out the samples.

Q. Can you think of any reason why that would be the case, why your postdoc would have the decoding index after you've

DR. H. YAN

sent the samples?

MR. CAMPBELL: Object to form.

A. I don't. When the experiment is done, we don't have any more -- we don't have any more experiment to perform, and I don't know why she get these -- I never seen this, the information.

Q. Have you completed your analysis for the Phase 2 open-label six-month study as of May 6th, 2021?

MR. CAMPBELL: Object to form.

A. Yeah. I think that the -- that was done in June, the -- before then, it would be way before and six months after the -- the study, which should be done in 2020, late 2020, so that's way beyond.

(Reporter clarification.)

That would be the older study done already.

Q. Did anyone at Cassava ever ask you whether you had information that could have unblinded you as to time point on the Phase 2 open-label study?

A. No.

DR. H. YAN

MR. CAMPBELL: Object to form.

Q. Did anyone at the law firm Benesch ever ask you?

A. No.

Q. I think I've asked this already but just to be clear, do you recall having any discussions with anyone at Cassava about any tweets or social media posts by Dr. Heilbut, Dr. Brodkin, or Dr. Milioris?

A. No.

Q. Do you recall having any discussions with anyone at the law firm Benesch about any tweets or social media posts about Dr. Heilbut, Dr. Brodkin, or Dr. Milioris?

A. No.

Q. Did you ever form an opinion as to our client's motives in making any statements about Cassava or Simufilam?

MR. CAMPBELL: Object to form.

A. No. I don't know them, and I don't know what their motive, and I have never seen this, whatever they post.

Q. You've never had any

DR. H. YAN

discussions with anyone at Cassava or anyone else about any statements or posts or publications by Dr. Heilbut, Dr. Brodkin, or Dr. Milioris?

A. No.

Q. Okay. Around March of 2022, the journal PLOS One retracted, I believe, five of your research papers. Is that right?

A. Yes.

Q. After -- well, strike that.

What was your reaction to learning about the retractions?

A. It's unfair because I answer all the questions and they would not -- they, it doesn't -- it doesn't -- it is not in line with the reason to retract my paper and I found it unfair.

Q. After PLOS One announced that it was retracting five of your papers, did anyone at Cassava ask you any questions about the reliability of any of your research?

A. No.

DR. H. YAN

MR. CAMPBELL: Object to form.

A. They know -- they had seen what I send them, and -- and there's no discussion. And --

Q. After PLOS One announced the retractions, did anyone at Cassava ask you any questions about the integrity of your research?

A. No.

MR. CAMPBELL: Object to form.

A. And, no, I never manipulate any data so why should be any surprise. And I answer all the questions. That's what -- as they request.

Q. As PLOS One requested?

A. Absolutely.

Q. Did anyone at -- I'm sorry, go ahead.

A. I answer all the question fully. Not one run did, I think they had two runs about the -- of a question and I answer them fully.

Q. After PLOS One announced that it was retracting five of your papers, did

DR. H. YAN

anyone at Cassava say anything to you to suggest that they might be reconsidering whether any allegations in the citizen's petition or any anyone else against you might be true?

MR. CAMPBELL: Object to form.

A. No. They know it's not true.

Q. How do they know it's not true? What do you mean by that?

A. Because they know what I produce and I send them the data and I can explain -- I can explain every bit about their question --

(Reporter clarification.)

A. Every question they pose.

MS. BEIDEL: He said every bit of their question.

A. Yeah. Every data, every -- the question they have in the citizen's petition.

Q. Do you recall an article published by The New York Times around April of 2022 about the science underlying Simufilam?

DR. H. YAN

A. I read it, yeah.

Q. What do you recall about that article?

A. He had all the question about why I -- what the data -- they had just said the question about the experiments.

Q. Do you recall having any -- sorry.

A. No, go ahead.

Q. Do you recall having any discussions with anyone at Cassava about The New York Times article published around April 2022?

A. I don't have a discussion with anyone about the article, but the -- the -- there's no discussions.

Q. Okay. I'll show you a document previously marked as Exhibit 86. It will pop up at the top of your list.

A. Okay. Let me refresh. The top, yes.

Q. Okay. Exhibit 86 has the title, "Scientists Question Data Behind An Experimental Alzheimer's Drug" from the New

DR. H. YAN

York Times published April 18th, 2022. Do you see that?

A. Yeah. Give me a second. I need to enlarge it. Yes.

Q. Is this the same article we were discussing a moment ago?

A. Yes.

Q. Okay. If you scroll down to the second page, five paragraphs down, there's a paragraph that begins: The New York Times contacted nine prominent --

Do you see that?

A. Yes.

Q. Okay. So The New York Times article says, "The New York Times contacted nine prominent experts for comment about the scientific underpinnings of Cassava's trials. All said they did not trust the company's methods, results, or even the premise underlying the drug's supposed effectiveness.

Do you see that?

A. Yes.

Q. Did that raise any concerns in

DR. H. YAN

your mind?

A. No.

Q. Why not?

A. I run the experiment truthfully.

Q. After the -- sorry.

A. Anyone can have an opinion about it, but the -- they don't know the whole -- this prominent expert would have -- they want opinion, that's fine, but what would I be concerned? Because the expert would -- who are these experts and it just -- I stand by my data. I run the experiment properly and report the data properly and that's what it is.

Q. Did anyone at Cassava ask you any questions about anything reported in The New York Times article?

A. No.

MR. CAMPBELL: Object to form.

Q. Do you see the next paragraph, refers to Dr. Roger Nicoll?

A. Yes.

Q. Do you know Dr. Nicoll?

DR. H. YAN

A. I heard Dr. Nicoll, Nobel Prize Laureate.

Q. And what is your opinion about Dr. Nicoll, if any?

A. He can have his own opinion, but the -- again, I run the experiment properly. I did the, report it properly, and it's -- it's his opinion.

Q. Did anyone at Cassava ever ask you any questions about opinions offered by other experts in Alzheimer's research?

MR. CAMPBELL: Object to form.

A. No. What other expert?

Q. After the New York Times article was published, did anyone at Cassava say anything to you to suggest they might be reconsidering any allegations in the citizen's petition or other publications?

A. No.

Q. Are you aware that around November of 2022 Cassava filed a defamation lawsuit against the authors of citizen's petition, Dr. Pitt, Dr. Bredt, as well as

DR. H. YAN

our clients, Dr. Heilbut, Dr. Brodkin, and Dr. Milioris, as well as Quintessential Capital Management, or QCM?

A. Yes, I saw the press release, I believe.

Q. Do you recall whether you saw that press release around the time the press release was issued?

A. No. After a while, they do.

Q. And is that how you first became aware of the defamation lawsuit?

A. Yes.

Q. Do you have any sense as to approximately when that was?

A. I don't recall, but it's a while after the -- maybe months after the -- the defamation lawsuit.

Q. Okay. I can represent that the lawsuit was filed in November of 2022. So --

A. Must be the early 2023, few -- good couple months later.

Q. And how did you come across the press release at that time?

DR. H. YAN

A. I think some -- I don't remember who brought it up to me to show me.

Q. Was it someone at Cassava?

A. No. I don't think so. I don't remember who, whom.

Q. Do you recall any discussions with your wife about the defamation action?

A. I may have, but not -- nothing substantial. She's not interested in what I -- what I do, and, but she -- so I don't think that discussion -- maybe in the conversation we talk about it but that's about it.

Q. Are you aware that, in the days after the defamation action was filed in November 2022, your wife posted on Facebook about the defamation lawsuit?

A. I don't -- I never see -- I don't have a Facebook and so I don't know what she -- what she post. If she posted, then she -- she may already know but she -- she probably did not tell me.

Q. Okay. What was your reaction

DR. H. YAN

to learning about the defamation lawsuit?

A. I have no opinion. I mean, that's what they -- that's what Cassava says they say -- they -- I mean, I have no opinion because I -- I don't know any -- anything what they said before and so I have no opinion about --

Q. Have you ever heard of Quintessential Capital Management before?

A. No. Never heard it before. In fact, I probably -- the first time I heard this.

Q. Did you have any involvement at all in the defamation lawsuit?

A. No.

Q. Can you recall any communications with anyone at Cassava where any defamation claims were discussed?

A. I don't recall.

Q. Did you have any discussions with Dr. Burns about defamation claims?

A. If she had mentioned, just matter of fact, I don't recall -- I mean they just mention they're going to do that

DR. H. YAN

and things like that. I don't pay attention to any of this because it's -- it doesn't interest me at all.

Q. Just to be clear, do you specifically recall Dr. Burns mentioning the defamation lawsuit or defamation claims to you?

A. I don't recall. She may have, but I don't -- she may have. She may have mentioned it, but I don't recall. I don't pay attention to that kind of things. I have enough things to do.

Q. Have you ever seen any filings of any kind in the defamation lawsuit?

A. No.

Q. You haven't read the Complaint or any of the Complaints filed in that case?

A. No.

Q. Have you read any opinions from the Court that were issued in the defamation lawsuit?

A. No.

Q. So just to be clear, prior to

DR. H. YAN

today, has anyone ever asked you any questions about any of Cassava's allegations or claims in the defamation lawsuit?

A. No.

MR. CAMPBELL: Object to form.

Q. Have you ever had any communications of any kind with anyone from the law firm Benesch?

A. No.

Q. Does the name Eric Connolly sound familiar?

A. No. Never heard of him.

Q. Does the name Kate Watson Moss sound familiar?

A. No. Never heard of it.

Q. Do you have any understanding whatsoever of why Cassava filed the defamation lawsuit?

A. No.

Q. Did anyone ever convey to you why Cassava had filed the defamation lawsuit?

A. No.

DR. H. YAN

Q. Do you have any understanding of Cassava's purported bases for filing the defamation lawsuit?

MR. CAMPBELL: Object to form.

A. Could you repeat the question?

Q. Do you have any understanding of Cassava's bases for filing the defamation action?

A. No.

Q. Did anyone ever tell you Cassava's factual bases for filing the defamation action?

A. What is the factual basis?

Q. Did anyone ever tell you Cassava's -- strike that.

Did anyone ever tell you about any of Cassava's support for any defamation claims?

A. What's a support, support of -- I don't, no, I don't know what you -- what you actually mean.

Q. I think it's clear, because I believe you've testified that you haven't had conversations with anyone or

DR. H. YAN

communications with anyone about the defamation action, right?

A. Correct.

Q. Okay.

MR. KUMAGAI: Let's take a five-minute break.

THE WITNESS: Okay.

VIDEOGRAPHER: Counsel, the time is 2:43. We're off the record.

(Whereupon, a short recess was taken.)

VIDEOGRAPHER: Time is 2:54. We are on the record.

MR. KUMAGAI: Okay. I'll mark as Exhibit 228, a document Bates stamped CASSAVA_000725941.

(Whereupon, Excel Spreadsheet, Bates CASSAVA_000725941 was marked as Exhibit 228 for identification as of this date.)

MR. KUMAGAI: And this is the native version of the document. It's an Excel file. The file name, according to the metadata, is HYW

DR. H. YAN
CSF-2b pT181Tau Group 1-2-3-4-5 0 vs 28 report with Abeta42 ratio.
Q. Do you see Exhibit 228, Dr. Wang?
A. Yes.
Q. Do you recognize this document?
A. Yes.
Q. And what is it?
A. This says the CSF, the biomarker of PTU181 Tau of the entire group of the Phase 2b subjects.
Q. All five groups, do you mean?
A. All five, yes.
Q. And if you look at the date evaluated, timestamp on the general tab, it says June 9th, 2020, at 9:44?
A. Correct.
Q. Do you see that? Okay.
A. Yes.
Q. Okay. And Group 1 on the Raw_P_1 sheet, there's the map for Group 1 starting in Column D, Row 4 and then there's 12 numbers.
Do you see that?

DR. H. YAN

A. Yes.

Q. And then Group 2, it looks like starts at Column AE, is that right? Scroll to the right.

A. Yes.

Q. And did you follow your same general process that we talked about earlier with this ELISA, where you've got the numbers on the left and Column B --

A. Yes.

MR. KUMAGAI: We'll mark as Exhibit 229 a document.

(Whereupon, Excel Spreadsheet was marked as Exhibit 229 for identification as of this date.)

Q. Okay. Let me know when you see it, Dr. Wang.

A. 22 what? 9?

Q. 229?

A. Yes.

Q. Okay. So I can represent this is another document that we created. The first table at the top is a copy of the Group 1 data from the document we just

DR. H. YAN

looked at, Exhibit 228?
A. Correct.
Q. The second table is a copy of the data that we extracted from CUNY's production Volume 9 that CUNY made in response to Plaintiff's request for the contents of the database folder in Dr. Wang's computer.
A. Okay.
Q. Do you see that?
A. Yes.
Q. And the third table has a number of red digits.
Do you see those?
A. Yes.
Q. And I can represent that the red digits reflect digits that differ between the dataset extracted from the database folder and the dataset for Group 1 in Exhibit 228.
A. Okay.
Q. Do you see the red numbers?
A. Yes.
Q. And it appears as though the

DR. H. YAN

two least significant digits in most of the cells are the same as between the two sets of data.

Do you see that?

MR. CAMPBELL: Object to form.

A. What do you mean?

Q. If you look at the red digits and the black digits in the third table?

A. Yes.

Q. The least significant digits in each cell, so, for example, B306, do you see that? There's a .0406?

A. Yes.

Q. The 0 and the 4 are in red, which represent digits that are different and the 0 and 6 are in black, which represent digits that are the same in the two sets of data?

A. Right.

Q. Do you see that?

A. Yes.

Q. Do you have any understanding as to how any data autosave to the database folder from your ELISA plate reader machine

DR. H. YAN

might differ from data in the Excel spreadsheets you shared with Cassava?

MR. CAMPBELL: Object to form.

A. No. These ELISA plate was running, like, in successions so each plate would take about -- run through each process, like I said, probably take five hours. And each plate, the plate 1 and plate 2 and plate 3 and 4, 5, each of these plate will have ten minutes apart. Basically means that the -- I know the first plate that have 10 minutes' gap time, and I go to the second plate.

So when I -- when all of the plate process, you -- I go when the first plates read -- the plate reader is reading on the second plate, I just simply don't have the time to go -- change anything in such short period of time. Ten minutes is not enough with the way I have to take care of the plate 2, the plate 3, and plate 4, and plate 5. Just keep going. Just simply very high schedule --

Q. How long --

DR. H. YAN

(Simultaneous crosstalk.)

A. -- sample.

Q. Sorry. How long after you ran the plates would it typically take for you to then send the Excel sheets to Cassava?

A. The plate, generally sending next day if I can get to -- if I -- when I have the data, and then once I run the -- that's during -- when I run this is during the pandemic, then I'm the only one in the lab, and I extract that data and put it into the thumb drive and it go, transport all these things.

And the -- that's why it's important to show that the strip of that I copy from the machine and the one I transport into Excel, use it to catalog and each of them have a time -- time stamped, and that's why in between the plate -- so you can see that the plate 1, once you read the rest of the times, it takes shorter and shorter for me to get on these, each plate to read them.

Q. Okay. If you look at the

DR. H. YAN

fourth table, again, this is showing the delta or the difference between the, what we believe to be the corresponding datasets in --

A. Okay.

Q. Okay. And you can see it appears, most of the cells have additions or subtractions.

Do you see that?

A. Yeah. The number, change of subtraction is -- it's very low.

Q. And most of the changes are -- appear to be changes in round numbers.

Do you see that?

MR. CAMPBELL: Object to form.

A. Yeah, but -- so? I mean, given that I don't -- given in terms of time and on double-blind and blind to the subjects, these number doesn't mean anything to me. In fact, if you show me this, I don't know what exactly what are you talking about because this number changes which direction doesn't mean anything to me.

Q. Okay. If you look at Columns

DR. H. YAN

4, 5, and 6, Row A, do you see that?

A. Yes.

Q. There's a negative .03. Do you see that?

A. That looks like a normal distribution .03 and 1 and .13, this .7, .3 differences, what that mean to me?

Q. And if you look at B, B4, B5, B6, do you see those numbers?

A. Yes.

Q. Based on the plate map that we looked at earlier today, A4, A5, and A6 are -- would be from the same patient?

A. Yes.

Q. Time point, zero?

A. Yes.

Q. And B4, B5, B6 would be from that same patient, day 28, right?

A. Okay. But --

MR. CAMPBELL: Object to form.

A. If you -- okay. Even if -- assuming that the time of this is -- it's the Row A, 4, 5, 6 are the day 0, and the B is day 28 for this patient. I -- if I

DR. H. YAN

don't know whether that been treated by --
by drug, what would that matter?

Q. If you look at --

A. This patient could be placebo.

Q. Okay.

A. Or could be drug A, could be
being treated with drugs so --

Q. If you look at B4, B5, and B6?

A. Yes.

Q. Those numbers have been
adjusted downward relative to the
adjustments made to A4, 5, and 6, right?

MR. CAMPBELL: Object to form.

A. I -- there's no adjustment.
It's just what I read it from -- from
the -- from the strip.

Q. Okay. If you look at --

A. Transport it to.

Q. If you look at cells D4, 5 and
6?

A. Yes.

Q. Those numbers have been either
left alone or increased.

Do you see that?

DR. H. YAN

A. "Left alone," what do you mean?

Q. They remain the same or they were increased.

A. Again, I don't have a -- I do not adjust any of them because I don't know any of these subject or who are they and what are they.

Q. Okay.

A. So what does that mean? What's that mean that, adjust? Nothing has been adjust. I directly copy from the strip and transport to this.

Q. And C4, 5 and 6, the numbers according to this chart are higher. Do you see that?

A. So what?

Q. And the -- according to this chart, the changes to C4, 5 and 6, relative to D4, 5 and 6, do you see that? C4, 5 and 6 have higher adjustments. They've been adjusted to go up relative to D4, 5 and 6.

A. This one, it looks like --

MR. CAMPBELL: Object to form.

A. -- like outlier. And, again,

there's no adjustment. There's no -- nothing been adjust. I just copy from the strip.

Q. Okay. If you compare E4, 5 and 6 to F4, 5 and 6, the relative change to F4, 5 and 6 is to make the numbers go down relative to E4, 5, and 6?

MR. CAMPBELL: Object to form.

A. Again, no adjustment. And if I don't know the subjects' identity, whether they have a drug treatment or it's a placebo or which dose of a drugs treated, makes no difference. As it -- I'm not going to change anything because I don't -- if I don't know the identity of the, or the grouping of the patient, how could I do any adjustment?

There's no adjustment. There's no change. I just simply copy from that and calculate from what I have. Besides this number, this number does not reflect the actual concentration because the actual concentration is in log scale. Once you do the linear regression, the number could be

DR. H. YAN

totally different.

Q. Did anyone at Cassava ever ask to review any database files from any ELISA test you conducted as part of the Phase 2b study?

A. No.

MR. CAMPBELL: Object to form.

A. That's --

MS. BEIDEL: Counsel, we did this exercise before lunch. I sat here patiently. We're doing -- this is the exact same thing. You have these numbers. You can use them for whatever admissible purposes you want. You have his answers. Can we just move on?

MR. KUMAGAI: Okay. We can move to the next document.

I'll mark as Exhibit 230 a document Bates stamped CASSAVA_000741465.

(Whereupon, Excel Spreadsheet, Bates CASSAVA_000741465 was marked as Exhibit 230 for identification as of

this date.)

A. I don't see it.

Q. You may need to refresh. I can represent that the file name for this document is CSF TREM2 04 study plate --

A. Yes.

Q. -- 1 and plate 2, 0 vs six-month report.

MS. BEIDEL: Are there going to be any questions about this set of documents that are different from any of the others, because you have the answers that apply to all of this. You have your represented documents. You have his responses and what he did and didn't do. This is just time wasting and harassing him.

MR. KUMAGAI: Counsel, you can make whatever objections you would like. I'm going to ask the questions and try to get through this as quickly as possible.

MS. BEIDEL: I'm not having him sit here for one minute longer than

DR. H. YAN

seven hours, just so you know. So if you want to waste it on this nonsense, waste it.

MR. KUMAGAI: Understood.

Q. Do you recognize Exhibit 230, Dr. Wang?

A. Yes.

Q. And what is this document?

A. Appears to be TREM2 04 -- I don't even know what that means, plate 1 and plate 2, 0 vs six months, based zero -- I guess zero means baseline before the treatment and six months' extension study report.

Q. Okay. And did you run ELISA tests for the six-month open-label study?

A. Yes.

Q. And is that what we're looking at in Exhibit 230?

A. Yes.

Q. And based on the Excel, it looks like -- did you follow the same general process for the ELISA as the other ELISA tests we discussed today with the

DR. H. YAN

numbers in Columns A and B and then converted into a map form --

A. Yes.

Q. From B to P?

A. Yes.

MR. KUMAGAI: I'll mark a document, Exhibit 231.

(Whereupon, Excel Spreadsheet was marked as Exhibit 231 for identification as of this date.)

Q. Okay. I can represent this is another document that we created to compare what we believe to be corresponding datasets including -- well, this document is comparing the dataset in the prior Exhibit 230 with what we believe to be the corresponding dataset from the database folder that CUNY produced as part of production 9 in response to Plaintiff's request.

A. Yes.

Q. Dr. Wang do you see, again, there's four tables?

A. Yes.

DR. H. YAN

Q. And the first table is a copy of the data in Exhibit 230 and the second table is a copy of the data from the database folder.

MR. CAMPBELL: I'm going to object to form and just to interpose, this is just counsel's representation, correct? You're not asking him to make any comparisons. He hasn't seen the other document that you received from CUNY. You haven't introduced it into evidence. You're just making representations here.

MR. KUMAGAI: Yes. Thank you, Scott.

Q. The third table --

A. Yes.

Q. Again, you do see that?

A. Yes.

Q. Again, here the red digits represent digits that are different as between the dataset in Exhibit 230 and the dataset that we extracted from the database

DR. H. YAN

folder.

Do you see the red digits?

A. Yes.

MR. CAMPBELL: Object to form.

Q. And, again, it appears as though a lot of round numbers have been changed.

Do you have any explanation or understanding as to how the data may be different --

A. No.

Q. -- between the dataset that you reported to Cassava and the dataset on the database folder?

A. No.

MR. CAMPBELL: Object to form.

A. Again, that was the strip I received. I copy from it. I transport into it, and I calculate accordingly. I send it to Cassava, and they do the grouping.

Q. Okay. If you look at the fourth table?

A. Yes.

DR. H. YAN

Q. This, again, is a table we created to represent the delta or the difference between the two datasets?

A. Yes.

Q. You see Table 4?

A. Yes.

Q. If you look at A4, A5, and A6, and compare them to B4, B5, and B6?

A. Mm-hmm, yes.

Q. Do you see that?

A. Yes.

Q. A4, A5, and A6 have higher values relative to B4, B5, and B6?

A. Yes.

MR. CAMPBELL: Object to form.

Q. C4, C5, and C6 have higher adjustments, according to this chart, as compared to D4, D5, and D6. Do you see that?

A. Yes.

MR. CAMPBELL: Object to form.

Q. E4, E5, E6, same thing relative to F4, F5, and F6.

Do you see that?

DR. H. YAN

MR. CAMPBELL: Object to form.

A. Yes.

Q. G4, G5, G6, same thing relative to H4, H5, and H6?

A. Yes.

MR. CAMPBELL: Object to form.

Q. And then if you look at Columns 10, 11, and 12, it's the same pattern?

A. Yes.

Q. And adjustments to A10, A11, and A12, relative to B10, B11 and 12, the adjustments to the top row are, increase as relative to the adjustments in the second row?

A. Increased --

MR. CAMPBELL: Object to form.

A. You mean the higher?

Q. Yes.

A. Okay. How about the 7 and 8 and 9, the Row G and Row H?

Q. In all of 7, 8, and 9, the pattern is flipped. So the adjustments to 7B --

A. There's no --

DR. H. YAN

(Simultaneous crosstalk.)

Q. -- 8B and 8, 9 relative to 7A, 8A, and 9A, it follows the same pattern except it's reversed. Do you have any understanding of how that could have happened?

MR. CAMPBELL: Object to form.

A. The only -- the only explanation is these are the -- these are the -- a different subject and maybe have the different treatment effect or -- but I don't know. It's the same thing. I copy from that. I don't know the identity of them. I just recall exactly what I get, and you -- what you see is a number over here to the changes, the level of changes does not reflect the actual concentration.

After linear regression, the curve, it depends -- the curve change, the slope of the curve. You -- the level changes will be very different so that the -- there's no adjustment whatsoever. There's nothing been changed. It's just copy, transport, and report it. And the

DR. H. YAN

grouping, it's what Cassava do. I don't -- I don't do grouping. I just record it.

Q. The linear regression depends on the values that are output from the ELISA test, though, right?

A. No. The linear regression is, depend on the extent of curve, Column 1 and 2.

Q. Have you ever altered any of the raw data from any ELISA experiment --

A. Never.

Q. -- that you conducted from Cassava?

A. Never. Again, you don't know the identity of a subject. You don't know whether they are -- the grouping of a subject, how can I change anything?

Q. Has anyone at Cassava ever asked to compare any data from the plate reader database with any data that you reported to them?

A. No.

MR. CAMPBELL: Object to form.

A. Because I send them what the

DR. H. YAN

reading, the strip from -- I always send them the strip from the -- I copy from the machine and the calculate. They can see they are identical. So why should they have any questions?

Q. What do you mean the strip from the machine?

A. The strip from the machine that they -- in each Excel strip, they -- I give them -- you can see the --

Q. The A and B columns?

A. A and B columns, and for each one, they have the entire plate reader generated. And he put the general, that's what he showed me, right, the general, that's what I send. Hit the general, you see the time and then you see the -- you see the number generated and that's only form I can read and I can transport it.

Q. Has anyone asked -- at Cassava ever asked you to regenerate any Excel strip from any of your ELISA tests?

A. I can send them the --

MR. CAMPBELL: Object to form.

DR. H. YAN

A. I send them the original strip I copy from machine and they -- if they have any doubt these are timestamp and what I send and would be exactly what match what they -- what the -- in the report, they need to do the analysis.

Q. Has anyone at Cassava ever asked you to reexport the raw data from any ELISA test?

A. No.

Q. You mentioned earlier today that the FDA had conducted -- and I'm paraphrasing, an inspection of your lab. Is that right?

A. Yes.

Q. Approximately when was that?

A. I don't recall. I know it's somewhere in September.

Q. Around September of 2022. Does that sound right?

A. Sounds right.

Q. And the FDA issued a Form 483 as a result of its inspection of your lab. Is that correct?

DR. H. YAN

A. Correct.

Q. What do you recall, if anything, about the FDA's inspection?

A. They look at the ELISA, they had mentioned that the ELISA date, they had some -- the calculation mistakes and they identify the few calculation mistakes. That's the -- because when you -- when I do a calculation and you use the Excel, you have -- sometimes you have a syntax error and you put different -- you put comma instead of a semicolon, it would -- it would not calculate exactly the same way. So it would not calculate that accurately.

They identify, I think, five or six or maybe more. A few small number of the calculation mistakes and asks me to -- because I don't know the grouping so I have to send it to Cassava to identify these and then do the recalculations, and they also mention that the other non-linear fit would be -- probably would generate slightly -- the -- make the data fit better so that the -- that type of four-point fit can only

DR. H. YAN

be generated by using the newer version, the newest version of the GraphPad.

And I don't have the software, so the Cassava had someone to -- to rerun the regressions, the four-point regressions. And the data come out actually better than the -- using -- simply using the linear regression I use.

Actually, did not change the quality of -- did not change the grouping or -- and -- or have any subjects. The -- would be the treatment and didn't seem to respond. So, yeah. In any case, it did not change anything. If any, the data actually looked better.

Q. Prior to the FDA's inspection of your lab in September 2022, had your lab ever been inspected or audited by any regulatory agency?

A. We have the -- we have inspection, regular inspection of the safety and all of many different things and -- but I don't recall. The school had inspected some in the -- for this -- for

DR. H. YAN

the safety and then the -- the --

Q. Were you -- were you there at the lab when the FDA conducted its inspection?

A. Yes. I have to be present.

Q. Did they -- did the FDA tell you why they were conducting the inspection?

A. No. They -- they said they have to -- they -- it's related to Simufilam filing.

Q. "Related to Simufilam filing," what do you mean by that?

A. That's -- they just told me it's related to Simufilam, the clinical trial for Simufilam.

Q. Okay. After the FDA conducted its inspection, did you come to learn any more details as to why the FDA had conducted the inspection?

A. No. I just respond to whatever the -- they request response in terms of -- in terms of certification of fill out order certification and the -- for that and

DR. H. YAN

include the data correction they want.

(Reporter clarification.)

Did the calculation errors they want to correct.

Q. Have you ever reviewed the Form 483 that the FDA issued?

A. Yes. I -- I reviewed them with Laura and Mike.

Q. Laura Rodriguez and Mike Marsman?

A. Yes.

Q. Aside from Ms. Rodriguez and Dr. Marsman, did you discuss the Form 483 with anyone else at Cassava?

A. No.

Q. Did you have any discussions about the FDA inspection with anyone else at Cassava?

A. Outside of Cassava?

Q. Sorry. Let me rephrase. No.

Did you have any discussions about the FDA inspection with anyone else at Cassava?

A. Outside of Cassava? No. But

DR. H. YAN

the -- the school include the dean and the -- and the president of City College all has to be informed and in the final meeting with FDA inspectors.

Q. Do you recall having any communications with Dr. Burns about the FDA inspection?

A. I don't recall.

Q. Do you believe that you would have had communications with her?

A. I may have, and the -- regarding the -- they come to inspect the -- when they come to inspect and they will turn away by City College, the presidents, the counsel, and I -- I would -- I did not know they come to -- come to inspect and then the -- I learn that.

And so I inform -- I may have informed Dr. Burns about the FDA come to inspect or someone else informed and we may have a communication that the -- about FDA inspection. Before they even come to my lab.

DR. H. YAN

Q. Are you aware that in November of 2022, after the FDA's inspection of your lab, the FDA instructed Cassava to remove the Phase 2b CSF data from Cassava's investigator's brochure because the FDA was unable to verify the data?

