# EXHIBIT 24

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § | Master File No. 1:21-cv-00751-DAE |
| | § | CLASS ACTION |
| This Document Relates to: | § | |
| ALL ACTIONS | § § § | |

**DECLARATION OF JENNIFER L. BEIDEL CONFIRMING THE COMMON INTEREST AGREEMENT BETWEEN CASSAVA, THE INDIVIDUAL DEFENDANTS, AND DR. HOAU-YAN WANG**

I, Jennifer L. Beidel, hereby declare as follows:

1. I am a licensed attorney and partner at Dykema Gossett PLLC ("Dykema"). During the time period relevant to this matter, I was formerly a partner with Saul Ewing LLP ("Saul Ewing").

2. Together with other Dykema (and formerly Saul Ewing) attorneys, I represent Dr. Hoau-Yan Wang in connection with his response to the various allegations in the August 18, 2021 Citizen Petition relating to his research regarding simufilam, Cassava Sciences, Inc.'s ("Cassava") drug candidate for the potential treatment of Alzheimer's disease.

3. Our representation includes defending Dr. Wang as a potential and actual defendant in actions by the U.S. Department of Justice ("DOJ"), the U.S. Securities and Exchange Commission ("SEC"), and civil litigation brought by private plaintiffs.

4. Dr. Wang was a consultant for Cassava and a researcher at a public university in New York.

5. As part of our representation of Dr. Wang, we have understood since our first communication with Cassava counsel that Cassava and various Cassava employees who were also actual or potential defendants in the same actions and investigations brought by the DOJ, SEC, and private plaintiffs, including Dr. Lindsay Burns, a former Senior Vice President at Cassava, and former Cassava Chief Executive Officer Remi Barbier (the "Individual Defendants"), shared a common interest in jointly defending against these actions.

6. Accordingly, in our first conversation with Cassava counsel after being engaged to represent Dr. Wang, we entered into a common interest agreement with Cassava, the Individual Defendants, and their counsel at Orrick, Herrington, Sutcliffe LLP ("Orrick"), including, among other Orrick attorneys, William Foley and Guy Singer.

7. In early 2024, Cassava and the Individual Defendants engaged Gibson Dunn & Crutcher, LLP ("Gibson Dunn") as legal counsel. At that time, we extended the common interest agreement to include Gibson Dunn.

8. At all times during our representation of Dr. Wang following publication of the Citizen Petition to date, we have understood that communications between and among Cassava, the Individual Defendants, the Individual Defendants' personal counsel at Jacobson Lopez PLLC, Orrick, and Gibson Dunn on the one hand, and Dr. Wang and/or Dykema or Saul Ewing on the other, relating to their legal defense of and response to allegations brought and investigations conducted by the government, private plaintiffs, and others stemming from the Citizen Petition, were privileged and confidential common interest communications.

9. At no time during our representation of Dr. Wang, or when we communicated with Cassava, the Individual Defendants, Orrick, or Gibson Dunn, did I ever believe or understand that the common interest between Dr. Wang, Cassava, and the Individual Defendants ceased, or that any communications between or among them or their respective counsel related to their common legal defense were not privileged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January, 2025.

/s/ *Jennifer L. Beidel*______
Jennifer L. Beidel

108624255.1