# EXHIBIT 28

## Ph2A CSF Abeta42

**CASSAVA_000396376.xlsx E2:P9**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.1976 | 0.1974 | 0.0358 | 0.9012 | 0.8645 | 0.8524 | 0.9141 | 0.9381 | 0.9631 | 0.8962 | 0.9569 | 0.9256 |
| B | 0.1416 | 0.1502 | 0.0406 | 0.9339 | 0.9216 | 0.9382 | 0.9209 | 0.9312 | 0.9222 | 0.9612 | 0.9933 | 0.9235 |
| C | 0.1959 | 0.2048 | 0.8566 | 0.9803 | 0.9788 | 0.8836 | 0.9092 | 0.9305 | 0.8284 | 0.8300 | 0.8312 | 0.8277 |
| D | 0.2771 | 0.2765 | 0.9294 | 0.9743 | 0.9389 | 0.9586 | 0.9548 | 0.9224 | 0.9870 | 0.0465 | 0.0452 | 0.0828 |
| E | 0.4541 | 0.4358 | 0.8666 | 0.9067 | 0.9863 | 0.8681 | 1.2814 | 1.2465 | 1.3090 | 1.3690 | 1.1861 | 1.4407 |
| F | 0.8326 | 0.8732 | 0.9285 | 0.9507 | 0.9127 | 0.9534 | 1.0332 | 1.1386 | 1.3920 | 1.2026 | 1.0107 | 1.1369 |
| G | 1.3438 | 1.2980 | 0.9354 | 0.8840 | 0.9171 | 0.8674 | 0.9108 | 0.9465 | 0.9652 | 0.8664 | 0.8727 | 0.8255 |
| H | 2.1125 | 2.2306 | 0.9289 | 0.9990 | 0.9843 | 0.9935 | 0.9980 | 0.9697 | 0.9821 | 0.9129 | 0.9113 | 0.9712 |

**Database Result 442 2019-05-14 19:43:23.877**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.1976 | 0.1974 | 0.0358 | 0.2512 | 0.2645 | 0.2524 | 0.6141 | 0.6381 | 0.6631 | 0.2962 | 0.3369 | 0.2256 |
| B | 0.1916 | 0.2000 | 0.0406 | 0.2339 | 0.2216 | 0.2382 | 0.4209 | 0.4312 | 0.4222 | 0.2612 | 0.3033 | 0.2235 |
| C | 0.2109 | 0.2148 | 0.1566 | 0.1803 | 0.1788 | 0.1836 | 0.2092 | 0.2305 | 0.2284 | 0.4300 | 0.4312 | 0.4277 |
| D | 0.2571 | 0.2765 | 0.1294 | 0.2743 | 0.2389 | 0.2586 | 0.2548 | 0.3224 | 0.3870 | 0.0465 | 0.0452 | 0.0828 |
| E | 0.4041 | 0.4358 | 0.1666 | 0.2067 | 0.1863 | 0.1681 | 1.0814 | 1.0465 | 1.1290 | 1.3690 | 0.9861 | 1.2407 |
| F | 0.8326 | 0.8732 | 0.1285 | 0.4507 | 0.2527 | 0.2534 | 0.6332 | 0.6386 | 0.6920 | 0.5026 | 0.3107 | 0.3369 |
| G | 1.8438 | 1.8980 | 0.1354 | 0.2840 | 0.3171 | 0.2674 | 0.6108 | 0.5465 | 0.4652 | 0.1664 | 0.1727 | 0.2255 |
| H | 0.0000 | 0.0000 | 0.1289 | 0.2990 | 0.2843 | 0.2935 | 0.3798 | 0.3697 | 0.2821 | 0.2129 | 0.2113 | 0.2112 |

**Changed Digits:**
**CASSAVA_000396376.xlsx Raw_P_1 E2:P9 vs. Database Result 442 2019-05-14 19:43:23.877**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.1976 | 0.1974 | 0.0358 | 0.9012 | 0.8645 | 0.8524 | 0.9141 | 0.9381 | 0.9631 | 0.8962 | 0.9569 | 0.9256 |
| B | 0.1416 | 0.1502 | 0.0406 | 0.9339 | 0.9216 | 0.9382 | 0.9209 | 0.9312 | 0.9222 | 0.9612 | 0.9933 | 0.9235 |
| C | 0.1959 | 0.2048 | 0.8566 | 0.9803 | 0.9788 | 0.8836 | 0.9092 | 0.9305 | 0.8284 | 0.8300 | 0.8312 | 0.8277 |
| D | 0.2771 | 0.2765 | 0.9294 | 0.9743 | 0.9389 | 0.9586 | 0.9548 | 0.9224 | 0.9870 | 0.0465 | 0.0452 | 0.0828 |
| E | 0.4541 | 0.4358 | 0.8666 | 0.9067 | 0.9863 | 0.8681 | 1.2814 | 1.2465 | 1.3090 | 1.3690 | 1.1861 | 1.4407 |
| F | 0.8326 | 0.8732 | 0.9285 | 0.9507 | 0.9127 | 0.9534 | 1.0332 | 1.1386 | 1.3920 | 1.2026 | 1.0107 | 1.1369 |
| G | 1.3438 | 1.2980 | 0.9354 | 0.8840 | 0.9171 | 0.8674 | 0.9108 | 0.9465 | 0.9652 | 0.8664 | 0.8727 | 0.8255 |
| H | 2.1125 | 2.2306 | 0.9289 | 0.9990 | 0.9843 | 0.9935 | 0.9980 | 0.9697 | 0.9821 | 0.9129 | 0.9113 | 0.9712 |

**Delta By Well:**
**CASSAVA_000396376.xlsx Raw_P_1 E2:P9 minus Database Result 442 2019-05-14 19:43:23.877**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.0000 | 0.0000 | 0.0000 | 0.6500 | 0.6000 | 0.6000 | 0.3000 | 0.3000 | 0.3000 | 0.6000 | 0.6200 | 0.7000 |
| B | -0.0500 | -0.0498 | 0.0000 | 0.7000 | 0.7000 | 0.7000 | 0.5000 | 0.5000 | 0.5000 | 0.7000 | 0.6900 | 0.7000 |
| C | -0.0150 | -0.0100 | 0.7000 | 0.8000 | 0.8000 | 0.7000 | 0.7000 | 0.7000 | 0.6000 | 0.4000 | 0.4000 | 0.4000 |
| D | 0.0200 | 0.0000 | 0.8000 | 0.7000 | 0.7000 | 0.7000 | 0.7000 | 0.6000 | 0.6000 | 0.0000 | 0.0000 | 0.0000 |
| E | 0.0500 | 0.0000 | 0.7000 | 0.7000 | 0.8000 | 0.7000 | 0.2000 | 0.2000 | 0.1800 | 0.0000 | 0.2000 | 0.2000 |
| F | 0.0000 | 0.0000 | 0.8000 | 0.5000 | 0.6600 | 0.7000 | 0.4000 | 0.5000 | 0.7000 | 0.7000 | 0.7000 | 0.8000 |
| G | -0.5000 | -0.6000 | 0.8000 | 0.6000 | 0.6000 | 0.6000 | 0.3000 | 0.4000 | 0.5000 | 0.7000 | 0.7000 | 0.6000 |
| H | 2.1125 | 2.2306 | 0.8000 | 0.7000 | 0.7000 | 0.7000 | 0.6182 | 0.6000 | 0.7000 | 0.7000 | 0.7000 | 0.7600 |