# EXHIBIT 30

# Ph2b Redo pTau-181

**CASSAVA_000725941.xlsx E4:P11**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.1242 | 0.1037 | 0.0400 | 0.2266 | 0.2302 | 0.2484 | 0.1804 | 0.1934 | 0.1902 | 0.2141 | 0.2103 | 0.2043 |
| B | 0.1875 | 0.1831 | 0.0406 | 0.1095 | 0.1043 | 0.1112 | 0.1226 | 0.1154 | 0.1271 | 0.1356 | 0.1386 | 0.1376 |
| C | 0.2962 | 0.2958 | 0.1915 | 0.1772 | 0.1732 | 0.1802 | 0.1828 | 0.1823 | 0.1797 | 0.2474 | 0.2498 | 0.2503 |
| D | 0.4216 | 0.4203 | 0.2098 | 0.1230 | 0.1116 | 0.1195 | 0.1406 | 0.1374 | 0.1230 | 0.0918 | 0.1154 | 0.0961 |
| E | 0.7925 | 0.8075 | 0.2185 | 0.1995 | 0.1858 | 0.1954 | 0.1659 | 0.1677 | 0.1872 | 0.1982 | 0.2104 | 0.2132 |
| F | 1.6462 | 1.6541 | 0.1630 | 0.0896 | 0.0935 | 0.1081 | 0.1122 | 0.1274 | 0.1127 | 0.1598 | 0.1675 | 0.1528 |
| G | 2.1894 | 2.2388 | 0.1499 | 0.1683 | 0.1711 | 0.1799 | 0.1798 | 0.1815 | 0.1872 | 0.1749 | 0.1778 | 0.1886 |
| H | 3.2889 | 3.3328 | 0.1437 | 0.1047 | 0.1065 | 0.0996 | 0.1098 | 0.1187 | 0.1211 | 0.1426 | 0.1527 | 0.1372 |

**Database Result 497 2020-06-09 13:44:21.410**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.1242 | 0.1537 | 0.0400 | 0.2566 | 0.1302 | 0.1184 | 0.1604 | 0.1634 | 0.1202 | 0.1141 | 0.1103 | 0.1043 |
| B | 0.1675 | 0.1831 | 0.1506 | 0.1495 | 0.1243 | 0.1200 | 0.1426 | 0.1154 | 0.1071 | 0.0956 | 0.0860 | 0.0976 |
| C | 0.2262 | 0.2458 | 0.1315 | 0.1272 | 0.1132 | 0.1302 | 0.1428 | 0.1023 | 0.0997 | 0.0874 | 0.0980 | 0.1003 |
| D | 0.3516 | 0.3803 | 0.1598 | 0.1030 | 0.1116 | 0.1195 | 0.1406 | 0.1374 | 0.1230 | 0.0918 | 0.1154 | 0.0961 |
| E | 0.5225 | 0.5475 | 0.1185 | 0.1195 | 0.1158 | 0.1054 | 0.1059 | 0.1077 | 0.0872 | 0.0982 | 0.1104 | 0.1132 |
| F | 0.9062 | 0.9410 | 0.1430 | 0.0996 | 0.0935 | 0.1281 | 0.1122 | 0.1274 | 0.1127 | 0.0998 | 0.0975 | 0.1128 |
| G | 1.6894 | 1.7788 | 0.1990 | 0.1183 | 0.0911 | 0.0990 | 0.1098 | 0.1150 | 0.0972 | 0.1049 | 0.1078 | 0.1086 |
| H | 2.8889 | 2.8328 | 0.2237 | 0.1047 | 0.1065 | 0.0996 | 0.0998 | 0.0987 | 0.1211 | 0.1026 | 0.1527 | 0.1072 |

**Changed Digits:**
**CASSAVA_000725941.xlsx Raw_P_1 E4:P11 vs. Database Result 497 2020-06-09 13:44:21.410**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.1242 | 0.1037 | 0.0400 | 0.2266 | 0.2302 | 0.2484 | 0.1804 | 0.1934 | 0.1902 | 0.2141 | 0.2103 | 0.2043 |
| B | 0.1875 | 0.1831 | 0.0406 | 0.1095 | 0.1043 | 0.1112 | 0.1226 | 0.1154 | 0.1271 | 0.1356 | 0.1386 | 0.1376 |
| C | 0.2962 | 0.2958 | 0.1915 | 0.1772 | 0.1732 | 0.1802 | 0.1828 | 0.1823 | 0.1797 | 0.2474 | 0.2498 | 0.2503 |
| D | 0.4216 | 0.4203 | 0.2098 | 0.1230 | 0.1116 | 0.1195 | 0.1406 | 0.1374 | 0.1230 | 0.0918 | 0.1154 | 0.0961 |
| E | 0.7925 | 0.8075 | 0.2185 | 0.1995 | 0.1858 | 0.1954 | 0.1659 | 0.1677 | 0.1872 | 0.1982 | 0.2104 | 0.2132 |
| F | 1.6462 | 1.6541 | 0.1630 | 0.0896 | 0.0935 | 0.1081 | 0.1122 | 0.1274 | 0.1127 | 0.1598 | 0.1675 | 0.1528 |
| G | 2.1894 | 2.2388 | 0.1499 | 0.1683 | 0.1711 | 0.1799 | 0.1798 | 0.1815 | 0.1872 | 0.1749 | 0.1778 | 0.1886 |
| H | 3.2889 | 3.3328 | 0.1437 | 0.1047 | 0.1065 | 0.0996 | 0.1098 | 0.1187 | 0.1211 | 0.1426 | 0.1527 | 0.1372 |

**Delta By Well:**
**CASSAVA_000725941.xlsx Raw_P_1 E4:P11 minus Database Result 497 2020-06-09 13:44:21.410**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.0000 | -0.0500 | 0.0000 | -0.0300 | 0.1000 | 0.1300 | 0.0200 | 0.0300 | 0.0700 | 0.1000 | 0.1000 | 0.1000 |
| B | 0.0200 | 0.0000 | -0.1100 | -0.0400 | -0.0200 | -0.0088 | -0.0200 | 0.0000 | 0.0200 | 0.0400 | 0.0526 | 0.0400 |
| C | 0.0700 | 0.0500 | 0.0600 | 0.0500 | 0.0600 | 0.0500 | 0.0400 | 0.0800 | 0.0800 | 0.1600 | 0.1518 | 0.1500 |
| D | 0.0700 | 0.0400 | 0.0500 | 0.0200 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| E | 0.2700 | 0.2600 | 0.1000 | 0.0800 | 0.0700 | 0.0900 | 0.0600 | 0.0600 | 0.1000 | 0.1000 | 0.1000 | 0.1000 |
| F | 0.7400 | 0.7131 | 0.0200 | -0.0100 | 0.0000 | -0.0200 | 0.0000 | 0.0000 | 0.0000 | 0.0600 | 0.0700 | 0.0400 |
| G | 0.5000 | 0.4600 | -0.0491 | 0.0500 | 0.0800 | 0.0809 | 0.0700 | 0.0665 | 0.0900 | 0.0700 | 0.0700 | 0.0800 |
| H | 0.4000 | 0.5000 | -0.0800 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 0.0200 | 0.0000 | 0.0400 | 0.0000 | 0.0300 |

Generated on 2025-11-19 13:05