# EXHIBIT 31

# Ph2b Screen CSF Abeta42

**CASSAVA_000897558.xlsx E4:I11**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.1727 | 0.2148 | 0.0420 | 0.0510 | 0.0502 |
| B | 0.1992 | 0.2036 | 0.6848 | 0.7300 | 1.1006 |
| C | 0.2456 | 0.2481 | 0.7050 | 0.8331 | 1.0639 |
| D | 0.3369 | 0.3258 | 0.7169 | 0.7876 | 1.0565 |
| E | 0.5761 | 0.5454 | 0.6845 | 0.5527 | 0.0399 |
| F | 1.0898 | 1.0437 | 0.7134 | 0.5325 | 0.0424 |
| G | 2.2490 | 2.2238 | 0.6773 | 0.5247 | 0.0371 |
| H | 2.9531 | 2.9771 | 0.0379 | 0.0461 | 0.0492 |

**Database Result 465 2019-10-11 18:51:33.517**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.1727 | 0.5148 | 0.5282 | 0.5100 | 0.5092 |
| B | 0.5492 | 0.5360 | 0.6848 | 0.6300 | 1.7506 |
| C | 0.5856 | 0.5881 | 0.7050 | 0.8331 | 1.4639 |
| D | 0.6690 | 0.6758 | 0.7169 | 0.7876 | 1.3565 |
| E | 0.7461 | 0.7454 | 0.6845 | 0.5027 | 0.3239 |
| F | 1.4098 | 1.4370 | 0.7134 | 0.4325 | 0.3424 |
| G | 2.6490 | 2.7238 | 0.5773 | 0.4247 | 0.3707 |
| H | 0.0000 | 0.0000 | 0.3379 | 0.3261 | 0.3292 |

**Changed Digits:**
**CASSAVA_000897558.xlsx Raw_P_1 E4:I11 vs. Database Result 465 2019-10-11 18:51:33.517**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.1727 | 0.**2**148 | 0.**0420** | 0.**051**0 | 0.**050**2 |
| B | 0.**19**92 | 0.**2036** | 0.6848 | 0.**7**300 | 1.**10**06 |
| C | 0.**24**56 | 0.**24**81 | 0.7050 | 0.8331 | 1.**0**639 |
| D | 0.**3369** | 0.**32**58 | 0.7169 | 0.7876 | 1.**0**565 |
| E | 0.**57**61 | 0.**5**454 | 0.6845 | 0.5**5**27 | 0.**039**9 |
| F | 1.**08**98 | 1.**0437** | 0.7134 | 0.**5**325 | 0.**0**424 |
| G | 2.**2**490 | 2.**2**238 | 0.**6**773 | 0.**5**247 | 0.**0371** |
| H | **2.9531** | **2.9771** | 0.**0**379 | 0.**04**61 | 0.**04**92 |

**Delta By Well:**
**CASSAVA_000897558.xlsx Raw_P_1 E4:I11 minus Database Result 465 2019-10-11 18:51:33.517**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.0000 | -0.3000 | -0.4862 | -0.4590 | -0.4590 |
| B | -0.3500 | -0.3324 | 0.0000 | 0.1000 | -0.6500 |
| C | -0.3400 | -0.3400 | 0.0000 | 0.0000 | -0.4000 |
| D | -0.3321 | -0.3500 | 0.0000 | 0.0000 | -0.3000 |
| E | -0.1700 | -0.2000 | 0.0000 | 0.0500 | -0.2840 |
| F | -0.3200 | -0.3933 | 0.0000 | 0.1000 | -0.3000 |
| G | -0.4000 | -0.5000 | 0.1000 | 0.1000 | -0.3336 |
| H | 2.9531 | 2.9771 | -0.3000 | -0.2800 | -0.2800 |

Generated on 2025-11-19 13:33