# EXHIBIT 32

# Ph2b Screen CSF Tau

**CASSAVA_000897559.xlsx E4:I11**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.0803 | 0.0915 | 0.0430 | 0.0420 | 0.0430 |
| B | 0.2510 | 0.2403 | 0.5069 | 0.4952 | 0.5181 |
| C | 0.3128 | 0.3189 | 0.5271 | 0.4884 | 0.5038 |
| D | 0.3843 | 0.4044 | 0.5323 | 0.5267 | 0.5393 |
| E | 0.5985 | 0.5988 | 1.1295 | 0.7474 | 0.0403 |
| F | 0.9802 | 0.9657 | 1.1251 | 0.7781 | 0.0454 |
| G | 1.6869 | 1.6457 | 1.0872 | 0.7607 | 0.0407 |
| H | 2.7923 | 2.8647 | 0.0422 | 0.0453 | 0.0757 |

**Database Result 462 2019-09-19 20:09:07.047**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.0803 | 0.0915 | 0.0430 | 0.0420 | 0.0430 |
| B | 0.1510 | 0.1203 | 0.2069 | 0.1952 | 0.2181 |
| C | 0.1928 | 0.1890 | 0.2271 | 0.1884 | 0.2038 |
| D | 0.2843 | 0.2544 | 0.2323 | 0.2267 | 0.2393 |
| E | 0.4585 | 0.4988 | 0.9295 | 0.4474 | 0.1030 |
| F | 0.8802 | 0.8657 | 0.9251 | 0.4781 | 0.1054 |
| G | 1.5869 | 1.0457 | 0.9872 | 0.3607 | 0.1107 |
| H | 2.5923 | 2.5647 | 0.0422 | 0.0453 | 0.0757 |

**Changed Digits:**
**CASSAVA_000897559.xlsx Raw_P_1 E4:I11 vs. Database Result 462 2019-09-19 20:09:07.047**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.0803 | 0.0915 | 0.0430 | 0.0420 | 0.0430 |
| B | 0.2510 | 0.2403 | 0.5069 | 0.4952 | 0.5181 |
| C | 0.3128 | 0.3189 | 0.5271 | 0.4884 | 0.5038 |
| D | 0.3843 | 0.4044 | 0.5323 | 0.5267 | 0.5393 |
| E | 0.5985 | 0.5988 | 1.1295 | 0.7474 | 0.0403 |
| F | 0.9802 | 0.9657 | 1.1251 | 0.7781 | 0.0454 |
| G | 1.6869 | 1.6457 | 1.0872 | 0.7607 | 0.0407 |
| H | 2.7923 | 2.8647 | 0.0422 | 0.0453 | 0.0757 |

**Delta By Well:**
**CASSAVA_000897559.xlsx Raw_P_1 E4:I11 minus Database Result 462 2019-09-19 20:09:07.047**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| B | 0.1000 | 0.1200 | 0.3000 | 0.3000 | 0.3000 |
| C | 0.1200 | 0.1299 | 0.3000 | 0.3000 | 0.3000 |
| D | 0.1000 | 0.1500 | 0.3000 | 0.3000 | 0.3000 |
| E | 0.1400 | 0.1000 | 0.2000 | 0.3000 | -0.0627 |
| F | 0.1000 | 0.1000 | 0.2000 | 0.3000 | -0.0600 |
| G | 0.1000 | 0.6000 | 0.1000 | 0.4000 | -0.0700 |
| H | 0.2000 | 0.3000 | 0.0000 | 0.0000 | 0.0000 |

Generated on 2025-11-19 13:32