# EXHIBIT 33

## OL 6mo CSF TREM2

**CASSAVA_000741465.xlsx E3:P10**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.0659 | 0.0636 | 0.0418 | 0.7917 | 0.7823 | 0.7611 | 0.3080 | 0.3807 | 0.3352 | 0.7510 | 0.7695 | 0.7609 |
| B | 0.1237 | 0.1482 | 0.0489 | 0.4972 | 0.4483 | 0.4198 | 0.6444 | 0.6259 | 0.6141 | 0.5206 | 0.5305 | 0.5574 |
| C | 0.1944 | 0.2036 | 0.8659 | 0.9330 | 0.9231 | 0.9337 | 0.6693 | 0.6262 | 0.6706 | 0.8093 | 0.8849 | 0.8986 |
| D | 0.3328 | 0.3181 | 0.8294 | 0.5564 | 0.5108 | 0.4548 | 0.8703 | 0.9015 | 0.9206 | 0.3822 | 0.3802 | 0.3795 |
| E | 0.4976 | 0.5187 | 0.9492 | 0.9829 | 0.9904 | 0.9432 | 0.5622 | 0.5827 | 0.5877 | 0.7893 | 0.7575 | 0.8146 |
| F | 0.9266 | 0.9376 | 0.5259 | 0.5086 | 0.4809 | 0.5232 | 1.1147 | 0.9982 | 1.0526 | 0.3433 | 0.3699 | 0.3559 |
| G | 1.6228 | 1.5821 | 0.4863 | 0.8773 | 0.8965 | 0.8723 | 0.5924 | 0.6036 | 0.6108 | 0.9073 | 0.8624 | 0.8832 |
| H | 2.2926 | 2.3203 | 0.5271 | 0.5286 | 0.5352 | 0.5363 | 1.0318 | 1.0909 | 1.0382 | 0.4446 | 0.4618 | 0.4381 |

**Database Result 569 2021-05-06 03:18:05.937**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.3059 | 0.2036 | 0.1618 | 0.6917 | 0.6423 | 0.4611 | 0.3080 | 0.8807 | 0.3352 | 0.6510 | 0.7695 | 0.5609 |
| B | 0.3237 | 0.5182 | 0.0890 | 0.4972 | 0.5483 | 0.4198 | 0.4444 | 0.6259 | 0.5141 | 0.5206 | 0.6505 | 0.5574 |
| C | 0.3944 | 0.2336 | 0.4659 | 0.5330 | 0.6231 | 0.4337 | 0.6693 | 0.7262 | 0.6706 | 0.4093 | 0.3849 | 0.3986 |
| D | 0.4328 | 0.3381 | 0.4294 | 0.5564 | 0.6108 | 0.4548 | 0.8303 | 0.7015 | 0.7206 | 0.3822 | 0.3802 | 0.3795 |
| E | 0.3976 | 0.5187 | 0.3492 | 0.4829 | 0.4904 | 0.3432 | 0.3622 | 0.2827 | 0.3877 | 0.2893 | 0.3575 | 0.3146 |
| F | 0.8266 | 0.7876 | 0.5259 | 0.5086 | 0.4309 | 0.4032 | 0.4147 | 0.3982 | 0.5526 | 0.3433 | 0.2699 | 0.2959 |
| G | 1.4228 | 1.2821 | 0.4863 | 0.4773 | 0.5965 | 0.4723 | 0.4924 | 0.6036 | 0.5108 | 0.4073 | 0.4624 | 0.4832 |
| H | 2.3926 | 2.7203 | 0.4271 | 0.3286 | 0.7352 | 0.3630 | 0.8318 | 0.4909 | 0.4820 | 0.4446 | 0.3618 | 0.3381 |

**Changed Digits:**
**CASSAVA_000741465.xlsx Raw_P_1 E3:P10 vs. Database Result 569 2021-05-06 03:18:05.937**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.0659 | 0.0636 | 0.0418 | 0.7917 | 0.7823 | 0.7611 | 0.3080 | 0.3807 | 0.3352 | 0.7510 | 0.7695 | 0.7609 |
| B | 0.1237 | 0.1482 | 0.0489 | 0.4972 | 0.4483 | 0.4198 | 0.6444 | 0.6259 | 0.6141 | 0.5206 | 0.5305 | 0.5574 |
| C | 0.1944 | 0.2036 | 0.8659 | 0.9330 | 0.9231 | 0.9337 | 0.6693 | 0.6262 | 0.6706 | 0.8093 | 0.8849 | 0.8986 |
| D | 0.3328 | 0.3181 | 0.8294 | 0.5564 | 0.5108 | 0.4548 | 0.8703 | 0.9015 | 0.9206 | 0.3822 | 0.3802 | 0.3795 |
| E | 0.4976 | 0.5187 | 0.9492 | 0.9829 | 0.9904 | 0.9432 | 0.5622 | 0.5827 | 0.5877 | 0.7893 | 0.7575 | 0.8146 |
| F | 0.9266 | 0.9376 | 0.5259 | 0.5086 | 0.4809 | 0.5232 | 1.1147 | 0.9982 | 1.0526 | 0.3433 | 0.3699 | 0.3559 |
| G | 1.6228 | 1.5821 | 0.4863 | 0.8773 | 0.8965 | 0.8723 | 0.5924 | 0.6036 | 0.6108 | 0.9073 | 0.8624 | 0.8832 |
| H | 2.2926 | 2.3203 | 0.5271 | 0.5286 | 0.5352 | 0.5363 | 1.0318 | 1.0909 | 1.0382 | 0.4446 | 0.4618 | 0.4381 |

**Delta By Well:**
**CASSAVA_000741465.xlsx Raw_P_1 E3:P10 minus Database Result 569 2021-05-06 03:18:05.937**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | -0.2400 | -0.1400 | -0.1200 | 0.1000 | 0.1400 | 0.3000 | 0.0000 | -0.5000 | 0.0000 | 0.1000 | 0.0000 | 0.2000 |
| B | -0.2000 | -0.3700 | -0.0401 | 0.0000 | -0.1000 | 0.0000 | 0.2000 | 0.0000 | 0.1000 | 0.0000 | -0.1200 | 0.0000 |
| C | -0.2000 | -0.0300 | 0.4000 | 0.4000 | 0.3000 | 0.5000 | 0.0000 | -0.1000 | 0.0000 | 0.4000 | 0.5000 | 0.5000 |
| D | -0.1000 | -0.0200 | 0.4000 | 0.0000 | -0.1000 | 0.0000 | 0.0400 | 0.2000 | 0.2000 | 0.0000 | 0.0000 | 0.0000 |
| E | 0.1000 | 0.0000 | 0.6000 | 0.5000 | 0.5000 | 0.6000 | 0.2000 | 0.3000 | 0.2000 | 0.5000 | 0.4000 | 0.5000 |
| F | 0.1000 | 0.1500 | 0.0000 | 0.0000 | 0.0500 | 0.1200 | 0.7000 | 0.6000 | 0.5000 | 0.0000 | 0.1000 | 0.0600 |
| G | 0.2000 | 0.3000 | 0.0000 | 0.4000 | 0.3000 | 0.4000 | 0.1000 | 0.0000 | 0.1000 | 0.5000 | 0.4000 | 0.4000 |
| H | -0.1000 | -0.4000 | 0.1000 | 0.2000 | -0.2000 | 0.1733 | 0.2000 | 0.6000 | 0.5562 | 0.0000 | 0.1000 | 0.1000 |

Generated on 2025-11-19 12:41