# EXHIBIT 34

# TNFa in Parietal Cortex of Transgenic vs WT from CASSAVA_000383353

**DataFrom_Cassava000383353.xlsx A1:L8**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 10148 | 10379 | 10106 | 10330 | 09870 | 09938 | 10273 | 09839 | 10376 | 10098 | 09504 | 09035 |
| B | 09864 | 09904 | 10345 | 10280 | 10242 | 10742 | 10102 | 09777 | 10005 | 10030 | 09646 | 09443 |
| C | 13391 | 14184 | 13988 | 14027 | 15426 | 15434 | 13869 | 14313 | 14498 | 14676 | 09289 | 09336 |
| D | 09750 | 10488 | 10114 | 10200 | 10744 | 10304 | 10837 | 10125 | 10007 | 10319 | 09001 | 09483 |
| E | 11756 | 10108 | 12255 | 12291 | 11540 | 10381 | 11353 | 11069 | 11383 | 10669 | 09190 | 09085 |
| F | 10303 | 10117 | 10233 | 10264 | 10161 | 10348 | 09829 | 10074 | 10043 | 09971 | 09568 | 09563 |
| G | 15785 | 16252 | 15481 | 16435 | 16090 | 16177 | 16224 | 14780 | 15118 | 15055 | 09058 | 09610 |
| H | 10132 | 10242 | 10386 | 10208 | 10221 | 10345 | 10352 | 09976 | 10357 | 09865 | 09483 | 09551 |

**Database Result 377_2013-06-03_10-45-47-703.txt**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 10148 | 10379 | 10106 | 10330 | 09870 | 09938 | 10273 | 09839 | 10376 | 10098 | 10504 | 11035 |
| B | 09864 | 09904 | 10345 | 10280 | 10242 | 10742 | 10102 | 09777 | 10005 | 10030 | 09646 | 10443 |
| C | 10391 | 11184 | 09988 | 11027 | 10426 | 10434 | 09869 | 10313 | 10498 | 10676 | 10289 | 09936 |
| D | 10750 | 10488 | 10114 | 10200 | 10744 | 10304 | 10837 | 10125 | 10007 | 10319 | 10001 | 10483 |
| E | 09756 | 10108 | 10255 | 10291 | 11540 | 10381 | 10353 | 10069 | 10383 | 10669 | 11190 | 10085 |
| F | 10303 | 10117 | 10233 | 10264 | 10161 | 10348 | 09829 | 10074 | 10043 | 09971 | 10968 | 10563 |
| G | 09785 | 10252 | 10481 | 10435 | 10090 | 10177 | 10224 | 09780 | 10118 | 10055 | 10058 | 10610 |
| H | 10132 | 10242 | 11386 | 10208 | 10221 | 10345 | 10352 | 09976 | 10357 | 09865 | 09983 | 09951 |

**Changed Digits:**
**DataFrom_Cassava000383353.xlsx Sheet1 A1:L8 vs. Database Result 377_2013-06-03_10-45-47-703.txt**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 10148 | 10379 | 10106 | 10330 | 09870 | 09938 | 10273 | 09839 | 10376 | 10098 | 09504 | 09035 |
| B | 09864 | 09904 | 10345 | 10280 | 10242 | 10742 | 10102 | 09777 | 10005 | 10030 | 09646 | 09443 |
| C | 13391 | 14184 | 13988 | 14027 | 15426 | 15434 | 13869 | 14313 | 14498 | 14676 | 09289 | 09336 |
| D | 09750 | 10488 | 10114 | 10200 | 10744 | 10304 | 10837 | 10125 | 10007 | 10319 | 09001 | 09483 |
| E | 11756 | 10108 | 12255 | 12291 | 11540 | 10381 | 11353 | 11069 | 11383 | 10669 | 09190 | 09085 |
| F | 10303 | 10117 | 10233 | 10264 | 10161 | 10348 | 09829 | 10074 | 10043 | 09971 | 09568 | 09563 |
| G | 15785 | 16252 | 15481 | 16435 | 16090 | 16177 | 16224 | 14780 | 15118 | 15055 | 09058 | 09610 |
| H | 10132 | 10242 | 10386 | 10208 | 10221 | 10345 | 10352 | 09976 | 10357 | 09865 | 09483 | 09551 |

**Delta By Well:**
**DataFrom_Cassava000383353.xlsx Sheet1 A1:L8 minus Database Result**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | -1000 | -2000 |
| B | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | -1000 |
| C | 03000 | 03000 | 04000 | 03000 | 05000 | 05000 | 04000 | 04000 | 04000 | 04000 | -1000 | -600 |
| D | -1000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | -1000 | -1000 |
| E | 02000 | 00000 | 02000 | 02000 | 00000 | 00000 | 01000 | 01000 | 01000 | 00000 | -2000 | -1000 |
| F | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | -1400 | -1000 |
| G | 06000 | 06000 | 05000 | 06000 | 06000 | 06000 | 06000 | 05000 | 05000 | 05000 | -1000 | -1000 |
| H | 00000 | 00000 | -1000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | 00000 | -500 | -400 |

Generated on 2026-01-18 12:59