# EXHIBIT 35

# SavaDX Data from CASSAVA_00345194

**DataFrom_CASSAVA_000345194.xlsx A1:L8**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27247 | 28644 | 28552 | 38099 | 28307 | 39433 | 39152 | 29192 | 29509 | 27952 | 27518 | 27892 |
| B | 28083 | 28320 | 29141 | 37723 | 28937 | 39033 | 37405 | 27436 | 28942 | 28372 | 27699 | 27653 |
| C | 28088 | 28381 | 28118 | 28975 | 27876 | 28880 | 28465 | 29160 | 27989 | 27729 | 27752 | 28151 |
| D | 28508 | 28342 | 29637 | 28567 | 29070 | 29249 | 28861 | 29781 | 29848 | 29156 | 29181 | 29340 |
| E | 28133 | 28599 | 29480 | 28070 | 38174 | 28119 | 28756 | 37987 | 37565 | 37753 | 29473 | 37949 |
| F | 27315 | 28592 | 29739 | 29394 | 39424 | 29049 | 28734 | 38948 | 38826 | 38628 | 26926 | 36953 |
| G | 28299 | 28555 | 29035 | 27199 | 38900 | 30207 | 28637 | 38390 | 39651 | 38398 | 27829 | 38921 |
| H | 27894 | 28019 | 28892 | 27244 | 41318 | 27779 | 28789 | 38596 | 39011 | 38320 | 27813 | 37848 |

**Database Result 429_2016-04-04_16-47-27-860.txt**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27247 | 38644 | 38552 | 38099 | 38307 | 39433 | 40152 | 39192 | 39509 | 37952 | 37518 | 37892 |
| B | 29083 | 38320 | 39141 | 37723 | 38937 | 39033 | 37405 | 37436 | 38942 | 36372 | 37699 | 37653 |
| C | 30688 | 38381 | 38118 | 38975 | 37876 | 38880 | 38465 | 69160 | 37989 | 37729 | 37752 | 38151 |
| D | 28508 | 38342 | 39637 | 38567 | 39070 | 39249 | 38861 | 39781 | 39848 | 39196 | 39181 | 159340 |
| E | 28833 | 38599 | 39480 | 38070 | 38174 | 38119 | 38756 | 37987 | 37565 | 37753 | 39473 | 37949 |
| F | 29315 | 38592 | 39739 | 39394 | 39424 | 39049 | 38734 | 38948 | 38826 | 38628 | 36926 | 36953 |
| G | 28299 | 38555 | 39035 | 31199 | 38900 | 40207 | 38637 | 38390 | 39651 | 38398 | 37829 | 38921 |
| H | 27894 | 38019 | 38892 | 22244 | 41318 | 37779 | 38789 | 38596 | 39011 | 38320 | 37813 | 37848 |

**Changed Digits:**
**DataFrom_CASSAVA_000345194.xlsx Sheet1 A1:L8 vs. Database Result 429_2016-04-04_16-47-27-860.txt**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27247 | 28644 | 28552 | 38099 | 28307 | 39433 | 39152 | 29192 | 29509 | 27952 | 27518 | 27892 |
| B | 28083 | 28320 | 29141 | 37723 | 28937 | 39033 | 37405 | 27436 | 28942 | 28372 | 27699 | 27653 |
| C | 28088 | 28381 | 28118 | 28975 | 27876 | 28880 | 28465 | 29160 | 27989 | 27729 | 27752 | 28151 |
| D | 28508 | 28342 | 29637 | 28567 | 29070 | 29249 | 28861 | 29781 | 29848 | 29156 | 29181 | 29340 |
| E | 28133 | 28599 | 29480 | 28070 | 38174 | 28119 | 28756 | 37987 | 37565 | 37753 | 29473 | 37949 |
| F | 27315 | 28592 | 29739 | 29394 | 39424 | 29049 | 28734 | 38948 | 38826 | 38628 | 26926 | 36953 |
| G | 28299 | 28555 | 29035 | 27199 | 38900 | 30207 | 28637 | 38390 | 39651 | 38398 | 27829 | 38921 |
| H | 27894 | 28019 | 28892 | 27244 | 41318 | 27779 | 28789 | 38596 | 39011 | 38320 | 27813 | 37848 |

**Delta By Well:**
**DataFrom_CASSAVA_000345194.xlsx Sheet1 A1:L8 minus Database Result**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 00000 | -10000 | -10000 | 00000 | -10000 | 00000 | -1000 | -10000 | -10000 | -10000 | -10000 | -10000 |
| B | -1000 | -10000 | -10000 | 00000 | -10000 | 00000 | 00000 | -10000 | -10000 | -8000 | -10000 | -10000 |
| C | -2600 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -40000 | -10000 | -10000 | -10000 | -10000 |
| D | 00000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10040 | -10000 | -130000 |
| E | -700 | -10000 | -10000 | -10000 | 00000 | -10000 | -10000 | 00000 | 00000 | 00000 | -10000 | 00000 |
| F | -2000 | -10000 | -10000 | -10000 | 00000 | -10000 | -10000 | 00000 | 00000 | 00000 | -10000 | 00000 |
| G | 00000 | -10000 | -10000 | -4000 | 00000 | -10000 | -10000 | 00000 | 00000 | 00000 | -10000 | 00000 |
| H | 00000 | -10000 | -10000 | 05000 | 00000 | -10000 | -10000 | 00000 | 00000 | 00000 | -10000 | 00000 |