CLARICK GUERON REISBAUM

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

**<u>Via ECF</u>** September 14, 2026

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

Re: <u>*Heilbut, et al. v. Cassava, et al.*, Case No. 1:24-cv-05948-JLR-OTW</u>

Dear Judge Rochon:

We write on behalf of Plaintiffs Drs. Adrian Heilbut, Enea Milioris, and Jesse Brodkin to request the provisional sealing of portions of (i) Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment; (ii) Plaintiffs' Consolidated Rule 56.1 Counterstatement of Additional Material Facts; (iii) Plaintiffs' Response to the Individual Defendants' Rule 56.1 Statement of Undisputed Facts; and (iv) certain exhibits attached to the Declaration of David Kumagai, PX 6, PX 7, PX 13, PX 14, PX 15, PX 141, PX 142, PX 145, PX 146, PX 147, PX 196, PX 198, and PX 199, submitted in opposition to the motion for summary judgment filed by defendant Cassava Sciences, Inc. (ECF 233) and the motion for summary judgment filed by defendants Remi Barbier and Lindsay Burns (ECF 232).

Plaintiffs seek provisional sealing solely at the request of Defendants to conform with the Protective Order entered in this action on May 20, 2025 (ECF 124).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Isaac B. Zaur*

Isaac B. Zaur

cc: All counsel of record (by ECF)