# PLAINTIFFS' INDEX OF EXHIBITS

| | Description | Bates Stamp |
|---|---|---|
| **PX 1** | First Amended Complaint in Defamation Action | - |
| **PX 2** | Appendix and Supplemental Index of Exhibits in Defamation Action | - |
| **PX 3** | Second Amended Complaint in Defamation Action | - |
| **PX 4** | Deposition transcript of Dr. Paul Aisen dated June 11, 2025 | - |
| **PX 5** | Deposition transcript of Remi Barbier dated November 11, 2025 | - |
| **PX 6** | [Filed under seal] | BARBIER_00000183 |
| **PX 7** | [Filed under seal] | BARBIER_00000001 |
| **PX 8** | Deposition transcript of Richard Barry dated August 12, 2025 | - |
| **PX 9** | Deposition transcript of Dr. Angelique Bordey dated September 26, 2025 | - |
| **PX 10** | Deposition transcript of Dr. Jesse Brodkin dated August 6, 2025 | - |
| **PX 11** | Deposition transcript of Dr. Lisa Brodkin dated October 17, 2025 | - |
| **PX 12** | Deposition transcript of Lindsay Burns dated November 13, 2025 | - |
| **PX 13** | [Filed under seal] | BURNS_00000503 |
| **PX 14** | [Filed under seal] | BURNS_00000003 |
| **PX 15** | [Filed under seal] | CASSAVA_001442693 |
| **PX 16** | Deposition transcript of Cassava's Rule 30(b)(6) Representative dated September 30, 2025 | - |
| **PX 17** | Deposition transcript of Hoau-Yan Wang dated November 21, 2025 | - |
| **PX 18** | Deposition transcript of Adrian Heilbut dated October 15, 2025 | - |
| **PX 19** | Deposition transcript of Mark Johnson dated June 9, 2025 | - |
| **PX 20** | Deposition transcript of Enea Milioris dated July 29, 2025 | - |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | Description | Bates Stamp |
|---|---|---|
| **PX 21** | Deposition transcript of Laura Rodriguez dated June 20, 2025 | - |
| **PX 22** | Deposition transcript of David A Sanders dated February 23, 2026 | - |
| **PX 23** | Deposition transcript of R. Hal Scofield dated April 7, 2026 | - |
| **PX 24** | Deposition transcript of Eric Schoen dated October 1, 2025 | - |
| **PX 25** | Lindsay Burns diary | BURNS_00000650 |
| **PX 26** | Text messages between Lindsay Burns and Anthony Daher dated November 2, 2022 | BURNS_00000795 |
| **PX 27** | Text messages between Lindsay Burns and Anthony Daher dated November 3, 2022 | BURNS_00000797 |
| **PX 28** | Text messages between Lindsay Burns and Anthony Daher dated November 4, 2022 | BURNS_00000801 |
| **PX 29** | Text messages between Lindsay Burns and Anthony Daher dated November 17, 2022 | BURNS_00000802 |
| **PX 30** | Text messages between Lindsay Burns and Anthony Daher dated November 18, 2022 | BURNS_00000812 |
| **PX 31** | Text messages between Lindsay Burns and Anthony Daher dated November 21, 2022 | BURNS_00000828 |
| **PX 32** | Text messages between Lindsay Burns and Marie-Andree Roy dated November 23, 2022 | BURNS_00000841 |
| **PX 33** | Text messages between Lindsay Burns and Anthony Daher dated November 30, 2022 | BURNS_00000843 |
| **PX 34** | Text messages between Lindsay Burns and Anthony Daher dated December 6, 2022 | BURNS_00000847 |
| **PX 35** | Text messages between Lindsay Burns and Anthony Daher dated December 22, 2022 | BURNS_00000858 |
| **PX 36** | Text messages between Lindsay Burns and Marie-Andree Roy dated January 3, 2023 | BURNS_00000867 |
| **PX 37** | Text messages between Lindsay Burns and Anthony Daher dated January 3, 2023 | BURNS_00000868 |
| **PX 38** | Text messages between Lindsay Burns and Anthony Daher dated January 21, 2023 | BURNS_00000907 |
| **PX 39** | Text messages between Lindsay Burns and Anthony Daher dated January 25, 2023 | BURNS_00000922 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | Description | Bates Stamp |
