# EXHIBIT 26

**Thread Participants:** lindsayhb@yahoo.com Lindsay (Owner);+15148159998 Anthony Daher;+15125744238 Lindsay Burns (Owner)

**ThreadFirst:** 2022-11-02 07:24:42

**ThreadLast:** 2022-11-02 20:28:31

---

+15148159998 Anthony Daher

**11/2/2022 7:24:42 AM**
https://twitter.com/adrian_h/status/1587692322623471617?s=46&t=x0ykFZ65Tqmnty86-Q01ZA

+15148159998 Anthony Daher

**11/2/2022 9:15:16 AM**
Great news yesterday and officially naked shorting today !

+15148159998 Anthony Daher

**11/2/2022 10:07:49 AM**
This is frustrating …..
This is no normal drop …

+15148159998 Anthony Daher

**11/2/2022 10:25:25 AM**
https://probesreporter.com/news/cassava-sciences-inc-%E2%80%93-sec-investigation-update

+15148159998 Anthony Daher

**11/2/2022 10:25:25 AM**
This needs to stop 🛑 ffs

+15125744238 Lindsay Burns (Owner)

**11/2/2022 10:27:52 AM**
Hang in.

+15148159998 Anthony Daher

**11/2/2022 10:31:36 AM**
Loved “Hang in. ”

+15148159998 Anthony Daher

**11/2/2022 11:07:53 AM**

+15148159998 Anthony Daher

**11/2/2022 12:51:05 PM**
https://twitter.com/probesreporter/status/1587854553025609729?s=61&t=GYY2By28ixskJVTSiTMP5A

+15148159998 Anthony Daher

**11/2/2022 12:52:50 PM**
https://twitter.com/clicksandhisses/status/1587844696029609984?s=61&t=GYY2By28ixskJVTSiTMP5A

+15148159998 Anthony Daher

**11/2/2022 12:53:19 PM**
They will spin it again … as DOj looking into fraud etc…

+15148159998 Anthony Daher

**11/2/2022 12:55:26 PM**
For legal : need to subpoena E.Bik patreon account

+15148159998 Anthony Daher

**11/2/2022 12:55:29 PM**
https://twitter.com/mattnachtrab/status/1587751337512558595?s=61&t=GYY2By28ixskJVTSiTMP5A

+15148159998 Anthony Daher

**11/2/2022 8:28:14 PM**

+15148159998 Anthony Daher

**11/2/2022 8:28:31 PM**
Please tell me nothing to be worried about ? With DOJ ?