# EXHIBIT 27

**Thread Participants:** lindsayhb@yahoo.com Lindsay (Owner);+15148159998 Anthony Daher;+15125744238 Lindsay Burns (Owner)

**ThreadFirst:** 2022-11-03 07:03:13

**ThreadLast:** 2022-11-03 14:50:00

---

+15125744238 Lindsay Burns (Owner)

**11/3/2022 7:03:13 AM**
Nothing to find as we have said

+15148159998 Anthony Daher

**11/3/2022 7:03:44 AM**
Loved "Nothing to find as we have said. "

+15148159998 Anthony Daher

**11/3/2022 7:47:43 AM**
This guy is a short HF and connected to Adrian , if ever legal want to check into him , and the possible connections

+15125744238 Lindsay Burns (Owner)

**11/3/2022 8:42:40 AM**
Thanks

+15148159998 Anthony Daher

**11/3/2022 8:47:43 AM**
♥♥♥

+15148159998 Anthony Daher

**11/3/2022 8:48:00 AM**
https://twitter.com/cassavasciences/status/1588161505358450689?s=46&t=YbhxiXgCbq7lpPO1nNwptw

+15148159998 Anthony Daher

**11/3/2022 2:15:39 PM**
https://twitter.com/Keubiko/status/1588196166449172482?t=jJwmWNx4vtGKDiKZGDJMkQ&s=19

+15148159998 Anthony Daher

**11/3/2022 2:15:52 PM**

+15148159998 Anthony Daher

**11/3/2022 2:17:14 PM**
Bik - the unofficial hub for spreading SAVA misinformation

+15125744238 Lindsay Burns (Owner)

**11/3/2022 2:17:59 PM**
Thanks

+15148159998 Anthony Daher

**11/3/2022 2:18:45 PM**
Liked “Thanks”

+15148159998 Anthony Daher

**11/3/2022 2:45:43 PM**
I am pretty sure the team already thought about it but Most are saying : the defendants will force you to reveal pretty much everything about your company during the discovery process don’t you? And if you refuse, you lose… ? ( from a twitter comment from an ex litigation dude )

**11/3/2022 2:49:45 PM**
Thought , I’m very surprised by the timing. I would have thought you would have waited for CUNY and/or other regulatory agencies to close out their inquiries. The suit is partly predicated on being absolved by the agencies. They make claims such as NIH funds have been held back by the short and distort etc….. Well, if NIH comes back with something negative, that throws that claim out etc…. The Fudsters absolutely used statements of “fact,”….sava IS a fraud. They DID manipulate data vs using qualifiers such as “I think.” However, if CUNY comes out with just a shred of clout that there could have been some type of manipulation, it throws the whole suit out.

I’m wondering if this is a bat signal from Sava. We’ve preliminarily heard back from agencies, and we’re coming out swinging

“Why did sava file suit prior to clearance from Cuny/agencies looking in to them.”?

Hope i am wrong in my way of thinking

**11/3/2022 2:50:10 PM**
Modification : ", I'm very surprised by the timing. I would have thought you would have waited for CUNY and/or other regulatory agencies to close out their inquiries. The suit is partly predicated on being absolved by the agencies. They make claims such as NIH funds have been held back by the short and distort etc….. Well, if NIH comes back with something negative, that throws that claim out etc…. The Fudsters absolutely used statements of "fact,"….sava IS a fraud. They DID manipulate data vs using qualifiers such as "I think." However, if CUNY comes out with just a shred of clout that there could have been some type of manipulation, it throws the whole suit out.

I'm wondering if this is a bat signal from Sava. We've preliminarily heard back from agencies, and we're coming out swinging

"Why did sava file suit prior to clearance from Cuny/agencies looking in to them."?
● □

Hope i am wrong in my way of thinking "