# EXHIBIT 28

**Thread Participants:** lindsayhb@yahoo.com Lindsay (Owner);+15148159998 Anthony Daher;+15125744238 Lindsay Burns (Owner)

**ThreadFirst:** 2022-11-04 14:20:09

**ThreadLast:** 2022-11-04 14:28:20

---

+15148159998 Anthony Daher

**11/4/2022 2:20:09 PM**

+15148159998 Anthony Daher

**11/4/2022 2:20:22 PM**
PR move by QCM. Call a friend and have them use a timely WSJ article that has nothing to do with Cassava's lawsuit and make it out like it does. The WSJ article is about financial audits. Whitney Tilson over at Empire Financial, calling Gabe Greggo his "friend" gets a quote from Greggo (which is straight from the Market Watch story) and says the lawsuit is a "sure sign of a guilty company."

+15148159998 Anthony Daher

**11/4/2022 2:28:20 PM**
https://www.reddit.com/r/SAVA_stock/comments/ym70mi/a_bik_conflict_of_interest_did_elizabeth_bik/?utm_source=share&utm_medium=ios_app&utm_name=iossmf