# EXHIBIT 29

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2022-11-17 08:59:43

**ThreadLast:** 2022-11-17 21:37:43

---

+15148159998 Anthony Daher

**11/17/2022 8:59:43 AM**

+15148159998 Anthony Daher

**11/17/2022 8:59:48 AM**
https://www.nasdaq.com/articles/hedge-fund-point-72-builds-position-in-these-stocks-should-you

+15148159998 Anthony Daher

**11/17/2022 9:00:37 AM**
Point72 upped their stake in Biogen by 269% in Q3? It's now their top holding:

No wonder they don't want SAVA to work ....

+15125744238 Lindsay Burns (Owner)

**11/17/2022 9:01:01 AM**
Thanks

+15148159998 Anthony Daher

**11/17/2022 10:00:43 AM**
Just keeping you updated ●:

+15148159998 Anthony Daher

**11/17/2022 10:00:49 AM**
https://twitter.com/e_aumont/status/1593272118304657408?s=46&t=wZYDCpNFyktnsfpg63fshw

+15148159998 Anthony Daher

**11/17/2022 10:01:08 AM**
If ever you need a personal assistant ●
●●●

+15148159998 Anthony Daher

**11/17/2022 10:10:49 AM**

+15148159998 Anthony Daher

**11/17/2022 2:15:17 PM**
Dont remember seeing this one in lawsuit apendix A

If legal ever needs it

+15148159998 Anthony Daher

**11/17/2022 2:15:20 PM**
https://twitter.com/adrian_h/status/1507096496361115652?s=46&t=xYT0NNv2pikaBEqe6mM42g

+15125744238 Lindsay Burns (Owner)

**11/17/2022 2:16:37 PM**
Please send a screenshot. I don't have Twitter on my phone

+15148159998 Anthony Daher

**11/17/2022 2:17:03 PM**

+15148159998 Anthony Daher

**11/17/2022 2:17:24 PM**
https://www.cassavafraud.com/docs/FOIA/Simufilam_Ph3_InvestigatorBrochure.pdf

+15125744238 Lindsay Burns (Owner)

**11/17/2022 4:48:36 PM**
Do you have the name of the shop where A-holebutt bought the "simufilam"?

+15148159998 Anthony Daher

**11/17/2022 4:57:59 PM**
A-holebutt

+15148159998 Anthony Daher

**11/17/2022 4:58:04 PM**

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:00:26 PM**
Thanks

+15148159998 Anthony Daher

**11/17/2022 5:11:12 PM**
Loved "Thanks. "

+15148159998 Anthony Daher

**11/17/2022 5:11:48 PM**
Any news from butthole poster at CTAD ?
Do we know if he will be able to publish

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:14:57 PM**
It's published in the book. I have it. They sent it to me after I sent the link to our PR s as bout the lawsuit. They don't appear to have lawyers since their websites are still up

+15148159998 Anthony Daher

**11/17/2022 5:16:13 PM**
What does it state ? Bashing Simu or sava in a way ??

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:16:29 PM**
We have a response but CTAD censored a lot of it. Can't talk about unlawful behavior or short selling

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:18:14 PM**

+15148159998 Anthony Daher

**11/17/2022 5:20:01 PM**
Will read it when i get home

+15148159998 Anthony Daher

**11/17/2022 5:20:17 PM**
Driving
Just landed back from Atlanta

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:20:30 PM**
Ok

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:21:03 PM**
Can't share our response as that would be non-public. It was a battle.

+15148159998 Anthony Daher

**11/17/2022 5:21:43 PM**
Can't believe he is allowed to do this !!!!
But good for lawyers i believe

+15148159998 Anthony Daher

**11/17/2022 5:29:30 PM**
Wow he is clearly stating no binding and that it doesn't work ! …. I am pretty sure they already lined up Media a s seeing stats and bik and all other crooked media going at it at CTAD

+15148159998 Anthony Daher

**11/17/2022 5:30:04 PM**
Edited to "Wow he is clearly stating no binding and that it doesn't work ! …. I am pretty sure they already lined up Media and seeing AF from stats and bik and all other crooked media going at it at CTAD "

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:31:32 PM**
He'll look pretty idiotic. But I'm sure that's their hope

+15148159998 Anthony Daher

**11/17/2022 5:32:55 PM**
Saddens me to see ….how they are just not letting go ! Who the heck is financing them to do all that … crooked system

+15125744238 Lindsay Burns (Owner)

**11/17/2022 5:33:38 PM**
I know. Those shits who made millions manipulating

+15125744238 Lindsay Burns (Owner)

**11/17/2022 9:37:43 PM**
We randomized 10 subjects today. New daily record