# EXHIBIT 30

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2022-11-18 12:50:04

**ThreadLast:** 2022-11-18 21:11:22

---

+15148159998 Anthony Daher

**11/18/2022 12:50:04 PM**
Ouch ●… hope those new investors are for the long haul … we did not think offering was yet due
Wishing you the best luck

+15148159998 Anthony Daher

**11/18/2022 12:55:06 PM**
Loved “Small but the lead investor is a well known, well …”

+15148159998 Anthony Daher

**11/18/2022 12:55:43 PM**
Will SAVA be announcing it ?

+15148159998 Anthony Daher

**11/18/2022 12:55:56 PM**
Who is the investor?

+15148159998 Anthony Daher

**11/18/2022 1:02:26 PM**
Liked “Maybe but with permission. They will at some point…”

+15148159998 Anthony Daher

**11/18/2022 1:04:09 PM**
Thought so

+15148159998 Anthony Daher

**11/18/2022 1:04:26 PM**
Never was a fan of B rilley

+15148159998 Anthony Daher

**11/18/2022 2:04:45 PM**
Baker Bros. Would beeeee amazing ! :) :P

+15148159998 Anthony Daher

**11/18/2022 2:25:20 PM**
●

EISAI .... Lol

+15148159998 Anthony Daher

**11/18/2022 2:25:27 PM**
Ppl would go BONKERS ! Haha

+15148159998 Anthony Daher

**11/18/2022 6:00:56 PM**
https://twitter.com/shiningboy/status/1593693605616656384?s=46&t=cuDJxcGV9olf90Z62L08dA
*<7CE9319B-B458-4155-BF51-E64DB476DF21.pluginPayloadAttachment>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/18/2022 6:01:09 PM**
that website needs to be taken down ●
●

+15148159998 Anthony Daher

**11/18/2022 6:01:41 PM**
Send to lawyers, this is the result of spreading FUD on multiple platforms.

+15148159998 Anthony Daher

**11/18/2022 6:31:33 PM**
I believe this is important

+15148159998 Anthony Daher

**11/18/2022 6:31:38 PM**

*<IMG_1500_1.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/18/2022 6:31:59 PM**
Don't want to tip off FUD team yet so didn't want to share on board but - but if they present at CTAD - they have to also disclose sources of funding, etc.

+15148159998 Anthony Daher

**11/18/2022 6:37:54 PM**
Emphasized "Ah yes. I sent the tweet to the CTAD person who se…"

+15148159998 Anthony Daher

**11/18/2022 6:54:02 PM**
Okay hope it was positive
Looking forward to see who is funding them phud's

+15148159998 Anthony Daher

**11/18/2022 6:59:29 PM**
Is it published On the website?
Sorry for my ignorance on the subject but i would believe that a stand alone page is good for you ?

+15148159998 Anthony Daher

**11/18/2022 7:00:01 PM**
Loved "It will be also on day 1. "

+15148159998 Anthony Daher

**11/18/2022 7:00:37 PM**
Agree this is what I thought

+15148159998 Anthony Daher

**11/18/2022 7:36:40 PM**
Im liking that Etienne !
Might want to hire him for $SAVA
*<IMG_1324_1.jpeg>*
*<IMG_1323_1.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/18/2022 7:36:42 PM**

+15148159998 Anthony Daher

**11/18/2022 7:49:28 PM**
Loved “Yes we love him. ❤️”

+15148159998 Anthony Daher

**11/18/2022 8:38:54 PM**
A-Buteholle
Joined the chat of course …. What an asshole
*<IMG_1330_1.jpeg>*
*<IMG_1328.jpeg>*
*<IMG_1329.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/18/2022 8:43:58 PM**
Shared the lawsuit and appendix A in dm with Etienne so at least he knows what he is up against !

What an ass! that adrian!

+15148159998 Anthony Daher

**11/18/2022 9:06:42 PM**
Loved “A-holebutt has no idea what he’s in for. QCM has a…”

+15148159998 Anthony Daher

**11/18/2022 9:07:55 PM**
It would be the part 1 of my wishful dream come true !

Part 2 /
Bik/adam/pitt/bredt

Part 3/
Whoever HF is behind this under RICO 🤞🤞 from doj

+15148159998 Anthony Daher

**11/18/2022 9:10:53 PM**
i shared in DM with Etienne just so he knows more a bout buthole

*<Screenshot 2022-11-18 at 10.10.18 PM.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/18/2022 9:11:22 PM**

*<Screenshot 2022-11-18 at 10.11.03 PM.jpeg>*

+15148159998 Anthony Daher



# AUTHOR DUTIES



Studies should present an accurate account of the work performed as well as an objective discussion of its significance. Underlying data should be represented accurately in the poster or oral communication. The poster or oral presentation should contain sufficient detail and references to permit others to replicate the work. Fraudulent or knowingly inaccurate statements constitute unethical behavior and are unacceptable. The authors should ensure that they have written entirely original works, and if the authors have used the work and/or words of others that this has been appropriately cited or quoted. Authors should not submit poster or oral communications describing essentially the same research or previously presented or published elsewhere (whether in print or online). Proper acknowledgment of the work of others must always be given. Authors should cite publications that have been influential in determining the nature of the reported work. Authorship should be limited to those who have made a significant contribution to the conception, design, execution, or interpretation of the reported study. All those who have made significant contributions should be listed as co-authors. Where there are others who have participated in certain substantive aspects of the research project, they should be acknowledged or listed as contributors. The corresponding author should ensure that all appropriate co-authors and no inappropriate co-authors are included , and that all co-authors have seen and approved the final version of the abstract and have agreed to its submission to the CTAD Congress and publication in the JPAD. All authors should disclose in their abstract any financial or other substantive conflict of interest that might be construed to influence the results or interpretation of their presentation. All sources of financial support for the project should be disclosed. When an author discovers a significant error or inaccuracy in his/her own work, it is the author's obligation to promptly notify the CTAD & JPAD scientific committee and cooperate with to retract or correct the abstract or digital poster and oral com. Authors are the only responsible for their abstract, oral and poster presentation; CTAD Congress and JPAD publisher cannot be responsible

