# EXHIBIT 31

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2022-11-21 07:44:49

**ThreadLast:** 2022-11-21 18:55:34

---

+15148159998 Anthony Daher

**11/21/2022 7:44:49 AM**
The new investors are able to see through this FUD ? Even though we dis not get official clearance for Dr.Wang from Cuny. ?

+15148159998 Anthony Daher

**11/21/2022 8:12:31 AM**
For a 20+ yrs tenured and academically rewarded professor i found this disrespectful towards him at this stage of his life to do this to him ! Damaging hoau reputation and his health … arghh ! Shocks me.

+15148159998 Anthony Daher

**11/21/2022 8:13:28 AM**
Pretty sure you seen this meme already … its going across many social media platform 👤♂👤♂
*<IMG_1391_1.heic>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/21/2022 8:16:28 AM**
We will prepare an official letter and send it out and signed by the entire group

+15148159998 Anthony Daher

**11/21/2022 2:19:22 PM**
From someone looking to enroll family member : Anthony Possibly you may know if having parkinsons would be an exclusion from the trials?

**11/21/2022 2:20:34 PM**
From Heidu august retired CiA agent in our group :

Colum, AD3, nacher, Peetyrd, daniel plainview: I had dinner last night with "Dr. F", a retired pediatric psychiatrist. I have known him (and his wife) for about 9 months. All of our interaction has been social. When she told me last spring that he had early AD, I went into action. He started Ph 3 at a site south of here, about a 4-hour drive about a week ago. It took months to get accepted for the trial. until last night, the doctor was extremely withdrawn and non-conversant. He would answer a question with either a yes or a no. He is 73 years old. he and his wife are extremely comfortable financially. They have been married for 3.5 years. At the beginning he was very controlling and then things began to change about six months into the marriage. He became very compliant and withdrawn. He could not be left alone at home because if he took a walk he would forget where he lived. The medical tests pre trial entry showed no amyloid plaque. It apparently was the blood test that found early stages of AD. The man sitting across from me at dinner last night was greatly changed. I first noticed a "spring in his step" when I saw the couple walking down the street toward the restaurant. When we met at the door he gave me a big hug and a smile (you could have knocked me over). At dinner , he was animated, talkative and entertaining. I could not believe the change at this early stage. His short term memory is still a problem however. His sentences were more than just a yes or a no. He was animated in describing his recent visit to the Far East. I told the couple that they need to wait 2-3 months before "declaring victory" since this could be a case of the placebo affect. They return to the trial site on Dec 6 for an evauluation. The wife's worry that if he is on SIMU how can he keep taking it beyond the trial? I told her not to worry about that part. I do not plan to put this message on the discord ARMY site until we know more.

+15148159998 Anthony Daher

**11/21/2022 2:20:50 PM**
Heidi August **

+15148159998 Anthony Daher

**11/21/2022 2:22:13 PM**
https://youtu.be/Fe6UYnsNUHE
*<1FAB3EF5-BFA7-42B2-B4BB-05846E3BFF8C.pluginPayloadAttachment>*
*<81D334B7-D276-43F9-A6A9-4AAA02E019C7.pluginPayloadAttachment>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/21/2022 2:22:13 PM**
At 1:41 you can see HEIDI :)
Part of sava army :)))

+15148159998 Anthony Daher

**11/21/2022 2:22:56 PM**

*<IMG_1393.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/21/2022 2:43:24 PM**
Okay thanks

+15148159998 Anthony Daher

**11/21/2022 2:47:14 PM**
Loved “Nice story — 1 week seems soon. Everyone can go in…”

+15148159998 Anthony Daher

**11/21/2022 5:07:03 PM**
Liked “PD is an exclusion. Sorry. ”

+15148159998 Anthony Daher

**11/21/2022 5:07:14 PM**
Thank you for the info

+15148159998 Anthony Daher

**11/21/2022 6:22:24 PM**
https://sig.com
*<AA7725E9-1C5D-4811-9E38-893D7A050D63.pluginPayloadAttachment>*
*<D7004FA2-23BA-4A04-B5EA-2B74694EFBC1.pluginPayloadAttachment>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/21/2022 6:22:25 PM**

+15148159998 Anthony Daher

**11/21/2022 6:25:49 PM**
The only one i found that is hard to spell

+15148159998 Anthony Daher

**11/21/2022 6:30:19 PM**
Liked “No. First name Oleg. ”

+15148159998 Anthony Daher

**11/21/2022 6:53:04 PM**

*<IMG_4539.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**11/21/2022 6:53:08 PM**
♂♂

+15148159998 Anthony Daher

**11/21/2022 6:55:34 PM**
Laughed at “I honestly don’t know but probably. I thought the …”


WAITING FOR
CUNY




Reel Truth
History


HEIDI AUGUST
Chief of Operations
CIA Counterterrorism Center (Ret)

SIG


SIG's business thrives at the intersection of
trading, quantitative research, and technology.

19:29

◀ Search

linkedin.com — Private

LinkedIn Join now Sign in

Oleg M. Pohotsky



# Oleg M. Pohotsky

Chairman of the Board for the Tekla Funds family of healthcare related funds (NYSE: HQH, HQL, THQ, THW)

The New America High Income Fund, Inc. (NYSE: HYB) · Harvard Business School

Beverly, Massachusetts, United States

819 followers · 500+ connections

Join to connect

## About

Professional director with 45+ years of cumulative board service in all organizational variants (publicly-traded, privately-held, venture-backed, non-profit). Designated Sarbanes-Oxl[redacted]. Committee