# EXHIBIT 32

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+14048603919 Marie-Andree Roy

**ThreadFirst:** 2022-11-23 12:20:41

**ThreadLast:** 2022-11-23 12:23:43

---

+14048603919 Marie-Andree Roy

**11/23/2022 12:20:41 PM**
I've been keeping an eye on the defamation case and noticed AHolebutt hasn't been served yet.
He did post a screenshot of his flight to CTAD and it was coming from Toronto. I think he's been up there for a while.
If you need that address I can get it for you.

+15125744238 Lindsay Burns (Owner)

**11/23/2022 12:23:06 PM**
Not sure. I will check. Would love to serve him at his poster

+14048603919 Marie-Andree Roy

**11/23/2022 12:23:43 PM**
Emphasized "Not sure. I will check. Would love to serve him at…"