# EXHIBIT 33

**Thread Participants:** lindsayhb@yahoo.com Lindsay (Owner);+15148159998 Anthony Daher;+15125744238 Lindsay Burns (Owner)

**ThreadFirst:** 2022-11-30 11:29:26

**ThreadLast:** 2022-11-30 14:08:16

---

+15148159998 Anthony Daher

**11/30/2022 11:29:26 AM**
You guys are going to JPM ?? In January

+15148159998 Anthony Daher

**11/30/2022 11:29:46 AM**
Did you meet
A-Holebutt ?

+15148159998 Anthony Daher

**11/30/2022 2:05:54 PM**

+15148159998 Anthony Daher

**11/30/2022 2:06:11 PM**
[emoji]♂[emoji]♂

+15125744238 Lindsay Burns (Owner)

**11/30/2022 2:08:16 PM**
No and I plan not to.