# EXHIBIT 34

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2022-12-06 08:57:18

**ThreadLast:** 2022-12-06 21:30:46

---

+15148159998 Anthony Daher

**12/6/2022 8:57:18 AM**
https://twitter.com/ad3endalz/status/1600141357502169089?s=46&t=rVzMqMF0AIp4ZPKHR9N0Tw

+15148159998 Anthony Daher

**12/6/2022 8:57:19 AM**
Same lab also working on Biomarkers?

+15148159998 Anthony Daher

**12/6/2022 9:18:08 AM**
Thanks for the info ■ ● im excited and anxious to see the results ●

+15148159998 Anthony Daher

**12/6/2022 9:21:22 AM**
They did not share the info with us yet
I will ask her when we go back for blood sample

+15148159998 Anthony Daher

**12/6/2022 9:34:04 AM**
He just doesn’t stfu ! □

+15148159998 Anthony Daher

**12/6/2022 12:39:55 PM**
https://twitter.com/adrian_h/status/1600153906104762369?s=46&t=dWPyZtqsnqm0kbsGKcc84A

+15148159998 Anthony Daher

**12/6/2022 1:30:33 PM**
It would be really good if Remi used that PR to promote p2b results ? Of the data that will be coming out. That way it is not promoting the P3, but can build up anticipation for the data release to get everyone watching

Just a thought

Seeing the barrage of media on the Biogen drug is giving me headaches 🤦‍♂️

Hopefully it will get the attention that is needed from alz associations / mass people and media 🤞

And of course new investors

+15148159998 Anthony Daher

**12/6/2022 9:30:46 PM**
AH and Jessie's lawyer is a connected guy. His Dad's firm is big time. Makes me think their big money backers are being represented by the father's firm Wachtell Lipton Rosen Krantz and they funneled the lower guys to be represented by the son.

Just fyi