# EXHIBIT 35

**Thread Participants:** lindsayhb@yahoo.com Lindsay (Owner);+15148159998 Anthony Daher;+15125744238 Lindsay Burns (Owner)

**ThreadFirst:** 2022-12-22 08:33:15

**ThreadLast:** 2022-12-22 16:24:55

---

+15148159998 Anthony Daher

**12/22/2022 8:33:15 AM**
https://twitter.com/jesse_brodkin/status/1605932326495698944?s=46&t=8S-JRn0amhOPZh_ifp-5Kg

+15125744238 Lindsay Burns (Owner)

**12/22/2022 8:35:34 AM**
He is so screwed in our lawsuit

+15148159998 Anthony Daher

**12/22/2022 8:36:06 AM**
They have no soul …

+15125744238 Lindsay Burns (Owner)

**12/22/2022 8:36:39 AM**
None. Anyone can see that

+15148159998 Anthony Daher

**12/22/2022 8:48:57 AM**
Wow what is happening today

+15148159998 Anthony Daher

**12/22/2022 8:51:18 AM**
These shorts definitely are preping a hit piece they all came out at the sametime on social media

+15148159998 Anthony Daher

**12/22/2022 8:51:30 AM**
Bik/adam/adrian/hesse etccc

+15148159998 Anthony Daher

**12/22/2022 8:52:11 AM**
On no news…. Saw a 30% drop …

+15148159998 Anthony Daher

**12/22/2022 8:57:45 AM**
Hope no one leaked the results….

+15125744238 Lindsay Burns (Owner)

**12/22/2022 8:58:29 AM**
No. For sure no.

+15125744238 Lindsay Burns (Owner)

**12/22/2022 8:58:57 AM**
And the « hit piece » will not be good for them

+15125744238 Lindsay Burns (Owner)

**12/22/2022 8:59:29 AM**
Note the fake Remi YMB promised data today

+15148159998 Anthony Daher

**12/22/2022 9:00:25 AM**

+15125744238 Lindsay Burns (Owner)

**12/22/2022 9:01:54 AM**
I figured they would attack today

+15148159998 Anthony Daher

**12/22/2022 9:19:27 AM**
Most of the rants on Social media is about SAVA removing all the DATA on the INVESTORS DECEMBER deck

+15148159998 Anthony Daher

**12/22/2022 9:21:45 AM**
But why today … because of options expiry ?
Max pain for SAVA is at 32$ … no wonder … its trading around that … now

And of course no HALT while the price was flushing down …

+15148159998 Anthony Daher

**12/22/2022 11:14:49 AM**
Everyone is asking why the data was removed from the investor deck .. even the longs in our group got worried

+15125744250 Lindsay Burns (Owner)

**12/22/2022 2:37:52 PM**
They won't halt it for us

+15148159998 Anthony Daher

**12/22/2022 4:24:55 PM**