# EXHIBIT 36

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+14048603919 Marie-Andree Roy

**ThreadFirst:** 2023-01-03 10:06:43

**ThreadLast:** 2023-01-03 14:00:54

---

+14048603919 Marie-Andree Roy

**1/3/2023 10:06:43 AM**

Callanecc left a message on your talk page in "Blocked as a sockpuppet".

You have been blocked indefinitely from editing for abusing multiple accounts as a sockpuppet of User:SighSci per the evidence presented at Wikiped...

+15125744238 Lindsay Burns (Owner)

**1/3/2023 1:56:27 PM**
WTF?! Can this be reported? I also see that Bredt's page does not mention he is being sued and calls the NYT article an exposé

+14048603919 Marie-Andree Roy

**1/3/2023 1:57:44 PM**
Lee also got hers blocked too.

It's definitely f'ed up.

+15125744238 Lindsay Burns (Owner)

**1/3/2023 1:58:57 PM**
I recently emailed info@wiki to complain and was told my appeal was denied

+14048603919 Marie-Andree Roy

**1/3/2023 2:00:54 PM**
I think the only solution is to hire someone to take care of this.

These moderators are being paid …no other reason for all this