# EXHIBIT 37

**Thread Participants:** lindsayhb@yahoo.com Lindsay (Owner);+15148159998 Anthony Daher;+15125744238 Lindsay Burns (Owner)

**ThreadFirst:** 2023-01-03 12:11:36

**ThreadLast:** 2023-01-03 21:55:26

---

+15148159998 Anthony Daher

**1/3/2023 12:11:36 PM**
Just don't get that SP drop on such low volume …

+15125744238 Lindsay Burns (Owner)

**1/3/2023 1:54:42 PM**
I know. Pisses me off. hang in.

+15148159998 Anthony Daher

**1/3/2023 1:59:35 PM**
Loved "I know. Pisses me off. hang in. "

+15148159998 Anthony Daher

**1/3/2023 9:54:17 PM**
https://twitter.com/lipa0902/status/1610304782983471104?s=46&t=XJK83QpjBoP9jlM3X2LksQ

+15148159998 Anthony Daher

**1/3/2023 9:55:26 PM**
The short will have another field day if no biomarker or savadx with top line imo … that's what they seem to be banking on
With recent removal from investors slides