# EXHIBIT 38

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-01-21 21:17:30

**ThreadLast:** 2023-01-21 21:17:30

---

+15148159998 Anthony Daher

**1/21/2023 9:17:30 PM**
A deleted tweet from AH

I wonder why …. □
*<image_2.PNG>*

+15148159998 Anthony Daher



**Adrian H** @Adrian_H · 4h

Deep thoughts: Putting aside a7 antibody question, how plausible is Wang's claim that the level of a7 nAChR protein expression in LYMPHOCYTES is between 0.25 and 0.7 fold that of BETA-ACTIN expression? Or is there some other interpretation here?

dropbox.com/s/uwz3q5oqhyk3…

$SAVA

Figure 5. PTI-125 treatment reduces levels of Aβ42 bound to α7nAChR and CD14




2 1 1