# EXHIBIT 39

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher
**ThreadFirst:** 2023-01-25 08:54:47
**ThreadLast:** 2023-01-25 13:27:56

---

+15148159998 Anthony Daher

**1/25/2023 8:54:47 AM**
Swapnill 250 000 shares long
Asking me as he Would like to talk with Remi.

Do you think he would be available?

+15148159998 Anthony Daher

**1/25/2023 8:55:36 AM**
Liked "You need to go through Eric not me. "

+15148159998 Anthony Daher

**1/25/2023 9:39:07 AM**
Fyi
*<IMG_2506.jpeg>*
*<IMG_2507.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/25/2023 11:51:18 AM**
From deepika Agarwall
Swap - Wife
*<IMG_5079_1.heic>*
*<IMG_5078.heic>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/25/2023 11:52:04 AM**
PHD in BIOCHEMESTRY
*<IMG_5080.heic>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/25/2023 12:01:52 PM**
Is this possible ?
*<Screenshot 2023-01-25 at 1.01.09 PM.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/25/2023 12:52:27 PM**
Liked “Not in our P3. Everything needs to be GCP or FDA w…”

+15148159998 Anthony Daher

**1/25/2023 1:27:56 PM**
https://www.reddit.com/r/SAVA_stock/comments/10kgv3r/quick_statistical_analysis_of_the_p2_result/
*<D1330B2A-F566-4049-913E-31E9551AEFA8.pluginPayloadAttachment>*
*<A008F851-D348-460D-B71A-94DB09C470DD.pluginPayloadAttachment>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

10:37 5G

**CONFIDENTIAL**

12 new messages since 2:03 PM

**Ryan Spangler** Today at 9:12 AM

But apparently his take is that all the "credible short funds" have a consensus around SAVA being a fraud, and these funds have a >90% track record of finding fraud companies (not sure if this is true though).

Curious what are the main short funds that you have been following for SAVA ?! 8:09 AM

2 UNREAD MESSAGES

just saw comments by Fraser Perring, Nate Anderson, Carson Block 8:24 AM

all with an 90%+ track record 8:24 AM

So basically the positions is most people trust these shorts because of their track record, so there it is unlikely they are wrong

**Ryan Spangler** Today at 9:29 AM

^^ as you can see, it's a very shallow viewpoint relying on reputation

@Ryan Spangler So basically the positions is most people trust these shorts because of their ...

**peetyrd** Today at 9:30 AM

I totally get it. But these guys play on an un-even field. With ridiculous short and distort

Message CONFIDENTIAL

10:37 5G

CONFIDENTIAL

12 new messages since 2:03 PM

relying on reputation

@Ryan Spangler So basically the positions is most people trust these shorts because of their ...

**peetyrd** Today at 9:30 AM

I totally get it. But these guys play on an un-even field. With ridiculous short and distort reports, 'slandering' a sex abuse victim, doing super shady things like trying to enroll in a trial etc.... They print shares and almost have an unlimited supply of ammo. Also, let's face it, this is biotech, many drugs legitimately fail, it shouldn't be too difficult to short and have a decent track record if you hang in long enough until the drug fails and suppress their share price to prohibit raises. I will say though that over 90% isn't 100%, and this particular indication is risky business with 10,000% upside versus say some other benign indication that his limited market penetration potential. (edited)

2

@peetyrd I totally get it. But these guys play on an un-even field. With ridiculous short and distort ...

**Ryan Spangler** Today at 9:32 AM

Yeah I 100% agree with you. Just interesting understanding this other side.

Message CONFIDENTIAL

58%

**Swapnil & +1 (832) 904-3143**



pdf
PDF Document · 125 KB
cassavasciences.com

**Cassava Sciences Announces Positive Top-Line Clinical Results in Phase 2 Study Evaluating Simufilam in Alzh...**
PDF Document · 125 KB

Attached PR ( yesterday)




**Jones research 200ol .pdf**
PDF Document · 906 KB

And also yesterday analyst Jones Research

+1 (832) 904-3143

I mentioned this before in our discussion that the results of CASSAVA never mentions the placebo effects clearly.
The simuflam drugs works at many levels , therefore, they should extract studies showing several experimental and clinical data.

Also, it has to be noted that cognition decline is only one important effect of Alzheimer's . The patients of Alzheimer's also go through various neuro-cellular disorders during the progression of this disease. Therefore, it should be ideal if continuous cell biology studies, neuro-physiology studies & electron spectroscopy analysis is attached to trials results.

It is always more effective if we can showcase medical research by using various parameters . cumulative results create more effective success stories

iMessage

Cash zoom

58%

**Swapnil & +1 (832) 904-3143**

Thu, Dec 29 at 2:32 PM

Swapnil Agarwall

SA: Hi Anthony copying deepika here; she's trying to understand some data aspects of sava

It will be my pleasure to help

Hi Deepika a pleasure meeting you 🙏

+1 (832) 904-3143

Please to meet you too

Today 11:42 AM

Swapnil Agarwall

**Why Cassava's Simufilam results are not a placebo effect**
luysii.wordpress.com

SA: Deepika need your thoughts on latest results


CASSAVA sciences

Cassava Sciences Announces Positive Top-Line Clinical Results in Phase 2 Study Evaluating Simufilam in Alzheimer's Disease

- ADAS-Cog mean scores changed minimally over 1 year in patients with mild-to-moderate Alzheimer's disease treated with open-label simufilam tablets.
- 47% of patients improved on ADAS-Cog over 1 year, and this group improved by 4.7 points. An additional 23% of patients declined less than 5 points on ADAS-Cog over 1 year, and this group declined by 2.5 points.
- Mild patients responded better than patients with moderate Alzheimer's disease.
- Simufilam was safe, well tolerated.

**pdf**
PDF Document · 125 KB
cassavasciences.com

**Cassava Sciences Announces Positive Top-Line Clinical Results in Phase 2 Study Evaluating Simufilam in Alzh...**
PDF Document · 125 KB

Attached PR ( yesterday)




iMessage



# Deepika Verma Agarwal, PhD · 1st

None

The University of Hong Kong
Greater Houston

**500+ connections**

**4 mutual connections:** Ravindra Shukla, Tarandeep Singh, and 2 others

Message

## Activity

853 followers

**Deepika hasn't posted lately**

Deepika's recent posts and comments will be displayed here.

Show all activity →


+1 (832) 904-3143
I had my PhD thesis on cellular receptor studies.
I used 6 separate parameters and it took me 4+ years of research to prove my final points
Enzymology studies
Spectroscopy analysis
Neuron-receptor signals
Electron microscopy
Physiology plus psychology effects
Finally
Cognitive data.
If they can release these all data points to support their hypothesis. Then No one can question their success.
iMessage
Cash
zoom
UO
ADP
E
EN
I
Hi
We



# patients (improved / declined / worsened)
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
12
20
68
20
22
58
41
25
34
30
23
47
1st 50
2nd 50
3rd 116
Total (216 patients)
Improved
Declined
Worsened