# EXHIBIT 40

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-01-26 12:32:16

**ThreadLast:** 2023-01-26 21:53:34

---

+15148159998 Anthony Daher

**1/26/2023 12:32:16 PM**

*<Screenshot 2023-01-26 at 13.31.57.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/26/2023 12:38:41 PM**
Liked “Thanks. ”

+15148159998 Anthony Daher

**1/26/2023 12:39:16 PM**
Is Biomarkers still in a play? ●

+15148159998 Anthony Daher

**1/26/2023 12:41:57 PM**
Liked “Not public info. ”

+15148159998 Anthony Daher

**1/26/2023 12:46:18 PM**

*<IMG_2517.heic>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/26/2023 12:46:55 PM**
Pretty much suns the new FUD… in those tweets

That trevelyan dude should be added to the suit

+15148159998 Anthony Daher

**1/26/2023 9:53:07 PM**
https://twitter.com/logarithmicdis/status/1617907229671444480?s=46&t=sOqlMvaUSFjpnda09xcdmg

+15148159998 Anthony Daher

**1/26/2023 9:53:34 PM**
https://twitter.com/clicksandhisses/status/1618454363885932546?s=46&t=sOqlMvaUSFjpnda09xcdmg
*<C3761A3D-D790-440A-A73C-37105AC213C1.pluginPayloadAttachment>*
*<5FBEAE58-34E6-44AC-96AE-22CE90A10BEB.pluginPayloadAttachment>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

13:31
◂ Discord
5G

**Adam Feuerstein**
@adamfeuerstein

$SAVA - today's updated results tell you that simulfilam is no better than a placebo in Alzheimer's disease.

that's the most important and correct interpretation of the n=200 data from this open label study.

10:15 · 2023-01-24 · **84.7K** Views

**146** Likes **23** Retweets **12** Quotes

**Adrian H** @Adrian_H · 1d
Replying to @adamfeuerstein
The most important interpretation is that it confirmed that Remi has given up and is now playing defense.

1 1 6 833

[redacted]



**Alexander Trevelyan (@...** @Click... · 2h ···

Replying to @ClicksAndHisses and @MattNachtrab

If $SAVA wanted you to understand the data, they'd actually give you the data. They don't. They gave you their best attempt at spinning the data. I'd like to help you recognize that.

1 2



**Finding Nemo** ···

@Nemo_is_NoOne

Replying to @ClicksAndHisses and @MattNachtrab

Matt and many savages refused to see that only the second 100 patients data are close to truth. The first 50 are completely fabricated, the second 50 contain a mix of real and faked numbers.

11:33 AM · Jan 26, 2023 · **36** Views

[redacted]



Primary Outcome Measures

1. Safety and Tolerability [ Time Frame: Day 1 to Month 24 ]

    Safety and tolerability of simufilam (PTI-125) during the full study: Open-label period 1 (Day 1 to Month 12), the randomized withdrawal (Month 12 to Month 18), and open-label period 2 (Month 18 to Month 24)

2. Change from baseline in CSF P-tau, Total Tau, Abeta42, neurofilament light chain, neurogranin, YKL-40, soluble TREM2 and HMGB1 during first 6 months of open-label period 1 [ Time Frame: Screening to Month 6 ]

    Change from baseline in cerebrospinal fluid biomarkers of AD pathology, neurodegeneration and neuroinflammation during first 6 months of open-label period 1 in a subset of 25 subjects

3. Change from baseline in ADAS-Cog-11 during open-label period 1 [ Time Frame: Day 1 to Month 12 ]

    Alzheimer's Disease Assessment Scale-Cognitive Subscale 11-item: Change from baseline in cognition during open-label period 1

4. Alzheimer's Disease Assessment Scale-Cognitive Subscale (ADAS-Cog-11) [ Time Frame: Month 12 to Month 18 [

    Change in cognition vs. placebo during randomized withdrawal period