# EXHIBIT 41

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-01-27 10:34:50

**ThreadLast:** 2023-01-27 11:17:42

---

+15148159998 Anthony Daher

**1/27/2023 10:34:50 AM**
Wish these Biomarkers could be available.
I know its not public info ...
*<Screenshot 2023-01-27 at 11.33.38 AM.jpeg>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/27/2023 11:17:12 AM**
https://twitter.com/adamfeuerstein/status/1460978233663541253?s=61&t=1i5GNhLrZzHwifr7NIVSYQ
*<7D122644-30A0-4689-B982-06785F70E1F4.pluginPayloadAttachment>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/27/2023 11:17:21 AM**
Just making sure you had this tweet .... In case needed for legal

+15148159998 Anthony Daher

**1/27/2023 11:17:41 AM**
I can't prove it but... I've always thought Feuerstein had a hand in the short seller CP idea

+15148159998 Anthony Daher

**1/27/2023 11:17:42 AM**
https://www.thestreet.com/.amp/investing/stocks/neoprobe-v-short-seller-over-lymphoseek-11150515
*<B9F1157A-8DE5-493B-BB53-5F6162FF441F.pluginPayloadAttachment>*

+15148159998 Anthony Daher

**Tweet**

**AD3** @AD3ENDALZ · 1d

$SAVA Another MUST READ article
#ENDALZ @US_FDA

The fact that not everyone responds to Simufilam is irrelevant to its eventual FDA approval

The fact that not everyone responds to Simufilam is irrelevant to its eventual FDA approval
luysii.wordpress.com

2 23 62 1,111

**Super Duper**
@SuperDuperDrugs

Replying to @AD3ENDALZ and @US_FDA

No biomarkers to confirm dose response means AT BEST throw this OL data into the trash can and start over and that's very generous. Most observers understand that Simufilam aligns best with placebo.

11:30 AM · 2023-01-27 · **4** Views




TS