# EXHIBIT 42

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-01-28 18:11:14

**ThreadLast:** 2023-01-28 18:31:27

---

+15148159998 Anthony Daher

**1/28/2023 6:11:14 PM**
Hi L

You might want Remi and Team to know that

One of the Execs at Ecor1 liking a Brodkin twitter post ?
I am a bit troubled knowing this

+15148159998 Anthony Daher

**1/28/2023 6:11:22 PM**
https://twitter.com/jesse_brodkin/status/1509563650729811969?s=46&t=VYnjMmABL5ipEYsHa_i5-w

+15148159998 Anthony Daher

**1/28/2023 6:12:21 PM**

*<IMG_2565.heic>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/28/2023 6:15:14 PM**
Follows them all … im a bit confused

*<IMG_2566.heic>*

+15148159998 Anthony Daher

+15148159998 Anthony Daher

**1/28/2023 6:15:42 PM**
I'm worried Ecor1 shorted the stock and covered during the offering ?

+15148159998 Anthony Daher

**1/28/2023 6:28:44 PM**
Also Bik follows Alex ( from Ecor1 ) …

**1/28/2023 6:31:27 PM**
Just want to make sure no one is getting dupped ...
*<Screenshot 2023-01-28 at 19.30.47.jpeg>*

+15148159998 Anthony Daher

15:12

◀ Messages

← **Liked by**

**CoronaTurd** Follow
@CoronaTurd
Securities Fraud Sleuth

**Deathswap** Follow
@Deathswap1
Back to my normal state of being very confused.

**Alex Tkachenko** Follow
@BiopharmAlexT
EIR with EcoR1 Capital. Previously BlackThorn (CEO), Genentech (Development), and Soviet Army (grunt).

**Midwestern Hedgie...** Follow
@MidwestHedgie
shorts, governance, human rights, science, fruit, native plants, baking, kink Not advice. M.D. fmr @USUhealthsci enby M: midwesthedgie@econtwitter.net

**IPHawk** Follow
@TheIpHawk
Patents & investments. Tweets are never investment advice. Subscribe to my paid promotion and patent

2

◀ Messages

**Alex Tkachenko**

Followers you know | Followers | **Following**

**Silly Filam**
@SillyFilam
Binding. Tight!
Blocked

**Enea Milioris**
@DRnotaDR
@DRnotaDR blocked you

**Phloeodes Diabolicus**
@PatricioMarceso
Psychologist, investor and metalhead, or something like that.
Follow

**Adrian H**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.
Follow

**Jesse brodkin**
@jesse_brodkin
Liberal, scientist, small business owner
Follow

**Alexander Trevelyan...**
@ClicksAndHisses
Follow

19:30
◀ Search

Alex Tkachenko

Followers you know | **Followers** | Following

**Sridhar Kottakota** Follow
@SridharKottako2
Bio-pharma professional linkedin.com/in/sridhar-kot...

**Jesse brodkin** Follow
@jesse_brodkin
Liberal, scientist, small business owner

**Alexander Trevelyan...** Follow
@ClicksAndHisses
Biotech Software Dev 🧬 | Physics PhD ⚛️ Views are my own and never represent the Frito-Lay family of brands, no matter what they tell you.

**Adrian H** Follow
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Elisabeth Bik**
@MicrobiomDigest
@MicrobiomDigest blocked you