# EXHIBIT 43

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-03-05 20:28:30

**ThreadLast:** 2023-03-05 20:29:21

---

+15148159998 Anthony Daher

**3/5/2023 8:28:30 PM**
https://twitter.com/clicksandhisses/status/1632279577216323584?s=46&t=K0TcpbskYjP_2N_tBrMBvA

+15148159998 Anthony Daher

**3/5/2023 8:29:21 PM**
alex T been none stop bashing SAVA since the lawsuit been served on the dot com crew …. Wonder who he is working for