# EXHIBIT 44

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-03-28 15:14:14

**ThreadLast:** 2023-03-28 15:14:15

---

+15148159998 Anthony Daher

**3/28/2023 3:14:14 PM**
https://twitter.com/archisaurus_ymb/status/1640745736617820161?s=46&t=K0TcpbskYjP_2N_tBrMBvA

+15148159998 Anthony Daher

**3/28/2023 3:14:15 PM**
Fyi