# EXHIBIT 46

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-04-02 09:04:52

**ThreadLast:** 2023-04-02 09:04:52

---

+15148159998 Anthony Daher

**4/2/2023 9:04:52 AM**
https://twitter.com/thatsregrettab1/status/1642322989231538177?s=46&t=K0TcpbskYjP_2N_tBrMBvA