# EXHIBIT 51

**Thread Participants:** +15125744238 Lindsay Burns (Owner);+15148159998 Anthony Daher

**ThreadFirst:** 2023-05-05 16:08:10

**ThreadLast:** 2023-05-05 19:45:04

---

+15148159998 Anthony Daher

**5/5/2023 4:08:10 PM**

+15148159998 Anthony Daher

**5/5/2023 6:44:19 PM**
Is this new ??? □□●

+15148159998 Anthony Daher

**5/5/2023 7:33:22 PM**
For lawyers
This aholebutt again …

+15148159998 Anthony Daher

**5/5/2023 7:33:30 PM**

+15148159998 Anthony Daher

**5/5/2023 7:35:34 PM**

+15148159998 Anthony Daher

**5/5/2023 7:44:08 PM**

+15148159998 Anthony Daher

**5/5/2023 7:45:04 PM**