# EXHIBIT 75

Message

**From**: Arnold, Steven E. [SEARNOLD@mgh.harvard.edu]
**Sent**: 5/16/2020 8:56:48 AM
**To**: Lindsay Burns [lburns@cassavasciences.com]
**Subject**: Re: biomarker data

So if you throw out a couple of outliers, for the PBO group, for what we call biotemporal stability you get:

| | |
|---|---|
| Ab42 | 0.16 |
| TTat | 0.14 |
| PTau | 0.38 |
| NfL | 0.21 |
| Neurogranin | 0.12 |
| YKL40 | 0.13 |
| IL6 | 0.23 |
| TNF | 0.02 |
| IL1b | 0.03 |

Questions and thoughts:
What are the technical CVs for each of these assays? Intra and inter-assay CVs. Were they run in duplicate? Triplicate?
I think the change over time likely reflects technical imprecision.
If these are technical CVs, they are not great, but not awful either, except NfL and pTau are higher than they should be – typically, these are good assays with pretty tight CVs and good stability over time.
Hoau's data are always surprising. For TNF and IL1b, I would expect greater biotemporal variability over time than any of the others. I don't know how he does it.

It's easy to Monday morning quarterback and I should have thought of this before, but study-wise, 28 days is too short to detect any change in a number of these analytes because of the protein half-lives. While Ab has a half-life of 6-12 hours or so, tau's half-life is three weeks and NfL's half-life is 7 weeks. So you would have to have a total immediate shut down of tau or NfL or activate their clearance to have any hope of measuring a change at 28 days. I don't know about half-lives for the others. Cytokines are quick and dynamic. Also, I generally build in about 8 weeks of treatment to stably down- or up-regulate gene transcription activity if we think that is the MOA for biomarker change. Finally, it would great if the DX was working to demonstrate target engagement.

Best - S

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Date:** Friday, May 15, 2020 at 4:58 PM
**To:** "Arnold, Steven E." <SEARNOLD@mgh.harvard.edu>
**Subject:** Re: biomarker data

**External Email - Use Caution**

This is all CSF. All from Oskar except IL1-beta and TNFalpha from Hoau. IL1-beta was significantly different from baseline at the 50 mg only. TNFa was significantly different from baseline in all groups. IL6 had a 0.079 effect vs placebo for the 50 mg. In particular, I'd like your thoughts on the changes seen in placebo for the other markers.

Thanks,
Lindsay

On May 15, 2020, at 3:51 PM, Arnold, Steven E. <SEARNOLD@mgh.harvard.edu> wrote:

Sure - let me take a look. Plasma or csf?

- S

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Date:** Friday, May 15, 2020 at 1:05 PM
**To:** "Arnold, Steven E." <SEARNOLD@mgh.harvard.edu>
**Subject:** biomarker data

**External Email - Use Caution**

Hi Steven,

I'm hoping to discuss with you when you have some time the attached data. Let me know when you might have some time.

Thanks,
Lindsay

**Lindsay H. Burns, PhD**
VP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238
www.cassavasciences.com
<image001.png>

The information in this e-mail is intended only for the person to whom it is addressed. If you believe this e-mail was sent to you in error and the e-mail contains patient information, please contact the Partners Compliance HelpLine at http://www.partners.org/complianceline . If the e-mail was sent to you in error but does not contain patient information, please contact the sender and properly dispose of the e-mail.