# EXHIBIT 77

Message

**From:** Bordey, Angelique [angelique.bordey@yale.edu]
**Sent:** 3/17/2020 4:29:26 PM
**To:** Lindsay Burns [lburns@cassavasciences.com]
**CC:** Fusco, Kelly [kelly.fusco@yale.edu]
**Attachments:** TRMGT_Bordey_NIH5R01NS093704-05_(16-001477)_Bordey-non Yale.doc

Lindsay

Again here is a letter about having some stocks in your company.

Best
Angelique

--------------------------------
Angelique Bordey, PhD
Professor and vice-chair for research
Department of Neurosurgery
Department of Cellular and Molecular Physiology
Yale University Shool of Medicine
333 Cedar Street, FMB 422

Date: 3/17/2020

To: Lindsay Burns

Re: Financial Conflict of Interest with regard to Grant:

| | |
|---|---|
| Title: | Filamin A in TSC |
| PI: | Angelique Bordey, PhD |
| Sponsor: | National Institute of Neurological Disorders and Stroke (NIH/DHHS) |
| Grant: | 5R01NS093704-05 (16-001477) |

In order to maintain transparency and avoid the introduction of bias, I am providing you with the following information because of the role you play in the design, conduct and/or reporting of the research results associated with this award.

I have an equity interest (stock) in Cassava Sciences, a publicly-traded biopharmaceutical company focused on neuroscience and Alzheimer's disease treatment and diagnosis.

The purpose of this letter is to inform you of my financial interests in Cassava Sciences, and to let you know that if you have any concerns, you may contact the Chair of the Provost's Committee on Conflict of Interest via the Conflict of Interest Office (phone: 203-785-6307 or email: jill.pagliuca@yale.edu).

Angelique Bordey, PhD
Your signature



CONFIDENTIAL AND COMMERCIALLY SENSITIVE