# EXHIBIT 81

Message

**From:** Hoau-Yan Wang [hoauyan@gmail.com]
**Sent:** 5/21/2019 12:27:06 PM
**To:** Lindsay Burns [lburns@cassavasciences.com]
**Subject:** Re: total tau/Abeta42

Good questions. Are the changes in biomarkers predict cognitive and/or brain function benefit? Given the underlying mechanism of action for PTI-125, do you think the effects of PTI-125 is long laasting?

Hoau

On Tue, May 21, 2019 at 12:02 PM Lindsay Burns <lburns@cassavasciences.com> wrote:

> But it is so strange that you get one value the first run and another for the same sample the second run. Is it Abeta that is the issue, sticking maybe?
>
> Will think about the pTau. Are you interested in the ptau/tau ratio? Also I'm wondering what's up with those cytokine kits. Here's the presentation now, though Remi hasn't touched the last slides yet and we may not include the ratios.
>
> Mostly, let me know what you think about the Questions…
>
> Lindsay
>
> **From:** Hoau-Yan Wang <hoauyan@gmail.com>
> **Sent:** Tuesday, May 21, 2019 10:59 AM
> **To:** Lindsay Burns <lburns@cassavasciences.com>
> **Subject:** Re: total tau/Abeta42
>
> Yes, I retest the samples so that screen and day 28 can be directly compared. ELISA even the same target varies (some widely, that is the reason to make sure all the samples are tested simultaneously). To make the comparison relevant, I treated the day 28 CSF with protease and protein phosphatase inhibitors, aliquoted into sufficient volumes for the assays and stored in -80C until use. More work but this must be done for direct comparison. This means the differences seen are real.
>
> In light of pTau is very low in plasma, I can IP out total tau and assess the pTau using Western. Any interest? Again, more work but give us few more data points.
>
> Thanks.
>
> Hoau
>
> Hoau
>
> On Tue, May 21, 2019 at 11:12 AM Lindsay Burns <lburns@cassavasciences.com> wrote:

Hoau,

I noticed that the total tau/Abeta ratios in the recent data are not the same as in the initial biomarker runs. Did you retest those samples? Any thoughts? We are changing to lo-bind tubes for CSF this time.

Lindsay

**Lindsay H. Burns, PhD**
VP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238

CASSAVA sciences