# EXHIBIT 88

IND 126487

**DENY -**
**BREAKTHROUGH THERAPY DESIGNATION**

Cassava Sciences, Inc.
Attention: Michael R. Marsman, PharmD
Regulatory Affairs Consultant
7801 N Capital of Texas Highway, Suite 260
Austin, Texas 78731

Dear Dr. Marsman[1]:

Please refer to your Investigational New Drug Application (IND) dated June 30, 2017, submitted under Section 505(i) of the Federal Food, Drug, and Cosmetic Act for (PTI-125 (sumifilam).

We also refer to your August 28, 2020, request for Breakthrough Therapy designation for PTI-125 in the treatment of mild to moderate Alzheimer's disease.

We have reviewed your request and while we have determined that mild to moderate Alzheimer's disease meets the criteria for a serious or life-threatening disease or condition, the preliminary clinical evidence you have submitted does not indicate that the drug may demonstrate substantial improvement over existing therapies on one or more clinically significant endpoints in mild to moderate Alzheimer's disease. Therefore, designation as a Breakthrough Therapy cannot be granted at this time. The basis for the Agency's determination is further explained below.

In your request, you have contended that the effects of PTI-125 on cognitive and biomarker outcomes in two clinical studies, further described below, provide preliminary clinical evidence that PTI-125 may have substantial improvement on at least one clinically significant endpoint over available therapy, and have further stated that the same effects provide support for PTI-125 as a disease-modifying treatment for Alzheimer's disease. You assert that for those reasons, PTI-125 satisfies the criteria for Breakthrough Therapy designation.

The first study, PTI-125-03, was an open-label uncontrolled single-arm study in 13 patients with mild to moderate Alzheimer's disease, who were administered PTI-125 in a dose of 100 mg BID for 28 days. You have drawn attention to the following as supporting the current request for Breakthrough Therapy designation for PTI-125: a percentage reduction, that was nominally statistically significant ($p < 0.05$), in the concentration of each of the following biomarkers in cerebrospinal fluid at Day 28, compared with baseline: total tau, p181 tau, neurogranin, neurofilament light chain, YKL-40, IL-6, IL-1β, and TNF-α.

The second of those studies, PTI-125-02, was a randomized, double-blind, placebo-controlled, parallel-arm study in 64 patients with mild to moderate Alzheimer's who were randomized to one of the following 3 treatment groups for 28 days of treatment: placebo, PTI-125 50 mg BID, and PTI-125 100 mg BID. You have highlighted several results of that study in support of the current Breakthrough Therapy designation request: a percentage change from baseline that was considered an improvement (and was nominally statistically significant) in the cerebrospinal fluid biomarkers $A\beta_{42}$, total tau, p181 tau, neurogranin, neurofilament light chain, YKL-40, IL-6, sTREM2, and HMGB1 in the PTI-125-treated groups, compared with placebo; effect sizes of 37% and 23% for the 50 mg and 100 mg groups, respectively (in a patient subset that is not clearly defined), for total errors on the Paired Associates Learning Test of the Cambridge Neuropsychological Automated Test Battery (CANTAB); and effect sizes of 17% and 46% for the 50 mg and 100 mg groups, respectively, for total errors on the Spatial Memory Working Test of the CANTAB (p-values for the PTI-125 versus placebo comparisons on the CANTAB-based measures have not been provided in your submission). You have also drawn attention to apparent correlations between the effects seen on the CANTAB-derived Paired Associates Learning Test outcome and those seen on several cerebrospinal fluid biomarkers.

The assertions that you made in support of this Breakthrough Therapy designation request, based on the results of Studies PTI-125-03 and PTI-125-02 described in that request, are untenable for the following reasons:

1. The clinical data that you have provided do not include any direct comparisons of the effects of PTI-125 with those of drugs that are currently approved for the treatment of mild to moderate Alzheimer's disease.

2. The inference that you have drawn that the effect of PTI-125 on several cerebrospinal fluid biomarkers in both studies is indicative of a potential effect on the pathology and pathophysiology of Alzheimer's disease (i.e., a "disease-modifying" effect) is highly speculative; in fact, the clinical significance of those effects is unknown. Moreover, Study PTI-125-03 was an uncontrolled study from the results of which it is thus not possible to infer that the effects seen were those of PTI-125.

3. You have not provided a full list of the tests that were included in the CANTAB battery used in Study PTI-125-02. Ordinarily, such a battery includes many more than just two tests, with several outcomes then being derived from each such test. It is unclear how the effects of PTI-125 on the total error scores for the Paired Associates Learning Test and the Spatial Memory Working Test may compare with those on other measures derived from each of those tests, as well as from other tests in that battery that may have been used in that study. Moreover, p-values have not been provided for the reported effects of PTI-125 on the total error scores for the Paired Associates Learning Test and the Spatial

Memory Working Test, and thus there is no indication of the statistical significance of those effects.

4. The effects of the PTI-125 on the CANTAB Paired Associates Learning Test component that were reported to have been seen in Study PTI-125-02 were based on an analysis of a subset that is not defined beyond stating that it was created after "removing most impaired and least impaired subjects by baseline score." That maneuver limits the interpretability of the data.

You may submit a new request if you obtain new clinical evidence that indicates that the drug may demonstrate substantial improvement over existing therapies on one or more clinically significant endpoints in mild to moderate Alzheimer's disease.
For further information regarding Breakthrough Therapy designation, refer to section 902 of the Food and Drug Administration Safety and Innovation Act (FDASIA) and the guidance for industry *Expedited Programs for Serious Conditions – Drugs and Biologics*.[1]

For further information regarding Fast Track, refer to the guidance noted in the above paragraph.

If you have any questions, contact E. Andrew Papanastasiou, Regulatory Project Manager, by email at emilios.papanastasiou@fda.hhs.gov or by phone at (301) 796-1930.

Sincerely,

*{See appended electronic signature page}*

Eric Bastings, MD
Director (Acting)
Division of Neurology 1
Office of Neuroscience
Center for Drug Evaluation and Research

[1] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

--------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------------------

/s/

------------------------------------------------------------

ERIC P BASTINGS
10/27/2020 03:24:01 PM



CONFIDENTIAL AND COMMERCIALLY SENSITIVE