# EXHIBIT 90

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 4 | Date Range: 8/31/2021 |

## Outline of Conversations

**CHAT - 00108 - 2021/08/31** • 4 messages on 8/31/2021 • Hoau-Yan Wang <+12159177765> • Lindsay Burns <+15125744238>

**Messages in chronological order** (times are shown in GMT +00:00)

---

**CHAT - 00108 - 2021/08/31**

LB **Lindsay Burns <+15125744238>** 8/31/2021, 7:25 PM

Sorry, I can't talk right now.

HW **Hoau-Yan Wang <+12159177765>** 7:28 PM

Ok. I tried to find the original files for the j neurosci but I can't (these were all in a hard drive that was fried). I don't know what to do now.

LB **Lindsay Burns <+15125744238>** 7:35 PM

Call you soon.

HW **Hoau-Yan Wang <+12159177765>** 7:36 PM

Ok

CONFIDENTIAL AND COMMERCIALLY
SENSITIVE