# EXHIBIT 91

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 7 | Date Range: 8/7/2021 |

## Outline of Conversations

**CHAT - 00108 - 2021/08/07** • 7 messages on 8/7/2021 • Hoau-Yan Wang <+12159177765> • Lindsay Burns <+15125744238>

**Messages in chronological order** (times are shown in GMT +00:00)

**CHAT - 00108 - 2021/08/07**

HW **Hoau-Yan Wang <+12159177765>** 8/7/2021, 3:38 PM

Hi Lindsay, [redacted]

*Attachment: ~/Library/SMS/Attachments/eb/11/5B5CC880-E1E6-4B0A-BEB6-5B287BC1D05C/IMG_6055.heic (41 KB)*

LB **Lindsay Burns <+15125744238>** 6:12 PM

[redacted]

HW **Hoau-Yan Wang <+12159177765>** 6:24 PM

[redacted]

LB **Lindsay Burns <+15125744238>** 7:10 PM

You will get a payout once we get this drug approved and/or sold. I don't think there are details but there is a bonus plan and you are on it — obviously.

HW **Hoau-Yan Wang <+12159177765>** 7:33 PM

Thank you so much. That is great to know and appreciated.

LB **Lindsay Burns <+15125744238>** 8:29 PM

The company can't give out any more options so he instituted this bonus plan with bonuses to be commensurate with TBD contributions— yours of course would be comparatively substantial. But all depends on our success.

HW **Hoau-Yan Wang <+12159177765>** 11:38 PM

I understand and appreciate it. We all are cautiously optimistic of the success. Thanks.