# EXHIBIT 97

# Pain Therapeutics, Inc.

**(NASDAQ: PTIE)**

# A New Drug Candidate and Companion Diagnostic Candidate for Alzheimer's Disease

*May 2017*



CONFIDENTIAL AND COMMERCIALLY SENSITIVE 

# Pain Therapeutics At a Glance

PTIE has nearly two decades of research and product development, significant clinical/regulatory experience and a comprehensive portfolio of CNS programs.

| | |
|---|---|
| Roots | Founded in 1998 in South San Francisco. Now based in Austin, TX. Early personnel was ex-Genentech, J&J and Exelixis. Publicly traded since July 2000. Prior, privately funded by Bill Gates, George Soros, founders, others. |
| Focus | PTIE develops proprietary/branded drugs for neurological disorders. |
| Capabilities | In-house research team invented many of the techniques and technologies for abuse-deterrence that are now commonly used across the drug industry. |
| Organization | The research team has worked together for 15+ years. PTIE outsources many functions (manufacturing, clinical trial operations, etc.) to third-parties. |
| R&D Spend | Over $400MM has been invested in REMOXY ER, including an estimated $350 MM investment by Pfizer/King Pharmaceuticals. |

COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Experienced Team and Board of Directors



**<u>Remi Barbier -</u> Chairman, President & CEO - 1998 to date.**

- Founder/co-founder, three public life science companies.
- Trustee, *Carnegie Institution for Science*; *Santa Fe Institute;* and *Ca. Institute for Quantitative Biosciences.*



**<u>Nadav Friedmann, PhD, MD -</u> Chief Medical Officer**

- J&J; Daiichi Pharmaceuticals; Abbott Labs.
- **Eight FDA drug approvals prior to PTIE**



**<u>Lindsay Burns, PhD</u> – VP, Neuroscience**

- Neurex; Elan; Abgenix.
- PhD with Trevor Robbins, University of Cambridge.
- Post-doc in Parkinson's research, McLean hospital.



**<u>George B. Thornton, PhD</u> – Sr. VP, Technology**

- J&J; GeneMedicine; Immune Complex Corp.; Apovia.
- Developed prototype diagnostic assays for HBV.



**<u>Michael Zamloot -</u> SVP, Technical Operations**

- Boehringer Mannheim; Athena; Ciba-Geigy.
- **Four FDA drug approvals prior to PTIE.**



**<u>Michael Marsman, PharmD</u>. - SVP, Regulatory Affairs**

- Impax Labs; Millennium Pharma; COR Therapeutics; Sequus; Syntex.
- **Six FDA drug approvals prior to PTIE**



**<u>Sandy Roberts</u>**



**<u>Saira Ramasastry</u>**



**<u>Bob Gussin,</u>**



**<u>Pat Scannon, MD, PhD</u>**



**<u>Mike O'Donnel</u>**

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Pain Therapeutics' Pipeline

## Novel Analgesia Formulations

- REMOXY™ ER is the brand name for PTIE's proprietary, abuse-deterrent twice-daily oxycodone.
- REMOXY is an NDA-stage drug candidate, subject to a Complete Response Letter issued by FDA in September 2016.
- FENROCK® is a proprietary, abuse-deterrent transdermal fentanyl patch.
- FENROCK® is a pre-clinical stage drug candidate.

## Novel AD Drug & Diagnostic

- PTI-125 is a novel oral, small-molecule drug.
- PTI-125 offers a promising new approach to treat Alzheimer's Disease and other neurological impairments through the novel target, filamin A.
- PTI-125 is on-track to enter clinical trials in 2017.

- PTI-125-DX is a plasma-based companion diagnostic/biomarker for AD.
- Potential to aid AD diagnosis and replace more expensive imaging techniques.

**PTIE owns unencumbered world-wide commercial rights to all of its products.**

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE CASSAVA_000374081

# PTI-125 – New AD Therapeutic Candidate




- We introduced PTI-125 and validated its novel target filamin A (FLNA) in 2012 (*J Neurosci* 32:9773-84).
- In 2015, NIH awarded PTI a $1.725 million innovation grant for PTI-125, covering IND-enabling studies.
- IND filing expected mid-2017.
- **PTI-125 reverses a FLNA proteopathy to disrupt Aβ's toxic signaling via α7nAChR and TLR4** (*Neurobiol Aging*, 55: 99-114).

