# EXHIBIT 98

Message

**From:** Paul Stephen Aisen [paisen@usc.edu]
**Sent:** 5/20/2020 8:41:46 PM
**To:** Lindsay Burns [lburns@cassavasciences.com]
**Subject:** RE: biomarker data

Hi Lindsay,

There is no measurable disease progression over 28 days. So any change in the placebo arm must be attributed to issues around acquisition and processing of specimens and assay variability. Usually, the greatest variability is seen with abeta42, since it is so sensitive to collection and processing details. Total tau has not generally seemed informative. Lately, the best CSF and plasma assay has been phosphotau 181 and especially ptau 217. In fact, plasma ptau217 looks like the best marker; you might talk to Oskar about doing this for your study.

Oskar Hansson's team is excellent, and they utilize all leading assay platforms.

Substantial inter-subject variability is the rule. But change in placebo over 28 days is artifactual. Unfortunately, 20 subjects per arm may be too small for reliable results.

Paul

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Wednesday, May 20, 2020 9:40 AM
**To:** Paul Stephen Aisen <paisen@usc.edu>
**Subject:** Re: biomarker data

Dear Paul,

Here are data from the placebo group (N=22):

1. For T-tau, 6 of 22 (27%) placebo-treated patients decreased by an average of 32% (range 15-54%) in one month. Six of 22 (23%) such patients increased by an average of 19% (range 10-33%).

2. For P-tau, all placebo-treated patients changed up and down between 15% and 130% in one month, except for two patients.

3. For NfL, 6 of 22 (27%) placebo-treated patients decreased by an average of 28% in one month. Eight other patients increased 15-30%. One increased 215%.

4. For Neurogranin, 15 of 22 (68%) placebo-treated patients changed over 15% in one month. Increases and decreases were roughly split 50/50.

5. For Abeta42, 6 of 22 (27%) placebo-treated patients increased by 10% or more in one month. One patient's Abeta increased 150% from screening to Day 28. The same patient decreased 10% in total tau, 50% in p-tau, 20% in NfL, 20% in IL-6, while increasing 22% in Ng and 58% in YKL40.

6. For YKL40, 7 of 22 (32%) placebo-treated patients decreased an average of 18% in one month. Six patients (27%) increased an average of 39%, skewed by one that increased 135%. Others changed by 7% or less.

1. TheThere is similar variability in the other groups. Further, none of these biomarkers appear to correlate well within patients. Based on QC samples in the plates, we think there may be technical reasons for the overall variability in the data set. The five QC samples have higher (in some cases double or triple) than

expected CVs (SD/mean) between plates than reported to occur by Quanterix. This could impact results. We are looking into this.

The data raise questions. Are big month-to-month swings in CSF biomarkers common and expected over 28 days in AD patients? More generally, how can we rely on biomarkers to develop a new drug during the early phases of development if biomarkers are this variable? And perhaps the big question is this: If the data from the control group are suspect, can we believe the data from the drug arms?

We still have patient samples. I am thinking we'll need to re-analyze these samples with a more accurate method (i.e., the standard sandwich ELISA). What do you think?

Thanks,
Lindsay

---

**From:** Paul Stephen Aisen <paisen@usc.edu>
**Sent:** Tuesday, May 19, 2020 11:47:18 PM
**To:** Lindsay Burns
**Subject:** RE: biomarker data

Which data are you referring to as showing extreme change in the placebo group?

Paul

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Saturday, May 16, 2020 12:10 PM
**To:** Paul Stephen Aisen <paisen@usc.edu>
**Subject:** Re: biomarker data

Hi Paul,

Attached are the analysis reports. We are struggling with the following question: are the extreme changes we are seeing in placebo over 28 days possible?

Thanks,

Lindsay

---

**From:** Paul Stephen Aisen <paisen@usc.edu>
**Sent:** Saturday, May 16, 2020 1:14:03 PM
**To:** Lindsay Burns
**Subject:** RE: biomarker data

Hi Lindsay,

Thanks for sending this data. Can you also share your analysis reports?

Paul

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Friday, May 15, 2020 12:00 PM
**To:** Paul Stephen Aisen <paisen@usc.edu>
**Subject:** biomarker data

Hi Paul,

I can now share the biomarker data; please also see our press release today (attached). All data came from Oskar's lab with the exception of IL-1beta (significantly reduced at the 50 mg, p=0.035) and TNFalpha significantly reduced in all three groups, but just by about 2%. IL1beta and TNFalpha were run by Hoau-Yan at CUNY. Hoau was blind also to Day 0 vs. Day 28. In particular, I'd like your feedback on the changes in the placebo group in the attached spreadsheet.

Please let me know when you might have time to talk.

Thanks,
Lindsay

**Lindsay H. Burns, PhD**
VP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238
www.cassavasciences.com
CASSAVA sciences