# EXHIBIT 100

**Lindsay Burns**

| | |
|---|---|
| **From:** | Shorena Janelidze <shorena.janelidze@med.lu.se> |
| **Sent:** | Monday, June 1, 2020 3:35 AM |
| **To:** | Lindsay Burns |
| **Cc:** | Oskar Hansson |
| **Subject:** | Re: time to talk? |

Hi Lindsay,

Please find my answers below and sorry for the delay.

Best regards,
Shorena

> On 1 Jun 2020, at 04:26, Lindsay Burns <lburns@cassavasciences.com> wrote:
>
> Dear Oskar and Shorena,
>
> I am under pressure from management to come up with answers to explain the data. Can you please respond to my questions below, particularly in regard to the variability of QC samples from plate to plate? Are these CVs usual or unexpected? Do you feel the machine was off or performing normally? A CV of 10% gives me variability higher than 10%, which would not be appropriate if I am looking for drug effects in the 10-20% range. The variability in both baseline and post-treatment samples could more notably alter results. Also, does the machine automatically divide samples for the duplicates or is that done by hand? Obviously there are other factors at play, including sample processing and storage.
>
> Thanks for your help,
> Lindsay
> From: Lindsay Burns
> Sent: Tuesday, May 26, 2020 10:06:46 AM
> To: Shorena Janelidze
> Cc: Oskar Hansson; Carrie Crowley
> Subject: Re: time to talk?
>
> Dear Shorena and Oskar,
> So there is just one source document for plate 1 NfL. I was wondering about that. However, I am also unsure about which values should be trusted, given that Quanterix first used one calibrator and then another, and the values do change from the source file to the files for each calibrator. Also the pdf shows a frequent error message: "CadenceOvertime" and another one: "AEB below range flag." What do these mean?

According to Quanterix "'cadence overtime' is a benign error and nothing to worry about. AEB below range flag indicates that the signal was too low and the values were not calculated. This error appeared in plate 3, wells A3-A4 with sample ID Control 1 (CO). CO is a note from our technical staff meaning that there was no NFL control in these wells. We have NFL Control 1 in G11-G12 instead.

> My main concern right now is the variability of this highly sensitive assay in general. Attached are your 5 QCs across all plates across all assays, and pasted in are CVs for each assay taken from the Quanterix website. Are the CVs here consistent with your maximum acceptable value of CVs for your QC samples?



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

The acceptable CV for non-automated platforms according to the literature is 20% or 15%. CVs depend on many factors including platform used, antibody affinity/specificity, buffer composition, pipetting quality, etc. Therefore CVs from Qaunterix website are not valid for other platforms and even for other labs running Qanterix assays.

We typically look separately at the intra-plate and inter-plate CV. For inter-plate CV we consider values below 10% as a very good precision and below 20% as acceptable. Usually intra-plate CVs are lower than inter-plate CV. I think intra-plate CV might be more relevant for your samples, since we always analyzed paired D0 and D28 samples on the same plate

> I know you only used a Quanterix plate for NfL, but I assume the other vendors' plates should perform similarly in the Simoa.

I am not sure how NFL assays from other vendors perform with respect to CV. We did see very high correlations between NfL concentration in CSF measured in our lab (using Quanterix kit) and in the Kaj Blennow lab measured using their own assay.

> It appears that the Simoa may just have much higher variability than a standard sandwich ELISA assay (or indirect ELISA), despite (or because of) its ability to measure analytes in incredibly small volumes. I know that we had all Day 0 and Day 28 samples for each patient in the same plate, so this variability should be in the same direction for each patient, but it is still concerning. The only significant effects we saw were in the two assays not done on the Simoa but done in sandwich ELISA (TNFalpha) or indirect ELISA (IL-1beta). TNFalpha significantly decreased from baseline in all groups by about 2%. IL-1beta showed a significant decrease from baseline (p=0.035) for the 50 mg only. No differences vs. placebo.
> Have you ever tested patient samples over such a short duration (28 days) before? Regardless of whether there is natural fluctuation, or fluctuation due to sample processing or assay variability, it would be nice to know what has been seen before. I do not see anything in the literature on this.

We do not have data over such a short duration.

> I was struck by the starting total tau/Abeta ratios. These are much lower than what we got for screening (using sandwich ELISAs), and about a third of the patients have ratios ranging from 0.11 to 0.18, despite the MMSE range 16-26. These seem like normal values to me. Any thoughts?

In our samples from cognitively unimpaired Flutemetamol PET negative cases (n=105), the mean (SD) for tau/Abeta is 0.41 (0.18) and Youden-based cutoff to differentiate PET neg. from PET pos. is 0.603.

> Thanks for checking the aliquoting. We also checked our randomization schedule and all is correct. This is unlikely to be an error also because we did not see good correlations between biomarkers. Some up and some down in the same patients. Does this seem possible to you?

There should be high correlations between p-tau and t-tau. We also see moderate correlations of both p-tau and t-tau with NfL and YKL-40, in a large sample though (n>1000, spearman rho 0.4-0.5).

