**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>Defendants. | Case No. 1:24-cv-05948-JLR-OTW<br><br>**<u>DECLARATION OF DAVID KUMAGAI IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>** |

I, David Kumagai, declare as follows:

1. I am counsel at the law firm Clarick Gueron Reisbaum LLP, attorneys for Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris in the above-captioned matter. I am licensed in the State of New York and am admitted to practice in this Court.

2. I submit this declaration in connection with Plaintiffs' opposition to the motions for summary judgment by Defendant Cassava Sciences (*see* Dkt. 233-34, 236-37) and Individual Defendants Remi Barbier and Lindsay Burns (*see* Dkt. 232, 235, 238, 241-44).

3. The attached **Index** contains a list of **Plaintiffs' Exhibits** ("**<u>PX []</u>**") of which true and correct copies are being submitted concurrently herewith, in connection with Plaintiffs' opposition to the Defendants' motions for summary judgment.

4. In addition, Plaintiffs are concurrently herewith submitting (i) Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment; (ii) Plaintiffs' Consolidated Rule 56.1 Counterstatement of Additional Material Facts; (iii) Plaintiffs' Response to Defendant Cassava's Rule 56.1 Statement of Undisputed Facts; and (iv) Plaintiffs' Response to the Individual Defendants' Rule 56.1 Statement of Undisputed Facts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2026
New York, New York

*/s/ David Kumagai*
DAVID KUMAGAI