# EXHIBIT 101

Message

**From:** Lindsay Burns [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0BAA8DB7FC9E45BD8A53357CB339E048-LINDSAY.BUR]
**Sent:** 11/17/2022 2:37:24 PM
**To:** Ruth Araya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=19334b88d96c45229f75c484a8824520-Ruth.Araya]
**Subject:** FW: Letter to the Editor: CTAD abstract P105A
**Attachments:** BURNS.pdf

---

**From:** carine.giry <carine.giry@serdi-publisher.com>
**Sent:** Thursday, November 17, 2022 11:16 AM
**To:** Lindsay Burns <lburns@cassavasciences.com>
**Subject:** Re: Letter to the Editor: CTAD abstract P105A

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Lindsay,

Please find attached the last corrected version, let me know if you agree with it.

Sincerely

Carine

Le 17 nov. 2022 à 16:31, Lindsay Burns <lburns@cassavasciences.com> a écrit :

Hi Carine,

Thank you, this is fine. Since there is so much space now, I would like to ask for the line space to be inserted after the three sub-headings again (each of the three sub-headings should have a space above and below). Thank you so much for your time and effort on this.

Best wishes,
Lindsay

---

**From:** carine.giry <carine.giry@serdi-publisher.com>
**Sent:** Thursday, November 17, 2022 5:45 AM
**To:** Lindsay Burns <lburns@cassavasciences.com>
**Cc:** Paul Aisen <paisen@usc.edu>; Jacques touchon <jtconseil34@gmail.com>; Valentina Corio <Valentina.corio@springer.com>; Remi Barbier <remi@cassavasciences.com>; Chris Cook <ccook@cassavasciences.com>
**Subject:** Re: Letter to the Editor: CTAD abstract P105A

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Lindsay

The option of including Cassava's own disclosure section would be fine with us; see the attached pdf, the wording has been internally lightly revised by Nature Springer integrity committee to be acceptable for publication in the JPAD.

Hope this would agreeable to you, and if so we need to go fast to add it , in the JPAD CTAD special section.

Carine Giry

Assistant Editor

Le 16 nov. 2022 à 16:00, Lindsay Burns <lburns@cassavasciences.com> a écrit :

Dear Carine,

We can agree to omit the section of patent infringement. However, the section "The authors have conflicting interests" is an important disclosure, not previously disclosed, and important context for readers. We request that this section be left in. If you do not agree to include this in the letter, we are then ethically obligated to disclose it in our own disclosures section. In that case, the disclosures section should read:

Remi Barbier is President, CEO, Chairman and a shareholder of Cassava Sciences, Inc. Prior statements by the authors of this abstract and other defendants prompted Cassava Sciences to file a defamation lawsuit in federal court accusing them of disseminating false information about simufilam to profit from short selling.

Thank you,
Lindsay

---

**From:** carine.giry <carine.giry@serdi-publisher.com>
**Sent:** Wednesday, November 16, 2022 6:57 AM
**To:** Lindsay Burns <lburns@cassavasciences.com>
**Cc:** Paul Aisen <paisen@usc.edu>; Jacques touchon <jtconseil34@gmail.com>; Valentina Corio <Valentina.corio@springer.com>; Remi Barbier <remi@cassavasciences.com>; Chris Cook <ccook@cassavasciences.com>
**Subject:** Re: Letter to the Editor: CTAD abstract P105A

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Lindsay,

JPAD as a scientific journal must keep only on science. Potential patent infringement does not affect the results of the study, so JPAD encourage you to leave that out if you want the statement to be published.

Please let us know today, if we can process to the publshing, see pdf attached, if not we will be not able to have your letter to the editor published in the JPAD and in the CTAD special issue.

On behalf the editor in chiefs

Carine Giry

Assistant Editor

*We remind you of the following*:

- *We do not assume any responsibility for the content of the posters or presentations, we simply select them according to a grid of objective criteria, elaborated by a committee of renowned experts, who leave the authors the full responsibility for their content.*
- *We do not make any judgement on the legal or even more, judicial plans which exceed our competences and do not wish to enter into any exchange on this plan.*
- *We act as a scientific "platform" and therefore, we are very careful about our neutrality and objectivity.*
- *We do not cope with any cause and do not wish to give any echo to polemics that do not concern us*

Le 15 nov. 2022 à 21:48, Lindsay Burns <lburns@cassavasciences.com> a écrit :

Dear Carine,

We strongly believe these COI disclosures are essential for a reasonable reader to understand the context for Abstract 105A.

We also agree that patent disputes are outside the scope of JPAD. However, there is no dispute that the proprietary compound, simufilam, was allegedly used to conduct an experiment without the owner's permission. Without dispute, the authors' use of simufilam was unauthorized, unlawful and unethical, which is to say the experiment relied on behavior that conflicts with the law and the tenets of ethical scientific principles.

COI disclosures are known conflicts and potential sources of bias which, if later revealed, would make a reasonable reader feel misled or deceived. At a minimum, we think a lack of disclosure would, if later revealed, create a storm of controversy. Our motivation with these disclosures is to avoid controversy by publishing known conflicts and sources of bias.

We also greatly appreciate this opportunity you have given us to express our concerns and our commitment to science.

Thank you,
Lindsay

PS: McNally is the family name of the editor of JCI (reference 4); there is currently a space between Mc and Nally.

