# EXHIBIT 112

**PAIN THERAPEUTICS INC**

***General***

1. Very interesting concept, but numerous control studies remain to be done and questions to be answered, also as regards the drug in question. See below.

2. As a therapeutic approach, much work on real MOA of drug and its more general pharmacology need to be addressed.

3. Likewise potential as diagnostic test is interesting but to confirm this may not really be a test for "Alzheimer disease" rather a test for one pathophysiological cause and a patient subpopulation value *outside* notion of use of drugs like PTI-125 is not clear. This is then notion of novel MOA drug accompanied by its biomarker.

4. As for other compound-projects of this nature, the therapeutic effects might be limited: *it can only protect cells expressing α7 receptors and filamin-dependent actions of* Aβ and even then, there is a strong risk that this will be overwhelmed by high concentrations of Aβ (which will not disappear !!) and Aβ can damage the cells by binding to colocalised NMDA/prior/fyn receptors, RAGE, lipid rafts…Having said that, for this compound, if confirmed, the TLR4 interaction suggests a much broader range of protection (and possible modulation of insulin signalling).

   We understand the concern that Aβ has other targets, but we don't believe these are as pathological as binding α7. In our slice experiments (both adult rat and post-mortem human control), we used 100 nM Aβ which is a higher than the "physiological" concentration found in AD brain. 1 nM PTI-125 was just as effective at reducing Aβ deposition by ICH of rat slices as in the in vivo experiment. We did not previously show the ICH of those rat slices. The in vivo experiment of ICV Aβ infusion also used quite high levels of Aβ.

5. Pain Therapeutics started with the finding of a very high affinity, non-opioid, binding site of naloxone and naltrexone shown by Hoau-Yan to be filamin A (FLNA) and this led to clinical trials of opioids with very low dose naloxone and naltrexone, with the aim of reducing opioid side effects. TLR4 is recruited to the complex. Thus anti-inflammatory TLR4-like compounds, screened initially from opioid S/A, for binding to FLNA may well be very original agents…. They show amazing potency at fM concentrations. However preventing the formation of filamin stress networks may be different from reversing preformed stress networks – are the compounds as effective when the stress networks are fully formed ? Do these findings explain the disputed effects of naloxone and naltrexone on TLR4 receptors – eg the work of Linda Watkins showing effects on allodynia. If so these compounds would also be effective in these paradigms.

   Actually, the clinical trials of naloxone and naltrexone were performed prior to knowing their target. The problem with naloxone and naltrexone is that they also bind a second, lower affinity site on FLNA that disrupts their effects of binding the high-affinity site. Hence a truly "ultra-low" dose was needed. PTI-125 was developed by screening against only the high-affinity site, and while the low-affinity site is not known, a functional test shows that PTI-125 and our backups do not bind this second site. This test was the inhibition of inflammatory cytokine release from primary human astrocyte cultures, with (+)naloxone as a comparator. (+)Naloxone worked in this test, but less well than PTI compounds and only at 10 pM concentrations. At 1 nM, (+)naloxone lost all activity. By contrast, several PTI compounds were very effective at a wide range of concentrations: 100 fM – 100 nM.

   I assume that "stress networks" is intended to mean FLNA already associated with TLR4, causing the inflammatory cytokine release. We haven't directly tested this. However, we have tested PTI compounds in neuropathic pain allodynia and hyperalgesia (already developed before treatment) with good initial results. This program was using PTI compounds that bind FLNA and also activate mu opioid receptors.

6. Do you consider that these agents which you claim have some effects which are upstream of m-tor and Akt would resemble PI3K inhibitors? Would they be effective against all 'filaminopathies' ?

***Concept and putative filamin α7 Aβ interaction***

7. All/ majority of data appear to be generated by co immunoprecipitation. Which were the antibodies used and what is their specificity ? (The Santa Cruz α7 is not very specific in fact). Where are all these experiments now being performed, and by whom? Have the data on the filamin-α7 interaction been confirmed by a second antibody and independent procedure and or lab ? Are there confirmatory studies of this interaction using FRET or BRET, Yeast two hybrid proteomics ?

8. *Core control experiments* What about a reference protein like actin compared to filamin ? How was *Aβ* prepared for experiments ? Is it synthetic or derived from brain ? What form of Aβ is involved, monomeric, oligomeric ? Were the effects of Aβ40 evaluated ? Were their experiments done with this protocol where α7 receptor was excluded from the wells ? Does Aβ bind to filamin and if so what are the reciprocal consequences ?

   PTI-125 does not bind actin (We are not sure what you mean by a reference protein). Aβ does not bind to FLNA. Aβ was ordered from ...... and we do not know what portion is nomomeric vs. oligomeric. As published in our JNS paper, we did examine whether Aβ40 induces FLNA association with a7 and it does, but we used a 10-fold higher dose of Aβ40 (1 uM), which produced a FLNA association with a7 that was only 38% as strong as that produced by Aβ42. We have not directly tested PTI-125's effect on Aβ40's effect on FLNA association with a7.

