# EXHIBIT 113

Message

**From**: Lindsay Burns [lburns@paintrials.com]
**Sent**: 1/3/2015 9:57:57 AM
**To**: Hoau-Yan wang [hoauyan@gmail.com]; Ben Thornton [gthornton@paintrials.com]
**Subject**: FW: questions

Hi Hoau and Ben,

This is a forwarded email (sent to Angelique Bordey) from a biochemist (I think he is head of biochemistry at Yale) on his skepticism of whether PTI-125 actually binds FLNA.... I responded and clarified that our displacement binding data (at least) uses immunopurified FLNA. I don't think we used immunopurified FLNA in any of the papers, which may be a reason for his wondering.

Happy New Year!

Lindsay

---

**From:** Bordey, Angelique <angelique.bordey@yale.edu>
**Sent:** Friday, January 2, 2015 9:57 AM
**To:** Lindsay Burns
**Subject:** FW: questions

Lindsay

Here are David's comments.
He is quite direct so do not feel offended.
By definition, scientists are skeptical. David is very cautious.

Ultimately it does not matter how PTI works as long as it works. For the paper we may have to have some validation that it is through FLNA and I will meet with David to discuss our options to test it.

Happy new year 2015

Angelique

---

**From:** Calderwood, David
**Sent:** Friday, December 19, 2014 2:32 PM
**To:** Bordey, Angelique
**Subject:** Re: questions

Hi Angélique,

Sorry for the delay in getting back to you. I had hoped to talk with you after Jordan's qualifying but missed you then.

All in all, I think the evidence that PTI-125 is exerting its effects through binding to filamin A is not compelling - it remains possible that this is what is happening, but there is just so little evidence. I am very skeptical that this is what is happening, and if it is I am doubtful that it is happening in the way they think – i.e. through interactions with the pentapeptide in IgFLNa24

The story all seems to have started from investigation of how treatments with low-dose opioid antagonsits influences opioid effects and G-protein switching. This is not my area of expertise but the PLoS ONE papers from Lindsay Burns suggest that an interaction between filamin and the mu-opioid receptor is important here – other groups also see mu opioid receptor filamin interactions. In their first paper they suggest that the opioid antagonists actually also bind filamin at very high affinity. Most of these assays are indirect and rely instead on membrane binding from cells containing or lacking filamin A. One problem here is that the M2 and A7 cells used are quite different from one another in many ways – the re-expression of FLNa seems to influence expression of many proteins. The 2008 PLoS ONE paper does have experiments with immuno-purified filamin but effects seem to vary depending on the cellular source of the filamin. They then use filamin peptides to inhibit the binding and on this basis conclude that the opioid antagonsits bind filamin via a site in the IgFLNA24. But in fact they only show that a peptide from this region inhibits binding and that this inhibition depends on a lysine in the middle of the peptide. I do not think they tested a scrambled peptide and I fear that it acts in a non-specific manner. If their localization of a binding site is correct then the opioid antagonsit should also bind IgFLNa24 but not to IgFLNa24 containing a point mutation in the region of the pentapeptide. As best I can tell this was never tested.

In the follow up paper they then argue that this site on FLNa also binds to the mu opioid receptor (not confirmed in the context of IgFLNa24 or full-length filamin) and that it can also bind to filamin itself. So we are now left with a vary small filamin derived peptide that binds many things – seems unlikely but not impossible.

As described below they got to PTI-125 by screening for compound that bound to the pentapeptide site and again apparently got an incredibly high affinity interaction for the pentapeptide (don't know if they tested filamin binding) . Their publications suggest that there was also an earlier generation compound PTI-609 which also binds the pentapeptide but a clear role for filamin in its action is missing. There are crystal structures of IgFLNa24 and if the compound binds as well as they claim it should be possible to soak it into the crystal and show binding – at least this might reveal whether it binds as expected.

The recent J Neuroscience paper looks at PTI-125 in alzheimer's disease and now the implication is that by binding at this site in IgFLNa24 PTI-125 inhibits Abeta induced filamin binding nicotinic Ach receptors so impacts disease. Again there is little data that this is really acting through filamin.

