# EXHIBIT 123

Message

**From:** Lindsay Burns [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0BAA8DB7FC9E45BD8A53357CB339E048-LINDSAY.BUR]
**Sent:** 1/20/2022 9:46:20 AM
**To:** Singer, Guy [gsinger@orrick.com]
**Subject:** Fw: Manipulation and Joint effort to bring down SAVA ( WARREN AND BIK )
**Attachments:** IMG_2324.heic; FILE_9664.pdf; image0-1.heic

**Redacted - Privilege**

Lindsay

---

**From:** Anthony Daher <distribuled@gmail.com>
**Sent:** Thursday, January 20, 2022 9:41 AM
**To:** Lindsay Burns <lburns@cassavasciences.com>; Lindsay Burns <lindsayhb@yahoo.com>; Eric Schoen <eschoen@cassavasciences.com>
**Subject:** Manipulation and Joint effort to bring down SAVA ( WARREN AND BIK )

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Dr Burns and Eric

Here are some more that might interest you and your layers :

**Warren LAMMERT :**

just caught Warren Lammert liking the shorts comments in a tweet .. but i he liked and quickly removed it, he is definitely monitoring closely what is happening , Warren is the biggest short in this story owner of granite point who placed a huge PUT bet before CP drop … he also is friend with Pitt , Bik and many other social media Fudsters

e Jan 18 •••

All Mentions

**ApexxDist** and **Darcy Aiken** liked a Tweet you were mentioned in
I'm just stating facts: JoN never retracted and left the issue to be decided by CUNY, that's all i claim.

---

**Alexander Trevelyan** @ClicksAndHisses · 21m
Replying to @ClicksAndHisses @AD3ENDALZ and 35 others
But beyond that, you still haven't addressed the actual images that were used to issue these "clearances" and the myriad issues that we found with them. In that regard, the journals are no help to you because they refuse to comment.
1

---

**Alexander Trevelyan** @ClicksAndHisses · 22m
Replying to @BruinStocks @AD3ENDALZ and 34 others
No, you claimed "after constant harassment sent the appeal to CUNY". I agree that they were feeble in their response, but they're adults and issued the EoC on their own. They won't retract until they're forced to, unfortunately. That's just how it works.
2

---

**Warren Lammert** and **Phloeodes Diabolicus** liked a Tweet you were mentioned in
Glad they are recovered/better. You would have more time now to go over the short analysis, read the reports, ask questions when you don't understand, and learn some science involved in $SAVA. This is a losing battle for the bulls, the end result is the same however long it takes

---

**Alexander Trevelyan** @ClicksAndHisses · 25m
Replying to @BruinStocks @AD3ENDALZ and 36 others
We're talking about the SAB, not the board. Different things. The SAB likely never existed as such, but was simply a decoration on Cassava's SEC filings that lent them some legitimacy. This is based on what we've heard from Dr. Sahakian and Dr. Arnold.
1 1

If you can get SEC and lawyers to prove that he traded on information prior the CP drop he is doomed

No way he would of loaded on PUTs this way if he did not have any inside info and planned attack on SAVA ( RICO CASE )




Of shore account in cayman islands , Current gross asset value of the private fund:
$ 101,192,030

ALSO PLEASE LOOK AT DATES OF HUGE AMMOUNTS OF PUTS PRIOR TO CP AND BUYING WEEKLY PUT WAY OUT OF THE TARGET

August 16th price closed at 116$ and SHitoload of puts at 55$ where bought on that day 1week before cp for sep 3rd - weekly puts was huge




And SEP 3rd closing price 50$ …

Just hope you and the team are on top of this … THE OPTIONS - WEEKLY and MM are CONTROLING THE SHARE PRICE ….the DIVIDEND play is one way to hopefully control the narrative

Anyways i think you know all that.

