# EXHIBIT 124

Message

**From**: Lindsay Burns [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0baa8db7fc9e45bd8a53357cb339e048-lindsay.bur]
**Sent**: 1/4/2022 6:54:40 PM
**To**: Matthew Nachtrab [mnachtrab@gmail.com]
**Subject**: Re: False Statements by Jesse Brodkin

Thanks Matt.

I meant to mention that in your DOJ petition you used the word homogenous... this may be used in layman's terms, but the scientific term is homozygous. Just so you know.

You are really doing a lot of great work for the cause. Thanks again!

Lindsay

---

**From:** Matthew Nachtrab <mnachtrab@gmail.com>
**Sent:** Tuesday, January 4, 2022 11:12 AM
**To:** Lindsay Burns <lburns@cassavasciences.com>; Eric Schoen <eschoen@cassavasciences.com>; Singer, Guy <gsinger@orrick.com>
**Subject:** Re: False Statements by Jesse Brodkin

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Here are the posts with evidence of his short position.

**John** 24 days ago

Jesse,

You are a PhD. I'm an MD. Let's get to the bottom of this right here, right now. Answer these questions for me/us.

1) Why did Cassava spend years in the hinterlands with pti125 in all it's preclinical non-glory? Was it all part of a long con?
2) why did Cassava send their fake drug to a real lab in the P2B?
3) how did Quanterix also validate data on a fake drug?
4) how did multiple trial sites generate all those fake adasCog scores?
5) why would Cassava be doing a Phase 3 when they know their fake drug will fail?
6) why aren't insiders selling if they know their fake drug will fail?
7) why did they buy a building if they know their fake drug will fail?
8) why are they using Evonik if they know the drug is fake?
9) do you or Adrian get paid by any fund or company for your research on Cassava?
10) if your Mom had AD and you had to put her on a therapeutic would you give her aducanumab or simufilam?

Bonus question: Is Adrian an American citizen and if not, does he know what happens when non-citizens are arrested?

Less

Reply Replies (32) 71 4

Leave a reply

How are you feeling about SAVA?

Bullish Neutral Bearish

GIF Guidelines Reply

Show newer replies

**John** 24 days ago

@jesse you got a perfect score lol if perfect meant all BS. Evonik is their manufacturer. I'm actually curious what your risk tolerance is here if things start to fall against you. For example, if CUNY clears Wang I imagine you will all just cry BS. But if FDA rejects CP, will you cover? What about when drug is approved?

Reply 8 1

**jesse** 24 days ago

1. Pti125 is part of the wang con yes, the femtomolar bs was the beginning and he?s spin an elaborate story of a7 and a-beta.. all bs, nobody replicated any of it, so yes it?s a long con, but I?m not sure who other than wang knew for a long time.2. That is a good q, maybe they thought it would work because they wanted to believe and Wang gave them enough to let them fool themselves. The important part is as soon as wang wasn?t in the loop it failed3. Quanterix did not validate anything, in fact as soon as questions were raised, Quanterix mimed came out and distanced themselves, look it up.4. My guess is that Remi has access to the master file such that he can select which patients to include in his ?first 50 patients?, evidence for this is quite apparent in the shifting baselines (they should shift the day 0 unless the patient population has been changed (cherry-picked)5. To spin out as long as they can, the compensation package is based on MC, not successful drug6. Some may be thru opaque mechanism, but the lights are on the, now (sec investigation) so they dare not do it now, they are #$%$ but not stupid7. Posturing to keep up appearances, or possibly money laundering? not a very significant issue, imo8. Not familiar with this issue, please explain and point me toward some background9. Nope, just make money via short position (I guess I can only definitely speak for myself, but I have zero reason to believe Adrian is being paid and I?ve interacted with him extensively)10. Yikes, I think I?d start with the older but mildly effective Alricept or try to get her in a trial with a reputable companyGoing for the bonus points here: I?m not sure if he is a citizen, it?s never come up and I haven?t asked, why would I? I do know what Adrian knows about immigration law, we talk about sava mostly.What score did I get?

Less

https://finance.yahoo.com/quote/SAVA/community?p=SAVA&messageId=27c07097-7794-445b-8ffc-7d1d08cb3df0&replyId=4d2584cb-a64d-4831-81f3-86dda84470f0&bcmt=1

On Tue, Jan 4, 2022 at 11:19 AM Matthew Nachtrab <mnachtrab@gmail.com> wrote:

> We will add this to our various petitions, but you guys asked for us to let you know if we see blatant lies. Attached are very blatant likes by Jesse Brodkin. He is a known short. I am trying to get evidence of it on the forum posts we mentioned, but waiting for a response from the person that noted it.
>
> Regards,
>
> Matt