# EXHIBIT 128

Message

**From**: Lindsay Burns [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0baa8db7fc9e45bd8a53357cb339e048-lindsay.bur]
**Sent**: 12/19/2022 3:41:54 PM
**To**: Hoau-Yan wang [hoauyan@gmail.com]
**Subject**: Fw: Response to Nature Request for Comment (Privileged & Confidential)
**Attachments**: Review by Journal of Neuroscience Shows No Evidence of Data Manipulation in Technical Paper Foundational to Cassava Sciences_ Lead Drug Candidate.pdf

**Redacted - Privilege**

---

**From:** Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Sent:** Sunday, December 18, 2022 7:44 PM
**To:** Chris Cook <ccook@cassavasciences.com>; Remi Barbier <remi@cassavasciences.com>; Lindsay Burns <lburns@cassavasciences.com>
**Cc**: Connolly, J. Erik <econnolly@beneschlaw.com>; Frey, Timothy <TFrey@beneschlaw.com>; Carlson, Kevin <KCarlson@beneschlaw.com>
**Subject:** FW: Response to Nature Request for Comment (Privileged & Confidential)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Redacted - Privilege**

Thanks,
Kate

Benesch

Kate Watson Moss
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6329 | m: 631.807.7880
KWatsonMoss@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Watson Moss, Kate
**Sent:** Sunday, December 18, 2022 7:42 PM
**To:** Holly Else <holly.else@nature.com>
**Cc**: Connolly, J. Erik <econnolly@beneschlaw.com>; Frey, Timothy <TFrey@beneschlaw.com>; Eric Schoen <eschoen@cassavasciences.com>; Magdalena Skipper <m.skipper@nature.com>
**Subject:** RE: Response to Nature Request for Comment

Holly,

In response to your question, I would direct you to Cassava Science's November 4, 2021 press release, available at https://www.cassavasciences.com/news-releases/news-release-details/review-journal-neuroscience-shows-no-

evidence-data-manipulation and attached to this email for ease of reference. That press release contains a statement from *the Journal of Neuroscience* about the 2012 paper. It reads, with emphasis added:

The Journal of Neuroscience follows COPE [Committee on Publication Ethics] guidelines and takes any claims of misconduct very seriously. In response to allegations of data manipulation in JNeurosci 2012;32:9773-9784 [("Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A"),] the Journal requested raw data, including images of original, uncropped Western blots. The Journal determined that there was one duplicated panel in Figure 8 and a Corrigendum was requested and will be printed. ***No evidence of data manipulation was found for Western blot data***.

That statement speaks for itself, and we are not aware of any statement to the contrary.

As always, please let me know if you have any follow-up questions. Additionally, as previously requested, please forward all of our correspondence to *Nature*'s legal counsel if you have not done so already.

Best,
Kate

---

**From:** Holly Else <holly.else@nature.com>
**Sent:** Thursday, December 15, 2022 10:59 AM
**To:** Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Cc**: Connolly, J. Erik <econnolly@beneschlaw.com>; Frey, Timothy <TFrey@beneschlaw.com>; Eric Schoen <eschoen@cassavasciences.com>; Magdalena Skipper <m.skipper@nature.com>
**Subject:** RE: Response to Nature Request for Comment

Thanks Kate. This is helpful.

Just to point out that the Journal of Neuroscience told us that it has not investigated the 2012 paper "Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A". As per their policy they have referred any concerns to the institute for investigation. You note here that the editors of this journal have cleared this paper of alleged data manipulation. Have they given us incorrect information? Please can you share any details of the investigation if you dispute their comments.

I'd need to hear back by 9am UK time Monday 19 December. Thanks again for your help.

With best wishes
Holly

**From:** Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Sent:** 14 December 2022 21:49
**To:** Holly Else <holly.else@nature.com>
**Cc**: Connolly, J. Erik <econnolly@beneschlaw.com>; Frey, Timothy <TFrey@beneschlaw.com>; Eric Schoen <eschoen@cassavasciences.com>; Magdalena Skipper <m.skipper@nature.com>
**Subject:** RE: Response to Nature Request for Comment

Holly,

Thank you for the opportunity to provide further information.

