# EXHIBIT 130

Message

**From:** Lindsay Burns [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0BAA8DB7FC9E45BD8A53357CB339E048-LINDSAY.BUR]
**Sent:** 1/9/2023 3:19:20 PM
**To:** Hoau-Yan wang [hoauyan@gmail.com]
**CC:** Remi Barbier [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c465f0a076834b22970e27c2483c751a-remi.barbie]; Watson Moss, Kate [KWatsonMoss@beneschlaw.com]
**Subject:** FW: Aging and Disease - Decision on Manuscript ID AD-2022-1538

I cannot take it.

-----Original Message-----
From: Kunlin Jin <onbehalfof@manuscriptcentral.com>
Sent: Monday, January 9, 2023 3:17 PM
To: Lindsay Burns <lburns@cassavasciences.com>
Subject: Aging and Disease - Decision on Manuscript ID AD-2022-1538

[You don't often get email from onbehalfof@manuscriptcentral.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

10-Jan-2023

Dear Dr. Burns:

I write you in regards to manuscript # AD-2022-1538 entitled "Simufilam suppresses overactive mTOR and restores its sensitivity to insulin in Alzheimer's disease patient lymphocytes" which you submitted to the Aging and Disease.

25 experts, including 7 suggested reviewers, in the field have been invited, but none of them agreed to review your paper. We wish you to submit your paper to other journals.

We hope that our expedited editorial decision will allow you to submit your work to another journal with minimal delay.

We greatly appreciate your interest in publishing in Aging and Disease.

Sincerely,
Dr. Kunlin Jin
Editor-in-Chief, Aging and Disease
editorial@aginganddisease.org