# EXHIBIT 132

Message

| | |
|---|---|
| **From**: | Gabriel Olander [golander@gmail.com] |
| **Sent**: | 4/22/2022 2:19:37 AM |
| **To**: | Lindsay Burns [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0baa8db7fc9e45bd8a53357cb339e048-lindsay.bur]; Matthew Nachtrab [mnachtrab@gmail.com] |
| **Subject**: | Fwd: Concerns raised to the attention of COPE regarding retractions in PLOS ONE |
| **Attachments**: | Letter 1 Guideline Violation.pdf; Letter 2 Providing Context.pdf |

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

FYI on the reader submission...

---------- Forwarded message ---------
From: **Gabriel Olander** <golander@gmail.com>
Date: Fri, Apr 22, 2022 at 12:17 AM
Subject: Re: Concerns raised to the attention of COPE regarding retractions in PLOS ONE
To: Iratxe Puebla <cope_assistant@publicationethics.org>

Dear Iratxe,

Please find my comments to the Facilitation and Integrity subcommittee on this matter in the form of (1) a letter specifying the COPE guidelines I believe were violated by the retraction and (2) a letter providing context of the larger situation and urgent need for COPE to intervene.

I have not copied the member, as I am not under the impression it is the typical process for *submitting* complaint information and there has been a troubling pattern of harassment as noted in letter (2). Also, I believe the factual record is well established and there may be no need for additional fact gathering. I would, however, appreciate continuing to be copied on further overall correspondence if COPE deems doing so appropriate.

I will send the attachments in a separate email in case their large size creates a problem.

If you have any questions, please do not hesitate to contact me.
Gabriel Olander
703-254-7246

On Fri, Apr 15, 2022 at 10:43 PM Iratxe Puebla <cope_assistant@publicationethics.org> wrote:

> Dear Dr Nachtrab, Dr Hoch and Dr Burns,
>
> Thank you for your emails, I acknowledge receipt. I have raised the correspondence to the attention of the member of the Facilitation and Integrity subcommittee who is reviewing the matter.
>
> Dr Nachtrab, you may submit a response next week; if you provide this I'll also share it with the subcommittee member.

With best wishes,

Iratxe
Iratxe Puebla
Facilitation and Integrity Officer
Committee on Publication Ethics (COPE)
www.publicationethics.org

Registered charity No 1123023
Registered in England and Wales, Company No 6389120
Registered office: COPE, New Kings Court, Tollgate, Chandler's Ford, Eastleigh, Hampshire, SO53 3LG, UK

On Fri, Apr 15, 2022 at 5:51 PM Lindsay Burns <lburns@cassavasciences.com> wrote:

Dear Iratxe,

One more relevant document is Dr. Wang's response to these retractions, attached. Thank you again for assisting in this matter.

Best wishes,
Lindsay

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Friday, April 15, 2022 9:13 AM
**To:** Renee Hoch <rhoch@plos.org>; Iratxe Puebla <cope_assistant@publicationethics.org>
**Cc:** golander@gmail.com <golander@gmail.com>; mnachtrab@gmail.com <mnachtrab@gmail.com>
**Subject:** Re: Concerns raised to the attention of COPE regarding retractions in PLOS ONE

Dear Iratxe,

In case it is helpful, here are author responses to additional queries (second round) of four of the five papers.

Best regards,
Lindsay

---

**From:** Renee Hoch <rhoch@plos.org>
**Sent:** Friday, April 15, 2022 8:54 AM
**To:** Iratxe Puebla <cope_assistant@publicationethics.org>
**Cc:** golander@gmail.com <golander@gmail.com>; mnachtrab@gmail.com <mnachtrab@gmail.com>; Lindsay Burns <lburns@cassavasciences.com>
**Subject:** RE: Concerns raised to the attention of COPE regarding retractions in PLOS ONE

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Iratxe,

Please let me know if the COPE Facilitation and Integrity Committee would like PLOS to provide point by point responses to the issues raised by Dr. Burns.

For now, I would like to note to the Facilitation and Integrity Committee that the issue raised in point 1 of Dr. Burns' email was addressed directly in correspondence from PLOS to the corresponding author(s)* in February, 2022. Dr. Burns is an author only on two of the affected articles (pone.0001554 and pone.0004282), and is corresponding author for only one (pone.0004282). Mr. Nachtrab is not an author on any of the five articles and so was not involved in any of the case correspondence; to my knowledge the same is true of the other reader cc'd in this discussion.

