# EXHIBIT 148

**From:** Lindsay Burns
**Sent:** Thu, 26 Jan 2023 13:33:52 -05:00
**To:** Kate Watson Moss
**Cc:** Remi Barbier; Chris Cook
**Subject:** AH on Twitter


13:31
◀ Discord
5G
Adam Feuerstein
@adamfeuerstein
$SAVA - today's updated results tell you that simulfilam is no better than a placebo in Alzheimer's disease.
that's the most important and correct interpretation of the n=200 data from this open label study.
10:15 · 2023-01-24 · 84.7K Views
146 Likes 23 Retweets 12 Quotes


Adrian H @Adrian_H · 1d
Replying to @adamfeuerstein
The most important interpretation is that it confirmed that Remi has given up and is now playing defense.
1
1
6
833

Lindsay



13:31
◄ Discord
5G

**Adam Feuerstein**
@adamfeuerstein

$SAVA - today's updated results tell you that simulfilam is no better than a placebo in Alzheimer's disease.

that's the most important and correct interpretation of the n=200 data from this open label study.

10:15 · 2023-01-24 · **84.7K** Views

**146** Likes **23** Retweets **12** Quotes

**Adrian H** @Adrian_H · 1d
Replying to @adamfeuerstein
The most important interpretation is that it confirmed that Remi has given up and is now playing defense.
1 1 6 833