# EXHIBIT 149

**From:** Remi Barbier
**Sent:** Mon, 20 Jun 2022 16:35:15 -04:00
**To:** Charles Piller
**Cc:** Lindsay Burns
**Bcc:** Connolly, J. Erik; Watson Moss, Kate
**Subject:** RE: Journalist query – time sensitive

Hello Mr. Piller -

You've sent me below a lot of material to digest, including a 100-page PowerPoint presentation. It will take a couple of days to review (and today is a national holiday). Rest assured, we will respond timely.

Science is about accountability, transparency and authorship. I don't see these traits in the presentation you sent me. This raises some rudimentary questions, to which I would like your timely response: Who sent you the presentation and when? Who authored the presentation and what are their credentials? Have the author(s) and your sources fully disclosed competitive and financial interests and affiliations? Also, who is the specific party paying you to report on the allegations?

My brief glance at the presentation shows it has a negative and accusatory slant, generally consistent with prior allegations about our science. I am on record as stating such allegations are false.

Of course, we take allegations of research misconduct seriously. Since August 2021, such allegations have caused us to spend serious resources on investigative and related services. This includes over $3MM on legal fees, independent advisors or outside experts; providing nearly 100,000 pages of documents to an alphabet soup of outside investigative agencies; and asking CUNY to conduct its own internal investigation. This major expenditure of time & money has yielded an important finding to date: there is no evidence of research misconduct. (We have duly acknowledged the few human errors that any intensive investigation might reveal). In addition, science is a collaborative activity, involving many people and many hands. No insider whistle-blower has corroborated, nor can corroborate, any of the allegations. In sum, injurious allegations were made months ago, which resulted in enormous financial gain for certain accusers; no evidence has been uncovered to support the allegations, despite extensive investigations; the FDA has nixed all the Citizen Petitions; not a single investigative agency has accused Cassava Sciences of wrong-doing; and no insider whistle-blower can raise a hand to corroborate the allegations. Allegations of research misconduct at Cassava Sciences are a fairy tale and all fairy tales come unraveled.

I believe your email below also indicates you wish to conduct your own hands-on investigation into certain allegations of research misconduct at Cassava Sciences. Please be aware that neuroscience is a highly specialized, complex area of research. It can take years of training and experience to understand specific lab techniques and to accurately generate, interpret and generally understand data. As a simple example, Professor Wang at CUNY has historically generated Western blot images using hand-poured gels and x-ray film, which differs materially from use of commercial plates and modern digital WB imaging (think about the difference between taking a digital picture with an iPhone vs. taking an analog picture using an old-fashion film camera with settings and the film is then manually developed in a film processing darkroom). And I will presume that you are aware that visual adjustments to WB images in publication manuscripts are expected and accepted by science editors. A fair, neutral investigation can

only be conducted by independent parties who have the requisite training & experience. Anything less is a hit-job that can cause serious reputational damage.

Since August 2021, reporters and publishers have picked up on allegations of research misconduct at Cassava Sciences, often with a storyline that is often preconceived, negatively slanted and non-neutral, and that may be defamatory. We have put one or more such publishers on notice, as we believe such a storyline amplifies a false narrative from sources who stand to gain financially from harming Cassava Sciences, omits important information that contradicts the preconceived narrative, fails to disclose important information and context to its readers, and contain a number of factual inaccuracies about Cassava Sciences and the experimental drug treatment (simufilam) we are developing for people with Alzheimer's disease.

In light of the above facts and information, I am curious how will you tell your readers the complete, unvarnished truth; how you will report fairly and openly; how you will avoid knowingly or recklessly publishing false information; and whether you will insist that all your sources disclose all possible conflicts and affiliations. I believe this is what every fair, ethical & independent investigator does in pursuit of the news.

Awaiting your response….sincerely,

**Remi Barbier**
**President & CEO**

CASSAVA sciences

**From:** Charles Piller
**Sent:** Thursday, June 16, 2022 8:01 PM
**To:** Remi Barbier
**Cc:** Lindsay Burns
**Subject:** Re: Journalist query – time sensitive

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Barbier,

Thanks for your note, I'll need to hear back from you by June 21 to meet my deadline. If you're able to respond earlier, I'd be grateful.

Following are some questions. I've also attached a document showing examples that might be described in my article. It should provide adequate context for your reply. Obviously, not all of the noted papers were coauthored by Dr. Burns, but all involve Cassava advisor Dr. Hoau-Yan Wang and several involve Cassava advisor Dr. Steven Arnold.

