# EXHIBIT 150

**From:** Remi Barbier
**Sent:** Wed, 09 Nov 2022 18:13:09 -05:00
**To:** Claudia Williams
**Cc:** Samantha Weinberg
**Bcc:** Chris Cook; Lindsay Burns
**Subject:** RE: Tortoise Media ROR - deadline Weds 9 Nov

Hi –

As you are aware we believe certain individuals, including some located in Europe, have waged a "short & distort" campaign against Cassava Sciences and its research. Cassava Sciences recently filed a lawsuit against such individuals. In light of this outstanding legal complaint, we specifically request that your media company not enable the "short & distort" campaign in any manner whatsoever, to include republishing false allegations made against the Company, its personnel, advisors or research.

Cassava Sciences stands by its public statements regarding this matter, including this response to media reports made July 27, 2022: https://www.cassavasciences.com/static-files/7927d423-0e98-4106-9840-56cae85be2c5

Best wishes,

Remi Barbier
President & CEO

CASSAVA sciences

---

**From:** Claudia Williams <claudia@tortoisemedia.com>
**Sent:** Tuesday, November 8, 2022 1:01 PM
**To:** Remi Barbier <remi@cassavasciences.com>
**Subject:** Tortoise Media ROR - deadline Weds 9 Nov

You don't often get email from claudia@tortoisemedia.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

I'm a producer at Tortoise Media working with Samantha Weinberg, who I believe you've been in touch with. I just wanted to let you know that our podcast about Alzheimer's research will be published soon.

This email is to offer Cassava Sciences a right of reply on relevant matters we have included in our reporting, and also the opportunity to comment more widely should you be interested.

I would appreciate it if you could **please confirm receipt of this email**. We are working on a fairly tight turnaround. If you would like to provide a response, please do so by **close of play Weds 9 Nov** and we will reflect the substance of that statement.

Best wishes,

Claudia

<u>Questions/points</u>

The podcast reports on the circumstances which have followed the FDA citizen's petition against Cassava Sciences, filed by Jordan Thomas, as well as the recent defamation suit filed by Cassava Sciences at the New York District Court. As part of the podcast we have spoken to people involved in the public criticism of Cassava Sciences. We have also spoken to investors in the company, as well as someone with a family member enrolled in the Phase Three clinical trial, who all expressed doubt about the validity of public criticism of Cassava Sciences.

We would appreciate it if you could respond to the following points:

1.
2.
3. In a citizen's petition to the US Food and Drug Agency, Cassava Sciences' research
4. is described as being riddled with "red flags," and the data associated with the trials is said to "strongly suggest scientific misconduct". How do you respond?
5.
6.
7.
8. In an interview for the podcast a neuroscientist says that some of the methodologies
9. used by Cassava Sciences, including testing on dead brain tissue, are not viable. How do you respond?
10.
11.
12.

13. We intend to report that:
14.

   a.
   b.
   c. the National Institutes of Health is investigating the company for potential
   d. research misconduct;
   e.
   f.
   g.
   h. there are two active on-going US Securities and Exchange Commision investigations
   i. Cassava Sciences;
   j.
   k.
   l.
   m. and there is an ongoing criminal investigation into Cassava Sciences.
   n.

How do you respond?

4.
5.
6. We intend to report that Remi Barbier and other Cassava Sciences employees, including
7. Dr Hoau-Yan Wang, could receive cash bonuses related to the company's stock price. How do you respond?
8.

Should you wish to comment on any of the above points; make a statement regarding the recent defamation suit; or make a statement on anything more general, please do let us know. Many thanks.

CASSAVA
sciences