# EXHIBIT 157

# *Final Report*

*(March 15th, 2024)*

***INVESTIGATIONAL RESEARCH AGREEMENT***

*between*

*Cassava Sciences, Inc.*
*(Lindsay Burns)*

*and*

*l'Association de Prévention et d'Études des Maladies MolÈculaires (APEMM)*
*(Ralf Jockers)*

*on*

## ***TR-FRET measurement of Abeta$_{42}$ binding to alpha7 nAChR***



CONFIDENTIAL

# INDEX


LIST OF TABLES .......... 3

LIST OF FIGURES .......... 4

LIST OF ABBREVIATIONS .......... 5

SUMMARY REPORT .......... 6

I. INTRODUCTION .......... 7

II. AIM .......... 7

III. METHODOLOGY .......... 7

III-1. Saturation binding assay of $A\beta_{42}$-FAM to α7nACh in the absence or presence of test compound (simufilam) .......... 8

III-2. Competition binding assay between $A\beta_{42}$-FAM and unlabelled $A\beta_{42}$ or test compound simufilam .......... 8

III-3. Test compound .......... 9

Compound concentrations: .......... 9

Inclusion/Exclusion Criteria: .......... 9

III-4. Data analysis .......... 9

Measured parameters .......... 9

Calculated parameters .......... 10

Data and statistical analysis .......... 10

IV. RESULTS .......... 11

IV-1. Saturation binding assay of $A\beta_{42}$-FAM to SNAP-α7nAChRs in absence and presence of simufilam .......... 11

IV-2. Competition binding assay of $A\beta_{42}$-FAM to α7 nAChRs in absence and presence of simufilam .......... 12

IV-3. Tables .......... 12

V. CONCLUSION .......... 13

VI. REFERENCES .......... 14

APPENDIX .......... 15

Raw data .......... 15

1. Saturation binding assay of $A\beta_{42}$-FAM to SNAP-α7nAChRs in absence and presence of simufilam .......... 15

2. Competition binding assay of $A\beta_{42}$-FAM to SNAP-α7nAChRs in absence and presence of simufilam .......... 19

## LIST OF TABLES

Table 1 – Binding of A$\beta_{42}$-FAM to Lumi4-Tb-labelled SNAP-α7 nAChRs in the absence or presence of simufilam ........ 12

Table 2 – Competitive binding assay of A$\beta_{42}$-FAM to Lumi4-Tb-labelled SNAP-α7 nAChRs in the presence of simufilam or non-labelled A$\beta_{42}$ ........ 13

Table 3 – $pIC_{50}$ and Emax values of the competition binding of simufilam with 10 nM A$\beta_{42}$-FAM to Lumi4-Tb-labelled SNAP-α7nAChRs ........ 13

## LIST OF FIGURES

Figure 1. Scheme of TR-FRET assay principle ........ 8
Figure 2. Synopsis of the TR-FRET saturation binding assay........ 8
Figure 3. Synopsis of the TR-FRET competition binding assay. ........ 9
Figure 4. Representative result of fluorescent labelling ........ 11
Figure 5. Saturation curve of $A\beta_{42}$-FAM binding........ 11
Figure 6. Competition curves of unlabelled $A\beta_{42}$ (cold) and simufilam with 10 nM $Aß_{42}$-FAM binding ........ 12

## LIST OF ABBREVIATIONS

| | |
|---|---|
| $A\beta_{42}$ | Amyloid beta protein 1-42 |
| $A\beta_{42}$-FAM | $A\beta_{1-42}$ oligomers labelled with a carboxy-fluorescein |
| α7nAChRs | alpha7 nicotinic acetylcholine receptors |
| Bmax | Maximal binding (TR-FRET ratio) |
| Emax | Maximal efficacy |
| $IC_{50}$ | Concentration needed to produce 50% of the maximum inhibitory effect |
| Kd | Dissociation constant that corresponds to the concentration at which the ligand binds to half its binding sites |
| $pIC_{50}$ | $-\log IC_{50}$ |
| h | Hour(s) |
| µs | Microseconds |
| µM | Micromolar |
| min | Minutes |
| N | Number |
| nm | Nanometer |
| nM | Nanomolar |
| % | Percentage |
| pM | Picomolar |
| s | Seconds |
| SEM | Standard error of the mean |
| SNAP-α7 nAChRs | α7 nAChRs fluorescently tagged by SNAP |
| TR-FRET | Time-resolved fluorescence energy transfer |

## SUMMARY REPORT

| | |
|---|---|
| *Study type* | **Non clinical pharmacology study** |
| | |
| *Study title* | **TR-FRET measurement of Abeta$_{42}$ binding to alpha7 nAChR** |
| | |
| *Test drug* | **Simufilam** |
| | |
| *Study initiation date* | July 1st, 2023 |
| | |
| *Study completion date* | September 1st, 2023 |
| | |
| *Test Facility* | **Functional Pharmacology and Pathophysiology of Membrane Receptors, INSERM U1016, Institut Cochin** |
| | |
| *Sponsor* | **Cassava Sciences, Inc.** |
| | |
| *Investigator(s)* | **Erika CECON / Ralf JOCKERS** |
| | |
| *Objective* | To investigate the effect of the compound simufilam on the binding properties of amyloid beta peptide 1-42 ($A\beta_{1-42}$) to α7 nicotinic acetylcholine receptors (nAChRs) by using time-resolved fluorescence energy transfer (TR-FRET). |
| | |

# I. INTRODUCTION

Simufilam is a novel oral drug candidate in Phase 3 clinical trials for Alzheimer's disease (AD) dementia. This small molecule binds an altered form of filamin A (FLNA) that occurs in AD. Upon binding to FLNA, simufilam disrupts the interaction of FLNA with the alpha 7 nicotinic acetylcholine receptor (α7nAChR) [1-2]. By disrupting this interaction, simufilam hampers the toxic α7nAChR signaling triggered by the amyloid beta peptide ($Aß_{42}$), one of the main molecular markers of AD [3-4].

In the present study we aimed to investigate the effect of simufilam on the interaction between α7nAChRs and $A\beta_{42}$ by using time-resolved fluorescence energy transfer (TR-FRET) assay, recently developped by us [5]. The advantage of the TR-FRET assay is that it is quantitative and reports true molecular proximity as the energy transfer between the energy donor and acceptor occurs only at the atomic level [6].

# II. AIM

To determine the impact of the compound simufilam on the binding of $A\beta_{42}$ to α7nAChR using TR-FRET-based binding assay.

# III. METHODOLOGY

To probe Aβ binding to α7nAChRs, we have developed a new, high specific and ultra-sensitive Aβ binding assay using time-resolved fluorescence energy transfer (TR-FRET) [5]. TR-FRET assays are based on the energy transfer from a fluorescently labelled donor molecule after excitation by an energy source to a fluorescently labelled acceptor if the two are within a given proximity to each other (less than 10 nm). The acceptor in turn emits light at its characteristic wavelength. A scheme of the TR-FRET assay is shown in **Figure 1**. The assay is performed in HEK293T cells expressing SNAP-fused α7nACh receptor.

HEK293T (RRID:CVCL_0063) cell cultures were maintained in DMEM Glutamax (Life technologies) supplemented with 10 % Fetal Bovine Serum and 1% penicillin/streptomycin at 37°C (5% $CO_2$). Cells seeded in 6-well plates were transfected with 1 µg of a plasmid coding the SNAP-tagged α7nACH receptor and a plasmid coding for the chaperone protein NACHO [7], using the JetPEI transfection reagent (according to the fabricant's instructions). The SNAP-tagged α7nACh receptor was fluorescently labelled using the SNAP enzyme technology [8]. Forty-eight hours post-transfection, the cells were incubated with the nonpermeable SNAP substrate benzylguanine-terbium cryptate (Lumi4-Tb (energy donor); 100 nM; Revvity) for 1h in Tag-lite labelling medium, on ice, in order to retard receptor internalization process. After 3 washes in PBS, cells were collected in the assay buffer (Tag-lite medium) and effective labelling is verified by measuring the fluorescence signal (ex: 340 nm / em: 620 nm). Cells were then transferred to a 384-well plate and incubated with $A\beta_{42}$ oligomers labelled with a carboxy-fluorescein ($A\beta_{42}$-FAM; Anaspec, Fremont, CA, USA) and the test compound (simufilam) in order to perform saturation or competition binding assays, as detailed below. Oligomeric forms of $A\beta_{42}$ are obtained by incubation at 4°C for 24h.

