# EXHIBIT 158

**From:** Vandevrede, Lawren
**Sent:** Wed, 27 Apr 2022 15:04:12 -04:00
**To:** Jim Kupiec
**Cc:** Lindsay Burns
**Subject:** RE: E-mail from James Kupiec MD at Cassava Sciences

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jim/Lindsay,

The Times article raised significant and comprehensive concerns about the integrity of the data supporting use of simufilam - the scope of which we were not aware.

Further, we found your use of our site's participation in the trial in an attempt to counter Dr. Nicoll's legitimate concerns to be completely unacceptable.

Due to the these concerns and others, our site will no longer be participating in your trial. We have halted all screening and enrollment activity, and we are moving to terminate our contract.

Best,

Ren VandeVrede, MD/PhD
Assistant Professor
Memory and Aging Center
Department of Neurology, UCSF

**From:** Jim Kupiec <jkupiec@cassavasciences.com>
**Sent:** Wednesday, April 27, 2022 11:32 AM
**To:** Vandevrede, Lawren <Lawren.VandeVrede@ucsf.edu>
**Cc:** Lindsay Burns <lburns@cassavasciences.com>
**Subject:** E-mail from James Kupiec MD at Cassava Sciences

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Ren,

There's been quite a bit of activity since the Times article last week as Lindsay and I have been reaching out to sites to discuss our perspective and provide additional background on the COPE investigation of Plos and the status of the CUNY investigation. We would be happy to schedule some time to speak with you about any concerns you and your team might have, and update you on these ongoing investigations. I understand that Lindsay has been invited to the Future

of the Brain Summit at UCSF next week, so I'm sure she would like to meet face to face if possible while she's in SF.

Let us know if you would like to catch up. Thanks again for the screening activity on our study.

Best regards, Jim Kupiec

James W. Kupiec, MD
Chief Clinical Development Officer
Cassava Sciences, Inc.