# EXHIBIT 159

**From:** Anthony Daher
**Sent:** Fri, 18 Feb 2022 11:13:43 -05:00
**To:** lindsayhb@yahoo.com; Lindsay Burns
**Subject:** Printed Material SAVA - TO BE SENT to Volunteers SAVA DISCORD GROUP
**Attachments:** LIST SAVA DISCORD - PRINTED MATERIAL - SAVA.numbers, LIST SAVA DISCORD - PRINTED MATERIAL - SAVA.pdf

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Dr Burns,

Attached list of volunteers wanting to help.
Have a great day and weekend.

Anthony

Anthony Daher
514-815-9998

PENGAD 800-631-6989 EXHIBIT 10/25 167 Schoen

Document Produced in Native Format

LIST SAVAGES DISCORD GROUP VOLUNTEERS - #INSAVAWETRUST

| DISCORD USER ID | NAME | ADRESSE FOR SHIPMENT OF MATERIAL | EMAIL ADDRESS FROM VOLUNTEERS - WHO WANTS TO SHARE THROUGH MAIL BLAST |
|---|---|---|---|
| anthony_AD3#2625 | Anthony Daher | 1658 rue de la Fresniere , Chambly , Quebec , J3L 0M5 , Canada | distribuled@gmail.com |
| Dale Wayne#4925 | Dale Wayne Mershon | 3619 Shelby Drive , Forth Worth , TX 76109 | |
| Dat#5447 | Anonymous | Anonymous | depsoom@aol.com |
| Sevenlee#6294 | Li Li | 853 Denison Cr, Ottawa , ON , K2A 2N4 , Canada | sevenlyn.lee@gmail.com |
| Captain Crush#3904 | Captain Crush | 13224 Parmitter Rd amesville oh 45711 | ndifran25@gmail.com |
| kimberly#4886 | Kimberly Dalhausen | 23215 Commerce Park STE 300, Beachwood, OH 44122 | |
| kimberly#4886 | Alzheimer Association Central ohio Chapter | 1379 dublin Rd, Colombus Ohio ,43215 | |
| Heidi#0759 | Heidi August | 1010 E De LA Guerra , Santa Barbara CA 93103 | heidiaugust_46@hotmail.com |
| TC#3467 | Trevor Carter | 6599 Halite Pl , Carlsbald CA , 92009 | |
| Big Jake#1448 | Jake Atchley | 3300 Wendover CT , BEdford , TX 76021 | |
| HODL#5846 | Dr, Imran Khan | 4887 Greenway Road Norcross GA , 30071 | |
| Jacob Braun#6862 | Jacob Braun | 3466 Scout Lake Ln , Oviedo Florida , 32765 | jacobbraun86@gmail.com |
| k-smack#1501 | | He is minutes away from SAVA HQ , please email him and he will be picking up the material , he will be able to do : San Antoni , Houston and Austin and his parents Neurologists is interested ( from houston ) | frozenspokes@gmail.com |
| AlexisGR#0526 | Alexis Neocleous | 6649 North Federal Hwy , Boca Raton , FL , 33487 | |
| amhbll#9632 | Ravindra Shukla | 3743 Freehill in , Fairfax , VA 22033 | amhbll2021@gmail.com |
| marc1184#9139 | Marc Van Handenhove | 3870 Gelineau , Saint-Hubert , Quebec , J3Y 4L4 , Canada | marc@lumentruss.com |
| Shoreman#2452 | Shoreman | Anonymous | sd200roi@gmail.com |
| Ron1#0126 | Ron Floyd | 6641 Wakefield Drive unit 417, Alexandria VA , 22307 ( extra quantity ) | |
| nabster#7476 | Nabil Ouhabi | 4283 des escadrons , St-Hubert , Quebec , J3Y 0P1 , Canada | Nabil.ouhabi@gmail.com |
| Truthful Hand#9756 | Lori Mendez | 13500 N. Rancho Vistoso Blvd Tucson , AZ , 85755 | lmendez@splendidotucson.com |
| nacher#7100 | Matt Nachtrab | 116 Adalia Ave, Tampa FL 33606 | mnachtrab@gmail.com |
| Mattyboygenius#9539 | Matt Brideau | 7010 Maple Tree Ln , Springfield VA 22152 | M.brideau@yahoo.com |
| jacobo97#4394 | Jacob Ockerhausen | 400 E. 64th Terr , Kansas City , MO 64131 | Jockerhausen36@gmail,com |
| AbbyTrader#3716 | Marie-Andree Roy | 5540 High Shoals Rd Bishop , GA , 30621 | marieroy@outlook.com |
| wink#8091 | Linda Curran | 2554 Dutch Ct , Lafayette CO , 80026 | lindarcurran@yahoo.com |
| sm#9616 | Suresh Margabandu | 4268 panorama Dr , Dublin , CA , 94568 | msureshkr@gmail.com |
| lawryshaw#8204 | Shiva Chaitanya ( AKA Lawrence ) | 48720 Big Horn Court , Fremont CA , 94539 | lawrenceshaw82@gmail.com |
| CQ#2005 | Chris Quinn | PO BOX 1384 , Hailey , Idaho , 8333 | Kibou219@gmail.com |
| NorthVanGuy#4100 | Steve Horvath | 2506 Gladwin Place , North Vancouver , BC , V7R 4P8 | s9316@telus.net |
| | Alexander Ramirez | 600 W Grove Parkway apt 1118 , Tempe , AZ ,85283 | alexander_06@outlook.com |
| ang#2328 | Ang | 12026 81st Ave NE , Kirkland WA 98034 | |
| MrCorleone23#9126 | Mr Corleone23 | 20430 Norman Place , Leesburg , VA 20175 | pmarcantuono@gmail.com |
| | | | |
| | | | |