# EXHIBIT 160

**From:** Lindsay Burns
**Sent:** Mon, 07 Nov 2022 11:13:01 -05:00
**To:** Santora, Kenneth (NIH/NIA/ERP) [E]
**Cc:** Laurie Ryan (ryanl@mail.nih.gov)
**Subject:** JCI article and Cassava press release

Dear Ken,

Please see this article written by the editor of JCI:
https://www.jci.org/articles/view/166176?fbclid=IwAR32xcQcrJ2lim4gwY_J2wEXrvWqt4L0Oh3Bv13WPjBMi61ym1c_agfSZLg

Also see our press release of last week stating that we have filed a defamation lawsuit:
https://www.cassavasciences.com/news-releases/news-release-details/cassava-sciences-files-lawsuit-against-perpetrators-short-and

Thanks,
Lindsay

**Lindsay H. Burns, PhD**
SVP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238
www.cassavasciences.com

CASSAVA sciences