# EXHIBIT 161

**From:** Lindsay Burns
**Sent:** Tue, 26 Apr 2022 16:07:10 -04:00
**To:** Jim Kupiec; Tony Hernandez
**Subject:** RE: updated contact list
**Attachments:** FUD response to Sites April26.2.xlsx

Hi Jim and Tony,

Here are my updates. Did you mean Feldman? I could not find a Fedman. Contacted all others.

Lindsay

---

**From:** Jim Kupiec <jkupiec@cassavasciences.com>
**Sent:** Tuesday, April 26, 2022 2:04 PM
**To:** Lindsay Burns <lburns@cassavasciences.com>; Tony Hernandez <ahernandez@cassavasciences.com>
**Subject:** RE: updated contact list

Lindsay, Tony

I have 15 remaining sites across the two studies that have screened and need to be contacted. Here are my proposed assignments:

**Lindsay** – Yurgev-Golger, Pandey, Flitman, Fedman, Dussault (Quebec)

**Tony** – Tran, Carbonell, Turner (Idaho), Negron, Cutler

**Jim** – Kalafer, Patrick, Israel, Kaul, Montgomery

Whenever someone adds to the tracker, please add a version number to the title if it's the second one on the same day.

Thanks, Jim K.

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Tuesday, April 26, 2022 2:37 PM
**To:** Jim Kupiec <jkupiec@cassavasciences.com>; Tony Hernandez <ahernandez@cassavasciences.com>
**Subject:** updated contact list

Jim and Tony,

Here are my updates for today. Let me know if you'd like me to call anyone else.

Lindsay

**Lindsay H. Burns, PhD**
SVP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238
www.cassavasciences.com

CASSAVA sciences

| Site | contact | Who called | When | Result |
|---|---|---|---|---|
| Allen | PI | LB | 21-Apr | Left long voicemail |
| Nash | Adrienne Hilliard | LB | 21-Apr | Left long voicemail |
| Gross | Vince Gillen | LB | 20-Apr | brief conversation |
| Verghese | Site coordinator | LB | 21-Apr | brief conversation |
| Papka | Site Director | LB | 21-Apr | spoke -- sent letters to COPE |
| Allen | site | LB | 21-Apr | Left long voicemail |
| Agronin | Agronin | LB | 21-Apr | Left long voicemail |
| Markind | MarieElena | LB | 21-Apr | spoke -- sent letters to COPE |
| Wolberg | Claire, SC | LB | 21-Apr | spoke |
| Cohen | SC | LB | 21-Apr | Left long voicemail, subsequent 15-minute call with Sharon and Ian |
| Scott Turner | SC Monica Bland | LB | 21-Apr | spoke |
| Verret | SC, Melanie | LB | 21-Apr | spoke -- What is this about? We don't know anything about that. |
| Malhotra | SC, Meghan | LB | 21-Apr | spoke |
| Watson | PI | TH | 21-Apr | spoke |
| Cupelo | SC | TH | 21-Apr | left VM |
| Sharma | PI | TH | 21-Apr | spoke |
| Patel | SC | TH | 21-Apr | left vm |
| Alva | SC | TH | 21-Apr | left vm |
| Rivera | SC | TH | 21-Apr | left vm |
| Delgado | PI | TH | 21-Apr | spoke |
| Olivera | SC | TH | 21-Apr | left vm |
| Norton | SC | TH | 21-Apr | left vm |
| Durrani | PI | TH | 21-Apr | spoke |
| Maccina | SC | TH | 21-Apr | spoke |
| Stillman | SC | TH | 21-Apr | left vm |
| Costell | SC | TH | 21-Apr | spoke |
| Stedman | PI | TH | 21-Apr | spoke |
| Murphy | SC | TH | 21-Apr | left vm |
| Stoukides | PI | TH | 21-Apr | spoke |
| Ornstein | PI | TH | 21-Apr | spoke |
| Winner, Paul | PI | JWK | 22-Apr | 15 min call, well aware, read article, doesn't trust the NY Times, very one-sided, this drug needs to be tested and "we have even another subject for screening" |
| Khan, Arif | PI | JWK | 21-Apr | 30 min call, was not aware of the article, concerned about Bik's work already vis a vis Athira, understands there are bad actors out there, will continue to screen without concern |
| Liss, Jonathan | PI | JWK | 22-Apr | 17 min call, well aware of the article, had planned to think about it more over the weekend in advance of a potential decision to withdraw, but appreciated my proactive call. It raises a lot of question marks. He knows some of the scientists quoted and he trusts them. He's interested in working with a new MOA compound, but he's concerned re his institutional reputation being tarnished. It's a low-paying study and if the FDA stops the study, then these subjects can't participate in another study. He's got another 6 more subjects to be screened soon. He thinks we should never have created buzz about the cognitive signal in our OL study as that's led to a lot of animus. He wants to know which CSF analyte Dr. Hu is referencing in the article and our perspective. I confirmed we have funds to complete phase 3, we have no indication that FDA will stop phase 3, and the CUNY investigational output should help with the reputation of the authors and the study. However, he acknowledges that these quoted scientists, "once they've sunk their teeth into the issue", will continue to criticize despite any positive academic investigation. |

