# EXHIBIT 164

**From:** Lindsay Burns
**Sent:** Fri, 18 Nov 2022 19:25:55 -05:00
**To:** Paul Aisen
**Bcc:** Kate Watson Moss
**Subject:** Screenshot 2022-11-18 at 6.15.26 PM

See below a sampling, of the Twitter and websites defamation of Cassava. There has been no censorship of their abstract, yet our letter to the editor (our voice) was heavily edited. I don't see that as being exactly neutral. Just wanted you to know. There are still two other active websites, besides this one advertised here, defaming us.

Today 6:00 PM

For questions on $SAVA, check out this page:

https://t.co/O2P2JTsPph

SAVA exposed as a fraud by 4 PHD scientists. They are also presenting their SAVA findings at CTAD in 2 weeks!

Why would SAVA raise funds now? It may be their last chance with the walls closing in.

**Adam Gefvert, CFA**




Lindsay

Today 6:00 PM

For questions on $SAVA, check out this page:

https://t.co/O2P2JTsPph

SAVA exposed as a fraud by 4 PHD scientists. They are also presenting their SAVA findings at CTAD in 2 weeks!

Why would SAVA raise funds now? It may be their last chance with the walls closing in.

**Adam Gefvert, CFA**
twitter.com