# EXHIBIT 165

**From:** Lindsay Burns
**Sent:** Tue, 17 May 2022 13:57:30 -04:00
**To:** Shorena Janelidze
**Subject:** RE: SR-X processing error [ ref:_00D50JM9R._5002J1KiEUb:ref ]

Thanks, all received!

Best,
Lindsay

---

**From:** Shorena Janelidze <shorena.janelidze@med.lu.se>
**Sent:** Tuesday, May 17, 2022 12:42 PM
**To:** Lindsay Burns <lburns@cassavasciences.com>
**Subject:** Fwd: SR-X processing error [ ref:_00D50JM9R._5002J1KiEUb:ref ]

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Begin forwarded message:

**From:** Shorena Janelidze <shorena.janelidze@med.lu.se>
**Subject: Fwd: SR-X processing error [ ref:_00D50JM9R._5002J1KiEUb:ref ]**
**Date:** 26 May 2020 at 15:17:32 CEST
**To:** Lindsay Burns <lburns@cassavasciences.com>
**Cc:** Carrie Crowley <ccrowley@cassavasciences.com>

Begin forwarded message:

**From:** David Cunha <dcunha@quanterix.com>
**Subject: Re: SR-X processing error [ ref:_00D50JM9R._5002J1KiEUb:ref ]**
**Date:** 24 April 2020 at 22:48:09 CEST
**To:** Shorena Janelidze <shorena.janelidze@med.lu.se>
**Cc:** Pilar Lorenzo <pilar.lorenzo@med.lu.se>, "jpowers@quanterix.com" <jpowers@quanterix.com>, "jmason@quanterix.com" <jmason@quanterix.com>, "lburns@cassavasciences.com" <lburns@cassavasciences.com>, "tshih@quanterix.com" <tshih@quanterix.com>, techsupport <techsupport@quanterix.com>

Hi Shorena,

Please see the attached file of your recalculated data!

Let me know if you have any questions.

Cheers,
Dave

On Thu, Apr 23, 2020 at 4:23 PM Shorena Janelidze
<shorena.janelidze@med.lu.se> wrote:

Hi Dave,

Yes, the file name is 2020-04-22 LP_plate1_pl_RunData.

Thanks,
Shorena

> On 23 Apr 2020, at 20:32, David Cunha <dcunha@quanterix.com> wrote:
>
> Hi Pilar,
>
> Jillian is currently out of office, so I will be assisting you.
>
> I just want to confirm the file name of the CSV file you wish for me to recalculate is 2020-04-22 LP_plate1_pl_RunData
>
> Cheers,
> Dave Cunha
>
> --------------- Original Message ---------------
> From: Pilar Lorenzo [pilar.lorenzo@med.lu.se]
> Sent: 4/23/2020 6:31 AM
> To: jmason@quanterix.com; shorena.janelidze@med.lu.se
> Cc: jpowers@quanterix.com; techsupport@quanterix.com; tshih@quanterix.com; lburns@cassavasciences.com; dcunha@quanterix.com
> Subject: Re: SR-X processing error [ ref:_00D50JM9R._5002J1KiEUb:ref ]
>
> Dear Jillian,
>
> In response to your question:
>
> I couldn't find the kit lot you were using, but based off of the reference calibrator values it looks like it is lot#502114.
>

> Could you please confirm this?
>
> The Lot number is 502262. I made a mistake by running the plate with the wrong calibrator concentrations. I wonder if you can help me by changing the calibrators concentration and recalculating the samples concentrations.
>
>
> Thanks in advance for your help,
>
> Best regards,
>
> Pilar
>
>
>
> Pilar Lorenzo, PhD
>
> Lund University,
>
> IKVM, Clinical Memory Research Unit,
>
> Sölvegatan 19, BMC C11
>
> 221 84 Lund, Sweden
>
>
>
> From: Jillian Mason <jmason@quanterix.com>
> Date: Wednesday, 22 April 2020 at 23:02
> To: Shorena Janelidze <shorena.janelidze@med.lu.se>
> Cc: Joshua Powers <jpowers@quanterix.com>, "techsupport@quanterix.com" <techsupport@quanterix.com>, Tanya Shih <tshih@quanterix.com>, David Cunha <dcunha@quanterix.com>, Pilar Lorenzo <pilar.lorenzo@med.lu.se>, Lindsay Burns <lburns@cassavasciences.com>
> Subject: Re: SR-X processing error [ ref:_00D50JM9R._5002J1KiEUb:ref ]
>
>
> Hi Shorena, hope you're doing well! Thanks for sharing your data.
>
>
> I processed the calibrators completed prior to the crash you experienced.
>
> The curve shape, and the values look really good and I've attached the data here.
>
> I couldn't find the kit lot you were using, but based off of the reference

calibrator values it looks like it is lot#502114.
>
> Could you please confirm this?
>
>
> Included in the attached spreadsheet:
>
> 1- Raw data from our offline processing software
>
> 2- Copied data from sheet 1
>
> 3- Summary of Calibrators and Controls: CV's for calibrator AEB's look great
>
> 4 - Curve fit for both calibrator sets, image also included below
>
> 5- Original Curve Generated for calibrators of crashed run including fit coefficients for your future reference
>
>
> I believe your sample values should be reliable. I can't say 100% that your samples are as stable as the calibrators and controls.
>
> However the data here is a good indicator that the complexes remained stable.
>
> I would review the CV's of the samples and be sure they are less than 20%. If you like you may do additional testing of a few random low and high samples from this run to be sure the values are fairly consistent.
>
>
> Sorry for the inconvenience you experienced with this crash.
>
> Please let me know if you need further assistance with data processing and I'll be happy to help.
>
>
> I'll be out of the office starting tomorrow and returning Tuesday the 28th. In the meantime Josh can help direct you to other assay scientists within our team if you need immediate help.
>
>
> Kind regards,
>
> Jillian
>
>
> <image001.png>

