# EXHIBIT 168

**From:** Lindsay Burns
**Sent:** Sat, 11 May 2024 18:00:54 -04:00
**To:** robert.howard@ucl.ac.uk
**Subject:** Why?

Hi Rob,

Before you continue your relentless public bashing of simufilam and Cassava Sciences, I suggest you read some of my papers, or perhaps talk to my PhD advisor Trevor Robbins. Surely, you've heard of him. Apparently, there must be many other clinical trials that have shown no decline in cognition in mild AD patients for two years, as you appear to fully discredit this data collected by 16 independent clinical trial sites. We obviously won't have a definitive answer until our Phase 3 data is unblinded, but we have done nothing but present data as we develop the drug, withstanding the vitriol of you and others. I guess you are pleased with your contribution to slowing down our Phase 3 program, delaying an answer on a promising drug candidate. Your defamatory statements will be remembered, and the world will soon decide who exactly is a Stain on the Field. I will expect a public apology.

**Lindsay H. Burns, PhD**
SVP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484
www.cassavasciences.com