# EXHIBIT 169

**From:** Chris Foster
**Sent:** Tue, 05 Apr 2022 16:30:12 -04:00
**To:** Lindsay Burns; Tracy Owen; Carrie Crowley; Jim Kupiec
**Cc:** Jessica Hughes; Baylie Burke; Jennifer Butt; Mitzi Rogers; Larry Huffman
**Subject:** Cassava PTI-125-07 - Dr. Gross 01024 - Site potentially declining participation

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dr. Burns,

Thank you for following up with Vince and for the update. After all they've completed in regards to study prep, we would hate to lose them now.

I'm cc'ing the clinical team for awareness. We will hold off on activities until further notice.

Best,

**Chris Foster**
Project Manager
Office : +1 331-401-1317

---

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Tuesday, April 5, 2022 3:51 PM
**To:** Chris Foster <Chris.Foster@premier-research.com>; towen@cassavasciences.com; ccrowley@cassavasciences.com; jkupiec@cassavasciences.com
**Cc:** Jessica Hughes <Jessica.Hughes@premier-research.com>; Baylie Burke <Baylie.Burke@premier-research.com>
**Subject:** RE: Cassava PTI-125-07 - 01024 - Discussion of Site Concerns

EXTERNAL: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Just spoke to Vince for 30 minutes. He agreed to sit tight, no further activity until he feels more comfortable making a decision. He felt unprepared when his imaging center called him with questions about the PLOS retractions that he could not answer and thought that made him look bad. He was especially upset as he thought he had gained status to be kept in the loop by previously reaching out to us. I will keep him in the loop in the next weeks to see if/when he is ready to resume activity. He's looking at this from a business perspective and how much extra work it takes him to deal with these disruptions, questions and potential FDA audit. He's a mile a minute.

In the meantime, please don't call or send reminders to be screening.

Lindsay

**From:** Chris Foster <Chris.Foster@premier-research.com>
**Sent:** Tuesday, April 5, 2022 12:36 PM
**To:** Lindsay Burns <lburns@cassavasciences.com>; Tracy Owen <towen@cassavasciences.com>; Carrie Crowley <CCrowley@cassavasciences.com>; Jim Kupiec <jkupiec@cassavasciences.com>
**Cc:** Jessica Hughes <Jessica.Hughes@premier-research.com>; Baylie Burke <Baylie.Burke@premier-research.com>
**Subject:** RE: Cassava PTI-125-07 - 01024 - Discussion of Site Concerns

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Best,

**Chris Foster**
Project Manager
Office : +1 331-401-1317

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Tuesday, April 5, 2022 1:28 PM
**To:** Chris Foster <Chris.Foster@premier-research.com>; towen@cassavasciences.com; ccrowley@cassavasciences.com; jkupiec@cassavasciences.com
**Cc:** Jessica Hughes <Jessica.Hughes@premier-research.com>; Baylie Burke <Baylie.Burke@premier-research.com>
**Subject:** RE: Cassava PTI-125-07 - 01024 - Discussion of Site Concerns

EXTERNAL: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm talking to him soon. Hold off.

Lindsay

**From:** Chris Foster <Chris.Foster@premier-research.com>
**Sent:** Tuesday, April 5, 2022 12:20 PM
**To:** Tracy Owen <towen@cassavasciences.com>; Carrie Crowley <CCrowley@cassavasciences.com>; Jim Kupiec <jkupiec@cassavasciences.com>; Lindsay Burns <lburns@cassavasciences.com>
**Cc:** Jessica Hughes <Jessica.Hughes@premier-research.com>; Baylie Burke <Baylie.Burke@premier-research.com>
**Subject:** FW: Cassava PTI-125-07 - 01024 - Discussion of Site Concerns

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Chris Foster**
Project Manager
Office : +1 331-401-1317

---

**From:** Vince Gillen <vgillen@lehighcenter.com>
**Sent:** Monday, April 4, 2022 7:40 PM
**To:** Chris Foster <Chris.Foster@premier-research.com>
**Cc:** jkupiec@cassavasciences.com; Lindsay Burns <lburns@cassavasciences.com>; towen@cassavasciences.com; ccrowley@cassavasciences.com; Jessica Hughes <Jessica.Hughes@premier-research.com>
**Subject:** Re: Cassava PTI-125-07 - 01024 - Discussion of Site Concerns

