# EXHIBIT 170

**From:** Michael Marsman
**Sent:** Tue, 01 Nov 2022 16:16:02 -04:00
**To:** Carrie Crowley; Nadav Friedmann
**Subject:** FW: IND 126487 - Bioequivalence Establishment Inspection
**Importance:** High

**From:** Papanastasiou, Emilios (Andrew) <Emilios.Papanastasiou@fda.hhs.gov>
**Sent:** Tuesday, November 1, 2022 1:15:53 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Michael Marsman <mmarsman@cassavasciences.com>
**Subject:** IND 126487 - Bioequivalence Establishment Inspection

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Michael,

Please refer to IND 126487 for simufilam (PTI-125) which was originally submitted on June 30, 2017.

As you are aware from emails that you exchanged with the Agency on September 13, 2022, the Agency was then about to conduct an audit of data at a City College of New York (CCNY)/City University of New York (CUNY) laboratory in New York, NY. That inspection was to be directed at analyses of cerebrospinal fluid samples obtained during Study PTI-125-02; data from those analyses are described in the current Investigator's Brochure for simufilam (PTI-125) dated December 17, 2021, and the objective of that inspection was to confirm the reliability of those data.

The investigator at the above CCNY/CUNY laboratory is Hoau-Yan Wang, PhD.

The above audit has since been completed. The Agency staff who conducted that audit concluded that the reliability of cerebrospinal fluid sample data in Figure 2 on Page 10 of 32 of the current Investigator's Brochure for IND 126487 could not be verified. This conclusion applied to all the analytes listed in that figure.

Based on the conclusions of the above audit, you must now delete all data for the cerebrospinal fluid analytes described in Figure 2 from the Investigator's Brochure for this IND. The items to be deleted are Figure 2 itself and all text related to the analyses described in that figure.

Please confirm receipt of this message.

Best regards,

Andrew
**E. Andrew Papanastasiou, MS, PharmD**
*Senior Regulatory Health Project Manager*

**Neurology Group**
**Division of Regulatory Operations for Neuroscience**
**Office of Regulatory Operations**
**Center for Drug Evaluation and Research**
**U.S. Food and Drug Administration**
Tel: 301-796-1930
emilios.papanastasiou@fda.hhs.gov