# EXHIBIT 185

CASSAVA sciences

July 15, 2024
*Via email*

Dear Board of Directors,

With regret, I hereby give written notice of my resignation for "Other Than Cause" my position as President & CEO of Cassava Sciences.

As you know, I built this Company from scratch. It was just an idea in my head 26 years ago. All these years, I have served the Company and its many stakeholders faithfully and to the best of my abilities. Cassava today is stronger and more vibrant than it has ever been.

My greatest professional pleasure has been building scientific and management teams that have developed new technologies and novel drug candidates to treat or diagnose human health problems. These teams have developed product candidates that push the boundaries of innovation, culminating with simufilam.

But I do not claim personal credit. Our progress has resulted from hard work, long hours and the dedication of many scientists, researchers, technicians, managers and support staff. Their brilliant minds and work habits continue to astound me. Indeed, it amazes me to look back on the productivity of our small, highly motivated teams. All I did was select the best people and foster an environment where effort can flourish. This reflects my belief that innovation grows organically when leadership sets the right growing conditions.

On several occasions I've also had to take on the challenge of bringing the Company back from the brink of extinction. All in a day's work.

It's been an honor to work for the benefit of the Company and its shareholders. But everyday I remind myself that ultimately, we work for patients. They're the ones who stand to benefit from our innovations. It's all about the patient. Always has been, in my view.

For 26 years, I was able to do my job thanks to your support, for which I'm grateful. We also acknowledge the contributions of a range of helpful or interested people, too numerous to name here, both inside and outside of the Company. I've learned from all of them.

Today, Cassava is a well-funded, well-staffed, high-profile public company. We have exciting new science aimed at treating Alzheimer's disease, a large, growing and serious chronic condition. We have Wall St analysts, investors, patients and physicians who follow our progress. We are in late-stage clinical development, with data readouts expected this year and next. And we own our proprietary drug candidate. We are strong!

All in all, I believe I leave the Company in good health and with a promising future. Needless to say, but worth repeating, I remain a true believer in simufilam, our oral drug candidate for people with Alzheimer's.

Despite my optimism about the Company, I see clouds regarding my continuing role at Cassava.

The recent Board constraints placed upon me, without my consent, including removal of my duties and responsibilities, precluding me from reporting to the office or communicating with colleagues, investors, analysts and stakeholders, have resulted in a significant diminution in my position and responsibilities as President & CEO over the past 10 days, and continue indefinitely.

From a leadership position, this has meant I can no longer do my job effectively, if at all, and has resulted in my unofficial removal from my longstanding role as Cassava's President & CEO.

Therefore, in accordance with my Employment Agreement, dated July 1, 1998, please accept this letter as my resignation from the Company due to a termination by the Company for 'Other Than Cause', in accordance with the terms of Section 3(d) of my Employment Agreement, upon sixty (60) days' prior written notice, in accordance with Section 1(b) of my Employment Agreement, such that my employment relationship shall terminate effective as of September 13, 2024. (Alternatively, the Company may cure the foregoing employment circumstances situation within 30 days).

Provided that the Board provides timely acceptance of my resignation as a termination by the Company for 'Other Than Cause' effective upon September 13, 2024, I can also agree, upon request, to resign my position as Chairman of the Board and board membership, use best efforts to ensure an orderly transition of the management and operations of the Company over the next 60 days, and negotiate in good faith an agreement to provide sporadic consulting services to the Company beyond September 13, 2024.

Thank you for making the Cassava experience so rewarding.

Respectfully,

*Remi Barbier*

**Remi Barbier**
**Founder, Chairman of the Board**
**President & CEO**

CASSAVA
sciences

CASSAVA sciences

CASSAVA sciences