# EXHIBIT 193

**From:** Lindsay Burns
**Sent:** Sat, 19 Nov 2022 10:46:26 -05:00
**To:** Watson Moss, Kate
**Subject:** Fw: Screenshot 2022-11-18 at 6.15.26 PM

Redacted - Privileged

Lindsay
**From:** Lindsay Burns
**Sent:** Friday, November 18, 2022 8:27 PM
**To:** Paul Aisen <paisen@usc.edu>
**Subject:** Re: Screenshot 2022-11-18 at 6.15.26 PM

Thanks Paul. It was difficult to respond only scientifically when we had no details on how they did this failed experiment, just going by the abstract. The bigger issues are the unlawful behavior and their year-long campaign against us for financial gain. We have given our drug to others under MTA, one resulting in a Science Translational Medicine paper by a Yale collaborator. As for ITC, we have learned that for high affinity interactions, different procedures are required. Their control is only 10 nanomolar. But of course we do not know their details so could not get this granular. Obviously we are very grateful for the opportunity to respond at all. And I'm sorry I did not check my email on Sunday, though we were working on the response. See you at the meeting.

Lindsay

On Nov 18, 2022, at 6:39 PM, Paul Aisen <paisen@usc.edu> wrote:

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lindsay,

Abstracts are not edited. They are reviewed and scored by a panel, then either selected for oral presentation or poster or rejected. Letters and papers undergo editorial review. I disagree with your characterization of your letter as "heavily edited"; the journal asked for removal of comments beyond the scientific issues. The screenshot, while highly objectionable, is irrelevant to the editorial review of your letter.

Paul

**From:** Lindsay Burns <lburns@cassavasciences.com>
**Sent:** Friday, November 18, 2022 4:26 PM
**To:** Paul Aisen <paisen@usc.edu>
**Subject:** Screenshot 2022-11-18 at 6.15.26 PM

See below a sampling, of the Twitter and websites defamation of Cassava. There has been no censorship of their abstract, yet our letter to the editor (our voice) was heavily edited. I don't see that as being exactly neutral. Just wanted you to know. There are still two other active websites, besides this one advertised here, defaming us.

<image001.jpg>

Lindsay