# EXHIBIT 194

**From:** Lindsay Burns
**Sent:** Thu, 29 Sep 2022 18:29:43 -04:00
**To:** Watson Moss, Kate
**Subject:** Fw: Complaint filed Against Geoffry Pitt
**Attachments:** An_open_letter_to_Dr_v3.docx

Hi Kate,

Redacted - Privileged

Lindsay
**From:** Matthew Nachtrab <mnachtrab@gmail.com>
**Sent:** Wednesday, December 22, 2021 3:39 PM
**To:** Lindsay Burns <lburns@cassavasciences.com>; Eric Schoen <eschoen@cassavasciences.com>
**Subject:** Complaint filed Against Geoffry Pitt

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a team we believe many of the short seller parties are attempting to prevent AD victims from a viable treatment with the goal of monetary gain and likely some sort of personal vendetta against Cassava. We feel it violates the code of ethics for a practicing doctor in the state of New York. This morning I overnighted a complaint with the attached letter to the New York State Department of Health Office of Professional Medical Conduct so they can see the shenanigans he and his gang are up to. The short sellers should not be allowed to run free while attacking Cassava constantly without any repercussions. We have 4 other organizations that Dr Geoffry Pitt is a member or an employee that we are using the same content to file complaints. He will be receiving a lot of investigation calls the next few weeks.

Please don't spread this knowledge around yet because I have not received confirmation yet from New York that they have accepted and entered my complaint. Once we know it's in, we are going to coordinate some sort of campaign around the complaint.

I thought you guys would like to know we did this.

Regards,

Matt
Cell- 419-304-2061

NYS Department of Health
Office of Professional Medical Conduct,

This letter is accompanying the complaint form submitted against Dr. Geoffrey Pitt, attached hereto.

My name is Matt Nachtrab. I am filing this complaint because I am desperate for completion of Simufilam's clinical trials and horrified by the actions of Dr. Pitt (and his partner Dr. Bredt).

I discovered from a DNA test that I unfortunately am one of the unlucky individuals who have not one by two copies of a variant gene encoding a pathological form of apolipoprotein called "APOE4". By having two copies of this variant (i.e., by being "homogenous APOE4") I have a nearly 100% chance of getting Alzheimer's Disease ("AD"). Basically, if I live long enough, I will ultimately succumb to AD much like direct family of mine have done so before my eyes. As such, I have closely followed AD clinical trials and long observed the absence of any interventions that truly alter patient outcome or prognosis. When I learned of Simufilam's phase 2b trial data (explained in more detail below), I was for the first time provided a true glimmer of hope. I became both an expectant future patient given my genetic condition and an investor.

Soon after my discovery of Simufilam, Dr. Pitt anonymously co-authored allegations regarding Simufilam under false pretenses to enable profit from a secret "short" bet against the company behind the trials, Cassava Sciences, Inc. ("SAVA"). Specifically, Dr. Pitt, in the vein of a helpful "whistleblower," sought to convince the FDA to halt late stage clinical trials of this promising and desperately needed therapeutic for his own enrichment. As his actions have so far been unsuccessful, Dr. Pitt's attacks have become increasingly unhinged and repugnant. He has gone so far as to **use a child's weakness in the aftermath of her rape at the hands of her stepfather as a justification to halt phase 3 trials of Simufilam some 30 years later**.

I believe his actions constitute a willful false report and demonstrate moral unfitness to practice medicine in the state of New York as defined by Article 131-A § 6530. The public is best served by preventing the practice of medicine by individuals who would seek to destroy the one potential meaningful treatment for patients dying from an as yet incurable and fatal disease for profit – individuals like Dr. Pitt.

