# EXHIBIT 195

**From:** Lindsay Burns
**Sent:** Wed, 26 Oct 2022 11:29:59 -04:00
**To:** Watson Moss, Kate
**Cc:** Remi Barbier
**Subject:** FW: Email from James Kupiec MD at Cassava Sciences

Redacted - Privileged

Lindsay

---

**From:** Dr Kim Johnson <kim.g.johnson@duke.edu>
**Sent:** Tuesday, August 2, 2022 3:16 PM
**To:** Jim Kupiec <jkupiec@cassavasciences.com>
**Cc:** Catherine Kim <Catherine.Kim@premier-research.com>; Jennifer Butt <Jennifer.Butt@premier-research.com>; Talya Khabibulina <Talya.Khabibulina@premier-research.com>; Lisa Gauger <lisa.gauger@duke.edu>; Lindsay Burns <lburns@cassavasciences.com>; Tracy Owen <towen@cassavasciences.com>; Carrie Crowley <CCrowley@cassavasciences.com>; Tony Hernandez <ahernandez@cassavasciences.com>
**Subject:** Re: Email from James Kupiec MD at Cassava Sciences

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Thank you for this information. I am at AAIC and would be happy to stop by and talk about the decision with the trial. Is tomorrow at 10:30am convenient for you?

Best regards,
Kim Johnson

---

**From:** Jim Kupiec <jkupiec@cassavasciences.com>
**Sent:** Tuesday, August 2, 2022 12:29 PM
**To:** Dr Kim Johnson <kim.g.johnson@duke.edu>
**Cc:** Catherine Kim <Catherine.Kim@premier-research.com>; Jennifer Butt <Jennifer.Butt@premier-research.com>; Talya Khabibulina <Talya.Khabibulina@premier-research.com>; Lisa Gauger <lisa.gauger@duke.edu>; Lindsay Burns <lburns@cassavasciences.com>; Tracy Owen <towen@cassavasciences.com>; Carrie Crowley <CCrowley@cassavasciences.com>; Tony Hernandez <ahernandez@cassavasciences.com>
**Subject:** RE: Email from James Kupiec MD at Cassava Sciences

Dear Dr. Johnson,

Following up on my note below, I've attached a letter prepared by Dr. Burns last week for our investigational clinical sites that summarizes Cassava responses to the false allegations stemming from the Citizen Petition.

We look forward to the opportunity to speak with you and your team.

Thanks, Jim Kupiec

---

**From:** Jim Kupiec
**Sent:** Tuesday, August 2, 2022 8:22 AM
**To:** Dr Kim Johnson <kim.g.johnson@duke.edu>
**Cc:** Catherine Kim <Catherine.Kim@premier-research.com>; Jennifer Butt <Jennifer.Butt@premier-research.com>; Talya Khabibulina <Talya.Khabibulina@premier-research.com>; Lisa Gauger <lisa.gauger@duke.edu>; Lindsay Burns <lburns@cassavasciences.com>; Tracy Owen <towen@cassavasciences.com>; Carrie Crowley <CCrowley@cassavasciences.com>; Tony Hernandez <ahernandez@cassavasciences.com>
**Subject:** Email from James Kupiec MD at Cassava Sciences

Dear Dr. Johnson,

The Cassava team had been very much looking forward to working with you and your team at Duke on our simufilam phase 3 program. Ms. Gauger did not state explicitly why you and your colleagues are not comfortable at this point to move forward with the study at Duke, but I have to imagine it may be due to all the recent press on issues we have consistently repudiated.

Before you make a final decision, could I please ask you to accept a zoom call so that my colleague Lindsay Burns and I can provide the pertinent background and our perspective on events stemming from the Citizen Petition filed last August, and answer all questions. Lindsay and I are at AAIC right now if you are in attendance and want to meet. Otherwise we could set up the call for later this week.

Thank you for your consideration.

Jim Kupiec

James W. Kupiec, MD
Chief Clinical Development Officer
Cassava Sciences, Inc.

---

**From:** Lisa Gauger <lisa.gauger@duke.edu>
**Sent:** Tuesday, August 2, 2022 7:08 AM

**To:** Catherine Kim <Catherine.Kim@premier-research.com>; Talya Khabibulina <Talya.Khabibulina@premier-research.com>; Jim Kupiec <jkupiec@cassavasciences.com>; Jennifer Butt <Jennifer.Butt@premier-research.com>
**Cc:** Dr Kim Johnson <kim.g.johnson@duke.edu>
**Subject:** Cassava PTI-125-07

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Catherine et al –

I regret to inform you that our site would like to withdraw from participation in the Simufilam study (PTI-125-07). Dr. Johnson and her colleagues are not comfortable with moving forward with the trial. We will notify our IRB of the withdrawal. Can you please notify the vendors and anyone else who need to be made aware?

Regards
Lisa

*Lisa Gauger*
*Research Practice Manager*
*Neurology CRU*
*Phone: 919-668-1538*