# EXHIBIT 197

*Confidential per Protective Order,*
*Doc. 22, 5:24-cv-717,*
*Filed 11/15/2024, WD TX.*

**From:** Lindsay Burns
**To:** Paul Aisen
**Subject:** our data
**Date:** Thursday, June 13, 2019 7:21:14 AM
**Attachments:** image002.png

---

Hello Paul,

I wanted to be sure your received our slide deck. Any thoughts or comments? Because these results are so striking, we will be replicating them in a second lab (with our backup CSF samples) prior to submitting for presentation. We will be aiming for the late deadline for CTAD. I feel the data shows a slowing of neurodegenerative drive and are consistent with PTI-125's mechanism of action. We were actually surprised that the inflammatory markers were more modestly reduced; I expected the reverse.

Cheers,

Lindsay

**Lindsay H. Burns, PhD**
VP, Neuroscience
Cassava Sciences, Inc.
O: 512-501-2484 C: 512-574-4238
www.cassavasciences.com

CASSAVA sciences

HO-14346
EXHIBIT NO. 329
KY 3/7/24