# EXHIBIT 200

**From:** Rick Barry
**Sent:** Fri, 19 Jul 2024 15:23:29 +01:00
**To:** Mike Sitrick
**Subject:** Fwd: Update!

I wanted you to see this, but obviously, much of this is confidential. I sent this lengthy update to the board last night and it will demonstrate much of my thinking and plans. I am going to work on the letter you suggested today, but you may see similar themes in that letter albeit aimed at a different audience. With respect to the news about the Open Label Extension, this is a big deal for the patient community and this should be very well received. I was thinking last night that it is possible that our 89% take rate on the OLE is likely the biggest take rate for an Alzheimer's trial EVER, but I am having Jim chase that down today. If I am right, we should absolutely use that in our release.

Begin forwarded message:

**From:** Rick Barry <rick@rickbarry.net>
**Subject: Update!**
**Date:** July 18, 2024 at 7:55:26 PM PDT
**To:** Claude Nicaise <claude@nicaise-crs.com>, Sandy Robertson <robertson@franciscopartners.com>, PhD Pat Scannon <pat.scannon@outlook.com>, Robert Gussin <bobgnpate@aol.com>, Robert Anderson <randerson@cyberdefenselabs.com>, Pierre Gravier <pierre.s.gravier@gmail.com>, Mike O'Donnell <mike.odonnell@orrick.com>

It has only been two days since we made the leadership change at the company but it feels more like two weeks. It has been action packed. We are clearly making progress and I wanted to keep everyone up to date. Let me apologize in advance for the length of this, but it is a critical time and I feel that the board needs to be kept informed.

Yesterday, we had a company-wide meeting with all employees where I spoke for about 30 minutes and then took questions. While not going into great detail, I explained that no one wanted to remove the founder of a company in this way let alone the co-inventor of such a promising drug - but the circumstances that came to light over the last month and the information that our investigative committee learned really gave the board no choice but to take action. I shared that the government had developed a remarkably dark view of the company - primarily from various disclosures over the last several years and that dark view caused the SEC in particular to look at everything they uncovered about the company through a highly suspicious lens - and we didn't have the time or the evidence to disprove their allegations. It became clear to the board that the company was in harm's way and the only way to remove the company from it was to take the action we took.

I explained why it was that I got involved with the company to begin with. A father of a close friend had been diagnosed with AD about 11 years ago. He was in his mid to late 70's, had been a Navy fighter pilot when he was younger and then had a

career as a captain flying various aircraft for United Airlines. He was an energetic guy who was always a delight to talk to. Soon after his diagnosis, my friend invited my wife and I up to her cabin near Lake Tahoe to celebrate the 4th of July. As we walked in, she cautioned me that her dad was "not doing too well." I saw him out on her deck and sat beside him. I asked him what his favorite airplane to fly. He didn't miss a beat. It was the Boeing 727 and he proceeded to tell me everything about how the plane flew, the avionics, thrust, etc. We talked for about 40 minutes. At the end of the night, I told my friend that I had no idea what she was talking about. Her dad was more lucid than I was! Less than 5 months later, we returned to her Tahoe cabin to celebrate New Year's Eve. Her dad sat in a chair in front of a fireplace. He did not know who he was, who his family was, or where he was. He was unable to communicate. He passed away some time later. That memory has stayed with me to this day. In late 2020 when Remi called to tell me what the company was doing. We went on to spent a few months talking about the company's data - and after I spent a day in Austin looking at patient level data - I wanted to get involved.

I have a lot of things I could be doing with my life right now, but this was more important than anything else I could be doing. This mission is really critical and because I am convinced that we can make a difference in the lives of desperate patients and their families, I will give it my best to help make us successful. This is really an incredible opportunity and our team knows it better than I do. I told them the board all felt the exact same way. I also told them the story of CBI and how a company that no one gave a chance became the world leader in gene therapy. It didnt happen overnight. With persistence, the talent and the right science, companies can defy the skeptics and create massive value for patients and, in turn, investors.

