# EXHIBIT 201

**From:** Rick Barry
**Sent:** Wed, 17 Nov 2021 19:17:18 +01:00
**To:** Hans Wigzell
**Subject:** Re: Elizabeth Bik

Ok I hear you. Thank you

Sent from my iPhone

> On Nov 17, 2021, at 1:12 PM, Hans Wigzell <hanswigzell@gmail.com> wrote:
>
> Elizabeth Bik's analysis
> I know of her reputation,she is a world-leading authority in analysis
> image manipulation.She is working in Netherlands
> and is also a center person at PubPeer,which I also
> used in the fraud case analysis at KI.Her analysis
> in details of the various publications from 2005 and
> onwards are COMPLETELY devastating and completely in
> line with my own more superficial analysis with regard to the series
> of manipulated Western blots!She has
> also been analyzing the result of the Phase II clinical data
> showing i.e deleting/interfering of one individual patient data with
> regard to the tau-marker levels moving the results
> to be more positive!
> In all:unfortunately there are not one but a series
> of fraudulent Western blots in a series of articles
> published over several years.I FULLY concur with
> her conclusions!!
> In all,this just further strenghtens my advice to you
> in our August communication.
> Take care
> Hans
>
> > 17 nov. 2021 kl. 17:59 skrev Hans Wigzell <hanswigzell@gmail.com>:
> >
> > PII / PHI

PII / PHI

17 nov. 2021 kl. 16:26 skrev Rick Barry <rick@rickbarry.net>:

I am not impressed by the cardiologist, Dr. Pitt. Some of the most arrogant people I know are cardiologists. I can't see anything in his background that would tell me he is qualified to make judgements about old WB images. Dr. Bredt is a different story, but I see that he recently joined a biotech investing firm. The laboratory credentials of the guy who did the anonymous analysis of the WB's that I sent you are more impressive. Please keep this to yourself, but this is from the Dr's lab profile:
laboratory is focused on developing new, effective, and non-toxic treatments for patients with advanced cancers. The lab focuses on defining the molecular networks that regulate cancer cell division and drive metastasis progression. A long-standing interest of the lab is exploring the role of ubiquitin ligases in cancer initiation and metastasis. Recent studies have focused on identifying therapeutic approaches that activate dormant endogenous retroviruses and retrotransposons in cancer cells to enhance the efficacy of immune checkpoint blockade immunotherapy and DNA damaging therapies. The laboratory utilizes various biochemical and molecular approaches, CRISPR gene editing, and animal models of cancer. An emphasis of the lab is studies of breast, lung, and brain tumors.

In short, this guy is a lab guy who does experiments everyday. I know one of the two WSJ reporters who wrote the story. Frankly, it seems to me like they have been snookered by these guys who appear to have the qualifications to make their claims, but, in fact may not have them.

PII / PHI

On Aug 30, 2021, at 1:50 AM, Hans Wigzell <hanswigzell@gmail.com> wrote:

Rick,

PII / PHI

I have now read through the petition.Here are my comments and conclusions.

The petition is in most places quite professional and claims things that I do support.I.e. it is showing without any doubts to my mind that there are several published articles where there have been a repeated abuse or outright fakes in the Western blot gels and where are certain gels have been used in more than one article with different claims as to what they represent.

Cutting of gels and putting them together to make them look OK has been performed.In all, these are ”classical” forgeries in the gel scientific world and I am surprised that they got published in the various journals.Some claims are wrong such as the statement that enzymes would not survive at -80C.In contrast, that is exactly a very good way to preserve things and -80C is in fact a most useful way to also allow certain cells to survive (not CNS cells though).That the enzymes would function OK at +4C is highly unlikely.

Conclusion:The Board of Cassava has been deceived by the presentation of scientific results produced by individuals/scientists associated with the company for many years.Established scientific journals have also been deceived (not done a very good job!)and published faked data which should result in the retraction of several articles.Thus,the basis for using the present drug candidates in clinical trials is to a probably very significant degree based on falsified data.

I was also deceived when merely looking through the data presented by the company and recommending the company for you.Sorry for

that.I strongly recommend that you now leave the board.
Hans

29 aug. 2021 kl. 22:07 skrev Rick Barry <rick@rickbarry.net>:

Did you have any reaction to this?

Begin forwarded message:

**From:** Rick Barry <rick@rickbarry.net>
**Subject: This is the Citizen's Petition**
**Date:** August 27, 2021 at 12:02:43 PM EDT
**To:** Hans Wigzell <hanswigzell@gmail.com>

<FDA-2021-P-0930-0004_content.pdf>