# EXHIBIT 202

**From:** Rick Barry
**Sent:** Thu, 04 Nov 2021 16:57:02 +01:00
**To:** Hans Wigzell
**Subject:** Re: J.Neuroscience

There is a lot more to this story. I did find out who the author is at the ad-science.org site. He is a very serious and highly credentialed guy who does not want to be attacked by the social media trolls who will stop at nothing to destroy the reputations of anyone who gets in their way - so he is remaining anonymous for now. The whole things is just unbelievable. A new short report was "published" yesterday which was highly sensational. I was featured as one of the key reasons why the company is a short. I was identified as a serial fraudster, and best of all, one of the key reasons was my board involvement with CBI I will forward it to you for your entertainment. The guy that I feel so badly for is the scientist at CUNY who did most of the foundational research on Simufilam and who is now being accused of fraud by the "activist" shorts. I have PII/PHI He is an academic, has no understanding of the games of Wall Street and he is devastated. CUNY is in the final stage of investigating everything that guy has done so we will see what they find. Just horrible. Yes, this helps the share price today, but these jihadists - there is no better word for it - won't quit just yet.
The COVID story in Sweden has been fascinating in the way the radical left in America (which controls nearly all the media in this country) has dealt with it. Before COVID, Sweden was Utopia to the far left. However, as soon as Sweden adopted a policy of not shutting their entire country down and trying to achieve some degree of herd immunity, it was instantly dropped by the left and, in fact, derided as an example of irresponsibility in dealing with the pandemic. Now that Sweden has come through the pandemic much better than most countries, it gets no mention in the media because the facts are contrary to their agenda! Suffice it to say, I am rooting for Sweden.

> On Nov 4, 2021, at 11:02 AM, Hans Wigzell <hanswigzell@gmail.com> wrote:
>
> Rick,
> Happy verdict was pretty clean with only one slide WB duplication (the one most clear to me as well)
> requiring a correction in text and no change of
> conclusions!However,I am still unhappy that this
> happened,and when this happened with a Vice-President CBI we went into looking
> on more articles and found additional errors of a similar
> kind.None of them hade any decisive consequences for the conclusions reached
> but it had a significant impact on the "scientific "
> weight of these articles .The Vice-President
> was fired from her office and put at a ethical court trial where she was condemned
> for having committed "dishonnest research".
> Never bad If you find one strange error to check that this was a singular error or
> something not happening in other articles….
> Anyhow,this was good for the share price,

Trust all is well with you and Sue,a fourth wave of Covud-19 is now coming in Europe but Sweden is doing pretty OK.
Hans