A. No. I wasn't informed about the removal of it.

Q. Do you believe the CSF data that you generated from the Phase 2b study can be verified?

A. Yes.

Q. How?

A. If you still have a sample, I would believe that the data would be -- can be verified.

Q. And does your -- do you still have the samples?

A. No. The sample was -- the original, original sample was already very tight so we exhaust every single drop of sample, what we get.

Q. So if there was no samples left, how could you verify the CSF data

DR. H. YAN

from the Phase 2b study?

A. Obviously, I cannot. I'm saying what I said was if the sample still exists, then it should be able to verify. But CSF sample, just like any sample, it could deteriorated in the storage so the storage affect, if you don't know the storage affect, and they may -- if the sample still available, I believe that these data could be verified but we don't, so --

Q. In your answer, did you say obviously I can or obviously I cannot?

A. I cannot because I don't have any more samples.

Q. So just to be clear, was it the case that after you conducted the Phase 2b analysis, there was no longer enough samples left to be able to rerun or verify the CSF data that you generated?

A. Yes.

MR. CAMPBELL: Object to form.

A. That's the case. You -- we separate the -- we -- the aliquot.

DR. H. YAN

MR. KUMAGAI: A-L-I-Q-U-O-T.

A. You aliquot the samples enough for each assay. Whatever the residual in the tube when you throw them out, they cannot be used. We never use the sample. So there's no sample left, none at all.

Q. From your perspective, did the FDA inspection of your lab in September of 2022 appear to cause anyone at Cassava to doubt the reliability of any of your data?

A. No.

MR. CAMPBELL: Object to form.

Q. After the FDA inspection, did anyone at Cassava express any concerns to you about the integrity of your data?

A. No.

Q. Did anyone at Cassava give you the impression that they were seriously concerned about the FDA inspection?

MR. CAMPBELL: Object to form.

A. No. If they have any doubt, why would they go ahead to Phase 3?

MR. KUMAGAI: Okay. Let's take a five-minute break.

DR. H. YAN

VIDEOGRAPHER: Counsel, the time is 3:38. We are off the record.

(Whereupon, a short recess was taken.)

VIDEOGRAPHER: Time is 3:52. We are on the record.

BY MR. KUMAGAI:

Q. Dr. Wang, do you recall attending the Securities and Exchange Commission's offices for depositions?

A. Yes.

Q. Okay. And approximately how many depositions did you provide?

A. I think two.

MR. KUMAGAI: Okay. I'll mark Exhibit 232.

(Whereupon, August 22, 2023 Securities and Exchange transcript testimony of Hoau-Yan Wang was marked as Exhibit 232 for identification as of this date.)

MR. KUMAGAI: And Exhibit 235 -- 233, excuse me.

(Whereupon, March 20, 2024

DR. H. YAN

Securities and Exchange transcript testimony of Hoau-Yan Wang was marked as Exhibit 233 for identification as of this date.)

A. I don't see it.

Q. You might need to refresh.

A. 233? Yes.

Q. Can you start with 232, please.

A. 232, okay.

Q. And it says: In the United States Securities and Exchange Commission, in the Matter of Cassava Sciences.

Do you see that?

A. Yes.

Q. And then witness Hoau-Yan Wang.

Do you see that?

A. Yes.

Q. And it says date, Tuesday August 22nd, 2023.

Do you see that?

A. Yes.

Q. Have you seen the transcript of your deposition --

A. No.

DR. H. YAN

Q. -- before?
A. No.
Q. Did you provide accurate and honest testimony to the SEC during your deposition on August 22nd, 2023?
A. Yes.
Q. Sitting here today, can you think of any testimony that you provided that was inaccurate or incomplete?
A. No.
Q. Okay. Can you open Exhibit 233?
A. Yes.
Q. Okay. It says at the top: The United States Securities and Exchange Commission in the matter of Cassava Sciences. Witness Hoau-Yan Wang.
Do you see that?
A. Yes.
Q. Date, Wednesday, March 20th, 2024.
Do you see that?
A. Yes.
Q. And as far as you can recall,

DR. H. YAN

is that when you attended the second deposition before the SEC?

A. Yes. In Philadelphia.

Q. As far as you -- strike that.

Did you provide honest and accurate testimony in that deposition?

A. Yes.

Q. And sitting here today, are you aware of any testimony you provided that was inaccurate or incomplete?

A. No.

MS. BEIDEL: Counsel, I'm sure you're aware that he was under criminal indictment at the time so he pled the Fifth in some instances. When you say "incomplete," certainly I would hope we can exclude that.

MR. KUMAGAI: That's a very fair qualification.

Q. Dr. Wang, let me just ask it again.

Sitting here today, are you aware of any testimony you provided that was inaccurate on March 20th, 2024?

DR. H. YAN

A. No.

Q. Okay. You can set that aside.

MR. KUMAGAI: I'll mark as Exhibit 234 another document.

(Whereupon, Wang-SEC Order Instituting Cease and Desist was marked as Exhibit 234 for identification as of this date.)

Q. Okay. It should be up now.

A. Need to refresh.

Q. You got it?

A. I just got it.

Q. At the top it says: United States of America, Before the Securities and Exchange Commission.

Do you see that?

A. Yes.

Q. In the caption on the left it says: In the Matter of Hoau-Yan Wang, Respondent.

Do you see that?

A. Yes.

Q. It says: Order instituting cease and desist proceedings pursuant to

DR. H. YAN

Section 8A of the Securities Act -- and it continues?
A. Yes.
Q. Do you see that?
A. Yes.
Q. Have you ever seen this document before?
A. No.
Q. Around September of 2024, the SEC ordered you to pay a fine of approximately $50,000; is that right?
A. Right.
Q. And did you ever review the order where that fine was levied?
MR. CAMPBELL: Object to form.
A. Can you state --
Q. I think you --
MS. BEIDEL: Maybe --
MR. KUMAGAI: Go ahead, Jen.
MS. BEIDEL: Maybe scroll through this, Dr. Wang. Maybe he thinks it's just this one page.
MR. KUMAGAI: Yeah.
MS. BEIDEL: Scroll through it

DR. H. YAN

and see if you recognize having seen it before.

A. Yes.

Q. Okay. You have seen this document before?

A. Yes.

Q. And you're aware that the SEC in this order described findings that the SEC had made as a result of its investigation. Is that right?

A. Yes.

MR. CAMPBELL: Object to form.

Q. Do you admit that any of the findings in this order are true?

A. No.

Q. Is there anything -- are any of the findings in this order findings that you concede sitting here today?

MR. CAMPBELL: Object to form.

A. No. What they said is not true.

Q. Okay. Can you scroll down to Paragraph 28?

A. 28, Page 28 or --

DR. H. YAN

Q. No, I'm sorry, Paragraph 28 on Page 6.

A. Page 6?

Q. Yes.

A. Yes.

Q. You see the numbered Paragraph 28?

A. Paragraph -- Page 6 and Paragraph 28. Page 6, yes.

Q. It says: The following scatter plots are representative of Dr. Wang's manipulation across each of the seven Phase 2b biomarkers tested in Round 2.

A. Yes.

Q. Do you see that?

A. Yes.

Q. It says: These scatter plots portray patient data in the placebo 50 milligram and 100 milligram groups for Total Tau and Phosphorylated Tau --

A. Yes.

Q. -- two neurodegeneration biomarkers. As seen below, the patients unblinded by Dr. Wang those marked by red

DR. H. YAN

diamonds move anomalously to the rest of the blinded subjects, those marked by blue dots. The plots also illustrate the two incorrectly identified patients.

Do you see that?

A. Yes.

Q. And have you seen this scatter plot before?

A. Yeah. They show it to me, yes.

Q. Are these accurate depictions of the results that you reported?

A. No.

MR. CAMPBELL: Object to form.

A. The -- what do you mean the accurate depiction?

Q. Do the scatter plots accurately plot the data that you reported for these two biomarkers?

MR. CAMPBELL: Object to form.

A. I cannot tell.

Q. Do you have any basis to dispute the accuracy of these scatter plots?

MR. CAMPBELL: Object to form.

A. How would I dispute without seeing the data? If you present that to me just data, you would -- I would assume that it was the -- that was the -- you pick it up from the data whether that's truthfully the plot what the data is -- where the data should be. It's -- I cannot tell because I don't -- I did not see the data side by with side me and compare it.

Q. Have you ever tried to verify whether the scatter plots here are accurate depictions of the data points?

A. No. But because it's -- it's hard to -- to do the scatter plot, the -- this way. And that -- that may not be the -- the right way to do it.

Q. Okay. If you look up at Paragraph 27, the paragraph before?

A. Paragraph 27.

Q. It says: For every biomarker that Dr. Wang tested in round 2, generally all patients showed improvements in biomarkers except for those patients who Dr. Wang had identified through his

DR. H. YAN

unblinding process as having taken the placebo.

Do you see that?

A. Yes.

Q. Have you done anything to check whether that is true?

MR. CAMPBELL: Object to form.

A. Done anything -- what do you mean by that?

Q. Do you acknowledge that Dr. Burns shared with you information that you could have used to partially unblind yourself as to some number of patients in the Phase 2b study?

MR. CAMPBELL: Object to form.

A. I could have, but I didn't. That's two different things.

Q. Right. Let's just take them one at a time. You do admit that Dr. Burns sent you an email with information that you could have used to unblind yourself to some number of patients in the Phase 2b study, right?

A. Right. But that's -- I was --

DR. H. YAN

when I read the email, it's -- it sent, I assume that was the data was -- who was from some other study so I did not pay -- I did not use it to do anything.

Q. Have you done anything to check whether -- strike that.

Do you still have access to the data from the Phase 2b study that is depicted in the or purportedly depicted in Paragraph 28?

MR. CAMPBELL: Object to form.

A. Access, you mean still have a copy of it?

Q. Yes.

A. I have it -- the data, I send it to Dr. Burns, as I told you, even if -- let's -- the, I send it -- I don't have a grouping data so I send it to Dr. Burns to group them. Even I have the original data what I sent it to Dr. Burns. Without the grouping data, I cannot plot this one, I cannot plot these scatter plot.

If I don't know the grouping, how do I know which one is the, what they

DR. H. YAN

said is correct or not. I don't know.

What they said, it's a small number of entire report, of our entire study subjects. And these subjects, I don't know the rest of them, how am I going to group what they said is correct or not? What SEC said? There's no way for me to plot that plot. That's why I did not bother to check.

MR. KUMAGAI: I'll mark as Exhibit 235 a document Bates stamped HEILBUT_00000454.

(Whereupon, Excel Spreadsheet, Bates HEILBUT_00000454 was marked as Exhibit 235 for identification as of this date.)

A. Hold on. I need to refresh. Which one?

Q. Exhibit 235.

A. Okay.

Q. And this was a document that was produced by you, Dr. Wang, through your counsel in this case.

Do you recognize Exhibit 235?

DR. H. YAN

MS. BEIDEL: Have anything formatting-wise happened to this? This isn't the format that I would necessarily recognize.

A. I don't recognize it, the things in the --

MR. KUMAGAI: Yeah. I think it's an Exhibit Share. The formatting in Exhibit Share looks a little bit different if you opened up an Excel on your computer, so let me open it on my computer and share my screen.

MS. BEIDEL: Okay.

MR. CAMPBELL: And just for the record, this is a document that was produced by Dr. Wang's counsel with the Heilbut Bates stamp. Is that right?

MR. KUMAGAI: Yes. I think if counsel -- I don't know if counsel has the downloading function but that might allow you to do it, see it differently.

DR. H. YAN

A. Yes.

Q. Do you see this, Dr. Wang?

A. Yes.

Q. And I can scroll however you would like me to so just let me know, but my first question is whether or not you recognize this document?

A. Okay. Yes.

Q. And what is it?

A. It appears to be the level of albumin in CSF. A-L-B-U-M-I-N, Albumin.

Q. And that was one of the biomarkers that you analyzed as part of the Phase 2b reanalysis. Is that right?

A. No, no. That's not the biomarker at all.

Q. All right.

A. I did not -- this is, it's just the residual, the residuals, the CSF sample which did not -- did not make the aliquot and he use it to, just for experimental purpose to see whether we can check albumin level in the CSF.

Q. And why was -- why were you

DR. H. YAN

doing that?

A. Because it was beneath -- the CSF, it's the -- is -- it's a barrier, okay? It's a shield, so shield from the blood, and albumin only mostly presence in the -- in the blood, in the plasma. So if the -- if it was shown that the Alzheimer patient had the more leaky brain, leaky barrier, so if you have a more leaky barrier, the more albumin can go into CSF, and if the drugs is, it's the -- can make the barrier more intact, then they should the CSF, the albumin would eventually, after the treatment, will eventually drop. So that reduction of albumin in CSF could be used as -- as indicator for the -- for --

Q. Okay.

A. -- to gauge the treatment effect.

Q. I believe Cassava described it as a secondary biomarker but we don't have to debate that point now.

A. No.

DR. H. YAN

Q. What -- in Column E, there are numbers 3, 3s and 2s and Xs.
Do you see that?
A. Yes.
Q. What do those represent?
A. I believe I -- 3, it's -- it's more of a, the high dose of treatment. And 2 probably the -- the lower dose of a treatment.
Q. And X?
A. X probably indicate as a placebo.
Q. And how -- did you input these numbers into Column E?
A. Yes. That's a hypothesis, yes.
Q. So how did you know which subjects were in which treatment group or an placebo?
A. I don't, but the -- the number of that with the highlights were high was compared to other biomarker I had done. So that the -- or if the -- if the other biomarker, they have probably another -- the ten biomarker was done, like, the A

beta and that, so that use it to -- to -- for -- to compare to this, I don't. This is just a hypothesis.

Q. And if you look at Columns T, U, and V, and W, you see there's ALB in T2. And then in U3, there's a red X. In V3, there's a red 2. And W3 there's a red three.

Do you see that?

A. Yes.

Q. What do these represent?

A. That's what -- I bring that -- the one I hypothesize was baseline into these color to see whether I can see the differences.

Q. And why were you doing that?

A. Experimental person, I like to see whether I -- I'm curious to see whether, that the drugs can improve the integrity of that, improve the integrity of the -- the blood brain barrier.

Q. At this point in time, and I can represent that the metadata on this document says that the last modified date

DR. H. YAN

is July 14th, 2020, at this point in time, were you unblinded as to any --

A. No.

Q. -- subjects in the Phase 2b study group?

A. Up to this day, I still don't know which one is which.

Q. So how do you explain the 3s, 2s and Xs?

A. That was my hypothesis.

Q. But wasn't your hypothesis that they represented the treatment groups?

MR. CAMPBELL: Object to form.

A. The hypothesis is based on that data and other biomarker, I hypothesized which one, it's more -- most likely to be in the treatment group. Whether that's correct or not, I don't -- I still don't know.

Q. But why would you hypothesize which sample was in which treatment group?

A. I'm always curious to want to know whether that the -- my hypothesis is correct and did -- whether that the

DR. H. YAN

grouping is correct. But I don't -- I don't know the grouping -- the grouping has -- it's done by Cassava's people and I don't -- I had no -- up to this date, I don't know whether my hypothesis is correct or not. Makes no differences to me whether my hypothesis is correct, how accurate I am, but the -- you'll be good to know, it's correct.

Q. What does the color, the shading colors in Column E, what do those represent? There's orange, blue, green, pink.

A. I don't know -- I don't recall why I put in different color and different -- but that's for me to identify. That could be the level of a competence. If I have 12, like, if I see the improvement in 10 out of 12, the 12, like, let's say I run 12 assays and if 10 of them showing to improvement, and then I would -- I would think that it's the -- it's -- it's the -- I will hypothesize this is the high dose treatment. Okay.

DR. H. YAN

And if I show 7 out of 10, out of 12, then I would think that will be -- there will be the lower dose of a treatment. If I see none or one or two, there is a level of changes. All the changes kind of not much differences and I will think that I will hypothesize that's placebo group.

Q. Okay. You can set that document aside.

After the citizen's petition came out, CUNY started an investigation into --

A. Yes.

Q. -- allegations of research misconduct, right?

A. Right.

Q. Do you have an understanding of what the CUNY investigation committee found?

A. What do you mean by that?

Q. Do you have an understanding of what the findings were from CUNY's investigation?

DR. H. YAN

A. They --

MR. CAMPBELL: Object to form.

A. -- never keep me informed. They never informed me formally. They -- and I just learned not too long ago that they cure every single -- the sent -- the scientific misconduct on this investigation.

Q. And is that understanding based on a March 2025 letter from the university?

A. May 30s.

Q. Sorry?

A. May something. I don't remember.

Q. May 2025?

A. May 2025, yes.

Q. And how did you become aware of that letter?

A. From Ms. Beidel.

Q. I don't want to ask about any conversations that you had with your counsel.

And approximately when did you retire from CUNY?

DR. H. YAN

A. Approximately or effectively?

Q. Well, let me just take a step back. Have you retired from your position at CUNY?

A. Yes. July 1st.

Q. Of 2025?

A. 2025, yes.

Q. And why did you retire?

A. I was intended to retire.

Q. Did your retirement have anything to do at all with the CUNY investigation into allegations of research misconduct?

A. No. I -- if I say, if I say completely unrelated, that's -- that may not be accurate; but the -- but mostly not -- that was my plan to -- after commute 25 years from Philadelphia to New York, I think it's, I done more than anyone ever have done in terms of commute.

So I am -- I'm in physically, mentally exhausted and I'm not going to -- I need some rest.

Q. Did anyone ask you to --

DR. H. YAN

A. Retire?

Q. -- retire?

A. No. Maybe my wife.

Q. Okay. Aside from your wife, no?

A. No.

MR. KUMAGAI: I'll mark as -- oh, sorry. Exhibit 236 document, Bates stamped CASSAVA_000541684.

(Whereupon, Email chain, Bates CASSAVA_000541684 was marked as Exhibit 236 for identification as of this date.)

MS. BEIDEL: Sorry, what number is it supposed to be? I don't think I have it.

MR. KUMAGAI: 236. It's just popping up now.

MS. BEIDEL: Okay. I got it.

A. To what? 236?

Q. Yes. Okay. And you see the top email is an email from you, Dr. Wang, on December 23rd, 2021.

A. December 23rd, 2021, yes.

DR. H. YAN

Q. Okay. And you say: Just sent. Thanks, Hoau.

Do you see that? Dr. Wang, do you see that in the body of the email from you to Dr. Burns?

A. Hold on.

MS. BEIDEL: It's like just under the colored box at the top.

A. Which page?

Q. Just under the first page. Are you in 236?

A. Yeah.

Q. You see the text --

A. "Just sent," yeah, yeah.

Q. Okay. And next -- in the header, next to the attachments field on the left, still on the first page, says: Wang exhibits.pdf, Dr. Wang, CUNY response.

Do you see that? Just underneath the subject line.

A. To whom?

Q. Underneath the subject line there's a reference to two files.

Do you see that?

DR. H. YAN

A. Which page?

Q. Okay. On the first page?

A. First page?

Q. Yeah. There's a "from" field, a "sent" field, a "to" field, a "subject" field, and then "attachments field," just on the top of the first page?

A. Okay.

Q. And you see it says: Wang exhibits.pdf; Dr. Wang CUNY response.pdf?

A. (No verbal response given.)

Q. Okay. Can you scroll to the third page?

A. Third page?

Q. Yeah.

A. Okay.

Q. There's a date at the top that says December 23rd, 2021?

A. Yes.

Q. To Vincent Boudreau, President. From Dr. Hoau-Yan Wang.

Do you see that?

A. Yes.

Q. And the subject line is:

DR. H. YAN

Response to CUNY's preliminary inquiry report?

A. In the Page 3?

Q. Yeah.

The bolded text?

A. Yes.

Q. And what is this document here?

A. This is from a CUNY preliminary -- I think this is a response to the Rosemarie Wesson sending the final -- the inquiry.

Q. Okay.

A. Preliminary inquiry to have some people in the City College to look through some of the -- the Complaint.

Q. Okay. And you write -- and this is a document you submitted to CUNY's president and the interim associate provost for research?

A. Yes.

Q. And research integrity officer?

A. Yes.

Q. Okay. You write: Thank you for providing me the opportunity to respond

DR. H. YAN

to the allegations raised in this preliminary inquiry report. The purpose of this response is to clarify the issues that you have raised and demonstrate that I did not engage in research misconduct or any other wrongdoing.

Do you see that?

A. Yes.

Q. And I can represent that this is an attachment to the email that we looked at at the beginning on Page 1 that you forwarded to Dr. Burns.

Why were you sending this document to Dr. Burns in December of 2021?

A. Just the -- just informed about the investigations.

Q. Did Dr. Burns provide you with any assistance in responding to allegations of research misconduct?

A. No.

Q. Is it your testimony Dr. Burns did not provide any help of any kind to you in responding to allegations of research misconduct?

DR. H. YAN

MR. CAMPBELL: Object to form.

A. I don't recall.

Q. Okay.

A. She had done anything, but the -- these -- in this was -- if anything that the -- my counsel, Ms. Beidel had gone through these documents.

Q. Had -- okay. If you go to the page ending 685?

A. Go to where?

Q. The page ending in 685 at the bottom, it's Page 2 at the letter.

A. Page 2? Yes.

Q. The top paragraph says: Pitt -- and then the next sentence begins: After filing the citizen's petition, both Bredt and Pitt admitted that they hold short positions in the stock of my industry collaborator, Cassava Sciences Inc. The petitioner short petition means that they can only profit if Cassava's stock price declines, which obviously provides an ample incentive to attack my research for Cassava.

DR. H. YAN

Do you see that?

A. In the page what? Two?

Q. Yeah. It's the top of the page after: Filing the citizen's petition?

A. Page 2, that's from Rosemarie --

Q. I'm just going to share my screen.

MS. BEIDEL: Page 2 of the letter, Hoau. It's Page 4 of his whole document.

A. Oh, Page 4, Page 4.

MR. KUMAGAI: I can share my screen here.

A. Okay.

Q. Okay. This is the sentence I was just reading. See that?

A. Hold on. Okay.

Q. Why did you mention the petitioner's short position in this response to CUNY?

A. Well, that's -- I mentioned this as the -- when that's already related to that the sum of these, the inquiry was

DR. H. YAN

coming out from citizen petitions.

Q. And what relevance, in your view, if any, did the petitioner's short positions have to whether or not their allegations of research misconduct were true?

A. Whether this is true or not, I -- the -- I -- I don't -- I don't think it's the truth and -- but these, the mention to this is -- go through the -- my counsel, the advice, so --

Q. I don't want to ask you to testify about communications with counsel.

But aside from communications with your counsel, do you have any understanding as to why the letter that you sent to CUNY calls attention to the petitioner's short positions?

A. The attention to petitioner just state that the citizen's petition have mention exactly the same -- the complaint to -- to what the response they request from CUNY.

Q. Okay. Now, if you go to the

next page, there's a discussion about Dr. Charles Spruck. Do you see that?

A. Yes. Sorry. Can you enlarge slightly? It's difficult for me to read. Okay. That's good. Thank you.

Q. Okay. It says: Similarly, an independent expert on western blots, Dr. Charles Spruck, has also examined and refuted the petitioner's allegations.

Do you see that?

A. Yes.

Q. How did you come to become aware of Dr. Spruck? How did you first encounter him?

A. I never encounter -- I never spoke to Dr. Spruck and I never communicated with Dr. Spruck. He was the -- he had published some -- a document about molecular biologists, the respond to citizen's petition.

Q. Dr. Burns put you in touch with Dr. Spruck. Is that right?

A. No. I don't -- I never spoke to Dr. Spruck directly or communicate with

DR. H. YAN

him through email or anything.

Q. Are you sure about that?

A. I'm not -- I don't -- I never seen this person. I never spoke to this person, but I -- I don't believe I have communicated with him directly through email.

Q. Are you aware that Dr. Spruck has invested in Cassava?

A. No.

Q. Did you ever ask Dr. Spruck whether he was an investor in Cassava?

A. No.

Q. Okay.

A. Never spoke to this person.

Q. If you scroll down the next page ending in 687?

A. Mm-hmm.

Q. There's Footnote 9 that says: My R&D activities with Cassava were conducted under the auspices of written collaboration agreements, approved, and signed by CUNY.

Do you see that?

DR. H. YAN

A. Yes.
Q. "Neither CUNY nor I have a financial interest in the outcome of the Simufilam. Some years ago I was granted an insignificant number of stock options in Cassava which I have not exercised."
Do you see that?
A. Yes.
Q. Was that true at the time?
A. At the time, yes.
Q. You were at the time aware that you were a participant in the company's cash bonus plan, right?
MR. CAMPBELL: Object to form.
A. That's when?
Q. We looked at a text exchange earlier today from August of 2021 with you and Dr. Burns, where she told you that you would get a substantial payout if Simufilam was approved or sold, right?
MR. CAMPBELL: Object to form.
A. Yeah. If that is approved, yes. But I don't remember that the -- that text message. Even that is -- I'm aware,

DR. H. YAN

I -- I'm -- I have that -- I just saw that the -- the text you show me, but that is -- that is, like, pie in the sky, right?

Q. Well, what did you mean by neither CUNY nor I have a financial interest in the outcome of Simufilam?

A. Because I don't have financial interest in Simufilam.

Q. What is your understanding of a financial interest?

A. Financial interest, that's, I can make lots of money. If I can make money out of it -- if I want to make money out of it, I cash my -- my stock option already, so --

Q. Well, and Dr. Burns told you in August 2021 that you could make a lot of money if the drug was approved or sold, right?

A. Yeah.

MR. CAMPBELL: Object to form.

A. That's the if. That's the -- that doesn't mean I -- that would -- that I would take it seriously. When that -- the

DR. H. YAN

drug is approved, then -- then that's -- that will be good, but that doesn't motivate me to do anything. I had no financial interest up to this point. And any -- at any point, I had no financial interest.

As you can see, I don't exercise any stock options or anything. I don't buy. If I have a financial interest, I would buy stocks and I would exercise my stock option. I don't.

Q. You did, at this time, also known your 143 shares of Cassava, right?

A. Still, yes. At that time, it was -- it was what? I don't remember how much that -- the 143 -- probably $6 or something. I don't remember how much it -- the stock worth. But the -- make no difference.

Q. You're aware that the magazine Science published a version of the CUNY report around October 2023?

A. You meant the one where it's not final version?

DR. H. YAN

Q. Well, the version that was published by Science, had the title final report, but it was unclear, I suppose, from the university's perspective as to whether it was the final report, but my question is just whether you're aware that Science magazine published a version of the CUNY report in October 2023, right?

A. Yes. When you put in the Science.

Q. After the CUNY report was published by Science magazine, did anyone at Cassava ask you any questions about the integrity of your research?

A. No.

MR. CAMPBELL: Object to form.

Q. After the CUNY report was published by Science, did anyone at Cassava ask you any questions about the integrity of your data?

A. No.

MR. CAMPBELL: Object to form.

Q. After the CUNY report that was published by Science magazine came out, did

DR. H. YAN

anyone at Cassava say anything to you to suggest they might be reconsidering any allegations of research misconduct against you?

MR. CAMPBELL: Object to form.

A. No.

MR. KUMAGAI: Okay. Let's take a last five-minute break.

VIDEOGRAPHER: Time is 4:40. We are off the record.

(Whereupon, a short recess was taken.)

VIDEOGRAPHER: Time is 4:49. We are on the record.

BY MR. KUMAGAI:

Q. Dr. Wang, has Cassava paid any of your legal fees?

A. Yes.

Q. All of them?

A. Yes.

MR. CAMPBELL: Object to form.

Q. Is Cassava paying for your representation today in this deposition?

A. I don't know.

DR. H. YAN

Q. Are you -- strike that.
Have you paid any legal expenses yourself related to this litigation?
MS. BEIDEL: Counsel, just -- there's a cap on fees after which he owes us, and I don't think he has a way to know whether we've hit that cap or not, so I just don't -- I don't know that you're asking him a question he knows the answer to.
MR. KUMAGAI: Okay.
Q. Sitting here today, Dr. Wang, have you paid any legal fees out of your own pocket for this litigation?
A. Which litigation?
MR. CAMPBELL: Object to form.
Q. This present case.
A. This case?
Q. Yes.
A. I don't know yet.
Q. Is it your understanding that Cassava paid for the legal fees associated with responding to the document Subpoena

DR. H. YAN

that the Plaintiffs in this case issued several months ago?

A. No. I don't have understanding of this.

Q. Did Cassava pay for your legal fees from the criminal trial that was dismissed?

A. Yes.

MR. CAMPBELL: Object to form.

Q. Did Cassava pay your legal fees incurred in connection with the SEC investigation?

A. Yes.

Q. Did Cassava pay your legal fees incurred in connection with the CUNY investigation?

A. CUNY investigation, yes.

Q. Have you had any communications with any lawyers for Cassava?

A. No.

Q. Have you ever had any communications with Mr. Gibson -- or excuse me, Mr. Campbell from the law firm Gibson Dunn?

DR. H. YAN

A. No. That's the first time I saw him. I see him for the first time.

Q. Today?

A. Yes.

Q. Have you ever had any communications with anyone from the law firm Orrick, O-R-R-I-C-K?

A. Orrick?

Q. Orrick.

A. Yes. I have the -- when I was the -- had a question by them for -- in the office.

MR. CAMPBELL: If you could just slow down and just answer yes or no to start, Dr. Wang, because we might get into privileged areas of the investigation.

A. Yes.

Q. Okay. So you were interviewed by lawyers from the law firm Orrick, right?

A. Yes.

Q. Approximately when was that?

A. I don't recall exact time.

Q. Approximately how many times

DR. H. YAN

were you interviewed by lawyers from the law firm Orrick?

A. Maybe twice or three times.

Q. And what did you discuss with the lawyers at Orrick?

MR. CAMPBELL: So I'm going to interpose a careful objection. Jen can come in here as well. There is an investigatory privilege for Cassava's work in its internal investigation. There's also a joint defense privilege between Cassava and Dr. Wang that relates to any investigations that were ongoing at the time when Orrick was defending the company and its efforts to represent the company on that behalf in parallel with Ms. Beidel's efforts to represent Dr. Wang.

So to the extent any of these interviews relate in any way to that point defense, that's privileged and I would instruct you not to answer.