|---|---|---|
| **PX 40** | Text messages between Lindsay Burns and Anthony Daher dated January 26, 2023 | BURNS_00000932 |
| **PX 41** | Text messages between Lindsay Burns and Anthony Daher dated January 27, 2023 | BURNS_00000941 |
| **PX 42** | Text messages between Lindsay Burns and Anthony Daher dated January 28, 2023 | BURNS_00000947 |
| **PX 43** | Text messages between Lindsay Burns and Anthony Daher dated March 5, 2023 | BURNS_00000955 |
| **PX 44** | Text messages between Lindsay Burns and Anthony Daher dated March 28, 2023 | BURNS_00000971 |
| **PX 45** | Text messages between Lindsay Burns and Anthony Daher dated April 1, 2023 | BURNS_00000976 |
| **PX 46** | Text messages between Lindsay Burns and Anthony Daher dated April 2, 2023 | BURNS_00000986 |
| **PX 47** | Text messages between Lindsay Burns and Anthony Daher dated April 10, 2023 | BURNS_00001000 |
| **PX 48** | Text messages between Lindsay Burns and Anthony Daher dated April 15, 2023 [personal information redacted] | BURNS_00001006 |
| **PX 49** | Text messages between Lindsay Burns and Anthony Daher dated April 17, 2023 | BURNS_00001009 |
| **PX 50** | Text messages between Lindsay Burns and Anthony Daher dated April 28, 2023 | BURNS_00001013 |
| **PX 51** | Text messages between Lindsay Burns and Anthony Daher dated May 5, 2023 | BURNS_00001017 |
| **PX 52** | Text messages between Lindsay Burns and Anthony Daher dated May 14, 2023 | BURNS_00001027 |
| **PX 53** | Text messages between Lindsay Burns and Anthony Daher dated May 23, 2023 | BURNS_00001040 |
| **PX 54** | Text messages between Lindsay Burns and Anthony Daher dated May 25, 2023 | BURNS_00001041 |
| **PX 55** | Text messages between Lindsay Burns and Anthony Daher dated May 31, 2023 | BURNS_00001043 |
| **PX 56** | Text messages between Lindsay Burns and Anthony Daher dated June 1, 2023 | BURNS_00001048 |
| **PX 57** | Text messages between Lindsay Burns and Anthony Daher dated June 6, 2023 | BURNS_00001049 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | Description | Bates Stamp |
|---|---|---|
| **PX 58** | Text messages between Lindsay Burns and Anthony Daher dated June 8, 2023 | BURNS_00001052 |
| **PX 59** | Text messages between Lindsay Burns and Anthony Daher dated June 10, 2023 | BURNS_00001057 |
| **PX 60** | Text messages between Lindsay Burns and Anthony Daher dated June 13, 2023 | BURNS_00001062 |
| **PX 61** | Text messages between Lindsay Burns and Anthony Daher dated July 5, 2023 | BURNS_00001069 |
| **PX 62** | Text messages between Lindsay Burns and Anthony Daher dated July 12, 2023 | BURNS_00001109 |
| **PX 63** | Text messages between Lindsay Burns and Anthony Daher dated July 13, 2023 | BURNS_00001110 |
| **PX 64** | Text messages between Lindsay Burns and Anthony Daher dated July 19, 2023 | BURNS_00001133 |
| **PX 65** | Text messages between Lindsay Burns and Anthony Daher dated July 27, 2023 | BURNS_00001151 |
| **PX 66** | Text messages between Lindsay Burns and Anthony Daher dated July 28, 2023 | BURNS_00001155 |
| **PX 67** | Email from Anthony Daher dated December 8, 2021 | BURNS_00001308 |
| **PX 68** | Letter from Adrian Heilbut, Jesse Brodkin, and Enea Milioris to FDA | BURNS_00001309 |
| **PX 69** | Email from Anthony Daher dated January 20, 2022 | BURNS_00001338 |
| **PX 70** | Email from Anthony Daher dated February 5, 2022 | BURNS_00001366 |
| **PX 71** | Text messages between Lindsay Burns and Lauren Greenfield dated November 20, 2022 | BURNS_00002120 |
| **PX 72** | Email from Bob Gussin dated May 24, 2019 | CASSAVA_000004863 |
| **PX 73** | Proof of Service - Heilbut dated December 2, 2022 | - |