It is reminded that the papers presented during the Congress, whatever their form (oral, written or poster) are placed under the sole

20:36

# Notifications

All Verified Mentions

**Étienne Aumont** @E_aumont · 4m
Replying to @E_aumont @AD3ENDALZ and 5 others

If I were to plan a study on FLNA concentrations in the CSF, then I'd do it in a way that would allow proper establishement of a biomarker, with threshold and all. This was not the objective here.

1

**Étienne Aumont** @E_aumont · 6m
Replying to @Adrian_H @AD3ENDALZ and 4 others

The idea was to compare it with other measures - which, in hindsight, should have been on the poster. Tissue FLNA has zero potential as a biomarker. Doing it in a way that would lead establishing FLNA as a classifier be completely invalid, even if

20:36

All Verified Mentions

threshold and all. This was not the objective here.

1



**Étienne Aumont** @E_aumont · 6m

Replying to @Adrian_H @AD3ENDALZ and 4 others

The idea was to compare it with other measures - which, in hindsight, should have been on the poster. Tissue FLNA has zero potential as a biomarker. Doing it in a way that would lead to establishing FLNA as a classifier would be completely invalid, even if statistically correct.

1 1



**Étienne Aumont** @E_aumont · 11m

Replying to @Adrian_H @AD3ENDALZ and 4 others

It's on the training data. With 57 subjects, we could not split the sample while having sufficient statistical power. In any case, post-mortem analyses are useful to identify potential biomarkers target, but they need to be validated in vivo to be of any use!

1 1

21:38
◀ Discord

Tweet

1 6

**Adrian H** @Adrian_H · 57m
You need to talk to a statistician.. and a biochemist.

2

**Étienne Aumont**
@E_aumont

Replying to @Adrian_H @AD3ENDALZ and 4 others

Well... You need to read on ROC and AUC. They allow to see if a measure is useful as a classifier. There is no need for any threshold. Actually, the ROC is usually used to establish a threshold, which is then used on a second set to verify performance. It's not how I used it.

20:43 · 2022-11-18 · Twitter Web App

**4** Likes

Tweet your reply

21:37
◀ Discord

**Étienne Aumont** @E_aumont · 4d

Thank you! We can't tell much about the role of FLNA in AD from these data, but something is happening with FLNA at the prodromal stage of AD! Until it's online, you can find more details about our study here:

(PDF) SFN poster
researchgate.net

7 · 18 · 58

**Adrian H** @Adrian_H · 4h

Is the performance of the classifier that you report based on a held-out test set, or are you showing performance on the training data?

1

**Étienne Aumont** @E_aumont · 1h

It's on the training data. With 57 subjects, we could not split the sample while having sufficient statistical power. In any case, post-mortem analyses are useful to identify potential biomarkers target, but they need to be validated in vivo to be of any use!

Tweet your reply

21:38
◀ Discord

It's on the training data. With 57 subjects, we could not split the sample while having sufficient statistical power. In any case, post-mortem analyses are useful to identify potential biomarkers target, but they need to be validated in vivo to be of any use!

1 4

**Adrian H** @Adrian_H · 1h

That is not the way to do things. You really need to talk to a statistician about just about everything on your poster.

1

**Étienne Aumont** @E_aumont · 1h

The idea was to compare it with other measures - which, in hindsight, should have been on the poster. Tissue FLNA has zero potential as a biomarker. Doing it in a way that would lead to establishing FLNA as a classifier would be completely invalid, even if statistically correct.

1 6

**Étienne Aumont** @E_aumont · 1h

Tweet your reply

100%

**Messages**

Étienne Aumont

collègues donc ils essayent de faire a tout prit chutte la compagnie.

Il a insulté le Dr Wang / Burns à plusieurs reprise sur Twitter

Voir appendix A joint

Encore une fois merci pour tout et je vous souhaite d'énormes succès dans vos avancées! On y croit

Voir le lien

twitter.com/mattnachtrab/s...

9:51 PM ✓

drive.google.com/file/d/1sfdEFL...

9:55 PM ✓

Bonsoir! Je comprends, c'est très difficile de voir des membres de sa famille perdre leurs capacitée, voire leur identité... J'espère franchement que le PTI-125 sera efficace!

9:56 PM

Merci pour les informations sur Adrian. J'ai bien vu qu'il était très antagoniste. Surtout quand il s'est attaqué à quelque chose d'aussi trivial que mes courbes ROC!

1

9:57 PM

Je l'espère aussi

Start a message

En tous cas, merci pour la couverture de notre article! J'ai vraiment hâte qu'il soit en ligne pour pouvoir en discuter plus en profondeur! Je ne crois cependant pas poursuivre plus loin dans ce domaine, puisque mon doctorat porte plutôt sur les biomarqueurs en neuroimagerie pour l'Alzheimer. Ce fut toutefois un projet annexe très enrichissant!



Bonne soirée, et bon courage à vous également

♥ 1

10:05 PM

Ca me fait plaisir 😊
Et merci
Bonne continuation a vous aussi

10:08 PM ✓

**Did you know?**
You can quickly add a reaction by double-tapping any message.

Start a message