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Science Background

## Aβ signals via α7nAChR to hyperphosphorylated tau

COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Aβ42 interacts with α7nAChR

## Aβ42 co-immunoprecipitates with α7nAChR




## Aβ42 binds α7nAChR with femtomolar affinity




Wang et al., 2000a,b; 2009, 2010, 2012; Nagele et al., 2002; Snyder et al., 2005; Espinoza-Fonseca, 2004; Tong et al., 2011; Dziewczapolski et al., 2009

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# α7nAChR is critical to AD pathology

**Aβ$_{42}$ and α7nAChR co-localize in AD pyramidal neurons**

**Blocking α7nAChR prevents Aβ$_{42}$-induced NFT (ptau)**



α7nAChR Aβ$_{42}$




Wang et al., 2003

COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Aβ42-induced tau phosphorylation is α7nAChR-dependent

## Aβ42 dose-dependently hyperphosphorylates tau




## Blocking α7nAChR with α-BTX blocks tau phosphorylation




Dineley et al., 2002; Wang et al., 2003, 2009, 2010, 2012

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# $A\beta_{42}$ signaling impairs receptor & synaptic function

- Beta Amyloid ($A\beta$) signals through the $\alpha$7-nicotinic acetylcholine receptor ($\alpha$7nAChR) and Toll-like receptor 4 (TLR4) to elicit tau phosphorylation and inflammatory cytokine release leading to neurofibrillary lesions and neuroinflammation.
- $A\beta$ toxic signaling compromises NMDAR signaling leading to synaptic dysfunction, evidenced as reduced activity-dependent Arc expression.
- $A\beta$ toxic signaling also causes insulin resistance.

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125: A serendipitous discovery

COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# FLNA: A target in our pain program now in AD

*FLNA is increased in α7nAChR signaling complexes in AD Tg mice and patients.*




- Discovery from our pain program identified the high-affinity binding site of naloxone and naltrexone as a specific site on FLNA.

  Wang, Frankfurt & Burns (2008), PLoS One 3(2):e1554;
  Wang & Burns (2009) PLoS One 4(1):e4282.

- Dr. Wang discovered FLNA is recruited to α7nAChR when A $\beta_{42}$ binds & signals.

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Is FLNA recruitment critical to A$\beta_{42}$ signaling?

- Can we block FLNA recruitment with our FLNA-binding compounds? ***Yes.***
- Does blocking recruitment block A$\beta_{42}$ signaling (ERK activation and tau hyper-phosphorylation)? ***Yes.***
- Med-chem directed toward ***non-opioid*** compounds that bind this FLNA site.
- PTI-125 was identified.




COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE 

# "Second" mechanism of action on TLR4




- $A\beta_{42}$ binds CD14 to activate TLR4.
- Blocking FLNA – TLR4 interaction blocks neuro-inflammatory signaling.

COPYRIGHT © Pain Therapeutics, Inc. 2017

# PTI-125 reverses an altered conformation of FLNA in postmortem human AD brain







**VAKGL is a decoy pentapeptide for PTI-125 (FLNA binding site).*

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 reverses altered FLNA in mouse models

## ICV Aβ42-infused mice




## 3xTg AD mice




COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 binds the *altered* FLNA in AD brain with ultra-high affinity

## Hippocampal synaptic membranes




## Purified hippocampal FLNA




COPYRIGHT © Pain Therapeutics, Inc. 2017

# Residual PTI-125 in brains of treated 3xTg AD mice confirms preferential binding to altered FLNA




COPYRIGHT © Pain Therapeutics, Inc. 2017

# Preclinical Efficacy: Mouse models

- **ICV $A\beta_{42}$-infused mice (10 mg/kg b.i.d. IP for 2 weeks)**
  - Reduced FLNA associations with α7nAChR and TLR4
  - Reduced $A\beta_{42}$ – α7nAChR complexes
  - Reduced tau hyperphosphorylation
  - Restored NMDAR, α7nAChR and IR signaling function
  - 80-100% reduction in TNFα, IL-6 and IL-1β levels
  - Reduced $A\beta_{42}$ aggregates and neurofibrillary lesions
- **3xTg AD mice (22 mg/kg/day PO in drinking water for 2 mo starting either pre-pathology at 4-mo or post- at 8-mo)**
  - All of the above and…
  - Reduced tau nitration (indicator of oxidative stress)
  - Restored Arc expression (synaptic plasticity marker)
  - Improvements in cognitive behavior (despite N=5)
  - 1500 ng/ml PTI-125 plasma levels; 5 ng/g in brain homogenate
- **10-mo WT mice also showed Aβ pathology & PTI-125 effects**

COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Preclinical Efficacy: Postmortem human AD brain

- **Postmortem human AD and Aβ$_{42}$-treated age-matched control brain (1 h incubation of 1 pM – 1 nM PTI-125)**
  - Reduced FLNA associations with α7nAChR and TLR4
  - Reduced Aβ$_{42}$ – α7nAChR complexes
  - Reduced tau hyperphosphorylation*
  - Restored NMDAR, α7nAChR and IR signaling function
  - Restored Arc expression*
  - Decoy pentapeptide VAKGL (pentapeptide binding site on FLNA) confirms FLNA target by blocking PTI-125's reduction in tau hyperphosphorylation.

*tested only in Aβ$_{42}$-treated age-matched control brain due to dynamic processes

COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 reduces FLNA associations with α7nAChR and TLR4 in postmortem AD brain







COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 reduces FLNA association with α7nAChR and TLR4 in mouse models

## ICV Aβ42-infused mice




## 3xTg AD mice



# PTI-125 treatment restores insulin receptor function: 3xTg AD mice




COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 treatment reduces tau phosphorylation




COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 reduces pTau and NFTs




COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 treatment reduces amyloid aggregates




COPYRIGHT © Pain Therapeutics, Inc. 2017

# PTI-125 treatment restores NMDAR signaling: 3xTg AD mice




COPYRIGHT © Pain Therapeutics, Inc. 2017

# PTI-125 treatment restores activity-dependent synaptic plasticity master regulator Arc




COPYRIGHT © Pain Therapeutics, Inc. 2017

# PTI-125 treatment reduces $A\beta_{42}$ – α7nAChR interaction and inflammatory cytokine levels




COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# PTI-125 treatment improves cognitive behavior (N= 5)




COPYRIGHT © Pain Therapeutics, Inc. 2017

# PTI-125 reduces Aβ42 – α7nAChR affinity 1000-10,000 fold




COPYRIGHT © Pain Therapeutics, Inc. 2017

# Ex vivo 1 pM PTI-125 decreases Aβ42 – α7nAChR complexes: Postmortem AD hippocampus




COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Ex vivo 1 pM PTI-125 attenuates $A\beta_{42}$-evoked tau phosphorylation & nitration: Postmortem control




COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# VAKGL pentapeptide blocks PTI-125's reduction in tau phosphorylation: Postmortem control brain




COPYRIGHT © Pain Therapeutics, Inc. 2017



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Ex vivo 1 pM PTI-125 attenuates Aβ42-induced synaptic defects: Postmortem control brain




COPYRIGHT © Pain Therapeutics, Inc. 2017

# Next step – Confidential Disclosures

- PTI-125 and PTI-125-DX, its companion plasma-based diagnostic/biomarker assay, are based on a common mechanism of action.
- By design, PTI has disclosed very little around PTI-125 and especially the PTI-125-DX program.
- A signed CDA provides access to a comprehensive data set including:
  - Results of early clinical data with PTI-125-DX
  - IND-enabling toxicology and ADME summary
  - Clinical/regulatory strategy
  - Additional potential indication and early preclinical data
  - Intellectual property

COPYRIGHT © Pain Therapeutics, Inc. 2017


CONFIDENTIAL AND COMMERCIALLY SENSITIVE

# Thank You!

**Contact information:**

**Lindsay Burns, PhD**
**VP, Neuroscience**

**Pain Therapeutics, Inc.**
**512-501-2484**
***lburns@paintrials.com***

*COPYRIGHT © Pain Therapeutics, Inc. 2017*



CONFIDENTIAL AND COMMERCIALLY SENSITIVE