> Thanks again for all your help on this.
> Best,
> Lindsay
> From: Shorena Janelidze <shorena.janelidze@med.lu.se>
> Sent: Tuesday, May 26, 2020 8:17:08 AM
> To: Lindsay Burns
> Cc: Oskar Hansson; Carrie Crowley
> Subject: Re: time to talk?
>

> Hi Lindsay,
>
> The pdf file for plate 1 is not correct, it is based on wrong calibrator values. The correct data was in the "2020-04-22 LB_NFL_plate1_pl_RunData QTRX Recalc_PL.xlsx" files that I sent on April 27th. These data were calculated by Quanterix (I will forward their email) and because of that we are unable to generate pdf.
>
>
> We have now checked that the labels on the aliquots that we prepared match with those on original tubes. Therefore, we could rule out any mistakes during the aliquoting. There is still some CSF left (please see attached file), so if you prefer we could re-analyze NfL in some of the samples.
>
>
> Best regards,
> Shorena
>
>
>
> > On 21 May 2020, at 17:16, Lindsay Burns <lburns@cassavasciences.com> wrote:
> >
> > Hi Shorena,
> >
> > Can you confirm if the plate 1 run source document you attached was the correct re-calibrated data that was used in the end?
> >
> > Thanks,
> > Lindsay
> >
> > From: Shorena Janelidze <shorena.janelidze@med.lu.se>
> > Sent: Tuesday, May 19, 2020 12:05 PM
> > To: Lindsay Burns <lburns@cassavasciences.com>
> > Cc: Oskar Hansson <oskar.hansson@med.lu.se>; Carrie Crowley
> > <ccrowley@cassavasciences.com>
> > Subject: Re: time to talk?
> >
> > Hi Lindsay,
> >
> > Here is pdf files for NfL. Since it takes a long time to type in sample ID in the Quanterix software we just used CSF IDs. For each CSF ID there is a location in the "Replicate sample data" table showing in which well samples were analysed. You could find the corresponding sample ID the attached plate layout.
> >
> > Best regards,
> > Shorena
> >
> >
> >
> > > On 18 May 2020, at 17:01, Lindsay Burns <lburns@cassavasciences.com> wrote:
> > >
> > > Thanks – I agree. Shorena, if you could send the source files for the other biomarkers that would be great.
> > >
> > > Lindsay
> > >
> > > From: Oskar Hansson <oskar.hansson@med.lu.se>



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

> > > Sent: Monday, May 18, 2020 9:56 AM
> > > To: Lindsay Burns <lburns@cassavasciences.com>; Shorena Janelidze
> > > <shorena.janelidze@med.lu.se>
> > > Cc: Carrie Crowley <ccrowley@cassavasciences.com>
> > > Subject: Re: time to talk?
> > >
> > > Hi Lindsay,
> > >
> > > Shorena will look into it in more depth tomorrow (we unfortunately are working on revisions on a paper submitted to JAMA with deadline this week). But I agree that the variation is very high, which is odd as the CVs are low indication good precision of the actual measurements.
> > >
> > > Bästa hälsningar,
> > >
> > > Oskar
> > >
> > > Från: Lindsay Burns <lburns@cassavasciences.com>
> > > Datum: måndag 18 maj 2020 14:39
> > > Till: Shorena Janelidze <shorena.janelidze@med.lu.se>
> > > Kopia: Oskar Hansson <oskar.hansson@med.lu.se>, Carrie Crowley
> > > <ccrowley@cassavasciences.com>
> > > Ämne: Re: time to talk?
> > >
> > > Hi Shorena,
> > >
> > >
> > >
> > > I'm sure you are working on it but we do need all the software files today so we can start our QC. I know you are looking at them too.
> > >
> > >
> > >
> > > Best,
> > >
> > > Lindsay
> > >
> > >
> > >
> > > From: Shorena Janelidze <shorena.janelidze@med.lu.se>
> > > Sent: Friday, May 15, 2020 10:59 AM
> > > To: Lindsay Burns
> > > Cc: Oskar Hansson
> > > Subject: Re: time to talk?
> > >
> > > Yes, they did, all frozen.
> > >
> > > /Shorena
> > >
> > > > On 15 May 2020, at 17:34, Lindsay Burns <lburns@cassavasciences.com> wrote:
> > > >
> > > > OK thank you. I have a bunch of other questions, but first, I assume the samples arrived in good condition with plenty of dry ice?



CONFIDENTIAL AND COMMERCIALLY SENSITIVE

> > > >
> > > > Lindsay
> > > >
> > > > -----Original Message-----
> > > > From: Shorena Janelidze <shorena.janelidze@med.lu.se>
> > > > Sent: Friday, May 15, 2020 10:16 AM
> > > > To: Lindsay Burns <lburns@cassavasciences.com>
> > > > Cc: Oskar Hansson <oskar.hansson@med.lu.se>
> > > > Subject: Re: time to talk?
> > > >
> > > > Hi Lindsay,
> > > >
> > > > I will go through all data next week to make sure that we did not make any mistakes when copying values from the software fils into excel.
> > > >
> > > > Best regards,
> > > > Shorena
> > > >
> > > >
> > > > >> On 15 May 2020, at 16:34, Lindsay Burns <lburns@cassavasciences.com> wrote:
> > > > >>
> > > > >> Hi Oskar and Shorena,
> > > > >>
> > > > >> We have broken the blind and unfortunately the data are so variable that nothing makes sense. I can't send you the individual patient data without unblinding you, but I will attach the analyses, showing ranges. The ranges in placebo are huge. I should also have taken out the 26000 value that we tried to repeat for NfL, but that is in there too (should have been a missing value). Do you have some time to do a skype call? I have another call in 30 minutes so it would have to be after that, if today. We are trying to check out all possibilities of error. The first attachment is comparisons to placebo and the second is within group change from baseline.
> > > >>
> > > >> Best,
> > > >> Lindsay
> > > >>
> > > >> Lindsay H. Burns, PhD
> > > >> VP, Neuroscience
> > > >> Cassava Sciences, Inc.
> > > >> O: 512-501-2484 C: 512-574-4238 www.cassavasciences.com
> > > >> <image002.png>
> > > >>
> > > >> <t14_2_1.rtf><t14_2_2.rtf>
> > > >
> > >
> >
>



CONFIDENTIAL AND COMMERCIALLY SENSITIVE