**From:** carine.giry <carine.giry@serdi-publisher.com>
**Sent:** Tuesday, November 15, 2022 12:55 PM
**To:** Lindsay Burns <lburns@cassavasciences.com>
**Cc:** Paul Aisen <paisen@usc.edu>; Jacques touchon <jtconseil34@gmail.com>; Valentina Corio <Valentina.corio@springer.com>
**Subject:** Re: Letter to the Editor: CTAD abstract P105A

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Lindsay,

See attached the corrected proof for final aprovement. After consulting with Springer Nature Research Integrity Group your response letter, JPAD editors strongly recommend that the authors have to remove the non-scientific sections of the letter: the statements about unlawful behavior and potential patent infringement and COIs **are outside of the scope of a Letter to the Editor and of a scientific journal.**

**Please found the attached form now acceptable for publication by us. As you know we decided to inform you about the poster to give to you a possibility to respond and spend a lot of time about it. It will be also costly to add it at the last moment**

**Thank you for your understanding**

**Carine**

Le 15 nov. 2022 à 18:16, Lindsay Burns <lburns@cassavasciences.com> a écrit :

Dear Carine,

I'm sorry for one last request. Remi Barbier would like his email address removed from this publication. If needed, you can use the email that is on all our press releases: eschoen@cassavasciences.com.

Thank you again!
Lindsay

**From:** carine.giry <carine.giry@serdi-publisher.com>
**Sent:** Tuesday, November 15, 2022 8:07 AM
**To:** Lindsay Burns <lburns@cassavasciences.com>
**Cc**: Paul Aisen <paisen@usc.edu>; Bene Clement <bene.clement@ant-congres.com>; Nathanelle Zakraoui <nathanaelle.zakraoui@ant-congres.com>; Jacques touchon <jtconseil34@gmail.com>; Valentina Corio <Valentina.corio@springer.com>
**Subject:** Letter to the Editor: CTAD abstract P105A

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear L. Burns

Please find attached the proofs of the Letter to the Editor.

Please return me proofs with your corrections and the conflict of interest.

Thanks for your attention.

Yours sincerely,

Carine

# Letter to the Editor: Cassava Sciences response to CTAD abstract P105A

*R. Barbier*

Cassava Sciences, Inc., Austin, TX, USA

*Corresponding Author:* Remi Barbier, Cassava Sciences, Inc. Austin, TX, USA, Email: eschoen@cassavasciences.com

*Dear Editor,*

We are developing simufilam, a novel drug candidate, for mild-to-moderate Alzheimer's disease. We appreciate the opportunity to respond to CTAD abstract P105A (J Prev Alz Dis 2022;9(S1):S51-S247).

The Abstract Does Not Describe an Attempt to Replicate Prior Experiments:

First, the title refers to the "replication" of experiments, but the authors do no such thing. Rather, they describe a one-off experiment using a different measurement technique. That is not "replication."

Second, the binding affinity of simufilam was previously established using two reliable techniques: competitive binding and direct binding to the full protein, either purified or in tissue (1). The authors describe a third technique, isothermal titration calorimetry (ITC). In their hands, ITC generated incongruous results. The authors' incongruous result does not nullify two prior experiments. The meaning of the authors' results is inconclusive, at best.

The Reliability of Data Is in Doubt:

First, the authors could only have used adulterated simufilam. Simufilam is a proprietary compound not authorized for manufacture, sale or use in the US and countries where it is patented. Any drug not manufactured in compliance with cGMP regulations is "adulterated" under the law. Adulterated simufilam may be sold illegally on-line, but an illegal manufacturer/seller of adulterated simufilam is unlikely to comply with FDA regulations that assure identity, strength, quality, and purity. In addition, a drug must be authenticated by independent, third-party certification to ensure manufacturing standards are met. The authors' use of adulterated simufilam sourced from an unauthorized vendor raises questions about data reliability.

Second, the abstract does not describe an appropriate positive control. A negative experimental result is significant and reliable if compared to a positive result from a positive control. The authors do not, however, describe a positive control showing a small molecule binding to a short peptide using ITC. Instead, they reference a small molecule binding to its whole protein target (carbonic anhydrase II).

Third, ITC is a sensitive research technique, and results depend strongly on the chosen experimental parameters (2). Different values of enthalpies (the total heat energy of a system) can be obtained with different instruments and different setting parameters. ITC results are affected by numerous factors, including choice of buffer, solvent, pH and concentration; presence of impurities; equilibration temperature; saturation of the signal; and computational methodologies. Any one of these experimental factors can contribute variability to the data or lead to unclear results.

Conclusion:

Abstract P105A does not nullify two prior experiments relating to simufilam. The authors used adulterated simufilam to conduct their experiment. Their experiment lacks an appropriate positive control. They engaged in patent infringement. They failed to disclose all conflicts of interest. The abstract must be read in this context. As recently highlighted by the Journal of Clinical Investigation, everyone should be concerned "when whistleblowers profit from allegations of scientific misconduct" (3).

*Conflict of Interest:* Remi Barbier is President, CEO, Chairman and a shareholder of Cassava Sciences, Inc. Cassava Sciences has filed a defamation lawsuit against the authors of this abstract and other defendants in US federal court alleging dissemination of false information about simufilam.

## References

1. Wang, HY, et al. PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis. Neurobiol Aging 55, 99-114 (2017).
2. Medoš, Ž., Čobanov, I., Bešter-Rogač, M. et al. Usually overlooked problems related with measurements of high-heat effects using power compensation isothermal titration calorimetry. J Therm Anal Calorim 145, 87–96 (2021). https://doi.org/10.1007/s10973-020-09663-2
3. McNally EM. Conflicting interests: when whistleblowers profit from allegations of scientific misconduct, J Clin Invest. 2022;132(21):e166176. https://doi.org/10.1172/JCI166176

*Received November 14, 2022*
*Accepted for publication November 15, 2022*



CONFIDENTIAL AND COMMERCIALLY SENSITIVE