9. What does "FLNA association critical to Aβ signalling" actually mean. Other filamin-independent pathways for Aβ likely exist. Is the filamin-Aβ link necessarily deleterious, some physiological forms and concentrations of Aβ40 act positively at α7.

   It is certainly possible that Aβ42 has a positive signalling effect at some currently unknown pathway. This is clearly a possible reason why eliminating therapies have failed or made patients perform worse, and it is one reason that we prefer our strategy of selectively blocking the known toxic signalling pathway via a7 and without compromising, in fact restoring, a7 physiological signalling (by ACh or agonists). What positive effect does Aβ40 have on a7, if not only to block the more toxic Aβ42?

10. Is filamin-α7 constitutively bound and needed for Aβ binding OR does Aβ binding recruit filamin to bind to α7 (slide 3 is ambiguous). OR does Aβ NOT change FLN α7 association per se but just *needs* it to "signal". This needs to be clarified.

    We are not certain of the sequence of events, but we do know 1) FLNA – a7 is not constituitively associated in non-AD subjects 2) PTI-125 reduces the affinity of Aβ for a7, and 3) PTI-125 is effective in post-mortem AD tissue at reducing Aβ -- a7 complexes. Therefore, our hypothesis is that Aβ binds with low affinity, recruits FLNA, which in turn tightens the binding of Aβ and allows it to signal. PTI-125 both prevents the FLNA recruitment and disrupts the FLNA – a7 association if already formed.

11. What does ACh and other agonists and antagonists at α7 do to the filamin association (orthosteric, allosteric) ?

    As published in our JNS paper, 1 uM concentrations of a7 agonists have a negligible effect on FLNA – a7 association. Interestingly however, memantine at 1 uM was almost as potent as Aβ40 at inducing this association.

12. In lymphocytes, why the change in filamim-α7 association in AD ? Is this due to circulating Aβ ? Is there a correlation between levels and change in binding (and loss of response to exogenous Aβ) ?

13. Taking into account the effects described in in vitro in cancer cell lines what would be the effect of PTI-125 on hippocampal cell proliferation, mTOR, MAP kinase pathway ,

CONFIDENTIAL AND COMMERCIALLY SENSITIVE

neurotrophic factors, synaptic remodeling , microtubules markers in brain areas involved in cognition and mood processes . Any in vitro or in vivo data available ?

***Drug***

14. Could you comment low Kp value ? Do other compounds in the series have the same characteristics ?

    PTI-125 has two pKa's one low and one high, though the low may not contribute much. Others we have tested also have the high pKa. Taken from the report: "Firstly, the $pK_a$ measurements and calculations for PTI-125 were performed with the assumption that there were two basic ionizable groups. However, the second $pK_a$ was found to be below pH 2.8 which is beyond the instrument's reliable pH range. Then the $pK_a$ calculations for PTI-125 were performed with the assumption that there was one basic ionizable group." The $pK_a$ measured this time was $8.0 \pm 0.01$.

15. What is the brain / plasma ratio after oral administration ?

    In our preliminary PK study, we measured CNS levels and plasma levels after IV administration. We measured only plasma levels after oral administration, so we don't have this measure after oral administration. Oral bioavailability was estimated to be 75% based on plasma levels, and the average CNS/plasma ratio after IV administration was 0.54 based on AUC.

16. What is the broader preclinical pharmacology (*vitro/vivo*) and binding profile of this agent ?

    We know of no other targets that it binds, though we have screened it against only 68 targets.

17. Does PTI-125 bind to Aβ? Does it affect oligomerisation for example ?

    PTI-125 does not bind Aβ.

18. Does the drug *directly* interfere with Aβ signalling at α7 receptors via disrupting recruitment of filamin ? It is not certain that Tau is a specific readout of this and Ca flux (also in paper) is not necessarily α7 linked. What about readouts like ERK and other cellular pathways ?

19. More basically, what is the *proof* for a role of filamin in actions of PTI 125, and also of role of filamin in deleterious actions of Aβ. If filamin is knocked down by siRNA (for example in lymphocytes) are the effects of Aβ AND PTI 125 lost? The pentapeptide decoy strategy in the J Neurosci. paper is interesting, but this would be more convincing and more specific.

    We have access to the M2 melanoma cell that that is FLNA negative and its M2 subclone that is FLNA transfected. However I do not know if these cells have a7. HOAU???

20. How does the drug affect binding and signalling of orthosteric and allosteric nicotinic ligands, including ACh ?

    We don't imagine them to be affected, especially since we used a PNU full agonist compound in our assay to show that the a7 receptor function was restored by PTI-125. However specific binding of these compounds is untested.

21. How does PTI 125 affect impact of acute hippocampal administration of Aβ on cognition and more generally functional readouts in Tg mice etc ? Data is very biochemical to date.

    Our only behavioural/cognitive data so far is the experiment with small numbers (n=5) of 3xTg mice. Despite these small n's, we did show significant effects on working and spatial memory, and on nesting behaviour.

22. Does PTI 125 stop the putative entrance into cells of Aβ via α7 sites ?(Note core issue for all drugs of this type, you shut the door and Aβ will get in via the window – both deleterious impact on signalling and internalisation. Other targets of Aβ are many; NMDAR, RAGE…lipid rafts see introduction).