In conclusion, whether PTI-125 really binds filamin protein and if so how binding at this surface site on IgFLNa24 impacts so many filamin interactions is really not clear. The large number of potential effects of targeting this site might suggest either non-specific effects or perhaps some major effect on filamin folding or aggregation. Looking at the crystal structure of the IgFLNa24 dimer, the pentapeptide site is not at the dimerization interface so we would not expect drug binding at this site to impact dimerization and the site is located on the opposite face of the molecule from the CD face normally implicated in ligand binding so it is not obvious how it might inhibit FLNa binding to so many ligands. On the other hand, as IgFLNa24 dimerization occurs at the CD face of the domain if it is simultaneously involved in other ligand binding events it would need sites away from the CD face. Anyway, I remain very skeptical that this is working through filamin but it is intriguing that it produces effects in your model which you know to be filamin sensitive and so I'm not quite sure how best to move forwards on this. Do we know if PTI-125 alters filamin expression levels in your model? If not, could mu opioid receptor or nAchR readily be implicated in the response? We could certainly make a K/A mutation in the IgFLNa24 pentapeptide site to see if mutant filamin was still effective in producing effects in brains and if this was impacted by PTI-125, but this would be quite involved and may not give results that help your manuscript. I'm happy to discuss this further on Monday or Tuesday if you like.

David

---

**From:** <Bordey>, Angelique <angelique.bordey@yale.edu>
**Date:** Wednesday, December 17, 2014 at 8:18 AM
**To:** David Calderwood <david.calderwood@yale.edu>
**Subject:** Fwd: RE: questions

---------- Forwarded message ----------
From: Lindsay Burns <lburns@paintrials.com>
Date: Dec 16, 2014 10:51 PM
Subject: RE: questions

To: "Bordey, Angelique" <angelique.bordey@yale.edu>
Cc:

Hi Angelique,

PTI-125 binds a pentapeptide region on FLNA: VAKGL. It is in the 24th repeat, very close to the transmembrane region, and is a unique sequence both on the protein and in the human proteome. This is the high-affinity binding site also for naloxone and naltrexone (pM), both of which also bind a lower affinity site (nM) on FLNA that distrupts effects of binding the high-affinity site. The way we designed PTI-125 was by a few rounds of molecular modeling followed by in silico screening followed by actual screening of selected commercial compounds for binding to VAKGL, which eventually led us to select three different scaffolds for med chem. We have demonstrated binding to FLNA by use of this pentapeptide to block PTI-125's effects, in contrast to a control pentapeptide with mid-point alanine substitution that does not (See JNS paper). To determine affinity, because we don't have a labelled PTI-125, we performed a radioligand displacement assay using tritiated naloxone. I can send you this data. We have done this both in SK-N-MC cells, which I think of as a neuronal line but which are also cancer cells -- hence, high affinity binding. We also used Tom Stossel's A7 cells that overexpress FLNA and got roughly the same binding. Just recently, we compared AD postmortem hippocampus to age-matched control hippocampus using the same displacement assay and saw fM binding in AD tissue but just pM binding in control , suggesting that the site is more available in this disease state. I will attach this data.

If you have an in vitro assay, you could use this pentapeptide to block PTI-125's effects. I would worry that if you overexpress a FLNA plasmid without this binding region you might be changing the function of FLNA and hence your model, but you would have to test to know this. You could even try just the lysine to alanine substitution in the middle.

I will have to talk to my ever conservative patent attny before sharing structure, but we would probably want to publish without the structure. I am available most of tomorrow if you'd like to talk again.

Lindsay

---

**From:** Bordey, Angelique <angelique.bordey@yale.edu>
**Sent:** Tuesday, December 16, 2014 3:24 PM
**To:** Lindsay Burns
**Subject:** questions

Lindsay,

I have a few questions, not sure you are allowed to answer then but will ask.
Thinking in terms of publication, we will ned to show that PTI somehow interact or modulate FLNA function.

What would help is to know whether:
1. Do you know where PTI binds on FLNA? Then we could overexpress a FLNA plasmid without the binding domain and test PTI in vivo.
2. How did you identify the fentomolar affinity?
3. Can you give us the PTI structure?
We are thinking of multiple ways to test PTI-FLNA function in our model and number 1 would be the fastest.

David Calderwood (who I mentioned to you) would help with the biochemistry. He is a super nice guy, a Pharmacology prof.

Best
Angelique

Angelique Bordey, PhD
Professor of Neuroscience
Yale University School of Medicine
Department of Neurosurgery, Cellular and Molecular Physiology
333 Cedar Street FMB 422
New Haven, CT 06520-8082
Phone: 203-737-2515
Website: http://medicine.yale.edu/labs/bordey/www/