If they can keep the SP LOW … it will keep SAVA of the RADARs for other institutiona buyers and media

3:16

from:COLUM#4313 has:image

**main-chat** $SAVA INVESTORS

**COLUM** Aug 19, 2021 1:00 PM

Someone bought some protection. Hopefully they are now going long

SAVA

106.9232 ⬆ 0.7532 (0.71%) B 106.82 x 1 A 107.01 x 1 V 1,853,939

Option Statistics | Today's Biggest Trades | Probability Calculator | Profit/Loss Calculator | Strategy Ideas

As of 12:58:47 PM ET 08/19/2021

| Time | Option | Qty | Price | Bid | Ask | IV | Underlying | Condition |
|---|---|---|---|---|---|---|---|---|
| 09:49:51 | Aug 20 2021 150 Call | 100 | 0.15 | 0.15 | 0.20 | 304.4 | 102.99 | SingLegA |
| 10:40:15 | Jan 21 2022 195 Call | 50 | 22.90 | 22.90 | 24.90 | 162.9 | 101.61 | Auto Exec |
| 10:58:15 | Nov 19 2021 175 Call | 93 | 19.00 | 17.30 | 19.00 | 181.0 | 101.56 | Auto Exec |
| 10:58:15 | Nov 19 2021 175 Call | 93 | 19.00 | 17.30 | 19.00 | 181.5 | 101.56 | Auto Exec |
| 11:03:13 | Aug 20 2021 100 Put | 189 | 4.20 | 4.20 | 4.60 | 210.9 | 101.56 | Auto Exec |
| 11:05:54 | Nov 19 2021 145 Call | 127 | 25.40 | 25.40 | 26.60 | 184.8 | 101.67 | Auto Exec |
| 11:05:54 | Nov 19 2021 145 Call | 73 | 25.40 | 25.40 | 26.60 | 184.8 | 101.67 | Auto Exec |
| 11:21:25 | Aug 20 2021 125 Call | 89 | 0.40 | 0.30 | 0.40 | 215.9 | 103.95 | Auto Exec |
| 12:02:19 | Aug 20 2021 125 Call | 50 | 0.55 | 0.45 | 0.55 | 213.1 | 106.05 | Auto Exec |
| 12:20:14 | Aug 20 2021 90 Put | 64 | 0.89 | 0.70 | 0.95 | 242.1 | 104.87 | MultLegA |
| 12:20:14 | Aug 20 2021 80 Put | 64 | 0.39 | 0.35 | 0.50 | 305.0 | 104.87 | MultLegA |
| 12:21:20 | Jan 20 2023 2.5 Put | 200 | 0.20 | 0.05 | 0.20 | 159.0 | 104.62 | Auto Exec |
| 12:28:13 | Nov 19 2021 60 Put | 1,000 | 11.77 | 11.30 | 12.50 | 185.3 | 104.86 | MultLegC |
| 12:28:13 | Nov 19 2021 100 Put | 500 | 34.30 | 33.70 | 34.30 | 185.1 | 104.86 | MultLegC |
| 12:28:13 | Nov 19 2021 20 Put | 500 | 0.74 | 0.40 | 1.05 | 193.5 | 104.86 | MultLegC |
| 12:36:47 | Jan 20 2023 2.5 Put | 200 | 0.20 | 0.05 | 0.20 | 159.0 | 104.84 | Auto Exec |
| 12:38:14 | Jan 20 2023 2.5 Put | 200 | 0.20 | 0.05 | 0.20 | 159.1 | 105.03 | Auto Exec |
| 12:52:25 | Aug 20 2021 150 Call | 61 | 0.10 | 0.10 | 0.15 | 285.3 | 105.71 | Auto Exec |
| 12:52:26 | Aug 20 2021 150 Call | 48 | 0.05 | 0.05 | 0.15 | 260.5 | 105.71 | Auto Exec |
| 12:52:26 | Aug 20 2021 160 Call | 48 | 0.10 | 0.10 | 0.20 | 328.8 | 105.71 | Auto Exec |