Your conversations with editors are consistent with the fact that no journal has found evidence establishing data manipulation in connection with the science underlying simufilam. Notably, of the specific papers about which you have inquired, only two relate to simufilam (*Neurobiology of Aging* 2017 and *Journal of Neuroscience* 2012). In both instances,

the publishing journal found no compelling evidence of data manipulation. As you note, *Neurobiology of Aging* and *Neuroscience* found no data manipulation in the papers they published in 2017 and 2005, respectively. *The Journal of Neuroscience* also found no evidence of data manipulation in the 2012 paper it published, and Cassava Sciences issued a press release containing a statement authorized by the editor on November 4, 2021, stating that fact. **Importantly, all three scientific publications relating specifically to studies of simufilam have been cleared of alleged data manipulation by their respective editors: *Journal of Neuroscience* 2012, *Neurobiology of Aging* 2017, and *Journal of Prevention of Alzheimer's Disease* 2020.**

You are correct that certain journals have stated that they are awaiting the results of CUNY's ongoing investigation, which was initiated shortly after the unsuccessful Citizen Petition was filed. CUNY's pending investigation and the editors' actions do not, of course, corroborate the allegations made regarding the papers at issue. Indeed, *the Journal of Neuroscience* has advised Cassava Sciences, with respect to two of these papers, that it found no compelling evidence of data manipulation, as demonstrated by the journal's decision not to retract the papers. And the paper you note that was published in 2010 by *the Journal of Biological Psychiatry* does not relate to simufilam, filamin A or Cassava Sciences.

You have also referred to *PLOS One*'s decision to retract five papers. *PLOS One* did so *absent* a finding of data manipulation or other research misconduct. Cassava Sciences finds that decision to be unscientific, non-scholarly, and disappointing. Additionally, you should note some important facts with respect to *PLOS One*'s retraction decisions:

- First, none of the papers retracted by *PLOS One* relate to Alzheimer's disease research. Three of the five papers have no connection at all to Cassava Sciences, as they relate to prenatal cocaine exposure. The remaining two papers relate to the study of filamin A, but not in the context of Alzheimer's disease.

- Second, in retracting these papers, *PLOS One* failed to follow Committee on Publication Ethics (COPE) guidelines. *See* Retraction guidelines | COPE: Committee on Publication Ethics. According to COPE, the appropriate response to the concerns noted by *PLOS One* should have been to "await[ ] additional information such as from an institutional investigation" by CUNY, as other journals have done.

- Third, *PLOS One*'s assertion regarding a missing control in one paper (misstated as a lack of positive controls) should not have been a basis to retract that paper under COPE guidelines. To the contrary, the adequacy of the controls in that paper presumably was considered and accepted by the peer reviewers at the time of its acceptance

In short, for every paper relating to simufilam, journal editors have found no compelling evidence of data manipulation. In fact, no journal editor has found evidence of data manipulation in *any* of the publications queried, including those published in *PLOS One*.

I would also note that your table did not include the 2012 article published in *the Journal of Clinical Investigation* ("Demonstrated brain insulin resistance in Alzheimer's disease patients is associated with IGF-1 resistance, IRS-1 dysregulation, and cognitive decline"). That article is noteworthy in that its authors, including Dr. Wang, were subject to repeated accusations of data manipulation. Not only did journal editors find no evidence of data manipulation in that paper, but they subsequently published the 2022 editorial that we provided to you titled "Conflicting interests: when whistleblowers profit from allegations of scientific misconduct." For your convenience, I have attached the editorial again.

I hope that this information further clears up any misconceptions about Cassava Sciences and avoids the publication or republication of false and defamatory statements or implications about my client. As previously noted, Cassava Sciences will have no choice but to pursue legal action should *Nature* publish false and defamatory statements about it. Considering the legal implications of publishing false statements, I have previously asked you to acknowledge that you have shared my communications with your editor-in-chief and legal counsel. Absent such acknowledgement, I have copied *Nature*'s editor-in-chief to this email directly. I ask again that you please confirm that you have shared our correspondence with *Nature*'s legal counsel—I would also be happy to do so directly if you would like to share his or her contact information.

Please feel free to respond with any additional questions.

Thanks,

Kate

Benesch
FIRST IN SERVICE AWARD WINNER

Kate Watson Moss
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6329 | m: 631.807.7880
KWatsonMoss@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Holly Else <holly.else@nature.com>
**Sent:** Tuesday, December 13, 2022 9:27 AM
**To:** Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Frey, Timothy <TFrey@beneschlaw.com>; Eric Schoen <eschoen@cassavasciences.com>
**Subject:** RE: Response to Nature Request for Comment

Dear Ms Watson Moss

Thanks for your email and full comments. I wanted to ask a follow up about your fourth point here, specifically: "several journal editors have investigated original, uncropped images of Western blots relating to research underlying our drug candidate, simufilam, against allegations of data manipulations. None of these journal editors has found evidence of research misconduct. Indeed, many have explicitly found that no evidence has been presented to substantiate an accusation of research misconduct. We have attached two published examples for your consideration of editors who found no evidence of data manipulation despite accusations to the contrary."