* For pone.0004282, PLOS also included Dr. Wang and a third individual on the follow-up queries due to the email header on the message through which PLOS received comments and data in the first round of discussion.

Per PLOS' Ethical Publishing Practice Policy, "*We consider information and materials received in ethics case follow-up discussions as confidential, but we reserve the right to share relevant information with others involved in the case (e.g. editors, reviewers, other journals, affected data repositories), discuss the case at a COPE forum, and/or contact authors' institutions, funders or regulatory bodies, in accordance with COPE guidelines.*" According to this policy we would not ordinarily share case details with readers; we do not consider readers contesting a case outcomes as those "involved in the case" and with whom we would share confidential case information. (In this case, Dr. Burns is in this category for pone.0025019, pone.0091671, and pone.0160585.)

I have concerns about the conflict in this case between honoring COPE's request for transparency in these review discussions and PLOS' ability to uphold this aspect of our policy. While I did not raise this in my first response to COPE, I would be grateful for your/COPE's input on how COPE would like PLOS to proceed in these discussions in light of this conflict, particularly if follow-up comments or queries involve details of our case correspondence and/or editorial assessments.

Best regards,

Renee

Renee Hoch, PhD
Senior Editor, Team Manager Publication Ethics

**PLOS**

**Empowering researchers to transform science**

1265 Battery Street, Floor 2, San Francisco, CA 94111
rhoch@plos.org

*CONFIDENTIAL: This email and any attachments are confidential and for the sole use of the individual(s) to whom they are addressed. If you have received this message in error please delete the message and notify the sender. Note that information and text in this correspondence should not be disclosed, copied, distributed, or used without explicit permission from PLOS.*

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Friday, April 15, 2022 3:49 AM
**To:** Iratxe Puebla <cope_assistant@publicationethics.org>; Renee Hoch <rhoch@plos.org>
**Cc:** golander@gmail.com; mnachtrab@gmail.com
**Subject:** Re: Concerns raised to the attention of COPE regarding retractions in PLOS ONE

[CAUTION: External Email. ]

Dear Iratxe,

Thank you for raising this matter to the Facilitation and Integrity subcommittee. I would like to add the following:

1. Dr. Hoch's response is the first that I have heard that the retractions were due to the original images "not matching" the published images. If a wrong image was erroneously supplied (which I don't believe was the case), this does not constitute image manipulation. Further, per the attached email communication from Dr. Hoch to me (with a response by one of the independent Western blot experts at the top of the thread), Dr. Hoch had provided a different reason as most noteworthy: "...similarities between background patterns observed in the blot data provided to PLOS. This is a major concern that contributed to the editorial decision..."

2.

3. Dr. Hoch may not have read the letters provided by independent Western blot experts, as she incorrectly stated that the three letters were from "an" independent third-party. The third letter was from a second independent Western blot expert. I will attach all three letters here, which were disregarded in the decision to retract, along with the author explanations.

4.

5. Dr. Hoch states in her response that PLOS One followed COPE guidelines and retracted because the data images provided were "insufficient to resolve the concerns." This is in direct contradiction to an email from the PLOS One CEO provided to one of the people filing a complaint to COPE. In this email, Alison Mudditt stated: "You appear to have interpreted the COPE image manipulation (and retraction) guidelines differently: while you believe that there was only unclear evidence of manipulation (in which case, PLOS should have referred to the institution before retracting), PLOS believes that there was clear evidence of manipulation (which does not require pre-retraction referral to the institution)."

Thank you again for helping us to resolve this matter.

Best regards,

Lindsay

**Lindsay H. Burns, PhD**

SVP, Neuroscience

Cassava Sciences, Inc.