Are Dr. Wang and Dr. Arnold still serving as members of your Science Advisory Board? Can you provide the dates of their participation and the amounts paid to them (including stock or stock options) for those services or other services provided to Cassava?

I understand that Cassava has funded a lot of Dr. Wang's research. Can you provide the details? What about Dr. Arnold's work?

Do you regard the attached document as a generally credible and serious examination of the images noted, even if you don't agree with it fully?

As you know, in some cases images might appear to have been inappropriately edited, but innocent compression artifacts might explain the apparent problems. Sometimes the raw data and original, hi-res, uncropped images can clear things up. Can you provide some or all of the images for the questioned papers Dr. Burns coauthored, as noted in the attached document, so that I can have them reviewed by image-analysis experts? (If you have any other explanations for why the artifacts noted might have occurred in a way that did not involve apparent scientific misconduct, or if you otherwise disagree with the analysis shown, please explain.)

Do you or Dr. Burns regard the attached document as a generally credible and serious examination of the images noted?

If Prof. Hoau-Yan Wang or others are found to have altered images as noted, how do you think it affects the influence of writings associated with the Cassava Sciences' drug Simufilam or related issues? How do you think it affects the validity of the science behind Simufilam? (As you might know, seven papers Prof. Wang was involved in have so far been retracted.)

Did Dr. Burns produce the suspect images for the relevant attached examples, or did other scientists do so? In any case, can Dr. Burns provide any insight on how the noted images apparently were changed in ways not regarded as acceptable scientific practice?

Two of Dr. Burns' articles relevant to my questions were recently retracted. According to the retraction notices, some of the concerns raised in the attached document were validated by the *PLoS One* reviews, and were not mitigated by the authors' response. However, Dr. Burns indicated that she did not agree with the retractions, according to the notices. What basis can she offer for defending the articles in question?

Will Dr. Burns ask any of the relevant journals to retract other papers that contain images that appear to have been improperly altered?

NIH is aware of some of the concerns about Dr. Burns' work, which was supported with NIH funding. Has that agency or any federal agency contacted her or Cassava about the concerns, and if so, has Dr. Burns or Cassava initiated an investigation? Please provide any details that are available.

Are there important aspects of these issues that I've failed to ask about that you would care to comment on? I'm eager to hear any thoughts you have that bear on these matters.

Thank you for your assistance.

Sincerely,

Charles Piller

---------
Charles Piller
Correspondent - Science Magazine
cpiller@charlespiller.com
www.sciencemag.org/author/charles-piller

Twitter: @cpiller
Mobile, Signal: 510.469.7984
Encrypted PGP mail public key access: http://bit.ly/2CTQg63

On Tue, Jun 14, 2022 at 6:33 PM Remi Barbier <remi@cassavasciences.com> wrote:

Mr. Piller –

Email received, thank you.

I believe there's a miasma of misinformation regarding Cassava Science. Under these conditions, it's best that you send us written questions.

We'll respond timely and as appropriate.

Thank you,

**Remi Barbier**
**President & CEO**

CASSAVA sciences

---

**From:** Lindsay Burns
**Sent:** Tuesday, June 14, 2022 5:07 PM
**To:** Remi Barbier
**Subject:** Fwd: Journalist query – time sensitive

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dr. Burns,

I'm a journalist with *Science* (https://www.science.org/content/author/charles-piller) working on a story that will discuss basic research on Alzheimer's disease, including some of your work.

My article will examine some concerns that images in some of your published work – primarily western blots – contain artifacts that several image experts and Alzheimer's disease scholars say are unlikely to have occurred accidentally. The images might represent serious errors or misconduct. Some underpin the science behind Simufilam. Some have recently been retracted. The papers go back more than 15 years.

For obvious reasons, your voice and perspective would be critical to helping readers understand these issues. I'd be grateful to set up a phone interview with you sometime at your convenience by June 17. I have copied Eric in case he can be of assistance to set up a time.

Many thanks, in advance.

Sincerely,

Charles Piller

---------
Charles Piller
Correspondent - Science Magazine
cpiller@charlespiller.com

www.sciencemag.org/author/charles-piller

Twitter: @cpiller
Mobile, Signal: 510.469.7984

Encrypted PGP mail public key access: http://bit.ly/2CTQg63