All the TR-FRET measurements were evaluated at equilibrium (after 2h-4h incubation) and were performed using the Tecan F500 plate reader (Männedorf, Switzerland) in a time-resolved manner with the following settings: donor excitation: 340 nm; donor emission: 620 nm; acceptor emission: 520 nm; delay of 150 µs and integration time of 500 µs.




**Figure 1.** Scheme of TR-FRET assay principle **(a)**, highlighting the advantage of the high signal-to-noise ratio of the measurement window **(b)** (reproduced from [5]).

### *III-1. Saturation binding assay of Aβ42-FAM to α7nACh in the absence or presence of test compound (simufilam)*

After confirming efficient labelling of SNAP-α7nACH receptor, cells were transferred to a 384-well plate and incubated for 2h to 4h at room temperature with different concentrations of $A\beta_{42}$-FAM oligomers (energy acceptor; Anaspec Inc) (pM to nM) in the presence or absence of the test compound simufilam (1, 10 or 100 nM) (**Fig. 2**). Simufilam was added 10 minutes before $A\beta_{42}$-FAM and the final reaction volume was 14 µL.

Specific binding is defined as the difference between total binding and non-specific binding in the presence of an excess of unlabelled $A\beta_{42}$ oligomers (1µM) (Anaspec Inc). Data are expressed as the acceptor/donor ratio and were analysed by non-linear regression (one-site specific binding) by GraphPad Prism software (version 9) and the kd value was determined. The data obtained in the presence of the simufilam were normalized in relation to the minimum and maximum values obtained with $A\beta_{42}$-FAM alone. Each data point was assayed in triplicate and four independent experiments were performed.




**Figure 2.** Synopsis of the TR-FRET saturation binding assay.

### *III-2. Competition binding assay between Aβ42-FAM and unlabelled Aβ42 or test compound simufilam*

For the competition assays, cells were incubated with a fixed concentration of $A\beta_{42}$-FAM (10 nM) and a range of concentrations of the compound (simufilam) or unlabelled $A\beta_{42}$. Assays were performed under the same conditions as described above (2-4h incubation at room temperature) (**Fig. 3**). The data obtained were expressed as the acceptor/donor ratio and were normalized in relation to the competition curve obtained with unlabelled $A\beta_{42}$ as % of maximal $A\beta_{42}$-FAM binding (maximal TR-FRET ratio = 100%). Data were fitted by non-linear regression (log inhibitor vs. response) using GraphPad Prism software (version 9).



CONFIDENTIAL CASSAVA_000994079




**Figure 3.** Synopsis of the TR-FRET competition binding assay.

### *III-3. Test compound*

- Simufilam (di-HCl monohydrate, MW: 350)

Reported affinity to its target (FLNA) : 200 femtomolar [1]

Compound concentrations:

$A\beta_{42}$-FAM saturation binding assay experiments were performed in the absence (control) or presence of 100 nM of simufilam, with $A\beta_{42}$-FAM concentrations from 0.1 to 12.5 nM. Cells were incubated for a minimum of 2h and a maximum of 4h (at room temperature), and the TR-FRET signal was read and analysed as described in the previous session.

For the competition binding assay, simufilam was tested at concentrations ranging from $10^{-14}$ M to $10^{-6}$ M. Positive control curve was performed using unlabelled $A\beta_{42}$ ($10^{-14}$ to $10^{-6}$ M). For each experiment at least one data point of $A\beta_{42}$-FAM at the highest concentration and unlabelled $A\beta_{42}$ at $10^{-6}$ M was included in order to obtain the specific signal and maximum inhibition reference value for internal data normalization.

Inclusion/Exclusion Criteria:

Each data point from each independent experiment was performed in triplicates to ensure the reliability of single values. The variability between the triplicates comes essentially from differences on the amount of transfected and labelled cells distributed to each well in the 384-well plate, as the cells are not a homogenous population (transient transfection). To exclude variability coming from differences in the amount of labelled cells (energy donor), we determined the average of donor signal among all wells in the plate. Wells were considered valid when donor values were within a 10% range (higher or lower) of the mean value. Wells displaying donor values outside this range and for which the acceptor/donor ratio values were different from the other replicates, or in case of technical errors on specific wells, were excluded (highlighted in red in the raw data tables in the **Appendix**).

### *III-4. Data analysis*

Measured parameters

TR-FRET signal is expressed as the ratio of acceptor/donor emissions (520nm / 620nm) multiplied by 10000 (**Equation 1**). The 10,000 multiplying factor is used solely for the purpose of easier data handling. The signal from each emission channel corresponds to the integrated (500 µs) area-under-the-curve fluorescence signal.

**Eq.1**

$$\text{TR-FRET} = \frac{acceptor}{donor} x \ 10000$$

Calculated parameters

The acceptor/donor ratio was normalized as % of maximal $A\beta_{1-42}$-FAM specific binding, taken as 100%.

The maximum total binding capacity, Bmax, was defined as the maximal TR-FRET ratio obtained in the presence of vehicle ($ddH_2O$) after a non-linear regression of data from each experiment, while the non-specific binding of $A\beta_{42}$-FAM was defined as the TR-FRET ratio measured in the presence of an excess of 1 μM unlabelled $A\beta_{42}$. Specific binding was defined as the difference between total binding and non-specific binding (NSB), and the data was normalized to percentage of maximum specific binding (Bmax = 100%; NSB = 0%) (**Equation 2**).

**Eq. 2** $$\text{Bs (\%)} = \frac{Bs}{Bmax} x\ 100$$

were Bs = specific binding; Bmax = maximum specific binding

Data and statistical analysis

The experimental unit was the independent experiment, comprised of one independent culture and transfection of HEK293T cells, as well as new preparation of ligand and compounds used in the TR-FRET binding assay. Each experiment was performed in three technical replicates for each data point, which were then averaged to obtain one single value per condition per independent experiment. The data and statistical analysis comply with the recommendations on experimental design and analysis in pharmacology [9]. Data were expressed as the acceptor/donor ratio or normalized as % of maximal $A\beta_{42}$- FAM specific binding, taken as 100%.

For the saturation binding assays, the data obtained in the presence of simufilam were normalized in relation to the minimum and maximum values obtained with $A\beta_{42}$-FAM alone and fitted by non-linear regression (log agonist vs. response). Value of Kd (dissociation constant that correspond to the concentration at which the ligand $A\beta_{42}$-FAM binds to half its binding sites) was determined by plotting TR-FRET ratio against $A\beta_{42}$-FAM concentration (saturation curves) and data were fitted to the non-linear regression "one-site specific binding equation".

For the competition binding assays, the data were fitted by non-linear regression using the log (inhibitor) vs. response (three parameters) fitting equation. Values of pIC50 (-logIC50, the concentration needed to produce 50% of their maximum inhibitory effect) and Emax (maximal inhibitory efficacy expressed as a percentage of the maximal competitive effect observed with non-labelled Aβ=100%) were determined.

All data analysis were performed using GraphPad Prism software (version 9).

## IV. RESULTS

The effect of simufilam on the interaction between A$\beta_{42}$ and α7nAChR was tested in saturation and competition binding assays. Before each independent experiment, proper Tb-labelling of the SNAP-α7nAChR at the cell surface is verified. A representative result of successful labelling of SNAP-α7nAChR in transfected HEK293T cells, compared to non-transfected (NT) cells, is shown in **Figure 4**. Raw data and data analysis of each experiment are shown in the **Appendix**.




**Figure 4.** Representative result of fluorescent labelling of HEK293T cells transfected or not (NT) to express SNAP-tagged α7nAChR. Data are expressed as mean ± SD of triplicates from one representative experiment.

### *IV-1. Saturation binding assay of A$\beta_{42}$-FAM to SNAP-α7nAChRs in absence and presence of simufilam*

The results on the saturation assays obtained in four independent experiments (**Fig. 5, Table 1**) indicate that simufilam, at saturating concentration (100 nM), partially inhibits A$\beta_{42}$-FAM binding to SNAP-α7nAChR. The saturation curves obtained with A$\beta_{42}$-FAM to SNAP-α7nAChRs in the presence of vehicle solution (control) confirmed its high affinity binding previously reported [5], with Kd value of 0.2 nM. Globally, maximal specific binding of A$\beta_{42}$-FAM decreased 41% in the presence of simufilam. Under the experimental conditions tested, the saturation binding assay could not evidence an effect of simufilam on modifying the affinity of A$\beta_{42}$-FAM to α7nAChR.