| | | | | |
|---|---|---|---|---|
| Holub, R | PI, SCs | JWK | 22-Apr | 28 min call with PI and four additional staff members, very pleased that I reached out. Subjects trust him and his team more than they trust the NY Times and internet articles. He wants something in writing from us to point to should "something go south". Talked about the study, the MOA, and their satisfaction of the P-tau181 in this study vs all the negative P-tau217 results they had in an early AD study. Now they have some "ammunition" should subjects want to discuss this topic. |
| Herskowitz, B | PI | JWK | 22-Apr | Reviewed background information and Cassava perspective and talking points. No major concerns, looking forward to getting activated. Has the background information he needs in working with his referring neurologists. Was aghast at the information published in the past about Boris and his wife. Understands the downside of the internet and social media platforms. 10-min call |
| Thein, S | PI | JWK | 22-Apr | He read the NY Times article, but there have not been any concerns yet from either subjects or staff. The article is yellow journalism. He's happy to work on a non-amyloid MOA and he's concluded the Cassava work is ethical. Having something in writing will be great. He'll continue to screen and get back to us if there are any new questions. 17-min call. |
| White, A | PI | JWK | 22-Apr | Awaiting call back |
| Goldstein, M | PI, SC | JWK | 22-Apr | No subject comments or feedback to date. He will not change his approach. A Cassava position paper would be helpful, although he would not be able to share such a document without IRB approval. He can use the talking points to provide subjects answers to specific questions. He likes our science and hopes we will be exonerated. 16-min call with PI and Sarah, SC. |
| Tsai, Po Heng | PI, SC (Lisa Zigler), R Patel, site manager; Aidee | JWK | 22-Apr | 35 min zoom call with PI and pertinent staff. The NY Times article has been shared by both colleagues and subjects in the study. Major Cassava perspectives shared, questions answered. Lisa shared how difficult it was to hear from her subjects and the concern they expressed about simufilam and the accusations in the NY Times article. Having a set of key written messages reflecting our discussion points that they can assimilate into their conversations with subjects would be very helpful. Banner team expressed gratitude for the call as they feel much more confident the clinical program is justified and the accusations are inappropriate. |
| Drake | SC | LB | 22-Apr | spoke |
| Gilson | SC | LB | 22-Apr | left VM |
| Summers | SC, PI | LB | 25-Apr | Spoke to PI, SC and sub-I. Sent COPE letters. They are highly supportive and not concerned. Said that George Perry's and David LeVaux's comments were taken out of context to appear negative. |
| Porsteinsson | SC | LB | 25-Apr | left voicemail |
| Brittain | SC | LB | 25-Apr | left voicemail |
| Molpus | SC | LB | 25-Apr | left voicemail |
| Bhatia | SC | LB | 25-Apr | left voicemail |
| Bernick | SC | LB | 25-Apr | left voicemail |
| Carlile | SC, Portia | LB | 25-Apr | spoke |
| Barnhart | Business manager | LB | 25-Apr | spoke |
| Messinger | SC and SD Tanya Powell | LB | 25-Apr | spoke. Is interested in adding their satellite site to the trial. |
| Herskowitz, B | PI | JWK | 25-Apr | Dr. H called me back after rereading the article and called it scathing. We again talked through the issues and the likelihood that CUNY will report their investigation at some point soon. He is scheduled to be activated at some point in the next few weeks. Although he initially indicated he was going to halt on any further start-up activities, I suggested that he continue knowing the CUNY investigation results should be available soon. He is concerned about the reputation at his site. |
| White, A | PI, and his physician sub-PI | JWK | 25-Apr | The PI and sub-PI called me back. They understand the article had a particular agenda and are not too concerned. They are continuing to screen but are hopeful the CUNY investigation will help rectify a bad situation. |
| Makam | PI | JWK | 25-Apr | Left message with staff, awaiting call back |
| Bond, W | PI | JWK | 25-Apr | Tried to leave VM, but then wrote e-mail. Awaiting feedback |