>
>
>
>
>
> On Wed, Apr 22, 2020 at 8:41 AM Shorena Janelidze
<shorena.janelidze@med.lu.se> wrote:
>
> Hi Jillian,
>
> Please find attached the files.
>
> Best regards,
> Shorena
>
>
>
>
>
>
> > On 17 Apr 2020, at 20:55, Jillian Mason <jmason@quanterix.com>
wrote:
> >
> > Hi Shorena, hope you're well. I'm Jillian with the Quanterix Applications team.
> >
> > I wanted to provide some guidance for you regarding your samples before you run the remainder of your plate on the SR-X once Josh clears your instrument for use.
> >
> > One note is that we usually suggest storing processed samples at RT and protecting from light.
> > Before your run halted it, the first set of calibrators were completed, therefore we'll have a good comparison around how the samples were impacted by the 4C storage once we have the rest of your data.
> > However before running the plate allow the beads to come to RT for approx. 30 minutes. Then wash them on the plate washer using only the Washer B protocol.
> > Allow the beads to dry for 10 minutes as usual then run the plate.
> >
> > Once this is complete please send the following reports for analysis:
> > 1- csv. with 'all columns exported'
> > 2- batch report
> >
> > As I mentioned we can review the calibrators before and after storage with the images and data you've already provided and discover how to move forward once we have all the data for analysis.
> >

> > Thanks and hope you're staying safe and well during these interesting times.
> >
> > Kind regards.
> > Jillian
> >
> >
> >
> >
> > On Fri, Apr 17, 2020 at 11:54 AM Joshua Powers <jpowers@quanterix.com> wrote:
> > Great, thanks Shorena. I will have someone from our Applications team begin reprocessing your data. In the meantime, I will be looking at the log files in order to determine why the instrument halted. I will update you ASAP.
> >
> > Best,
> > Joshua Powers | Product Support Engineer
> > (617) 301-9442
> > jpowers@quanterix.com | www.quanterix.com
> > Connect with us | LinkedIn | Twitter |Facebook
> > Visit us at our upcoming events
> > <image.png>
> >
> >
> > On Fri, Apr 17, 2020 at 4:26 AM Shorena Janelidze <shorena.janelidze@med.lu.se> wrote:
> > Hi Joshua,
> >
> > I have uploaded the files.
> >
> > Best,
> > Shorena
> >
> > > On 16 Apr 2020, at 20:39, Joshua Powers <jpowers@quanterix.com> wrote:
> > >
> > > Hey Shorena,
> > >
> > > Once we have the support package we will know more about why the processing error occurred. We will then be able to determine if it is safe to continue running the instrument. Please let me know once you have had a chance to upload the requested files.
> > >
> > > Best,
> > > Joshua Powers | Product Support Engineer
> > > (617) 301-9442
> > > jpowers@quanterix.com | www.quanterix.com

> > > Connect with us | LinkedIn | Twitter |Facebook
> > > Visit us at our upcoming events
> > > <image.png>
> > >
> > >
> > > On Thu, Apr 16, 2020 at 1:16 PM Shorena Janelidze <shorena.janelidze@med.lu.se> wrote:
> > > Hi Joshua,
> > >
> > > I do not think there is any data in our SR-X associated with this run but I will double check tomorrow. We loaded full plate, however it seems that the instrument stopped working very close to he start since the tip rack was full except the first column. We removed the pate and for now store it in our fridge. What I would like to know is if the SR-X might work after we restart it or should the processing error be handled in some other way? Also, could we try to read the plate again if the instrument works after restart?
> > >
> > > Best regards,
> > > Shorena
> > >
> > > Shorena Janelidze, PhD
> > > Clinical Memory Research Unit, Lund University
> > > Sölvegatan 19, BMC C11, 221 84 Lund, Sweden
> > >
> > >> On 16 Apr 2020, at 18:23, Joshua Powers <jpowers@quanterix.com> wrote:
> > >>
> > >> Hello Shorena,
> > >>
> > >> I am sorry you are experiencing issues with your SR-X. We should be able to get you data from the jobs that were already processed.
> > >>
> > >> What we will need from you:
> > >>
> > >> -Support Package including Full IPLs for all jobs (make sure to uncheck both boxes when creating Support Package, see attached file for help with this process)
> > >> -Plate map used in problematic run (can be exported from the SR-X)
> > >> -Raw Data .csv file from the run, if one exists (can be exported from the Review Data screen)
> > >>
> > >> Once you have collected all of these files, please upload them to the box.com folder created for your instrument. I am sending an invite to the correct folder to your email now.
> > >>
> > >> Please let me know if you have any trouble collecting the above-mentioned files, and I will be happy to help.

> > >>
> > >> Best,
> > >> Joshua Powers
> > >> Product Support Engineer
> > >>
> > >>
> > >>
> > >>
> > >> ref:_00D50JM9R._5002J1KiEUb:ref<How to create a Support Package in SR-X 1.1 Software.pdf>
> > >
> > >
> >
> >
> >
> > --
> >
>
>
>
> --
>
>
>
>
>
> <image001.png>

--
**David Cunha | Technical Applications Scientist**
Phone: 617-301-9400
dcunha@quanterix.com | www.quanterix.com