EXTERNAL: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening,

I am sorry to be writing to you again with a similar, now more pressing concern. I was under the impression after our last call that Cassava's decision to not alert the sites of certain public information concerns was until if and when, a site brought those concerns to you, which we did. I apologize if I misunderstood when I assumed that because we did reach out we would be kept abreast going forward of any developments. That obviously was my mistake. That said, the news over the past month has been even more troubling to our site, as was the news about five days ago. I appreciate that you are having a fireside chat tomorrow, although we were hoping that you might have reached out several times since our discussions when major developments were made public. It seems as though these updates to us as a site were not in the plans. That is of course all in the past, however it is with regret that I inform you that after several internal discussions, we have come to the decision that it is in our sites best interest to withdraw as site for this protocol. We sincerely want to thank you for the opportunity, as while we regret it did not work out, please know that we wish you all the best in the future. Please advise as to what next steps need to be taken to initiate the closeout process.

Sincerely,

Vince Gillen
Executive Director
Lehigh Center for Clinical Research
484.802.3444

Sent from my iPhone

On Jan 31, 2022, at 7:17 AM, Chris Foster <Chris.Foster@premier-research.com> wrote:

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://premier-research-global.webex.com/premier-research-global/j.php?MTID=m79515182bff5fca2daa6d6a35c78bcb5

**Join by meeting number**

Meeting number (access code): 2428 065 9313

Meeting password: ESy4fmvGq48

**Tap to join from a mobile device (attendees only)**
1-877-668-4493,,24280659313## Call-in toll free number (US/Canada)
+1-650-479-3208,,24280659313## Call-in toll number (US/Canada)

**Join by phone**
1-650-479-3208 Call-in toll number (US/Canada)
1-877-668-4493 Call-in toll free number (US/Canada)
Global call-in numbers | Toll-free calling restrictions

**Join from a video system or application**
Dial 24280659313@premier-research-global.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**

Dial 24280659313.premier-research-global@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

Notice: This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is privileged, confidential and/or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee, or agent responsible for delivering the message to the intended recipient, is strictly prohibited. All contents are the copyright property of the sender. If you are not the intended recipient, you are nevertheless bound to respect the sender's worldwide legal rights. We require that unintended recipients delete the e-mail and destroy all electronic copies in their system, retaining no copies in any media. If you have received this e-mail in error, please immediately notify us by returning the e-mail to the sender. We appreciate your cooperation.

Notice: This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is privileged, confidential and/or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee, or agent responsible for delivering the message to the intended recipient, is strictly prohibited. All contents are the copyright property of the sender. If you are not the intended recipient, you are nevertheless bound to respect the sender's worldwide legal rights. We require that unintended recipients delete the e-mail and destroy all electronic copies in their system, retaining no copies in any media. If you have received this e-mail in error, please immediately notify us by returning the e-mail to the sender. We appreciate your cooperation.

Notice: This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is privileged, confidential and/or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee, or agent responsible for delivering the message to the intended recipient, is strictly prohibited. All contents are the copyright property of the sender. If you are not the intended recipient, you are nevertheless bound to respect the sender's worldwide legal rights. We require that unintended recipients delete the e-mail and destroy all electronic copies in their system, retaining no copies in any media. If you have received this e-mail in error, please immediately notify us by returning the e-mail to the sender. We appreciate your cooperation.

Notice: This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is privileged, confidential and/or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee, or agent responsible for delivering the message to the intended recipient, is strictly prohibited. All contents are the copyright property of the sender. If you are not the intended recipient, you are nevertheless bound to respect the sender's worldwide legal rights. We require that unintended recipients delete the e-mail and destroy all electronic copies in their system, retaining no copies in any media. If you have received this e-mail in error, please immediately notify us by returning the e-mail to the sender. We appreciate your cooperation.