Below, I break down the following series of events and observations on Dr. Pitt's Actions. Dr. Pitt (along with partner Dr. Bredt):

1. Filed A Citizen's Petition Under False Pretenses
2. Attacked an Extremely Promising and Desperately Needed Therapy
3. Appears to Have Significantly Profited From His Dishonesty
4. Extracted Such Profit Through Great Potential Harm to Patients
5. Doubled Down Upon His Failure With Reprehensible Personal Attacks
6. Appears to be Part of a Coordinated Campaign With Conflicts of Interest

1. Dr. Pitt Filed A Citizen's Petition Under False Pretenses

In August 2021, Dr. Pitt through his lawyer filed a Citizen's Petition ("CP") with the FDA seeking to convince the FDA to halt the upcoming Phase 3 trial of Simufilam as a therapeutic in the treatment of AD. The investment industry has a history of filing CP's under false pretenses (which generally argue the FDA must halt a phase 3 trial due to risk of patient harm) as a way to manipulate stock price after establishing a financial position which would profit from a decrease in a company's stock price (i.e., taking a "short" position). The infamous Martin Shkreli was a pioneer in this technique, using misleading CPs to both profit from a short bet against the market's reaction to a CP and to weaken a company for attempted hostile takeover.[1]

This CP was claimed to be authored by a "whistleblower" and ostensibly pushed the FDA for the halt to protect patient safety. This stated authorship was both an outright fabrication and grossly misleading: [2]


Attachment 1 Cassava Science VS Whistleblower Submission re Citizen Petition from Labaton Sucharow

Several days and an easily predictable SAVA stock crash later, the law firm filing the CP acknowledged its client had a taken a short position in the company sponsoring Simufilam, Cassava Sciences, Inc. ("SAVA").[3] Additionally, the Wallstreet Journal later disclosed that, rather than being a whistleblower as stated, the law firm's clients and the CP co-authors were third parties outside of SAVA, namely, Dr. Pitt and Dr. David S. Bredt.[4]

The FDA requires CP submissions to include a certification attesting to things like completeness, accuracy, financial disclosure, etc. in an attempt to avoid the submission of CP's that are misleading or under an improper pretext.[5] This CP co-authored by Dr. Pitt was accompanied by a partial certification signed by the submitting attorney as follows:

V. CERTIFICATION

The undersigned certifies that, to the best knowledge and belief of the undersigned, this petition includes all information and views on which the petition relies, and that it includes representative data and information known to the petitioner which are unfavorable to the petition.

---

[1] https://www.statnews.com/2015/09/26/biotech-exec-martin-shkreli-has-history-of-tough-tactics

[2] https://www.regulations.gov/document/FDA-2021-P-0930-0003

[3] https://www.businesswire.com/news/home/20210826005765/en/Rebuttal-to-82521-Cassava-Sciences-Press-Release

[4] Co-author Dr. Bredt is not engaged in the practice of medicine. See Attachment 3.

[5] https://www.fda.gov/media/130878/download

In contrast to this certification made by Dr. Pitt (through his attorney), Dr. Pitt's CP **failed to include critical representative information** such as the fact that the authors were not whistleblowers, but rather, were third parties having positioned themselves to greatly profit upon a decrease in SAVA's share price. Further, the certification left off required statements regarding "cash or other forms of consideration" received in connection with the submission.

2. Dr. Pitt Attacked an Extremely Promising and Desperately Needed Therapy
Although this complaint is not to adjudicate the clinical efficacy of Simufilam, the existing data is important context for understanding the outrageousness of Dr. Pitt's actions and the great potential harm it could bring. Simufilam has completed phase 1, 2a, and 2b FDA trials. To date, there has been literally zero significant safety issues raised after administration of an estimated 149,000 doses over 18 months of clinical trials of Simufilam.[6] Moreover, the evidence seen to date for efficacy would be unprecedented if replicated in phase 3 – the trial Dr. Pitt and Dr. Bredt sought to prevent for profit. Specifically, the phase 2b cognition data of Simufilam demonstrates consistent and continued average **improvements** in cognition during 6, 9, and 12-month interim data (i.e., all data released publicly to date). No drug or therapy has ever been able to stop or meaningfully slow the **decline** in cognition (let alone **improve** cognition) in AD patients at 12 months in a U.S. clinical trial. To be clear, the degree and duration of cognitive benefit with supportive surrogate markers in phase two data for AD have never occurred in a U.S. clinical trial. They are simply unprecedented.