The past two days, I have heard from Chris Cook, Eric Shoen, and Jim Kupiec that my remarks were very well received. The clinical team has asked me to speak to a Zoom meeting of all of our Principal Investigators next week to reassure them of our commitment to this program. They've also asked me to join them at the AAIC conference in Philadelphia the week of July 29th so that I can meet personally with important clinicians and advocacy groups. The advocacy groups - especially The Alzheimer's Association - apparently could not have a more negative opinion of Cassava. We have an opportunity to change that view.

Yesterday, I sat in on the weekly clinical team meeting with Premier. It was very impressive to see how well the Cassava team knew each site, each investigator, what paperwork hadn't been completed, what issues individual sites were dealing with and how they were dealing with it all. Our P3 trials have over 200 sites. Very impressive - and I think that opinion is shared by the team at Premier. This team punches above its weight class.

Much of yesterday afternoon was spent with Eric speaking with the three sell side analysts who follow the company and a few large shareholders. Eric said it was a record day for Investor Relations at Cassava. In the past, the company never proactively sought encounters with analysts and investors en masse. The company waited for investors to call them and Eric never spoke to the institutions. Only Remi did that. The calls went as well as could be expected. Interestingly, the analysts - who are really wildly bullish on the drug and the data supporting it - are all very nervous about the potential of indictments coming down from the DOJ. Redacted - Privileged

Redacted - Privileged

Redacted - Privileged Mike Sitrick and his team was very helpful as they handled all the media calls. We talked throughout the day to answer some of the questions Mike couldn't answer from the press. I haven't had time to read many of the press stories, but what I have seen is, of course negative. We were very straightforward telling investors and the media that the company's behavior would be very different going forward. They will see what we mean in the coming weeks. Mike has also floated the idea of having me write a letter that we could put on our website that would be aimed at employees, investors, clinicians and the patient community. I will be working on that tomorrow. I'll make sure to have the board look at it once Mike and our lawyers have made their edits and given their blessing.

Last night, Jim, Chris and his wife, Tati, Eric and his wife, Kristen and Sue and I got together for dinner in Austin. I learned that such a dinner had never taken place before last night.

There have been some big decisions to make this week. Chris and I have discussed these for the last week or two.

The first has to do with our Open Label Extension studies for our Phase 3 and our Phase 2 trials. With respect to the P3 trials, patients are offered the opportunity to receive simifulam for one year after they complete either the 52 week or the 78 week trial. The OLE is a must for enrolling a trial like this because it guarantees a patient that they will get drug one way or another whether they were on the placebo or not. However our OLE is about as bare bones as a trial of this type can get. We are only monitoring safety - which clearly has value - but we are not currently monitoring cognition or biomarkers once a patient completes the randomized trial AND the patient is only going to get the drug for 12 months. The reason for that was the cost of additional time and services. Our P2 trial allows patients to remain on the drug for two years after the cognition monitoring study is complete, but now we have patients rolling off the drug after being on it for nearly 4 years. When this trial was designed, Premier advised us to assume that 65% of patients would want to continue on the drug. Our actual experience is 89%! As of today, we have 821 patients on the P3 OLE and some patients have been completing their 12 month extension over the last 5-6 months. With respect to the P2, the numbers are much smaller - but there are currently 22 patients who have had to go off the drug after exhausting the two year OLE. Imagine a patient or their family who actually saw a difference from the drug who was forced to go off it. I have received emails from patients and investors telling me about this.