MS. BEIDEL: Agreed. My

DR. H. YAN

understanding was that at the time you were participating in those interviews they were within the scope of the joint defense so I would also instruct him not to answer.

MR. KUMAGAI: Okay.

Q. So just to be clear, Dr. Wang, can you describe the substance of your interviews with Orrick?

A. No.

MR. CAMPBELL: Objection. Go ahead.

Q. And you can't because of the instruction -- the privilege instruction that you just received from Mr. Campbell and Ms. Beidel; is that right?

A. Yes, correct.

MR. KUMAGAI: Scott, are you invoking the joint defense privilege as to the SEC investigation?

MR. CAMPBELL: There was a joint defense privilege as to the SEC investigation. I don't think the interviews were specific to one

DR. H. YAN

investigation. There were several ongoing at the time, so we would be invoking the privilege as to all relevant investigations and litigations.

MR. KUMAGAI: And is it -- are you invoking the joint defense privilege as to the defamation action, Scott?

MR. CAMPBELL: He's not a defendant in the defamation action.

MS. BEIDEL: He's never talked to any counsel but me about the defamation action, I believe. So I'm not sure joint defense is relevant to the defamation action.

MR. CAMPBELL: I think he testified he never talked to anyone at Benesch, so that's a separate issue from what he was talking about, which was communications with counsel at Orrick.

Q. This is for you now, Dr. Wang.

Have you ever had any

DR. H. YAN

communications with an individual named Christopher Cook at Cassava?

A. Couple times.

Q. Can you describe the substance of those communications?

A. Communications --

MS. BEIDEL: One second.

MR. CAMPBELL: Just a second, Dr. Wang. So this would be within the same parameters, so Chris Cook is counsel for Cassava so --

THE WITNESS: Okay.

MR. CAMPBELL: So understand any of those conversations would relate to a joint defense between Cassava and yourself, those would be privileged and I would instruct you not to answer.

THE WITNESS: Okay.

MS. BEIDEL: Same instruction.

Q. Okay. So, Dr. Wang, having heard that instruction, can you tell me anything about the substance of any communications you had with Christopher

DR. H. YAN

Cook?

A. No.

Q. And is that because of the privilege instructions that you just received from Mr. Campbell and Ms. Beidel?

A. Yes.

Q. Dr. Wang, are you familiar with a paper that was published in 2020 by Dr. Angelique Bordey in the Journal Of Science Translational Medicine?

A. Yes.

Q. Have you ever met or had any communications with Dr. Bordey?

A. No.

Q. What is your --

A. Communication with -- not -- I had the conversation with the email with which doesn't -- long time ago. Nothing to do with the Cassava.

Q. Okay.

A. At the time the -- she was asking me some question about the, a cell study, nothing to do with Cassava at all. Way before that.

DR. H. YAN

Q. And what is your understanding, if any, as to what the paper published by Dr. Bordey around 2020 and the Journal of Science Translational Medicine reported finding?

A. In terms of finding or in terms of what are you asking?

Q. Have you read that paper by Dr. Bordey?

A. Yes.

Q. From your perspective, does the 2020 paper by Dr. Bordey confirm anything about Simufilam's mechanism of action in Alzheimer's disease?

MR. CAMPBELL: Object to form.

A. You confirm that the -- you confirm a mechanism of actions and it confirmed that the Filamin A and the -- and Simufilam is related because you in that -- in TSC cases, there is mutation of Filamin A and the -- and Simufilam can reduce the senior activity because it interact with the Filamin A, so that confirmed that the Simufilam, the

DR. H. YAN

interrelationship between Simufilam and Filamin A.

Q. Did Dr. Bordey's study have anything to do with Alzheimer's disease?

MR. CAMPBELL: Object to form.

A. No. It's a different disease.

Q. Did Dr. Bordey's 2020 paper claim to confirm that Simufilam binds to Filamin A?

A. It's only -- the confirm, it's support, whether the -- the confirm it's the -- it support you change the Filamin A and Filamin A had the -- have expression. That went back to what you -- what you said in earlier, that Filamin A genetic modification, or in this case is the TSC and the Filamin A, it's the -- had the topic expression.

The -- but Simufilam can reduce a senior activities indicating that Filamin A changes, its alteration, it's involved and that can be corrected by Simufilam to support the interaction between Simufilam and Filamin A. That's

DR. H. YAN

all it is.

Q. But the paper doesn't purport to confirm that Simufilam binds to Filamin A, right?

A. It does not have to confirm. It -- that's not the purpose of the paper. The purpose of that paper asks the question whether Simufilam can reduce a senior activity due to Filamin A, the unknown abnormalities.

That's what the paper talk about. So that's not objective of the paper. The paper, it's simply state that if the Filamin A is abnormal, you put the Simufilam in and the abnormality of Filamin A causes seizure, they use -- they simply ask the question if you give the Simufilam the only drug, only agents that the moment seems to be able to reduce Filamin A abnormality, and they ask the question whether Simufilam can reduce the senior activity. That's what the objective, and they achieved that objective.

DR. H. YAN

Q. Right. So the objective wasn't to try to show that Simufilam binds to Filamin A?

A. No.

MR. KUMAGAI: I have marked as Exhibit 237, a document with the Bates stamp NACHTRAB_02935.

(Whereupon, Text messages, Bates NACHTRAB_02935 was marked as Exhibit 237 for identification as of this date.)

Q. It should appear in a moment, but my first question is whether you know or how you came to know Matthew Nachtrab?

A. He had communicated with me, but the -- occasionally, not to -- not too often, but occasionally he communicated with me and but -- yeah.

Q. Do you recognize Exhibit 237 as a series of text messages exchanged between you and Matthew Nachtrab?

A. Yes.

Q. Okay.

A. Yes.

DR. H. YAN

MR. KUMAGAI: Okay. I'll mark as Exhibit 238 a document Bates stamped NACHTRAB_02845.

(Whereupon, Text messages, Bates NACHTRAB_02845 was marked as Exhibit 238 for identification as of this date.)

Q. Let me know when you see that.

A. Which one?

Q. 238.

A. Okay.

Q. Do you recognize this 238 as another series of text messages you exchanged with Mr. Nachtrab?

A. Yes.

Q. You can set that aside.

(Whereupon, Text messages, Bates NACHTRAB_02891 was marked as Exhibit 239 for identification as of this date.)

MR. KUMAGAI: I've marked as Exhibit 239 a document Bates stamped NACHTRAB_02891.

Q. And, again, I just want to ask

DR. H. YAN

you if you recognize this document, 239 as a series of text messages you exchanged with Mr. Nachtrab?

A. Yes.

Q. Okay. I just want to talk a bit about your process for conducting western blot experiments.

You conducted western blots in connection with your research related to Simufilam; is that right?

A. I conduct western blot in broad projects, and many, many projects include Simufilam, yes.

Q. As part of your general process, do you typically stain your membranes with Ponceau S or a similar stain to visualize the total protein?

A. Ponceau, no, but my -- my western blot experiment is different from many in other, from traditional western blot study, and this study was done with the -- ask different questions, not what traditional western blot is -- it's how people use western blot. I simply

DR. H. YAN

immunoprecipitate the protein and ask for interaction between proteins.

Q. Do you apply any sort of stain to the membranes to visualize the protein?

A. No. In this case, the Ponceau stain or any other -- the "mo-hash" stain does not stain every protein equally. So that the Ponceau stains can only be a rough references.

Q. Okay. As part of the process of creating a western blot, there's a step when you expose the x-ray film, right?

A. Expose to, yes.

Q. When you do this, the molecular weight marker itself typically doesn't bind to any antibodies, right?

MR. CAMPBELL: Object to form.

A. It doesn't bind to the molecule. The molecule weight marker does not bind to any antibody, any -- if you optimize an antibody, you shouldn't bind anything.

Q. And so the molecular weight markers might not show up on the exposed

DR. H. YAN

x-ray film, right?

A. That do not show up in most of the cases.

Q. But is there still a lane on the blot where the molecular weight markers were run?

MR. CAMPBELL: Object to form.

A. Yes. But it depends how people use molecular marker. Molecular marker can be used in smaller quantity so that the -- you can -- you can visualize it but diminish, reduce the -- reduce the chance of antibody or any other interference with the proteins, yes. But he always have --

(Reporter clarification.)

A. Always have one lane with small quantity of molecular weight markers that is visible.

Q. You can see the markers on the membrane?

A. You can see the markers, but it's very faint.

Q. And do you record the locations of the molecular weight marker on the

DR. H. YAN

developed x-ray film?

A. Yes.

Q. And that allows you to estimate the molecular weights on the band on the film, right?

A. Yes. But once the -- they had many way of doing that. You -- once you verify a few times, you run the same protein in many project of the nicotinic receptor so many times that you know where that located.

Q. If you don't record the molecular weight markers, is there any way to know the molecular weights of the bands on the gel?

A. If it's not protein -- if I run eight proteins and then they are -- the eight gels and they all stain for the same proteins, and if I have the marked one and I just have to check every other -- the other protein I run about -- there's no two gel exactly the same. So that the, all we need, it's to the proximity of each of these proteins, and if they are in the

DR. H. YAN

right range, then that's fine.

Q. You're familiar with the technique of stripping and reprobing western blots, right?

A. Yes. We use quite a bit, yes.

Q. So when you strip and reprobe a blot, you're reprobing the same membrane; is that right?

A. Yes.

Q. And that allows you to measure different proteins, VCs or specific phosphor relation sites, right?

A. That allow you, yes, in theory that allow you to -- also allow you to, to check the same protein with different antibodies.

Q. And so you can compare them all to each other within the same experiment?

A. Yes.

Q. When you record the results of a western blot by exposing x-ray film, you record the entire blot at once, is that right?

A. Yes.

DR. H. YAN

Q. And that allows the different lanes of the same experiment to be compared to each other. Is that right?

A. That allow you to compare -- yeah, yes.

Q. How -- can you describe your process for recording the results of western blot experiments that you conduct?

A. What do you mean?

Q. Where do you record the results, if anywhere, of each western blot experiment that you conduct?

A. Once the -- once you, the -- you have the blot, you can -- you obviously take a scan of the blot and it often that you -- you can select the --

(Reporter clarification.)

A. The blot, B-L-O-T, it's each specific blot of interest and with the -- often we can refine them. If the blot is good, then we just scan them and put it into a image file. From that, you can -- you can quantify or you can -- you can -- you can import that into -- you can adjust

DR. H. YAN

contrast in the entire blot and put that into a -- into a PowerPoint and --

Q. Okay. Are you familiar with a paper that was published in around 2023 in the International Journal of Molecular Sciences by Dr. Ralf Jockers at the Cochin Institut?

A. No.

Q. Okay. Are you familiar with an abstract on Simufilam released around 2023 by Dr. Erica Peverelli and a team at the University of Milan?

A. Yes. I read that abstract, yes.

Q. Did the experiments reported in the Milan abstract confirm the claim that Simufilam binds to Filamin A?

MR. CAMPBELL: Object to form.

A. Confirm it -- support, the Simufilam would the -- will bind to what interact with a Filamin A.

Q. But did it set out to confirm specifically the claim that Simufilam --

A. That's what a -- a -- the --

DR. H. YAN

the cancer biologists, so what they are objective, it's to see any Simufilam have the -- have the anticancer properties and which -- and which that -- the reason for why there's Filamin A has been implicated in many of the cancer study.

Q. Did that -- okay.

Did that Milan abstract have anything to do with Alzheimer's disease?

A. No.

MR. CAMPBELL: Object to form.

MR. KUMAGAI: All right, Dr. Wang. Subject to any questions that the other counsel on this deposition might have, that's all my questions for today. Thank you very much for your time.

THE WITNESS: Thank you.

MR. CAMPBELL: No questions for Cassava. Thank you, Dr. Wang.

THE WITNESS: Thank you.

MS. BEIDEL: Thank you.

VIDEOGRAPHER: If there are no further questions, counsel, I'll

DR. H. YAN

conclude the video recording for this proceeding. Here ends media unit number six. This concludes the video-recorded virtual remote deposition of Hoau-Yan Wang, taken by the Plaintiffs, on Friday, November 21st, 2025. The time is 5:19 p.m., Eastern Standard Time and we are going off the record.

MR. TURQUET-BRAVARD: This is John Turquet-Bravard and I would like a rough.

MR. KUMAGAI: We'll take a rough as well, please.

MR. TAYLOR: Same here. This is Zach Taylor.

MR. KUMAGAI: Normal delivery is fine with us.

MR. CAMPBELL: Also fine with me, unless John corrects me.

(Whereupon, at 5:20 p.m. the Examination of this witness was concluded.)

° ° ° °

INDEX


| WITNESS | PAGE |
|---|---|
| HOAU-YAN WANG | |
| By Mr. Kumagai | 5 |


EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 216 | Text messages, beginning Bates CASSAVA_000727933 | 42 |
| Exhibit 217 | Text messages, beginning Bates CASSAVA_000217631 | 59 |
| Exhibit 218 | 2018 Omnibus Incentive Plan, Stock Option Agreement, beginning Bates CUNY_000027 | 67 |
| Exhibit 219 | Email chain, beginning Bates CASSAVA_000052271 | 88 |
| Exhibit 220 | Excel Spreadsheet, Bates CASSAVA_000396376 | 102 |
| Exhibit 221 | Excel Spreadsheet | 115 |
| Exhibit 222 | Chart | 121 |
| Exhibit 223 | Excel Spreadsheet, CASSAVA_000897558 | 137 |
| Exhibit 224 | Excel Spreadsheet | 139 |
| Exhibit 225 | Excel Spreadsheet | 140 |


(Continued)

E X H I B I T S



| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 226 | May 6, 2021 email, Bates CASSAVA_000552728 | 171 |
| Exhibit 227 | Excel Spreadsheet, Bates CASSAVA_000552729 | 173 |
| Exhibit 228 | Excel Spreadsheet, Bates CASSAVA_000725941 | 190 |
| Exhibit 229 | Excel Spreadsheet | 192 |
| Exhibit 230 | Excel Spreadsheet, Bates CASSAVA_000741465 | 202 |
| Exhibit 231 | Excel Spreadsheet | 205 |
| Exhibit 232 | August 22, 2023 Securities and Exchange transcript testimony of Hoau-Yan Wang | 222 |
| Exhibit 233 | March 20, 2024 Securities and Exchange transcript testimony of Hoau-Yan Wang | 223 |
| Exhibit 234 | Wang-SEC Order Instituting Cease and Desist | 226 |
| Exhibit 235 | Excel Spreadsheet, Bates HEILBUT_00000454 | 234 |
| Exhibit 236 | Email chain, Bates CASSAVA_000541684 | 245 |



(Continued)

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 237 | Text messages, Bates NACHTRAB_02935 | 271 |
| Exhibit 238 | Text messages, Bates NACHTRAB_02845 | 272 |
| Exhibit 239 | Text messages, Bates NACHTRAB_02891 | 272 |

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF SUFFOLK )

I, NICOLE VELTRI, RPR, CRR, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day day of December 2025.

____________________________

NICOLE VELTRI, RPR, CRR

ADRIAN HEILBUT, et al. -vs-
CASSAVA SCIENCES, INC., et al.
11/21/2025 - HOAU-YAN WANG

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________

_________________________ _______________
HOAU-YAN WANG Date

ADRIAN HEILBUT, et al. -vs-
CASSAVA SCIENCES, INC., et al.
11/21/2025 - HOAU-YAN WANG

ACKNOWLEDGEMENT OF DEPONENT

I, HOAU-YAN WANG, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted on the Errata to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_________________________ _______________
HOAU-YAN WANG Date
*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
______ DAY OF ________________, 20___.

__________________________
NOTARY PUBLIC

**&**

**&** 2:8 3:9

**0**

**0** 191:2 194:15 194:17 198:24 203:8 204:12
**0.1976.** 105:23
**0.2512** 119:25
**0.7** 130:5
**0.9012** 119:24
**00000454** 234:13,15 283:22
**000027** 67:9,13 282:14
**000052271** 88:6 88:8 282:16
**000217631** 59:2 59:4 282:12
**000396376** 102:18,20 282:18
**000541684** 245:10,12 283:24
**000552728** 171:8,18 283:5
**000552729** 173:13,15 283:7
**000725941** 190:17,19 283:9
**000727933** 42:6 42:8 282:10
**000741465** 202:22,24 283:12
**000897558** 137:13,15 282:22
**02845** 272:4,6 284:6
**02891** 272:19 272:24 284:7
**02935** 271:8,10 284:4
**03** 198:4,7
**0358** 110:6 117:25
**04** 203:6 204:10
**0401028** 113:21
**0406** 194:13
**05** 172:9
**051419** 104:4
**05948** 1:8
**05949** 4:13
**06** 172:9

**1**

**1** 3:9 43:4,10 59:20 90:25 91:16,17,19 94:3,6 99:5,8 101:20 102:7 102:10 105:2 106:17,18 114:15 126:7 127:16 138:8 191:21,22,22 192:25 193:20 195:9 196:21 198:7 203:8 204:11 211:8 249:12
**1-0** 114:15
**1-1** 91:17 93:9
**1-2** 91:17
**1-2-3-4-5** 191:2
**1.20** 68:15
**1/12/2021** 42:25
**10** 72:6,7 91:17 98:13 142:24 166:16 195:13 209:9 241:20 241:21 242:2
**10,000** 68:14
**100** 229:20
**10010** 2:5
**10111** 2:14
**102** 282:17
**10:02** 41:22
**10:15** 42:2
**11** 98:14 138:12 209:9
**11/21/2025** 286:2 287:2
**115** 282:19
**11:29** 87:22
**11:39** 87:25
**11th** 43:20 139:2
**12** 8:15 74:4 91:16 94:3,4,4 98:14 191:24 209:9,12 241:19,20,20 241:21 242:3
**12,000** 68:21
**121** 282:20
**12:02** 103:19
**12:04** 103:22
**12:59** 144:7
**12th** 43:19
**13** 49:11 88:22 151:23 152:2,8 198:7
**132** 147:19,25
**133** 149:20
**134** 159:3
**135** 165:15,18
**137** 282:21
**139** 282:23
**14** 47:22,24 49:11 92:21 97:9 151:24 152:3,7,8
**140** 282:24
**143** 57:6,20 257:14,17
**14:00** 139:4

**14th** 67:24 68:12 104:15 240:2
**15** 49:11,12 72:3,5,7 136:5
**1500** 132:24
**1566** 125:22
**1586** 125:22
**15th** 132:23
**16** 57:9
**17** 17:5 44:7 49:12 159:17 160:3
**171** 283:4
**1727** 140:17
**173** 283:6
**18** 17:5
**18-51-33-517** 139:10
**18th** 181:2
**19** 110:17,25 113:9
**19-43-23-877** 115:22 132:14
**190** 283:8
**1900** 2:9
**192** 283:10
**1974** 110:3 117:16
**1975** 154:5
**1976** 110:2
**19900** 285:23
**19th** 88:18
**1:24** 1:8 4:13
**1:35** 144:11
**1st** 244:6

**2**

**2** 53:7,14,25 54:5 69:20,24 84:23 88:23 92:13 94:7 101:21 106:18 127:16 138:19 143:9 174:14 175:10,24 192:3 195:10 195:22 203:8 204:12 211:9 229:14 231:22 238:9 239:8 250:13,14 251:6,10
**2,000** 55:8,22
**20** 17:5 45:23 122:6 222:25 283:17 287:17
**2000** 17:14,17 22:4 23:5,15
**2002** 22:21
**2005** 6:10 7:2
**2006** 6:10 7:2 24:17
**2008** 25:14
**2009** 22:10 49:10
**2010** 18:24 19:4 21:25 22:10 49:11 56:20,21
**2011** 8:15 19:4 22:17
**2012** 8:17 22:17 47:21 49:10 51:12 56:21
**2013** 8:17 47:21,23 48:5
**2014** 48:5 55:11,20
**2015** 55:12,21 57:9
**2018** 67:10,16 282:13
**2019** 56:22 67:25 68:12 88:18 100:8 104:15 132:23 139:2
**2019-05-14** 132:13
**2019-05-19** 115:22
**2019-10-11** 139:10
**202** 283:11
**2020** 58:22 165:12 175:17 175:17 191:17 240:2 267:9 268:4,13 269:8
**2021** 16:21 38:6 43:19,20 43:25 44:16,19 45:16 48:24 60:5 61:15,20 62:4,10 63:9 65:13 149:25 171:7,21 172:9 175:11 245:24 245:25 247:19 249:15 255:18 256:18 283:4
**2022** 158:10,14 177:7 179:24 180:14 181:2 183:23 184:20 185:18 213:20 215:18 219:3 221:10
**2023** 28:15 184:22 222:18 223:20 224:6 257:23 258:9 279:5,11 283:14
**2024** 55:19,21 222:25 224:22 225:25 227:10 283:17
**2025** 1:13 4:17 243:11,16,17 244:7,8 281:8 285:21

**205** 283:13
**20th** 224:21 225:25
**21** 1:13 4:16 43:21,23 99:10 165:12
**2148** 140:22
**215** 43:4
**216** 42:5,9 282:9
**217** 58:25 59:5 59:13,16 282:11
**218** 67:8,13,15 282:13
**219** 88:4,9,17 282:15
**21st** 281:8
**22** 109:10 158:20 192:19 222:18 283:14
**220** 102:17,21 103:8 104:8 105:9 117:5,14 117:19 118:7 118:15 119:9 119:24 122:4 122:23 123:13 130:10,22 132:20,22 133:17 282:17
**221** 115:20,24 116:4 118:16 119:10,25 122:7,14,25 132:3,4 282:19
**222** 121:4,6,9 134:19 282:20 283:14
**223** 137:12,16 139:24 140:11 141:7,11,19 282:21 283:17
**224** 139:9,12 140:11 141:7 141:12 282:23
**225** 140:4,6 282:24
**226** 170:16 171:9,12,14,17 173:12 283:4 283:20
**227** 173:11,16 283:6
**228** 190:16,20 191:4 193:2,21 283:8
**229** 192:13,15 192:20 283:10
**22nd** 223:20 224:6
**23** 158:10,20
**230** 202:20,25 204:6,20 205:17 206:3 206:24 283:11
**231** 205:8,10 283:13
**232** 222:17,21 223:9,10 283:14
**233** 222:24 223:4,8 224:13 283:17
**234** 226:5,8 283:20,22
**235** 222:24 234:12,16,20 234:25 283:22
**236** 245:9,13,18 245:21 246:12 283:23
**237** 271:7,11,20 284:4
**238** 272:3,7,11 272:13 284:5
**239** 272:20,23 273:2 284:7
**23rd** 2:5 245:24,25 247:19
**24** 148:18
**245** 283:23
**25** 244:19
**25th** 44:15,19
**27** 231:19,20
**271** 284:4
**272** 284:5,7
**28** 92:11,21,22 95:5 97:9 99:11 108:21 112:17,19 113:24 114:15 191:3 198:19 198:25 228:24 228:25,25 229:2,8,10 233:11
**28d** 104:4
**294** 126:6
**2:43** 190:10
**2:54** 190:13
**2a** 52:18,19 69:15 90:14 92:4,10,13,14 92:16 96:4 97:17 98:22 101:11,18 108:2,5
**2b** 53:4,14 69:18 87:7 92:7,8,10,14,15 92:15,21 96:9 97:18 98:22 101:11,24 107:24 191:2 191:12 202:5 219:5,11 220:2 220:18 229:14 232:15,23 233:9 236:15 240:5
**2s** 238:3 240:10

**3**

**3** 98:6,6 99:3 100:24 123:6 123:15 124:4 125:9 127:3 132:25 149:25 166:13 195:10 195:22 198:7 221:23 238:3,7 248:4
**30** 3:9
**300** 2:18
**3000** 2:9
**30s** 243:12
**31st** 45:15 46:3 46:21
**339** 127:20
**376** 122:6
**39577** 2:18
**3:38** 222:3
**3:52** 222:6
**3c** 107:4
**3d** 130:15
**3e** 130:16
**3h** 107:4
**3s** 238:3 240:9

**4**

**4** 97:2,23 98:13 100:25 102:6,6 123:6 127:14 138:11 191:23 194:15 195:10 195:22 198:2 198:24 208:6 251:11,13,13
**40** 52:7
**41** 2:5
**42** 282:9
**43** 132:24
**442** 115:22 132:11
**45** 2:14
**465** 139:10
**483** 213:23 217:7,14
**48304** 2:18
**4:40** 259:10
**4:49** 259:14
**4b** 127:16,20
**4c** 127:22

**5**

**5** 97:2,23 98:13 100:25 102:6,6 107:10,11 138:3 195:10 195:23 198:2 198:24 199:13 199:20 200:14 200:19,20,20 200:22 201:5,6 201:7,8 282:5
**5-101119** 137:21
**50** 52:7 68:18 229:19
**50,000** 227:12
**500,000** 68:22
**51** 139:4
**512** 43:10
**5148** 140:25
**574-4238** 43:10
**59** 282:11
**5:19** 281:9
**5:20** 281:22

**6**

**6** 88:22 97:2,23 98:13 100:25 102:6,6 107:11 107:11 171:7 194:17 198:2 198:24 199:13 199:21 200:14 200:19,20,21 200:22 201:6,6 201:7,8 229:3 229:4,9,10 257:17 283:4
**67** 282:13
**685** 250:10,12
**687** 254:18
**6th** 171:21 175:11

**7**

**7** 20:11,18 21:13,19,21 22:18,25 23:2 23:12,14 59:20 98:13 130:12 130:16 198:7 209:20,22 242:2
**7:10** 60:9
**7a** 210:3
**7b** 209:24
**7th** 60:5

**8**

**8** 98:13 125:16 125:25 130:15 209:20,22 210:3
**80** 71:2
**80202** 2:10
**8566** 125:21
**86** 180:19,23
**88** 282:15
**8a** 210:4 227:2
**8b** 210:3
**8th** 285:20

**9**

**9** 98:13 116:9 126:5,7 139:17 192:19 193:6 205:20 209:21 209:22 210:3 254:20
**9012** 110:9
**917-7765** 43:4
**949** 44:5,6,8,13
**952** 45:12,24
**96** 16:5 73:24 75:14 94:2,2,5

**976** 117:10
**9:04** 1:14
**9:05** 4:18
**9:44** 191:17
**9a** 210:4
**9th** 191:17

**a**

**a.m.** 1:14 4:18
**a0** 91:3 92:20
**a1** 74:4 105:12 105:16,20,20 105:21,23 106:8 110:2 117:10,12 118:14 119:8,9 140:16
**a10** 209:11
**a11** 209:11
**a12** 105:21 106:8 209:12
**a2** 74:4 105:16 110:3 118:15 119:15 140:21 140:24
**a3** 74:4 105:16 106:20,21 110:6 117:25 118:15 119:19 123:16
**a4** 74:4 106:21 107:10 110:9 119:21 198:13 199:13 208:8 208:13
**a5** 120:4,10 198:13 208:8 208:13
**a6** 120:7,10 198:13 208:8 208:13
**aaic** 165:13
**aberdeen** 163:21,22
**abeta42** 104:3 108:22,23 109:8,8,17 117:4 137:20 137:24 142:5 191:3
**able** 14:13 46:17 71:21 90:4 111:21 142:17 220:5 220:20 270:20
**abnormal** 270:15
**abnormalities** 270:11
**abnormality** 270:16,21
**absolutely** 94:16 131:17 131:17 178:17
**absorbance** 73:2 105:24
**absorption** 105:24
**abstract** 158:19 279:11,14,17 280:9
**acceptable** 100:13,16
**accepted** 18:18
**access** 30:8 84:5 165:7 233:8,13
**accessed** 84:15 85:17,24
**accompanied** 12:2
**accuracy** 230:23
**accurate** 32:6 124:20 224:4 225:7 230:11 230:16 231:12 241:8 244:17
**accurately** 214:15 230:17
**achieved** 270:24
**acknowledge** 64:7 232:11
**acknowledge...** 287:3
**act** 227:2
**action** 4:12 152:11 170:25 185:9,17 189:9 189:13 190:3 265:10,12,15 265:17 268:14 285:16
**actions** 268:18
**activities** 12:22 254:21 269:21
**activity** 12:22 13:16 15:19,20 19:19 43:20 268:23 270:10 270:23
**actual** 76:7 80:9 89:11,23 201:23,23 210:18
**actually** 23:3 25:11 37:17 86:25 103:4 189:22 215:8 215:10,16
**acu** 163:24,25 164:3,9,13 165:7,10
**adapt** 156:11
**add** 112:12
**addition** 57:2 70:17 87:14
**additions** 197:8 287:6
**address** 154:15
**addressed** 171:23
**adequate** 31:18
**adequately** 31:19

**adjust** 82:14 200:6,11,12 201:3 278:25
**adjusted** 199:12 200:22
**adjustment** 199:15 201:2 201:10,18,19 210:23
**adjustments** 199:13 200:21 208:18 209:11 209:13,14,23
**administer** 3:6
**admissible** 202:15
**admit** 228:14 232:20
**admitted** 250:18
**admonishment** 36:18
**adopted** 58:21
**adrian** 1:3 2:22 4:9 5:23 148:19 160:6 166:17 286:1 287:1
**ads** 143:21
**advice** 252:12
**ae** 192:4
**affect** 65:2,19 220:8,9
**affecting** 66:11
**affinity** 17:21 25:9,16 28:5,7 28:11,23
**age** 153:14
**agency** 215:20
**agents** 270:19
**ago** 33:5 36:13 49:11 138:5 144:20,22 146:18 174:12 181:7 243:6 255:5 261:3 267:19
**agonist** 12:19 12:25 13:14 15:20
**agree** 63:8 64:22 100:11 100:22 142:19 153:16,16,23
**agreed** 3:3,11 263:25
**agreement** 67:12,17 282:14
**agreements** 254:23
**ahead** 14:14 34:6 66:5 112:23 126:18 155:18 178:19 180:10 221:23 227:20 264:13
**air** 63:20
**al** 4:10,11 286:1,1 287:1 287:1
**alb** 239:6
**albumin** 236:12,12,23 237:6,11,14,16
**align** 122:17
**aliquot** 71:9 220:25 221:3 236:21
**allegations** 38:7 40:13,24 41:7 67:2 179:4 183:18 188:4 242:16 244:13 249:2 249:19,24 252:6 253:10 259:4
**allow** 235:24 277:14,15,15 278:5
**allows** 276:4 277:11 278:2
**alpha** 20:11,18 21:13,19,21 22:18,25 23:2 23:12,14
**alteration** 269:22
**altered** 162:13 162:17,18,22 164:7 211:10
**alzheimer** 142:18 161:19 162:8,9 163:4 163:14 237:8
**alzheimer's** 51:14 142:6 148:7 152:19 153:5 154:23 155:16 157:2 157:12,21 158:22 159:11 162:24 180:25 183:12 268:15 269:5 280:10
**amendments** 53:21
**america** 226:15
**ample** 250:23
**amyloid** 17:21 18:17 19:16 20:4,20,21 21:12,16 22:20 23:3,13 28:16 28:18 51:13 143:3
**amyloids** 21:22
**analyses** 101:12
**analysis** 77:5 81:7,22 82:4 82:18 85:19 86:3 87:9 96:2 104:19 116:18