| **PX 74** | Email from Lindsay Burns dated January 19, 2021 | CASSAVA_000011956 |
| **PX 75** | Email from Steven Arnold dated May 16, 2020 | CASSAVA_000018239 |
| **PX 76** | Email from Steven Arnold dated August 28, 2020 | CASSAVA_000025770 |
| **PX 77** | Email from Angelique Bordey dated March 17, 2020 | CASSAVA_000027886 |
| **PX 78** | Email from Lindsay Burns dated November 14, 2020 | CASSAVA_000041919 |
| **PX 79** | Email from Angelique Bordey dated January 23, 2019 | CASSAVA_000044890 |
| **PX 80** | Response to Reviewers' Comments: NCOMMS-21-11620-T | CASSAVA_000053857 |
| **PX 81** | Email from Dr. Wang dated May 21, 2019 | CASSAVA_000053951 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| **PX 82** | Email from Barbara Sahakian dated July 5, 2019 | CASSAVA_000055933 |
| **PX 83** | Email from Lindsay Burns dated July 13, 2020 | CASSAVA_000059303 |
| **PX 84** | Email from Chuck Davis dated August 5, 2019 | CASSAVA_000059830 |
| **PX 85** | Clinical Research Protocol dated June 28, 2019 | CASSAVA_000060946 |
| **PX 86** | Response to Reviewers' Comments: NCOMMS-21-11620-T | CASSAVA_000086301 |
| **PX 87** | Email from Lindsay Burns dated November 16, 2021 | CASSAVA_000090277 |
| **PX 88** | Letter from FDA to Cassava Sciences dated October 27, 2020 | CASSAVA_000100022 |
| **PX 89** | Email from Lindsay Burns dated May 10, 2021 | CASSAVA_000142174 |
| **PX 90** | Text messages between Dr. Wang and Lindsay Burns dated August 31, 2021 | CASSAVA_000217591 |
| **PX 91** | Text messages between Dr. Wang and Lindsay Burns dated August 7, 2021 [personal information redacted] | CASSAVA_000217631 |
| **PX 92** | Email from Lindsay Burns dated May 27, 2020 | CASSAVA_000255421 |
| **PX 93** | Cassava Sciences Public Statement Regarding Recent Allegations Against Cassava Sciences, Inc. dated September 3, 2021 | CASSAVA_000310872 |
| **PX 94** | Email from Lindsay Burns dated July 18, 2018 | CASSAVA_000328575 |
| **PX 95** | Pain Therapeutics Inc Slide Deck – PTI-125-DX Update | CASSAVA_000331603 |
| **PX 96** | Email from Ben Thornton dated February 15, 2017 | CASSAVA_000343648 |
| **PX 97** | Pain Therapeutics Inc Slide Deck – A New Drug Candidate and Companion Diagnostic Candidate for Alzheimer's Disease dated May 2017 | CASSAVA_000374078 |
| **PX 98** | Email from Paul Aisen dated May 20, 2020 | CASSAVA_000375558 |
| **PX 99** | Email from Lindsay Burns dated July 12, 2020 | CASSAVA_000382849 |
| **PX 100** | Email from Shorena Janelidze dated June 1, 2020 | CASSAVA_000391440 |
| **PX 101** | Email from Lindsay Burns dated November 17, 2021 | CASSAVA_000391883 |
| **PX 102** | Email from Lindsay Burns dated November 23, 2021 | CASSAVA_000391909 |
| **PX 103** | Email from Nadav Friedmann dated June 13, 2018 | CASSAVA_000438273 |
| **PX 104** | Email from Lindsay Burns dated November 23, 2021 | CASSAVA_000461586 |
| **PX 105** | Email from Rick Barry dated August 24, 2021, attaching Citizen Petition | CASSAVA_000490971 |
| **PX 106** | Email from Lindsay Burns dated December 14, 2020 | CASSAVA_000535544 |
| **PX 107** | Email from Shorena Janelidze dated May 17, 2022 | CASSAVA_000541901 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| **PX 108** | Email from Lindsay Burns dated November 10, 2022 | CASSAVA_000542140 |
| **PX 109** | Email from Shorena Janelidze dated May 18, 2020 | CASSAVA_000569709 |
| **PX 110** | Letter from Pat Scannon to Pain Therapeutics Inc. Board of Directors | CASSAVA_000607957 |
| **PX 111** | Cassava Sciences Board Agenda dated June 12, 2020 | CASSAVA_000669999 |
| **PX 112** | Comments from Servier Pharmaceuticals re PTI-125 | CASSAVA_000675922 |