    We believe the internalization of Aβ is primarily via a7 since PTI-125 dramatically decreases Aβ deposition in our in vivo expts (both ICV Aβ infusion and Tg).

23. The effects of PTI 125 are seen at a very low dose. Where are the concentration dependent actions ? Is there a plateau ? Is it linear ?

    Because the binding affinity is 200 femtomolar, we expect higher doses to be in saturation and resulting in a plateau as we have seen in slice experiments. However, when PK/ADME is considered, we might see a more pronounced dose-response.

24. Filamin is also a partner of many proteins, including D2 and D3 receptors, how are other interactions affected by PTI 125 ? The interference in this respect of filamin association with TLR4 is very interesting. This links into perspectives *other* than pure CNS and α7 related actions related to Alzheimers disease.

    The common link between TLR4 and a7 is that they are not constituitively associated with FLNA, but an insult causes their associations. PTI-125 has no effect on the constituitively associated receptors MOR and IR (although it may affect phosphorylation state of IR). We have not specifically looked at D2 and D3 receprors.

**References :**


[HYPERLINK \l ""] 2005 Jun;15(3):301-7. **Filamin A: phenotypic diversity**. [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Robertson SP[Author]&cauthor=true&cauthor_uid=15917206"]. Filamins cross-link the actin cytoskeleton into orthogonal networks and modulate the response of cells to their chemical and mechanical environment by regulating changes in shape and motility. Null mutations in FLNA, the gene that encodes filamin A, lead to defects in neuronal migration, vascular function and connective tissue integrity. By contrast, missense mutations in this same gene produce a spectrum of malformations in multiple organ systems, especially the skeleton. The production of such distinctly different phenotypes from loss- and gain-of-function mechanisms provokes questions as to how a *ubiquitously expressed structural protein* can subserve crucial but discrete roles during development in many organ systems.

[HYPERLINK \l ""] 2010 Nov;11(7):639-50. **Structural portrait of filamin interaction mechanisms**. [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Djinovic-Carugo K[Author]&cauthor=true&cauthor_uid=20887254"], [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Carugo O[Author]&cauthor=true&cauthor_uid=20887254"]. We review the most recent findings on human filamin structure, with particular emphasis on the relationships between structure, function, and interaction. Filamin is a cytoskeletal actin-binding protein and it is therefore crucial in providing cells with the necessary mechanical and dynamical properties. Filamentous actin cross-linking by filamin is regulated by a number of other proteins and the molecular mechanisms of this *complex interaction network* can be understood by highlighting the structural features of isolated filamin moieties and of their complexes with several partners. Here we describe first the structure-function relationships of the isolated filamin, its flexibility, and its dimerization mechanism. Secondly, we illustrate the structural mechanism with which filamin can recognize its partners, both the actin filaments and the regulatory proteins.

[HYPERLINK \l ""] 2010 Feb;20(2):113-23. doi: 10.1016/j.tcb.2009.12.001. Epub 2010 Jan 12. **Filamins in cell signaling, transcription and organ development**. [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Zhou AX[Author]&cauthor=true&cauthor_uid=20061151"], [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Hartwig JH[Author]&cauthor=true&cauthor_uid=20061151"], [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Aky%C3%BCrek LM[Author]&cauthor=true&cauthor_uid=20061151"].

Filamins are large actin-binding proteins that stabilize delicate three-dimensional actin filament networks and link them to cellular membranes where they integrate cell architectural and signaling functions important for cell locomotion. Filamins have been shown to bind to proteins with diverse functions and are implicated in human genetic diseases including malformations of the skeleton, brain, and heart. Mouse models of filamin deficiency have advanced our understanding of the important roles filamins play in embryonic development and disease progression. These studies provide clear evidence that *cytoskeletal filamin proteins integrate cell signaling, transcription and organ development*. This review focuses on the emerging roles of filamins in cell signaling and transcription, with emphasis on cell motility and organ development.

Cell Biosci. 2013 Feb 6;3(1):7. doi: 10.1186/2045-3701-3-7. **Complex roles of filamin-A mediated cytoskeleton network in cancer progression.** [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Yue J[Author]&cauthor=true&cauthor_uid=23388158"], [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Huhn S[Author]&cauthor=true&cauthor_uid=23388158"], [HYPERLINK "C:\\Users\\TTC_CB\\pubmed?term=Shen Z[Author]&cauthor=true&cauthor_uid=23388158"].
Filamin-A (FLNA), also called actin-binding protein 280 (ABP-280), was originally identified as a non-muscle actin binding protein, which organizes filamentous actin into orthogonal networks and stress fibers. Filamin-A also anchors various transmembrane proteins to the actin cytoskeleton and provides a scaffold for a wide range of cytoplasmic and nuclear signaling proteins. Intriguingly, several studies have revealed that filamin-A associates with multiple non-cytoskeletal proteins of diverse function and is involved in several unrelated pathways. Mutations and aberrant expression of filamin-A have been reported in human genetic diseases and several types of cancer. In this review, we discuss the implications of filamin-A in cancer progression, including metastasis and DNA damage response.