**main-chat** $SAVA INVESTORS

**COLUM** Aug 19, 2021 12:43 PM



**main-chat** $SAVA INVESTORS

**COLUM** Aug 19, 2021 12:00 PM



3:17

from:COLUM#4313 has:image

COLUM Aug 16, 2021 1:16 PM

More call buying

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11:32:13 | Sep 3 2021(W) 55 Put | 600 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 11:32:14 | Sep 3 2021(W) 55 Put | 1,400 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 11:32:14 | Sep 3 2021(W) 55 Put | 300 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 11:32:14 | Sep 3 2021(W) 55 Put | 200 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 12:00:09 | Aug 20 2021 120 Call | 994 | 8.10 | 8.10 | 8.50 | 157.2 | 120.08 | Auto Exec |
| 12:29:35 | Aug 20 2021 115 Call | 162 | 8.70 | 8.70 | 8.90 | 161.7 | 116.42 | Auto Exec |
| 12:39:12 | Aug 27 2021(W) 100 Put | 141 | 5.40 | 5.10 | 5.40 | 155.8 | 115.89 | Auto Exec |
| 12:43:43 | Aug 20 2021 90 Call | 350 | 27.00 | 26.00 | 27.00 | 196.0 | 116.21 | Auto Exec |
| 13:08:08 | Aug 20 2021 140 Call | 144 | 2.10 | 2.00 | 2.10 | 168.6 | 118.21 | Auto Exec |
| 13:09:21 | Aug 27 2021(W) 116 Call | 178 | 13.60 | 13.40 | 13.60 | 151.1 | 118.49 | Auto Exec |

main-chat $SAVA INVESTORS

COLUM Aug 16, 2021 1:00 PM

Some major option bet being placed today

SAVA

118.439 -4.131 (-3.37%) B 118.16 x 2 A 118.60 x 2 V 2,587,274

Option Statistics | Today's Biggest Trades | Probability Calculator | Profit/Loss Calculator | Strategy Ideas

As of 12:59:43 PM ET 08/16/2021

| Time | Option | Qty | Price | Bid | Ask | IV | Underlying | Condition |
|---|---|---|---|---|---|---|---|---|
| 10:20:53 | Aug 27 2021(W) 100 Put | 150 | 4.80 | 4.80 | 5.10 | 147.3 | 116.36 | Auto Exec |
| 10:30:17 | Aug 27 2021(W) 116 Call | 562 | 12.05 | 10.40 | 13.50 | 158.7 | 114.52 | MultLegA |
| 10:30:17 | Aug 27 2021(W) 120 Call | 562 | 9.70 | 8.90 | 10.50 | 149.5 | 114.52 | MultLegA |
| 10:30:17 | Aug 27 2021(W) 116 Call | 243 | 12.05 | 10.40 | 13.50 | 158.7 | 114.52 | MultLegA |
| 10:30:17 | Aug 27 2021(W) 120 Call | 243 | 9.70 | 8.90 | 10.50 | 149.5 | 114.52 | MultLegA |
| 10:49:26 | Aug 27 2021(W) 116 Call | 147 | 12.50 | 12.50 | 12.80 | 150.4 | 117.02 | Auto Exec |
| 10:50:43 | Aug 27 2021(W) 116 Call | 290 | 12.80 | 12.80 | 13.10 | 150.1 | 117.67 | Auto Exec |
| 11:02:57 | Aug 20 2021 95 Put | 350 | 1.15 | 1.15 | 1.30 | 161.0 | 115.68 | Auto Exec |
| 11:06:19 | Aug 20 2021 95 Put | 350 | 1.15 | 1.00 | 1.30 | 165.6 | 116.71 | Auto Exec |
| 11:27:22 | Aug 20 2021 115 Call | 141 | 9.80 | 9.80 | 9.90 | 154.1 | 118.87 | Auto Exec |
| 11:32:13 | Sep 3 2021(W) 55 Put | 600 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 11:32:14 | Sep 3 2021(W) 55 Put | 1,400 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 11:32:14 | Sep 3 2021(W) 55 Put | 300 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 11:32:14 | Sep 3 2021(W) 55 Put | 200 | 1.50 | 0.00 | 1.50 | 243.3 | 119.01 | SingLegFl |
| 12:00:09 | Aug 20 2021 120 Call | 994 | 8.10 | 8.10 | 8.50 | 157.2 | 120.08 | Auto Exec |
| 12:09:56 | Sep 10 2021(W) 60 Put | 118 | 2.20 | 1.25 | 2.20 | 205.8 | 118.60 | Auto Exec |
| 12:19:26 | Sep 17 2021 50 Put | 100 | 1.67 | 1.20 | 1.75 | 206.0 | 117.56 | SingLegA |
| 12:29:35 | Aug 20 2021 115 Call | 162 | 8.70 | 8.70 | 8.90 | 161.7 | 116.42 | Auto Exec |
| 12:39:12 | Aug 27 2021(W) 100 Put | 141 | 5.40 | 5.10 | 5.40 | 155.8 | 115.89 | Auto Exec |
| 12:43:43 | Aug 20 2021 90 Call | 350 | 27.00 | 26.00 | 27.00 | 196.0 | 116.21 | Auto Exec |