Our understanding from talking to the respective journal editors is that four papers authored by Wang and published in Plos One have been retracted because the data and comments provided did not resolve concerns about the integrity and reliability of data. And in one case the investigation revealed additional concerns with lack of positive controls.

According to our reporting, the editors of five papers are waiting for the results of CUNY's investigation into allegations against Wang before making a final decision on the status of the paper. For three of these five papers no investigation into the allegations has been carried out by the journal (the journals have passed allegations onto the institution for investigation as per their policies). For two of these five papers, investigations found no evidence of data manipulation.

We also understand that investigations into two papers resulted in no action being taken as the editors either did not find any convincing evidence of data manipulation or intent to mislead, or received a timely, detailed and satisfactory response from Wang. And an investigation is complete for another paper but the result is still outstanding.

Please see below for a table listing the full details of our reporting on journal's investigations into Wang's research. You'll note that the papers highlighted in yellow list Lindsay Burns, a Cassava employee, as an author.

| Citation | Editorial action | Investigation outcome | Next steps |
|---|---|---|---|
| S 24795 limits beta-amyloid-alpha7 nicotinic receptor interaction and | Shared allegations with investigator's institutions and await feedback. | | Waiting for results of CUNY investigation. |

| | | | |
|---|---|---|---|
| reduces Alzheimer's disease-like pathologies - Biological Psychiatry (2010) | | | |
| PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis - Neurobiol Aging (2017) | Expression of concern 22 March 2022 | No compelling evidence of data manipulation intended to misrepresent results. But investigation revealed 11 errors in paper and authors have asked to correct them. | Will make final decision as to corrective action once CUNY investigation concludes. |
| Ultra-low-dose naloxone suppresses opioid tolerance, dependence and associated changes in Mu opioid receptor–G protein coupling and Gβγ signaling - Neuroscience (2005) | Editorial note February 2022 | No evidence of manipulation of Western blot data or other figures. | Will consider any information arising from CUNY investigation. |
| Cannabinoid-induced tolerance is associated with a CB1 receptor G protein coupling switch that is prevented by ultra-low dose rimonabant Behavioural Pharmacology (2007), | None taken | Editors received timely, detailed and satisfactory response from Dr Wang. | |
| High-Affinity Naloxone Binding to Filamin A Prevents Mu Opioid Receptor–Gs Coupling Underlying Opioid Tolerance and Dependence - PLoS ONE (date) | Retracted March 2022 | Data and comments provided did not resolve concerns about integrity or reliability of data. | |
| Prenatal Cocaine Exposure Uncouples mGluR1 from Homer1 and Gq Proteins. PLoS ONE (2014) | Retracted March 2022 | Data and comments provided did not resolve concerns about the integrity and reliability of data. | |
| Prenatal Cocaine Exposure Upregulates BDNF-TrkB Signaling. PLoS ONE (2016) | Retracted March 2022 | In only one of four areas did data and comments resolve concerns about integrity and reliability of data. | |

| | | | |
|---|---|---|---|
| Naloxone's Pentapeptide Binding Site on Filamin A Blocks Mu Opioid Receptor–Gs Coupling and CREB Activation of Acute Morphine. PLoS ONE (2009) | Retracted March 2022 | Data and comments provided did not resolve concerns about the integrity and reliability of data. Investigation revealed additional concerns with lack of positive controls | |
| Prenatal Cocaine Exposure Increases Synaptic Localization of a Neuronal RasGEF, GRASP-1 via Hyperphosphorylation of AMPAR Anchoring Protein, GRIP. PLoS ONE | Retracted March 2022 | Data and comments provided did not resolve concerns about the integrity and reliability of data. | |
| PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients - The Journal of Prevention of Alzheimer s Disease (2020) | No action taken | Did not find convincing evidence of manipulation of data or intent to mislead | |
| Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A - Journal of Neuroscience (2012) | Erratum November 2021<br><br>Expression of concern December 2021 | Investigations are carried out by appropriate institutions and not the journal. | Waiting for results of CUNY investigation |
| Dissociating β-Amyloid from α7 Nicotinic Acetylcholine Receptor by a Novel Therapeutic Agent, S 24795, Normalizes α7 Nicotinic Acetylcholine and NMDA Receptor Function in Alzheimer's Disease Brain - Journal of Neuroscience (2009) | Expression of concern January 2022 | Investigations are carried out by appropriate institutions and not the journal. | Waiting for results of CUNY investigation |
| Stress Diminishes BDNF-stimulated TrkB Signaling, TrkB-NMDA Receptor Linkage and Neuronal Activity in the | Corrected May 2022 | The Editor has contacted the authors and investigated these issues carefully | Readers will be updated shortly [am chasing an update on this] |