O: 512-501-2484 C: 512-574-4238

www.cassavasciences.com

CASSAVA sciences

---

**From:** Iratxe Puebla <cope_assistant@publicationethics.org>
**Sent:** Friday, April 15, 2022 12:57 AM
**To:** Renee Hoch <rhoch@plos.org>
**Cc:** Lindsay Burns <lburns@cassavasciences.com>; golander@gmail.com <golander@gmail.com>; mnachtrab@gmail.com <mnachtrab@gmail.com>
**Subject:** Re: Concerns raised to the attention of COPE regarding retractions in PLOS ONE

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Dr Hoch,

Thank you for providing this response. I have raised it to the attention of the member of the Facilitation and Integrity subcommittee who is reviewing the matter.

With best wishes,

Iratxe

Iratxe Puebla

Facilitation and Integrity Officer

Committee on Publication Ethics (COPE)

www.publicationethics.org

Registered charity No 1123023

Registered in England and Wales, Company No 6389120

Registered office: COPE, New Kings Court, Tollgate, Chandler's Ford, Eastleigh, Hampshire, SO53 3LG, UK

On Thu, Apr 14, 2022 at 9:51 PM Renee Hoch <rhoch@plos.org> wrote:

Dear Iratxe, (cc to Dr. Burns and readers)

Attached, please find PLOS' responses to the questions posed in your April 10 email about the post-publication cases involving the following articles:

- Wang H-Y, Frankfurt M, Burns LH (2008) High-Affinity Naloxone Binding to Filamin A Prevents Mu Opioid Receptor–Gs Coupling Underlying Opioid Tolerance and Dependence. PLoS ONE 3(2): e1554. https://doi.org/10.1371/journal.pone.0001554
- Wang H-Y, Burns LH (2009) Naloxone's Pentapeptide Binding Site on Filamin A Blocks Mu Opioid Receptor–Gs Coupling and CREB Activation of Acute Morphine. PLoS ONE 4(1): e4282. https://doi.org/10.1371/journal.pone.0004282
- Bakshi K, Kosciuk M, Nagele RG, Friedman E, Wang H-Y (2011) Prenatal Cocaine Exposure Increases Synaptic Localization of a Neuronal RasGEF, GRASP-1 via Hyperphosphorylation of AMPAR Anchoring Protein, GRIP. PLoS ONE 6(9): e25019. https://doi.org/10.1371/journal.pone.0025019
- Bakshi K, Parihar R, Goswami SK, Walsh M, Friedman E, Wang H-Y (2014) Prenatal Cocaine Exposure Uncouples mGluR1 from Homer1 and Gq Proteins. PLoS ONE 9(3): e91671. https://doi.org/10.1371/journal.pone.0091671
- Stucky A, Bakshi KP, Friedman E, Wang H-Y (2016) Prenatal Cocaine Exposure Upregulates BDNF-TrkB Signaling. PLoS ONE 11(8): e0160585. https://doi.org/10.1371/journal.pone.0160585

Please don't hesitate to email me again if you would like any additional information, if you would like me to clarify any of the information in the attached document or retraction notices, or if you require further details or documentation regarding our editorial assessment of the individual articles. We are happy to cooperate with COPE in your review of this case, and we welcome your feedback regarding the steps we took to address the concerns about these articles.

Thank you for your consideration.

Best regards,

Renee

Renee Hoch, PhD
Senior Editor, Team Manager Publication Ethics

**PLOS**

**Empowering researchers to transform science**

1265 Battery Street, Floor 2, San Francisco, CA 94111
rhoch@plos.org

*CONFIDENTIAL: This email and any attachments are confidential and for the sole use of the individual(s) to whom they are addressed. If you have received this message in error please delete the message and notify the sender. Note that information and text in this correspondence should not be disclosed, copied, distributed, or used without explicit permission from PLOS.*

**From:** Iratxe Puebla <cope_assistant@publicationethics.org>
**Sent:** Sunday, April 10, 2022 10:59 PM
**To:** Renee Hoch <rhoch@plos.org>
**Cc:** lburns@cassavasciences.com; golander@gmail.com; mnachtrab@gmail.com
**Subject:** Concerns raised to the attention of COPE regarding retractions in PLOS ONE

[CAUTION: External Email. ]

Dear Dr Hoch,

I am writing to you as Lindsay Burns as well as two readers - all cc-d in this email- have contacted the Committee on Publication Ethics (COPE) to raise concerns in relation to the retractions of five publications in *PLOS ONE* by Dr Hoau-Yan Wang. The retracted articles are listed below:

Wang H-Y, Frankfurt M, Burns LH (2008) High-Affinity Naloxone Binding to Filamin A Prevents Mu Opioid Receptor-Gs Coupling Underlying Opioid Tolerance and Dependence. PLoS ONE 3(2): e1554. https://doi.org/10.1371/journal.pone.0001554

Wang H-Y, Burns LH (2009) Naloxone's Pentapeptide Binding Site on Filamin A Blocks Mu Opioid Receptor-Gs Coupling and CREB Activation of Acute Morphine. PLoS ONE 4(1): e4282. https://doi.org/10.1371/journal.pone.0004282

Bakshi K, Kosciuk M, Nagele RG, Friedman E, Wang H-Y (2011) Prenatal Cocaine Exposure Increases Synaptic Localization of a Neuronal RasGEF, GRASP-1 via Hyperphosphorylation of AMPAR Anchoring Protein, GRIP. PLoS ONE 6(9): e25019. https://doi.org/10.1371/journal.pone.0025019

Bakshi K, Parihar R, Goswami SK, Walsh M, Friedman E, Wang H-Y (2014) Prenatal Cocaine Exposure Uncouples mGluR1 from Homer1 and Gq Proteins. PLoS ONE 9(3): e91671. https://doi.org/10.1371/journal.pone.0091671

Stucky A, Bakshi KP, Friedman E, Wang H-Y (2016) Prenatal Cocaine Exposure Upregulates BDNF-TrkB Signaling. PLoS ONE 11(8): e0160585. https://doi.org/10.1371/journal.pone.0160585

As you know, COPE's role is primarily to provide advice for member editors and journals and to promote a better understanding of publication ethics. If concerns are raised to COPE's attention, we aim to provide guidance on whether there are any actions that are not aligned with the COPE Core Practices or COPE guidelines and provide advice in relation to disagreements between the reader/author and the editor. We do not seek to interfere with specific editorial decisions.

With this in mind, we are writing to you in the hope that we can facilitate a dialogue in relation to the concerns raised. In order to make the process as transparent and constructive as possible, we have copied the individuals who raised concerns into this email and request that you do the same in your reply.

The concerns submitted to COPE relate to the handling of the retractions for the publications. The presenters feel that the issues raised about background similarities in the images are not justified and that *PLOS ONE* proceeded with retraction even though clear evidence of image manipulation had not been established. The presenters view this as inconsistent with the COPE

Retraction guidelines. In addition, the presenters feel that *PLOS ONE* did not follow the journal's process for image manipulation issues as it did not raise the concerns about the images to the attention of the author's institution, even though there was an ongoing investigation at the City University of New York. The presenters feel that the journal should have solicited input from the institution and await its recommendation. The presenters have also noted concerns about potential competing interests on the part of the individual who raised the concerns about the images.

We would very much appreciate hearing your comments in relation to the presenters' concerns, so that we can ascertain what advice we are able to provide.

We would be grateful if you could please comment on the process the journal followed to evaluate the image concerns in the five publications and to handle the retractions. Could you please provide the following:

•

•

• A summary of the process followed to review the concerns about the five articles and to handle the

• retractions of the publications.

•

•

•

• Comments on whether the journal considered other approaches to correct the record (e.g. Corrections

• or Expressions of Concern), and if so, on the circumstances that informed the decision to pursue retractions for all articles.

•

•

•

• Clarification on whether the journal raised the concerns about the articles to the attention of the

• institution, and if this step was not taken, the context for not escalating the matter to the City University of New York.

•

•

•

• Clarification on whether the journal reviewed the concerns about potential competing interests by the

• individual who noted the similarities in the images, and if so, how this was considered as part of the follow-up process.

•

•

- 
- Information on the policies and processes in place at the journal to handle post-publication concerns
- about published articles.
- 

Many thanks for helping us address these concerns. We look forward to hearing from you.

With best wishes,

Iratxe

Iratxe Puebla
Facilitation and Integrity Officer
Committee on Publication Ethics (COPE)
www.publicationethics.org

Registered charity No 1123023
Registered in England and Wales, Company No 6389120
Registered office: COPE, New Kings Court, Tollgate, Chandler's Ford, Eastleigh, Hampshire, SO53 3LG, UK

On behalf of

COPE Facilitation and Integrity subcommittee