**Figure 5.** Saturation curve of **A**$\beta_{42}$-FAM binding to Lumi4-Tb-labelled SNAP-α7 nAChRs in the absence (vehicle) or presence of 100 nM simufilam. Data are expressed as mean ± S.E.M of 4 independent experiments.

### *IV-2. Competition binding assay of $A\beta_{42}$-FAM to α7 nAChRs in absence and presence of simufilam*

Simufilam concentration-dependently reduced $A\beta_{42}$-FAM binding to SNAP-α7 nAChRs (n=4 independent experiments, **Fig. 6**, **Table 2**), with a pIC50 value of 10.9 ± 0.5 (12.6 pM, **Table 3**). Simufilam displayed full inhibitory effect in the competition assay (89.4 ± 9.5), comparable to the maximum effect observed with the unlabelled $A\beta_{42}$ reference ligand.




**Figure 6.** Competition curves of unlabelled $A\beta_{42}$ (cold) and simufilam with 10 nM $A\beta_{42}$-FAM binding to Lumi4-Tb-labelled SNAP-α7 nAChRs. Data are expressed as mean ± S.E.M of 4 independent experiments.

In conclusion, the results obtained in both assay formats (saturation and competition assays) are compatible, suggesting that simufilam impairs $A\beta_{42}$-FAM binding to SNAP-α7nACh receptor. Under the experimental conditions tested, the saturation binding assay could not evidence an effect of simufilam on modifying the affinity of $A\beta_{42}$-FAM to α7nAChR.

### *IV-3. Tables*

**Table 1 – Binding of $A\beta_{42}$-FAM to Lumi4-Tb-labelled SNAP-α7 nAChRs in the absence or presence of simufilam**

*% of $A\beta_{42}$-FAM binding to SNAP-α7 nAChRs in the absence of simufilam (control)*

| ***$A\beta_{42}$-FAM concentrations (nM)*** | **0** | **0.001** | **0.01** | **0.1** | **0.3** | **1** | **1.5** | **3** | **6** | **12.5** |
|---|---|---|---|---|---|---|---|---|---|---|
| *Mean* | 0 | -9.1 | -1.96 | 29.06 | 71.87 | 65.72 | 77.16 | 100.1 | 103.1 | 95.95 |
| *SEM* | 0 | 9.2 | 31.8 | 8.17 | 12.16 | 27.4 | 17.94 | 17.33 | 4.38 | 2.34 |
| *N* | 4 | 4 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 |

*% of $A\beta_{42}$-FAM binding to SNAP-α7 nAChRs in the presence of simufilam*

| ***$A\beta_{42}$-FAM concentrations (nM)*** | **0** | **0.001** | **0.01** | **0.1** | **0.3** | **1** | **1.5** | **3** | **6** | **12.5** |
|---|---|---|---|---|---|---|---|---|---|---|
| *Mean* | 0 | 10.07 | -26.68 | 18.85 | 34.6 | 34.06 | 76.93 | 84.56 | 61.56 | 28.65 |
| *SEM* | 0 | 10.07 | 27.0 | 6.7 | 13.7 | 23 | 27.3 | 40.0 | 7.4 | 8.8 |
| *N* | 4 | 2 | 3 | 2 | 4 | 4 | 3 | 3 | 4 | 4 |

*Results were normalized as a % of maximal binding (Bmax) and expressed as mean ± SEM of 4 independent experiments.*

**Table 2 – Competitive binding assay of Aβ$_{42}$-FAM to Lumi4-Tb-labelled SNAP-α7 nAChRs in the presence of simufilam or non-labelled Aβ$_{42}$**

*% of Aβ$_{42}$-FAM binding to SNAP-α7 nAChRs in the presence of unlabelled Aβ$_{1-42}$ (control)*

| ***Aβ$_{42}$-FAM concentrations (log M)*** | **0** | **$10^{-14}$** | **$10^{-13}$** | **$10^{-12}$** | **$10^{-11}$** | **$10^{-10}$** | **$10^{-9}$** | **$10^{-8}$** | **$10^{-7}$** | **$10^{-6}$** |
|---|---|---|---|---|---|---|---|---|---|---|
| *Mean* | 100 | 101.3 | 103.2 | 112.5 | 69.4 | 33.5 | 50.6 | 37.9 | 26.5 | 16.4 |
| *SEM* | 0 | 1.2 | 17.6 | 26.2 | 5.4 | 11.4 | 12.3 | 19.7 | 10 | 16.3 |
| *N* | 3 | 2 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 2 |

*% of Aβ$_{42}$-FAM binding to SNAP-α7 nAChRs in the presence of simufilam*

| ***Aβ$_{42}$-FAM concentrations (log M)*** | **0** | **$10^{-14}$** | **$10^{-13}$** | **$10^{-12}$** | **$10^{-11}$** | **$10^{-10}$** | **$10^{-9}$** | **$10^{-8}$** | **$10^{-7}$** | **$10^{-6}$** |
|---|---|---|---|---|---|---|---|---|---|---|
| *Mean* | 100 | 98.02 | 95.2 | 90.0 | 59.5 | 54.5 | 34.4 | 37.3 | 46.6 | 17.95 |
| *SEM* | 0 | 4.8 | 13.8 | 13.4 | 16.6 | 12.2 | 19.3 | 7.7 | 17.1 | 8.4 |
| *N* | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 3 |

*Results were normalized as a % of maximal binding (Bmax) and expressed as mean ± SEM of 4 independent experiments.*

**Table 3 – pIC$_{50}$ and Emax values of the competition binding of simufilam with 10 nM Aβ$_{42}$-FAM to Lumi4-Tb-labelled SNAP-α7nAChRs**

| | ***pIC$_{50}$*** | | | ***Emax (%)*** | | |
|---|---|---|---|---|---|---|
| ***Compound*** | **Mean** | **SEM** | **N** | **Mean** | **SEM** | **N** |
| ***Simufilam*** | 10.9 | 0.53 | 4 | 89.4 | 9.5 | 4 |

*Concentration–response curves were analyzed by non-linear regression,and the potency of simufilam in inhibiting Aβ-FAM binding to α7nAChRs is expressed as pIC$_{50}$ ± SEM. Maximal efficacy (Emax) was expressed as a percentage of the maximal effect observed with non-labelled Aβ taken as 100%). Results are expressed as arithmetic mean and SEM of 4 independent experiments.*

## V. CONCLUSION

The results obtained in both assay formats (saturation and competition assays) are compatible, suggesting that simufilam is able to interfere with Aβ$_{42}$-FAM binding to the SNAP-α7nACh receptor complex.



CONFIDENTIAL CASSAVA_000994084

## VI. REFERENCES


1) Wang, H.-Y.; Bakshi, K.; Frankfurt, M.; Stucky, A.; Goberdhan, M.; Shah, S.; Burns, L. Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A. J. Neurosci. 2012, 32, 9773–9784.
2) Wang, H.-Y.; Lee, K.-C.; Pei, Z.; Khan, A.; Bakshi, K.; Burns, L. PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis. Neurobiol. Aging 2017, 55, 99–114.
3) Ma K. G. and Qian Y. H. (2019) Alpha 7 nicotinic acetylcholine receptor and its effects on Alzheimer's disease. Neuropeptides 73:96-106.
4) Burns, L.H.; Pei, Z.; Wang, H.Y. Targeting 7 nicotinic acetylcholine receptors and their protein interactions in Alzheimer's disease drug development. Drug Dev. Res. 2023; online ahead of print.
5) Cecon E, Dam J, Luka M, Gautier C, Chollet AM, Delagrange P, Danober L, Jockers R. Quantitative assessment of oligomeric amyloid β peptide binding to α7 nicotinic receptor. Br J Pharmacol. 2019, 176:3475-3488. doi: 10.1111/bph.14688.
6) Degorce F, Card A, Soh S, Trinquet E, Knapik G P and Xie B. (2009) HTRF: A technology tailored for drug discovery—A review of theoretical aspects and recent applications. Curr. Chem. Genomics 3, 22–32.
7) Gu S, Matta JA, Lord B, Harrington AW, Sutton SW, Davini WB, Bredt DS. Brain α7 Nicotinic Acetylcholine Receptor Assembly Requires NACHO. Neuron. 2016;89:948-55. doi: 10.1016/j.neuron.2016.01.018.
8) Lukinavičius G, Reymond L, Johnsson K. Fluorescent labeling of SNAP-tagged proteins in cells. Methods Mol Biol. 2015;1266:107-18. doi: 10.1007/978-1-4939-2272-7_7.
9) Curtis MJ, Alexander S, Cirino G, Docherty JR, George CH, Giembycz MA, Hoyer D, Insel PA, Izzo AA, Ji Y, MacEwan DJ, Sobey CG, Stanford SC, Teixeira MM, Wonnacott S, Ahluwalia A. Experimental design and analysis and their reporting II: updated and simplified guidance for authors and peer reviewers. Br J Pharmacol. 2018;175:987-993. doi: 10.1111/bph.14153.