| | | | | |
|---|---|---|---|---|
| DiBuno, M | PI | JWK | 25-Apr | Tried to leave VM, but then wrote e-mail. Awaiting feedback |
| Scharre, D | PI | JWK | 25-Apr | Awaiting feedback |
| Krause, K | PI | JWK | 25-Apr | Awaiting feedback |
| Samuel, G | PI | JWK | 25-Apr | Awaiting feedback |
| Vandersluis, J | PI | JWK | 25-Apr | Awaiting feedback |
| Mega, M | PI | JWK | 25-Apr | Awaiting feedback |
| Frisberg, B | PI | JWK | 25-Apr | Awaiting feedback |
| Tariot, P | Coordinating PI | JWK | 25-Apr | Indicated that all three Banner sites are skitish post NY Times. Hadn't spoke with Dr Tsai after our conversation. Suggested we arrange a zoom call the two other Banner sites. Dr. Tariot asked his admin to find a good date and time later this week to discuss. |
| Vitakis | PI & staff during SIV | TH | 21-Apr | spoke |
| Chachar | PI | TH | 22-Apr | left vm |
| Puente | SC | TH | 22-Apr | spoke |
| Alonso | SC Melissa Ocana | TH | 25-Apr | spoke |
| Nunez | SC Miguel Dempere | TH | 25-Apr | spoke |
| Kaplan | PI | TH | 25-Apr | email & VM |
| Duffy | Site Director "Maria" | TH | 25-Apr | spoke |
| Ng | Site Director Judy Galindo | TH | 25-Apr | VM |
| Neytman | Site Director Jordan Herman | TH | 25-Apr | spoke |
| Sosa | PI | TH | 25-Apr | spoke |
| Concha | PI | TH | 25-Apr | spoke |
| De La Gandara | PI | TH | 25-Apr | spoke |
| Bergeron | Site director | TH | 25-Apr | spoke |
| Cruz-Pagan | PI | TH | 25-Apr | Left VM |
| Nisar | PI & staff during SIV | TH | 19-Apr | spoke while at SIV |
| Holland | PI | LB | 25-Apr | detailed brief conversation. He will be waiting for something back from NYT about this reporter's bias and failure to disclose COIs and/or CUNY to respond quickly. Sent letters to COPE. |
| Sha | PI | LB | 26-Apr | sent email and COPE letters. No phone number. |
| Pandy | two SCs | LB | 26-Apr | 10-minute detailed phone call. |
| Yuryev-Golger | | LB | 26-Apr | left message with receptionist |
| Flitman | Kalee, SC | LB | 26-Apr | 15-minute phone call |
| Dussault | Veronique, SC | LB | 26-Apr | Left message |