3. Dr. Pitt Appears to Have Significantly Profited From His Dishonesty
As noted above, Dr. Pitt hid both his identity and his short position when filing the CP. This CP filing was leaked and eventually published and crashed the SAVA share price by over 50%. The law firm acknowledged that its clients had taken an undisclosed short positions ahead of the CP filing only after a stock crash caused by the CP.[7] One analysis estimated over a **hundred million dollars in short profits** because of the stock price decrease occurring after the CP was submitted under guise of "whistleblower" rather than with the critical missing context that the author was an outside entity bringing about incredible personal profit through allegations.[8]

4. Dr. Pitt Extracted Such Profit Through Great Potential Harm To Patients
AD is the sixth leading cause of death in the United States and approximately one in three elderly Americans die with dementia.[9] Currently, 410,000 New Yorkers are living with Alzheimer's disease, and more than 580,00 NY family and friends are providing

[6] SAVA dosed patients 39,620 times (from the publicly available data) with no reported serious *adverse* events. In addition, there are 150 patients enrolled in the "open-label extension trial" (OLE). The standard protocol requires study sites to report serious adverse events immediately to the FDA. Those OLE patients were administered another 109,500 doses. Factoring in the OLE patients, in totality, 149,120 doses were administered without any published significant safety events across multiple trials.
[7] https://www.businesswire.com/news/home/20210826005765/en/Rebuttal-to-82521-Cassava-Sciences-Press-Release
[8] https://www.bloomberg.com/news/articles/2021-08-31/cassava-short-sellers-reap-100-million-in-august-stock-rout
[9] https://www.nia.nih.gov/health/alzheimers-disease-fact-sheet

care.[10] There are no disease altering clinical interventions to date. The recently approved treatment of Aduhelm (targeting amyloid) was approved using amyloid reduction as a “surrogate endpoint” of actual patient benefit (such as cognition improvement) and only under great controversy. In fact, the FDA advisory committee unanimously voted no or abstain as to whether Adhulem’s studies showed efficacy and several members resigned in protest of the FDA’s decision to ignore the advisement in ultimately approving Aduhelm without clear patient benefit.[11]

**Given the extreme harm to public health from this essentially untreatable and widespread fatal wasting disease, any scientifically unnecessary delay to a therapeutic showing great potential and zero safety risks is a reckless disregard of public health. Pursuit of profit from a short bet is a scientifically unnecessary delay.**

5. Dr. Pitt Doubled Down Upon His Failure With Reprehensible Personal Attacks
To date, the FDA has not stopped the phase 3 trial of Simufilam. Instead, SAVA was successful in negotiation of “Special Protocol Agreements” with the FDA to streamline the trials.[12] Indeed, SAVA has begun dosing patients in phase 3 trials.[13] Unsatisfied with either the literal failure of the CP to halt the phase 3 trial (now dosing) or with the existing financial gain from his undisclosed short position, Dr. Pitt and Dr. Bredt filed several supplements to the CP since the original in August. Never have Dr. Pitt or Dr. Bredt acknowledged or explained the deep-rooted conflict of interest between themselves and the general public.