It occurred to me that with less than 4-5 months before our readout, it may not be all the expensive to expand the duration of the OLE. In other words, if study 7 unambiguously fails, we would likely shut the OLE down in either January or after study 6 reads out. If we are successful, which we all have reason to believe we will be, we will be in a great position to raise additional capital to continue the study for a few years more. The incremental data generated for 3 additional years would be incredibly valuable both in dealing with FDA and in discussions with potential acquirers. I asked Jim's team to put together an analysis of the cost of continuing the

trial. Between now and year end, the increment cost of continuing the OLE would be somewhere between $1.5-2.5m. If we continued the trial for 3 more years and expanded the scope of it to monitor cognition and plasma biomarkers at 12, 24, and 36 months, the incremental cost will likely be $16-20m - but, remember, we can end this trial when we want which would only be in the even of a P3 failure. Expanding the trial for as long as 3 years is absolutely the right thing to do for patients and it will be greatly celebrated by our principal investigators. In addition to the goodwill it would generate amongst our patients and our clinical team, it will send a signal to the whole community - including investors - that patients are rolling into the OLE at a nearly staggering rate and our actions will demonstrate confidence in our program. I have made the decision to extend the OLE for 3 years and add cognition and biomarker monitoring. Jim is providing Mike Sitrick with the info on the # of patients in the OLE and what this means and Mike will draft a press release which will go out next week. In anyone disagrees with this, please let me know. Btw, special thanks for Claude for helping Chris and me think through this.

Another important decision needed to be made about doing an analysis or plasma biomarkers and CSF left over from our Phase 2 trial. Recall that plasma samples were taken routinely from all patients in the P2 and some patients even had CSF samples taken (yikes!). After the company reported the revised analysis of our P2b biomarkers by Dr. Wang, we never disclosed any biomarker data from the P2 and investors have clearly noticed - it is one of the legs of the short sellers' stool. The reason it wasn't announced is the analysis was never performed. Worse, in our Statistical Analysis Plan submitted to FDA in advance of our P2, we essentially promised the agency to produce that data. Our quandary now is that the samples are 4-5 years old and their stability is questionable. There is some literature that states that samples like these could have stability for 5-15 years, but that is unknown. It is possible that running the analysis now could produce a sub-optimum result and apparently Remi was worried about the optics of such a result. But, again, we told the FDA we would do it and now there is real question about whether any of our biomarker data from Dr. Wang should be believed. We again sought Claude's input and his advice was solid and practical. Claude believes there is little to lose by doing the analysis at this point because we are so close to having P3 data which will include analysis of three plasma biomarkers. That is what they will care about at this point. Claude also advised that we contact the FDA ahead of doing the analysis and tell them what we are doing, why we are doing it, and the risk of analyzing dated samples - some of which were stored at minus 20 degrees and some at minus 80 degrees. If we have a sub-optimal result, it will get chalked up to outdated samples, but if we notify them in advance and we get an interesting result, it will only help. I also believe we should announce these results to investors when we have the entire data set and host an investor call lead by Pentara to review the results - and we need to do that whether the results are good or bad. That transparency will significantly enhance our credibility. Chris and I spoke with Mike Marsman about the plan today. He is on board with the idea and will proceed with notifying the Agency. I authorized the work today. It will likely take a couple of months.

The other critical matter than needed attention was what work our scientific team could do to validate our basic science - specifically, what tests can we run to prove

our assertion about the method of action. In the past we have had one-off tests from 3 labs that provided some validation to our claims, but we seemed to have an unfortunate habit of running one test and accepting it as gospel. We are telling investors that we will be scientifically rigorous and the best way to do that is to produce data that validate our claims. The scientific team made a great presentation to me this afternoon of several tests that could be performed by validated outside labs that, if successful, could really enhance our reputation. The crazy part of it is that these tests are not expensive - approximately $300k for the whole package. I told them to get started today and, of course, we will make our findings public.

I do not intend to inform investors that we are doing this work. They will be badgering us incessantly if we do. I’d rather surprise them when we know and fully understand our findings.

Redacted - Privileged

I can’t end this without saying how impressed I am by the team I have met with this week and their commitment to the patients. It is inspiring.

I should also add how fortunate we are to have a relatively strong balance sheet. It will allow us to get through this period without the constant worry of a going concern opinion. Eric is doing a great job of keeping an eye on the cash.

We have a real opportunity to make a difference.

Rick