133:17 166:7,9 169:23 170:11 175:10 213:7 220:19
**analytical** 73:5
**analyze** 72:20 73:4,6 76:16 76:21 77:8 80:3 95:21 106:15 131:13
**analyzed** 74:22 167:14 236:14
**angelique** 267:10
**animal** 22:14 32:12,14,15,17 32:18
**animals** 19:23
**announced** 177:20 178:6 178:24
**anomalies** 154:11
**anomalously** 230:2
**answer** 14:8,14 14:17 35:7,11 35:15,17 46:16 62:21 104:22 117:22 155:14 177:15 178:14 178:20,23 220:13 260:12 262:15 263:24 264:6 266:19
**answered** 79:17
**answers** 202:16 203:14
**antibodies** 274:17 277:17
**antibody** 20:21 274:21,22 275:14
**anticancer** 280:4
**apart** 195:11
**apparent** 128:3
**appear** 59:22 73:21 197:14 221:10 271:13
**appearances** 5:4
**appearing** 4:5
**appears** 42:17 43:9,21,23 46:10 88:17 117:2 127:24 129:19 137:24 139:21 171:20 174:5 193:25 197:8 204:10 207:6 236:11
**appended** 287:8
**appendix** 170:24
**apply** 109:3,6 203:14 274:4
**applying** 13:5
**appreciate** 61:11 62:18 64:19
**appreciated** 60:22
**approval** 64:2
**approved** 60:15 62:5 63:2,10,23 64:8 65:15 254:23 255:21 255:23 256:19 257:2
**approximately** 4:17 8:14,18 9:8 16:20 47:19 55:5,10 55:11 56:16 57:7 58:7 158:6,8 165:9 184:15 213:17 222:13 227:12 243:24 244:2 262:23,25
**april** 88:18 100:8 179:24 180:14 181:2
**areas** 262:17
**arrange** 71:21 93:12 136:23 136:25 137:9
**arranged** 95:18 96:17
**arrangement** 91:24 97:16 100:13
**article** 169:21 179:22 180:4 180:13,16 181:6,16 182:19 183:16
**aside** 9:2,19 10:23 21:24 22:12 25:22 36:8,17,25 56:3,24 57:22 68:24 84:14 97:13,15 98:5 115:16 146:17 149:18 161:15 217:13 226:3 242:11 245:5 252:15 272:17
**asked** 30:24 39:23 52:20 176:6 188:2 211:20 212:21 212:22 213:9
**asking** 7:7 64:6 89:21 118:6 125:8 161:22 162:4 173:4 206:10 260:11 267:23 268:8

**asks** 214:18 270:8
**aspect** 30:20 148:9
**assay** 28:10 54:23 71:11,13 71:14,17,20,24 72:11,13,13,14 84:11 95:20 113:23 128:12 136:25 137:7 138:3 163:8 169:22 221:4
**assays** 71:11 169:19 241:21
**assemble** 136:21
**assessment** 148:8
**assistance** 249:19
**associate** 248:19
**associated** 150:12 260:24
**association** 4:21,24
**assume** 231:4 233:3
**assuming** 55:18 158:9 198:23
**attached** 21:22 172:22
**attaches** 36:23
**attachment** 173:12 174:2,4 249:11
**attachments** 172:8,12 246:17 247:7
**attack** 250:24
**attend** 10:15
**attended** 225:2
**attending** 222:10
**attention** 18:11 187:3,12 252:18,20
**attorneys** 2:4,8 2:13,17
**audit** 11:22
**audited** 215:19
**august** 38:6 44:15,19 45:15 45:17 46:3,21 60:5 61:15,20 62:4,10 63:8 65:13 222:18 223:20 224:6 255:18 256:18 283:14
**auspices** 254:22
**author** 13:10
**authored** 33:21 157:5
**authorized** 3:6
**authors** 29:10 150:11 183:24
**auto** 84:10
**autosave** 117:3 123:12 139:23 194:24
**autosaved** 120:19 129:11
**autosaves** 116:18
**available** 148:10 220:10
**avenue** 2:5,18
**average** 92:23 95:24 98:3,4 99:18,19 112:25
**averaged** 96:23
**averaging** 95:15
**awarded** 68:3
**aware** 21:25 26:20 27:10,20 34:14 144:15 156:24 163:16 164:22 183:22 184:12 185:16 219:2 225:10 225:14,24 228:8 243:18 253:14 254:9 255:12,25 257:21 258:7

**b**

**b** 94:4 100:25 102:9 106:3 138:13 149:16 192:10 198:9 198:24 205:2,5 212:12,13 236:12 278:19 282:7 283:2 284:2
**b10** 209:12
**b11** 209:12
**b3** 106:21 123:16
**b306** 194:12
**b4** 107:11 198:9,18 199:9 208:9,14
**b5** 198:9,18 199:9 208:9,14
**b6** 198:10,18 199:9 208:9,14
**back** 20:23 48:20 50:20 51:18 52:5,12 59:7 67:23 80:6,6,11 86:19,21 87:8 93:17 103:7,11 115:17 128:16 129:3 132:6 136:11 162:20 165:16 169:23

244:4 269:15
**backed** 16:23 48:14,19
**backup** 17:4 48:16 49:4,24 50:6
**bad** 156:22
**baker** 2:12
**band** 276:5
**bands** 276:15
**bank** 158:5
**barbier** 1:9 2:13 8:5,6,10 9:3,20 10:24 38:16,18 40:17
**barcode** 70:15
**barrier** 237:4 237:10,11,13 239:22
**based** 24:9 108:18 121:14 124:20 126:15 139:21 140:10 164:13 198:12 204:12,22 240:15 243:10
**baseline** 92:20 94:25 97:8 204:13 239:14
**bases** 189:3,8 189:12
**basic** 83:8
**basically** 195:12
**basis** 24:12 27:5 28:8 189:14 230:22
**batch** 32:18 35:2
**bates** 42:6,8 44:4 45:24 58:25 59:4 67:8,12 88:5,8 102:17,20 122:5 137:13 170:17 171:8 171:17 173:13 173:15 190:16 190:19 202:21 202:24 234:12 234:15 235:19 245:10,11 271:8,10 272:3 272:6,19,23 282:9,11,14,16 282:18 283:4,6 283:8,11,22,23 284:4,5,7
**beckman** 78:16
**began** 6:6
**beginning** 42:8 59:4 67:12 88:8 105:18 113:22 249:12 282:9,11,14,15
**begins** 4:3 181:11 250:16
**behalf** 5:22 263:18
**behavior** 148:14
**beidel** 2:19 14:18 36:18 37:7 44:10 58:10 59:9 73:10 118:6,17 121:21 122:13 122:18 125:11 125:14 129:14 162:17 168:25 174:8 179:17 202:10 203:10 203:24 225:13 227:19,21,25 235:2,15 243:20 245:15 245:20 246:8 250:7 251:10 260:6 263:25 264:17 265:13 266:8,21 267:6 280:23
**beidel's** 263:19
**believe** 22:3,17 24:10 26:14,16 28:4 35:16 40:18 49:3 51:17 83:25 87:4 92:15,16 92:21 151:24 153:3,19
163:19 171:3 174:11,16 177:8 184:6 189:24 197:4 205:14,17 218:10 219:10 219:16 220:10 237:22 238:7 254:6 265:15
**believed** 40:12
**belong** 30:2 83:15
**belongs** 30:3
**ben** 9:6,7
**beneath** 237:3
**benefit** 150:13
**benesch** 149:12 149:16 151:19 151:20 160:25 161:4 167:9,19 176:4,14 188:10 265:20
**best** 138:16
**beta** 17:20 18:17 19:16 20:4,20 21:16 21:22 23:3,13 143:3 174:20 239:2
**better** 214:24 215:8,16
**beyond** 175:17
**bind** 19:17 21:12 23:13

24:15 25:3,4 25:12 27:2 274:16,19,21 274:22 279:21
**binding** 13:22 14:25 15:21 16:4 17:8 20:10,12,13,14 21:17 22:20 24:25 25:7,10 25:16 27:8,9 28:10,17,18 31:22 32:9
**binds** 17:21 18:17 20:4 24:10 25:25 26:8,21 27:12 27:22 28:4 269:9 270:4 271:3 279:18
**bio** 52:20 83:7
**bioanalysis** 166:5
**biological** 17:15 22:5 23:6,23 24:4
**biologically** 25:5 152:12
**biologists** 253:20 280:2
**biology** 85:9,12 156:16
**biomarker** 53:10 108:19 191:11 231:21 236:17 237:23 238:22,24,25 240:16
**biomarkers** 88:22 229:14 229:24 230:19 231:24 236:14
**biomedical** 150:23
**biostaticians** 170:2
**bit** 18:12 29:12 65:2,19 83:2 98:6 179:13,17 235:11 273:7 277:6
**black** 155:12 194:9,17
**blank** 94:14,15 106:22
**blanket** 156:13
**blanks** 94:18 98:7
**blind** 76:16 96:13,13,14 165:24 172:20 197:19,19
**blinded** 164:23 166:5,10 167:13,17,20 168:20 230:3
**block** 25:6 101:22,23
**blocking** 25:10
**blocks** 106:24 107:20
**blood** 70:18,19 152:20 153:6 237:6,7 239:22 285:16
**bloomfield** 2:18
**blot** 163:14 273:8,12,20,22 273:24,25 274:12 275:6 277:8,22,23 278:9,12,15,16 278:19,20,21 279:2
**blots** 15:24 253:8 273:9 277:5
**blue** 230:3 241:13
**body** 45:2 246:5
**bolded** 248:6
**bonus** 58:21 60:17 61:3,17 64:14 65:20 255:14
**bonuses** 61:3
**bordey** 267:10 267:14 268:4 268:10,13
**bordey's** 269:4 269:8
**bother** 234:10
**bottom** 44:4,10 45:25 82:12 110:24 123:10 129:10 171:19 250:13
**boudreau** 247:21
**box** 153:25 246:9
**brain** 29:2 158:5 237:9 239:22
**bravard** 2:11 281:11,12
**break** 41:19 83:22 87:19 111:9 144:5 190:7 221:25 259:9
**bredt** 1:6 33:21 33:25 34:3,7 34:12 183:25 250:18
**briefly** 8:12
**bring** 239:13
**broad** 70:4 153:16,21,22 155:4,10 273:12
**brochure** 219:6

**brodkin** 1:3 2:22 5:24 144:16 145:7 146:8 147:11 148:20 149:8 150:5 160:6 166:17 176:10 176:15 177:5 184:2
**brodsky** 4:19
**brosky** 2:21
**brought** 185:3
**browser** 102:25 103:5
**building** 84:3
**bullet** 152:24 153:22
**bullets** 159:18
**bunch** 47:16
**burned** 47:13
**burns** 1:10 2:13 7:5,6,10 7:16,22,24 8:19 9:2,19 10:23 34:17,19 35:14 36:9 37:2,10 38:9 39:6,14 40:17 42:18 43:16,24 45:8 46:11,20 51:6,12 52:12 52:25 60:2,9 60:13,25 61:15 62:3,9 63:8,21 65:14 76:13,24 77:9 88:18 89:7 91:23 95:12,24 100:7 100:15 109:23 111:6,22 112:6 112:8 113:13 114:12 131:11 167:23 171:24 174:21 186:22 187:6 218:7,21 232:12,20 233:17,19,21 246:6 249:13 249:15,18,22 253:22 255:19 256:17
**business** 10:10
**button** 115:17 165:16
**buy** 57:14 257:10,11

**c**

**c** 2:2 18:25 29:4 85:11,11 94:14 94:15 106:20 124:23 125:10 138:13 149:16 262:8 285:2,2
**c1** 124:16,23
**c3** 123:19 125:5 125:18,20,22 130:5
**c4** 200:14,19,20 208:17
**c5** 208:17
**c6** 208:17
**calculate** 28:11 76:24 112:2,4 112:5,24 115:3 115:15 201:21 207:20 212:4 214:14,15
**calculated** 95:23 111:7,15 114:5
**calculation** 76:2 112:14 214:7,8,10,18 217:4
**calculations** 111:3,4 112:13 113:8 114:20
**calibrations** 91:11
**call** 8:2,4 45:3 56:8 93:21
**called** 5:11 73:5 73:5,8 78:24 81:2,6 158:24 163:7
**calls** 252:18
**campbell** 2:10 14:5,9 15:9 16:10,25 17:11 18:3 20:6 23:18 26:9 27:13,24 32:25 35:23 40:5,20 41:2,8 48:12 51:24 52:3 53:17 61:23 62:8,16 63:3 63:12,25 64:12 64:25 67:4 77:13 78:6 79:24 84:7,24 86:23 87:11 90:16 91:13 93:2,6 96:7,19 98:20,25 101:15 102:14 103:6 107:8,16 107:23 114:24 117:7 120:22 124:10,15,24 125:6 127:10 128:5 129:24 130:14,25 131:23 132:7 132:19 133:8 133:16,22 134:25 139:25 141:13 142:3 152:25 155:25 161:11 164:16 167:16 168:16 169:2,16 170:18 171:6 174:9 175:3,12 176:2,21 178:2

178:11 179:7
182:21 183:13
188:7 189:5
194:6 195:4
197:16 198:21
199:14 200:24
201:9 202:8
206:6 207:5,17
208:16,22
209:2,7,17
210:8 211:24
212:25 220:23
221:13,21
227:16 228:13
228:20 230:14
230:20,25
232:8,16
233:12 235:16
240:14 243:3
250:2 255:15
255:22 256:22
258:17,23
259:6,22
260:18 261:10
261:24 262:14
263:7 264:12
264:16,22
265:11,18
266:9,14 267:6
268:16 269:6
274:18 275:8
279:19 280:12
280:20 281:20

**canadian** 158:17
**cancer** 280:2,7
**cap** 260:7,10
**capital** 85:11 184:4 186:10
**caps** 53:11
**caption** 226:19
**care** 128:13,15 129:2 136:21 195:21
**careful** 263:8
**carrie** 171:24
**case** 1:8 5:23 12:23 52:2 91:8 107:24 144:16 145:5 145:11 174:24 187:19 215:14 220:18,24 234:24 260:19 260:20 261:2 269:17 274:6
**cases** 33:6 70:18 268:21 275:4
**cash** 58:21 61:17 255:14 256:15
**cashed** 66:15
**cassava** 1:9 2:9 4:11 6:5,7,8,15 6:18,22,25 7:12,20 9:4,21 10:19 11:2,5 11:22 13:8 15:11,15 16:8 29:8 30:3,4,8 30:13,17,21,24 31:14 32:24 38:6,24 39:3 39:10,18,22,25 40:7,11,18,22 41:5 42:6,8 49:17 51:2,3 51:20 52:23 54:9 56:5,18 56:24 57:5,8 57:25 58:4,21 59:2,4 68:14 76:14 77:10,24 79:5 80:13 83:14 84:4,15 84:23 85:14 88:6,8 102:18 102:20 130:22 131:3,6 137:13 137:15 141:20 143:6 146:16 146:22 147:8 148:5,12 149:24 150:14 150:18,23 152:16 160:21 161:7,24 163:11 164:14 165:2,22 166:4 167:5,12,24 169:12 171:8 171:18 173:13 173:15 175:21 176:8,20 177:2 177:22 178:7 179:2 180:12 182:17 183:10 183:17,23 185:5 186:4,18 188:19,23 190:17,19 195:3 196:6 202:3,22,24 207:14,21 211:2,14,19 212:21 213:8 214:20 215:5 217:15,19,20 217:24,25 219:4 221:10 221:15,18 223:13 224:17 237:22 245:10 245:12 250:20 250:25 254:10 254:13,21 255:7 257:14 258:14,19 259:2,17,23 260:24 261:6 261:11,15,20 263:13 266:3 266:12,17 267:20,24

280:21 282:10 282:12,16,18 282:22 283:5,7 283:9,12,24 286:1 287:1
**cassava's** 10:10 29:21 30:5 61:17 163:6 169:24 181:18 188:3 189:3,8 189:12,16,18 219:5 241:4 250:22 263:11
**cassavafraud....** 147:15
**catalog** 196:18
**cause** 156:20 221:10
**caused** 128:3
**causes** 270:17
**cautiously** 61:11
**cc** 134:14
**cease** 226:7,25 283:20
**cell** 15:18 21:18 28:15 31:17,17 124:7 125:7 194:12 267:23
**cellphone** 43:6
**cells** 19:20,22 21:18 23:4 127:8 152:20 153:6 194:3
197:8 199:20
**cellular** 28:21
**celon** 28:14
**center** 82:11,14
**cerebral** 70:11
**certain** 52:13 54:23,23,24
**certainly** 225:17
**certification** 3:5 53:20,21 53:24 216:24 216:25
**certify** 285:9,14
**chain** 88:7 156:20 245:11 282:15 283:23
**chair** 7:7
**chance** 275:13
**change** 126:19 126:20 127:23 127:24 195:19 197:11 201:6 201:15,20 210:20 211:18 215:10,11,15 269:13 286:4,7 286:10,13,16 286:19
**changed** 6:17 126:2 127:2 207:8 210:24
**changes** 32:11 126:25 156:19
156:20 197:13 197:14,23 200:19 210:17 210:17,22 242:6,7 269:22 287:7
**changing** 156:9 156:11
**charade** 149:24 150:19 151:17
**charge** 136:21
**charles** 253:3,9
**chart** 121:5 200:15,19 208:18 282:20
**check** 71:9 136:11 164:20 170:9 232:6 233:6 234:10 236:23 276:21 277:16
**checked** 84:10
**chemilumine...** 81:15
**chemistry** 17:16 22:5 23:7
**chicago** 158:5
**chris** 266:11
**christian** 163:22
**christopher** 266:3,25
**chunks** 98:16 98:23
**cite** 18:12,14 19:9,10
**cited** 18:9 26:15
**citizen** 34:18 252:2
**citizen's** 33:17 33:20 34:15,20 35:3,5,18 36:10 37:4,11 38:5,19 44:22 179:4,20 183:19,24 242:12 250:17 251:5 252:21 253:21
**city** 218:3,15 248:15
**civil** 4:12
**claim** 18:16,17 20:4 21:4,8 22:3 23:5 25:25 26:21 27:12 269:9 279:17,24
**claimed** 166:4
**claims** 186:19 186:22 187:7 188:4 189:19
**clarick** 2:4 5:21
**clarification** 16:3 19:21

21:15 29:3 49:8 58:13 76:9 85:10,20 113:2 137:4 145:20 162:14 175:18 179:15 217:3 275:16 278:18
**clarify** 131:25 249:4
**clear** 16:6 33:19 37:6 51:19 114:3 145:4 146:2 158:8 176:7 187:5,25 189:23 220:17 264:8
**clia** 53:19,23
**click** 103:8 128:13
**clicking** 74:14
**client's** 176:19
**clients** 116:10 146:16,21 147:7 151:13 160:19 184:2
**clinical** 53:20 54:4,16,17 69:9 143:15,20 143:20,23 148:6 164:19 216:16
**clinicians** 143:23
**cluster** 90:23 91:2 95:9,13 96:21 97:16
**clusters** 96:17
**cochin** 279:7
**cockreham** 171:23
**coded** 95:11
**cog** 143:21
**cognitive** 143:17,21,22
**collaborated** 22:7
**collaborating** 6:5,6,12 7:20 19:11
**collaboration** 54:10 56:6 254:23
**collaborator** 33:7 163:11 250:20
**collected** 55:6
**college** 218:3 218:15 248:15
**color** 81:16 94:21 95:11 135:4,4,14,16 135:22 239:15 241:11,16
**colorado** 2:10
**colored** 246:9
**colors** 241:12
**column** 74:3 75:4,13,14 94:6,7 97:2,23 98:6,6 99:3 100:24 105:18 106:14,17,18 106:18 110:12 110:13 113:8 114:4,19 123:15 124:4 124:16 125:9 127:3,13,14 131:4 138:11 138:11 191:23 192:4,10 211:8 238:2,15 241:12
**columns** 94:3 98:13 100:25 106:3,4 197:25 205:2 209:8 212:12,13 239:5
**come** 6:9,24 23:22 24:3,4 52:24 74:18 75:13 80:16 81:3,22 94:11 94:13,20 99:18 102:6,7 128:16 129:3 143:2 156:6 158:7 184:24 215:7 216:19 218:13 218:14,17,18 218:21,24 253:13 263:9
**comes** 11:18,18 84:9 95:20
**coming** 7:16 77:15 252:2
**comma** 214:12
**commensurate** 61:4
**comment** 37:15 37:21,22 181:17
**comments** 36:7 37:23 100:15
**commission** 223:12 224:17 226:16
**commission's** 222:11
**committee** 242:20
**communicate** 7:24 8:7 169:12 253:25
**communicated** 11:5,8 51:4,5 253:18 254:7 271:16,18
**communication** 218:23 267:17

**communicati...** 36:8,25 186:18 188:9 190:2 218:7,11 252:14,15 261:19,23 262:7 265:22 266:2,6,7,25 267:14
**commute** 244:18,21
**company** 6:16 6:22 22:8 61:2 67:3 166:7 263:17,18
**company's** 181:20 255:13
**comparable** 80:17
**comparatively** 61:5 62:11
**compare** 28:3 118:19 119:9 121:15 124:22 140:12 142:13 142:14,15 201:5 205:13 208:9 211:20 231:10 239:3 277:18 278:5
**compared** 208:19 238:22 278:3
**comparing** 121:24 122:3 205:16
**comparison** 77:3,6 123:6 142:11,12
**comparisons** 77:7 142:10 206:10
**compensation** 54:8,12,14 56:4 57:25
**competence** 241:18
**complaint** 171:2 187:17 248:16 252:22
**complaints** 187:18
**complete** 29:25 49:22 50:10 287:9
**completed** 104:4 137:21 175:9
**completely** 71:17 137:6 244:16
**complex** 23:24
**complication** 171:4
**components** 23:22
**compound** 12:12,12,16 13:18 27:15,17 28:2
**compounds** 12:10 13:21 14:25 22:9 41:15
**computer** 47:12 48:2 73:16,19,22,23 73:24,25 74:19 77:16 83:11 84:5,10,16,17 85:13,14 86:25 116:12 122:12 139:20 193:9 235:12,13
**computers** 84:19,21
**concealed** 30:19
**concede** 228:19
**concentration** 76:2,4,5,8 80:8 94:9 201:23,24 210:18
**concentrations** 80:10
**concept** 97:20
**concerned** 182:12 221:20
**concerning** 148:13
**concerns** 39:7 39:11,15,19 148:4,7 181:25 221:15
**conclude** 281:2
**concluded** 281:24
**concludes** 281:4
**conclusion** 33:14,14
**conduct** 29:9 29:18,23 69:6 273:12 278:9 278:13
**conducted** 11:23 12:15 13:24 14:24 17:9 29:17 30:12,16 32:2 32:20 53:24 54:5 69:3,24 79:15 82:19 83:13 95:15 98:21 101:11 131:16 156:25 157:23 163:18 164:23 165:10 202:5 211:13 213:13 216:4 216:18,21 220:18 254:22 273:9

**conducting** 29:6 84:23 166:5,9 216:8 273:7
**conference** 10:14,15,16
**confirm** 19:7 19:14 20:3 31:7 109:13 162:9 268:13 268:17,18 269:9,11,12 270:4,6 279:17 279:20,23
**confirmed** 21:5 21:9,10 22:3 26:7,21 27:11 27:22 268:19 268:25
**connected** 23:20 73:15 83:12 84:16 85:4,6
**connection** 11:22 23:17 58:9 65:23 66:25 79:22 136:19 261:12 261:16 273:10
**connolly** 188:12
**consciously** 66:20
**consequence** 155:9
**consequences** 154:12 156:22
**consider** 65:22 66:9,18,24
**consistent** 88:24 124:11 142:6
**consultant** 54:16 55:4,6 55:22 56:4 57:23
**consulting** 54:18,19 55:17
**contact** 7:21
**contacted** 181:12,16
**contained** 47:16
**contents** 116:11 122:10 139:19 193:8
**continued** 282:25 283:25
**continues** 148:14 152:10 152:16 154:8 227:3
**contrast** 279:2
**contributions** 61:4
**contributor's** 166:16
**contributors** 159:17 160:5
**control** 82:8,8 89:24
**conversation** 59:20 61:25 62:2,22 63:6 64:15 185:14 267:18
**conversations** 36:21 189:25 243:22 266:15
**conversion** 173:23
**convert** 133:5
**converted** 205:3
**converts** 133:24
**convey** 164:14 188:22
**conveyed** 32:23
**cook** 266:3,11 267:2
**copied** 84:13 120:23 131:4
**copies** 16:9 17:7 147:6
**copy** 3:8,9 34:23 35:2 50:2,11 74:12 86:18 106:8,9 126:12,22 128:10 192:24 193:4 196:17 200:12 201:3 201:20 206:2,4 207:19 210:13 210:25 212:3 213:3 233:14
**copying** 171:24
**correct** 12:7 13:12 15:6 19:25 25:21 38:2 43:5,8 51:19 53:2 56:2 69:5 78:17 107:2,9 109:19 136:17 163:23 170:10 173:9 190:4 191:18 193:3 206:9 213:25 214:2 217:5 234:2,7 240:19 240:25 241:2,6 241:8,10 264:18 287:9
**corrected** 269:23
**correction** 217:2
**corrections** 287:6
**correctly** 7:4 34:16 91:4 158:3

**corrects** 281:21
**corresponded** 94:25 95:4
**corresponding** 197:4 205:14 205:18
**corresponds** 122:14
**coulter** 78:16
**counsel** 3:4,9 5:2 36:16 37:2 37:7 41:21 87:21 144:6 190:9 202:10 203:19 218:16 222:2 225:13 234:24 235:18 235:22,22 243:23 250:7 252:12,14,16 260:6 265:14 265:22 266:12 280:15,25
**counsel's** 206:8
**count** 65:3
**county** 285:4
**couple** 10:7,18 11:8 184:23 266:4
**coupling** 25:18
**course** 61:5 109:4
**court** 1:2 3:7 4:14,23 5:3,5,6 5:9 187:22
**cover** 147:25 149:23 159:6 165:22
**crack** 143:4
**create** 91:10
**created** 121:14 122:3 123:7 140:10 192:23 205:13 208:3
**creating** 274:12
**criminal** 225:15 261:7
**crosstalk** 134:5 196:2 210:2
**crowley** 171:24
**crr** 1:20 285:7 285:24
**crutcher** 2:8
**crystal** 137:7
**csf** 70:11 104:3 108:24 109:6 109:17 117:4 137:21,24 138:3 172:4,19 191:2,10 203:6 219:5,10,25 220:6,21 236:12,20,24 237:4,11,14,16
**cumulate** 23:3
**cuny** 58:11 67:9,13 116:8 116:15 122:8,9 139:16 141:18 193:6 205:19 206:12 242:13 242:20 243:25 244:5,12 246:19 247:11 248:9 251:22 252:18,24 254:24 255:3 256:6 257:22 258:8,12,18,24 261:16,18 282:14
**cuny's** 193:5 242:24 248:2 248:18
**cure** 243:7
**curious** 25:2 239:19 240:23
**current** 54:22 55:2
**curve** 210:20 210:20,21 211:8
**cut** 34:5
**cv** 1:8 4:13
**cycle** 85:9,11

**d**

**d** 3:2 20:20 105:18 106:4,9 138:11,13 191:23 282:2
**d3** 126:5
**d4** 199:20 200:20,22 208:19
**d5** 208:19
**d6** 208:19
**data** 14:4 15:8 15:10 16:7,23 17:4,8 19:12 29:13,23,24,24 29:25 30:3,9 31:10,13,20,23 31:24 32:3,4 32:22 38:10,12 38:17,22,25 39:4,23 49:10 49:23,24 50:11 51:20 72:20 73:7 75:20 76:16,21,24 77:7,8,10,14 78:2 79:23 80:2,3,6 84:5 84:15 85:17 91:25 95:20,23 105:3 111:18 111:18 113:16 116:14 121:16 123:8,25 124:6 124:8 128:16 129:4 131:13 139:22 140:12 141:7 143:15 143:20 164:9