| **PX 113** | Email from Lindsay Burns dated January 3, 2025 | CASSAVA_000676024 |
| **PX 114** | Letter from FDA re Citizen Petition dated February 10, 2022 | CASSAVA_000696066 |
| **PX 115** | Cassava Sciences 2020 Cash Incentive Bonus Plan | CASSAVA_000700979 |
| **PX 116** | Email from Remi Barbier dated October 16, 2020 | CASSAVA_000702208 |
| **PX 117** | Email from Remi Barbier dated January 9, 2020 | CASSAVA_000702946 |
| **PX 118** | Email from Lindsay Burns dated May 5, 2022 | CASSAVA_000719419 |
| **PX 119** | Cassava Sciences, Form 8-K dated May 15, 2020 | - |
| **PX 120** | Email from Lindsay Burns dated September 29, 2021 | CASSAVA_000727886 |
| **PX 121** | Text messages between Dr. Wang and Lindsay Burns dated January 12 to September 11, 2021 [personal information redacted] | CASSAVA_000727933 |
| **PX 122** | Email from Lindsay Burns dated February 21, 2022 | CASSAVA_000728606 |
| **PX 123** | Email from Lindsay Burns dated January 20, 2022 | CASSAVA_000731713 |
| **PX 124** | Email from Lindsay Burns dated January 4, 2022 | CASSAVA_000733886 |
| **PX 125** | Email from Lindsay Burns dated September 29, 2022 | CASSAVA_000735587 |
| **PX 126** | Email from Lindsay Burns dated September 30, 2022 | CASSAVA_000735595 |
| **PX 127** | Email from Lindsay Burns dated October 31, 2022 | CASSAVA_000735672 |
| **PX 128** | Email from Lindsay Burns dated December 19, 2022 | CASSAVA_000736161 |
| **PX 129** | Email from Lindsay Burns dated November 7, 2022 | CASSAVA_000736199 |
| **PX 130** | Email from Lindsay Burns dated January 9, 2023 | CASSAVA_000736588 |
| **PX 131** | Email from Lindsay Burns dated September 29, 2022 | CASSAVA_000738379 |
| **PX 132** | Email from Gabriel Olander dated April 22, 2022 | CASSAVA_000738731 |
| **PX 133** | Email from Lindsay Burns dated May 10, 2022 | CASSAVA_000738939 |
| **PX 134** | Email from Lindsay Burns dated September 29, 2022 | CASSAVA_000741208 |
| **PX 135** | Email from Lindsay Burns dated September 29, 2022 | CASSAVA_000741222 |
| **PX 136** | Email from Remi Barbier dated August 24, 2021 | CASSAVA_000771233 |
| **PX 137** | *Science Advances*, "Actin-binding protein filamin-A drives tau aggregation and contributes to progressive | CASSAVA_000785987 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | Description | Bates Stamp |
|---|---|---|
| | supranuclear palsy pathology," May 2022 (Nagoya study) | |
| **PX 138** | *Endocrine Abstracts*, "A novel filamin A-binding molecule may significantly enhance SST2 antitumoral actions in GH-secreting PitNET cells," May 2023 (Milan study) | CASSAVA_000786068 |
| **PX 139** | Cassava Sciences Audit Report of Hoau-Yan Wang Laboratory at CUNY | CASSAVA_000796682 |
| **PX 140** | Clinical Trial Agreement between Dr. Wang and CUNY dated August 1, 2018 | CASSAVA_000797897 |
| **PX 141** | *[Filed under seal]* | CASSAVA_000797948 |
| **PX 142** | *[Filed under seal]* | CASSAVA_000800400 |
| **PX 143** | Email from Lindsay Burns dated May 15, 2020 | CASSAVA_000857156 |
| **PX 144** | FDA Form 483 to Dr. Wang's Laboratory at CUNY, dated September 16, 2022 | CASSAVA_000898032 |
| **PX 145** | *[Filed under seal]* | CASSAVA_000905232 |
| **PX 146** | *[Filed under seal]* | CASSAVA_000922566 |
| **PX 147** | *[Filed under seal]* | CASSAVA_000922567 |
| **PX 148** | Email from Lindsay Burns dated January 26, 2023 | CASSAVA_000942361 |
| **PX 149** | Email from Remi Barbier dated June 20, 2022 | CASSAVA_000942580 |
| **PX 150** | Email from Remi Barbier dated November 9, 2022 | CASSAVA_000945615 |
| **PX 151** | Email from Lindsay Burns dated April 5, 2022 | CASSAVA_000956262 |
| **PX 152** | Letter from Cassava Sciences to STAT News dated January 24, 2023 | CASSAVA_000963333 |