main-chat $SAVA INVESTORS

COLUM Aug 14, 2021 4:12 PM

More Bullish signals

3:17

from:COLUM#4313 has:image

**main-chat** $SAVA INVESTORS

**COLUM** Aug 9, 2021 3:29 PM

Someone is trying to control SP by using options

SAVA

104.91 8.50 (8.82%) B 104.80 x 1 A 105.01 x 1 V 3,530,814

Option Statistics | Today's Biggest Trades | Probability Calculator | Profit/Loss Calculator | Strategy Ideas

As of 03:27:47 PM ET 08/09/2021

| Time | Option | Qty | Price | Bid | Ask | IV | Underlying | Condition |
|---|---|---|---|---|---|---|---|---|
| 10:45:43 | Aug 20 2021 105 Call | 457 | 10.71 | 10.50 | 10.80 | 154.6 | 104.10 | MultLegA |
| 10:45:43 | Aug 13 2021(W) 95 Call | 457 | 12.17 | 12.00 | 12.50 | 166.5 | 104.10 | MultLegA |
| 09:47:23 | Aug 20 2021 100 Put | 353 | 10.75 | 9.90 | 12.30 | 159.1 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 70 Put | 353 | 1.34 | 1.20 | 1.40 | 170.0 | 101.95 | MultLegA |
| 11:01:56 | Aug 20 2021 105 Call | 338 | 11.08 | 10.90 | 11.40 | 152.6 | 105.18 | MultLegA |
| 11:01:56 | Aug 20 2021 95 Call | 338 | 16.25 | 15.60 | 16.60 | 152.7 | 105.18 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 09:41:36 | Aug 20 2021 140 Call | 149 | 2.10 | 1.80 | 2.10 | 171.8 | 99.35 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 133 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 133 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 133 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 132 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 131 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |

**main-chat** $SAVA INVESTORS

**COLUM** Aug 9, 2021 1:41 PM

Huge volumes- Multi Leg options

SAVA

105.60 9.19 (9.53%) B 105.12 x 1 A 105.45 x 4 V 2,895,343

Option Statistics | Today's Biggest Trades | Probability Calculator | Profit/Loss Calculator | Strategy Ideas