| | | | |
|---|---|---|---|
| Rat Brain - Neuroscience (2021) | | | |

My question was "Nature understands that at least 8 scientific journals are investigating or have investigated research by Wang (please see papers listed below and note that some directly relate to simufilam and/ or foundational research related to the drug and mechanism of action) over concerns of manipulated images and data, and other integrity concerns. How do you respond?"

I'd like to follow up about the papers where investigation results are outstanding or the journal is relying on the outcome of CUNY's investigation before taking a final decision on the status of the paper. What is Cassava's response to this?

I'd be looking for comment by 9am UK time Thursday 15th December.

With thanks and best wishes

Holly

**From:** Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Sent:** 13 December 2022 03:34
**To:** Holly Else <holly.else@nature.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Frey, Timothy <TFrey@beneschlaw.com>; Eric Schoen <eschoen@cassavasciences.com>
**Subject:** Response to Nature Request for Comment

Dear Ms. Else,

This law firm represents Cassava Sciences, Inc. Eric Schoen forwarded your message, reproduced below, regarding an upcoming story about Cassava Sciences in *Nature*. I write to address the questions you set forth in that email.

***First***, allegations of research misconduct at Cassava Sciences are old news. The origin of these false and baseless attacks is a failed Citizen Petition filed with the FDA in August 2021. This was filed on behalf of admitted short sellers of Cassava Sciences' stock who presumably profited from drops in the price of Cassava Sciences stock. Indeed, Bloomberg News reported that "short sellers betting against" Cassava Sciences stock made $100 million in the month of August 2021 alone. The accusations against Cassava Sciences were unsubstantiated then and they are unsubstantiated now. For a timely discussion regarding the use of science allegations to make money on Wall Street, please see the attached editorial recently published in the *Journal of Clinical Investigations*.

***Second***, *Science* published an article regarding these allegations in July 2022. This piece contains a number of significant factual misstatements, false implications, and scientific misunderstandings. Cassava Sciences has sent two letters to *Science* providing accurate information in the interest of compelling *Science* to correct these errors—they are attached. These letters explain, in great detail, the many problems with Mr. Piller's reporting and the *Science* article. **Under U.S. law, should *Nature* repeat any false and defamatory statements and implications from the *Science* story, it would be legally liable just as if it had published those statements itself in the first place.** *See Yeager v. Bowlin*, 693 F.3d 1076, 1082 (9th Cir. 2012) (republication of defamatory statements in new story creates new cause of action under the republication doctrine).

***Third***, Cassava Sciences has repeatedly and categorically denied any and all accusations of misconduct and data manipulation. It bears repeating again: No government agency has accused Cassava Sciences of any type of dishonest behavior, and no actual witnesses have corroborated the unfounded accusations contained in the Citizen Petitions. The

statements published in the Citizen Petitions and elsewhere have resulted in a defamation action filed in the Southern District of New York against the individuals and entities spreading these intentional falsehoods. For an accurate description of the attacks on Cassava Sciences' reputation, I encourage you to read the Complaint filed in that lawsuit—it is attached.

***Fourth***, several journal editors have investigated original, uncropped images of Western blots relating to research underlying our drug candidate, simufilam, against allegations of data manipulations. None of these journal editors has found evidence of research misconduct. Indeed, many have explicitly found that no evidence has been presented to substantiate an accusation of research misconduct. We have attached two published examples for your consideration of editors who found no evidence of data manipulation despite accusations to the contrary.

***Fifth***, with respect to your questions regarding "overselling" open-label clinical data, Cassava Sciences has accurately and transparently provided information regarding the nature and limitations of study results relating to simufilam. Cassava Sciences' press release dated September 22, 2021, which your email quotes, contains the following statements:

- "Treatment effects observed in an open-label study are not proof of drug safety or efficacy, nor can open-label data predict clinical success in a Phase 3 program. Proof of safety and efficacy will always rest on results of a randomized, double-blind, placebo-controlled pivotal Phase 3 clinical program, which has not yet been conducted with simufilam."