# APPENDIX

## *Raw data*

1. Saturation binding assay of A$\beta_{42}$-FAM to SNAP-$\alpha$7nAChRs in absence and presence of simufilam

When **donor values** for wells that varied more then ± 10% of the mean, or in case of technical error on specific wells, the values were excluded from the analysis (highlighted in red). For Inclusion/Exclusion Criteria (see chapter III-3).

Experiment 1 (2023/07/13):

- Acceptor Signal

| | | Acceptor Signal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Saturation assay - Exp 1 | | | | | |
| [Aß-FAM] | | | PBS | | | Abeta (1 uM) | | | Simufilam (1 nM) | |
| | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| | A | | | | | | | | | |
| 0,001 | B | 15983 | 17250 | 15021 | | | | 14984 | 16430 | 15355 |
| 0,01 | C | 15902 | 16607 | 15405 | | | | 15617 | 14561 | 16324 |
| 0,1 | D | 16904 | 17587 | 16510 | | | | 14090 | 16840 | 16682 |
| 0,3 | E | 18194 | 15815 | 15411 | | | | 16449 | 15236 | 17355 |
| 1 | F | 15650 | 15858 | 15708 | | | | 16343 | 17020 | 14823 |
| 6 | G | 17687 | 16117 | 15892 | | | | 14945 | 15792 | 13481 |
| 12,5 | H | 16194 | 16155 | 15486 | 17524 | 18597 | 16715 | 16323 | 15418 | 14561 |
| 25 | I | 17615 | 19715 | 20328 | 19866 | 21799 | 20724 | 18422 | 16858 | 19130 |

- Donor Signal

| | | Donor Signal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Saturation assay - Exp 1 | | | | | |
| [Aß-FAM] | | | PBS | | | Abeta (1 uM) | | | Simufilam (1 nM) | |
| | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| | A | | | | | | | | | |
| 0,001 | B | 16330 | 25400 | 15218 | | | | 16680 | 29764 | 21056 |
| 0,01 | C | 21777 | 16921 | 18247 | | | | 21373 | 13104 | 27225 |
| 0,1 | D | 23645 | 21579 | 26199 | | | | 14948 | 29236 | 21381 |
| 0,3 | E | 26594 | 19166 | 16238 | | | | 21808 | 17151 | 23397 |
| 1 | F | 18596 | 27149 | 15726 | | | | 27573 | 34946 | 19651 |
| 6 | G | 21350 | 20511 | 15502 | | | | 18695 | 18504 | 16603 |
| 12,5 | H | 20100 | 22692 | 15294 | 23979 | 21638 | 21441 | 23746 | 12086 | 17302 |
| 25 | I | 11906 | 22478 | 20743 | 15854 | 25279 | 17489 | 19898 | 14226 | 23851 |

- Acceptor/Donor Ratio

| | | Acceptor/Donor Ratio | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Saturation assay - Exp 1 | | | | | |
| [Aß-FAM] | | | PBS | | | Abeta (1 uM) | | | Simufilam (100 nM) | |
| | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| | A | | | | | | | | | |
| 0,001 | B | 9787,5 | 6791,3 | 9870,5 | | | | 8983,2 | 5520,1 | 7292,5 |
| 0,01 | C | 7302,2 | 9814,4 | 8442,5 | | | | 7306,9 | 11111,9 | 5996,0 |
| 0,1 | D | 7149,1 | 8150,1 | 6301,8 | | | | 9426,0 | 5760,0 | 7802,3 |
| 0,3 | E | 6841,4 | 8251,6 | 9490,7 | | | | 7542,6 | 8883,4 | 7417,6 |
| 1 | F | 8415,8 | 5841,1 | 9988,6 | | | | 5927,2 | 4870,4 | 7543,1 |
| 6 | G | 8284,3 | 7857,7 | 10251,6 | | | | 7994,1 | 8534,4 | 8119,6 |
| 12,5 | H | 8056,7 | 7119,2 | 10125,5 | 7308,1 | 8594,6 | 7795,8 | 6874,0 | 12756,9 | 8415,8 |
| 25 | I | 14795,1 | 8770,8 | 9799,9 | 12530,6 | 8623,4 | 11849,7 | 9258,2 | 11850,1 | 8020,6 |

- Normalized Data



CONFIDENTIAL 

| | | **Acceptor/Donor Normalized** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Saturation assay - Exp 1** | | | | | | | |
| **[Aß-FAM]** | | **PBS** | | | **Average** | **Simufilam (100 nM)** | | | **Average** |
| | | Replicate 1 | Replicate 2 | Replicate 3 | | Replicate 1 | Replicate 2 | Replicate 3 | |
| | A | | | | | | | | |
| 0,001 | B | | 0,0 | | 0,0 | | | 0,0 | 0,0 |
| 0,01 | C | 20,5 | | 66,2 | 43,3 | 0,7 | | | 0,7 |
| 0,1 | D | 14,3 | 54,5 | | 34,4 | | | 25,6 | 25,6 |
| 0,3 | E | 2,0 | 58,6 | 108,2 | 56,3 | 12,5 | | | 12,5 |
| 1 | F | 65,1 | | 128,2 | 96,7 | | | 12,6 | 12,6 |
| 6 | G | 59,9 | | 138,7 | 99,3 | 35,2 | 62,3 | 41,5 | 46,3 |
| 12,5 | H | 50,7 | | 133,7 | 92,2 | -21,0 | | 56,4 | 17,7 |
| 25 | I | | 79,4 | 120,6 | 100,0 | 98,6 | | 36,5 | 67,6 |

Experiment 2 (2023/07/28):

- Acceptor Signal

| | | **Acceptor signal** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Saturation assay - Exp. 2** | | | | | |
| | | PBS | | | SMN (100 nM) | | | Aß (1 µM) | | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0,17 | A | 2115 | 2002 | 1899 | 1725 | 2041 | 2051 | | | |
| 0,35 | B | 2066 | 1937 | 1760 | 1796 | 2019 | 1870 | | | |
| 0,7 | C | 2004 | 1879 | 1951 | 1753 | 1812 | 1901 | | | |
| 1,5 | D | 1614 | 1859 | 1797 | 1844 | 1900 | 1707 | | | |
| 3,1 | E | 1899 | 1958 | 1826 | 1835 | 2157 | 2028 | | | |
| 6,25 | F | 1836 | 1815 | 1792 | 1778 | 2371 | 1757 | 1979 | 2284 | 1687 |
| 12,5 | G | 2019 | 2110 | 1835 | 2004 | 2225 | 2030 | 2052 | 1927 | 1892 |

- Donor Signal

| | | **Donor signal** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Saturation assay - Exp. 2** | | | | | |
| | | PBS | | | SMN (100 nM) | | | Aß (1 µM) | | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0,17 | A | 18287 | 10453 | 10577 | 8738 | 11450 | 16572 | | | |
| 0,35 | B | 14609 | 12453 | 10622 | 8685 | 13204 | 8716 | | | |
| 0,7 | C | 7196 | 11257 | 8693 | 7573 | 9554 | 8468 | | | |
| 1,5 | D | 6752 | 8965 | 7604 | 9324 | 11990 | 7861 | | | |
| 3,1 | E | 9298 | 12202 | 10407 | 10076 | 16333 | 11308 | | | |
| 6,25 | F | 8614 | 9396 | 7650 | 9815 | 15431 | 7260 | 13412 | 18321 | 7035 |
| 12,5 | G | 9385 | 12655 | 8424 | 9562 | 15563 | 11984 | 14230 | 8958 | 8574 |