Although this letter does not delve into the (lack of) substantive merits of the CP and their supplements in terms of justifying a halt to the phase 3 trials, I must point out an example of the kinds of horrendous personal attacks Dr. Pitt has begun to utilize in his apparent increasing desperation to halt the Simufilam trials. These attacks demonstrate Dr. Pitt’s basic moral unfitness to practice medicine. Dr. Pitt’s third supplement CP relies on short attack material prepared by the Quintessential Capital hedge fund as shown below and Dr. Pitt specifically refers to “controversial and questionable characters”:[14]

**Quintessential Capital and Coalition Reports**

On November 3, 2021, Quintessential Capital released a public report that raises new and serious questions about Cassava Sciences and its drug candidate simufilam [https://assets.empirefinancialresearch.com/uploads/2021/11/Cassava-Sciences-SAVA_-Game-Over.pdf]. Following an in-depth investigation, among other things, the firm found that Cassava's clinical trials were administered by several controversial and questionable characters, that there were

[10] https://www.alz.org/professionals/public-health/state-overview/new-york

[11] https://www.biospace.com/article/3rd-fda-alzheimer-s-advisory-panel-member-resigns-over-biogen-approval/

[12] https://www.cassavasciences.com/news-releases/news-release-details/cassava-sciences-announces-agreement-fda-special-protocol

[13] See SAVA 11/15/2021 10-Q, page 26.

[14] https://www.regulations.gov/document/FDA-2021-P-0930-0161

Turning to this report's attacks, we see a reprehensible personal attack on Ms. Cabo (a co-owner of one trial site among many assisting in Simufilam – a trial site for clinical trials of many large pharmaceutical companies). The attack seeks to use a woman's childhood rape against her to further Dr. Pitt and Dr. Bredt's agenda. I understand this may be confusing, so I will first paraphrase the attack and then paste the literal text so you can judge for yourself. First, my paraphrasing of the argument:

> Ms. Cabo was apparently raped by her stepfather as a child. This child briefly recanted that she was raped during a time when her family was being forcibly separated due to the acts of which she was victim. Later, the stepfather purportedly admitted to the rape on tape anyway and the child further confirmed she was indeed raped as she originally stated. **Because Ms. Cabo (as a child) did not 100% consistently hold to the fact that she was a victim of rape during the time her family was forcibly separated, and now, over 30 years later this same individual is involved as a third party in one of many trial sites across the country independently generating patient data, the FDA must halt phase 3 trials of Simufilam** and prevent the world from potentially benefiting from a drug which has shown great promise and no safety concerns during phase 1, 2a, and 2b trials.

I realize the above sounds outlandish, so here is the raw text which Dr. Pitt cites to and relies on in his third supplemental CP:[15]

> …
> In her distant past, she was the central character in "the Case from Hell", a legal saga originating from her claim that her stepfather had been repeatedly raping her while a minor. After causing the complete collapse of her family structure, as she and her siblings were taken away from her parents, Aimee took back her claims, "a recantation supported by the findings of state-appointed experts and a lengthy police investigation"[16]. Regardless of who was ultimately right[17] in this sad story, Aimee has been caught laying [sic] in a very important situation and this casts serious doubts on her credibility.
>
> 16 Source: https://www.miaminewtimes.com/news/the-case-from-hell-and-back-6364110
>
> 17 Following her recantation, Aimee claimed having caught her "rapist" in an illegally recorded admission of guilt. She either lied when she accused her stepfather or she must have lied in her recantation: either way, her integrity is compromised.

<u>6. Dr. Pitt Appears to be Part of a Coordinated Campaign With Conflicts of Interest</u>

Dr. Pitt and Dr. Bredt's CP was merely an opening volley in a disturbing and apparently coordinated series of attacks that suggest Dr. Pitt is acting in concert with a larger group bringing collective action to exert extreme pressure on the FDA and the SAVA share price.

To better understand this series of events, we must look at the date of November 17th. On this date, the Wallstreet Journal ran the above noted story breaking the news of the CP co-authorship of Dr. Pitt and Dr. Bredt. This story was overall quite negative for SAVA, as it claimed a leak of an investigation into SAVA (and interviewing a purported

---

[15] https://assets.empirefinancialresearch.com/uploads/2021/11/Cassava-Sciences-SAVA_-Game-Over.pdf

neutral consultant who in reality has a history of anti-SAVA discussion and affiliates with SAVA short investors on social media). Mere hours later on November 17th, Dr. Pitt and Dr. Bredt filed a Third Supplement to the CP. This third supplement was a 29 page document heavily relying on the "Wall Street Journal Expose" in its arguments.[16] Dr. Pitt must be a prolific and speedy writer to have prepared this third CP supplement mere hours after the evidence it focuses on came into public existence.