167:14 169:23 178:13 179:12 179:19 180:6 180:24 182:14 182:15 192:25 193:5 194:4,19 194:24 195:2 196:9,12 206:3 206:4 207:10 211:11,20,21 213:9 214:24 215:7,15 217:2 219:5,7,10,16 219:25 220:11 220:21 221:11 221:16 229:19 230:18 231:3,4 231:6,7,7,9,13 233:3,9,16,19 233:20,22 240:16 258:21
**database** 85:18 116:11,15,22 120:20 122:11 122:25 123:12 125:22 126:3 129:12,21 130:8,24 131:7 133:12 139:19 143:7 193:8,20 194:24 202:4 205:18 206:5 206:25 207:15 211:21
**dataset** 49:14 116:8 117:3 120:18,19 122:15,23,25 123:13 126:3 129:11,13,21 129:21 130:8 130:23 139:16 139:23 141:17 141:19 193:19 193:20 205:16 205:18 206:24 206:25 207:13 207:14
**datasets** 126:7 126:11 127:21 141:11 197:4 205:15 208:4
**date** 1:13 6:10 42:10 59:6 60:4 67:14,24 71:13,14 88:10 102:22 104:14 106:15 111:22 115:25 121:7 132:13,22 137:17 138:2 138:25 139:13 140:7 158:15 171:10 173:17 190:21 191:15 192:16 203:2 205:11 214:6 222:22 223:5 223:19 224:21 226:9 234:17 239:25 241:5 245:14 247:18 271:12 272:8 272:21 286:24 287:13
**dated** 171:21
**dave** 2:6 131:23
**david** 1:6 5:21 33:21
**day** 53:9 92:11 92:11,20,21,21 94:25 95:4 97:9,9 99:10 99:11 100:2 109:9,10 112:17,17,18 112:19 114:15 115:2 196:8 198:19,24,25 240:7 285:20 285:20 287:17
**days** 3:9 34:25 36:11 38:4 108:21 113:24 185:16
**deal** 33:7 156:17
**dean** 218:2
**dear** 148:3
**debate** 237:24
**december** 245:24,25 247:19 249:15 285:20
**decimal** 120:11 124:5,17 127:17
**deck** 151:12,16 160:11,14,18 160:22 166:24
**decks** 147:11
**declare** 287:4
**decline** 150:14
**declines** 250:23
**decode** 172:9
**decoding** 167:24 168:4,8 170:3,12 174:5 174:13,19,25
**decrease** 58:19 143:3
**decreased** 57:13 141:24
**deemed** 287:7
**defamation** 170:25 183:23 184:12,18 185:9,17,19 186:2,15,19,22 187:7,7,15,23 188:4,20,23 189:4,9,13,18 190:3 265:9,12 265:15,17

**defendant** 2:8 265:12
**defendants** 1:11 2:13 4:12
**defending** 263:16
**defense** 263:13 263:23 264:5 264:20,23 265:8,16 266:16
**deficiencies** 148:11
**define** 54:11 153:2
**defined** 153:11 153:12
**defrost** 71:17 137:6
**delivery** 281:18
**delta** 129:7,11 129:18,19 141:16 197:3 208:3
**dementia** 163:4
**demonstrate** 20:16 22:24 28:24 249:5
**demonstrated** 20:9 27:7
**demonstration** 26:18
**den** 70:16
**denver** 2:10
**department** 7:7
**depend** 211:8
**dependence** 25:19
**depends** 61:6 63:4 71:11 210:20 211:4 275:9
**depicted** 233:10,10
**depiction** 230:16
**depictions** 230:11 231:13
**deponent** 287:3
**deponent's** 5:7
**deposition** 1:17 3:5,5,8 4:4,8 223:24 224:6 225:3,7 259:24 280:16 281:6
**depositions** 222:11,14
**depths** 82:10 82:13
**derive** 121:25
**describe** 13:13 23:15 68:25 69:22,25 70:3 264:9 266:5 278:7
**described** 25:23 109:22 228:9 237:22
**describes** 152:15
**describing** 124:25 166:6
**description** 282:8 283:3 284:3
**desist** 226:7,25 283:21
**destroyed** 47:13,23 48:4
**details** 60:16 216:20
**detect** 162:22
**detectable** 153:9,10
**detected** 162:7
**detection** 163:2
**detector** 78:25
**deteriorated** 220:7
**develop** 163:6 165:4
**developed** 276:2
**development** 10:11 161:24
**devices** 78:13 78:14
**diagnose** 162:24
**diagnosis** 162:9
**diagnostic** 159:11 161:23 162:21
**diamonds** 230:2
**die** 32:14,17
**differ** 193:18 195:2
**difference** 92:2 97:9 99:11 130:7 133:3 134:6 141:17 197:3 201:14 208:4 257:20
**differences** 65:21 91:18 100:3 102:4 123:7 198:8 239:16 241:7 242:7
**different** 6:12 17:4 19:15,18 19:19,20,22,24 20:15 21:11 22:9 24:15 77:17 79:7,11 79:13 82:2 99:19 107:7 114:19 119:21 120:5,6,8,9,12 120:18 123:12 123:22,25 124:6,16 126:11 127:2

128:9 133:7,9 133:18,21 134:7,7,9,10,14 134:22 135:7 135:20 141:6 141:12 194:16 202:2 203:12 206:23 207:11 210:11,12,22 214:12 215:23 232:18 235:11 241:16,17 269:7 273:20 273:23 277:12 277:16 278:2
**differently** 235:25
**difficult** 20:14 253:5
**digit** 120:11 126:2,25 127:17
**digits** 44:5 120:12 123:11 123:11,24,24 124:4,5,7,16 125:2 127:5,5 127:6,8,16 134:23,24 141:5,6,8 193:14,18,18 194:2,8,9,11,16 194:18 206:22 206:23 207:3
**diminish** 135:17 275:13
**dinosaur** 83:17
**direct** 26:17 27:7
**directing** 125:5
**direction** 54:20 54:24 197:23
**directly** 19:7,14 20:3 21:4,9,10 21:12 22:3,24 26:7,20 27:11 27:21 28:3 84:5,16 85:18 120:23 126:13 126:23 131:4 200:12 253:25 254:7
**disagree** 153:23
**disclosure** 150:10
**discover** 17:9
**discovered** 13:20 15:5 23:24 24:6
**discovery** 23:8
**discrepancies** 128:3,4
**discuss** 10:10 36:9,15 151:9 160:16 167:4 217:14 263:5
**discussed** 37:3 160:13 186:19 204:25
**discussing** 100:6 149:4 151:6 181:7
**discussion** 35:13 103:21 178:5 180:15 185:13 253:2
**discussions** 149:7 151:16 160:18 166:24 176:8,13 177:2 180:12,17 185:8 186:21 217:17,22
**disease** 51:14 142:6 148:7 152:19 153:5 154:23 155:16 156:17,18 157:2,13 158:22,24 159:12 162:9 162:24 268:15 269:5,7 280:10
**diseases** 154:19 155:24
**dismissed** 261:8
**displaced** 20:12
**dispute** 230:23 231:2
**distribution** 198:7
**district** 1:2,2 4:14,15
**diversity** 154:10
**document** 42:5 45:24 58:25 67:8 68:7 88:5 90:15 102:17 104:2 108:10 109:21 115:20 117:4 121:14 121:24 122:3 124:21 132:9 137:12,19 139:9,24 140:4 140:9 147:18 149:2,5,14,19 151:4,7,21 159:2 161:5,8 161:15 165:14 166:21 167:6 167:10 170:16 173:19 180:18 190:16,23 191:7 192:13 192:23,25 202:19,21 203:6 204:9 205:8,13,15 206:11 226:5 227:8 228:6 234:12,22

235:17 236:8 239:25 242:11 245:9 248:8,18 249:15 251:12 253:19 260:25 271:7 272:3,23 273:2
**documents** 75:5 103:7 118:19 203:12 203:15 250:8
**doing** 81:9 94:18 106:11 136:7,7 202:12 237:2 239:17 276:8
**dose** 25:12 201:13 238:8,9 241:25 242:4
**dots** 230:4
**double** 164:20 170:9 172:20 197:19
**doubt** 213:4 221:11,22
**doubts** 40:2
**download** 77:22 86:6
**downloading** 235:23
**downward** 199:12
**dr** 4:1,5 5:1,17 5:23,24,24 6:1 6:4 7:1,5,6,10 7:16,22,24 8:1 8:19 9:1,2,5,9 9:19,20,25 10:1,5,23,24,25 11:1 12:1 13:1 14:1,9 15:1 16:1 17:1 18:1 18:24 19:1 20:1 21:1 22:1 22:22,23 23:1 24:1 25:1 26:1 27:1 28:1 29:1 29:5 30:1 31:1 32:1 33:1,21 33:22,24,25 34:1,2,3,7,12 34:12,17,19 35:1,14 36:1,9 37:1,2,10 38:1 38:9,20,21 39:1,6,14 40:1 40:17 41:1 42:1,4,18 43:1 43:16,24 44:1 45:1,8 46:1,11 46:20,20 47:1 48:1 49:1 50:1 51:1,6,12 52:1 52:12,25 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1,2,9,13,25 61:1,15 62:1,3 62:9 63:1,8,21 64:1 65:1,14 66:1 67:1 68:1 68:4,25 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1,13,24 77:1,9 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1,21 86:1 87:1 88:1,3,18 89:1,7 90:1 91:1,23 92:1 93:1 94:1 95:1 95:12,24 96:1 97:1 98:1 99:1 100:1,7,15 101:1 102:1 103:1,25 104:1 104:23 105:1 106:1 107:1 108:1 109:1 110:1 111:1,6 111:22 112:1,6 112:8 113:1,13 114:1,12 115:1 116:1,11 117:1 117:22 118:1,4 118:25 119:1 120:1 121:1,11 122:1,11,19 123:1 124:1 125:1,13 126:1 127:1 128:1 129:1 130:1 131:1,11 132:1 133:1 134:1,8 135:1 136:1 137:1 138:1 139:1,20 140:1 140:14 141:1 142:1 143:1 144:1,14,16,16 144:17 145:1,6 145:7,7,12 146:1,5,8,9 147:1,11,12,12 148:1 149:1,8 149:8,9,9 150:1,4,4,5,5 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1,14 162:1 163:1 164:1 165:1 166:1 167:1,23 168:1 169:1 170:1 171:1,11 172:1 173:1,7 174:1 175:1 176:1,10 176:10,10,15 176:15,16 177:1,4,5,5 178:1 179:1

180:1 181:1 182:1,23,25 183:1,2,5,25,25 184:1,2,2,3 185:1 186:1,22 187:1,6 188:1 189:1 190:1 191:1,5 192:1 192:18 193:1,9 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1,7 205:1 205:23 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1,14 218:1 218:7,21 219:1 220:1 221:1 222:1,9 223:1 224:1 225:1,21 226:1 227:1,22 228:1 229:1,12 229:25 230:1 231:1,22,25 232:1,12,20 233:1,17,19,21 234:1,23 235:1 235:18 236:1,3 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1,23 246:1 246:4,6,19 247:1,11,22 248:1 249:1,13 249:15,18,22 250:1 251:1 252:1 253:1,3 253:8,14,17,18 253:22,23,25 254:1,9,12 255:1,19 256:1 256:17 257:1 258:1 259:1,17 260:1,14 261:1 262:1,16 263:1 263:14,20 264:1,8 265:1 265:24 266:1 266:10,22 267:1,8,10,14 268:1,4,10,13 269:1,4,8 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1,7 279:12 280:1 280:14,21 281:1

**drastically** 22:19 135:6
**draw** 33:13,13 33:14 36:20
**drive** 16:13,15 46:25 47:5,10 47:13,15 48:9 48:18,22,23 49:4 87:15 128:17 196:13
**driver** 80:24,24 81:4
**drives** 48:21 49:2
**drop** 8:12,23 9:15,16 219:22 237:15
**drug** 10:10 60:15 62:25 63:5,10,22 64:2,8,23 65:15 180:25 199:3,7 201:12 256:19 257:2 270:19
**drug's** 181:21
**drugs** 7:9,17 12:21 65:4 199:8 201:13 237:12 239:20
**dtx880** 79:2
**dtx889** 78:25
**due** 154:9 270:10
**duly** 5:12 285:11
**dumpster** 150:24
**dunn** 2:8 261:25
**duplication** 170:20
**dxt880** 81:4
**dykema** 2:17
**dynamics** 78:12

**e**

**e** 2:2,2 3:2,2 22:23,23 28:13 29:4 53:10 85:11 149:16 149:16 238:2 238:15 241:12 282:2,7 283:2 284:2 285:2,2 286:3,3,3
**e4** 201:5,8 208:23
**e5** 208:23
**e6** 208:23
**earlier** 109:21 192:9 198:13 213:12 255:18 269:16
**early** 33:13,15 135:21 184:22

**earned** 68:21
**easiest** 20:8
**eastern** 4:18 281:9
**edit** 52:6,7,10
**edition** 52:10
**edt** 133:6
**effect** 3:7,8 156:5 210:12 237:21
**effectively** 244:2
**effectiveness** 181:22
**efforts** 163:6 263:17,19
**eight** 93:24 276:18,19
**either** 11:6 146:8 169:4 199:23
**eligibility** 53:13
**elisa** 15:23,25 53:10 69:3,6 69:11,11,23 70:8 71:25 72:2,10 75:19 77:11 78:4 79:10,13 81:17 81:20 82:3,5 82:19 83:5,9 83:13 85:16,25 85:25 86:20 87:13,16,16 94:11 95:20 105:14 108:12 108:19 109:4 109:15 112:7 131:8,15 135:3 138:17 143:7 143:18 192:9 194:25 195:5 202:4 204:16 204:24,25 211:6,11 212:23 213:10 214:5,6
**elisas** 97:17 98:22
**email** 8:2 11:6 88:7,16,17 89:6 171:7,21 173:5 232:21 233:2 245:11 245:23,23 246:5 249:11 254:2,8 267:18 282:15 283:4 283:23
**emails** 45:4,8
**embedded** 50:22
**encounter** 253:15,16
**ended** 55:18
**ends** 281:3
**enea** 1:4 5:24 148:19 160:6 166:17
**engage** 249:6
**enlarge** 42:23 59:15 154:3 181:5 253:4
**enroll** 53:14
**enrollment** 143:9
**enter** 5:3 106:3
**entire** 49:14 84:3 94:5 191:11 212:14 234:4,4 277:23 279:2
**entirely** 152:18 153:4
**entirety** 49:5
**environments** 156:12
**equally** 274:8
**eric** 188:12
**erica** 279:12
**errata** 287:8
**error** 99:20 113:3,5 115:10 214:11
**errors** 217:4
**erwin** 2:15
**especially** 49:5 50:8 144:3
**esq** 2:6,6,10,11 2:15,15,19
**established** 26:13
**estimate** 276:4
**et** 4:10,11 286:1,1 287:1 287:1
**evaluated** 104:15 132:23 138:25 191:16
**evaluating** 67:2
**event** 24:4
**eventually** 237:14,15
**everybody** 52:6
**evidence** 19:12 26:17 28:17 206:13
**exact** 6:10 144:18 202:13 262:24
**exactly** 47:15 48:7 55:12,15 70:2 90:4 100:19 133:2,4 133:7 144:20 144:24 158:11 158:15,20 197:22 210:15 213:5 214:14 252:22 276:23
**examination** 5:15 281:23 285:10,12
**examine** 157:12

**examined** 5:13 253:9
**example** 31:25 32:20 68:17 87:5 90:25 95:10 97:2 99:4 130:4 194:12
**excel** 72:19 73:3 74:7,16 74:19,24 75:2 75:2,5,15,16,23 76:23 77:15,18 77:22,25 79:25 80:7,10,17 86:6,14,22 87:2,6,10,14,17 95:21 102:19 102:23 109:17 109:22 112:13 115:23 120:18 122:4,7 126:23 129:5 130:9,21 131:2 137:14 139:11 140:5 143:12,14 173:14,20,23 190:18,24 192:14 195:2 196:6,18 202:23 204:22 205:9 212:10 212:22 214:10 234:14 235:12 282:17,19,21 282:23,24 283:6,8,10,11 283:13,22
**excels** 86:15 109:3
**except** 3:11 210:5 231:24
**exception** 55:23
**exchange** 222:10,19 223:2,12 224:16 226:16 255:17 283:15 283:18
**exchanged** 60:2 271:21 272:15 273:3
**exchanges** 43:24
**exclude** 225:18
**excuse** 14:7 86:2 93:22 111:12 125:23 151:24 222:24 261:23
**exercise** 68:20 202:11 257:9 257:11
**exercised** 56:12 68:15 255:7
**exhaust** 219:22
**exhausted** 244:23
**exhibit** 42:5,9 58:25 59:5,16 67:8,13,15 88:4,9,17 102:17,21 104:8 105:9 115:20,24 117:5,14,19 118:15,16,24 119:9,10,24,25 121:4,6,9,23 122:4,14,23,25 123:13 130:10 130:22 131:22 132:3 133:17 134:19 137:12 137:16 139:9 139:12,24 140:4,6 141:19 147:19,25 149:20 154:17 155:22 156:5 159:3 165:15 170:16,19,25 171:9,12,17 173:11,12,16 180:19,23 190:16,20 191:4 192:13 192:15 193:2 193:21 202:20 202:25 204:6 204:20 205:8 205:10,17 206:3,24 222:17,21,24 223:4 224:13 226:5,8 234:12 234:16,20,25 235:9,10 245:9 245:13 271:7 271:11,20 272:3,7,20,23 282:8,9,11,13 282:15,17,19 282:20,21,23 282:24 283:3,4 283:6,8,10,11 283:13,14,17 283:20,22,23 284:3,4,5,7
**exhibits** 121:15 122:6 140:11 140:11 141:7 141:11 148:13
**exhibits.pdf** 246:19 247:11
**exist** 147:17
**exists** 77:18 220:5
**expenses** 260:4
**experiment** 13:21 15:14,25 20:3,25 21:18 23:25 27:19 29:19,25 31:4

31:6,8,15,17,19 32:2,7,13,16,20 32:21 33:8,9 33:12 36:5 37:16 72:15,16 72:21 172:19 175:4,6 182:5 182:15 183:7 211:11 273:20 277:19 278:3 278:13
**experimental** 180:25 236:22 239:18
**experiments** 12:15 13:25 14:4,24 15:4,8 15:16,23 16:4 16:8 17:9 22:2 25:23 29:6,9 33:4 75:19 156:25 157:23 163:18 164:3 169:19 172:5 180:7 273:8 278:9 279:16
**expert** 182:10 182:13 183:14 253:8
**experts** 181:17 182:13 183:12
**explain** 10:4 179:13,13 240:9
**explanation** 126:10 207:9 210:10
**explore** 87:2
**export** 86:22 87:10 126:23
**exported** 87:7
**exporting** 74:16,24
**expose** 274:13 274:14
**exposed** 159:7 274:25
**exposing** 277:22
**express** 21:18 23:2 148:4 221:15
**expressed** 39:6 39:11,14,19 40:2
**expression** 31:18 269:14 269:19
**extension** 204:14
**extent** 42:16 211:8 263:21
**extract** 128:16 129:4 196:12
**extracted** 116:13 122:7 141:18 193:5 193:19 206:25

**f**

**f** 3:2 28:13 285:2
**f4** 201:6,7 208:24
**f5** 208:24
**f6** 208:24
**fabricate** 38:11
**fabricated** 38:10,17,22,25
**face** 34:9,9
**facebook** 147:2 185:18,21
**fact** 57:13 156:8 186:12 186:24 197:21
**factors** 153:15 156:6
**factual** 189:12 189:14
**fade** 135:4
**failed** 32:22
**faint** 275:23
**fair** 18:13 23:15 70:4 225:20
**fairly** 83:4
**familiar** 33:16 33:24 53:19 58:20 83:2 146:14,20 188:13,16 267:8 277:3
279:4,10
**familiarity** 145:6
**far** 25:9 49:12 90:13 149:14 165:9 224:25 225:5
**fbi** 16:19 48:23
**fda** 11:17 149:8 150:12 213:13 213:23 216:4,7 216:18,20 217:7,18,23 218:5,7,21,23 219:4,6 221:9 221:14,20
**fda's** 214:4 215:17 219:3
**fee** 54:18,19 55:4,6,22,24 56:4
**feel** 172:22
**fees** 55:18 57:23 259:18 260:7,15,24 261:7,11,15
**felt** 40:17
**femtomolar** 28:5,6
**fi** 84:20
**field** 17:25 18:6 18:19 55:2 172:8,13 246:17 247:5,6

247:6,7,7
**fifth** 67:21 225:16
**fight** 109:12
**figure** 52:13,14
**figures** 126:25
**filamin** 13:22 14:25 15:21 23:12,23 24:5 24:10,16,24 25:5,9,13,17 26:2,8,22 27:3 27:9,12,23 28:5,22 51:15 152:17 153:3 154:5,20,22 155:3,15,22 157:3,5,10,18 157:20 158:13 161:18 162:13 162:15,18,23 163:13 164:7 268:19,22,24 269:3,10,13,14 269:16,18,22 269:25 270:5 270:10,15,17 270:21 271:4 279:18,22 280:6
**file** 46:23 49:18 50:19 52:10,16 74:23 75:7,10 76:23 77:15,18 77:23 103:25 108:10,18 115:21 116:13 116:15 122:7 126:23 131:7 132:5 137:20 139:9 172:14 173:23 190:24 190:24 203:5 278:23
**filed** 170:24 183:23 184:20 185:17 187:18 188:19,23
**files** 47:3 48:17 49:25 50:5 77:25 80:13 86:2 143:7 202:4 246:24
**filing** 3:4 189:3 189:8,12 216:12,13 250:17 251:5
**filings** 166:7 187:14
**fill** 216:24
**film** 50:12,13 50:23 274:13 275:2 276:2,6 277:22
**final** 218:4 248:12 257:25 258:3,6
**finalized** 112:20
**financial** 61:20 62:25 63:14,18 64:7,11,20,23 65:23 66:10,14 66:19,25 255:4 256:6,8,11,12 257:5,6,10
**financially** 63:22
**find** 24:2 36:2 46:23 47:3 50:11 87:8 148:10 156:16 164:3
**finding** 24:8 26:3,7 153:17 157:2,17,21,25 268:6,7
**findings** 164:21 228:9,15,18,18 242:24
**fine** 36:22 182:11 227:11 227:15 277:2 281:19,20
**finish** 15:13
**finished** 15:14
**fires** 150:24
**firm** 5:21 149:12,15 151:20 161:3 167:8,18 176:3 176:13 188:10 261:24 262:8 262:21 263:3
**first** 5:12 7:5,9 7:11 34:14,20 35:2 42:24 45:18 57:8 78:22 99:6 118:14 120:11 122:19,22 124:17 125:20 128:10,10 136:6,13 142:20 144:14 144:19,25 146:4,7 165:19 172:11,13 173:18 184:11 186:12 192:24 195:13,16 206:2 236:7 246:11,18 247:3,4,8 253:14 262:2,3 271:14
**fit** 214:22,24,25
**five** 72:14 87:19 138:3,4 138:23 177:9 177:21 178:25 181:10 190:7 191:13,14 195:8 214:16 221:25 259:9

**flipped** 209:23
**fln** 154:10
**flo** 70:16
**floor** 2:5
**fluid** 70:12
**fluorescent** 81:14,19
**folder** 42:13 85:18 87:13,17 116:11 122:11 123:2,13 125:22 126:3 129:12,22 130:9,24 133:12 139:19 193:8,20 194:25 205:19 206:5 207:2,15
**follow** 93:14 98:14 173:22 192:7 204:23
**followed** 69:23 107:6,12
**following** 79:19 124:7 161:22 229:11
**follows** 5:14 210:4
**footnote** 254:20
**force** 3:8
**foregoing** 287:5
**forgot** 54:17
**form** 3:11 14:6 16:11 17:2,12 18:4 20:7 23:18 26:9 27:13,24 33:2 35:24 40:6,21 41:3,9,11 48:13 51:24 52:3 53:18 57:24 61:23 62:8,16 63:3 63:12,25 64:12 64:25 67:5 77:13 78:7 84:7,24 86:23 87:11 90:16 91:13 93:2,6 93:11 96:7,19 98:20,25 101:15 102:14 107:8,16,23 114:24 117:7 120:22 127:10 128:5 129:24 130:14,25 134:25 140:2 141:13 142:3 152:25 157:3 158:19 161:12 167:16 168:16 168:25 169:2 169:17 174:9 175:3,12 176:2 176:18,21 178:2,11 179:7 182:21 183:13 188:7 189:5 194:6 195:4 197:16 198:21 199:14 200:24 201:9 202:8 205:3 206:7 207:5,17 208:16,22 209:2,7,17 210:8 211:24 212:20,25 213:23 217:7 217:14 220:23 221:13,21 227:16 228:13 228:20 230:14 230:20,25 232:8,16 233:12 240:14 243:3 250:2 255:15,22 256:22 258:17 258:23 259:6 259:22 260:18 261:10 268:16 269:6 274:18 275:8 279:19 280:12
**formally** 243:5
**format** 50:4,17 81:23 86:7 89:20 99:5,7 104:9 106:4 129:5 133:25 136:24 173:19 235:4
**formatting** 235:3,10
**forms** 162:23
**forth** 50:20 52:5,12 285:11
**forwarded** 249:13
**found** 23:10 24:16,16,18 152:17 153:4 157:16 161:19 164:5,13 177:19 242:21
**foundation** 152:11
**foundational** 23:16
**four** 121:18 122:20 125:12 127:5 133:2,6 134:6 140:13 140:14 159:18 205:24 214:25 215:6
**fourteen** 151:25
**fourth** 127:17 129:7 130:5 141:15 197:2 207:24

**fragment** 17:3
**france** 22:8 28:14
**free** 172:23
**freezer** 70:25 71:2
**fret** 28:13
**friday** 4:16 281:7
**fried** 47:5,10
**friedmann** 10:2 10:5,24 38:20
**front** 118:8 165:19
**frozen** 71:13
**fully** 68:19 178:21,23
**function** 156:8 156:10 235:23
**functional** 32:10
**functioning** 155:7
**funding** 58:3,8 58:15
**further** 3:11 5:6 280:25 285:14

**g**

**g** 22:23 24:21 76:5 209:21
**g4** 209:4
**g5** 209:4
**g6** 209:4
**gain** 63:22
**gap** 72:7,8 195:13
**gauge** 237:20
**gears** 29:11
**gel** 276:16,23
**gels** 276:19
**gene** 154:22 155:3,4,5,15
**general** 19:8 33:6 35:21 69:22 70:7 97:19,20,20 101:16,17 104:10 116:14 132:22 138:25 142:19 191:16 192:8 204:24 212:15,16,17 273:15
**generally** 18:18 72:13 81:18 128:7 135:24 162:25 196:7 231:22
**generate** 72:16 72:18,25 81:18 81:19 86:15 105:13 111:17 143:25 214:23
**generated** 72:23 75:19 85:18 86:3 105:10,13 111:18 212:15 212:19 215:2 219:11 220:21
**generates** 77:20 80:21
**genes** 154:10
**genetic** 269:16
**genevieve** 2:15
**geoffrey** 1:6 33:22
**getting** 63:2 64:8
**gibberish** 86:8 86:11
**gibson** 2:8 261:23,24
**give** 56:7 61:2 65:5,10 88:15 165:5 169:22 181:4 212:10 221:18 270:18
**given** 24:24 40:12,23 41:6 117:9 197:17 197:18 247:12 285:13 287:10
**giving** 133:18 133:20 174:20
**gmt** 132:15 133:5,6,14
**go** 14:13 34:5 37:15 50:20 52:5,12,12 54:21 59:7 64:3 66:5 67:23 86:19,21 87:8 100:24 103:6,15 112:23 115:17 118:13 126:18 128:15 129:2 132:6 136:10 143:13 149:11 150:17 155:17 165:21 178:18 180:10 195:14 195:16,19 196:13 200:22 201:7 221:23 227:20 237:11 250:9,11 252:11,25 264:12
**going** 7:4 27:18 41:18 51:18 99:18 118:12 142:17 161:11 186:25 195:23 201:15 203:10 203:21 206:6 234:6 244:23 251:8 263:7 281:10
**good** 4:2 5:17 5:18 58:12 130:3 184:23

241:9 253:6 257:3 278:22
**grant** 38:2 58:4 67:24 68:3
**granted** 68:13 255:5
**grants** 58:19
**graphpad** 73:6 73:10,11,11 80:4,10,12,16 215:3
**grave** 148:4
**gray** 155:13
**great** 60:21 65:5
**greatest** 150:23
**green** 129:17 241:13
**group** 101:3 191:2,11,21,22 192:3,25 193:20 233:20 234:7 238:18 240:6,18,22 242:9
**grouping** 76:20 170:11,13 201:17 207:22 211:2,3,17 214:19 215:11 233:19,22,24 241:2,3,3
**groups** 191:13 229:20 240:13
**gs** 25:17
**gueron** 2:4 5:22
**guess** 100:21 100:21 115:14 138:2,20 165:17 204:13

**h**

**h** 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 18:25 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1,24 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1,16 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1,21 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1

222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:7 283:2 284:2 286:3
**h4** 209:5
**h5** 209:5
**h6** 209:5
**halfway** 45:14 60:11
**hand** 285:20
**handful** 9:10
**happen** 24:5,6
**happened** 47:14,20 49:9 210:7 235:3
**harassing** 203:18
**hard** 46:24 47:5,10,13,15 48:18 231:15
**hash** 274:7
**header** 246:17
**healthy** 152:20 153:6,8,13,13
**hear** 70:7
**heard** 145:12 145:18 146:4,8 146:10 148:23 149:17 183:2 186:9,11,12 188:14,17 266:23
**heilbut** 1:3 2:22 4:10 5:24 144:16 145:6 145:12 146:5 147:12 148:19 149:8 150:4 160:7 166:18 176:10,15 177:4 184:2 234:13,15 235:19 283:22 286:1 287:1
**held** 1:19 57:10 103:21
**help** 7:8 11:19 249:23
**helpful** 70:6
**hereinbefore** 285:11
**hereto** 287:8
**hereunto** 285:19
**hi** 172:17
**high** 17:21 25:16 28:7,7 195:24 238:8 238:21 241:24
**higher** 25:9 129:20 130:2 130:12,15,16 130:23 161:19 162:6,7 163:3 163:13 200:15 200:21 208:13 208:17 209:18
**highlighted** 154:9
**highlights** 238:21
**hills** 2:18
**hit** 82:15 104:10 115:17 128:25 212:17 260:9
**hmm** 33:23 46:15 47:8 88:20 95:3 98:8,12 101:2 101:9 104:5,21 104:21 105:22 110:10 113:10 116:16,23 117:6,15,17,20 118:3 119:16 123:3 130:6 140:20 172:2 208:10 254:19
**hoau** 1:18 4:5 5:11 222:20 223:3,16 224:18 226:20 246:3 247:22 251:11 281:6 282:4 283:15 283:18 286:2 286:24 287:2,4 287:13
**hold** 44:19 115:18 121:10 121:20 131:23 149:21 150:12 170:3 171:15 234:18 246:7 250:18 251:19