| **PX 153** | Email from Michael Sitrick dated October 27, 2023 | CASSAVA_000980995 |
| **PX 154** | Letter from Cassava Sciences to The New York Times dated May 5, 2022 | CASSAVA_000986192 |
| **PX 155** | Letter from Cassava Sciences to Science dated July 26, 2022 | CASSAVA_000986398 |
| **PX 156** | Email from Remi Barbier dated October 26, 2020 | CASSAVA_000988088 |
| **PX 157** | Final Report from Ralf Jockers to Cassava Sciences and Lindsay Burns dated March 15, 2024 | CASSAVA_000994072 |
| **PX 158** | Email from Lawren Vandevrede dated April 27, 2022 | CASSAVA_000995649 |
| **PX 159** | Email from Anthony Daher dated February 18, 2022 | CASSAVA_001001300 |
| **PX 160** | Email from Lindsay Burns dated November 7, 2022 | CASSAVA_001008694 |
| **PX 161** | Email from Lindsay Burns dated April 26, 2022 | CASSAVA_001008843 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | Description | Bates Stamp |
|---|---|---|
| **PX 162** | *Reuters*, "Exclusive: Cassava Sciences faces U.S. criminal probe tied to Alzheimer's drug" dated July 27, 2022 | - |
| **PX 163** | Cassava Sciences, Form 8-K (Sept. 9, 2019) | |
| **PX 164** | Email from Lindsay Burns dated November 18, 2022 | CASSAVA_001011091 |
| **PX 165** | Email from Lindsay Burns dated May 17, 2022 | CASSAVA_001012396 |
| **PX 166** | Email from Lindsay Burns dated November 10, 2022 | CASSAVA_001014559 |
| **PX 167** | Email from Lindsay Burns dated October 18, 2022 | CASSAVA_001022488 |
| **PX 168** | Email from Lindsay Burns dated May 11, 2024 | CASSAVA_001025059 |
| **PX 169** | Email from Chris Foster dated April 5, 2022 | CASSAVA_001133797 |
| **PX 170** | Email from Michael Marsman dated November 1, 2022 | CASSAVA_001134756 |
| **PX 171** | Cassava Sciences Redline of Investigator's Brochure dated January 1, 2023 | CASSAVA_001211317 |
| **PX 172** | Email from Laura Rodriguez dated November 16, 2022 | CASSAVA_001213617 |
| **PX 173** | Cassava Sciences Redline of Clinical Research Protocol (Amendment #3) dated September 18, 2024 | CASSAVA_001225354 |
| **PX 174** | Email from Tayla Khabibulina dated October 20, 2023 | CASSAVA_001229495 |
| **PX 175** | Email from Leslie Jones to Lindsay Burns dated May 22, 2023 | CASSAVA_001237668 |
| **PX 176** | Letter from Cassava Sciences to Ernst & Young dated February 28, 2022 | CASSAVA_001257502 |
| **PX 177** | Email from Eric Shoen dated November 3, 2022 | CASSAVA_001278817 |
| **PX 178** | Email from Ben Thorton dated July 22, 2024 | CASSAVA_001279825 |
| **PX 179** | Email from Lindsay Burns dated November 22, 2022 | CASSAVA_001303342 |
| **PX 180** | Letter from Cassava Science to CUNY dated March 8, 2023 | CASSAVA_001309142 |
| **PX 181** | Email from Deborah Copaken dated January 24, 2023 | CASSAVA_001318054 |
| **PX 182** | Email from Jessica Hughes dated April 28, 2022 | CASSAVA_001320378 |
| **PX 183** | Email from Lindsay Burns dated July 31, 2023 | CASSAVA_001329982 |
| **PX 184** | Email from Jessica Hughes dated August 29, 2022 | CASSAVA_001335110 |
| **PX 185** | Letter from Remi Barbier to Board of Directors dated July 15, 2024 | CASSAVA_001402478 |
| **PX 186** | Email from Lindsay Burns dated August 12, 2022 | CASSAVA_001415124 |
| **PX 187** | Email from Lindsay Burns dated October 26, 2022 | CASSAVA_001415173 |
| **PX 188** | Email from Lindsay Burns dated September 28, 2022 | CASSAVA_001415178 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| **PX 189** | Email from Lindsay Burns dated September 29, 2022 | CASSAVA_001415243 |
| **PX 190** | Email from Lindsay Burns dated September 29, 2022 | CASSAVA_001415279 |