As of 01:40:36 PM ET 08/09/2021

| Time | Option | Qty | Price | Bid | Ask | IV | Underlying | Condition |
|---|---|---|---|---|---|---|---|---|
| 09:39:06 | Aug 20 2021 140 Call | 124 | 2.10 | 1.75 | 2.10 | 172.5 | 99.27 | Auto Exec |
| 09:40:42 | Aug 20 2021 140 Call | 123 | 2.10 | 1.80 | 2.10 | 172.3 | 99.15 | Auto Exec |
| 09:41:36 | Aug 20 2021 140 Call | 149 | 2.10 | 1.80 | 2.10 | 171.8 | 99.35 | Auto Exec |
| 09:47:23 | Aug 20 2021 100 Put | 353 | 10.75 | 9.90 | 12.30 | 159.1 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 70 Put | 353 | 1.34 | 1.20 | 1.40 | 170.0 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 100 Put | 130 | 11.01 | 9.90 | 12.30 | 162.8 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 70 Put | 130 | 1.31 | 1.20 | 1.40 | 168.9 | 101.95 | MultLegA |
| 09:48:44 | Aug 20 2021 100 Put | 110 | 10.70 | 10.40 | 11.70 | 159.3 | 101.52 | MultLegA |
| 10:45:43 | Aug 20 2021 105 Call | 457 | 10.71 | 10.50 | 10.80 | 154.6 | 104.10 | MultLegA |
| 10:45:43 | Aug 13 2021(W) 95 Call | 457 | 12.17 | 12.00 | 12.50 | 166.5 | 104.10 | MultLegA |
| 11:01:56 | Aug 20 2021 105 Call | 338 | 11.08 | 10.90 | 11.40 | 152.6 | 105.18 | MultLegA |
| 11:01:56 | Aug 20 2021 95 Call | 338 | 16.25 | 15.60 | 16.60 | 152.7 | 105.18 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |

3:17

from:COLUM#4313 has:image

Someone is trying to control SP by using options

SAVA

104.91 ⬆ 8.50 (8.82%) B 104.80 x 1 A 105.01 x 1 V 3,530,814

Option Statistics | Today's Biggest Trades | Probability Calculator | Profit/Loss Calculator | Strategy Ideas

As of 03:27:47 PM ET 08/09/2021

| Time | Option | Qty | Price | Bid | Ask | IV | Underlying | Condition |
|---|---|---|---|---|---|---|---|---|
| 10:45:43 | Aug 20 2021 105 Call | 457 | 10.71 | 10.50 | 10.80 | 154.6 | 104.10 | MultLegA |
| 10:45:43 | Aug 13 2021(W) 95 Call | 457 | 12.17 | 12.00 | 12.50 | 166.5 | 104.10 | MultLegA |
| 09:47:23 | Aug 20 2021 100 Put | 353 | 10.75 | 9.90 | 12.30 | 159.1 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 70 Put | 353 | 1.34 | 1.20 | 1.40 | 170.0 | 101.95 | MultLegA |
| 11:01:56 | Aug 20 2021 105 Call | 338 | 11.08 | 10.90 | 11.40 | 152.6 | 105.18 | MultLegA |
| 11:01:56 | Aug 20 2021 95 Call | 338 | 16.25 | 15.60 | 16.60 | 152.7 | 105.18 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 09:41:36 | Aug 20 2021 140 Call | 149 | 2.10 | 1.80 | 2.10 | 171.8 | 99.35 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 133 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 133 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 133 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 132 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |
| 15:24:36 | Aug 20 2021 105 Call | 131 | 11.40 | 11.40 | 11.50 | 150.2 | 105.87 | Auto Exec |

**main-chat** $SAVA INVESTORS

**COLUM** Aug 9, 2021 1:41 PM

Huge volumes- Multi Leg options

SAVA

105.60 ⬆ 9.19 (9.53%) B 105.12 x 1 A 105.45 x 4 V 2,895,343

Option Statistics | Today's Biggest Trades | Probability Calculator | Profit/Loss Calculator | Strategy Ideas