- "Drug development involves a high degree of risk, and historically only a small number of research and development programs result in commercialization of a product."

As these statements make clear, Cassava Sciences is committed to open and accurate discussion of the scientific and clinical evidence relating to the safety and efficacy of simufilam, regardless whether that evidence benefits the company.

***Last***, the scientific community is rethinking the causes of Alzheimer's disease and looking to alternative explanations and potential solutions. As an example, please see the attached paper by a group of Japanese researchers published on May 25, 2022, in *Science Advances*, the online journal of the AAAS, in which they found that filamin A promotes tau aggregation and pathology. Please review the attached paper published in *Molecular Neurobiology* on November 18, 2022, by scientists at the University of Montreal who likewise found a connection between filamin A and tau pathology, as well as an increased incidence of insoluble filamin A in the brain of Alzheimer's disease patients. These independent researchers are unaffiliated with Cassava Sciences. Yet, like Cassava Sciences, they are finding data for filamin A protein in neurodegeneration.

Cassava Sciences' resolve in developing potential treatments for Alzheimer's disease will not be shaken by short sellers or biased journalism. Cassava Sciences remains committed to helping millions of people impacted by Alzheimer's. To that end, I would direct you to this presentation, https://www.cassavasciences.com/static-files/f1ddbb12-1fc7-4769-943a-f77db52f8f06, which sets forth the clinical development of simufilam for the proposed treatment of Alzheimer's disease. As indicated in that presentation, simufilam's Phase 3 study is ongoing, following a successful End-of-Phase 2 meeting between Cassava Sciences and the FDA. In light of these positive developments, Cassava Sciences has no intention of changing course based on false narratives and unscientific conjecture. Cassava Sciences works for patients. The company has no time for short-sellers on Wall Street, or naysayers who aspire to gain clicks, fame or fortune on Twitter. In the end, the results of Cassava Sciences' Phase 3 program will determine whether simufilam is a safe and effective drug to treat people suffering from Alzheimer's disease.

I hope that this information clears up any misconceptions you may have about Cassava Sciences and prevents the publication of false and defamatory statements or implications about my client. Cassava Sciences will have no choice but to pursue legal action should *Nature* publish false and defamatory statements about it. **In light of the legal implications of publishing false statements, please acknowledge that you have shared my email communication with your editor-in-chief and legal counsel.**

Please feel free to reach out to me directly should you have any additional questions.

Best,

Kate Watson Moss

*****BEGIN FORWARDED MESSAGE*****

Benesch

FIRST IN SERVICE AWARD WINNER

Kate Watson Moss
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6329 | m: 631.807.7880
KWatsonMoss@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Holly Else <holly.else@nature.com>
**Sent:** Thursday, December 8, 2022 3:18 PM
**To:** Eric Schoen <eschoen@cassavasciences.com>
**Subject:** Nature News request for comment re allegations of research misconduct

Dear Eric Schoen

I am a journalist at Nature and I am writing an article about Cassava Science's Alzheimer's drug simufilam. The article mentions that research on this topic is being scrutinised for allegations of research misconduct. I am contacting Cassava to get its response to the allegations. Please respond to the questions below by 9am UK time Tuesday 13 December.

With best wishes
Holly

1. Some people dispute the integrity of the research underlying the Alzheimer's drug simufilam with allegations of image and data manipulation. How do you respond?

2. A citizen's petition was lodged with the FDA in August 2021 raising concerns about image manipulation in the research surrounding simufilam. In it, the petitioners said they had grave concerns about the quality and integrity of the laboratory-based studies. How do you respond?
3. Nature understands that the City University of New York is investigating Hoau-Yan Wang and his work over fears of research misconduct. Hoau-Yan Wang has published several papers that Cassava say are key to the research into simufilam. How do you respond to the fact that he is being investigated?
4. Nature understands that the US Securities and Exchange Commission is investigating Cassava over suspicions that the company manipulated research results for simufilam. How do you respond?
5. Nature understands that at least 8 scientific journals are investigating or have investigated research by Wang (please see papers listed below and note that some directly relate to simufilam and/ or foundational research related to the drug and mechanism of action) over concerns of manipulated images and data, and other integrity concerns. How do you respond?