- Acceptor/Donor Ratio

| | | **Acceptor/donor ratio** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Saturation assay - Exp. 2** | | | | | |
| | | PBS | | | SMN (100 nM) | | | Aß (1 µM) | | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0,17 | A | 1156,6 | 1915,2 | 1795,4 | 1974,1 | 1782,5 | 1237,6 | | | |
| 0,35 | B | 1414,2 | 1555,4 | 1656,9 | 2067,9 | 1529,1 | 2145,5 | | | |
| 0,7 | C | 2784,9 | 1669,2 | 2244,3 | 2314,8 | 1896,6 | 2244,9 | | | |
| 1,5 | D | 2390,4 | 2073,6 | 2363,2 | 1977,7 | 1584,7 | 2171,5 | | | |
| 3,1 | E | 2042,4 | 1604,7 | 1754,6 | 1821,2 | 1320,6 | 1793,4 | | | |
| 6,25 | F | 2131,4 | 1931,7 | 2342,5 | 1811,5 | 1536,5 | 2420,1 | 1475,5 | 1246,7 | 2398,0 |
| 12,5 | G | 2151,3 | 1667,3 | 2178,3 | 2095,8 | 1429,7 | 1693,9 | 1442,0 | 2151,1 | 2206,7 |

- Normalized Data

| | | **Acceptor/donor Normalized** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Saturation assay - Exp. 2** | | | | | | | |
| | | PBS | | | Average | SMN (100 nM) | | | Average |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | | Replicate 1 | Replicate 2 | Replicate 3 | |
| 0,17 | A | 0,1 | | | 0,1 | | | 8,1 | 8,1 |
| 0,35 | B | 25,6 | 39,6 | 49,7 | 38,3 | 90,4 | 37,0 | 98,1 | 75,2 |
| 0,7 | C | | 50,9 | 107,9 | 79,4 | | 73,4 | 107,9 | 90,7 |
| 1,5 | D | 122,4 | 91,0 | 119,7 | 111,0 | 81,5 | 42,5 | 100,7 | 74,9 |
| 3,1 | E | 87,9 | | | 87,9 | 65,9 | | 63,2 | 64,6 |
| 6,25 | F | 96,7 | 76,9 | 117,6 | 97,1 | 65,0 | 37,7 | 125,3 | 76,0 |
| 12,5 | G | 98,7 | | 101,3 | 100,0 | | 27,1 | 53,3 | 40,2 |

## Experiment 3 (2023/08/02):

- Acceptor Signal

| | | Acceptor signal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Saturation assay - Exp. 3 | | | | | |
| | | | PBS | | | SMN (100 nM) | | | Aß (1 µM) | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | A | 41006 | 40307 | 39906 | 37760 | 40696 | 39440 | | | |
| 0 | B | 42748 | 38472 | 41208 | 41732 | 38017 | 39040 | 39542 | 41752 | 38597 |
| 0.1 | C | 42211 | 41926 | 39869 | 40434 | 37744 | 40971 | | | |
| 0.3 | D | 38703 | 38353 | 43058 | 38827 | 41398 | 42016 | | | |
| 0.7 | E | 41049 | 41189 | 43329 | 38492 | 41375 | 41864 | | | |
| 1.5 | F | 38381 | 40661 | 40540 | 40956 | 36363 | 39184 | | | |
| 3.1 | G | 39387 | 39323 | 42538 | 42379 | 39030 | 42819 | | | |
| 6.25 | H | 43101 | 44397 | 42245 | 46894 | 42438 | 42679 | | | |
| 12.50 | I | 41456 | 40909 | 46417 | 41274 | 42216 | 44935 | | | |

- Donor Signal

| | | Donor signal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Saturation assay - Exp. 3 | | | | | |
| | | | PBS | | | SMN (100 nM) | | | Aß (1 µM) | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | A | 30151 | 29842 | 25971 | 22797 | 25759 | 20450 | | | |
| 0 | B | 30224 | 23668 | 25156 | 26962 | 17734 | 20286 | 29032 | 33998 | 26420 |
| 0.1 | C | 32160 | 28309 | 29949 | 17422 | 26678 | 31649 | | | |
| 0.3 | D | 21555 | 27206 | 37651 | 22196 | 30538 | 28967 | | | |
| 0.7 | E | 30772 | 28022 | 36394 | 24263 | 39307 | 25539 | | | |
| 1.5 | F | 24743 | 23849 | 27999 | 32664 | 23531 | 26696 | | | |
| 3.1 | G | 31220 | 21265 | 27829 | 23680 | 28299 | 32256 | | | |
| 6.25 | H | 26304 | 32441 | 21929 | 28588 | 30749 | 24428 | | | |
| 12.50 | I | 22494 | 28944 | 28132 | 25297 | 26488 | 29806 | | | |

- Acceptor/Donor Ratio

| | | Acceptor/donor ratio | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Saturation assay - Exp. 3 | | | | | |
| | | | PBS | | | SMN (100 nM) | | | Aß (1 µM) | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | A | 13600 | 13507 | 15366 | | | | | | |
| 0 | B | 14144 | 16255 | 16381 | 15478 | 21437 | 19245 | 13620 | 12281 | 14609 |
| 0.1 | C | 13125 | 14810 | 13312 | 23209 | 14148 | 12945 | | | |
| 0.3 | D | 17955 | 14097 | 11436 | 17493 | 13556 | 14505 | | | |
| 0.7 | E | 13340 | 14699 | 11906 | 15864 | 10526 | 16392 | | | |
| 1.5 | F | 15512 | 17049 | 14479 | 12539 | 15453 | 14678 | | | |
| 3.1 | G | 12616 | 18492 | 15285 | 17897 | 13792 | 13275 | | | |
| 6.25 | H | 16386 | 14810 | 19264 | 16403 | 13801 | 17471 | | | |
| 12.50 | I | 18430 | 14134 | 16500 | 16316 | 15938 | 15076 | | | |

- Normalized Data

| | | Acceptor/donor Normalized | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Saturation assay - Exp. 3 | | | | |
| | | | PBS | | Average | | SMN (100 nM) | | Average |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | | Replicate 1 | Replicate 2 | Replicate 3 | |
| 0 | A | 1,25 | -0,92 | 42,53 | 14,20 | | | | |
| 0 | B | 13,97 | | | | | | | |
| 0.1 | C | -9,85 | 29,53 | -5,48 | 4,73 | | 14,06 | -14,06 | 0,00 |
| 0.3 | D | 103,04 | 12,87 | | 57,95 | | 0,22 | 22,40 | 11,31 |
| 0.7 | E | -4,83 | 26,94 | | 11,06 | 54,17 | | 66,51 | 60,34 |
| 1.5 | F | 45,94 | 81,86 | 21,80 | 49,87 | | 44,56 | 26,45 | 35,50 |
| 3.1 | G | | 115,59 | 40,63 | 78,11 | 101,68 | 5,74 | -6,35 | 33,69 |
| 6.25 | H | 66,37 | | 133,63 | 100,00 | 66,76 | | 91,73 | 79,25 |
| 12.50 | I | 114,14 | | 69,03 | 91,59 | 64,73 | 55,90 | 35,75 | 52,12 |

Experiment 4 (2023/08/04):

- Acceptor Signal

| | | Acceptor signal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Saturation assay - Exp. 4 | | | | | | | | | |
| 14 | 15 | PBS | | | SMN (100 nM) | | | Aß (1 µM) | | | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | |
| 0 | A | 35293 | 33886 | 35051 | 36931 | 36976 | 39853 | | | | |
| 0.1 | B | 39634 | 37310 | 35892 | 39174 | 33949 | 37312 | | | | |
| 0.3 | C | 35653 | 36128 | 37605 | 37732 | 41379 | 36742 | | | | |
| 0.7 | D | 35121 | 36843 | 41604 | 36390 | 38038 | 37745 | | | | |
| 1.5 | E | 41097 | 35803 | 36932 | 40761 | 46991 | 36635 | | | | |
| 3.1 | F | 36758 | 40942 | 38178 | 35589 | 38799 | 39625 | | | | |
| 6.25 | G | 38624 | 37949 | 40823 | 33803 | 43422 | 38416 | | | | |
| 12.50 | H | 35508 | 41047 | 40241 | 38749 | 35870 | 41019 | | | | |
| 25.00 | I | 39312 | 39439 | 39373 | 36428 | 48109 | 40161 | 41375 | 41872 | 46786 | |
| | | | | | | | | 46938 | 45320 | 50695 | Aß |