The above is not the extent of the coincidence, however. On this same day November 17th and in parallel with the maelstrom of negative news created against SAVA, a press release was put out by Dr. Bredt's (the co-author to Dr. Pitt) current or most recent employer MPM Capital touting seed funding for a biotechnology startup Protego Biopharma ("Protego").[17] Protego is working in the space of protein misfolding which might treat AD Protein and this at a high level the same expected mechanism of action of Simufilam. Protego is a spin off from Johnson and Johnson, where Dr. Bredt worked for over 10 years and is listed on patent filings in this area.[18]

Also as a further coincidence, Jim Cramer negatively discussed SAVA on his show the night before November 17th and on twitter right after November 17th. Attention by Cramer is quite notable for a company with ~15 employees. It is particularly notable when it occurs the evening before this tiny company was aggressively attacked by Dr. Pitt and others in the media the next day.

These four events occur together in a fashion that would be unimaginable without strict and detailed coordination in order to crash the SAVA share price on behalf of individuals like Dr. Pitt who had taken a short position on the stock. It is difficult to understand how Dr. Pitt, a practicing physician which the public relies on as keeping their health as his primary interest, would be caught up in such madness.

Conclusion

The totality of Dr. Pitt's actions show a pattern of moral unfitness and dishonesty. It is inconceivable that Dr. Pitt is unaware of the great potential harm by delaying or halting Simufilam's trial given the otherwise hopeless state of current therapies for AD. Dr. Pitt's willingness to not only enable such harm but to actively seek it through deception and use of repugnant personal attacks on largely irrelevant victims to profit from an undisclosed short bet is an immoral act that betrays a fundamental lack of concern for public health. This behavior would be grounds for professional misconduct regardless of the target of attack. However, for a doctor to do this with the target being such a desperately needed and promising therapeutic makes the act particularly appalling to one so likely to need the treatment when I succumb to the disease.

Paragraph 20 of Article 131-A § 6530 defines professional misconduct as "Conduct in the practice of medicine which evidences moral unfitness to practice medicine." If

---

[16] https://www.regulations.gov/document/FDA-2021-P-0930-0161

[17] https://www.globenewswire.com/news-release/2021/11/17/2336493/0/en/Protego-Biopharma-Raises-51-Million-Series-A-Financing-to-Advance-the-Treatment-of-Protein-Misfolding-Diseases.html.

[18] https://patents.google.com/patent/US20200362013A1/en?oq=US20200362013A1

seeking to trade the unnecessary continued suffering from an untreatable fatal wasting disease through dishonesty and repugnant personal attacks for pecuniary gain is not evidence of “moral unfitness” to practice medicine, it hard to imagine what is.

Paragraph 21 of Article 131-A § 6530 defines professional misconduct as “Willfully making or filing a false report, or failing to file a report … or inducing another person to do so.” Dr. Pitt’s CP falsely and misleadingly identified him as a whistleblower rather than a third party with a short position. Moreover, the certification for his filing (signed by the lawyer) misrepresented that it included all known information and failed to include required aspects of financial disclosure. This constitutes each of a filing a false report, failing to file a report (in its failure to include required aspects of the certification), and inducement of another person to do so (as the lawyer both filed the report with false information and signed the certification on behalf of Dr. Pitt’s filing).

Accordingly, Dr. Pitt’s actions constitute multiple forms of Professional Conduct and the laws and rule governing the practice of medicine in the state of New York.

Sincerely,

____________________

Matthew Nachtrab