**honest** 224:5 225:6
**hook** 143:19
**hope** 225:18
**horizontally** 106:10
**hostetler** 2:12
**hour** 41:18 133:3
**hours** 72:14 132:24 133:6 134:6 135:19 139:4 195:9 204:2
**howard** 2:21 4:19
**human** 28:25 154:10 155:2
**hundred** 142:22
**hypothesis** 152:6,10 238:16 239:4 240:11,12,15 240:24 241:6,8
**hypothesize** 239:14 240:21 241:24 242:8
**hypothesized** 240:16
**hyw** 190:25

**i**

**ice** 137:7
**icebox** 71:16 93:16 95:19
**idea** 99:23 128:2
**identical** 28:24 99:12 134:15 212:5
**identification** 42:10 59:6 67:14 88:10 102:21 115:25 121:6 137:16 139:13 140:7 171:9 173:16 190:20 192:16 202:25 205:11 222:21 223:4 226:9 234:16 245:13 271:11 272:7,20
**identified** 12:10 154:5 230:5 231:25
**identify** 163:12 214:8,16,20 241:17
**identity** 96:15 99:24 131:10 131:18 201:11 201:16 210:14 211:16
**ids** 112:8 113:14,16 114:22
**illiterate** 159:13
**illustrate** 230:4
**image** 89:5 278:23
**imaging** 47:17
**immune** 154:18 155:23
**immunopreci...** 274:2
**impairing** 66:20
**implausible** 152:12
**implicated** 280:6
**imply** 163:3
**import** 278:25
**important** 136:9 196:16
**impression** 40:12,23 41:6 221:19
**improve** 239:20,21
**improvement** 53:21 241:20 241:22
**improvements** 231:23
**inaccurate** 224:10 225:11 225:25
**incentive** 67:11 67:16 250:24 282:13
**include** 76:22 217:2 218:2 273:13
**included** 13:17
**including** 205:15
**incomplete** 224:10 225:11 225:17
**inconclusive** 31:5
**incorrectly** 230:5
**increase** 58:18 209:13
**increased** 57:12 199:24 200:4 209:16
**incurred** 261:12,16
**independent** 30:12 253:8
**index** 167:24 168:4,8 172:3 172:9,18,21 174:6,14,25
**indicate** 95:11 129:17,18

238:12
**indicating** 269:21
**indication** 154:22
**indicator** 237:17
**indictment** 225:15
**individual** 95:22 142:16 143:5 153:8,13 153:13 266:2
**individuals** 152:20 153:7
**industry** 250:19
**infect** 142:12
**infections** 154:18 155:23
**influence** 137:8
**inform** 70:10 218:20
**information** 76:20 111:24 114:13 168:22 169:5 170:3,6 170:7,13,13 174:13,19 175:8,22 232:12,21
**informed** 34:20 218:4,21,22 219:8 243:4,5
249:16
**input** 238:14
**inquiry** 248:2 248:12,14 249:3 251:25
**inside** 23:4
**insignificant** 255:6
**inspect** 84:8 218:13,14,18 218:22
**inspected** 215:19,25
**inspection** 11:18 213:14 213:24 214:4 215:17,22,22 216:5,9,19,21 217:18,23 218:8,24 219:3 221:9,14,20
**inspectors** 218:5
**instances** 225:16
**institut** 279:8
**instituted** 61:3
**instituting** 226:7,24 283:20
**instruct** 263:24 264:6 266:18
**instructed** 219:4
**instruction** 135:11 264:15 264:15 266:21 266:23
**instructions** 267:5
**intact** 237:13
**integrity** 39:7 39:12 40:3,8 148:12 178:8 221:16 239:21 239:21 248:22 258:15,20
**intellectual** 29:20,21 30:5 41:15 65:7,9 165:3
**intended** 162:22 244:10
**intending** 36:20
**interact** 24:21 29:8 268:24 279:22
**interaction** 24:22 269:24 274:3
**interest** 61:21 62:25 63:14,18 64:8,13,20 66:14 187:4 255:4 256:7,9 256:11,12 257:5,7,10
278:20
**interested** 170:6 185:11 285:17
**interests** 65:23 66:11,19,25
**interfere** 19:17 94:21,22
**interference** 275:14
**interim** 248:19
**internal** 263:11
**international** 279:6
**interpose** 161:12 206:7 263:8
**interpreting** 7:8
**interrelations...** 269:2
**intervenor** 1:7
**interviewed** 262:20 263:2
**interviews** 263:22 264:4 264:10,25
**introduce** 8:13 131:21 173:11
**introduced** 5:19 6:25 206:13
**introduction** 7:12

**invention** 12:9
**inventor** 12:5 13:10
**invested** 254:10
**investigation** 228:11 242:13 242:20,25 243:9 244:13 261:13,17,18 262:18 263:12 264:21,24 265:2
**investigations** 249:17 263:15 265:5
**investigator's** 219:6
**investigatory** 263:10
**investor** 254:13
**investors** 159:13
**invoking** 264:20 265:4,8
**involved** 70:8 269:23
**involvement** 186:14
**involving** 32:2 32:21
**isaac** 2:6
**issue** 14:13 32:11,12 265:21
**issued** 184:9 187:22 213:23 217:7 261:2
**issues** 11:20 31:8 32:8 249:4
**ix** 122:8

**j**

**j** 47:3 51:7
**january** 43:19 43:25
**japanese** 157:7 158:12,21
**jen** 227:20 263:8
**jennifer** 2:19
**jesse** 1:3 2:22 5:24 148:20 160:6 166:17
**jlr** 1:8 4:13
**jockers** 29:5 279:7
**john** 2:11 281:12,21
**joint** 263:12 264:5,20,23 265:8,16 266:16
**journal** 17:15 22:4,16 23:6 37:23 51:8,10 177:8 267:10 268:4 279:6
**judge** 3:7
**judgment** 66:21
**july** 240:2 244:6
**jump** 33:14
**june** 55:19,21 67:24 68:12 175:14 191:17

**k**

**k** 262:8
**kate** 188:15
**keep** 71:12,13 90:7 93:14 95:8,8,10,12 109:4 195:23 243:4
**kept** 90:22 91:20
**key** 152:16
**kilogram** 142:24
**kind** 15:16 32:16 81:24 100:12 110:16 153:15,20,21 156:12 187:12 187:15 188:9 242:7 249:23
**kits** 94:12,13
**knew** 97:5 98:22 99:14 102:12 107:19
**knock** 22:15,18 28:16
**know** 6:25 8:5 8:6 26:24 29:7 29:9 31:11 33:4 34:2 41:11 42:12 43:12 44:12 47:5 52:6 57:4 59:11 60:21 63:19 75:5 76:15 82:24 88:12 89:8,8,9 89:14,21 90:3 90:12,13,17,20 90:22 91:3,9 93:4,9 96:4,8 96:14,14,16,20 96:25 97:8,10 97:13 98:2,3 99:9,12,24 100:4,17,18 101:10 102:2,6 102:11,24 106:13,16,17 106:23 107:3,4 107:10,17 108:14,15 109:9,14 112:15,16,16 113:22,23,24 114:25 116:2 118:11 121:8 122:14 127:11

128:8 129:2 131:9,18 137:25 138:5 138:21 141:14 143:16 144:20 144:24 145:9 145:12,14,15 145:15,17,19 145:24 147:16 157:22 158:11 159:18 161:16 165:10,11 167:17 168:3,7 169:3,4,8 172:23 173:3 175:7 176:22 176:23 178:3 179:8,9,11 182:9,25 185:21,23 186:6 189:21 192:17 195:12 197:21 199:2 200:6 201:11 201:16 204:2 204:11 210:13 210:14 211:15 211:16 213:18 214:19 218:17 220:8 233:24 233:25 234:2,6 235:22 236:6 238:17 240:8 240:20,24 241:3,6,9,15 259:25 260:9 260:11,22 271:14,15 272:9 276:11 276:15
**knowing** 96:24 111:15
**knowledge** 26:5 55:2 164:2 169:11
**known** 6:9,16 257:14
**knows** 38:11 93:13 260:12
**kumagai** 2:6 5:16,21 36:19 41:17 42:4,11 53:11 58:12,24 67:7 87:18 88:3,11 102:16 103:15,24 115:19 118:9 118:12,22 121:3 122:2,16 124:14,22 125:4,8 129:16 131:21 132:4 132:10,21 133:2,5,11,20 134:2 137:11 139:8,14 140:3 140:8 144:4,13 170:15,22 171:16 173:10 190:6,15,22 192:12 202:18 203:19 204:5 205:7 206:16 221:2,24 222:8 222:16,23 225:19 226:4 227:20,24 234:11 235:8 235:21 245:8 245:18 251:14 259:8,16 260:13 264:7 264:19 265:7 271:6 272:2,22 280:13 281:14 281:18 282:5

**l**

**l** 3:2,2 18:25 20:20 22:23 53:10 76:5 85:11 221:2 236:12 278:19
**lab** 11:21,23 18:21,24 28:14 53:23 70:20 78:9 79:4,8,12 83:16 84:6,9 84:18,19,22,25 96:3,8 156:24 163:17,20 164:22 165:23 166:8,9,25 168:4,22 169:10 170:4,5 173:8 174:12 196:12 213:14 213:24 215:18 215:18 216:4 218:25 219:4 221:9
**label** 50:24 53:7,8,15 69:20 108:9 111:8 112:6,19 115:5 131:12 166:6,25 167:15,21,25 168:5,9,15,21 174:6,14 175:10,24 204:17
**labeled** 116:14
**labeling** 109:2
**laboratory** 26:6,20 27:11 27:21 53:20 54:4
**lane** 275:5,17
**lanes** 278:3
**laptop** 47:22,25
**late** 175:17
**laura** 11:15 84:8 217:9,10
**laureate** 183:3

**law** 5:21 149:12,15 151:19 161:3 167:8,18 176:3 176:13 188:10 261:24 262:7 262:21 263:3
**lawrence** 2:9
**lawsuit** 183:24 184:12,18,20 185:19 186:2 186:15 187:7 187:15,23 188:5,20,24 189:4
**lawyers** 261:20 262:21 263:2,6
**lead** 26:12
**leaky** 237:9,9 237:10
**learn** 216:19 218:18
**learned** 35:5 114:21 243:6
**learning** 177:14 186:2
**leave** 170:19
**left** 93:23 105:11 131:4 192:10 199:24 200:2 219:25 220:20 221:7 226:19 246:18
**legal** 4:20,21 259:18 260:3 260:15,24 261:6,11,15
**lethal** 154:12 155:9
**letter** 93:23 145:21,22 146:3,17 149:7 150:12 243:11 243:19 250:13 251:11 252:17
**lettered** 93:21
**level** 21:23 137:8 161:19 162:7,7 163:3 210:17,21 236:11,24 241:18 242:6
**levels** 142:5
**levied** 227:15
**likely** 240:17
**lindsay** 1:10 2:13 7:6 51:5 109:7,23 171:24 174:20 174:20
**line** 42:25 177:18 246:21 246:23 247:25 286:4,7,10,13 286:16,19
**linear** 73:13 80:3,5,11 91:10 201:25 210:19 211:4,7 214:22 215:9
**list** 103:7 147:22 172:18 180:20
**listed** 13:9 150:5 172:22
**listen** 8:8
**lists** 166:17
**literature** 54:21,22
**litigation** 145:2 260:5,16,17
**litigations** 265:6
**little** 29:11 83:2 160:3 235:11
**llp** 2:4,8,12
**loaded** 168:12
**located** 4:22 276:12
**location** 4:6
**locations** 275:24
**lodge** 14:10
**log** 76:5,6,7 80:8,9 91:10 201:24
**long** 49:6 50:9 77:4 82:9 91:19 93:9,12 138:5 144:20 195:25 196:4 243:6 267:19
**longer** 49:12 144:21 203:25 220:19
**look** 31:16 35:6 45:16 84:10 104:25 110:11 119:8 120:4 123:10,15,22 125:9 127:13 129:7 130:4 132:21 134:18 134:19 138:7 138:24 143:13 191:15 194:8 196:25 197:25 198:9 199:4,9 199:18,20 207:23 208:8 209:8 214:5 231:18 239:5 248:15
**looked** 35:10 75:24 100:24 103:12 105:7 117:13 149:2 193:2 198:13 215:16 249:12 255:17
**looking** 23:21 54:24 63:7 86:2 93:18 109:14 124:12 124:21,23

134:24 152:3 204:19
**looks** 75:22 111:2 120:6 123:20,21 127:6 138:10 192:3 198:6 200:23 204:23 235:10
**lost** 48:9 156:8
**lot** 18:10 47:17 64:4 126:24 141:22 207:7 256:18
**lots** 13:17 16:12 31:16 256:13
**low** 24:24 31:22 197:12
**lower** 25:12 130:2 135:21 135:23 142:5 238:9 242:4
**lunch** 202:11

**m**

**m** 20:20 24:19 110:12,13,14 110:15,16 236:12
**machine** 73:15 74:11,12 78:9 78:12,18,20,24 79:3,8,11,14 80:24 81:4 83:13 84:17 85:5,8,12 86:16 121:2 126:13,22 128:7,18,20,24 131:5 194:25 196:17 212:4,8 212:9 213:3
**machines** 83:22
**madam** 148:3
**made** 39:23 124:20 148:9 193:6 199:13 228:10 287:6
**madison** 2:5
**magazine** 18:9 257:21 258:8 258:13,25
**magazines** 18:10
**major** 154:17 155:22
**make** 79:18 83:24 91:24 94:19 100:2,10 136:20,22,23 137:5 201:7 203:20 206:10 214:24 236:21 237:12 256:13 256:13,14,18 257:19
**makes** 41:13 65:20 91:18 92:2 97:10 99:11 102:4 108:5 201:14 241:7
**making** 176:19 206:14
**management** 184:4 186:10
**maneuver** 20:15
**manipulate** 131:14,19,20 178:12
**manipulated** 39:4
**manipulation** 229:13
**manufactured** 78:16
**manuscripts** 47:17
**map** 88:22,24 90:14,15 91:6 91:9 92:2 93:4 93:8,9,18 94:24 96:4,9 96:11 97:6 100:7 101:13 106:3 138:10 191:22 198:12 205:3
**march** 177:7 222:25 224:21 225:25 243:11 283:17
**mark** 58:24 67:7 70:13 102:16 103:11 121:3 131:22 139:8 140:3 190:15 192:12 202:20 205:7 222:16 226:4 234:11 245:8 272:2
**marked** 42:5,9 59:5 67:13 71:4 88:4,9 102:20 115:20 115:24 121:5 137:12,15 139:12 140:6 147:19 149:20 159:3 165:15 170:16 171:8 173:15 180:19 190:19 192:15 202:24 205:10 222:20 223:3 226:8 229:25 230:3 234:15 245:12 271:6 271:10 272:6 272:19,22 276:20

**marker** 274:16 274:20 275:10 275:10,25
**markers** 52:21 274:25 275:6 275:18,20,22 276:14
**markey** 148:20 148:24 149:9 150:5 160:7 166:18
**marriage** 285:16
**marsman** 11:11 12:2 217:11,14
**mary** 110:12
**match** 90:14 113:15 114:14 127:8 213:5
**material** 49:17
**materials** 48:8
**mathematic** 76:3
**mathematical** 76:10
**matter** 4:9 74:13 109:3 186:24 199:3 223:13 224:17 226:20 285:18
**matthew** 271:15,22
**mean** 13:8 18:7 19:13 21:7 23:11,19 34:5 37:17,23 41:14 47:9 49:20 50:17 56:18 63:13,16,17 85:23 86:10 89:15 94:14 100:19 101:20 113:3,5 115:10 123:22 124:11 124:18 127:11 128:18 129:25 130:2 134:12 135:8,9 143:5 143:19,24 144:2,2,23 156:7 169:7 179:10 186:3,5 186:24 189:22 191:13 194:7 197:17,20,24 198:8 200:2,10 200:11 209:18 212:7 216:14 230:15 232:10 233:13 242:22 256:5,24 278:10
**means** 21:4 94:15 134:13 162:23 195:12 204:11,13 250:21
**meant** 257:24
**measure** 277:11
**measured** 92:5
**measurements** 92:24 111:9
**measuring** 108:13,20
**mechanism** 268:14,18
**media** 146:23 146:24,25 147:2 176:9,14 281:3
**medicine** 267:11 268:5
**meet** 10:5,16,21
**meeting** 7:4,5 8:9,11,22 9:13 9:14,15,23 10:6,7,13,13,19 11:14 18:11 34:8,10 158:18 158:18 218:5
**meetings** 8:21 8:24 10:8,9
**membrane** 275:21 277:8
**membranes** 273:17 274:5
**mentally** 244:23
**mention** 186:25 214:22 251:20 252:11,22
**mentioned** 146:17 186:23 187:11 213:12 214:6 251:23
**mentioning** 187:6
**message** 11:6 28:13 44:25 46:13,22 59:19 59:20 60:8 255:25
**messages** 42:7 42:18 43:15 59:3,23 60:2 271:9,21 272:5 272:14,18 273:3 282:9,11 284:4,5,7
**met** 7:10 8:19 8:21,21 9:4,5,9 9:17,21,25 10:7,20,20 11:2,17 34:7 37:18 52:11 145:17 267:13
**metadata** 190:25 239:24
**method** 26:13
**methods** 19:16 19:20,24 21:11 26:13 153:10 181:20

**michael** 12:2
**michigan** 2:18
**middle** 152:4 154:2
**mike** 11:9,11 217:9,10
**mil** 142:24,24
**milan** 279:13 279:17 280:9
**milioris** 1:4 5:25 144:17 145:7 146:9 147:12 148:19 149:9 150:4 160:6 166:17 176:10,16 177:5 184:3
**milligram** 229:20,20
**mind** 182:2
**mine** 78:21
**minus** 71:2
**minute** 87:19 190:7 203:25 221:25 259:9
**minutes** 72:3,5 72:7,7 103:16 132:24 135:14 136:5 195:11 195:13,20
**misconduct** 40:14,24 242:17 243:8 244:14 249:6 249:20,25 252:6 259:4
**misfolded** 152:18 153:4 154:19 155:21 156:4,7,8,21 157:3,9,17,20
**misleading** 148:13
**misplaced** 87:6
**misshapen** 162:23
**mistake** 37:18
**mistakes** 214:7 214:8,18
**mix** 91:23 137:2
**mixture** 28:23
**mm** 33:23 46:15 47:8 88:20 95:3 98:8,12 101:2 101:9 104:5,21 104:21 105:22 110:10 113:10 116:16,23 117:6,15,17,20 118:3 119:16 123:3 130:6 140:20 172:2 208:10 254:19
**mmse** 143:21
**mo** 274:7
**model** 83:8
**moderate** 154:12 155:8
**modification** 269:17
**modified** 239:25
**module** 78:22
**molecular** 78:13 85:9 253:20 274:15 274:24 275:6 275:10,10,18 275:25 276:5 276:14,15 279:6
**molecule** 24:3 51:15 78:12 85:12 274:20 274:20
**moment** 40:16 51:18 136:13 146:18 174:12 181:7 270:20 271:13
**money** 256:13 256:14,14,19
**month** 55:8,22 55:23 166:6,10 167:2,14,21 168:15,20 174:14 175:11 203:9 204:17
**months** 55:14 142:25 144:21 144:22 175:15 184:17,23 204:12,14 261:3
**montreal** 157:6 157:11 158:16 158:16
**morning** 4:2 5:17,18
**moss** 188:15
**motivate** 257:4
**motive** 176:23
**motives** 176:19
**move** 100:23 131:24 202:17 202:19 230:2
**mu** 24:19,19,19 25:4,7,10,11
**multi** 78:22
**multimode** 78:25 81:7,8 82:4,18 85:19 86:3 87:9 104:19 116:18 133:17
**multiple** 18:12 19:8 26:15 72:3 81:13,22 135:25 136:6
**mutated** 154:19,23 155:5

**mutation** 155:2 155:2,4,15 268:21
**mutations** 154:10

**n**

**n** 2:2 3:2 18:25 22:23 29:4 110:14,15,16 113:8,8 114:4 114:19 149:16 236:12 282:2
**n23** 115:6,7,8
**n29** 115:7,8
**nachr7** 17:21 18:17 20:5
**nachtrab** 271:8 271:10,15,22 272:4,6,15,19 272:24 273:4 284:4,6,7
**nadav** 9:25
**nagele** 22:22,23
**naloxone** 24:10 24:14,15,25 25:3,6,8,12,16 25:25 26:4,8 26:21
**name** 4:19 5:20 6:18 9:23 11:10,13,15 104:2,12 108:10,18 115:21 132:5 137:20 139:10 162:10 172:14 188:12,15 190:24 203:5
**named** 266:2
**names** 75:7
**native** 173:19 173:23 190:23
**nearly** 68:21
**necessarily** 156:7 235:5
**necessary** 91:24 287:7
**need** 14:18 25:11 42:16 71:11 76:6 77:5 80:8,15 80:15 82:3,6 83:2 86:18 91:9,14,25 93:7 102:5,11 116:3 118:19 154:3 165:16 181:5 203:4 213:7 223:7 226:11 234:18 244:24 276:24
**needed** 82:23
**negative** 31:10 31:13 32:3,4,6 32:22 129:19 141:25 198:4
**neither** 255:3 256:6
**neural** 152:19 153:6
**neurodegener...** 229:23
**neurodegener...** 158:23
**neurosci** 47:4 51:7
**neuroscience** 8:22 22:16,23 46:23 51:8,10
**never** 31:3,9 50:9 56:9,10 56:12 57:3,12 57:14,16 66:23 131:20 145:17 145:18,18 146:10 149:5 149:17 151:8 160:12,15 167:3,3 168:17 168:17 169:11 174:3 175:7 176:24,25 178:12 185:20 186:11 188:14 188:17 211:12 211:15 221:6 243:4,5 253:16 253:16,17,24 254:4,5,16 265:13,19
**new** 1:2,21 2:5 2:5,14,14 4:15 4:22,23 5:13 9:16 12:19,24 13:14 25:17 54:3 179:23 180:13,25 181:11,15,16 182:19 183:15 244:19 285:3,8
**newer** 215:2
**newest** 215:3
**nichol** 19:3 21:25
**nichol's** 18:24
**nicole** 1:19 4:24 46:17 285:7,24
**nicoll** 19:2 182:23,25 183:2,5
**nicotinic** 19:17 20:10,11,12,18 20:19,22 21:13 21:17,19,21 22:18,25 23:2 23:12,14 28:18 276:10
**nih** 58:5,8,15 158:4
**nine** 101:22,23 108:2,4 181:12 181:17
**nobel** 183:2

**non** 134:24 214:22
**nonsense** 204:4
**normal** 198:6 281:18
**normally** 8:4 10:21
**notary** 1:20 5:12 285:7 287:14,21
**note** 145:13
**noted** 287:7
**november** 1:13 4:16 149:25 183:23 184:20 185:18 219:2 281:8
**nuclear** 157:8
**number** 18:14 43:4,7,10 57:11 70:15,15 71:6,23 74:2,3 74:5,6,21 76:18,19 86:12 91:14,19 101:20,21 102:7,10 104:12 110:24 111:20 112:15 113:21 114:2 115:6 126:21 127:24 132:12 134:15 135:6 135:20,21,23 137:25 142:17 143:2,5,18,24 160:3 161:25 170:9 193:14 197:11,20,23 201:22,22,25 210:16 212:19 214:17 232:14 232:23 234:4 238:20 245:15 255:6 281:4
**numbered** 229:7
**numbers** 45:24 74:9 86:13 96:12 105:15 106:2 110:18 110:23 111:15 112:3 113:11 113:15 114:4 114:14,18 115:7 119:6,12 119:15,19,21 120:4,7 126:20 127:9 129:20 130:21,23 134:15 141:22 141:23 142:2 152:3 172:21 191:24 192:10 193:23 197:14 198:10 199:11 199:23 200:14 201:7 202:14 205:2 207:7 238:3,15
**numeric** 76:18
**numerical** 147:22
**numerous** 145:13

**o**

**o** 3:2 18:25 20:20 29:4 76:5 221:2 262:8 278:19
**o'clock** 132:25
**oath** 3:7 5:7
**object** 14:15 23:18 26:9 27:13,24 51:24 52:3 61:23 62:8,16 63:3 63:12,25 64:12 64:25 77:13 84:7,24 86:23 87:11 90:16 91:13 93:2,6 96:7,19 98:20 98:25 101:15 102:14 107:8 107:16,23 114:24 117:7 120:22 127:10 128:5 129:24 130:14,25 134:25 140:2 141:13 142:3 152:25 167:16 168:16 169:2 174:9 175:3,12 176:2,21 178:2 178:11 179:7 182:21 183:13 188:7 189:5 194:6 195:4 197:16 198:21 199:14 200:24 201:9 202:8 206:7 207:5,17 208:16,22 209:2,7,17 210:8 211:24 212:25 220:23 221:13,21 227:16 228:13 228:20 230:14 230:20,25 232:8,16 233:12 240:14 243:3 250:2 255:15,22 256:22 258:17 258:23 259:6 259:22 260:18 261:10 268:16 269:6 274:18 275:8 279:19 280:12
**objection** 14:5 14:11 15:9

16:10,25 17:11 18:3 20:6 32:25 35:23 40:5,20 41:2,8 48:12 53:17 65:11 67:4 78:6 79:24 124:10 129:14 155:25 161:12 164:16 168:25 169:16 174:8 263:8 264:12
**objections** 3:11 203:20
**objective** 270:13,24,25 271:2 280:3
**obtain** 111:5
**obtained** 58:4
**obviously** 32:16 60:17 220:3,14,14 250:23 278:15
**occasionally** 271:17,18
**october** 139:2 257:23 258:9
**offer** 68:10
**offered** 183:11
**office** 262:13
**officer** 248:22
**offices** 4:22 222:11
**oh** 22:21 45:20 115:8 245:9 251:13
**okay** 5:17 6:4 6:14,21,24 7:15 9:2,8,19 10:8,17 12:5 14:16,21 17:14 19:5 25:14 29:11 35:10 36:17,23 38:4 41:17,20 42:4 42:15 43:18 44:2,13,14,17 44:21,25 45:11 45:13,23 46:2 46:5,10 47:2 47:25 52:17 55:3,20 56:3 56:23 57:22 58:20 59:10,10 59:15,15 60:4 60:8,13 62:12 67:7,23 68:12 68:24 69:13 70:10 72:21 75:17 83:20 87:18,20 88:3 88:13,16 89:20 89:23 93:17 94:6,14,17,23 96:22 99:3,21 100:20,23 102:16 103:25 104:14,25 105:15 110:11 115:11,16,19 116:6 118:22 118:25 121:3 121:13 122:18 124:3,9 125:14 129:6,16 130:13,17 133:22 137:11 138:7,15,24 139:14 140:8 140:16 141:15 141:21 142:4 142:23 144:4 146:2,14 147:18,20,23 147:24 148:2 149:18,21,22 150:9,17 151:23 152:15 154:4,24 159:16 160:4 165:14,16,17 166:12,14,15 170:15 171:6 171:19,20 172:17 173:4 173:10,21 174:7,10 177:7 180:18,21,23 181:9,15 184:19 185:25 190:5,8,15 191:19,21 192:17,22 193:10,22 196:25 197:6,7 197:25 198:20 198:22 199:6 199:18 200:9 201:5 202:18 204:16 205:12 207:23 209:20 216:18 221:24 222:13,16 223:10 224:12 224:15 226:3 226:10 228:5 228:23 231:18 234:21 235:15 236:9 237:5,19 241:25 242:10 245:5,20,22 246:2,16 247:3 247:9,13,17 248:13,17,24 250:4,9 251:16 251:17,19 252:25 253:6,7 254:15 259:8 260:13 262:20 264:7 266:13 266:20,22 267:21 271:24 272:2,12 273:6 274:11 279:4 279:10 280:8

**ol** 166:10
**old** 83:17
**older** 78:21 175:19
**omnibus** 67:10 67:16 282:13
**once** 8:11 60:14 62:5 70:24 71:7,7 72:15 111:18 114:21 128:22,24 131:10 135:12 135:14 196:9 196:21 201:24 276:7,8 277:23 278:14,14
**ongoing** 263:15 265:3
**online** 146:22 147:7,12
**open** 42:15 53:7,8,15 59:12 69:20 71:19 88:14 102:25 103:9 166:6,25 167:15,20,25 168:5,9,15,21 174:6,14 175:10,24 204:17 224:12 235:13
**opened** 235:11
**operate** 80:20
**opiate** 7:9,17 12:19,20,22,25 15:19
**opinion** 34:4,11 152:23 176:18 182:8,11 183:4 183:6,9 186:3 186:6,8
**opinions** 183:11 187:21
**opioid** 13:14 24:18,19,19,20 25:4,17,18
**opportunity** 248:25
**opposite** 20:22
**optimistic** 61:12
**optimize** 274:22
**option** 56:20 67:11,16 68:11 68:13 256:15 257:12 282:13
**options** 56:9,13 56:17,25 57:2 57:3,23 61:2 66:15 68:19 150:13 255:6 257:9
**orange** 241:13
**order** 71:21,22 88:24 91:9 93:3 113:15 114:19 147:22 157:10,20 158:13 163:13 216:24 226:6 226:24 227:15 228:9,15,18 283:20
**ordered** 227:11
**organism** 156:11
**organize** 113:16
**organized** 106:24
**original** 3:5,9 14:3 15:7,10 16:7 17:8 46:23 47:3 49:18,25 50:4 50:12,13,18,23 50:23 51:20 52:16 75:10 76:22 78:10,11 172:21 213:2 219:21,21 233:20
**originally** 12:24 91:5
**orrick** 262:8,9 262:10,21 263:3,6,16 264:10 265:23
**otw** 1:8 4:13
**outcome** 61:21 64:21,23 255:4 256:7 285:17
**outdoes** 150:23
**outlier** 98:6 200:25
**output** 75:10 91:10 211:5
**outputted** 133:25
**outside** 166:9 169:25 217:20 217:25
**owes** 260:8
**own** 57:5,20 65:22 66:10,24 157:23 183:6 260:16
**owned** 56:23
**owns** 29:13,16

**p**

**p** 2:2,2 3:2 105:2 106:6 138:8 191:22 205:5
**p.m.** 60:9 281:9 281:22
**package** 13:6 13:17
**page** 44:3,7,14 45:12,15,23 59:22 67:21