| **PX 191** | Email from Remi Barbier dated October 3, 2022 | CASSAVA_001418364 |
| **PX 192** | Email from Lindsay Burns dated September 22, 2022 | CASSAVA_001422638 |
| **PX 193** | Email from Lindsay Burns dated November 19, 2022 | CASSAVA_001422868 |
| **PX 194** | Email from Lindsay Burns dated September 29, 2022 | CASSAVA_001423033 |
| **PX 195** | Email from Lindsay Burns dated October 26, 2022 | CASSAVA_001423121 |
| **PX 196** | *[Filed under seal]* | CASSAVA_001443564 |
| **PX 197** | Email from Lindsay Burns dated June 13, 2019 | CASSAVA_001443943 |
| **PX 198** | *[Filed under seal]* | CASSAVA_001444107 |
| **PX 199** | *[Filed under seal]* | CASSAVA_001444134 |
| **PX 200** | Email from Richard Barry dated July 19, 2024 | CASSAVA_001444640 |
| **PX 201** | Email from Richard Barry dated November 17, 2021 | CASSAVA_001444730 |
| **PX 202** | Email from Richard Barry dated November 4, 2021 | CASSAVA_001444768 |
| **PX 203** | Email from Remi Barbier dated April 27, 2022 | CASSAVA_001444921 |
| **PX 204** | NIH Grant Application dated March 30, 2024 | CASSAVA_001447291 |
| **PX 205** | Email from Remi Barbier dated June 20, 2022 | CASSAVA_001494801 |
| **PX 206** | Email from Marisa Taylor dated July 26, 2022 | CASSAVA_001495215 |
| **PX 207** | Email from Shorena Janelidze dated June 5, 2020 | CASSAVA_000857583 |
| **PX 208** | Facebook post by Lindsay Burns | PLAINTIFFS0055826 |
| **PX 209** | Letter from Adrian Heilbut to CUNY Trustees dated October 19, 2022 | PLAINTIFFS0099749 |
| **PX 210** | Email from Jesse Brodkin dated December 2, 2022 | PLAINTIFFS0180166 |
| **PX 211** | Enea Milioris Employment Agreement (with certified English translation) | PLAINTIFFS0234937 |
| **PX 212** | Enea Milioris Medical Opinion Report (with certified English translation) | PLAINTIFFS0235978 |
| **PX 213** | Enea Milioris Prescription (with certified English translation) | PLAINTIFFS0235981 |
| **PX 214** | Letter from Lindsay Burns to Dr. Vellas dated October 19, 2021 | Aisen_0000653 |
| **PX 215** | Email from Paul Aisen dated September 28, 2021 | Aisen_0000661 |
| **PX 216** | Email from Paul Aisen dated August 8, 2022 | Aisen_0000748 |
| **PX 217** | Cassava Sciences phase 2b data | Aisen_0001390 |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| **PX 218** | *The Journal of Prevention of Alzheimer's Disease*, "PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients," February 2020 (phase 2a paper) | Aisen_0001761 |
| **PX 219** | Email from Lindsay Burns dated February 11, 2019 | BORDEY-0000000171 |
| **PX 220** | Yale study data (longitudinal study.xlsx) | CASS_BORDEY_00000177 |
| **PX 221** | Yale study data (PTI longitudinal- Final2.pzfx) | CASS_BORDEY_00001880 |
| **PX 222** | FDA Establishment Inspection Report dated September 29, 2022 | CUNY 001529 |
| **PX 223** | Letter from CUNY to Office of Research Integrity (ORI) dated May 30, 2025 | CUNY 001573 |
| **PX 224** | Email from Sandy Robinson dated April 18, 2022 | Francisco_0000322 |
| **PX 225** | "SAVA Army" Discord group thread dated September 8-9, 2022 | Johnson_0016922 |
| **PX 226** | Text messages between Charles Spruck and Matthew Nachtrab dated August 5, 2022 | Nachtrab03000 |
| **PX 227** | Privilege Log: Burns-Benesch | - |
| **PX 228** | Privilege Log: Burns-Defamation | - |
| **PX 229** | Cassava pTau-181 V2 Human Plasma Plate 1 HDX-143 dated October 19, 2020 | Quanterix_Cassava_Heilbut_Litig_0000139 |
| **PX 230** | Cassava pTau-181 V2 Human Plasma Plate 1 HDX-143 dated October 19, 2020 | Quanterix_Cassava_Heilbut_Litig_0000141 |
| **PX 231** | Cassava Sciences, Inc., DEF 14A (Apr. 3, 2025) | - |