As of 01:40:36 PM ET 08/09/2021

| Time | Option | Qty | Price | Bid | Ask | IV | Underlying | Condition |
|---|---|---|---|---|---|---|---|---|
| 09:39:06 | Aug 20 2021 140 Call | 124 | 2.10 | 1.75 | 2.10 | 172.5 | 99.27 | Auto Exec |
| 09:40:42 | Aug 20 2021 140 Call | 123 | 2.10 | 1.80 | 2.10 | 172.3 | 99.15 | Auto Exec |
| 09:41:36 | Aug 20 2021 140 Call | 149 | 2.10 | 1.80 | 2.10 | 171.8 | 99.35 | Auto Exec |
| 09:47:23 | Aug 20 2021 100 Put | 353 | 10.75 | 9.90 | 12.30 | 159.1 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 70 Put | 353 | 1.34 | 1.20 | 1.40 | 170.0 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 100 Put | 130 | 11.01 | 9.90 | 12.30 | 162.8 | 101.95 | MultLegA |
| 09:47:23 | Aug 20 2021 70 Put | 130 | 1.31 | 1.20 | 1.40 | 168.9 | 101.95 | MultLegA |
| 09:48:44 | Aug 20 2021 100 Put | 110 | 10.70 | 10.40 | 11.70 | 159.3 | 101.52 | MultLegA |
| 10:45:43 | Aug 20 2021 105 Call | 457 | 10.71 | 10.50 | 10.80 | 154.6 | 104.10 | MultLegA |
| 10:45:43 | Aug 13 2021(W) 95 Call | 457 | 12.17 | 12.00 | 12.50 | 166.5 | 104.10 | MultLegA |
| 11:01:56 | Aug 20 2021 105 Call | 338 | 11.08 | 10.90 | 11.40 | 152.6 | 105.18 | MultLegA |
| 11:01:56 | Aug 20 2021 95 Call | 338 | 16.25 | 15.60 | 16.60 | 152.7 | 105.18 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 105 Put | 208 | 10.87 | 10.80 | 11.00 | 149.3 | 105.22 | MultLegA |
| 13:23:01 | Aug 20 2021 100 Put | 208 | 8.22 | 7.90 | 8.40 | 148.2 | 105.22 | MultLegA |

3:18

from:COLUM#4313 has:image

**COLUM** Jul 23, 2021 4:50 PM

The options today sure looked like they are planning a massive hit job on SAVA next week to avoid paying off on the contracts

SAVA

123.38 -3.23 (-2.55%) B 122.25 x 2 A 122.90 x 1 V 3,634,678

Option Statistics | Today's Biggest Trades | Probability Calculator | Profit/Loss Calculator | Strategy Ideas

As of 04:49:18 PM ET 07/23/2021

| Time | Option | Qty | Price | Bid | Ask | IV | Underlying | Condition |
|---|---|---|---|---|---|---|---|---|
| 09:34:05 | Jan 21 2022 120 Call | 93 | 40.00 | 39.60 | 40.00 | 120.8 | 122.49 | Auto Exec |
| 09:36:13 | Aug 20 2021 110 Call | 187 | 25.90 | 25.90 | 27.00 | 156.4 | 121.02 | Auto Exec |
| 09:45:01 | Aug 20 2021 40 Put | 98 | 0.50 | 0.35 | 0.70 | 220.3 | 126.00 | Auto Exec |
| 09:47:02 | Aug 20 2021 180 Call | 200 | 6.80 | 6.80 | 7.00 | 151.7 | 125.17 | Auto Exec |
| 09:57:45 | Aug 20 2021 60 Put | 100 | 1.64 | 1.25 | 1.65 | 186.8 | 124.31 | SingLegA |
| 09:58:56 | Aug 20 2021 60 Put | 75 | 1.45 | 1.25 | 1.45 | 181.8 | 123.74 | SingLegA |
| 10:17:14 | Nov 19 2021 165 Call | 108 | 20.80 | 22.20 | 20.80 | 123.4 | 120.57 | Auto Exec |
| 10:17:14 | Nov 19 2021 165 Call | 93 | 20.80 | 22.20 | 20.80 | 123.4 | 120.57 | Auto Exec |
| 10:34:01 | Aug 20 2021 80 Put | 100 | 4.70 | 4.40 | 4.70 | 169.0 | 121.28 | SingLegA |
| 10:45:17 | Aug 20 2021 80 Put | 93 | 5.00 | 4.50 | 5.00 | 171.3 | 119.97 | Auto Exec |
| 11:49:45 | Aug 20 2021 75 Put | 2,000 | 4.70 | 4.70 | 5.30 | 174.7 | 114.40 | MultLegFl |
| 11:49:45 | Aug 20 2021 60 Put | 1,000 | 2.20 | 2.05 | 2.30 | 187.7 | 114.40 | MultLegFl |
| 11:49:45 | Aug 20 2021 90 Put | 1,000 | 9.70 | 9.30 | 10.10 | 174.8 | 114.40 | MultLegFl |
| 12:12:19 | Aug 20 2021 60 Put | 81 | 2.10 | 2.00 | 2.10 | 188.3 | 116.19 | Auto Exec |
| 12:17:02 | Aug 20 2021 150 Call | 76 | 12.76 | 12.00 | 12.80 | 177.3 | 117.53 | SingLegA |
| 12:21:26 | Aug 20 2021 15 Put | 361 | 0.05 | 0.00 | 0.05 | 293.6 | 117.17 | Auto Exec |
| 12:22:10 | Aug 20 2021 17.5 Put | 190 | 0.10 | 0.00 | 0.10 | 288.6 | 117.31 | Auto Exec |
| 12:22:21 | Aug 20 2021 12.5 Put | 100 | 0.05 | 0.00 | 0.05 | 320.2 | 117.38 | Auto Exec |
| 12:22:21 | Aug 20 2021 12.5 Put | 100 | 0.05 | 0.00 | 0.15 | 314.3 | 117.38 | Auto Exec |
| 15:55:00 | Aug 20 2021 150 Call | 86 | 15.00 | 15.00 | 15.50 | 173.9 | 124.06 | SingLegA |