| |
|---|
| S 24795 limits beta-amyloid-alpha7 nicotinic receptor interaction and reduces Alzheimer's disease-like pathologies - Biological Psychiatry (2010) |

| |
|---|
| PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis - Neurobiol Aging (2017) |
| Ultra-low-dose naloxone suppresses opioid tolerance, dependence and associated changes in Mu opioid receptor–G protein coupling and Gβγ signaling - Neuroscience (2005) |
| Cannabinoid-induced tolerance is associated with a CB1 receptor G protein coupling switch that is prevented by ultra-low dose rimonabant Behavioural Pharmacology (2007), |
| High-Affinity Naloxone Binding to Filamin A Prevents Mu Opioid Receptor–Gs Coupling Underlying Opioid Tolerance and Dependence - PLoS ONE (date) |
| Prenatal Cocaine Exposure Uncouples mGluR1 from Homer1 and Gq Proteins. PLoS ONE (2014) |
| Prenatal Cocaine Exposure Upregulates BDNF-TrkB Signaling. PLoS ONE (2016) |
| Naloxone's Pentapeptide Binding Site on Filamin A Blocks Mu Opioid Receptor–Gs Coupling and CREB Activation of Acute Morphine. PLoS ONE (2009) |
| |
| TI-125 Reduces Biomarkers of Alzheimer's Disease in Patients - The Journal of Prevention of Alzheimer s Disease (2020) |
| Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A - Journal of Neuroscience (2012) |
| Dissociating β-Amyloid from α7 Nicotinic Acetylcholine Receptor by a Novel Therapeutic Agent, S 24795, Normalizes α7 Nicotinic Acetylcholine and NMDA Receptor Function in Alzheimer's Disease Brain - Journal of Neuroscience (2009) |
| Stress Diminishes BDNF-stimulated TrkB Signaling, TrkB-NMDA Receptor Linkage and Neuronal Activity in the Rat Brain - Neuroscience (2021) |
| Demonstrated brain insulin resistance in Alzheimer's disease patients is associated with IGF-1 resistance, IRS-1 dysregulation, and cognitive decline – Journal of Clinical Investigation (2012) |

6. A group of individuals have raised concerns about image and data manipulation and other integrity issues with journal editors about 32 research papers surrounding or related to simufilam, or co-authored by Wang and say that the claims are true. How do you respond?

7. How do you respond to allegations that the lawsuit brought against Heilbut, Brodkin, Markey and Milioris by Cassava is an attack?

8. One person that Nature spoke to says that Cassava is making "extraordinary claims" about simufilam. How do you respond?

9. Some researchers that Nature has interviewed say that the mechanism of action of simufilam hasn't been on researcher's radars and the fact that it hasn't been widely studied means it hasn't been confirmed. How do you respond?
10. A researcher that Nature has interviewed says that Cassava is overselling the interim results about simufilam, documented in a September 2021 press release (https://www.cassavasciences.com/news-releases/news-release-details/cassava-sciences-announces-top-line-results-12-month-interim). How do you respond?
11. The same researcher says that the trial has no placebo or blinding, which means Cassava is going beyond the data to claim efficacy of the drug. How do you respond?

Holly Else
Reporter, Nature
Nature Research

Please note I do not work on Wednesdays or Fridays.

4 Crinan Street London N1 9XW
T: +44 (0) 20 7843 4858
M: +44 (0) 7388 385461
E: holly.else@nature.com
@Hollyelse
nature.com
---
Contact me securely: hollyelse@protonmail.com
Got a story? Send us a tip: https://www.nature.com/nature/about/send-a-news-tip
---
Visitor address: Porters Gate Reception, Wharfdale Road, London, UK
---
Nature Research is a flagship portfolio of journals, products and services, including *Nature* and the Nature-branded journals. Nature Research is part of Springer Nature, one of the world's leading global research, educational and professional publishers.

---

DISCLAIMER: This e-mail is confidential and should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage mechanism. Springer Nature Limited does not accept liability for any statements made which are clearly the sender's own and not expressly made on behalf of Springer Nature Ltd or one of their agents.
Please note that Springer Nature Limited and their agents and affiliates do not accept any responsibility for viruses or malware that may be contained in this e-mail or its attachments and it is your responsibility to scan the e-mail and attachments (if any).
Springer Nature Limited. Registered office: The Campus, 4 Crinan Street, London, N1 9XW. Registered Number: 00785998 England.