- Donor Signal

| | | Donor signal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Saturation assay - Exp. 4 | | | | | | | | | |
| 14 | 15 | PBS | | | SMN (100 nM) | | | Aß (1 µM) | | | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | |
| 0 | A | 11243 | 9046 | 9779 | 11073 | 8932 | 10636 | | | | |
| 0.01 | B | 10156 | 12244 | 6745 | 13113 | 7280 | 9287 | | | | |
| 0.1 | C | 7478 | 7796 | 11061 | 11477 | 12435 | 8296 | | | | |
| 0.3 | D | 10792 | 11262 | 10538 | 11488 | 9209 | 10226 | | | | |
| 0.7 | E | 15565 | 9758 | 10615 | 12372 | 15453 | 11802 | | | | |
| 1.5 | F | 8122 | 12445 | 10239 | 8737 | 10462 | 8468 | | | | |
| 3.1 | G | 14912 | 9683 | 11537 | 6981 | 14738 | 10032 | | | | |
| 6.25 | H | 8318 | 14795 | 13135 | 8252 | 10283 | 12041 | | | | |
| 12.50 | I | 10706 | 8810 | 11094 | 7124 | 14030 | 12591 | 13751 | 12386 | 14988 | |
| | | | | | | | | 13937 | 9913 | 14694 | Aß |

- Acceptor/Donor Ratio

| | | Acceptor/donor ratio | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Saturation assay - Exp. 4 | | | | | | | | | |
| | | PBS | | | SMN (100 nM) | | | Aß (1 µM) | | | |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | |
| 0 | A | 31391 | 37460 | 35843 | 33352 | 41397 | 37470 | | | | |
| 0.01 | B | 39025 | 30472 | 53213 | 29874 | 46633 | 40177 | | | | |
| 0.1 | C | 47677 | 46342 | 33998 | 32876 | 33276 | 44289 | | | | |
| 0.3 | D | 32544 | 32714 | 39480 | 31677 | 41305 | 36911 | | | | |
| 0.7 | E | 26403 | 36691 | 34792 | 32946 | 30409 | 31041 | | | | |
| 1.5 | F | 45257 | 32898 | 37287 | 40734 | 37086 | 46794 | | | | |
| 3.1 | G | 25901 | 39191 | 35384 | 48421 | 29463 | 38293 | | | | |
| 6.25 | H | 42688 | 27744 | 30636 | 46957 | 34883 | 34066 | | | | |
| 12.50 | I | 36720 | 44766 | 35490 | 51134 | 34290 | 31897 | 30089 | 33806 | 31216 | |
| | | | | | | | | 33679 | =X43/X84*10 | 34500 | Aß |

- Normalized Data

| | | Acceptor/donor Normalized | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Saturation assay - Exp. 4 | | | | | | | |
| | | PBS | | | Average | SMN (100 nM) | | | Average |
| Aß-FAM (nM) | | Replicate 1 | Replicate 2 | Replicate 3 | | Replicate 1 | Replicate 2 | Replicate 3 | |
| 0 | A | -36,8 | | | -36,76 | 20,1 | | | 20,13 |
| 0.01 | B | | -63,4 | | -63,42 | -80,8 | | | -80,77 |
| 0.1 | C | | | 38,9 | 38,87 | 6,3 | 17,9 | | 12,13 |
| 0.3 | D | -3,3 | 1,6 | 197,9 | 65,41 | -28,5 | | 123,4 | 47,46 |
| 0.7 | E | | 117,0 | 61,9 | 89,45 | 8,4 | | -46,9 | -19,28 |
| 1.5 | F | | 7,0 | 134,3 | 70,63 | | 128,5 | | 128,46 |
| 3.1 | G | | 189,5 | 79,1 | 134,31 | | | 163,5 | 163,48 |
| 6.25 | H | 291,0 | | -58,7 | 116,16 | | 64,5 | 40,8 | 52,70 |
| 12.50 | I | 117,8 | | 82,2 | 100,00 | | 47,3 | -22,1 | 12,63 |

2. Competition binding assay of Aβ42-FAM to SNAP-α7nAChRs in absence and presence of simufilam

Experiment 1 (2023/07/13):

- Acceptor Signal

**Acceptor Signal**

| | Competition assay - Exp 1 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Abeta (1 uM) | | | Simufilam | | | |
| 18 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Simufilam [ ] |
| A | 15573 | 17681 | 18372 | 19054 | 19037 | 16623 | -14,0 |
| B | 18504 | 17495 | 17621 | 18900 | 18556 | 18094 | -13,0 |
| C | | | | 16306 | 16264 | 16175 | -12,0 |
| D | | | | 18324 | 17187 | 16533 | -11,0 |
| E | | | | 15546 | 17356 | 17225 | -10,0 |
| F | | | | 16344 | 15777 | 16058 | -9,0 |
| G | | | | 15975 | 15311 | 15761 | -8,0 |
| H | | | | 15607 | 15478 | 16227 | -7,0 |
| I | | | | 15804 | 15744 | 17719 | -6,0 |

- Donor Signal

**Donor Signal**

| | Competition assay - Exp 1 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Abeta (1 uM) | | | Simufilam | | | |
| 18 | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Simufilam [ ] |
| A | 19076 | 23097 | 23723 | 31061 | 22151 | 18673 | -14,0 |
| B | 29832 | 23000 | 19165 | 33558 | 28412 | 20357 | -13,0 |
| C | | | | 16260 | 16841 | 22719 | -12,0 |
| D | | | | 22959 | 18830 | 16908 | -11,0 |
| E | | | | 16963 | 23298 | 19174 | -10,0 |
| F | | | | 18710 | 17000 | 18642 | -9,0 |
| G | | | | 17192 | 18369 | 16505 | -8,0 |
| H | | | | 19969 | 18046 | 19396 | -7,0 |
| I | | | | 17976 | 28391 | 24261 | -6,0 |

- Acceptor/Donor Ratio

**Acceptor/Donor Ratio**

| | Competition assay - Exp 1 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Abeta (1 uM) | | | Simufilam | | | |
| | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | Simufilam [ ] |
| A | 8163,7 | 7655,1 | 7744,4 | 6134,4 | 8594,2 | 8902,2 | -14,0 |
| B | 6202,7 | 7606,5 | 9194,4 | 5632,0 | 6531,0 | 8888,3 | -13,0 |
| C | | | | 10028,3 | 9657,4 | 7119,6 | -12,0 |
| D | | | | 7981,2 | 9127,5 | 9778,2 | -11,0 |
| E | | | | 9164,7 | 7449,6 | 8983,5 | -10,0 |
| F | | | | 8735,4 | 9280,6 | 8613,9 | -9,0 |
| G | | | | 9292,1 | 8335,2 | 9549,2 | -8,0 |
| H | | | | 7815,6 | 8577,0 | 8366,2 | -7,0 |
| I | | | | 8791,7 | 5545,4 | 7303,5 | -6,0 |

- Normalized Data

**Acceptor/Donor Normalized**

| | Competition assay - Exp 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Abeta (1 uM) | | | | Simufilam | | | |
| | Replicate 1 | Replicate 2 | Replicate 3 | Average | Replicate 1 | Replicate 2 | Replicate 3 | Average |
| A | 21,9 | -46,1 | -34,2 | 9,7 | | 79,4 | 120,6 | 100,0 |
| B | | -52,6 | 159,6 | | | | 118,7 | 118,7 |
| C | | | | | 271,1 | 221,5 | -117,7 | 125,0 |
| D | | | | | | 150,7 | 237,7 | 194,2 |
| E | | | | | | -73,6 | 131,4 | 28,9 |
| F | | | | | 98,3 | | 82,1 | 90,2 |
| G | | | | | | 44,8 | | 44,8 |
| H | | | | | -24,6 | | 48,9 | 12,1 |
| I | | | | | 105,8 | | -93,1 | 6,4 |

Experiment 2 (2023/07/27):

- Acceptor Signal

| | | Acceptor Signal | | | | | |
|---|---|---|---|---|---|---|---|
| | | Competition assay - Exp 2 | | | | | |
| 11 | 12 | | Abeta | | | Simufilam | |
| Simufilam [ ] | F | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| -14,0 | G | 17652 | 17840 | 21444 | 19075 | 20033 | 19573 |
| -13,0 | H | 19559 | 18627 | 20728 | 17216 | 18360 | 19499 |
| -12,0 | I | 19947 | 18505 | 18555 | 18995 | 19165 | 27606 |
| -11,0 | J | 20104 | 20072 | 19170 | 17683 | 17224 | 19377 |
| -10,0 | K | 19559 | 19780 | 19092 | 18824 | 23283 | 20561 |
| -9,0 | L | 17176 | 18500 | 21863 | 19848 | 20561 | 21221 |
| -8,0 | M | 20360 | 19336 | 21113 | 19803 | 21550 | 19962 |
| -7,0 | N | 18568 | 20133 | 22362 | 19609 | 22013 | 19791 |
| -6,0 | O | 19030 | 17873 | 18635 | 13888 | 14248 | 14801 |