100:11 138:25 147:25 148:18 148:18 149:23 149:23 151:23 152:3,7,8 154:2 159:5,17 159:20 165:19 165:21,22 166:12,13,16 172:11,13 173:18 181:10 227:23 228:25 229:3,4,9,10 246:10,11,18 247:2,3,4,8,14 247:15 248:4 249:12 250:10 250:12,13,14 251:3,4,6,10,11 251:13,13 253:2 254:18 282:3,8 283:3 284:3 286:4,7 286:10,13,16 286:19
**pages** 43:21,23 170:20 173:22
**paid** 68:20 259:17 260:3 260:15,24
**pain** 6:8,17
**painkiller** 12:25
**palsy** 158:13,25
**pandemic** 196:11
**paper** 17:15,24 18:24 19:10 21:24 22:4,6 22:10,12,16,21 22:24 23:6,16 25:15,22,23 26:4,14 29:10 37:25 49:6,17 50:8 51:12 52:6,7,7,16 158:19 177:18 267:9 268:3,9 268:13 269:8 270:3,7,8,12,14 270:14 279:5
**papers** 177:9 177:21 178:25
**paragraph** 181:11 182:22 228:24 229:2,8 229:9,10 231:19,19,20 233:11 250:15
**paragraphs** 181:10
**parallel** 263:19
**parameters** 266:11
**paraphrasing** 213:14
**parenthetical** 104:3
**part** 13:3 26:11 69:4,7 116:8 138:17 139:17 143:8 202:5 205:19 236:14 273:15 274:11
**partially** 232:13
**participant** 61:16 111:12 255:13
**participants** 43:3
**participating** 264:3
**participation** 24:23
**particular** 114:9
**parties** 1:19 3:4 285:15
**past** 147:24 149:22
**patent** 13:5
**patented** 12:24
**patents** 13:10 13:13
**pathogenesis** 51:14
**patient** 70:12 71:6 76:18 90:25 91:15,19 92:5 99:15 101:6 107:5,7 107:12,13 112:8 113:14 113:16 114:9 114:15,15,22 143:16 162:8 163:4 198:14 198:19,25 199:5 201:17 229:19 237:9
**patiently** 202:12
**patients** 53:13 138:18 143:9 152:19 153:5 154:17 155:21 157:2,9,21 161:20 163:14 229:24 230:5 231:23,24 232:14,23
**patrick** 148:20 148:23 160:7 166:18
**pattern** 97:5 98:14 99:22 101:12 102:13 107:19 168:12 209:9,23 210:4
**pay** 55:3 187:2 187:12 227:11 233:4 261:6,11 261:15

**paying** 259:23
**payout** 60:14 62:4,10 63:10 65:15 255:20
**pdf** 173:23
**pei** 168:7,11 171:21 172:17 173:7
**pennsylvania** 4:7
**penny** 56:14 58:19
**people** 19:9,10 36:5 83:24 165:7 169:10 169:12 170:5 241:4 248:15 273:25 275:9
**perform** 27:18 175:6
**period** 52:9 55:23 135:5 136:4 195:20
**permission** 103:3,13
**permit** 54:4
**person** 8:10,19 8:24 9:10 10:22 11:2,15 34:19 163:20 173:3 239:18 254:5,6,16
**personally** 34:3 58:10,14 145:15,16 164:8
**persons** 9:22
**perspective** 221:8 258:5 268:12
**petition** 33:17 33:20 34:15,18 34:21 35:5,18 36:10 37:4,11 38:5,19 44:22 179:5,21 183:19,25 242:12 250:17 250:21 251:5 252:21 253:21
**petitioner** 250:21 252:20
**petitioner's** 251:21 252:4 252:19 253:10
**petitions** 35:3 252:2
**peverelli** 279:12
**ph.d.** 4:5
**pharmacolog...** 25:6
**phase** 52:18,19 53:3,6,14,14,25 54:5 69:15,18 69:20,24 84:23 87:7 90:14 92:4,10,13 96:4,9 97:17 97:18 98:22,22 101:11,11,18 101:24 138:19 143:9 174:14 175:10,24 191:12 202:5 219:5,11 220:2 220:18 221:23 229:13 232:15 232:23 233:9 236:15 240:5
**phenomenon** 22:11
**philadelphia** 4:6 9:16 225:4 244:19
**phone** 11:6
**phosphor** 277:13
**phosphorylated** 229:21
**physical** 81:21
**physically** 244:22
**pick** 81:23 82:3 82:5 231:5
**picked** 95:25
**picomolar** 28:7 28:12
**pictures** 50:2 50:16
**pie** 256:4
**pink** 241:14
**pitt** 1:6 33:22 33:24 34:2,12 183:25 250:15 250:18
**place** 65:12 76:25 91:21
**placebo** 199:5 201:13 229:19 232:3 238:13 238:19 242:9
**places** 17:4 93:10 99:19
**plaintiff's** 116:10 139:18 193:7 205:20
**plaintiffs** 1:5,7 2:4 4:9,10 5:23 144:15 261:2 281:7
**plan** 58:21 60:17 61:3,17 64:14 65:20 67:11,16 95:7 244:18 255:14 282:13
**planning** 89:17 89:18,19
**plasma** 165:8 237:7
**plate** 16:5,5 23:23 72:2,2,5 72:6,8,10,17,22 72:24 73:14,18

73:24 74:22 75:11,12,22,24 77:19 78:8,22 79:8 80:21 81:17,17,20,23 82:3,5,16 83:9 83:12 84:17 85:5,6 88:22 88:24 89:11 90:14,15 91:6 91:9 92:2 93:4 93:8,8,18,25 94:2,5,9 96:4,9 96:11 97:6 100:7 104:12 104:12 105:14 106:10,16 112:7 116:12 116:19 117:3 120:20,24 122:11 128:13 132:12,14,16 133:8,11 135:10,19,25 136:2,3,7,8,11 136:12,13,24 137:2,10 138:6 139:20,23 194:25 195:5,6 195:9,9,10,10 195:11,13,14 195:16,17,18 195:22,22,22 195:23 196:7 196:20,21,23 198:12 203:6,8 204:11,12 211:20 212:14
**plates** 72:3 79:23 81:21 87:8 129:3 134:23 135:3 136:6,16,19 168:13 195:17 196:5
**platforms** 146:23
**plausible** 134:22
**play** 156:6
**plaza** 2:14
**please** 5:9 45:4 45:9 118:4 172:22 223:9 281:15
**pled** 225:16
**plos** 25:15 177:8,20 178:6 178:16,24
**plot** 230:9,18 231:7,15 233:22,23,23 234:9,9
**plots** 229:12,18 230:4,17,24 231:12
**pocket** 260:16
**point** 7:15,21 37:15,15 68:19 89:2 90:11,20 99:16 101:24 107:5,7,12,14 107:18 108:15 109:13 110:9 111:10,16 114:8 120:11 124:5,17 127:18 130:3 142:20,25 167:14,20 168:20,23 169:5,11,13 175:23 198:16 214:25 215:6 237:24 239:23 240:2 257:5,6 263:23
**points** 88:23 91:4 92:11,16 92:17,18,22 97:16 101:19 108:3,6 112:9 113:18 114:22 168:13 231:13
**polite** 62:20
**politely** 64:16
**ponceau** 273:17,19 274:6,9
**pop** 180:20
**popping** 245:19
**pops** 160:3
**portray** 229:19
**pose** 179:16
**position** 97:22 244:4 251:21
**positions** 150:13 250:19 252:5,19
**positive** 129:18
**possibility** 28:20,22 66:10
**possible** 35:20 151:9 203:23
**post** 106:8,9 176:24 185:22
**postdoc** 70:20 71:15 93:11 95:14 96:13 136:16 169:9 169:21 173:7 174:24
**postdoc's** 136:18
**posted** 146:22 147:7,12 185:18,22
**poster** 165:13 165:13
**postmortem** 29:2
**posts** 176:9,15 177:3

**powerpoint** 50:4,16,19,22 50:24,25 279:3
**practice** 135:24
**pre** 82:14 104:3 108:21
**precarious** 152:5,9
**precise** 115:5
**precisely** 165:11
**preclinical** 12:13 69:7,9 69:10,11
**preference** 91:16
**preliminary** 248:2,10,14 249:3
**premise** 181:21
**preparation** 136:22
**prescan** 128:21
**presence** 237:6
**present** 2:21 216:6 231:3 260:19
**presentation** 8:23 10:14 150:11
**presentations** 166:8
**president** 218:3 247:21 248:19
**presidents** 218:16
**press** 184:5,8,9 184:25
**prevents** 25:17
**previously** 6:7 78:15 86:20 147:19 149:20 159:3 165:15 180:19
**price** 68:15,20 150:14 250:22
**primary** 7:21
**principle** 101:17
**print** 15:22 89:12
**printing** 89:13 89:16
**prior** 74:23 117:4 118:24 121:15 139:24 140:10 145:4 187:25 205:16 215:17
**privilege** 14:13 36:23 263:10 263:13 264:15 264:20,23 265:4,9 267:5
**privileged** 262:17 263:23 266:18
**prize** 183:2
**probably** 8:8 24:17 47:23 84:2 185:24 186:12 195:8 214:23 238:9 238:12,24 257:17
**problem** 14:23 103:2
**procedure** 70:2 72:11
**proceed** 31:10
**proceeding** 5:4 158:18 281:3
**proceedings** 226:25
**process** 69:23 70:19 76:13 106:2 192:8 195:8,16 204:24 232:2 273:7,16 274:11 278:8
**produce** 179:12
**produced** 116:8,15 122:9 139:16 173:19 205:19 234:23 235:18
**production** 116:9 122:8 139:17 141:18 193:6 205:20
**profit** 250:22
**program** 77:19 79:19 80:20 81:6,10,11 85:19,25 86:21 87:9 148:9
**program's** 116:22
**programmed** 133:13
**programs** 133:15
**progressive** 157:8 158:12 158:24
**project** 26:11 66:8,17 276:10
**projects** 273:13 273:13
**prominent** 181:12,17 182:10
**promise** 65:18
**proper** 168:21
**properly** 182:15,16 183:8,8
**properties** 24:7 29:22 30:6 165:3 280:4
**property** 29:20 30:5 41:15 65:8,9

**protect** 14:11
**protein** 24:21 152:17 155:6 156:7,9,19,19 156:21 157:8 161:17,18 162:5,11 163:13 273:18 274:2,5,8 276:10,17,22 277:16
**proteins** 137:8 156:4 162:16 162:19 164:6,7 274:3 275:15 276:18,20,25 277:12
**protocol** 104:11
**provide** 30:8 112:18 163:11 222:14 224:4 225:6 249:18 249:23
**provided** 58:16 224:9 225:10 225:24
**provides** 250:23
**providing** 248:25
**provost** 248:19
**proximity** 276:24
**pt181tau** 191:2
**ptu181** 191:11
**public** 1:20 5:12 148:10 285:8 287:21
**publication** 50:20 52:2,5 146:19
**publications** 50:5 146:15 177:4 183:20
**published** 17:14 18:2 25:14,24 28:15 49:6,16,23 51:13,21 158:9 158:9,14,17 179:23 180:13 181:2 183:16 253:19 257:22 258:3,8,13,19 258:25 267:9 268:3 279:5
**publisher** 145:14,21
**pull** 20:18,19 20:21,21 21:20
**purchase** 68:13
**purely** 55:13
**purport** 270:3
**purported** 189:3
**purportedly** 233:10
**purpose** 69:12 94:17 106:11 236:23 249:3 270:7,8
**purposes** 6:14 6:20 202:15
**pursuant** 226:25
**push** 63:18
**put** 5:20 13:5 26:3 49:16 50:18 56:10 71:16 72:5,9 73:2 74:6 75:21,21 80:6 93:15 95:17,21 96:2,11 97:11 99:5 106:16 111:7 112:19 131:12 137:10 196:12 212:15 214:12,12 241:16 253:22 258:10 270:15 278:22 279:2
**putting** 71:25 74:9

**q**

**qcm** 184:4
**qualification** 225:20
**quality** 82:8 215:11
**quantify** 278:24
**quantity** 24:24 57:5 275:11,18
**question** 14:14 14:17,22 38:14 70:5 108:17 122:19 140:2 143:13 154:15 154:16 155:21 156:2 161:13 178:20,22 179:14,16,18 179:20 180:5,7 180:24 189:6 236:7 258:6 260:12 262:12 267:23 270:8 270:18,22 271:14
**questioned** 40:8 50:9
**questions** 35:7 35:12,15,17,22 36:2,3,4 54:20 124:19 149:13 151:20 155:14 161:4,8 167:6 167:9 172:24 177:16,22 178:8,14 182:18 183:11 188:3 203:11 203:21 212:6

258:14,20 273:23 280:14 280:17,20,25
**quickly** 135:10 137:10 203:23
**quintessential** 184:3 186:10
**quite** 18:12,14 49:2 277:6
**quotation** 103:10
**quote** 60:14

**r**

**r** 2:2 3:2 28:13 262:8,8 285:2 286:3,3
**r&d** 254:21
**rad** 83:7
**radioactive** 20:10 27:8
**raise** 181:25
**raised** 35:17 249:2,5
**ralf** 29:5 279:7
**ran** 113:14 196:4
**random** 123:20 123:21,23 127:6,25
**range** 154:11 277:2
**ratio** 191:3
**raw** 14:4 15:8 15:10 16:7 17:8 49:17 50:2,16 77:10 77:14 105:2,2 106:7 138:8 191:22 211:11 213:9
**ray** 274:13 275:2 276:2 277:22
**reaction** 23:23 156:20 177:13 185:25
**read** 18:12 75:23 81:12,13 81:14,16 82:9 82:11,16 86:6 86:7,9 135:10 135:12,13,18 135:18,21 136:2,3,6,13,14 146:25 147:3 180:2 187:17 187:21 195:17 196:21,24 199:16 212:20 233:2 253:5 268:9 279:14 287:5
**reader** 72:17 72:17,22 73:15 73:18 75:11,12 77:19 78:8,23 79:8 80:21,25 81:20 83:9,12 84:17 85:5,7 116:12 120:20 120:24 122:12 133:9,11 136:11 139:20 194:25 195:17 211:21 212:14
**readers** 72:24
**reading** 74:18 81:24 82:9,10 82:13 86:17 94:22 109:8 133:9 195:17 212:2 251:18
**reads** 116:21
**ready** 45:4
**real** 86:13
**reanalysis** 236:15
**rearrange** 91:25 114:21
**reason** 31:20 31:24 32:23 33:9 37:19 87:6 174:23 177:18 280:5 286:6,9,12,15 286:18,21
**reasonable** 155:20
**rebuttal** 35:15
**recalculations** 214:21
**recall** 7:3 8:9 9:17,23 11:14 13:15,18 17:24 18:23 26:10 31:14 32:19 33:5 34:16 36:12,13 37:2 37:9 47:19 48:7 56:17 61:24,25 62:22 63:6 84:12 100:14 118:7 138:16 144:18 145:22 147:10 149:3,6,14 151:3,6,11,15 158:3,7 160:17 176:7,12 179:22 180:3,8 180:11 184:7 184:16 185:8 186:17,20,24 187:6,9,11 210:15 213:18 214:3 215:24 218:6,9 222:9 224:25 241:15 250:3 262:24
**recalling** 92:19 118:10
**receive** 18:10 34:25 56:17

58:3,8,15 70:21,25 144:19 169:20
**received** 17:25 18:5 54:9,18 55:21 56:5 57:24 71:8 144:25 145:10 146:11 174:21 206:12 207:19 264:16 267:6
**receiving** 55:24 145:5
**recently** 56:21
**receptor** 15:20 19:18 20:10,11 20:12,19,22 21:13,17,19,21 22:19,25 23:2 23:13,14 24:18 24:19,20,20 25:4,7,10,11,17 276:11
**receptors** 21:23 28:19
**recess** 41:24 87:23 144:9 190:11 222:4 259:12
**recognize** 59:16,25 68:6 68:7 104:8 137:19 160:10 173:25 191:7 204:6 228:2 234:25 235:5,6 236:8 271:20 272:13 273:2
**reconsidering** 179:3 183:18 259:3
**record** 5:5,20 14:12 16:13 41:23 42:3 46:18 70:21,23 87:22 88:2 103:16,19,20 103:23 111:19 131:25 144:8 144:12 169:21 171:17 190:10 190:14 211:3 222:3,7 235:17 259:11,15 275:24 276:13 277:21,23 278:11 281:10 285:12
**recorded** 4:3 121:2 281:5
**recording** 278:8 281:2
**recreation** 122:23,24
**recruited** 23:12
**red** 94:23 123:11,17,22 123:24 124:4 125:16 126:25 127:9 129:18 134:24 141:5,8 193:14,18,23 194:8,15 206:22 207:3 229:25 239:7,8 239:8
**reduce** 22:19 24:25 268:23 269:20 270:9 270:20,22 275:13,13
**reducing** 51:13
**reduction** 237:16
**reexport** 213:9
**refer** 6:21
**reference** 51:7 51:8,11 246:24
**referenced** 146:3 157:12
**references** 274:10
**referred** 166:8
**referring** 6:16 10:9 33:20 37:7 162:3 164:9
**refers** 104:18 172:13 182:23
**refine** 278:21
**reflect** 193:18 201:22 210:18
**refresh** 42:13 59:8,9 116:3 165:17 180:21 203:4 223:7 226:11 234:18
**refused** 30:7 31:2,3,9
**refuted** 253:10
**regard** 7:16
**regarding** 148:5 218:13
**regenerate** 212:22
**regression** 80:4 80:5,11 201:25 210:19 211:4,7 215:9
**regressions** 73:13 215:6,7
**regular** 215:22
**regulatory** 11:19 215:20
**reisbaum** 5:22
**relate** 23:7 263:22 266:16
**related** 23:9,19 30:25 41:14 51:13,22 58:16 85:14 146:16 146:21 154:18 155:23 161:18 162:15,18 164:3,7,23 166:25 216:11

216:13,16 251:24 260:4 268:20 273:10 285:15
**relates** 263:14
**relation** 277:13
**relative** 199:12 200:19,22 201:6,8 208:14 208:23 209:4 209:12,14 210:3
**release** 184:5,8 184:9,25
**released** 36:11 38:5 279:11
**relevance** 252:3
**relevant** 26:24 265:5,16
**reliability** 39:15,20 177:23 221:11
**remain** 200:3
**remember** 6:10 11:10,12 47:15 55:12,14 64:15 69:10 91:3 145:25 158:11 158:15,20 165:12 185:3,7 243:15 255:24 257:16,18
**remi** 1:9 2:13 8:5,6 45:3
**reminder** 36:22
**remote** 4:4 281:5
**remotely** 5:8 134:22
**removal** 219:9
**remove** 219:4
**reorganize** 114:14
**repeat** 14:21 21:6 97:3 107:20 121:22 189:6
**repeated** 14:19 14:20 18:20 102:12
**repeatedly** 166:4
**rephrase** 217:21
**replicated** 26:6
**replied** 64:16
**reply** 100:18
**report** 33:11 157:19,25 169:23 182:15 183:8 191:3 203:9 204:15 210:25 213:6 234:4 248:3 249:3 257:23 258:4,6,9,12,18 258:24
**reported** 76:22 120:17 129:12 129:20 156:25 157:17 182:18 207:14 211:22 230:12,18 268:5 279:16
**reporter** 4:23 5:3,7,9 16:3 19:21 21:15 29:3 49:8 76:9 85:10,20 113:2 137:4 145:20 162:14 175:18 179:15 217:3 275:16 278:18
**represent** 94:7 116:7,13 118:14,17 121:13 122:17 123:11,24 138:2,3 139:15 140:9 141:5 143:3 173:24 184:19 192:22 193:17 194:16 194:18 203:5 205:12 206:23 208:3 238:6 239:12,24 241:13 249:10 263:18,20
**representation** 121:22 206:9 259:24
**representations** 124:19 129:15 206:14
**representative** 229:12
**represented** 203:15 240:13
**representing** 121:25 124:13 132:8 141:16
**represents** 126:2,6 130:7 132:12,13,15 141:5
**reprobe** 277:7
**reprobing** 277:4,8
**reproduced** 163:17
**request** 52:20 52:21,24 116:10 122:10 139:18 178:15 193:7 205:21 216:23 252:23
**requested** 178:16
**requests** 50:14
**require** 24:22 24:23

**required** 287:14
**rerun** 215:5 220:20
**research** 23:16 24:9 25:24 29:13,16 30:9 30:11,15 39:8 39:12,16,20 40:9,13,24 58:9 69:7 177:9,24 178:9 183:12 242:16 244:13 248:20 248:22 249:6 249:20,24 250:24 252:6 258:15 259:4 273:10
**reserved** 3:12
**resibaum** 2:4
**residual** 221:4 236:20
**residuals** 236:20
**resource** 103:3 103:14
**respect** 66:21 157:17
**respective** 1:18 3:4
**respond** 36:3,6 50:13 60:20 61:10 215:14 216:22 248:25 253:20
**respondent** 226:21
**responding** 37:14,20,20 249:19,24 260:25
**responds** 60:25
**response** 35:21 116:9 117:9 122:9 139:18 193:7 205:20 216:23 246:19 247:12 248:2 248:10 249:4 251:22 252:23
**response.pdf** 247:11
**responses** 203:16
**responsibility** 169:24
**responsible** 53:12
**rest** 86:8 102:13 107:20 196:22 230:2 234:6 244:24
**result** 80:16 116:14 154:11 156:9 170:11 172:20 213:24 228:10
**results** 72:23 73:19,21 75:18 76:13 80:22 85:25 86:22 116:19 131:15 164:15 181:20 230:12 277:21 278:8,12
**resume** 55:16
**retire** 243:25 244:9,10 245:2 245:3
**retired** 244:4
**retirement** 244:11
**retract** 177:18
**retracted** 177:8
**retracting** 177:21 178:25
**retractions** 177:14 178:7
**reverse** 76:7 80:9 90:5
**reversed** 210:5
**review** 131:7 143:7 164:8,11 202:4 227:14
**reviewed** 217:6 217:8
**reviewer** 38:3
**reviewer's** 37:21,22
**reviewers** 36:6 37:14
**reviewing** 79:23 147:10
**revive** 83:23
**revolutionary** 159:11
**right** 7:13 11:23 12:3,4,6 13:11,14,22,23 13:25 15:2,5 17:10,13,16,22 19:24 25:20 27:20 34:21 37:25 38:3 42:21 44:10,21 44:23 45:19,25 46:7,11,14 48:5,10,24 51:9,16 52:25 55:25 60:11 61:17,18,22 62:6,7,11,14,19 63:2,23 68:4 68:15,22,23 69:4 73:16,20 74:14 78:19 85:5,15 92:6 92:12 93:19,25 95:2,5,6 96:12 96:18 97:6 98:17,19,24 101:7,8,17,23 105:21 106:25 107:18 108:22 109:24 110:3

110:19 111:10 112:10,11,13 113:10,11,12 113:17,19 114:6,10,16,23 116:3,20 117:14 119:11 119:20,25 121:17 125:17 125:24 126:4 127:8,15,19 129:9 130:11 134:20 136:12 142:7 146:5 153:9 162:25 173:8 174:15 177:10 190:3 192:4,5 194:20 198:19 199:13 211:6 212:16 213:15,21,22 227:12,13 228:11 231:17 232:19,24,25 235:20 236:15 236:18 242:17 242:18 253:23 255:14,21 256:4,20 257:14 258:9 262:21 264:17 270:5 271:2 273:11 274:13 274:17 275:2 276:6 277:2,5 277:9,13,24 278:4 280:13

**risk** 66:19

**robert** 19:3 21:25 22:22

**rockefeller** 2:14

**rodriguez** 11:15,21,25 84:14 217:10 217:13

**roger** 19:2,3 182:23

**role** 12:8 52:17 53:3,6 136:18 138:18 143:8 163:5

**roll** 34:17

**rose** 68:18

**rosemarie** 248:11 251:7

**rough** 274:9 281:13,15

**round** 197:14 207:7 229:14 231:22

**row** 94:3,4 96:18 102:6,9 110:17,25 113:9 191:23 198:2,24 209:13,15,21 209:21

**rows** 93:21,21 100:25 101:14 138:11

**rpr** 1:20 285:7 285:24

**rule** 70:22

**run** 52:20 53:9 72:12,15,21 73:13 77:2 83:3 86:20 90:25 95:19 112:7 113:7,22 128:12 132:14 135:13,25 164:18 165:6 169:19,22 170:2,7,8 178:21 182:5 182:14 183:7 195:7 196:9,10 204:16 241:21 275:7 276:9,17 276:22

**running** 79:22 128:14 136:12 136:15,19 163:8 195:6

**runs** 12:11 104:13 178:22

**s**

**s** 2:2 3:2,2 18:25 53:10 149:16 273:17 282:7 283:2 284:2 286:3

**sacrifice** 32:15

**safety** 215:23 216:2

**salary** 58:18

**sample** 70:12 70:18,19,21,21 70:23,24 71:7 71:8,9,16 72:5 72:10 77:6 95:8,9,13,17,19 96:12 97:21,21 97:25,25 99:6 99:7 102:10 111:10 136:22 136:22,23,23 137:5,10 142:15 158:2,4 165:8 169:14 169:20,21,22 170:8,8,9 172:20 174:18 196:3 219:15 219:20,21,23 220:4,6,6,10 221:6,7 236:20 240:22

**samples** 70:22 92:5,24 95:2,5 95:16,18 96:17 96:24 98:9 101:13 107:5,6 107:11,13

108:24 109:18 111:16 112:9 137:3 163:9 164:19,20 166:10 168:13 168:24 172:4,9 172:19 174:6 174:22 175:2 219:19,24 220:16,20 221:3
**sat** 202:11
**savadx** 159:6 160:19,23 161:5,9,16,17 161:22 162:5 162:21 163:7 163:18 164:4 164:24 165:2
**save** 87:14,15
**saving** 87:15
**saw** 184:5,7 256:2 262:3
**saying** 27:5 28:9 220:4
**says** 42:25 43:18 44:15 45:3,3,19 46:6 104:15 125:20 125:22 138:25 148:3,18 149:23 150:10 150:18 154:4,9 160:5 161:19 165:22 166:3 172:9 173:18 181:16 186:5 191:10,17 223:11,19 224:15 226:14 226:20,24 229:11,18 231:21 239:25 246:18 247:10 247:19 250:15 253:7 254:20
**scale** 76:5,6 80:8 201:24
**scam** 159:12
**scan** 50:12,23 128:7,19,20,22 128:25 134:11 135:5 278:16 278:22
**scanned** 47:16
**scanner** 85:7
**scatter** 229:11 229:18 230:8 230:17,23 231:12,15 233:23
**schedule** 195:24
**school** 83:15 215:24 218:2
**science** 6:7 18:9 18:10 19:9,9 23:25 158:14 179:24 257:22 258:3,7,11,13 258:19,25 267:11 268:5
**sciences** 1:9 2:9 4:11 6:5,8 148:5,12 149:24 150:14 150:18 223:13 224:18 250:20 279:7 286:1 287:1
**scientific** 10:13 18:19 21:8 34:8 66:12,22 148:11 150:19 152:6,9 181:18 243:8
**scientifically** 159:12
**scientist** 21:8 40:3
**scientists** 180:24
**scope** 264:4
**score** 143:17
**scott** 2:10 170:23 206:17 264:19 265:10
**screen** 12:15 14:25 72:25 75:3 118:23 128:11 152:4 235:14 251:9 251:15
**screening** 12:11,13 13:21 15:18 26:13 53:13 138:4,6 138:18,20,22 138:23 143:8 144:3
**screens** 88:25
**screenshots** 147:6
**scroll** 43:22 44:3 45:11 59:21 67:20 125:19 147:24 148:17 149:22 159:16,25 160:2 166:15 181:9 192:4 227:21,25 228:23 236:5 247:13 254:17
**scrutiny** 148:10
**sealing** 3:4
**search** 54:25
**sec** 166:7 224:5 225:3 226:6 227:11 228:8 228:10 234:8 261:12 264:21 264:23 283:20
**second** 59:22 88:15 97:24,24 97:25 99:7

102:10 122:24 125:21 128:11 128:15 129:3 136:7,12 140:24 142:25 148:18 154:16 159:4,5,9 165:21 166:3 170:21 181:4 181:10 193:4 195:14,18 206:3 209:14 225:2 266:8,9
**secondary** 237:23
**secret** 30:17
**section** 227:2
**securities** 222:10,19 223:2,12 224:16 226:15 227:2 283:14 283:17
**see** 21:22 23:3 25:3,8,11 35:7 35:11 42:12,19 42:22,24 43:11 44:11,18 45:5 45:21 46:8,9 47:7 59:17,22 59:23 60:6,10 60:18,23 61:8 61:14 67:18,25 71:21,22,23 74:20 77:10 84:11 88:12,19 89:3,10 90:18 90:18,18,19 95:10,22 98:11 104:6,11,16,20 105:5,19,20 106:4 110:4,7 110:15,20 113:20,20 115:8 116:2 117:10,16,23 118:25 119:3,6 119:12,22 120:3,10,14,24 121:8,19 122:20 123:9 123:16 125:16 125:20 126:8 126:24 127:2,9 129:23 130:18 134:9 138:13 139:6 140:14 140:16,19 141:2,8,22,25 145:16 148:15 148:21 150:2,7 150:15,20,25 152:13,21 153:25 154:2,6 154:13 159:5,8 159:14 160:8 163:12 165:18 165:25 166:11 171:11,19,25 172:6,10,11,15 172:25 173:5 181:3,13,23 182:22 185:20 191:4,19,25 192:17 193:11 193:15,23 194:5,13,21 196:21 197:7 197:10,15 198:2,5,10 199:25 200:16 200:20 203:3 205:23 206:20 207:3 208:6,11 208:19,25 210:16 212:4 212:11,18,18 212:19 223:6 223:14,17,21 224:19,23 226:17,22 227:5 228:2 229:7,16 230:6 231:9 232:4 235:24 236:3 236:23 238:4 239:6,10,15,15 239:19,19 241:19 242:5 245:22 246:4,5 246:14,20,25 247:10,23 249:8 251:2,18 253:3,11 254:25 255:8 257:8 262:3 272:9 275:20 275:22 280:3
**seeing** 149:3 151:3 165:23 231:3
**seem** 31:19,21 215:13
**seems** 270:20
**seen** 34:9 149:5 151:8 160:12 160:15 164:6 166:20 167:3 174:3 175:8 176:24 178:3 187:14 206:11 223:23 227:7 228:2,5 229:24 230:8 254:5
**seized** 48:23
**seizure** 270:17
**select** 15:15 278:17
**selection** 12:12
**sell** 36:4
**sellers** 67:3 160:22
**sem** 113:4 115:9
**semicolon** 214:13