| **PX 232** | CITY UNIVERSITY OF NEW YORK FINAL INVESTIGATION REPORT OF Associate Professor Hoau-Yan Wang, Ph.D | RFCUNY000743 |
| **PX 233** | Email from Michael Sitrick dated August 25, 2021 | SITRICK_03393 |
| **PX 234** | Filana Therapeutics, Inc. Form 8-K (March 10, 2026) | - |
| **PX 235** | Deposition Transcript of Dr. Brian Harvey dated March 17, 2026 | - |
| **PX 236** | Expert Report of Michael Soudry (Heilbut) dated December 10, 2025 | - |
| **PX 237** | Expert Report of Michael Soudry (Milioris) dated December 10, 2025 | - |
| **PX 238** | Expert Report of David Sanders dated January 20, 2026 | - |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| **PX 239** | Affidavit of Laura Rodriguez dated February 25 2026 | - |
| **PX 240** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 1 - Data comparison" | - |
| **PX 241** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 2 - Data comparison" | - |
| **PX 242** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 3 - Data comparison" | - |
| **PX 243** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 4 - Data comparison" | - |
| **PX 244** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 5 - Data comparison" | - |
| **PX 245** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 6 - Data comparison" | - |
| **PX 246** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 7 - Data comparison" | - |
| **PX 247** | Expert Report of David Sanders dated January 20, 2026 – Appendix E "Set 8 - Data comparison" | - |
| **PX 248** | Press Release – Cassava Sciences Reports Topline Phase 3 REFOCUS-ALZ Data dated March 25, 2025 | - |
| **PX 249** | Press Release – Cassava Sciences Topline Phase 3 Data Did Not Meet Co-Primary Endpoints dated November 25, 2024 | - |
| **PX 250** | Press Release – Cassava Sciences Completes Enrollment of Pivotal Phase 3 Program of Simufilam in Alzheimer's Disease dated Nov. 6, 2023 | - |
| **PX 251** | Defendant Cassava Science's Answer to First Amended Complaint | - |
| **PX 252** | Defendant Lindsay Burns's Amended Answer to Dot.Com Plaintiffs' First Amended Complaint | - |
| **PX 253** | Defendant Remi Barbier's Amended Answer to Dot.Com Plaintiffs' First Amended Complaint | - |
| **PX 254** | Cassava Sciences, Form 8-K, dated Dec. 18, 2025 | - |
| **PX 255** | [Omitted] | - |
| **PX 256** | Cassava Sciences, Form 8-K, dated July 17, 2024 | - |
| **PX 257** | Cassava Sciences, Form 10-K (FY2020) | - |
| **PX 258** | Cassava Sciences, Form 10-K (FY2021) | - |
| **PX 259** | Cassava Sciences, Form 10-K (FY2023) | - |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| **PX 260** | Cassava Sciences, Form 10-K (FY2024) | - |
| **PX 261** | Cassava Sciences, Form 10-Q, dated Sept. 30, 2021 | - |
| **PX 262** | Cassava Sciences, Form 8-K, dated Sept. 14, 2020 | - |
| **PX 263** | Cassava Sciences, Form 10-Q, dated June 30, 2025 | - |
| **PX 264** | *The Wall Street Journal*, "SEC Investigating Cassava Sciences, Developer of Experimental Alzheimer's Drug," dated Nov. 17, 2021 | - |
| **PX 265** | *PLOS One*, "Retraction: Prenatal Cocaine Exposure Upregulates BDNFTrkB Signaling," dated March 30, 2022 | - |
| **PX 266** | *PLOS One*, "Retraction: High Affinity Naloxone Binding to Filamin A Prevents Mu Opioid Receptor-Gs Coupling Underlying Opioid Tolerance and Dependence" dated March 30, 2022 | - |
| **PX 267** | *PLOS One*, "Retraction: Prenatal Cocaine Exposure Uncouples mGluR1 from Homer1 and Gq Proteins" dated March 30, 2022 | - |
| **PX 268** | *PLOS One*, "Retraction: Naloxone's Pentapeptide Binding Site on Filamin A Blocks Mu Opioid Receptor–Gs Coupling and CREB Activation of Acute Morphine" dated March 30, 2022 | - |