**main-chat** $SAVA INVESTORS

**COLUM** Jul 23, 2021 4:23 PM



**NOW DR BIK ! :**

Yesterdays tweet was a Joint Effort between BIK - ADAM - PR HOWARD et ALL to shake retail investors and SAVA on a timed an manipulated effort following this TWEET by BIK :

Bik:
https://twitter.com/microbiomdigest/status/1483928517452595202?s=21

Patrick Markey :
https://twitter.com/patriciomarceso/status/1483934580755337220?s=21

Adam F :
https://twitter.com/adamfeuerstein/status/1483951752785313798?s=21

Prof. Howard :
https://twitter.com/profrobhoward/status/1484057248196399104?s=21

Adrian H :
https://twitter.com/adrian_h/status/1484034863581712384?s=21
https://twitter.com/adrian_h/status/1484016429770817537?s=21

The paper Bik is referring :
This is a 2021 paper with 2-3 students. Wang is a tenured prof? This is not a coauthored paper with you , why should he cheat? What motivation for him to cheat and for what purpose especially he will be retiring soon. It does not make too much sense.
Something is not right here

10:34

#4 **Elisabeth M Bik** commented January 2022

Thank you, Dr. Yassine, for this update.

Do you know if there are any original blots, scans, or films available for Figure 9? This paper is only one year old and NIH-funded, including 4 NIH grants to the author who did the synaptosome experiments, so one might expect that the originals are still around?

report permalink Reply

#5 **Hussein N. Yassine** commented January 2022

**Author Response**

#4

We provided the original blot scan to the journal. However, additional blots were not available. My lab is now repeating the synaptosome experiments. We recognize the importance of scientific rigor and want to verify the validity of these findings by repeating these experiments.

**You have not yet installed the PubPeer browser plugin and will not see PubPeer comments on other websites. Install it here!**



*© 2022 PubPeer Foundation*

This study is for YASSINE LAB OMEGA 3 APOE4 brain study and nothing to do with SAVA but SOCIAL MEDIA SHOT IT ALL ON CASSAVA SCIENCES :

https://www.omega3brainstudy.com/
Of DR Hussein

These Blots stories are giving us all investors nightmares …
We are trying to hold lots of big whales retail investor on
But hopefully we can get more communication and fight back action from Cassava

Good luck

Anthony

Anthony Daher
514-815-9998