- Donor Signal

| | | Donor Signal | | | | | |
|---|---|---|---|---|---|---|---|
| | | Competition assay - Exp 2 | | | | | |
| | | | Abeta | | | Simufilam | |
| Simufilam [ ] | F | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| -14,0 | G | 11188 | 10982 | 9863 | 9933 | 10302 | 12152 |
| -13,0 | H | 10258 | 8767 | 13833 | 6847 | 9767 | 8594 |
| -12,0 | I | 11315 | 7800 | 11333 | 10117 | 8146 | 29337 |
| -11,0 | J | 14486 | 13159 | 11329 | 8729 | 8589 | 8308 |
| -10,0 | K | 11893 | 11418 | 9325 | 9733 | 15853 | 11824 |
| -9,0 | L | 7014 | 9920 | 15612 | 8125 | 14142 | 10087 |
| -8,0 | M | 12601 | 9487 | 14334 | 9349 | 12038 | 15692 |
| -7,0 | N | 10500 | 11219 | 17179 | 11914 | 17782 | 11786 |
| -6,0 | O | 8083 | 7228 | 9384 | 726 | 640 | 659 * |

**Wells highlighted in light pink: technical problem on the cell distribution step, leading to big variation on the signal in these wells. Therefore, the competition curve for Simufilam could not be draw in this experiment.*

- Acceptor/Donor Ratio

| | | Acceptor/Donor Ratio | | | | | |
|---|---|---|---|---|---|---|---|
| | | Competition assay - Exp 2 | | | | | |
| | | | Abeta | | | Simufilam | |
| Simufilam [ ] | F | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| -14,0 | G | 15778 | 16245 | 21742 | 19204 | 19446 | 16107 |
| -13,0 | H | 19067 | 21247 | 14984 | 25144 | 18798 | 22689 |
| -12,0 | I | 17629 | 23724 | 16373 | 18775 | 23527 | 9410 |
| -11,0 | J | 13878 | 15253 | 16921 | 20258 | 20054 | 23323 |
| -10,0 | K | 16446 | 17324 | 20474 | 19340 | 14687 | 17389 |
| -9,0 | L | 24488 | 18649 | 14004 | 24428 | 14539 | 21038 |
| -8,0 | M | 16157 | 20382 | 14729 | 21182 | 17902 | 12721 |
| -7,0 | N | 17684 | 17945 | 13017 | 16459 | 12379 | 16792 |
| -6,0 | O | 23543 | 24727 | 19858 | 191295 | 222625 | 224598 |

- Normalized Data

| | | Acceptor/Donor Normalized | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Competition assay - Exp 2 | | | | | | | |
| | | | Abeta | | | | Simufilam | | |
| Simufilam [ ] | F | Replicate 1 | Replicate 2 | Replicate 3 | Average | Replicate 1 | Replicate 2 | Replicate 3 | Average |
| -14,0 | G | | 27,4 | 172,6 | 100,0 | 131,3 | 139,2 | 29,5 | 100,0 |
| -13,0 | H | 101,9 | 159,6 | | 130,8 | | 117,9 | 245,8 | 181,9 |
| -12,0 | I | 63,9 | 225,0 | 30,7 | 106,6 | 117,2 | 273,4 | -190,6 | 66,6 |
| -11,0 | J | | | | #DIV/0! | 165,9 | 159,2 | | 162,6 |
| -10,0 | K | 32,7 | 55,9 | | 44,3 | 135,8 | -17,2 | 71,6 | 63,4 |
| -9,0 | L | | 90,9 | -31,9 | 29,5 | | -22,1 | 191,6 | 84,8 |
| -8,0 | M | 25,0 | | -12,7 | 6,2 | | 88,5 | -81,8 | 3,3 |
| -7,0 | N | 65,4 | 72,3 | -58,0 | 26,6 | 41,1 | -93,1 | 52,0 | 0,0 |
| -6,0 | O | | | | | | | | |

Experiment 3 (2023/07/28):

- Acceptor Signal

| | Acceptor Signal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Competition assay - Exp 3 | | | | | | | | |
| | | Simufilam | | | Abeta | | | | |
| [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | | | |
| 0 | | | | 2150 | 1823 | 1967 | | | |
| -14 | 1925 | 2061 | 1885 | 2295 | 1973 | 1995 | | | |
| -13 | 2142 | 2095 | 2047 | 2294 | 1862 | 2305 | | | |
| -12 | 2386 | 2314 | 2080 | 2117 | 2078 | 1941 | | | |
| -11 | 1833 | 2034 | 1915 | 2079 | 1963 | 2045 | | | |
| -10 | 2334 | 2131 | 1933 | 2142 | 2022 | 2213 | | | |
| -9 | 1860 | 2074 | 2306 | 2196 | 1896 | 1941 | | | |
| -8 | 2094 | 2215 | 1876 | 1925 | 2135 | 1955 | | | |
| -7 | 2060 | 2147 | 1875 | 2390 | 1938 | 2013 | | Abeta -6 | |
| -6 | 2138 | 2138 | 1985 | 2290 | 2313 | 3175 | 2474 | 2252 | 2045 |

- Donor Signal

| | Donor Signal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Competition assay - Exp 3 | | | | | | | | |
| | | Simufilam | | | Abeta | | | | |
| [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | | | |
| 0 | | | | 13055 | 8747 | 9986 | | | |
| -14 | 8027 | 10580 | 9308 | 19001 | 9007 | 10538 | | | |
| -13 | 11603 | 13747 | 9509 | 13674 | 9420 | 13338 | | | |
| -12 | 7851 | 13656 | 11355 | 11940 | 10457 | 10792 | | | |
| -11 | 7330 | 13431 | 7906 | 10067 | 10814 | 9043 | | | |
| -10 | 11894 | 13611 | 9897 | 14520 | 10822 | 12451 | | | |
| -9 | 8695 | 14503 | 18131 | 13205 | 10495 | 8225 | | | |
| -8 | 12380 | 12073 | 7946 | 10315 | 11348 | 9311 | | | |
| -7 | 10950 | 11037 | 7295 | 16158 | 11718 | 10290 | | Abeta -6 | |
| -6 | 13753 | 13986 | 6997 | 14037 | 10489 | 9410 | 17515 | 12417 | 13951 |

- Acceptor/Donor Ratio

| | Acceptor/Donor Ratio | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Competition assay - Exp 3 | | | | | | | | |
| | | Simufilam | | | Abeta | | | | |
| [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 | | | |
| 0 | | | | 1646,9 | 2084,1 | 1969,8 | | | |
| -14 | 2398,2 | 1948,0 | 2025,1 | 1207,8 | 2190,5 | 1893,1 | | | |
| -13 | 1846,1 | 1524,0 | 2152,7 | 1677,6 | 1976,6 | 1728,1 | | | |
| -12 | 3039,1 | 1694,5 | 1831,8 | 1773,0 | 1987,2 | 1798,6 | | | |
| -11 | 2500,7 | 1514,4 | 2422,2 | 2065,2 | 1815,2 | 2261,4 | | | |
| -10 | 1962,3 | 1565,6 | 1953,1 | 1475,2 | 1868,4 | 1777,4 | | | |
| -9 | 2139,2 | 1430,0 | 1271,9 | 1663,0 | 1806,6 | 2359,9 | | | |
| -8 | 1691,4 | 1834,7 | 2360,9 | 1866,2 | 1881,4 | 2099,7 | | | |
| -7 | 1881,3 | 1945,3 | 2570,3 | 1479,1 | 1653,9 | 1956,3 | | Abeta -6 | |
| -6 | 1554,6 | 1528,7 | 2836,9 | 1631,4 | 2205,2 | 3374,1 | 1412,5 | | 1465,8 |

- Normalized Data

| | Acceptor/Donor Normalized | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Competition assay - Exp 3 | | | | | | | |
| | | Simufilam | | Average | | Abeta | | Average |
| [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | | Replicate 1 | Replicate 2 | Replicate 3 | |
| 0 | | | | | | 109,7 | 90,3 | 100,0 |
| -14 | 124,1 | | 75,9 | 100,0 | | 127,8 | 77,2 | 102,5 |
| -13 | 52,7 | | 92,4 | 72,5 | | 91,4 | 49,2 | 70,3 |
| -12 | 207,1 | 33,1 | 50,8 | 97,0 | 56,8 | 93,2 | 61,2 | 70,4 |
| -11 | 137,4 | 9,7 | 127,3 | 91,5 | | 64,0 | | 64,0 |
| -10 | 67,7 | 16,4 | 66,5 | 50,2 | 6,1 | 73,0 | 57,5 | 45,6 |
| -9 | 90,6 | -1,2 | -21,7 | 22,6 | 38,1 | 62,5 | | 50,3 |
| -8 | 32,7 | 51,2 | | 41,9 | 72,7 | 75,2 | | 73,9 |
| -7 | 57,2 | 65,5 | | 61,4 | 6,8 | 36,5 | 88,0 | 43,8 |
| -6 | 14,9 | 11,6 | | 13,3 | 32,7 | | | 32,7 |