**send** 15:14 29:24 30:24 31:10,22 34:23 50:16,25 51:2 52:10 56:8 70:16,18 74:17 74:18 76:24 77:14 80:6,14 91:23 95:22 109:7,23 111:23 112:8 112:20 113:13 114:12 115:4,4 131:11 143:11 143:12 145:13 167:24 170:10 170:10 174:18 174:22 178:4 179:12 196:6 207:21 211:25 212:2,17,24 213:2,5 214:20 233:16,18,19
**sending** 31:14 196:7 248:11 249:14
**sends** 73:18
**senior** 268:23 269:21 270:9 270:23
**sense** 184:14
**sent** 15:10 16:7 34:17 49:18,25 50:19 51:20 78:2 130:22 131:2 145:21 145:23 147:5 175:2 232:21 233:2,21 243:7 246:2,15 247:6 252:18
**sentence** 154:9 250:16 251:17
**separate** 71:3 71:10 143:4 220:25 265:20
**separated** 98:23
**september** 43:20,25 213:19,20 215:18 221:9 227:10
**sequence** 90:4 91:2,18
**serendipity** 24:7
**series** 271:21 272:14 273:3
**serious** 148:11
**seriously** 40:25 41:7,12,16 221:19 256:25
**serum** 163:9
**serve** 54:15
**service** 3:9
**servier** 22:8
**sessions** 89:13 89:16
**set** 50:10 68:24 99:14 115:16 149:18 161:14 203:11 226:3 242:10 272:17 279:23 285:11 285:20
**sets** 121:16 123:8 124:2,6 124:8 140:12 141:7 194:3,19
**setting** 56:24 97:13,15 98:5
**seven** 204:2 229:13
**seventeen** 159:21,22
**several** 18:11 48:25 56:19 261:3 265:2
**shade** 155:13
**shades** 129:17 129:18
**shading** 241:12
**shambolic** 149:24 151:17
**share** 13:3 56:14 68:15,18 80:12 118:23 168:11 235:9 235:10,13 251:8,14
**shared** 141:19 195:3 232:12
**shareholder** 57:8
**shares** 57:6,11 57:20 68:14,21 257:14
**sharing** 76:13
**sheet** 191:22
**sheets** 196:6
**shield** 237:5,5
**short** 41:24 67:2 87:23 135:5 136:4 144:9 160:22 190:11 195:20 222:4 250:19 250:21 251:21 252:4,19 259:12
**shorter** 196:22 196:23
**show** 19:16 20:9,17 21:14 21:16,20 22:10 22:10,17 23:11 28:10,14 31:23 32:9,9,10,10 118:20,23 123:7 147:18 147:21 149:19 157:4,7 159:2 162:5 163:9 165:14 180:18

185:3 196:16 197:21 230:10 242:2 256:3 271:3 274:25 275:3
**showed** 10:20 212:16 231:23
**showing** 22:15 197:2 241:22
**shown** 19:8 28:25 162:6 237:8
**shows** 129:10
**sic** 29:4
**side** 25:7 93:24 105:11 131:4 231:9,10
**signature** 67:21 285:23
**signed** 3:6,7,8 254:24
**significant** 127:7 194:2,11
**signs** 148:13
**similar** 89:20 273:17
**similarities** 13:4
**similarly** 253:7
**simple** 162:13
**simpler** 83:10
**simplicity** 6:21
**simply** 23:9,20 64:13 156:3 157:19 162:13 170:7 195:18 195:23 201:20 215:8 270:14 270:18 273:25
**simufilam** 12:6 12:9,18,24 13:14,20 15:5 17:10 23:8,17 27:2,8,12,22 28:4,17 29:17 29:21 30:9,11 30:15,20,25 32:3,21 51:22 52:18 53:25 54:6 58:9,16 61:21 62:5 65:24 66:12,22 69:4,8 79:15 82:20 146:16 146:22 147:8 148:6 176:20 179:25 216:12 216:13,16,17 255:5,20 256:7 256:9 268:20 268:22,25 269:2,9,20,24 269:25 270:4,9 270:16,19,22 271:3 273:11 273:14 279:11 279:18,21,24 280:3
**simufilam's** 152:11 268:14
**simultaneous** 134:5 196:2 210:2
**sincerely** 148:19
**single** 13:19 72:9 126:18 219:22 243:7
**sir** 148:3
**sit** 203:25
**sites** 277:13
**sitting** 17:6 26:19 57:19 97:12 224:8 225:9,23 228:19 260:14
**situation** 156:17
**six** 55:13,23 72:14 98:9,16 101:3,13,25 106:24 107:20 142:25 144:20 144:22 166:6 166:10 167:2 167:14,21 168:15,20 174:14 175:11 175:15 203:9 204:12,14,17 214:17 281:4
**sky** 256:4
**slide** 147:11 150:6,9,17,22 151:12,16 152:2,8 154:16 159:6,17 160:10,14,18 160:22 166:3 166:16,24
**slides** 171:5
**slightly** 214:23 253:5
**slope** 210:21
**slow** 262:15
**slowly** 149:11
**small** 42:17 51:14 57:5 71:4,10 119:4 214:17 234:3 275:17
**smaller** 275:11
**social** 146:23 146:24,25 147:2 176:9,14
**software** 73:4,5 73:8 77:19 79:19 80:18,19 81:4,7,23 82:4 82:18,23,25 83:3,4,7,8,16 86:4 87:9 104:19,20 116:18 133:12 133:15,18

215:4
**sold** 57:16 60:15 62:5 63:2,10,23 64:9 65:16 68:21 255:21 256:19
**solution** 94:20
**solutions** 4:22 94:16
**sophisticated** 156:18
**sorry** 14:9 34:5 45:19,20 46:7 46:16 49:21 66:2 73:9 89:18 104:23 108:16 112:24 115:7 117:21 125:4 126:18 134:8 153:20 155:17 178:18 180:9 182:7 196:4 217:21 229:2 243:13 245:9,15 253:4
**sort** 74:13 75:6 75:10 103:17 111:2 274:4
**sound** 188:13 188:16 213:21
**sounds** 118:9 213:22
**sources** 163:10
**southern** 1:2 4:15
**special** 82:22
**specific** 32:19 82:2,5 87:16 264:25 277:12 278:20
**specifically** 187:6 279:24
**spell** 73:9
**spinal** 70:12
**spoke** 253:17 253:24 254:5 254:16
**sponsor** 148:5 148:12 158:4
**spread** 101:14
**spreadsheet** 70:24 72:19 73:3 74:7,10 74:19 75:3 86:15 87:3 95:21 102:19 102:23 115:23 122:5 130:9 137:14 139:11 140:5 143:12 143:14 173:14 173:20 190:18 192:14 202:23 205:9 234:14 282:17,19,21 282:23,24 283:6,8,10,11 283:13,22
**spreadsheets** 195:3
**spruck** 253:3,9 253:14,17,18 253:23,25 254:9,12
**ss** 285:4
**stabilized** 135:13,15
**stain** 273:16,17 274:4,7,7,8 276:19
**stains** 274:9
**stake** 64:23
**stamp** 122:5 171:18 235:19 271:8
**stamped** 42:6 58:25 67:9 88:5 102:18 137:13 170:17 173:13 190:17 196:19 202:21 234:12 245:10 272:4,23
**stamps** 44:4
**stand** 182:14
**standard** 4:18 83:4,10 94:8 94:10 106:20 113:3,5 115:9 133:14 281:9
**stands** 94:10
**star** 82:15
**start** 29:14 42:25 43:19 71:18,24 72:10 80:25 81:11 128:14,14 223:9 262:16
**started** 242:13
**starting** 110:17 110:25 113:8 125:9 191:23
**starts** 192:4
**state** 1:21 5:13 37:16,18 54:3 152:18 153:5 153:17 227:17 252:21 270:14 285:3,8
**statement** 153:15,21 154:25 155:10 156:13,13,15
**statements** 146:15,21 147:6 166:5 176:20 177:3
**states** 1:2 4:14 223:12 224:16 226:15
**statistical** 77:7
**statistics** 77:6
**status** 86:17

**std** 94:7,10
**stenographic** 5:5
**step** 20:23 74:8 93:17 162:20 244:3 274:12
**steps** 70:8
**sticker** 165:18
**stipulate** 5:6
**stipulated** 3:3 3:11 5:2
**stock** 56:8,12 56:17,19,24,24 57:2,3,5,23 66:15 67:11,16 68:10,14,18 150:12,14 250:19,22 255:6 256:15 257:9,12,19 282:13
**stocks** 57:17 257:11
**stood** 63:22
**stop** 55:13,15
**storage** 220:7,8 220:9
**store** 70:25
**stored** 48:18 49:14
**street** 2:9
**strike** 20:25,25 29:14 69:2 81:5 97:14 161:2 168:18 177:12 189:16 225:5 233:7 260:2
**string** 86:13
**strip** 196:16 199:17 200:12 201:4 207:18 212:2,3,7,9,10 212:23 213:2 277:7
**stripping** 277:4
**structural** 13:4 152:17
**studies** 22:2 53:15,25 54:5 69:24 148:6 157:4
**study** 19:6 22:7 28:12 49:22 52:18,21 53:4 53:7,8,10,14 69:16 89:11,23 90:14 92:4 96:4,9 157:6,7 157:7,11 158:7 158:8,12,16,17 158:21 163:15 164:23 165:10 166:6 167:2,15 167:21,25 168:5,9,15,21 174:6,15 175:11,16,19 175:24 202:6 203:6 204:14 204:17 219:11 220:2 232:15 232:23 233:4,9 234:5 240:6 267:24 269:4 273:22,22 280:7
**sub** 24:20
**subject** 71:6,23 88:25 90:2,8 90:19,23 96:12 96:20 97:4,21 98:2,10,18 99:5,5,8,24,25 100:5 101:13 101:20 102:3,7 102:7,10 111:6 113:23,25 115:12 131:10 138:23 142:20 172:3 200:7 210:11 211:16 211:18 246:21 246:23 247:6 247:25 280:14
**subjects** 6:13 76:17 88:23 93:12 96:15 98:4 111:21 138:3 191:12 197:19 201:11 215:12 230:3 234:5,5 238:18 240:5
**submitted** 248:18
**subpoena** 144:19,25 145:2,5,10 146:12 260:25
**subscribed** 287:16
**subsequent** 23:7
**substance** 36:20 264:9 266:5,24
**substantial** 61:6 62:11 63:9 65:15 185:11 255:20
**subtitle** 159:10
**subtraction** 197:12
**subtractions** 197:9
**success** 61:7,12
**successful** 63:5
**successions** 195:6
**sufficient** 168:23
**suffolk** 285:4
**suggest** 95:8 179:3 183:17 259:3

**suggesting** 89:24 90:7
**suggestion** 90:12 91:7
**suggestions** 92:3
**suite** 2:9,18
**sum** 251:25
**summarize** 35:20
**summary** 70:7
**super** 157:8
**support** 19:12 25:25 189:18 189:20,20 269:12,13,24 279:20
**supporting** 26:17
**suppose** 258:4
**supposed** 168:19 181:21 245:16
**supposedly** 122:15
**supranuclear** 158:13,24
**sure** 21:7 26:18 26:23 36:19 46:12 49:13,15 79:18 94:19 100:10 108:6 137:5 156:21 161:21 225:13 254:3 265:16
**surprise** 178:13
**suzanne** 171:23 172:18 173:2
**swear** 5:10
**switching** 29:11
**sworn** 3:6 5:12 285:11 287:16
**symptoms** 154:18 155:23
**syntax** 214:11
**system** 28:15 28:21

**t**

**t** 3:2,2 28:13 221:2 239:5 278:19 282:7 283:2 284:2 285:2,2 286:3 286:3
**t1** 94:24
**t2** 95:4 239:6
**tab** 105:2 132:22 134:18 138:25 191:16
**table** 116:14 122:22,24 123:6,11 124:25 125:13 125:20,21,25 126:16 129:7,8 129:10 130:5 140:22,24 141:4,15 172:4 172:22 192:24 193:4,13 194:9 197:2 206:2,4 206:18 207:24 208:2,6
**tables** 121:18 122:20 123:7,9 125:12 140:13 140:14,17 205:24
**tabs** 105:8
**tack** 70:13
**take** 5:7 41:12 41:16,19 71:15 71:15 72:2 87:18 106:2 114:18 128:13 128:15 129:2 144:4 190:6 195:7,8,21 196:5 221:24 232:19 244:3 256:25 259:8 278:16 281:14
**taken** 1:18 4:8 16:14,16 41:25 87:24 144:10 190:12 222:5 232:2 259:13 281:6
**takes** 72:14 196:22
**talk** 8:2 45:19 46:7 155:4 185:14 270:12 273:6
**talked** 36:13 38:18 192:8 265:13,19
**talking** 8:12 14:23 109:21 197:22 265:21
**tall** 88:23
**targeting** 51:15
**tau** 191:11 229:21,21
**taylor** 2:15 281:16,17
**tbd** 61:4
**team** 279:12
**technical** 32:8
**technique** 277:4
**telephone** 43:10
**tell** 31:20 32:11 32:17 33:9 62:13,21 65:17 105:8 108:9,19 109:7 126:15 131:12 135:11 142:18 185:24 189:11,15,17 216:7 230:21 231:8 266:23

**telling** 62:3,24 151:12
**ten** 195:11,20 238:25
**terms** 169:13 169:13 197:18 216:23,24 244:21 268:7,7
**test** 15:19 69:11 86:2,20 108:12,19 131:15 138:17 143:8,21 202:5 211:6 213:10
**tested** 229:14 231:22
**testified** 5:14 174:11 189:24 265:19
**testify** 252:14
**testimony** 222:20 223:3 224:5,9 225:7 225:10,24 249:22 283:15 283:18 285:13 287:10
**testing** 12:13
**tests** 69:3,6,23 70:9 77:11 78:4 79:10 82:19 83:5,13 131:8 143:22 204:17,25 212:23
**texas** 163:20
**text** 11:6 42:7 42:18 43:15,24 44:25 45:2,18 46:6,11,19,22 51:11 52:15 59:3,25 62:14 89:6 94:24 153:25 246:14 248:6 255:17 255:25 256:3 271:9,21 272:5 272:14,18 273:3 282:9,11 284:4,5,7
**texts** 45:15
**thank** 60:20 206:16 248:24 253:6 280:17 280:19,21,22 280:23
**thanks** 61:12 246:3
**thawed** 137:6,6
**theory** 277:14
**therapeutics** 6:8,17
**thing** 24:15 36:6 43:22 58:18 94:10 132:18 134:17 202:13 208:23 209:4 210:13
**things** 24:2 37:19 66:3,6,7 81:13 84:12 95:10 147:3 187:2,12,13 196:14 215:23 232:18 235:7
**think** 10:25 11:4 12:20 13:2,2 20:24 28:6 29:4 30:23 31:25 34:16 37:12 41:12,12 43:17 43:17 47:14 54:13 56:21 60:16 84:25 92:16 134:16 134:21 138:22 147:9 155:17 155:20 158:18 159:25 164:17 165:5 168:21 170:22 174:23 175:13 176:6 178:21 185:2,6 185:13 189:23 214:16 222:15 224:9 227:18 235:8,21 241:23 242:3,8 244:20 245:16 248:10 252:9 260:8 264:24 265:18
**thinking** 35:14
**thinks** 33:11 227:23
**third** 123:10 124:24 125:13 125:25 126:15 127:17 129:3 141:4 193:13 194:9 206:18 247:14,15
**thirty** 45:18
**thornton** 9:5,6 9:7,9,20 10:25 38:21
**thought** 66:4,7 66:13
**thousand** 56:20
**thread** 42:17 62:14
**three** 44:5 84:25 85:2 91:4 92:17,18 96:17 97:11,23 98:2 99:6,8,15 100:5 101:19 102:8,10 107:4 107:6,11,13 108:3,6 115:12 118:14 120:12 124:7,16 125:2 126:20 127:5 239:9 263:4

**throw** 221:5
**thumb** 16:13 16:15 48:20,22 48:23 49:2,3 87:15 128:17 196:13
**tight** 20:14 219:22
**time** 1:14 3:12 4:17,18 6:11 7:5,9,16,19 8:8 8:16 9:11,13 9:14 11:16 14:10,10 17:25 30:23 31:17 34:24 41:22 42:2,25 43:19 44:22 47:23 52:2,9 55:13 71:2 72:4,7,8,9 84:6,11,22 86:16 87:22,25 88:23 89:2 90:11,20 91:4 92:11,16,17,18 92:22 97:15 99:16 100:7 101:19,24 103:18,22 107:5,7,12,14 107:17 108:3,6 108:15 111:10 111:16 112:9 113:18 114:8 114:22 115:3 118:21 132:7,8 132:15 133:6,9 133:21,21,24 134:7,7,9,10,13 135:5,17 136:4 136:10 138:5 142:20,25 144:7,11,18,19 144:24 146:4,7 158:11 167:13 167:20 168:12 168:20,23 169:5,11,13 173:8 175:23 184:8,25 186:12 190:10 190:13 195:13 195:19,20 196:19,19 197:18 198:16 198:23 203:17 212:18 222:3,6 225:15 232:20 239:23 240:2 255:10,11,12 257:13,15 259:10,14 262:2,3,24 263:16 264:2 265:3 267:19 267:22 280:18 281:8,9
**times** 8:19 9:9 9:17 10:7,18 11:9 18:12,15 19:8 26:15,16 34:8,10 52:8 56:19 83:23 97:11,23 99:6 99:8 100:5 102:8,11 135:25 179:23 180:13 181:2 181:12,15,16 182:19 183:15 196:22 262:25 263:4 266:4 276:9,11
**timestamp** 44:15 45:16 87:3 120:25 132:2,5,20 133:19 139:22 191:16 213:4
**timestamps** 122:17
**timing** 60:10 136:9
**tinted** 94:21
**tissue** 15:18
**tissues** 19:22 28:25 29:2
**title** 67:15 151:17 152:5,9 159:6 180:24 258:3
**titled** 17:20 25:15 51:13 150:22
**today** 4:16 6:15 17:6 18:19 26:19 57:20 97:12 144:22 188:2 198:13 204:25 213:12 224:8 225:9,23 228:19 255:18 259:24 260:14 262:4 280:17
**together** 96:18
**told** 61:16 62:9 63:8,21 64:14 64:14,17 65:14 216:15 233:17 255:19 256:17
**tolerance** 25:18
**took** 40:23 41:6 49:2
**tool** 162:22
**top** 44:14 60:5 67:24 70:13 71:6 76:2 88:16 94:24 111:8 112:19 140:17,21 147:21 150:6 172:13 180:20 180:22 192:24 209:13 224:15 226:14 245:23

246:9 247:8,18 250:15 251:4
**topic** 160:23 269:19
**topics** 6:13
**total** 59:20 229:21 273:18
**totally** 24:15 202:2
**touch** 56:11 66:16 70:22 95:18 253:22
**touched** 57:3
**track** 84:11 109:4
**traditional** 273:21,24
**training** 82:22 83:2
**transcript** 222:19 223:2 223:23 283:15 283:18 287:5 287:10
**transfer** 72:19 80:2
**transform** 76:23
**transformation** 76:4,11
**transformatio...** 91:11
**transgenic** 22:14
**translational** 267:11 268:5
**transport** 75:23 196:13 196:18 199:19 200:13 207:19 210:25 212:20
**traumatic** 24:4
**treat** 77:4 148:6
**treated** 77:3,4 199:2,8 201:13
**treatment** 99:25 102:4 201:12 204:14 210:12 215:13 237:15,20 238:8,10,18 240:13,18,22 241:25 242:5
**trem2** 203:6 204:10
**trial** 3:12 64:4 164:19 216:17 261:7
**trials** 138:19 143:10 181:19
**tried** 35:6,7 46:22 47:2 231:11
**triplicate** 92:6 92:24 95:16 99:13 115:13
**true** 37:17 38:7 40:14 152:24 153:2 155:13 156:14,23 179:6,8,9 228:15,22 232:7 252:7,8 255:10 285:12 287:9
**trust** 181:19
**truth** 153:11 252:10
**truthfully** 182:6 231:6
**try** 24:2 103:16 203:22 271:3
**trying** 45:22 75:9 96:22 109:12,13
**tsc** 268:21 269:17
**tube** 71:5 97:11 97:22,24 100:4 221:5
**tubes** 71:4,4,10 71:20,20 93:12 93:15 95:19 137:9
**tuesday** 223:19
**turn** 151:23 218:15
**turns** 90:9,9
**turquet** 2:11 281:11,12
**tweets** 176:9,14
**twenty** 158:10
**twice** 128:7,19 263:4
**two** 9:22,24 12:4 53:8 56:20 84:2,2 92:11,16,22 98:2,7 101:14 101:24 103:16 105:8 106:19 117:16 118:19 121:15,16 123:8,9,25 124:6 127:5,7 127:16 134:22 135:19 140:10 140:12,17 141:6 142:15 171:13 178:22 194:2,3,19 208:4 222:15 229:23 230:4 230:19 232:18 242:5 246:24 251:3 276:22
**type** 24:20 74:23 77:17 78:8 89:20 97:22 109:20 214:25
**types** 133:15
**typical** 76:12

**typically** 75:18 109:23 128:12 128:21 135:12 136:4 196:5 273:16 274:16

**u**

**u** 3:2 24:19 221:2 236:12 239:6
**u3** 239:7
**unable** 219:7
**unblind** 168:23 232:13,22
**unblinded** 175:23 229:25 240:3
**unblinding** 232:2
**unclear** 258:4
**unconsciously** 66:20
**under** 161:24 225:14 246:9 246:11 254:22
**underlying** 25:18 179:24 181:21
**underneath** 89:6 246:21,23
**underpinnings** 181:18
**understand** 6:2 20:24 21:3 61:10 62:17 64:18 73:14 75:9 96:23 105:25 116:17 116:24 135:3 161:23 162:2 266:14
**understanding** 20:2 29:12,15 43:14 45:7 120:16 130:20 132:11 133:13 133:23 134:3 138:16 141:10 157:16 164:13 165:7 188:18 189:2,7 194:23 207:10 210:6 242:19,23 243:10 252:17 256:10 260:23 261:4 264:2 268:2
**understood** 61:19 114:7 204:5
**unexpected** 32:14
**unfair** 177:15 177:19
**unique** 24:7
**unit** 281:3
**united** 1:2 4:14 223:11 224:16 226:14
**university** 163:22 243:11 279:13
**university's** 258:5
**unknown** 270:10
**unprecedented** 150:19
**unrelated** 244:16
**unsigned** 3:8
**unsure** 17:7
**use** 19:15 20:15 20:20 21:10,11 21:12 27:16 72:18 77:22 78:9 79:13,20 80:4,7,20 81:11,11,22 82:17,23,25 165:3 172:20 196:18 202:14 214:10 215:9 221:6 233:5 236:22 239:2 270:17 273:25 275:10 277:6
**used** 3:8 50:13 79:25 90:14 97:17 101:12 153:11 162:8 221:6 232:13 232:22 237:17 275:11
**using** 19:19,19 19:20 28:13,13 28:14 48:2 73:4 79:10 81:21 82:4 83:17,17 148:6 158:2,3 171:2 215:2,8,9

**v**

**v** 239:6
**v3** 239:7
**vague** 32:5
**value** 110:2 117:10,13,18 118:2 140:17 140:21,22
**values** 118:7 120:17,19 121:16 126:14 208:14 211:5
**variables** 64:5
**vcs** 277:12
**veltri** 1:20 4:24 285:7,24
**verbal** 117:9 247:12
**verbally** 41:10 46:17 104:23 117:22
**verification** 128:24

**verified** 219:12 219:17 220:11
**verify** 219:7,25 220:5,20 231:11 276:9
**veritext** 4:21,25
**version** 170:23 171:3 190:23 215:2,3 257:22 257:25 258:2,8
**versus** 4:10
**vertical** 99:4,6
**vertically** 106:16
**vested** 68:19
**video** 4:3 281:2 281:5
**videographer** 2:21 4:2,20 41:21 42:2 87:21,25 103:18,22 144:6,11 190:9 190:13 222:2,6 259:10,14 280:24
**videotaped** 1:17
**view** 12:18 18:16 26:14 30:16 51:19 103:4 252:4
**viewed** 26:15
**vincent** 247:21
**virtual** 4:4 281:5
**virtually** 148:8
**visible** 81:15,25 89:13 275:19
**visit** 7:6
**visited** 11:21 147:14
**visualize** 273:18 274:5 275:12
**volume** 116:9 122:8 139:17 193:6
**vs** 104:3 191:2 203:8 204:12 286:1 287:1

**w**

**w** 239:6
**w3** 239:8
**wait** 31:6,9,24 32:18 33:10 128:22 136:5 159:4,9
**waived** 3:5
**wang** 1:18 4:5 5:11,17 6:4 14:9 42:4 46:20 68:4,25 85:21 88:3 103:25 104:23 117:22 118:4 118:25 121:11 122:19 125:13 134:8 140:14 144:14 161:14 165:23 166:4,8 171:11 191:5 192:18 204:7 205:23 222:9 222:20 223:3 223:16 224:18 225:21 226:6 226:20 227:22 229:25 231:22 231:25 234:23 236:3 245:23 246:4,19,19 247:10,11,22 259:17 260:14 262:16 263:14 263:20 264:8 265:24 266:10 266:22 267:8 280:14,21 281:6 282:4 283:16,19,20 286:2,24 287:2 287:4,13
**wang's** 116:12 122:11 139:20 193:9 229:12 235:18
**want** 20:24 21:3 37:13 54:22 65:4 66:17 69:25 70:2 79:18 81:24,24 82:11 88:24 95:12 100:9 102:24 118:18,18 131:24 165:4 182:11 202:16 204:3 217:2,5 240:23 243:21 252:13 256:14 272:25 273:6
**wanted** 86:19
**waste** 204:3,4
**wasting** 203:18
**watson** 188:15
**wavelengths** 81:16 82:2
**way** 20:8,17 52:14 66:21 78:21 81:25 106:13,13,14 131:19 151:9 156:10,16 175:15,17 195:21 214:14 231:16,17 234:8 260:9 263:22 267:25 276:8,14 285:17
**we've** 41:17 100:24 260:9

**website** 147:15
**websites** 147:17
**wednesday** 224:21
**weight** 274:16 274:20,24 275:6,18,25 276:14
**weights** 276:5 276:15
**wells** 73:24 98:24 102:13 107:21
**went** 103:11 269:15
**wesson** 248:11
**western** 15:24 163:14 253:8 273:8,9,12,20 273:21,24,25 274:12 277:5 277:22 278:9 278:12
**whatsoever** 188:19 210:23
**whereof** 285:19
**white** 155:12
**wi** 84:20
**wide** 154:11
**wife** 185:9,18 245:4,5
**window** 84:3
**windows** 83:18
**wise** 235:3
**witness** 2:17 3:6,9,10 5:10 5:11 14:7,16 36:24 41:20 59:7 87:20 132:17,25 133:4 190:8 223:16 224:18 266:13,20 280:19,22 281:23 282:3 285:10,13,19
**woodward** 2:18
**work** 7:17 30:20 31:11,16 31:19,21 33:8 48:2 53:24 54:5,17 55:4 58:16 65:24 66:12,22 69:4 79:5,14 83:24 84:23 85:14 263:11
**working** 33:10
**worry** 93:14
**worth** 257:19
**write** 88:21 248:17,24
**writes** 60:13 172:17
**writing** 148:4
**written** 41:10 93:11 254:22
**wrongdoing** 249:7
**wrote** 45:8 47:2 62:17 113:20

**x**

**x** 1:3,11 238:11 238:12 239:7 274:13 275:2 276:2 277:22 282:2,7 283:2 284:2
**xls** 75:6
**xp** 83:17,18,22 84:3
**xs** 238:3 240:10

**y**

**y** 20:20 85:11
**yan** 1:18 4:1,5 5:1,11 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1

130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1 209:1
210:1 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1,20 223:1
223:3,16 224:1
224:18 225:1
226:1,20 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1,22
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1
280:1 281:1,6
282:4 283:15
283:18 286:2
286:24 287:2,4
287:13

**yeah** 8:16,24
9:7 10:6 19:6
30:4 42:14,24
43:13,17 44:13
46:9,12,12,25
48:3,6 57:12
59:9 60:3,12
60:24 61:9,13
62:15,20 63:24
74:2,15,17
75:12,16 77:12
79:11 80:14
81:8 82:25
83:6,25 87:4
87:12 92:9
96:25 97:7,7
97:19 99:2,17
102:15 104:9
105:17 108:23
110:16 113:6
116:25 117:24
119:7 120:6
127:4 134:2
138:22 148:22
152:8 155:19
160:4 163:25
165:17 170:17
172:12 173:6
175:13 179:19
180:2 181:4
197:11,17
215:14 227:24
230:10 235:8
246:13,15,15
247:5,16 248:5
251:4 255:23
256:21 271:19
278:6

**year** 56:7 143:2

**years** 17:5,5
33:5 49:11,11
49:12 54:9
56:6 161:25
244:19 255:5

**york** 1:2,21 2:5
2:5,14,14,15
4:15,23,23
5:13 9:16 54:3
179:23 180:13
181:2,12,15,16
182:19 183:15
244:19 285:3,9

**z**

**zach** 281:17
**zachary** 2:15
**zaur** 2:6
**zero** 92:11,22 94:8,8,25 99:10 109:10 112:17,18 198:16 204:12 204:13
**zhe** 168:7,11 171:21 172:17
**zhe's** 173:5
**zone** 133:21,24 134:7
**zones** 133:10
**zoom** 1:19 42:16 119:5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.