| **PX 269** | *PLOS One*, "Prenatal Cocaine Exposure Increases Synaptic Localization of a Neuronal RasGEF, GRASP-1 via Hyperphosphorylation of AMPAR Anchoring Protein, GRIP" dated March 30, 2022 | - |
| **PX 270** | *Molecular Neurodegeneration*, "Retraction Note: Increased Aβ42-α7-like nicotinic acetylcholine receptor complex level in lymphocytes is associated with apolipoprotein E4-driven Alzheimer's disease pathogenesis" dated June 1, 2022 | - |
| **PX 271** | [Omitted] | |
| **PX 272** | *Molecular Neurodegeneration*, "RETRACTED ARTICLE: Calcium-dependent cytosolic phospholipase A2 activation is implicated in neuroinflammation and oxidative stress associated with ApoE4" dated February 4, 2022 | - |
| **PX 273** | *Neuroscience*, "Editorial note: 'Ultra-low-dose naloxone suppresses opioid tolerance, dependence, associated changes in mu opioid receptor–G protein | - |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| | coupling, Gβγ signalling' [Neuroscience 135(1)(2005)247–261]" dated February 1, 2022 | |
| **PX 274** | *Neuroscience*, "Corrigendum to: Stress Diminishes BDNF-stimulated TrkB Signaling, TrkB-NMDA Receptor Linkage and Neuronal Activity in the Rat Brain [Neuroscience 473 (2021) 142–158] dated May 10, 2022 | - |
| **PX 275** | *Journal of Neuroscience*, "Expression of Concern: Wang et al., 'Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A" dated January 19, 2022 | - |
| **PX 276** | *Journal of Neuroscience*, "Expression of Concern: Wang et al., 'Dissociating β-Amyloid from α7 Nicotinic Acetylcholine Receptor by a Novel Therapeutic Agent, S 24795, Normalizes α7 Nicotinic Acetylcholine and NMDA Receptor Function in Alzheimer's Disease Brain'" dated January 19, 2022 | - |
| **PX 277** | *Neurobiology of Aging*, "Expression of Concern: Wang et al., (2017) PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis. Neurobiol. Aging, 55:99-114" dated May 2022 | - |
| **PX 278** | *Physiology and Behavior*, "Corrigendum to: A model of negative emotional contagion between male-female rat dyads: Effects of voluntary exercise on stress-induced behavior and BDNF-TrkB signaling" dated February 26, 2022 | - |
| **PX 279** | *Science*, "Co-developer of Cassava's potential Alzheimer's drug cited for 'egregious misconduct'" dated October 12, 2023 | - |
| **PX 280** | Anthony Daher Twitter post dated September 9, 2022 | - |
| **PX 281** | Quanterix Press Release dated August 27, 2021 | - |
| **PX 282** | *Molecular Neurobiology*, "Direct and Indirect Effects of Filamin A on Tau Pathology in Neuronal Cells" November 18, 2022 (Quebec study) | - |
| **PX 283** | *Neuroscience*, "Altered filamin A enables amyloid beta-induced tau hyperphosphorylation and neuroinflammation in Alzheimer's disease" December 8, 2017 | - |
| **PX 284** | [Omitted] | - |

**PLAINTIFFS' INDEX OF EXHIBITS**

| | **Description** | **Bates Stamp** |
|---|---|---|
| **PX 285** | Statistical Analysis Plan dated February 12, 2020 | - |
| **PX 286** | FDA Compliance Program 7348.004 ("In Vivo Bioavailability/Bioequivalence Studies (Analytical)") | - |
| **PX 287** | FDA Compliance Program 7348.808 ("Good Laboratory Practice") | - |
| **PX 288** | Letter from Adrian Heilbut, Jesse Brodkin, and Enea Milioris to FDA | - |
| **PX 289** | CTAD Poster: "Rigor and Replication in Alzheimer's Therapeutic Development: A Case Study" | - |
| **PX 290** | "Cassava and the Wang Lab: Seeing Through the Blind" slide deck | - |
| **PX 291** | "SavaDx Exposed" slide deck | - |
| **PX 292** | "Cassava Sciences: A Shambolic Charade" slide deck | - |
| **PX 293** | *The New York Times,* "Scientists Question Data Behind an Experimental Alzheimer's Drug" dated April 18, 2022 | - |