Experiment 4 (2023/08/02):

- Acceptor Signal

| | Acceptor Signal | | | | | |
|---|---|---|---|---|---|---|
| | Competition assay - Exp 4 | | | | | |
| | Abeta (1 uM) | | | Simufilam | | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | | | | 36094 | 38356 | 41686 |
| -14 | 39542 | 41752 | 38597 | 38532 | 42190 | 40345 |
| -13 | | | | 41950 | 39757 | 41314 |
| -12 | | | | 45889 | 45316 | 43402 |
| -11 | | | | 37785 | 46019 | 41914 |
| -10 | | | | 41553 | 45262 | 45866 |
| -9 | | | | 43099 | 45212 | 45081 |
| -8 | | | | 43918 | 41233 | 37006 |
| -7 | | | | 41498 | 42045 | 36801 |
| -6 | | | | 46166 | 42451 | 40140 |

- Donor Signal

| | Donor Signal | | | | | |
|---|---|---|---|---|---|---|
| | Competition assay - Exp 4 | | | | | |
| | Abeta (1 uM) | | | Simufilam | | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | | | | 22739 | 19899 | 25935 |
| -14 | 29032 | 33998 | 26420 | 20995 | 31520 | 25718 |
| -13 | | | | 28285 | 22058 | 32408 |
| -12 | | | | 34612 | 34398 | 26510 |
| -11 | | | | 18930 | 39319 | 27383 |
| -10 | | | | 26227 | 22564 | 41874 |
| -9 | | | | 30172 | 31523 | 37418 |
| -8 | | | | 34878 | 26404 | 22451 |
| -7 | | | | 23652 | 28856 | 19231 |
| -6 | | | | 40381 | 29071 | 23155 |

- Acceptor/Donor Ratio

| | Acceptor/Donor Ratio | | | | | |
|---|---|---|---|---|---|---|
| | Competition assay - Exp 4 | | | | | |
| | Abeta (1 uM) | | | Simufilam | | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | | | | 15873 | 19275 | 16073 |
| -14 | 13620 | 12281 | 14609 | 18353 | 13385 | 15687 |
| -13 | | | | 14831 | 18024 | 12748 |
| -12 | | | | 13258 | 13174 | 16372 |
| -11 | | | | 19960 | 11704 | 15307 |
| -10 | | | | 15844 | 20059 | 10953 |
| -9 | | | | 14284 | 14343 | 12048 |
| -8 | | | | 12592 | 15616 | 16483 |
| -7 | | | | 17545 | 14571 | 19136 |
| -6 | | | | 11433 | 14603 | 17335 |

- Normalized Data

| | Acceptor/Donor Normalized | | | |
|---|---|---|---|---|
| | Competition assay - Exp 4 | | | |
| | Simufilam | | | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Average |
| 0 | | 138,4 | 61,6 | 100,0 |
| -14 | 116,3 | | 52,4 | 84,3 |
| -13 | 31,8 | 108,4 | | 70,1 |
| -12 | | | 68,8 | 68,8 |
| -11 | 154,8 | -43,1 | 43,2 | 51,6 |
| -10 | 56,1 | 157,2 | -61,1 | 50,7 |
| -9 | 18,7 | 20,1 | -34,9 | 1,3 |
| -8 | -21,9 | 50,7 | | 14,4 |
| -7 | | 25,6 | | 25,6 |
| -6 | -49,6 | 26,4 | | -11,6 |

Experiment 5 (2023/08/04):

- Acceptor Signal

| | Acceptor Signal | | | | | |
|---|---|---|---|---|---|---|
| | Competition assay - Exp 5 | | | | | |
| | | Simufilam | | | Abeta | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | 19953 | 21130 | 17493 | | | |
| -14 | 17399 | 17231 | 18909 | 17930 | 21199 | 20140 |
| -13 | 21855 | 16889 | 18352 | 18366 | 17659 | 20511 |
| -12 | 21262 | 17573 | 17674 | 17116 | 21288 | 18217 |
| -11 | 17768 | 19653 | 17522 | 17896 | 17520 | 18813 |
| -10 | 19572 | 19421 | 18291 | 22013 | 21224 | 18859 |
| -9 | 18316 | 18257 | 16327 | 18469 | 17275 | 20894 |
| -8 | 17442 | 16439 | 19352 | 20365 | 18523 | 18981 |
| -7 | 18361 | 17666 | 18324 | 19343 | 18742 | 20343 |
| -6 | 18210 | 21395 | 18033 | 18716 | 19207 | 18136 |

- Donor Signal

| | Donor Signal | | | | | |
|---|---|---|---|---|---|---|
| | Competition assay - Exp 5 | | | | | |
| | | Simufilam | | | Abeta | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | 35286 | 41347 | 22188 | | | |
| -14 | 18992 | 24716 | 34932 | 20070 | 40234 | 34609 |
| -13 | 41942 | 22975 | 19651 | 26025 | 19018 | 32744 |
| -12 | 37118 | 24160 | 25042 | 16817 | 44071 | 26782 |
| -11 | 27856 | 31326 | 27156 | 26522 | 22275 | 30709 |
| -10 | 27490 | 22593 | 22630 | 38237 | 37175 | 19202 |
| -9 | 31833 | 28417 | 19301 | 24789 | 27664 | 30284 |
| -8 | 20293 | 16829 | 29012 | 35522 | 28160 | 22945 |
| -7 | 22162 | 20883 | 24161 | 26961 | 30763 | 38235 |
| -6 | 22664 | 39545 | 24796 | 30362 | 39098 | 23607 |

- Acceptor/Donor Ratio

| | Acceptor/Donor Ratio | | | | | |
|---|---|---|---|---|---|---|
| | Competition assay - Exp 5 | | | | | |
| | | Simufilam | | | Abeta | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Replicate 1 | Replicate 2 | Replicate 3 |
| 0 | 5655 | 5110 | 7884 | | | |
| -14 | 9161 | 6972 | 5413 | 8934 | 5269 | 5819 |
| -13 | 5211 | 7351 | 9339 | 7057 | 9285 | 6264 |
| -12 | 5728 | 7274 | 7058 | 10178 | 4830 | 6802 |
| -11 | 6379 | 6274 | 6452 | 6748 | 7865 | 6126 |
| -10 | 7120 | 8596 | 8083 | 5757 | 5709 | 9821 |
| -9 | 5754 | 6425 | 8459 | 7450 | 6245 | 6899 |
| -8 | 8595 | 9768 | 6670 | 5733 | 6578 | 8272 |
| -7 | 8285 | 8460 | 7584 | 7174 | 6092 | 5321 |
| -6 | 8035 | 5410 | 7273 | 6164 | 4913 | 7682 |

- Normalized Data

| | Acceptor/Donor Normalized | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Competition assay - Exp 5 | | | | | | | |
| | | Simufilam | | | | Abeta | | |
| log [ligand] | Replicate 1 | Replicate 2 | Replicate 3 | Average | Replicate 1 | Replicate 2 | Replicate 3 | Average |
| 0 | | | 100,0 | 100,0 | | | | |
| -14 | 154,4 | 61,1 | | 107,8 | 184,7 | | 15,3 | 100,0 |
| -13 | | 77,3 | 162,0 | 119,7 | 82,6 | 203,8 | 39,5 | 108,6 |
| -12 | | 74,0 | 64,8 | 69,4 | 252,4 | | 68,7 | 160,6 |
| -11 | 35,8 | 31,4 | 38,9 | 35,4 | 65,8 | 126,6 | 32,0 | 74,8 |
| -10 | 67,4 | | 108,5 | 88,0 | 11,9 | 9,3 | | 10,6 |
| -9 | 9,2 | 37,8 | | 23,5 | 104,0 | 38,4 | 74,0 | 72,2 |
| -8 | | | 48,2 | 48,2 | 10,6 | 56,6 | | 33,6 |
| -7 | | | 87,2 | 87,2 | | 30,1 | -11,8 | 9,1 |
| -6 | | -5,5 | 74,0 | 34,2 | 34,0 | -34,0 | | 0,0 |