# EXHIBIT 204

OMB Number: 4040-0001
Expiration Date: 11/30/2025

**APPLICATION FOR FEDERAL ASSISTANCE**
**SF 424 (R&R)**

| | |
|---|---|
| **3. DATE RECEIVED BY STATE** | **State Application Identifier** |
| **1. TYPE OF SUBMISSION*** | **4.a. Federal Identifier** |
| ❍ Pre-application ● Application ❍ Changed/Corrected Application | **b. Agency Routing Number** |
| **2. DATE SUBMITTED** / **Application Identifier** | **c. Previous Grants.gov Tracking Number** |

**5. APPLICANT INFORMATION** **UEI*:** ZENEXUHPHMJ3

Legal Name*: CASSAVA SCIENCES, INC
Department:
Division:
Street1*: CASSAVA SCIENCES, INC
Street2: 6801 N. Capital of Texas Hwy., Building 1
City*: AUSTIN
County:
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
ZIP / Postal Code*: 78731-1780

Person to be contacted on matters involving this application
Prefix: First Name*: Remi Middle Name: Last Name*: Barbier Suffix:
Position/Title: President and CEO
Street1*: Cassava Sciences, Inc.
Street2: 6801 N. Capital of Texas Hwy, Building 1
City*: Austin
County:
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
ZIP / Postal Code*: 78731-1780
Phone Number*: 512-501-2480 Fax Number: Email: remi@cassavasciences.com

**6. EMPLOYER IDENTIFICATION NUMBER** *(EIN) or (TIN)** 91-1911336

**7. TYPE OF APPLICANT*** R: Small Business

Other (Specify):
**Small Business Organization Type** ❍ Women Owned ❍ Socially and Economically Disadvantaged

**8. TYPE OF APPLICATION***
● New ❍ Resubmission
❍ Renewal ❍ Continuation ❍ Revision

If Revision, mark appropriate box(es).
❍ A. Increase Award ❍ B. Decrease Award ❍ C. Increase Duration
❍ D. Decrease Duration ❍ E. Other *(specify)* :

**Is this application being submitted to other agencies?*** ❍Yes ●No What other Agencies?

**9. NAME OF FEDERAL AGENCY***
National Institutes of Health

**10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER**
TITLE:

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT***
Reprotox studies for simufilam, a Phase 3 drug candidate for mild-to-moderate Alzheimer's disease

**12. PROPOSED PROJECT**
Start Date* 09/01/2024
Ending Date* 02/28/2026

**13. CONGRESSIONAL DISTRICTS OF APPLICANT**
TX-010

# SF 424 (R&R) APPLICATION FOR FEDERAL ASSISTANCE — Page 2

**14. PROJECT DIRECTOR/PRINCIPAL INVESTIGATOR CONTACT INFORMATION**

Prefix: First Name*: Lindsay Middle Name: H. Last Name*: Burns Suffix:

Position/Title:
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy, Building 1
Street2:
City*: Austin
County: Texas
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
ZIP / Postal Code*: 78731-1780
Phone Number*: 5125012484 Fax Number: Email*: lburns@cassavasciences.com

**15. ESTIMATED PROJECT FUNDING**

| | |
|---|---|
| a. Total Federal Funds Requested* | $2,901,155.00 |
| b. Total Non-Federal Funds* | $0.00 |
| c. Total Federal & Non-Federal Funds* | $2,901,155.00 |
| d. Estimated Program Income* | $0.00 |

**16.IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?***

a. YES ○ THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE:

b. NO ● PROGRAM IS NOT COVERED BY E.O. 12372; OR

○ PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW

**17. By signing this application, I certify (1) to the statements contained in the list of certifications* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances * and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

● I agree*

** The list of certifications and assurances, or an Internet site where you may obtain this list, is contained in the announcement or agency specific instructions.*

**18. SFLLL or OTHER EXPLANATORY DOCUMENTATION** File Name:

**19. AUTHORIZED REPRESENTATIVE**

Prefix: First Name*: Lindsay Middle Name: Last Name*: Burns Suffix:

Position/Title*: SVP, Neuroscience
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy, Building 1
Street2:
City*: Austin
County:
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
ZIP / Postal Code*: 78731-1780
Phone Number*: 512-501-2484 Fax Number: Email*: lburns@cassavasciences.com

**Signature of Authorized Representative***
Completed on submission to Grants.gov

**Date Signed***
03/30/2024

**20. PRE-APPLICATION** File Name:

**21. COVER LETTER ATTACHMENT** File Name:

Tracking Number: Opportunity Number: . Received Date:

# 424 R&R and PHS-398 Specific
## Table Of Contents

SF 424 R&R Cover Page ........ 1
Table of Contents ........ 3
Performance Sites ........ 4
Research & Related Other Project Information ........ 6
Project Summary/Abstract(Description) ........ 7
Project Narrative ........ 8
Facilities & Other Resources ........ 9
Equipment ........ 10
Research & Related Senior/Key Person ........ 11
Research & Related Budget Year - 1 ........ 33
Research & Related Budget Year - 2 ........ 37
Budget Justification ........ 40
Research & Related Cumulative Budget ........ 49
SBIR STTR Information ........ 51
Commercialization Plan ........ 53
Prior SBIR Phase II Awards ........ 62
PHS398 Cover Page Supplement ........ 63
PHS 398 Research Plan ........ 65
Specific Aims ........ 66
Research Strategy ........ 67
PHS Human Subjects and Clinical Trials Information ........ 78
Vertebrate Animals ........ 80
Bibliography & References Cited ........ 83
Resource Sharing Plan(s) ........ 85
Other Plan(s) ........ 86
Authentication of Key Biological and/or Chemical Resources ........ 87



CONFIDENTIAL CASSAVA_001447293

OMB Number: 4040-0010
Expiration Date: 11/30/2025

# Project/Performance Site Location(s)

**Project/Performance Site Primary Location**

❍ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | CASSAVA SCIENCES, INC |
| UEI: | ZENEXUHPHMJ3 |
| Street1*: | CASSAVA SCIENCES, INC |
| Street2: | 6801 N. Capital of Texas Hwy., Building 1 |
| City*: | AUSTIN |
| County: | |
| State*: | TX: Texas |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 78731-1780 |
| Project/Performance Site Congressional District*: | TX-010 |

**Project/Performance Site Location 1**

❍ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | Evonik Corporation |
| UEI: | |
| Street1*: | 1650 Lilly Rd |
| Street2: | |
| City*: | Lafayette |
| County: | Indiana |
| State*: | IN: Indiana |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 47909-920´ |
| Project/Performance Site Congressional District*: | IN-004 |

**Project/Performance Site Location 2**

❍ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name: Charles River Laboratories
UEI:
Street1*: 1407 George Rd
Street2:
City*: Ashland
County:
State*: OH: Ohio
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 44805-8946
Project/Performance Site Congressional District*: OH-004

**Project/Performance Site Location 3**

❍ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name: Charles River Laboratories
UEI:
Street1*: 905 Sheehy Dr.
Street2:
City*: Horsham
County:
State*: PA: Pennsylvania
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 19044-124´
Project/Performance Site Congressional District*: PA-001

**Additional Location(s)** File Name:

OMB Number: 4040-0010
Expiration Date: 11/30/2025

# RESEARCH & RELATED Other Project Information

**1. Are Human Subjects Involved?*** ❍ **Yes** ● **No**

1.a. If YES to Human Subjects

Is the Project Exempt from Federal regulations? ❍ Yes ❍ No

If YES, check appropriate exemption number: __ 1 __ 2 __ 3 __ 4 __ 5 __ 6 __ 7 __ 8

If NO, is the IRB review Pending? ❍ **Yes** ❍ **No**

IRB Approval Date:

Human Subject Assurance Number

**2. Are Vertebrate Animals Used?*** ● **Yes** ❍ **No**

2.a. If YES to Vertebrate Animals

Is the IACUC review Pending? ● Yes ❍ No

IACUC Approval Date:

Animal Welfare Assurance Number none

**3. Is proprietary/privileged information included in the application?*** ● **Yes** ❍ **No**

**4.a. Does this project have an actual or potential impact - positive or negative - on the environment?*** ❍ **Yes** ● **No**

4.b. If yes, please explain:

4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an environmental assessment (EA) or environmental impact statement (EIS) been performed? ❍ Yes ❍ No

4.d. If yes, please explain:

**5. Is the research performance site designated, or eligible to be designated, as a historic place?*** ❍ **Yes** ● **No**

5.a. If yes, please explain:

**6. Does this project involve activities outside the United States or partnership with international collaborators?*** ❍ **Yes** ● **No**

6.a. If yes, identify countries:

6.b. Optional Explanation:

| | Filename |
|---|---|
| **7. Project Summary/Abstract*** | AbstractReprotox.pdf |
| **8. Project Narrative*** | Project_narrative_2024.pdf |
| **9. Bibliography & References Cited** | References2024.pdf |
| **10.Facilities & Other Resources** | Facilities_and_Resources2024.pdf |
| **11.Equipment** | Equipment2024.pdf |

# Project Summary/Abstract

Simufilam is a novel small molecule Alzheimer's disease (AD) therapeutic candidate in Phase 3 clinical trials for AD dementia. Simufilam binds and reverses an altered conformation of the scaffolding protein filamin A (FLNA) to prevent $A\beta_{42}$'s tight binding to and toxic signaling via the α7-nicotinic acetylcholine receptor (α7nAChR) as well as $A\beta_{42}$'s aberrant activation of toll-like receptor 4 (TLR4) and other inflammatory receptors. By restoring FLNA's native shape and blocking these two toxic cascades, simufilam reduces both tau hyperphosphorylation and neuroinflammation. Downstream effects include reduced neurofibrillary lesions and amyloid deposits, suggesting disease modification, and improved synaptic plasticity and function of α7nAChR, NMDAR and insulin receptors, suggesting symptomatic improvement. In a Phase 2b placebo-controlled clinical trial of 64 patients, simufilam oral treatment (50 or 100 mg b.i.d.) significantly improved eleven exploratory biomarkers of AD pathology, neurodegeneration, neuro-inflammation and blood-brain barrier integrity versus placebo, and a significant treatment effect was also seen in plasma p-tau181 in samples analyzed by Quanterix. In a one-year open-label safety study in mild-to-moderate AD, 47% of patients improved, and the mild cohort showed a mean *improvement* from baseline on ADAS-Cog11 of —1.3 points (n=127 patients, Per Protocol set), in contrast to an expected decline of approximately 3.5 to 4 points in other studies. In a 6-month randomized withdrawal study that followed this open-label safety study, simufilam slowed decline in cognition scores by 205% in mild patients (100% slowing of decline + improvement), and mild patients on simufilam for 24 months did not decline. Simufilam continues to appear safe and well tolerated. We propose to conduct developmental and reproductive toxicology (DART) studies for simufilam. Although the U.S. FDA may allow DART studies to be limited to males for an Alzheimer's disease indication, the label would specifically exclude pre-menopausal women. Additionally, Canada and certain other countries may require the completion of comprehensive DART studies in both males and females prior to a registration filing. Completion of full DART studies would also allow clinical investigation in the younger, dominantly inherited Alzheimer's disease population, especially as a preventative treatment.



CONFIDENTIAL CASSAVA_001447297

## Project Narrative

Simufilam is a new drug candidate for Alzheimer's disease completing Phase 3 clinical trials. Simufilam has shown excellent safety, significant improvements in exploratory CSF and plasma biomarkers, and an encouraging lack of decline in mild Alzheimer's patients on simufilam for two years. We propose to conduct animal studies to ensure safety of simufilam on reproductive health so that the drug may be available to younger people once approved and investigated for preventative use in individuals with genetic mutations of Alzheimer's disease.



CONFIDENTIAL
CASSAVA_001447298

## Facilities & Other Resources

**Cassava Sciences, Inc.** [ Austin, TX ], **Primary Location**

Oversight, monitoring and/or analysis of all sub-contracted work will be conducted by Cassava Sciences, Inc. personnel. Cassava Sciences works from offices (approximately 10,000 sq. ft.) that include conference rooms and are equipped with phones, video conferencing, computers and appropriate software to effectively design and analyze experiments and manage clinical trial operations. In addition to regular communication, audits and/or site visits will be performed.

**Evonik Corporation** [ Lafayette, IN ], **Location 1**

The Phase 3 manufacture of simufilam API is conducted at Evonik's Lafayette, IN location (formerly an API site owned and operated by Eli Lilly & Co.), which is also one of two intended commercial manufacturing sites. The site has produced commercial APIs and intermediates for US pharma companies and has an excellent track record of regulatory compliance (7 consecutive FDA inspections spanning 2008 – 2020 with no findings of non-compliance).

Evonik is a global contract manufacturing organization for APIs. They have expertise in transfer, scale-up, validation and commercial production of APIs based on process chemistry employed for simufilam including amidation reactions, ring formations of heterocycles, and optimization of process conditions to reliably control crystallization to the desired solid state characteristics (i.e., polymorphic form, size and shape). Evonik conducts in-house testing of raw materials, in-process intermediates, and final APIs.

**Charles River Laboratories** [ Ashland, OH ], **Location 2**

Charles River's Ashland OH, USA facility provides general toxicology and specialized studies such as developmental and reproductive toxicology (DART), immunotoxicology, neurotoxicology, safety pharmacology, juvenile toxicology, and genetic toxicology. This facility also offers analytical and bioanalytical services, immunology, and immunotoxicology services, and drug and metabolite concentrations from biological matrices. The 309,000-sq.ft. facility has 170 rooms and employs 520 scientists. All studies comply with Good Laboratory Practices and FDA Guidance to support regulatory filings.

**Charles River Laboratories** [ Horsham, PA ], **Location 3**

Charles River's Horsham, PA AAALAC accredited preclinical facility has internationally recognized scientists with unmatched expertise in developmental and reproductive toxicology (DART), juvenile toxicology, phototoxicology, and cell and gene therapy safety, along long-term archive facilities and a strong history of regulatory compliance. The Horsham site also holds the most extensive DART historical control database available in the industry and is gaining recognition for its cellular therapeutic safety evaluation capabilities. This 130,000-sq.ft. facility has 61 rooms and 15 study directors.



CONFIDENTIAL CASSAVA_001447299

## Equipment

**Evonik Corporation** [ Lafayette, IN ], **Location 1**

This Evonik site has a wide range of glass lined-Hastelloy reactors 30–4,000 gallons equipped with temperature control over a range of –80°C–180°C. At 60 Kg scale; a 500-gallon reactor size is planned for simufilam. Unit operations for finishing include wet or dry milling, and filter or cone drying to control particle size and solvent content.

The Evonik analytical laboratories at the Lafayette site are outfitted with a full range of Chromatography (HPLC, GC, UPLC, IC, LC-MS and GC-MS), Spectroscopy (UV-VIS, FTIR, NIR, RAMAN and NMR) and Metals Analysis (AA, ICP-MS and ICP-OES) equipment for analytical characterization or QC testing. Stability chambers at the site are compliant with ICH Q1A (R2) storage conditions and are monitored continuously via a Delta V automation system.

**Charles River Laboratories** [ Ashland, OH & Horsham, PA ], **Locations 2 & 3**

In addition to standard laboratory equipment, Charles River Laboratories is equipped with HPLC and LC-MS/MS for analytical work.



CONFIDENTIAL CASSAVA_001447300

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED Senior/Key Person Profile (Expanded)

**PROFILE - Project Director/Principal Investigator**

Prefix: First Name*: Lindsay Middle Name H. Last Name*: Burns Suffix:

Position/Title*:
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy, Building 1
Street2:
City*: Austin
County: Texas
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 78731-1780

Phone Number*: 5125012484 Fax Number:

E-Mail*: lburns@cassavasciences.com

Credential, e.g., agency login: lindsayburnsPI

Project Role*: PD/PI Other Project Role Category:

Degree Type: PhD Degree Year: 1992

**Attach Biographical Sketch*:** File Name: biosketchLHB.2024.pdf

**Attach Current & Pending Support:** File Name:



CONFIDENTIAL CASSAVA_001447301

**PROFILE - Senior/Key Person**

Prefix: First Name*: Leslie Middle Name Last Name*: Jones Suffix:

Position/Title*: Assistant VP, Clinical Operations
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy, Bldg 1
Street2:
City*: Austin
County: Texas
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 78731-1780

Phone Number*: 5125013516 Fax Number:

E-Mail*: ljones@cassavasciences.com

Credential, e.g., agency login:

Project Role*: Co-Investigator Other Project Role Category:

Degree Type: Degree Year:

**Attach Biographical Sketch*:** File Name: Biosketch_Jones_2024.pdf

**Attach Current & Pending Support:** File Name:

**PROFILE - Senior/Key Person**

Prefix: First Name*: Michael Middle Name Last Name*: Marsman Suffix:

Position/Title*: SVP, Regulatory Affairs
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy.
Street2:
City*: Austin
County: Texas
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 78731-1780

Phone Number*: 6502240694 Fax Number:

E-Mail*: mmarsman@cassavasciences.com

Credential, e.g., agency login:

Project Role*: Other (Specify) Other Project Role Category: Regulatory affairs

Degree Type: PharmD Degree Year: 1981

**Attach Biographical Sketch*:** File Name: Biosketch_Marsman_2022.pdf

**Attach Current & Pending Support:** File Name:

**PROFILE - Senior/Key Person**

Prefix: First Name*: James Middle Name Last Name*: Kupiec Suffix:

Position/Title*: Chief Medical Officer
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy, Building 1
Street2:
City*: Austin
County: Texas
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 78731-1780

Phone Number*: 860-514-6900 Fax Number:

E-Mail*: jkupiec@cassavasciences.com

Credential, e.g., agency login: JamesKupiec

Project Role*: Co-Investigator Other Project Role Category:

Degree Type: M.D. Degree Year: 1978

**Attach Biographical Sketch*:** File Name: Biosketch_Kupiec_2022.pdf

**Attach Current & Pending Support:** File Name:

**PROFILE - Senior/Key Person**

Prefix: First Name*: Laura Middle Name Last Name*: Rodriguez Suffix:

Position/Title*: Senior Director, Clinical Quality Systems
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy, Bldg 1
Street2:
City*: Austin
County: Texas
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 78731-1780

Phone Number*: 5125013179 Fax Number:

E-Mail*: lrodriguez@cassavasciences.com

Credential, e.g., agency login:

Project Role*: Other (Specify) Other Project Role Category: Quality Control

Degree Type: BS Degree Year: 1990

**Attach Biographical Sketch*:** File Name: Biosketch_Rodriguez_2024.pdf

**Attach Current & Pending Support:** File Name:

**PROFILE - Senior/Key Person**

Prefix: First Name*: Michael Middle Name Last Name*: Zamloot Suffix:

Position/Title*:
Organization Name*: Cassava Sciences, Inc.
Department:
Division:
Street1*: 6801 N. Capital of Texas Hwy, Bldg 1
Street2:
City*: Austin
County: Texas
State*: TX: Texas
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 78731-1780

Phone Number*: 5125012468 Fax Number:

E-Mail*: mzamloot@cassavasciences.com

Credential, e.g., agency login: Famzam

Project Role*: Other (Specify) Other Project Role Category: Drug supply

Degree Type: BS ChE Degree Year: 1984

**Attach Biographical Sketch*:** File Name: Biosketch_Zamloot_2024.pdf

**Attach Current & Pending Support:** File Name:

**PROFILE - Senior/Key Person**

Prefix: First Name*: Annelies Middle Name Last Name*: deKater Suffix:

Position/Title*:
Organization Name*: W/D Consulting
Department:
Division:
Street1*: 480 Quail Ridge Rd
Street2:
City*: Scotts Valley
County: California
State*: CA: California
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 95066-4823

Phone Number*: 4083166817 Fax Number:

E-Mail*: adekater@cassavasciences.com

Credential, e.g., agency login:

Project Role*: Consultant Other Project Role Category:

Degree Type: PhD Degree Year: 1984

**Attach Biographical Sketch*:** File Name: Biosketch_AdK_2024.pdf

**Attach Current & Pending Support:** File Name:

Program Director/Principal Investigator (Last, First, Middle): Burns, Lindsay H.

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors in the order listed on Form Page 2.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME<br>Lindsay H. Burns | POSITION TITLE<br>SVP, Neuroscience |
|---|---|
| eRA COMMONS USER NAME (credential, e.g., agency login)<br>lindsayburnsPI | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE (*if applicable*) | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| Harvard University, Cambridge, MA | AB | 1987 | Psychobiology |
| University of Cambridge, Cambridge, UK | PhD | 1992 | Behavioral Neuroscience |
| McLean Hospital / Harvard Medical School, Boston MA | Post-doc | 1992-1996 | Neurotransplantation |

### A. Personal Statement

I have been the project leader on our Alzheimer's program since my academic collaborator, Dr. Hoau-Yan Wang, and I identified filamin A (FLNA) as a novel therapeutic target. I worked with both internal and external chemists through the iterative med chem and in vitro screening process that produced simufilam, our novel therapeutic candidate for Alzheimer's disease. I monitored the proof-of-concept research, lead selection and efficacy experiments for simufilam and oversaw IND-enabling studies, chronic toxicity studies, and first-in-human and first-in-patient clinical trials. I have written seven papers on simufilam: *Journal of Neuroscience* 2012, *Neurobiology of Aging* 2017, a review paper in a 2017 special issue on AD in *Neuroimmunology and Neuroinflammation,* the biomarker results of the Phase 2a clinical trial in *JPAD*, a review in Drug Development Research 2023, and two recent papers expanding mechanism in *Frontiers in Aging* 2023 and *International Journal of Molecular Sciences* 2023. In preparation for the first-in-human clinical trial in normal volunteers, I wrote the Investigator's Brochure and, with the help of my clinical and regulatory colleagues, wrote the clinical protocol and the Informed Consent. I completed Module 2 of the IND with review by our toxicology consultant. Our Phase 2a, open-label 1-month multidose trial in AD patients yielded significant and consistent improvement of CSF biomarkers for AD pathology, neurodegeneration and neuroinflammation. CSF biomarker effects were mirrored in the plasma biomarkers we measured. Our Phase 2b double-blind, placebo-controlled study of 50 and 100 mg and placebo replicated the CSF biomarker improvements and showed promising effect sizes on exploratory cognitive assessments. Treatment effects were also seen in plasma p-tau181 measured by Quanterix Corporation. Potential cognitive enhancement was also seen in a 12-month open-label safety study, as mild patients showed an average improvement on ADAS-Cog11 at 12 months. In a randomized withdrawal study that followed, simufilam slowed cognitive decline in mild patients by 205% (100% slowing plus improvement). Mild patients on simufilam for two years showed no decline in ADAS-Cog over the full two years. These data de-risked our two ongoing Phase 3 trials. I am motivated and capable of continuing as scientific lead of this program, with help from a growing team of clinical, regulatory and CMC personnel, along with our advisors who are experienced drug developers and AD thought leaders.

### B. Positions and Honors

| | |
|---|---|
| 2002-present | SVP, Neuroscience, Cassava Sciences, Inc., Austin, TX (formerly Pain Therapeutics, Inc.) |
| 2000-2002 | Scientist, Preclinical Collaborations, Abgenix, Fremont, CA |
| 1997-2000 | Scientist, Elan Pharmaceuticals, Menlo Park, CA |
| 1993 | Post-doctoral training grant in the Molecular Biology of Neurodegeneration, Dept. of Neurobiology, Harvard Medical School |

1996 Olympic Silver Medal, Women's Lightweight Double Sculls, Atlanta, GA

**C. Contributions to Science**

My PhD thesis in behavioral neuroscience, conducted in the lab of renowned neuroscientist Trevor Robbins, examined reward processing, and more specifically, functional interactions of glutamatergic limbic afferents to the ventral striatum with dopamine enhancement of reward. My thesis resulted in several highly-cited publications.

1. Burns LH, Robbins TW, Everitt BJ. Differential effects of excitotoxic lesions of the basolateral amygdala, ventral subiculum and medial prefrontal cortex on responding with conditioned reinforcement and locomotor activity potentiated by intra-accumbens infusions of D-amphetamine. Behav Brain Res. 1993 Jun 30;55(2):167-83. PubMed PMID: 8357526.
2. Burns LH, Everitt BJ, Robbins TW. Effects of excitotoxic lesions of the basolateral amygdala on conditional discrimination learning with primary and conditioned reinforcement. Behav Brain Res. 1999 Apr;100(1-2):123-33. PubMed PMID: 10212059.
3. Burns LH, Annett L, Kelley AE, Everitt BJ, Robbins TW. Effects of lesions to amygdala, ventral subiculum, medial prefrontal cortex, and nucleus accumbens on the reaction to novelty: implication for limbic-striatal interactions. Behav Neurosci. 1996 Feb;110(1):60-73. PubMed PMID: 8652073.
4. Burns LH, Everitt BJ, Robbins TW. Intra-amygdala infusion of the N-methyl-D-aspartate receptor antagonist AP5 impairs acquisition but not performance of discriminated approach to an appetitive CS. Behav Neural Biol. 1994 May;61(3):242-50. PubMed PMID: 7915108.
5. Burns LH, Everitt BJ, Kelley AE, Robbins TW. Glutamate-dopamine interactions in the ventral striatum: role in locomotor activity and responding with conditioned reinforcement. Psychopharmacology (Berl). 1994 Aug;115(4):516-28. PubMed PMID: 7871097.
6. Parkinson JA, Olmstead MC, Burns LH, Robbins TW, Everitt BJ. Dissociation in effects of lesions of the nucleus accumbens core and shell on appetitive pavlovian approach behavior and the potentiation of conditioned reinforcement and locomotor activity by D-amphetamine. J Neurosci. 1999 Mar 15;19(6):2401-11. PubMed PMID: 10066290.

My post-doctoral research focused on neurotransplantation for Parkinson's and Huntington's diseases.

7. Burns LH, Pakzaban P, Deacon TW, Brownell AL, Tatter SB, Jenkins BG, Isacson O. Selective putaminal excitotoxic lesions in non-human primates model the movement disorder of Huntington disease. Neuroscience. 1995 Feb;64(4):1007-17. PubMed PMID: 7753372.
8. Galpern WR, Burns LH, Deacon TW, Dinsmore J, Isacson O. Xenotransplantation of porcine fetal ventral mesencephalon in a rat model of Parkinson's disease: functional recovery and graft morphology. Exp Neurol. 1996 Jul;140(1):1-13. PubMed PMID: 8682173.
9. Isacson O, Deacon TW, Pakzaban P, Galpern WR, Dinsmore J, Burns LH. Transplanted xenogeneic neural cells in neurodegenerative disease models exhibit remarkable axonal target specificity and distinct growth patterns of glial and axonal fibres. Nat Med. 1995 Nov;1(11):1189-94. PubMed PMID: 7584993.
10. Pakzaban P, Deacon TW, Burns LH, Dinsmore J, Isacson O. A novel mode of immunoprotection of neural xenotransplants: masking of donor major histocompatibility complex class I enhances transplant survival in the central nervous system.Neuroscience. 1995 Apr;65(4):983-96. Erratum in: Neuroscience 1995 Jun;66(3):761. PubMed PMID: 7617173.
11. Deacon TW, Pakzaban P, Burns LH, Dinsmore J, Isacson O. Cytoarchitectonic development, axon-glia relationships, and long distance axon growth of porcine striatal xenografts in rats. Exp Neurol. 1994 Nov;130(1):151-67. PubMed PMID: 7821391.
12. Wüllner U, Pakzaban P, Brownell AL, Hantraye P, Burns L, Shoup T, Elmaleh D, Petto AJ, Spealman RD, Brownell GL, et al.Dopamine terminal loss and onset of motor symptoms in MPTP-treated monkeys: a positron emission tomography study with 11C-CFT. Exp Neurol. 1994 Apr;126(2):305-9. PubMed PMID: 7925829.

After a few years of focusing on my rowing career that culminated in a silver medal in the 1996 Olympics, I joined a small biotech company later acquired by Elan Pharmaceuticals, where my lab work centered on N-type calcium channel blockers as analgesics and neuroprotective agents.

13. Burns LH, Jin Z, Bowersox SS. The neuroprotective effects of intrathecal administration of the selective N-type calcium channel blocker ziconotide in a rat model of spinal ischemia. J Vasc Surg. 1999 Aug;30(2):334-43. PubMed PMID: 10436454.

During my 15 years at Cassava Sciences, I first investigated the phenomenon of enhanced opioid analgesia and decreased tolerance and dependence by ultra-low-dose opioid antagonists and engaged Dr. Hoau-Yan Wang and other academic collaborators. Dr. Wang and I identified FLNA as the high-affinity target for naloxone and naltrexone in their beneficial effects on opioid analgesia and deduced the underlying mechanism to be a prevention of a switch in G protein coupling by the mu opioid receptor that otherwise caused tolerance, dependence and reward. We also determined that a second slightly lower-affinity binding site of naloxone and naltrexone disrupted the beneficial effects of binding the first site, far below the concentration needed to bind and antagonize opioid receptors. I then set up a rational screening approach using a few iterative rounds of pharmacophore modeling, in silico screening and in vitro screening for 1) high-affinity binding to the binding site on FLNA that we had identified, and 2) mu opioid receptor activation by GTP$\gamma$S binding. This process revealed three different scaffolds for med chem. I managed the outsourced medicinal chemistry, which resulted in a library of NCEs including many analgesic drug candidates, some of which were tested and showed no rewarding properties despite activation of opioid receptors. During our research collaboration, Dr. Wang discovered that FLNA was recruited to the $\alpha$7nAchR when A$\beta_{42}$ binds to initiate its toxic signaling. We decided to test our FLNA-binding compounds to see if this association could be disrupted and if it indeed was critical to A$\beta_{42}$'s toxic signaling. These compounds did bind and did prevent the signaling (ERK activation). I next sought compounds from the med chem that bound FLNA without activating opioid receptors, which resulted in our Phase 3 drug candidate simufilam.

14. Olmstead MC, Burns LH (2005). Ultra-low-dose naltrexone suppresses rewarding effects of opiates and aversive effects of opiate withdrawal in rats. *Psychopharmacology*. 181:576-81.
15. Leri F, Burns LH (2005). Ultra-low-dose naltrexone reduces the rewarding potency of oxycodone and relapse vulnerability in rats.Pharmacol Biochem Behav. 82:252-62.
16. Chindalore VL, Craven RA, Yu KP, Butera PG, Burns LH, Friedmann N (2005). Adding ultralow-dose naltrexone to oxycodone enhances and prolongs analgesia: a randomized, controlled trial of Oxytrex. J Pain. 6:392-9.
17. Wang HY, Friedman E, Olmstead MC, Burns LH (2005). Ultra-low-dose naloxone suppresses opioid tolerance, dependence and associated changes in mu opioid receptor-G protein coupling and Gbetagamma signaling. Neuroscience. 135:247-61.
18. Largent-Milnes TM, Guo W, Wang HY, Burns LH, Vanderah TW (2008). Oxycodone plus ultra-low-dose naltrexone attenuates neuropathic pain and associated mu-opioid receptor-Gs coupling. *J Pain*. 9:700-13.
19. Wang H-Y, Frankfurt M, Burns LH (2008). High-affinity naloxone binding to filamin A prevents mu opioid receptor - Gs coupling underlying opioid tolerance and dependence. *PLoS One*, 3: e1554.
20. Wang H-Y, Burns LH (2009). Naloxone's pentapeptide binding site on filamin A blocks mu opioid receptor–Gs coupling and CREB activation of acute morphine. *PLoS ONE* 4: e4282.
21. Burns LH and Wang H-Y (2010). PTI-609: A novel analgesic agent that binds filamin A to control opioid signaling. *Recent Patents on CNS Drug Discovery* 5: 210-220.
22. **Wang, H-Y, Bakshi K, Frankfurt M, Stucky A, Goberdhan M, Shah SM, Burns LH (2012). Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A. *J Neurosci* 32: 9773-9784.**

23. **Wang, H-Y, Lee, K-C, Pei, Z, Khan, A, Bakshi, K and Burns, LH (2017). PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis *Neurobiol Aging* 55:99-114.**
24. **Burns, LH and Wang, H-Y (2017). Altered filamin A enables amyloid beta-induced tau hyperphosphorylation and neuroinflammation in Alzheimer's disease. *Neuroimmunol Neuroinflammation* 4:263-71.**
25. **Wang, H-Y, Pei, Z, Lee, K-C, Lopez-Brignoni, E, Nikolov, B, Crowley, CA, Marsman, MR, Barbier, R, Friedmann, N and Burns, LH (2020). PTI-125 reduces biomarkers of Alzheimer's disease in patients. *J Prev Alz Dis* DOI: 10.14283.**
26. **Burns, L H, Pei, Z, Wang, H-Y (2023). Targeting α7 nicotinic acetylcholine receptors and their protein interactions in Alzheimer's disease drug development. *Drug Dev Res* DOI: 10.1002/ddr.22085.**
27. **Wang, H-Y, Pei, Z, Lee, K-C, Nikolov, B, Doehner, T, Puente, J, Friedmann, N and Burns, LH (2023) Simufilam suppresses overactive mTOR and restores its sensitivity to insulin in Alzheimer's disease patient lymphocytes. *Front Aging*, 4.**
28. **Wang, H-Y, Cecon, E, Dam, J, Pei, Z, Rockers, R and Burns, LH (2023) Simufilam reverses aberrant receptor interactions of filamin A in Alzheimer's disease. *Int J Mol Sci* 24:13927**
29. Patent No: US 8,614,312 B2. Filamin A binding anti-inflammatory and analgesic. Issued Dec 24, 2013.
30. Patent No: US 8,492,349 B2. Analgesia with minimal tolerance and dependence by a mu opioid receptor agonist that also binds filamin A. Issued July 23, 2013.
31. Patent No: US 9,354,223 B2. Alzheimer's disease assay in a living patient. Issued May 31, 2016.
32. Patent No: US 9,433,604 B2. Method for inhibiting growth of cancer cells. Issued Sept. 6, 2016.
33. Patent No: US 9,500,640 B2. Alzheimer's disease assay in a living patient. Issued Nov 22, 2016.

**Complete List of Published Work in My Bibliography:**
http://www.ncbi.nlm.nih.gov/sites/myncbi/1NmhKhZkyYOAN/bibliography/47311729/public/?sort=date&direction=ascending.

**D. Research Support**

None currently.



CONFIDENTIAL CASSAVA_001447308

**BIOGRAPHICAL SKETCH**

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME<br>Jones, Leslie | POSITION TITLE<br><br>Assistant Vice President, Clinical Operations |
|---|---|
| eRA COMMONS USER NAME | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| University of Texas, Austin | | 1984 | government |

**A. Personal Statement**

As Assistant VP of Clinical Operations at Cassava Sciences, I provide support and oversight of trials of simufilam in mild-to-moderate AD patients. I work with the internal clinical operations team and external vendors to ensure accurate and data-driven quality deliverables. I also have managed the Phase 1 studies required for an NDA submission. These include renal and hepatic impairment studies, a mass balance study, a bioequivalence study for oral tablets produced by our two commercial-scale manufacturing sites and for the two different dosage strength tablets that we plan to market. I also manage CROs who conduct nonclinical studies required for NDA, including the ongoing carcinogenicity studies and the proposed reprotox studies.

Management of these studies includes sending Request for Proposals (RFPs) to CROs and other vendors; selecting the CROs/vendors needed for each study; ensuring vendor qualification is performed and passed prior to study start; managing the overall project including budget and timeline; managing clinical monitoring activities; working with vendor data management, safety, statistical, and medical report writing; supporting regulatory activities; and managing final deliverables by each vendor.

I attended the University of Texas at Austin but did not earn my degree, as my son was born in the spring of 1985 and was diagnosed with autism. As he got older, I began working full-time in the pharmaceutical and biotech industry and have had the opportunity to learn from outstanding scientists and researchers through my work. I am proud to state that my son is working and is a self-sufficient member of our community and my daughter received her master's degree in Public Administration from the Bush School of Government & Public Service at A&M University. Although I have often held positions that far exceeded a 40-hour work week, I have continued work on my degree when possible, changing from a BA in Government to a BS in Business. I plan to complete my degree when time allows.

Over the past 35 years, I have supported numerous INDs/ANDAs/NDAs across multiple therapeutic areas including biologics, central nervous system, endocrinology, immunology, infectious disease, neurology, oncology, pain management, women's health, and wound healing. Many of these clinical studies were in rare indications and/or in vulnerable populations and were conducted in the US or globally. I have supported clinical

operation activities on Phase I, II, III, IIIb, and IV trials while working closely with my colleagues responsible for data management, medical management, programming, statistics, and medical writing. Additionally, I have participated in and hosted numerous FDA and sponsor audits.

## B. Positions

| | |
|---|---|
| 1987 – 1988 | Technical Services Technician, PPD Phase I Unit (formerly Pharmaco) |
| 1988 – 1992 | Technical Services Supervisor, PPD Phase I Unit |
| 1992 – 1995 | Senior Quality Assurance Auditor, PPD |
| 1995 – 1997 | Standards Analysis, PPD |
| 1997 – 2000 | Quality Assurance Manager/Product Specialist, Telos Bioinformatics |
| 2000 – 2004 | Project Manager, PPD |
| 2004 – 2006 | Sr. Project Manager, ResearchPoint Global (RPG) |
| 2006 – 2010 | Director, Clinical Operations, RPG |
| 2010 – 2017 | Sr. Director, Clinical Operations, RPG |
| 2017 – 2021 | Executive Director, Clinical Operations, WuXi Clinical (formerly RPG) |
| 2021 – Present | Assistant VP, Clinical Operations, Cassava Sciences, Inc. |

## C. Contributions to Science

During my career, I contributed to the development and marketing of many novel drugs and biologics for US and global markets. The first approved drug I supported through Phase 1 studies, in the late 1980's, was sertraline (Zoloft®). I worked on numerous early phase products that were eventually approved (and far more that were not), including Zithromax® and Lamictal®. I worked on two large Phase 3 pivotal trials for two different pharmaceutical companies studying compounds in adolescents with panic disorder. Neither of these two drugs were ultimately approved in this population. I also worked on a large global program in growth hormone deficiency, which looked promising, but after unblinding the Phase 3 data, the study did not show separation. Most recently, I supported the Phase II and Phase III development activities of StrataGraft®. Those studies began in 2016, and the product received FDA approval for thermal burns in June 2021. StrataGraft® was funded in part by the NIH and DoD.

## D. Research Support

None.

**BIOGRAPHICAL SKETCH**

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME<br>Marsman, Michael | POSITION TITLE<br><br>Senior Vice President, Regulatory Affairs |
|---|---|
| eRA COMMONS USER NAME | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| University of California, Davis, CA | BA | 06/71 | History |
| Kent State University, Kent, OH | BS | 06/79 | Zoology |
| University of the Pacific, Stockton, CA | Pharm D. | 06/81 | Pharmacy |

## A. Personal Statement

As the Senior Vice President, Regulatory Affairs for Cassava Sciences, Inc., I am responsible for planning and overseeing the execution of the regulatory strategy for simufilam's development. I have overseen all regulatory activities for this drug candidate starting with filing the IND. When the company moved from the Bay Area to Austin ten years ago, I took a position with another pharmaceutical company so I could stay in the Bay Area. I re-joined the company two years later. In 2019, I transitioned to a consultant on this program, but I am excited now to have re-joined Cassava Sciences full-time to move simufilam through Phase 3 and, planning for success, to an NDA. During my career in the pharmaceutical industry, I have had significant responsibility for the regulatory aspects of numerous successful IND's and NDA's for cardiovascular, cerebrovascular, pain, oncology, infectious disease, and neurology products. With my background on the program and in the industry in general, I am well qualified to lead regulatory strategy and filings for simufilam.

## B. Positions and Honors

| | |
|---|---|
| 1982-90 | Manager, Cardiovascular/Cerebrovascular Regulatory Affairs, Syntex, Inc. |
| 1990-92 | Senior Manager, Worldwide Pharmacovigilance, Syntex, Inc. |
| 1992-96 | Associate Director/Director, Regulatory Affairs, Sequus Pharmaceuticals |
| 1997-2001 | Associate Director/Senior Director, Regulatory Affairs, COR Therapeutics, Inc. |
| 2001-03 | Vice President, Cardiovascular Regulatory Affairs, Millennium Pharmaceuticals. |
| 2004-2012 | Vice President of Regulatory Affairs, Pain Therapeutics, Inc. |
| 2013-15 | Vice President, Regulatory Affairs, Impax Laboratories, Inc. |
| 2015-2019 | Senior Vice President, Regulatory Affairs, Cassava Sciences, Inc. (formerly Pain Therapeutics, Inc.) |
| 2019-2022 | Independent consultant. |
| 2022-present | Senior Vice President, Regulatory Affairs, Cassava Sciences |

**Honors:**

| | |
|---|---|
| 1981 | Rho Chi Pharmaceutical Honor Society |
| 1989 | Syntex Award for Drug Development Optimization |

## C. Contributions to Science

During my career, I contributed to the successful development and marketing of a number of novel drugs for the US market, including:

- Rytary (carbidopa-levodopa) extended release capsules, a novel formulation for the treatment of Parkinson's disease
- Integrilin (eptifibatide) for the treatment of acute coronary syndrome and for patients undergoing PCI
- Doxil (liposomal doxorubicin HCl) for the treatment of Kaposi's sarcoma and ovarian cancer.
- Amphotec (liposomal amphotericin B) for the treatment of fungal infections
- Ticlid (ticlopidine HCl) for the treatment of stroke

## D. Research Support

None currently.



CONFIDENTIAL CASSAVA_001447312

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors in the order listed on Form Page 2.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME | POSITION TITLE |
|---|---|
| Kupiec, James William | Chief Clinical Development Officer |
| eRA COMMONS USER NAME (credential, e.g., agency login) | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| State University of New York at Stony Brook | BS | 05/74 | Biochemistry |
| Albert Einstein College of Medicine | MD | 05/78 | Medicine |
| University of Rochester / Strong Memorial Hospital | Residency | 1978-1981 | Internal Medicine |

### A. Personal Statement

I am delighted to have joined Cassava Sciences in January 2021 as the Chief Clinical Development Officer. I have lead the planning and initiation of two large Phase 3 clinical trials of simufilam as a symptomatic and disease-modifying therapeutic in patients with Alzheimer's disease. Although I have worked in neuroscience drug development for 28 years, I have spent the last 16 years primarily focused on investigational drugs targeting Alzheimer's disease (AD) and other neurodegenerative disorders. I have served as the Global Project Leader and clinical team leader on numerous failed programs – both small molecule and monoclonal antibodies – and these challenging experiences have taught me much about the necessary critical factors that can help predict a successful development program. Moving a program into phase 3 with only a weak clinical signal of efficacy or a poor understanding regarding the underlying mechanism of action has repetitively led to failure. Resources are wasted and valuable time is lost on the testing of drugs that eventually demonstrate no efficacy. Fortunately, the AD research community is now on the cusp of a new era made possible by novel, highly sensitive blood- and CSF-based biomarkers that will enable: (1) screening for AD at earlier stages in the disease, and (2) efficient monitoring of disease intervention earlier in clinical development. Monitoring of early clinical stage intervention requires availability of pharmacodynamic biomarkers that allow verification of effective target engagement by a drug candidate. Pharmacodynamic biomarkers bridge the gap between the proposed mechanism of action based on data from testing in preclinical models and data obtained from human clinical trials. The objective is to significantly shorten the clinical development period required before making a Go / No Go decision about the potential value of an investigational asset. Positive biomarker findings will provide validation supportive of continued or expedited development. Negative findings would provide rationale for early discontinuation, preventing unproductive investment, wasted resources and lost time. In light of the very impressive CSF biomarkers observed in the 28-day phase 2b double-blind study of simufilam and at the 6-month timepoint of the 12-month open-label extension, the research community has every right to remain hopeful that a meaningfully effective therapy for AD is now in late-stage development. The improvements from baseline in the interim analyses of ADAS-Cog11 data in this open-label study also are an important de-risking of the Phase 3 program. With my extensive drug development experience and a passion to successfully provide an important new therapy for patients with AD, I feel both qualified and privileged to be overseeing this Phase 3 program with my colleagues at Cassava Sciences.



CONFIDENTIAL CASSAVA_001447313

## B. Positions and Honors

| | |
|---|---|
| 2021-present | Chief Clinical Development Officer, Cassava Sciences, Inc. |
| 2018-2020 | Chief Medical Officer, ProMIS Neurosciences, Inc. |
| 2015-2017 | Pfizer Innovative Health: Vice President, Global Leader for Parkinson's Disease; Vice President, Joint Research Unit / Business Unit Technical Review Committee Chair for Investigational Drug Transition |
| 2000-2015 | Pfizer Worldwide Research and Development: Vice President and Clinical Head, Neuroscience Research Unit; Head, Neurology Clinical Research; Research Project Leader |
| 1993-2000 | Sanofi-Synthelabo, Inc.: Senior Director, CNS Clinical Development |
| 1991-1993 | Ciba-Geigy Corporation: Assistant Director, Cardiovascular Clinical Research |
| 1985-1991 | Clinical Instructor in Medicine, University of Rochester Medical School |
| 1981-1985 | Assistant Clinical Professor of Medicine, SUNY-Upstate Medical Center |
| 1983 | National Health Service Corps Award – in recognition of dedicated and outstanding service |

## C. Contributions to Science

While a medical student at the Albert Einstein College of Medicine, working 1976-1977 with Ora Rosen, MD, Professor of Pharmacology and Medicine, I helped devise a new electrophoretic technique for resolving phosphorylated and dephosphorylated proteins.

Rangel-Aldao, R., Kupiec, J.W., Rosen, O.M.: The Journal of Biological Chemistry, 254 (7), p. 2499-2508, April 10, 1979. "Resolution of the Phosphorylated and Dephosphorylated cAMP-Binding Proteins of Bovine Cardiac Muscle by Affinity Labeling and Two-Dimensional Electrophoresis"

While at Ciba-Geigy Corporation, I directed key clinical studies supporting FDA approval of a combination therapy for the treatment of essential hypertension.

Frishman, W.H., Ram, C.V., McMahon, F.G., Chrysant, S.G., Graff, A., Kupiec, J.W., Hsu, H.: The Journal of Clinical Pharmacology, Vol. 35, 1995, p. 1060-1066. "Comparison of Amlodipine and Benazepril Monotherapy to Amlodipine Plus Benazepril in Patients With Systemic Hypertension: A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study"

While at Sanofi-Synthelabo Inc., I directed a global project evaluating the efficiency of polyethylene glycol-conjugated superoxide dismutase for the treatment of traumatic brain injury. Although the clinical research study did not show drug efficacy, we published this negative study at a time when this was infrequently done.

Muizelaar, J.P., Kupiec, J.W., Rapp, L.A.: Journal of Neurosurgery 83:942, 1995. "PEG-SOD after Head Injury"

Young, B., Runge, J.W., Waxman, K.S., Harrington, T., Wilberger, J., Muizelaar, J.P., Boddy, A., Kupiec, J.W.: Journal of the American Medical Association, Vol. 276, August 21,1996, p.538-543. "Effects of Pegorgotein on Neurologic Outcome of Patients With Severe Head Injury -- A Multicenter, Randomized Controlled Trial"

While at Pfizer, most of my work focused on investigational therapies for the treatment of neurodegenerative disorders. Publications are provided below, but two dozen posters presentations at major conferences are not listed.

Burstein, A., Zhao, Q., Ross J., Styren S., Landen, J, Ma, W., McCush, F., Alvey, C., Kupiec, J.W., Bednar, MM: Clin Neuropharmacology 2013; JAN 36(1); p8-13. "Safety and pharmacology of ponezumab (PF-04360365) following a single 10-minute intravenous infusion in subjects with mild-to-moderate Alzheimer's disease"



CONFIDENTIAL CASSAVA_001447314

Landen, J.W., Zhao, Q., Cohen, S., Borrie, M., Woodward, M., Billing, C.B., Bales, K., Alvey, C., McCush, F., Yang, J., Kupiec, J.W., Bednar, M.M.: Clin Neuropharmacology 2013; JAN 36(1); p14-23. "Safety and pharmacology of a single intravenous dose of ponezumab (PF-04360365) in adult patients with mild-to-moderate Alzheimer's disease: A phase I, randomized, placebo-controlled, double-blind, dose-escalation study"

Miyoshi I, Fujimoto Y, Yamada M, Abe S, Zhao Q, Cronenberger C, Togo K, Ishibashi T, Bednar MM, Kupiec JW, Binneman B.: Int J Clin Pharmacol Ther. 2013 Dec;51(12):911-23. "Safety and pharmacokinetics of PF-04360365 following a single-dose intravenous infusion in Japanese subjects with mild-to-moderate Alzheimer's disease: a multicenter, randomized, double-blind, placebo-controlled, dose-escalation study"

Douglas Galasko, Joanne Bell, Jessica Mancuso, James Kupiec, Marwan Sabbagh, Christopher van Dyck, Ronald Thomas, Paul Aisen: Neurology 2014; 82:1536-1542. "Clinical Trial of an Inhibitor of RAGE-Aβ Interactions in Alzheimer disease."

Delnomdedieu, M., Duvvuri, S., Jianjun, D., Atassi, N., Lu, M., Brashear, R., Liu, E., Ness, S., Kupiec, JW.; Alzheimer's Research & Therapy 2016 **8**:12: "First-In-Human Safety and Long Term Exposure Data for AAB-003 (PF-05236812) and Biomarkers After Intravenous Infusions of Escalating Doses In patients with Mild to Moderate Alzheimer's Disease"

Terence Fullerton, Brendon Binneman, William David, Marielle Delnomdedieu, James Kupiec, Peter Lockwood, Jessica Mancuso, Jeffrey Miceli and Joanne Bell; Alzheimers Research and Therapy 2018; 10:38. "A Phase 2 clinical trial of PF-05212377 (SAM-760) in subjects with mild to moderate Alzheimer's disease with existing neuropsychiatric symptoms on a stable daily dose of donepezil"

At ProMIS Neurosciences, I wrote or contributed to papers focusing on the role of toxic oligomers in neurodegenerative disorders and on anti-amyloid antibodies.

Goldstein E, Cashman N, Kupiec J, Kaplan J; Genetic Engineering & Biotechnology News 28FEB2019; "Attacking the Right Therapeutic Target in Alzheimer's Disease: Zeroing in on Amyloid-Beta Oligomers"

Cashman N, Kupiec J; European Biopharmaceutical Journal, July 2019, p30-33; "The future of R&D in Alzheimer's Disease"

Kupiec, J; Neurology Live 19FEB2020; Aducanumab Reinvigorates the Fight Against Alzheimer's Disease"

Kupiec, J; Neurology Live 14AUG2020; Aducanumab's Unlikely Road to the FDA: Is Approval Imminent?"

Kupiec, J; Drug Discovery News, SEP 2020, p35; Q&A: Another Look at Aducanumab, ProMIS Neurosciences' CMO talks with DDN about why Biogen restarted its Alzheimer's disease program"

## D. Research Support

None to report as all financial and resource support has been funded by the research companies for which I worked.



CONFIDENTIAL CASSAVA_001447315

**BIOGRAPHICAL SKETCH**

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME | POSITION TITLE |
|---|---|
| Rodriguez, Laura Ann | Senior Director, Clinical Quality Systems |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| St. Mary's University; San Antonio, TX | BS | 05/90 | Biology/ Minor Chemistry |
| | | | |
| | | | |

## A. Personal Statement

As Senior Director of Clinical Quality Systems at Cassava Sciences, Inc., I am pleased to contribute my nearly 25 years of management experience and 21 years of quality experience to the development of our investigational product simufilam for the treatment of Alzheimer's Disease (AD). I am responsible for developing, implementing, and maintaining the Quality Management System of the Clinical Operations Department and all the quality elements required to ensure Cassava Sciences is compliant with FDA and ICH guidelines within a GCP environment.

Throughout my career, I have dedicated my life to helping our society through science. I have worked as a chemist in environmental science where I developed analytical methods for the detection of chemical warfare agents, to clinical research where I ran bioanalytical pre-clinical (GLP) and clinical (GCP) studies for innovator and generic pharmaceutical companies. While in the clinical research setting, I later moved over to quality/compliance management. Through my years working for a Clinical Research Organization in a compliance and quality role, I am highly qualified to provide Cassava's clinical operations team the regulatory and quality guidance required to comply with all relevant federal regulations. For the current proposal, I will oversee the conduct and reporting of studies and conduct audits of all contract facilities.

## B. Positions

| | |
|---|---|
| 1994-97 | Shift Leader/Research Scientist; Southwest Research Institute |
| 1997-97 | Site Laboratory Manager/Senior Chemist; GEOMET Technologies |
| 1997-99 | Site Laboratory Manager/Senior Chemist; QuickSilver Analytics Inc. |
| 1999-03 | Research and Quality Positions Held: Senior Research Scientist, Lead Chemist, and QA/QC Manager; Southwest Research Institute |
| 2003-07 | Management Positions Held: Analytical Laboratory Manager, Air Monitoring Manager, Vice President/Division-Laboratory Manager; Alion Science and Technology |
| 2008-19 | Phase I Bioanalytical and Clinical Positions Held: Team Leader/Project Director, Compliance Manager, Associate Director in Training, Quality Control, and Environmental, Health and Safety; Worldwide Clinical Trials (formerly CEDRA) |
| 2019-20 | Manager, Quality Assurance; WuXi Clinical (formerly ResearchPoint Global) |
| 2020-21 | Quality Assurance Scientist; Signature Science |
| 2021-present | Director, Clinical Quality Systems; Cassava Sciences, Inc. |



CONFIDENTIAL CASSAVA_001447316

## C. Contributions to Science

I have worked in various aspects of the scientific community to include nearly fourteen years in clinical research where responsibilities included project management of clinical and non-clinical bioanalytical studies for innovator and generic drugs, compliance management, management of environmental, health and safety programs, and training. One of my contributions to science in clinical research was the bioanalytical project management of Nexiclon XR®. My therapeutic experience includes the areas of Alzheimer's disease, cardiology, infectious disease, neurology, oncology, opioid related disorders, and pain management.

## D. Research Support

None currently



CONFIDENTIAL CASSAVA_001447317

**BIOGRAPHICAL SKETCH**

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME<br>Zamloot, Michael S | POSITION TITLE<br><br>Sr. Vice President, Technical Operations |
|---|---|
| eRA COMMONS USER NAME<br>famzam | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| New Jersey Institute of Technology<br>Newark, NJ | BS ChE | 05/84 | Chemical Engineering |

## A. Personal Statement

During a 30-year career in the pharmaceutical industry, I have held pharmaceutical development positions with large multi-national firms and development stage biopharmaceutical companies. I have participated in the development of 9 FDA approved therapeutic products prepared from 5 new chemical or biological entities formulated into oral, inhalation, parenteral, topical and transdermal dosage forms. I have amassed extensive experience in scale-up and GMP manufacture of Drug Substances and Drug Products, aided initially by my academic training in chemical engineering that included chemistry, biochemistry, thermodynamics, chemical reaction kinetics and process design. My professional experience in pharmaceutical development and commercial operations also includes adherence to internationally recognized regulatory standards.

In my 16 years at the company, I have been responsible for the chemistry, manufacturing and controls (CMC) development of the company's abuse-deterrent formulations and small molecule candidates, which has included eight analgesic and gastrointestinal products from pre-IND stage through advancement into various phases of clinical development in the US and Europe. I was responsible for the pharmaceutical development of an abuse-deterrent, oral controlled-release formulation platform that seeks to reduce misuse and abuse of prescription narcotics and is the basis for 3 IND- and 1 NDA-stage narcotic products. Much of the science and methodology required for the development of these abuse-deterrent formulations relates directly to development of a new chemical entity (NCE) such as simufilam.

For simufilam, I have overseen salt selection, process chemistry, the GLP tox lot, the GMP manufacture of simufilam bulk substance, the CMC sections of the IND and formulation development activities. The solid oral dosage form is a compressed tablet, coated to protect from moisture. I oversee drug supply, packaging, labeling and shipping for all clinical trials. I ensure stability, purity and potency specifications are met for both Drug Substance and Drug Product throughout clinical use. I have overseen scale-up to Phase 3 requirements for manufacturing and analytical methods for Drug Substance and will oversee this scale-up for the Drug Product. I have also managed the manufacturing campaign that provides drug supply to two large Phase 3 clinical trials in North America, Australia and South Korea.

## B. Positions and Honors

| | |
|---|---|
| 1984-86 | Development Scientist, Transdermal Products Ciba-Geigy, Suffern, NY |
| 1986-92 | Manager, Production Technology, Boehringer Ingelheim Pharma Inc., Ridgefield, CT |
| 1992-94 | Assoc. Director, Technical Services, Boehringer Mannheim Pharma., Gaithersburg, MD |
| 1994-2000 | Director, Manufacturing Service, Athena Neurosciences, Inc. (later Elan Pharma Inc.) S San Francisco, CA |
| 2000-present | SVP, Technical Operations, Cassava Sciences, Inc., Austin, TX |

**Honors:**

| | |
|---|---|
| 1979 | Merck & Co., merit award recipient |
| 1983 | Vice President, American Society of Chemical Engineers, NJIT student chapter |
| 1984 | Tau Beta Pi, engineering honor society |
| 1984 | Omega Chi Epsilon, chemical engineering honor society |
| 1984 | Bachelor of Science, Chemical Engineering, *cum laude* |

## C. Contribution to Science

***1. Abuse-Deterrent Opioid Drugs, Oral Extended-Release Dosage Forms***

While at the company, I contributed to the invention of a novel oral formulation that, in addition to delivering a controlled extended-release dose of an opioid analgesic, has unique physicochemical characteristics that deter common methods of tampering associated with abuse or accidental misuse of opioid narcotics. These contributions resulted in inventorship on 24 patents/patent applications in the US[1-7] and abroad as well as one first author publication.[8] The formulation was a high viscosity fluid mass within a hard-shell capsule. Three novel excipients were included to achieve controlled drug delivery and the resistance to extraction and physical transformations that would allow administration by snorting, injection, or inhalation. For each novel excipient, we performed full preclinical safety and toxicological testing, established appropriate quality control test methods and specifications, and established production-scale GMP manufacturing capability. The technology was advanced from preclinical phase to completion of development culminating in four NDA submissions for the lead candidate, Remoxy (oxycodone). Unfortunately, the product was never approved.

For Remoxy and these earlier stage opioid drug candidates, I helped develop formulations meeting international regulatory standards with desired extended-release PK profiles and abuse-deterrent properties. I contributed to novel manufacturing processes suitable for commercial production to stabilize the drug substance within the formulation mass. We also developed novel in vitro tests to assess abuse deterrence against various abuse modalities.[8] As Remoxy was among the first products in the class of abuse-deterrent extended-release opioid narcotic products, many of these in vitro tests to characterize abuse deterrence were adopted by the FDA and the industry as standard practices and are reflected in the Guidance document on abuse-deterrent dosage forms.

1. US8168217B2, Oral drug delivery system, Issued May 1, 2012
2. US8153152B2, Oral drug delivery system, Issued Apr 10, 2012
3. US8147870B2, Oral drug delivery system, Issued Apr 3, 2012
4. US8133507B2, Oral drug delivery system, Issued Mar 13, 2012
5. US8354124B2, Oral drug delivery system, Issued Jan 15, 2013
6. US8415401B2, Oral pharmaceutical dosage forms, Issued Apri 9, 2013
7. US8420120B2, Oral drug delivery system, Issued Apr 16, 2013
8. **Zamloot M**, Chao W, Kang L, Ross J, Fu R (2010). Remoxy: A Novel Formulation of Extended-Release Oxycodone Developed Using the Oradur® Technology. *J Appl Res* 3:88-96.
9. Kucera S, **Zamloot MS**, Crowley MM, Burns LH, Friedmann N, Barbier R (2018). Abuse-deterrent properties of REMOXY® ER, a high-viscosity extended-release oxycodone formulation. *J Opioid Manag* 14:429-436.

***2. Abuse-Deterrent Opioid, Transdermal Dosage Forms***

Working with a contracted collaborator, we synthesized novel co-crystals of opioid antagonists, which are the basis for the Fenrock abuse-deterrent fentanyl transdermal patch that will be developed under the current proposal. The early stage technology is included in provisional patent applications that address the novel co-crystal compositions. Unlike a crystalline salt, a co-crystal is a crystalline solid form that utilizes hydrogen bonding to co-crystalize a molecule with a coformer. While the use of co-crystals is not a new concept to the pharmaceutical industry, this approach is most commonly used to increase aqueous solubility or to improve solid state stability. Our novel co-crystal possesses desirable physical properties that will be the basis for its abuse-deterrent properties in a transdermal patch. When used as intended, the antagonist co-crystal remains a stable, non-deliverable solid within the transdermal patch and does not interfere with the fentanyl. However, when subject to common abuse practices, the antagonist co-crystal would dissociate and be released with the opioid agonist drug to reduce or block the euphoric effect of the fentanyl and prevent fentanyl overdose.



CONFIDENTIAL CASSAVA_001447319

### D. Research Support

None currently.

## BIOGRAPHICAL SKETCH

| NAME<br>Annelies de Kater, PhD | POSITION TITLE<br>PK and toxicology consultant |
|---|---|
| eRA COMMONS USER NAME (credential, e.g., agency login) | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| University of Amsterdam (Amsterdam, Holland) | BA | 1972 | Political Science |
| University of Massachusetts (Amherst, MA) | BS | 1980 | Veterinary Science |
| University of Massachusetts (Amherst, MA) | MS | 1982 | Veterinary Science |
| University of Massachusetts (Amherst, MA) | PhD | 1984 | Veterinary Science |
| Harvard Medical School (Boston, MA) | Post-doc | 1985 | Pathology |

### A. Personal Statement

I am pleased to be working with Cassava and Dr. Burns in overseeing all pharmacology and toxicology relating to simufilam. I have overseen the safety pharmacology studies and all GLP repeat dose oral toxicity studies in rat and dog, both 28-day and chronic, together demonstrating a good margin of safety over the anticipated therapeutic dose range for simufilam. The human exposure data from the first-in-human single ascending dose (SAD) clinical study also showed excellent safety margins between AUC's for the 50, 100 and 200 mg dose groups and the AUC for the 75 mg/kg/day NOAEL in dog, the more sensitive tox species. I was with the company for over 10 years before my departure in 2012, and I have continued to work closely with Dr. Burns as a consultant on this program now in Phase 3 trials. As the program prepares for an NDA filing at the end of Phase 3, my expertise is again needed for final studies required by FDA, both non-clinical and clinical. My knowledge of this program and my in-depth background in pharmacology, toxicology, pharmacokinetics/ADME and bioanalytical and analytical assay development through Phase I clinical studies make me uniquely qualified to continue toxicology and pharmacology monitoring of this program.

I have previously been responsible for nonclinical aspects of numerous IND and several NDA filings. Additionally, I have overseen all aspects of PK and bioanalysis of numerous Phase I first-in-human and registration clinical PK studies. I have overseen many DART programs and look forward to advising on a DART program for simufilam.

### B. Positions and Honors

2012 – present W/D Consulting, LLC
2008 – 2012 Pain Therapeutics, Inc., Vice President, Preclinical Development
1997 – 2000 Elan Pharmaceuticals, Manager, Preclinical Drug Development
1995 – 1997 Contract consultant, Preclinical Drug Development
1993 – 1995 IOLAB Corporation, a Johnson & Johnson Company, Director, Pharmacology and Toxicology
1991 - 1993 University of Texas Southwestern Medical School, Assistant Professor
1985 – 1991 Harvard Medical School, Mass. Eye and Ear Infirmary, Dept. of Ophthalmology, Instructor



CONFIDENTIAL CASSAVA_001447321

**C. Contributions to Science**

My early research in ophthalmology focused on the aqueous humor outflow and glaucoma.

1. Schuman JS, Chang W, Wang N, **de Kater AW**, Allingham RR. (1999) Excimer laser effects on outflow facility and outflow pathway morphology. *Invest Ophthalmol Vis Sci* 40:1676-80.

2. **de Kater AW**, Shahsafaei A, Epstein DL. (1992) Localization of smooth muscle and nonmuscle actin isoforms in the human aqueous outflow pathway. *Invest Ophthalmol Vis Sci*. 33:424-9.

3. **de Kater AW**, Melamed S, Epstein DL. (1989) Patterns of aqueous humor outflow in glaucomatous and nonglaucomatous human eyes. A tracer study using cationized ferritin. *Arch Ophthalmol* 1989 Apr;107(4):572-6.

I subsequently held many industry positions in pharmacology and toxicology and contributed to the development of many IND and NDA filings, though few related publications.

4. Malhotra BK, Schoenhard GL, **de Kater AW**, Friedmann N. (2015) The pharmacokinetics of oxycodone and its metabolites following single oral doses of **Remoxy®**, an abuse-deterrent formulation of extended-release oxycodone, in patients with hepatic or renal impairment. *J Opioid Manag* 11:157-69.

5. M. Klein, M. Lotem, T. Peretz, S. T. Zwas, S. Mizrachi, Y. Liberman, R. Chisin, J. Schachter, I. G. Ron, G. Iosilevsky, J. A. Kennedy, E. Revskaya, **A. W. de Kater**, E. Banaga, V. Klutzaritz, N. Friedmann, E. Galun, G. L. DeNardo, S. J. DeNardo, A. Casadevall, E. Dadachova, and G. B. Thornton (2013) Safety and efficacy of 188-rhenium-labeled antibody to melanin in patients with metastatic melanoma. *J Skin Cancer*, 2013: Article ID 828329, 8 pages.

6. Skov MJ, Beck JC, **de Kater AW**, Shopp GM. Nonclinical safety of ziconotide: an intrathecal analgesic of a new pharmaceutical class. (2007) *Int J Toxicol* 5:411-21.

**D. Research Support**

None.



CONFIDENTIAL CASSAVA_001447322

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 1

**UEI*:** ZENEXUHPHMJ3
**Budget Type*:** ● Project ❍ Subaward/Consortium
**Enter name of Organization:** CASSAVA SCIENCES, INC

**Start Date*:** 09-01-2024 **End Date*:** 08-31-2025 **Budget Period:** 1

**A. Senior/Key Person**

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | | Lindsay | H. | Burns | | PD/PI | 221,900.00 | 3.0 | | | 55,475.00 | 13,868.75 | 69,343.75 |
| 2 . | | Leslie | | Jones | | CRO management | 221,900.00 | 3.0 | | | 55,475.00 | 13,868.75 | 69,343.75 |
| 3 . | | Michael | | Marsman | | Regulatory affairs | 221,900.00 | 3.0 | | | 55,475.00 | 13,868.75 | 69,343.75 |
| 4 . | | James | | Kupiec | | Chief Medical Officer | 221,900.00 | 2.0 | | | 36,983.00 | 9,246.00 | 46,229.00 |
| 5 . | | Laura | | Rodriguez | | Clinical QA/QC | 191,000.00 | 3.0 | | | 47,750.00 | 11,937.50 | 59,687.50 |
| 6 . | | Michael | | Zamloot | | Head of CMC | 221,900.00 | 2.0 | | | 36,983.00 | 9,246.00 | 46,229.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:** File Name: **Total Senior/Key Person** **360,176.75**

**B. Other Personnel**

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| **0** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **360,176.75** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 1

**UEI*:** ZENEXUHPHMJ3
**Budget Type*:** ● Project ❍ Subaward/Consortium
**Organization:** CASSAVA SCIENCES, INC

**Start Date*:** 09-01-2024 **End Date*:** 08-31-2025 **Budget Period:** 1

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($)* |
|---|---|
| Total funds requested for all equipment listed in the attached file | |
| **Total Equipment** | **0.00** |

**Additional Equipment:** File Name:

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 10,000.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **10,000.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees** **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

## RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 1

**UEI*:** ZENEXUHPHMJ3
**Budget Type*:** ● Project ❍ Subaward/Consortium
**Organization:** CASSAVA SCIENCES, INC

**Start Date*:** 09-01-2024 **End Date*:** 08-31-2025 **Budget Period:** 1

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | 31,000.00 |
| 2. Publication Costs | |
| 3. Consultant Services | 35,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Dose formulation analytical method validation | 30,870.00 |
| 9. Analytical method transfer and validation for rat plasma; analytical method development and validation for rabbit plasma | 50,465.00 |
| 10. Dose range finding study in pregnant rat | 109,700.00 |
| 11. Maximum tolerated dose study in rabbit | 58,700.00 |
| 12. Dose range finding study in pregnant rabbit | 140,800.00 |
| 13. Embryo/Fetal development study in rat (half of total cost) | 163,050.00 |
| 14. Embryo/Fetal development study in rabbit (half of total cost) | 207,250.00 |
| 15. Fertility study in male and female rats | 307,900.00 |
| 16. pre- and postnatal development study in rat (half of total cost) | 215,750.00 |
| 17. Annual independent audit per NIH regulations | 20,000.00 |
| **Total Other Direct Costs** | **1,370,485.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **1,740,661.75** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1 . modified total direct costs | 12.5 | 1,740,661.75 | 217,583.00 |
| | | **Total Indirect Costs** | **217,583.00** |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **1,958,244.75** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | **7,000.00** |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **1,965,244.75** |

| **L. Budget Justification*** | File Name: Budget_Justification2024Quote.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, Budget Period 2

**UEI*:** ZENEXUHPHMJ3
**Budget Type*:** ● Project ❍ Subaward/Consortium
**Enter name of Organization:** CASSAVA SCIENCES, INC

**Start Date*:** 09-01-2025 **End Date*:** 02-28-2026 **Budget Period:** 2

**A. Senior/Key Person**

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 . | | Lindsay | H. | Burns | | PD/PI | 221,900.00 | 1.5 | | | 27,737.50 | 6,934.50 | 34,672.00 |
| 2 . | | Leslie | | Jones | | CRO management | 221,900.00 | 1.5 | | | 27,737.50 | 6,934.50 | 34,672.00 |
| 3 . | | Michael | | Marsman | | Regulatory affairs | 221,900.00 | 1.5 | | | 27,737.50 | 6,934.50 | 34,672.00 |
| 4 . | | James | | Kupiec | | Chief Medical Officer | 221,900.00 | 1.0 | | | 18,491.50 | 4,623.00 | 23,114.50 |
| 5 . | | Laura | | Rodriguez | | Clinical QA/QC | 191,000.00 | 1.5 | | | 23,875.00 | 5,968.75 | 29,843.75 |
| 6 . | | Michael | | Zamloot | | Head of CMC | 221,900.00 | 2.0 | | | 36,983.00 | 9,246.00 | 46,229.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:** File Name: **Total Senior/Key Person** **203,203.25**

**B. Other Personnel**

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| **0** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **203,203.25** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, Budget Period 2

**UEI*:** ZENEXUHPHMJ3
**Budget Type*:** ● Project ❍ Subaward/Consortium
**Organization:** CASSAVA SCIENCES, INC

**Start Date*:** 09-01-2025 **End Date*:** 02-28-2026 **Budget Period:** 2

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($)* |
| --- | --- |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |

**Additional Equipment:** File Name:

| D. Travel | Funds Requested ($)* |
| --- | --- |
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 5,000.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **5,000.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
| --- | --- |
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees** **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

# RESEARCH & RELATED BUDGET - SECTIONS F-K, Budget Period 2

**UEI*:** ZENEXUHPHMJ3
**Budget Type*:** ● Project ❍ Subaward/Consortium
**Organization:** CASSAVA SCIENCES, INC

**Start Date*:** 09-01-2025 **End Date*:** 02-28-2026 **Budget Period:** 2

| **F. Other Direct Costs** | **Funds Requested ($)*** |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 15,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Embryo/Fetal development study in rat (half of total cost) | 163,050.00 |
| 9. Embryo/Fetal development study in rabbit (half of total cost) | 207,250.00 |
| 10. pre- and postnatal development study in rat (half of total cost) | 215,750.00 |
| 11. Annual independent audit per NIH regulations | 20,000.00 |
| **Total Other Direct Costs** | **621,050.00** |

| **G. Direct Costs** | **Funds Requested ($)*** |
|---|---|
| **Total Direct Costs (A thru F)** | **829,253.25** |

**H. Indirect Costs**

| **Indirect Cost Type** | **Indirect Cost Rate (%)** | **Indirect Cost Base ($)** | **Funds Requested ($)*** |
|---|---|---|---|
| 1 . modified total direct costs | 12.5 | 829,253.00 | 103,657.00 |
| | | **Total Indirect Costs** | **103,657.00** |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

| **I. Total Direct and Indirect Costs** | **Funds Requested ($)*** |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **932,910.25** |

| **J. Fee** | **Funds Requested ($)*** |
|---|---|
| | **3,000.00** |

| **K. Total Costs and Fee** | **Funds Requested ($)*** |
|---|---|
| | **935,910.25** |

| **L. Budget Justification*** | File Name: Budget_Justification2024Quote.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

## DART Studies for Simufilam

| | Year 1 | Year 2 |
|---|---|---|
| **Drug supply cost** | | |
| • 6,200 grams for all studies @ $3,500/Kg | $21,700 | -- |
| • GMP Dispensing/packaging/labeling/shipping; 3 @$1700 | $5,100 | |
| • Recertification testing; 2 @ $2,100 | $4,200 | -- |
| CMC Total | $31,000 | |
| | | |
| **DART studies (See Charles River Laboratories quote)** | | |
| • Dose formulation method validation | $30,870 | -- |
| • Transfer of analytical method for rat plasma | $15,185 | -- |
| • Develop & validate analytical method for rabbit plasma | $35,280 | -- |
| • Dose range finding study in pregnant rat | $109,700 | -- |
| • Embryonic/fetal development study in rat | $163,050 | $163,050 |
| • Maximum tolerated dose study in rabbit | $58,700 | -- |
| • Dose range finding study in pregnant rabbit | $140,800 | -- |
| • Embryonic/fetal development study in rabbit | $207,250 | $207,250 |
| • Fertility study in male and female rats | $307,900 | -- |
| • Pre- and postnatal development study in rats | $215,750 | $215,750 |
| CRO Total | $1,284,485 | $586,050 |
| | | |
| **Internal costs** | | |
| • Salaries and fringe (6 people, 16 - 25% effort) | $360,177 | $203,203 |
| • Pharmacology and Toxicology consultant | $35,000 | $15,000 |
| • Travel to CRO (studies at different locations) | $10,000 | $5,000 |
| • Independent audit per NIH regulations ($20K/year) | $20,000 | $20,000 |
| Internal Total | $425,177 | $243,203 |
| Total Direct | $1,740,662 | $829,253 |
| Total Indirect (12.5%) | $217,583 | $103,657 |
| Fee | $7,000 | $3,000 |
| TOTAL | $1,965,245 | $935,910 |

# Budget Justification

***Cassava Contributions:***

Unlike antibodies, small molecules have a list of required studies for NDA submission, including mass balance, metabolite identification and qualification, clinical studies in renal and hepatic impaired subjects. All these studies have been completed or are completing soon. Also required of small molecules are carcinogenicity studies in two species, totaling $3 million and completing soon, as well as the DART studies outlined in this proposal – the last major piece of NDA supportive work. For the current 18-month proposal, we request indirect costs of only 12.5% and a minimal fee of $10,000.

We are very grateful for NIH's scientific and financial support of our programs in Alzheimer's disease. We have always leveraged NIH support with internal funds to accelerate the development of simufilam. Cassava Sciences has invested over $200 million in the Phase 3 clinical program, which is concluding soon. The first trial will read out in late 2024 and the second approximately mid-year 2025.

***Justification for DART studies:***

We request support for Developmental and Reproductive Toxicology (DART) studies for simufilam, a novel oral drug candidate for the treatment of Alzheimer's disease. Although FDA may allow DART studies that are limited to male fertility for the initial NDA submission, the ease of prescription of an oral pill is likely to require DART studies in females as well. Our clinical trials have included women as young as 50, though they have been required to be post-menopausal or surgically sterile to participate. Even a sporadic AD population will include some pre-menopausal women. Importantly, we will need full DART studies completed prior to conducting clinical trials in individuals with dominantly inherited Alzheimer's disease, particularly as a prophylactic treatment for younger women. Although FDA certainly prefers the full DART package to be complete as soon as possible, Health Canada has communicated to us that they do require full DART studies to be complete prior to approval for any Alzheimer's disease population in Canada. Certain other countries also have this requirement. We list here each component of a full DART package, none of which can be omitted.

Very few CROs do these complex DART studies, and we elected to conduct these studies at the most reputable CRO, Charles River Laboratories.

***Analytical method development and validation:***

We include some but not all of our analytical method development and validation costs. We have an existing bioanalytical method for measuring simufilam in rat plasma, but this method was validated several years ago and does not meet current FDA Guidance on bioanalytical method validation. We request here the cost of transferring the method from Worldwide Clinical Trials (WCT) but we are not requesting our cost of its validation to current FDA Guidance. Because we do not have an analytical method for measuring simufilam in rabbit plasma, this method needs to be fully developed and validated, and that cost is included. Likewise, the dose formulation analytical method and validation is also needed for this facility, though it will be a transfer validation starting with the method developed for our ongoing carcinogenicity studies.

***Manufacturing simufilam:***

Bulk simufilam is produced at our contract manufacturing organization (CMO) Evonik. The grams needed for each study has been calculated and prorated to a per kilogram costs from the cost of a larger lot. We include the cost of GMP dispensing, packaging, labeling and shipping, which will be conducted three times for the proposed studies. We also include the cost of re-certification testing, which will need to be done twice. No cost for stability studies of this lot is requested.

***Personnel:***

Dr. Burns, the PI, has been the project leader since discovery of the target and the drug. She will continue to manage the program, including project management, contributing 25% effort on this proposal. Also contributing 25% on this proposal are Leslie Jones, Assistant VP, Clinical Operations, Laura Rodriguez, Director, Clinical Quality Systems, and Michael Marsman, SVP Regulatory Affairs. Contributing 16% are Michael Zamloot, SVP of Technical Operations, who manages drug supply, and James Kupiec, MD, Chief Medical Officer.

***Consultants:***

The primary consultant on this project is previous employee Annelies de Kater, PhD. Dr. Annelies de Kater is a toxicologist and pharmacologist who will help oversee details of each study plan. She will review and finalize the draft reports from CRL, particularly with regard to interpretation and FDA implications.

***Travel:***

A travel budget of $15,000 is included for site visits/audits over the 18-month duration.

***Independent Annual Audits of Grant Activities:***

NIH recipients that expend $750,000 or more in Federal awards during a fiscal year are subject to an annual audit requirement. We include auditor fees to conduct a program-specific audit of our internal accounting and other control systems by *RSM* US LLP, a leading U.S. provider of audit services.

# STATEMENT OF WORK

February 9, 2023

**Cassava Sciences, Inc.**
(hereafter referred to as "Sponsor")

6801 N Capital Of Texas Highway
Austin, TX 78731-1780

Charles River Laboratories Ashland, LLC
1407 George Road
Ashland, OH 44805

(hereafter referred to as "Charles River")

SFDC-OPP: 296762

charles river

**Cassava Sciences, Inc.**
**February 9, 2023**

charles river

This SOW and each party's obligations herein (including the performance of Services) shall be governed by and subject to the General Terms and Conditions of Charles River attached hereto (the "General Terms and Conditions"). In the event Sponsor and Charles River sign a MSA before completion of the Study, the MSA will supersede the General Terms and Conditions. By executing below, Sponsor and the undersigned on behalf of Sponsor represents and certifies, that Sponsor agrees to the foregoing.

Confidentiality Notice: The information contained in this SOW is confidential and is intended only for the party to whom it is addressed. Any other delivery, distribution, copying or disclosure is strictly prohibited.

Transfer, storage, use, and processing of personal data shall be made in accordance with the Data Protection Addendum attached hereto and made a part hereof.

**Proposal Summary**

| Proposal | Study | Price | Authorization (X) |
|---|---|---|---|
| CRL-478219 | **Development of a HPLC/UPLC-UV Method for the Determination of Test Material Concentration in Dose Formulations**<br>CRL Study Number TBD<br>Total Study Fee | $11,575 | |
| CRL-478220 | **Validation of a HPLC/UPLC-UV Method for the Determination of Test Material Concentration in Dose Formulations**<br>CRL Study Number TBD<br>Total Study Fee | $30,870 | |
| CRL-478222 | **Development of a LC-MS/MS Method for the Quantification of Test Material in Rat Plasma**<br>CRL Study Number TBD<br>Total Study Fee | $20,609 | |
| CRL-478223 | **Validation of a LC-MS/MS Method for the Quantification of Test Material in Rat Plasma**<br>CRL Study Number TBD<br>Total Study Fee | $35,280 | |
| CRL-478224 | **Transfer of a LC-MS/MS Method for the Quantification of Test Material in Rabbit Plasma**<br>CRL Study Number TBD<br>Total Study Fee | $15,185 | |
| CRL-478226 | **Validation of a LC-MS/MS Method for the Quantification of Test Material in Rabbit Plasma**<br>CRL Study Number TBD<br>Total Study Fee | $35,280 | |
| CRL-478227 | **A Dose Range-Finding Study in the Pregnant Rat**<br>Study Number: TBD<br>Base Study Fee:<br>Dose Formulation Analysis:<br>SEND Datasets:<br>Total Study Fee: | $70,460<br>$14,240<br>$25,000<br>$109,700 | |

**Cassava Sciences, Inc.**
**February 9, 2023**

charles river

| Proposal | Study | Price | Authorization (X) |
|---|---|---|---|
| CRL-478228 | **An Embryo-Fetal Development Study in the Rat**<br>Study Number: TBD<br>Base Study Fee:<br>Dose Formulation Analysis:<br>TK Sample Analysis:<br>TK Reporting:<br>SEND Datasets:<br>Total Study Fee: | <br><br>$244,010<br>$14,875<br>$29,158<br>$9,057<br>$29,000<br>$326,100 | |
| CRL-478229 | **A 7-Day Maximum Tolerated Dose Study in Non-Pregnant Rabbits**<br>Study Number: TBD<br>Base Study Fee:<br>Dose Formulation Analysis:<br>Total Study Fee: | <br><br><br>$49,042<br>$9,658<br>$58,700 | |
| CRL-478230 | **A Dose Range-Finding Study in the Pregnant Rabbit**<br>Study Number: TBD<br>Base Study Fee:<br>Dose Formulation Analysis:<br>SEND Datasets:<br>Total Study Fee: | <br><br><br>$101,560<br>$14,240<br>$25,000<br>$140,800 | |
| CRL-478231 | **An Embryo-Fetal Development Study in the Rabbit**<br>Study Number: TBD<br>Base Study Fee:<br>Dose Formulation Analysis:<br>TK Sample Analysis:<br>TK Reporting:<br>SEND Datasets:<br>Total Study Fee: | <br><br>$328,643<br>$14,875<br>$32,925<br>$9,057<br>$29,000<br>$414,500 | |
| CRL-478232 | **A Fertility Study in the Male and Female Rat**<br>Study Number: TBD<br>Base Study Fee:<br>Dose Formulation Analysis:<br>Total Study Fee: | <br><br>$293,025<br>$14,875<br>$307,900 | |
| CRL-478233 | **A Pre- and Postnatal Developmental Study in The Rat**<br>Study Number: TBD<br>Base Study Fee:<br>Dose Formulation Analysis:<br>Total Study Fee: | <br><br>$416,625<br>$14,875<br>$431,500 | |

**Cassava Sciences, Inc.**
**February 9, 2023**

charles river

**The following defines the Charles River Sites where proposed studies will be conducted:**

| Proposal | Site |
|---|---|
| CRL-478219<br>CRL-478220<br>CRL-478222<br>CRL-478223<br>CRL-478224<br>CRL-478226<br>CRL-478227<br>CRL-478228<br>CRL-478229<br>CRL-478230<br>CRL-478231<br>CRL-478232<br>CRL-478233 | Ashland, OH |

**Please initial the studies and options authorization boxes above that you wish to authorize, and sign and date the authorization line below.**

The pricing above is based on the Scope(s) of Work attached and may change if the study design is amended in the final protocol. Price is exclusive of Value Added Taxes (VAT) which, where required, shall be charged at the prevailing rate.

If applicable, prices assume one review cycle for draft protocol(s) and for draft report(s) and incorporation of one set of client comments into the final document(s). Sponsor shall provide one collated document if multiple reviewers are required. Further review cycles may incur additional costs.

When a GLP-compliant report is being prepared, the report should be finalized no later than 6 months following issue of the Draft Report. If comments and pending deliverables are not provided within 6 months of issue of the Draft Report, the study (and Draft Report) will be archived by the Test Facility. Additional costs may be incurred if standard finalization is required after the study (and Draft Report) has been archived.

In order to minimize the impact of study delays and cancellations for all clients, Charles River allocates resources at the time a signed SOW is received. If all studies and/or components are not being authorized at this time, please initial the studies and components above that you wish to authorize and sign and date the authorization line below. If all studies are being authorized at this time, merely sign and date the authorization line below, leaving the studies and component boxes empty. Please note that scheduling is not considered confirmed until a signed copy of this document is received. By providing authorization via signature below, you will allow us to confirm a schedule for each authorized study. Your signature further constitutes acceptance of the price and payment schedule.

**Cassava Sciences, Inc.**
**February 9, 2023**

charles river

**Payment Schedules**

Each study will be invoiced separately according to the following payment schedules.

| Proposal | Payment Schedule |
|---|---|
| CRL-478219<br>CRL-478222<br>CRL-478224 | 50% Due Upon Study Initiation<br>50% Due Upon Study Completion |
| CRL-478220<br>CRL-478223<br>CRL-478226 | 50% Initiation of Validation<br>50% Submission of Draft Report |
| CRL-478227<br>CRL-478229<br>CRL-478230 | 30% Upon Signature of Contract or No later than 120 days before animal arrival<br>35% Completion of In-Life<br>35% Submission of Draft Report |
| CRL-478228<br>CRL-478231<br>CRL-478232 | 30% Upon Signature of Contract or No later than 120 days before animal arrival<br>30% Study Initiation<br>30% Completion of In-Life<br>10% Submission of Draft Report |
| CRL-478233 | 30% Upon Signature of Contract or No later than 120 days before animal arrival<br>20% Study Initiation<br>20% Interim- Month 4<br>20% Completion of In-Life<br>10% Submission of Draft Report |

If the final report is delayed through no fault of Charles River, any remaining invoices will be issued 3 months after the date on which the draft report was sent.

We would propose to initiate these studies in 2023. Prior to receipt of this signed SOW, this initiation date may be lost to another study vying for the same resources.

It should also be noted that the initiation date is based on the Scope(s) of Work included in this SOW. If the study design(s) change significantly before study commencement, the study timelines may need to be rescheduled. All starting dates are estimated and are contingent on the availability of the research models at the time of the scheduled study start.

STUDY MATERIAL STORAGE/ARCHIVES. After dispatch of the draft report, all raw data, samples/specimens (except for those sent to Sponsor or Sponsor designated laboratory and resultant data which are the responsibility of Sponsor), and documents generated at Charles River during this study, together with the original copy of the protocol (including amendments) and the final report, will be retained in the secure storage area of Charles River for 1 year(s) at no additional charge (unless otherwise stated in the Scope of Work). After this period, Sponsor will be contacted to authorize (i) continued storage at Charles River's current storage rates, (ii) return of the materials to Sponsor, or (iii) disposal of materials, at additional cost.

**Cassava Sciences, Inc.**
**February 9, 2023**

charles river

**AUTHORIZATION STATEMENT**

Sponsor hereby authorizes Charles River to proceed with the necessary activities to initiate these services, including where appropriate, but not limited to, protocol development, contract finalization, study room reservation and definitive scheduling of service-related activities (collectively "Services"). By executing this document Sponsor understands and agrees to the financial responsibility for all service fees, costs and expenses in accordance with SOW including those incurred by Charles River in preparation of Services. Any modification that requires an increase in cost subsequent from the effective date of this SOW will be adjusted through an amended or additional SOW.

This Statement of Work is valid for 60 days from the date of issue. If studies are authorized within such time period, the pricing is valid for each study in the Statement of Work which commences no later than one year from the date of authorization, provided that pricing may be adjusted in accordance with market conditions. Charles River reserves the right to review the pricing of each study if work does not commence within such time period.

Please note that Charles River reserves the right to review animal prices to account for price adjustments after the SOW has been authorized. Prices will be reviewed at the time of animal ordering and any impact on the final study price will be provided to Sponsor.

Please sign and return this document via email to your Charles River contact. We look forward to working together.

Best regards,

Cassandra Bastien

Duly Authorized

Date: 09 Feb 2023

Cassandra Bastien, LATG
Client Manager, Client Services
54943 N. Main Street
Mattawan, MI 49071
cassandra.bastien@crl.com

______________________________
Sponsor Signature – Duly Authorized

______________________________
Print (Name and Title)

______________________________
Date

***To ensure an optimal invoicing process, please provide the following information:***

Invoice address (if different to page 1):

______________________________

______________________________

______________________________

E-mail address for receipt of Invoices (invoices will only be sent as PDF to this e-mail address):

______________________________

***Charles River requires a PO prior to the initiation of any work. By executing this SOW, Sponsor acknowledges that billing will occur and payment will be remitted to Charles River in the absence of a PO.***

***Please submit a PO with the signed SOW. Note that any contradictory terms and conditions set forth on a PO shall not be applicable to the services provided hereunder***

PO Number ______________________________

VAT Number (if applicable) ____________________

# RESEARCH & RELATED BUDGET - Cumulative Budget

| | Totals ($) | |
|---|---|---|
| Section A, Senior/Key Person | | 563,380.00 |
| Section B, Other Personnel | | 0.00 |
| Total Number Other Personnel | 0 | |
| Total Salary, Wages and Fringe Benefits (A+B) | | 563,380.00 |
| Section C, Equipment | | 0.00 |
| Section D, Travel | | 15,000.00 |
| 1. Domestic | 15,000.00 | |
| 2. Foreign | 0.00 | |
| Section E, Participant/Trainee Support Costs | | 0.00 |
| 1. Tuition/Fees/Health Insurance | 0.00 | |
| 2. Stipends | 0.00 | |
| 3. Travel | 0.00 | |
| 4. Subsistence | 0.00 | |
| 5. Other | 0.00 | |
| 6. Number of Participants/Trainees | 0 | |
| Section F, Other Direct Costs | | 1,991,535.00 |
| 1. Materials and Supplies | 31,000.00 | |
| 2. Publication Costs | 0.00 | |
| 3. Consultant Services | 50,000.00 | |
| 4. ADP/Computer Services | 0.00 | |
| 5. Subawards/Consortium/Contractual Costs | 0.00 | |
| 6. Equipment or Facility Rental/User Fees | 0.00 | |
| 7. Alterations and Renovations | 0.00 | |
| 8. Other 1 | 193,920.00 | |
| 9. Other 2 | 257,715.00 | |
| 10. Other 3 | 325,450.00 | |
| 11. Other 4 | 78,700.00 | |
| 12. Other 5 | 140,800.00 | |
| 13. Other 6 | 163,050.00 | |
| 14. Other 7 | 207,250.00 | |
| 15. Other 8 | 307,900.00 | |
| 16. Other 9 | 215,750.00 | |
| 17. Other 10 | 20,000.00 | |
| Section G, Direct Costs (A thru F) | | 2,569,915.00 |
| Section H, Indirect Costs | | 321,240.00 |

| | |
|---|---|
| Section I, Total Direct and Indirect Costs (G + H) | 2,891,155.00 |
| Section J, Fee | 10,000.00 |
| Section K, Total Costs and Fee (I + J) | 2,901,155.00 |

OMB Number: 4040-0001
Expiration date: 11/30/2025

# SBIR/STTR Information

Agency to which you are applying (select only one)*
❍ DOE ● HHS ❍ USDA ❍ Other:
SBC Control ID:* 000686144
Program Type (select only one)*
● SBIR ❍ STTR
❍ Both (See agency-specific instructions to determine whether a particular agency allows a single submission for both SBIR and STTR)
Application Type (select only one)*
❍ Phase I ❍ Phase II ❍ Fast-Track ● Direct Phase II ❍ Phase IIA ❍ Phase IIB ❍ Phase IIC
❍ Commercialization Readiness Program (See agency-specific instructions to determine application type participation.)
Phase I Letter of Intent Number:
* Agency Topic/Subtopic:

Questions 1-8 must be completed by all SBIR and STTR Applicants:

1a. Do you certify that at the time of award your organization will meet the eligibility criteria for a small business as defined in the funding opportunity announcement?* ● Yes ❍ No
1b. Anticipated Number of personnel to be employed at your organization at the time of award.* 30
1c. Is your small business majority owned by venture capital operating companies, hedge funds, or private equity firms?* ❍ Yes ● No
1d. Is your small business a Faculty or Student-Owned entity?* ❍ Yes ● No

2. Does this application include subcontracts with Federal laboratories or any other Federal Government agencies?* ❍ Yes ● No
If yes, insert the names of the Federal laboratories/agencies:*

3. Are you located in a HUBZone? To find out if your business is in a HUBZone, use the mapping utility provided by the Small Business Administration at its web site: http://www.sba.gov * ❍ Yes ● No

4. Will all research and development on the project be performed in its entirety in the United States?* ● Yes ❍ No
If no, provide an explanation in an attached file. Explanation:*

5. Has the applicant and/or Program Director/Principal Investigator submitted proposals for essentially equivalent work under other Federal program solicitations or received other Federal awards for essentially equivalent work?* ❍ Yes ● No
If yes, insert the names of the other Federal agencies:*

6. Disclosure Permission Statement: If this application does not result in an award, is the Government permitted to disclose the title of your proposed project, and the name, address, telephone number and email address of the official signing for the applicant organization to state-level economic development organizations that may be interested in contacting you for further information (e.g., possible collaborations, investment)?* ❍ Yes ● No

7. Does the application include a request of SBIR or STTR funds for Technical and Business Assistance (TABA)? If yes, please follow the agency specific instructions to provide the budget request and justification. (Please answer no if you plan to use the agency TABA vendor, which does not require you to include a request for TABA funds in your application.)* ❍ Yes ● No

8. Commercialization Plan: The following applications require a Commercialization Plan: Phase I (DOE only), Phase II (all agencies), Phase I/II Fast-Track (all agencies). Include a Commercialization Plan in accordance with the agency announcement and/or agency-specific instructions.*
Attach File:* Commercialization_Plan_2024_-_EJS.pdf

OMB Number: 4040-0001
Expiration date: 11/30/2025

# SBIR/STTR Information

SBIR-Specific Questions:

Questions 9 and 10 apply only to SBIR applications. If you are submitting ONLY an STTR application, leave questions 9 and 10 blank and proceed to question 11.

9. Have you received SBIR Phase II awards from the Federal Government? If yes, provide a company commercialization history in accordance with agency-specific instructions using this attachment.* ● Yes ❍ No

Attach File:* commercialization_history.pdf

10. Will the Project Director/Principal Investigator have his/her primary employment with the small business at the time of award?* ● Yes ❍ No

STTR-Specific Questions:

Questions 11 - 13 apply only to STTR applications. If you are submitting ONLY an SBIR application, leave questions 11 - 13 blank.

11. Please indicate whether the answer to BOTH of the following questions is TRUE:* ❍ Yes ❍ No

(1) Does the Project Director/Principal Investigator have a formal appointment or commitment either with the small business directly (as an employee or a contractor) OR as an employee of the Research Institution, which in turn has made a commitment to the small business through the STTR application process; AND

(2) Will the Project Director/Principal Investigator devote at least 10% effort to the proposed project?

12. In the joint research and development proposed in this project, does the small business perform at least 40% of the work and the research institution named in the application perform at least 30% of the work?* ❍ Yes ❍ No

13. Provide UEI of non-profit research partner for STTR.*

# Commercialization Plan

Cassava Sciences, Inc. (Austin, TX) is a translational company that identifies novel drug development opportunities at the discovery or preclinical stages and advances them through clinical development. Since its inception in 1998, the company has been engaged in the development of drug candidates using a disciplined approach that incorporates objective go/no go decision points to determine project progression. At the appropriate phase of development, Cassava seeks partnerships with one or more large biopharmaceutical companies to commercialize its drug innovations. Such partnerships typically result in a mix of revenue streams from upfront payments, sponsored development costs, milestone payments and royalties on sales of commercial products. Since inception, Cassava has initiated the search for and executed one or more strategic partnerships that, collectively, have resulted in over $400 million of revenue streams. Currently, our two Phase 3 clinical trials in Alzheimer's disease are fully enrolled. If successful, we believe our clinical program in Alzheimer's disease may attract commercial interest from larger biopharmaceutical companies. However, multiple other smaller clinical studies are prescribed by FDA for an NDA submission. These require additional funding support.

(a) Value of the Project, Expected Outcomes and Impact.

***<u>Introduction and Unmet Need</u>:***

Alzheimer's disease (AD) is a devastating illness that has touched the lives of millions of American families. Over 55 million people are living with dementia worldwide, with over 10 million new cases of dementia each year worldwide. This number is expected to reach 139 million cases by 2050[1].

Even modest progress in slowing disease progression could have significant effects on the healthcare burden of AD. For example, by delaying onset by just 2 years, the worldwide disease burden in 2050 is predicted to decrease by 23 million cases. In the US alone, it is estimated that a delay of 5 years could halve the incidence by 2050. According to the Pharmaceutical Research and Manufacturers of America, a 5-year delay could save the healthcare system over $477 billion. The development of effective AD treatments is paramount to realizing a reduction in AD cases and reducing the emotional and financial burdens to families, caregivers and society.

FDA has recently approved two anti-amyloid antibody therapies for patients with early AD. These infusion drugs are celebrated as nominal successes, tempered by their modest impact on disease progression, a black box cautionary warning regarding cerebral hemorrhages, the possible need for APOE genotyping and PET scans, the requirement for frequent MRIs to monitor drug-induced brain swelling and brain bleeding, and the inconveniences and exceptional expense of drug infusion therapy, which also limit access to rural or underserved populations. More recently noted is possible shrinkage of brain volume over time that is not fully understood. Adding complexity, drug effectiveness may vary by gender and APOE genotype and degree of tau deposition. Finally, the regulatory use of these infusion drugs is restricted to patients with early AD, i.e., mild cognitive impairment and mild AD.

---

[1] Source: Alzheimer's Disease International 2023, https://www.alzint.org/about/dementia-facts-figures. Case numbers have not been independently verified by Cassava Sciences.

***Cassava's Approach to AD:***

Simufilam is a new chemical entity (NCE) designed to treat and slow the progression of Alzheimer's disease via a novel mechanism of action. Simufilam, a small molecule, binds an altered conformation of filamin A (FLNA) with 580 femtomolar affinity to inhibit the toxic signaling of beta-amyloid ($A\beta_{42}$) through the α7-nicotinic acetylcholine receptor (α7nAChR) to hyperphosphorylate tau, as well as $A\beta_{42}$'s persistent activation of toll-like-receptor 4 (TLR4) leading to neuroinflammation. Altered FLNA is recruited to both these receptors to enable both toxic signaling cascades; native FLNA does not constitutively associate with either receptor. The restoration of FLNA's native shape prevents these aberrant receptor associations and the signaling. Acting via FLNA, simufilam dramatically reduces the femtomolar affinity of $A\beta_{42}$ for α7nAChR, even releasing bound $A\beta_{42}$ in AD postmortem brain. Blocking $A\beta_{42}$'s signaling via α7nAChR also restores function of NMDAR, α7nAChR and insulin receptors and improves synaptic plasticity. These results, along with recent clinical results in an open-label safety study of AD patients, suggest that simufilam may provide some cognitive recovery in addition to slowing the progression of disease.

Insulin receptor dysfunction in AD brain, underscoring the comorbidity and increased risk of AD in diabetes mellitus type 2, is a major focus of AD research and has prompted a clinical investigation of the diabetes drug liraglutide in AD. In animal models, simufilam more effectively restores insulin receptor function than liraglutide. In lympyhocytes of AD patients receiving simufilam, the overactivation of mTOR was suppressed and its sensitivity to insulin improved.

Simufilam has been tested in rat organotypic frontocortical slice cultures, in a mouse ICV $A\beta_{42}$ infusion model, in triple transgenic (3xTg) AD mice and aged wildtype mice, and in human postmortem AD and $A\beta_{42}$-treated age-matched control brain tissue. In these systems, simufilam reduces the association of FLNA with α7nAChR, reduces tau phosphorylation, reduces the level of $A\beta_{42}$ – α7nAChR complexes (by reducing affinity of $A\beta_{42}$ for α7nAChR by 100-10,000-fold), and restores function of α7nAChR, NMDAR and insulin receptors. Activity-dependent expression of Arc, the master synaptic plasticity regulator, is improved, suggesting improved synaptic plasticity. In the mouse models, simufilam also markedly reduced both $A\beta_{42}$ aggregates and neurofibrillary lesions and reduced levels of inflammatory cytokines by 80-100%.

The very low $IC_{50}$ for inhibition of $A\beta_{42}$-induced tau phosphorylation, approximately 10-50 pM, suggests an excellent therapeutic window. Corroborating this earlier data, in 2023 collaborators in France used their cellular FRET assay to show that simufilam reduced binding of $A\beta_{42}$ for α7nAChR with a 10 pM $IC_{50}$. In 28-day repeat dose oral toxicity studies, simufilam demonstrated respective 50- and 30-fold safety margins between the NOAEL levels in rat (500 mg/kg) and dog (100 mg/kg) compared to the 20-22 mg/kg/day efficacious dose in both mouse efficacy studies, also suggesting an excellent therapeutic window. A 9-month repeat dose oral toxicity study in dog found an NOAEL to be 75 mg/kg/day. Dog-to-human exposure scaling comparing exposure ($C_{max}$ and AUC of plasma levels) obtained in our Phase 2a clinical trial and exposure following the NOAEL from the 9-month dog toxicity study showed excellent safety margins: 38-fold for $C_{max}$ and 30-fold for $AUC_{0\text{-}last}$. The 6-month toxicity study in rat shows a NOAEL of 50 mg/kg, completing all tox requirements and enabling clinical trials of any duration.

PK in dogs indicated rapid absorption and elimination with nearly 100% oral bioavailability (compared to IV dosing), dose proportionality, and no accumulation. PK in the single ascending dose (SAD) clinical trial in volunteers also indicated rapid absorption of an oral solution and minimal potential for accumulation. Although metabolic profiling in hepatocytes showed negligible metabolism across species, analysis of human samples from a Food Effect study indicated the presence of a major metabolite (defined as 10% or more of parent), which will be identified in the proposed work. CYP interaction studies showed no inhibition or induction by simufilam, indicating no major drug interactions. A transporter study showed only weak/marginal inhibition of the MATE1 transporter at the $C_{max}$ achieved by the oral dosing solution in the SAD study, which will not be an issue if $C_{max}$ levels are lower following oral tablet administration. A biodistribution study in rat showed wide and rapid tissue distribution, including reasonable CNS levels, with maximal concentrations at 0.5 h post dose. By 24 h, 89% of the drug was recovered, the majority in urine.

Simufilam was negative in all three ICH-compliant GLP genotox tests: Ames, chromosomal aberration in CHO cells, and the in vivo mouse micronucleus test. All GLP Safety Pharmacology studies (GLP hERG, the rat Irwin test for CNS effects, a dog cardiovascular study and a rat respiratory study) showed no toxicities by simufilam on any parameter. Simufilam did not activate or inhibit any of 68 receptors, channels and transporters examined in a lead profile screen.

***Competitive Advantages:***

Simufilam may have competitive advantages because it targets what we believe to be the predominant pathogenic pathway in AD and not its downstream consequences. As a small molecule drug, simufilam also has advantages over infusion antibodies: oral dosing at home; no known risk of amyloid-related imaging abnormalities (ARIA) attributable to drug treatment; no need for frequent MRIs to monitor for brain bleeding or swelling; no error-prone reconstitution, dilutions, mixing or dosing; no refrigerated storage; no potential for long-term immunogenicity; no complex production; long shelf-life; low-cost transportation; etc. Simufilam will be much more accessible and affordable to underserved populations.

Two anti-amyloid antibodies have FDA approval for removing amyloid plaque in patients. In addition to being expensive with uncertain reimbursement by Medicare, anti-amyloid antibodies may be a safety risk to patients: 17-45% incidence of ARIA, depending on APOE4 status. These risks require frequent monitoring by MRI. At least 10 different anti-$A\beta_{42}$ antibodies have been tested clinically, some of them removing plaque without clinical benefit. One possible reason for the limited clinical benefit of anti-$A\beta_{42}$ antibodies, in addition to CNS penetration, is the difficulty of competing with $A\beta_{42}$'s femtomolar affinity for α7nAChR. Anti-tau antibodies may prevent the prion-like spread of tau aggregates, but they cannot restore tau's normal function prior to its hyperphosphorylation. Simufilam's prevention of tau hyperphosphorylation, upstream of its aggregation, may be preferable to targeting tau aggregation because tau becomes dysfunctional once hyperphosphorylated. The earlier gamma secretase inhibitors, and more recently beta secretase (BACE) inhibitors, worsened AD patient symptoms in clinical trials, leading to a theory that lowering amyloid may not be entirely advantageous. While there are a variety of approaches to disrupting Aβ-induced toxicities in AD, we feel that simufilam's dual mechanism of directly blocking two prominent $A\beta_{42}$ signaling cascades (a neurodegeneration pathway via α7nAChR and a neuroinflammation pathway via TLR4) is highly promising.

Agents that attempted to directly target the α7nAChR have all failed. Direct stimulation of the receptor, even with a partial agonist, will likely lead to desensitization and loss of efficacy. Laboratoires Servier (France) had a partial agonist that showed toxicities during development. In 2016, a similar drug from the former Forum Pharmaceuticals (Boston, MA) failed in two Phase 3 studies. Another approach taken by many companies to avoid directly targeting the receptor was positive allosteric modulators (PAMs) of α7nAChR, but these were toxic in humans.

Simufilam is fully enrolled in two large Phase 3 clinical trials, with the last patient last visit for the first expected early October 2024. We are maintaining contact with potential commercialization partners, although we are also considering commercialization ourselves.

**(b) Company**

Cassava Sciences, Inc. is a biopharmaceutical company that develops novel drugs for significant unmet needs at the discovery or preclinical stage and advances them through clinical development.

Since its inception in 1998, Cassava (a) developed nine drug candidates in the areas of analgesic, gastrointestinal and oncology; (b) prepared and submitted nine investigational new drug (IND) applications, all of which were accepted by regulatory agencies in the U.S., Britain, Europe or Israel on the first submission; (c) advanced two products into late-stage, large-scale efficacy programs for the treatment of moderate to severe pain. These abuse-deterrent pain products never failed a clinical study. However, due to unclear and ever-changing regulatory requirements around abuse-deterrence of opioid products, as well as the politicization of opioid products, the opioid programs were abandoned.

In 2019, the Company refocused around the AD program (initiated in 2008). We then raised $12 million from investors to pursue this opportunity, followed by a $75 million raise in 2020, $200 million in 2021 and $50 million in 2022. These investments have funded an enormously costly and complex ongoing Phase 3 clinical program. FDA now requires us to conduct other early-stage studies to file an NDA for simufilam (e.g. mass balance and renal and hepatic impairment studies).

Cassava collaborates with third parties for preclinical studies, clinical trials and formulation and manufacturing activities. We believe outsourcing results in significant time savings and allows more efficient deployment of our resources. We have 30 employees, most in scientific, clinical operations or technical positions. We have years of experience in coordinating with collaborators, consultants and partners to reach specific, highly-defined preclinical and clinical goals.

**(c) Market, Customer and Competition**

According to *Alzheimer's Disease International*, over 55 million people worldwide were living with dementia in 2021. This number will almost double every 20 years, reaching 78 million in 2030 and 139 million in 2050. Much of the increase will be in developing countries with limited access to antibody therapies.

The total estimated worldwide cost of dementia was $818 billion in 2015, which represented 1.09% of global GDP at that time. The annual global cost of dementia is now above $1.3 trillion and is expected to rise to US$ 2.8 trillion by 2030.

In 2023, AD and other dementias cost the US $345 billion, not counting unpaid caregiving (Alzheimer's Association). In 2017, average annual Medicare spending for patients with AD or other dementias was $23,497 compared to $7,223 spent by seniors without dementia. A drug that slows disease progression is expected to impact the total cost of care for AD patients.

In February 2018, the FDA issued draft guidance for developing drugs for Alzheimer's disease (FDA Draft Guidance for Industry; *Early Alzheimer's disease: Developing Drugs for Treatment*). The guidelines revise FDA's current thinking regarding the selection of patients with early AD for clinical trials and the selection of endpoints, including the use of validated biomarkers. Because of historical failures of clinical trials intended to alter disease progression in later stages of AD, the FDA is now focused on evaluating drug treatments for AD in the earliest stages of the disease. Diagnostic criteria that reliably define a population with early AD, including the earliest stages characterized only by pathophysiological changes, are now acceptable to the FDA for the evaluation of drug candidates intended to delay or prevent the emergence of overt symptoms. Clearly, the development and use of biomarkers is vital to the assessment of early-stage disease responses. For these reasons, Cassava utilized plasma p-tau181 as a highly sensitive and specific biomarker for AD pathology as an inclusion criterion for our Phase 3 studies.

There is a large and growing unmet need for improved diagnostic testing and therapeutic products that intervene in disease progression. The large and growing AD population worldwide suggests a multi-billion-dollar market for disease-modifying drug treatments. Furthermore, when the staggering cost burden to the healthcare system is taken into consideration and the cost savings from slowing disease progression are realized, new first-in-class therapeutics may achieve pharmaco-economic advantages over currently FDA-approved treatments.

AD therapeutic candidates in development include anti-Aβ and anti-tau antibodies, anti-neuroinflammation agents and many novel mechanisms. Agents that directly target α7nAChR are no longer in development due to toxicities or lack of clinical efficacy. Agents targeting tau and tau oligomers are still being investigated, particularly focusing on the prion-like spread of dysfunctional tau or tau oligomers.

Several beta-secretase 1 (BACE) inhibitors to prevent cleavage of amyloid precursor protein (APP) to form $A\beta_{42}$ were halted for toxicity or lack of clinical efficacy. Moving to treat earlier in the disease, Janssen, Merck and Eisai/Biogen all had BACE inhibitor trials in prodromal AD. All three prodromal trials (Eisai/Biogen's elenbecustat, Merck's verubecustat and Janssen's atabecestat) were halted due to worsening of disease progression, and for Janssen's candidate, toxicities. These failures may highlight the possible protective effects of Aβ. Novartis/Amgen discontinued their BACE inhibitor in 2019.

Clinical trials of the anti-Aβ antibodies have been in early AD (MCI + mild AD), and many studies are testing these agents at the even earlier, pre-symptomatic, or "preclinical" stage. Cassava's clinical trials are in mild-to-moderate, recently showing a 38% slowing of decline in that population. Our Phase 2 open-label safety study showing a mean improvement at one year in mild AD

patients but not in moderate AD patients corroborates the idea of treating earlier versus later, when the disease has progressed further. Importantly, to be effective, Aβ-lowering strategies may need to eliminate nearly all soluble $A\beta_{42}$ to impact the high-affinity interaction of $A\beta_{42}$ and α7nAChR – a very high hurdle.

Another experimental approach is the use of the anti-diabetic (and weight loss) drug liraglutide to lessen the insulin resistance common to type 2 diabetes and AD. Weight loss in frail, elderly patients may not be ideal. Simufilam is believed to restore insulin receptor function more effectively than liraglutide (personal communication by Dr. Wang, who has examined both). Simufilam has also improved insulin sensitivity of mTOR in lymphocytes of AD patients administered simufilam, while suppressing basal overactivity of mTOR. Other approaches are anti-inflammatory drugs. Simufilam treatment reduced certain inflammatory cytokines in two AD mouse models by 80-100% and has reduced neuroinflammation biomarkers in CSF of patients.

Simufilam is a first-in-class NCE with the potential to intervene in disease progression by addressing a constellation of conditions that negatively impact AD by binding a single novel target, FLNA. Simufilam's binding and reversing an altered conformation of FLNA prevents $A\beta_{42}$'s toxic signaling through α7nAChR, TLR4, TLR2 and CCR5, thereby reducing amyloid plaques, tau hyper-phosphorylation, neurofibrillary tangles, insulin resistance and neuroinflammation, while restoring function of α7nAChR, NMDAR and IR. We know of no other drug in development with the potential to address all these dysfunctions.

**(d) Intellectual Property Protection**

Five patent families cover composition of matter of simufilam and backup compounds (derived from 3 different scaffolds), their methods of use to treat AD, and screening methods against the binding site. Composition of matter claims for simufilam and backups have been filed in the U.S. and abroad with priority dates starting in 2009 and continuing through today. One screening method patent and two composition of matter patents have issued, including claims to simufilam. Methods of use (to treat AD) claims for simufilam and backups have been filed in the U.S. and abroad with priority dates of 2012. A patent on all possible polymorphs of the salt form of simufilam was recently issued and will extend patent life of simufilam through 2039. Cassava also filed three families of patents on SavaDx, a companion diagnostic/biomarker assay.

**(e) Finance Plan**

Cassava reported $121.1 million of cash on its balance sheet as of December 31, 2023. We expect to spend approximately $35-45 million in the first half of 2024, primarily on our two Phase 3 clinical trials. We expect the last patient last visit (LPLV) for our 52-week clinical trial (RETHINK-ALZ) early October 2024 and for our 76-week clinical trial (REFOCUS-ALZ) in May 2024. At the conclusion of our Phase 3 program, and with positive clinical data, we may contract with a large pharmaceutical company to commercialize simufilam, or we may commercialize the drug ourselves.

**(f) Production and Marketing Plan**

Cassava seeks one or more collaboration partners who ideally have an existing commercial presence in neurodegeneration in their home territory, or who have a proven track-record developing novel drugs for chronic conditions that serve large international target markets. In this business model, the advantages are the emergence of scientific and regulatory synergies, increased financial support for development, and shared risk of failure. This is both to meet the market demand among patients and healthcare providers, and to deal with the complex realities of reimbursement, Medicare, drug distribution, etc.

Cassava manages its development pipeline by advancing product candidates through proof-of-principle studies with in vitro and in vivo models of the disease condition. We then conduct clinical studies to demonstrate acceptable patient safety and clinical efficacy via biomarker or pharmacodynamic outcomes.

Additionally, the drug's pharmaceutics development is well advanced. Manufacturing and analytical testing procedures are in place, such that there is currently an adequate supply of the active pharmaceutical ingredient (API) and formulated drug product that meets all regulatory standards for Phase 3 studies in US and internationally.

Simufilam, a small molecule, is relatively easy and predictable to chemically synthesize in commercial quantities. With an understanding of the API process chemistry, properties of the pharmaceutical salt, and analytical test methods, production costs are expected to be reasonable for simufilam, especially compared to antibody production and storage. Cassava will direct commercial production of simufilam at contract manufacturing organizations (CMOs). A likely scenario is that a collaboration partner will control commercial marketing and production. Whether the commercial marketing and production are the purview of Cassava or a partner, it will include manufacturing operations for (1) active pharmaceutical ingredient in bulk (drug substance) (2) tablet production in bulk (drug product), and (3) finishing operations including packaging and labeling into trade units. The approach to each aspect of commercial production is discussed separately below.

The proposed commercial marketing and production plan is based on certain assumptions:

- Simufilam may be marketed in the U.S. by a commercial partner experienced in developing CNS therapeutic products, and ideally, therapeutic products for the treatment of AD.
- Simufilam may be marketed internationally by a commercial partner who will have primary international responsibilities for the drug's regulatory management, commercial manufacturing and marketing.
- Simufilam will be initially formulated into oral tablets at a standard dose range (e.g., 50 mg - 100 mg) for twice-daily dosing.
- Simufilam API is the only proprietary material in the drug product and all excipients used in the tablet formulation are internationally accepted.

Simufilam Bulk Active Pharmaceutical Ingredient (API)

We believe the chemical synthesis of simufilam to an HCl salt form is relatively predictable and has commercially acceptable economics. cGMP manufacture of Drug Substance and Drug Product are performed to international regulatory standards.

A contract development and commercial manufacturer of APIs, Evonik Industries AG, has developed process chemistry and analytical test methods for simufilam. Evonik is one of the world's largest contract development and manufacturing organizations for pharmaceutical ingredients. Additional manufacturing capacity may be needed on all continents depending upon the projected worldwide market demand and the potential commercial interests and capability of commercial partners.

Simufilam Bulk Drug Product Dosage Forms

Based on the characteristics of API salt, simufilam was formulated into an immediate-release tablet for twice-daily administration. Manufacture of simufilam bulk Drug Product can be produced at toll manufacturing sites on several continents, or within the facilities of a licensee. A primary and back-up manufacturing site is foreseen on each continent to handle commercial demand, to build redundancy in supplier and transport networks and to ensure supply chain resilience. A formal process to transfer the drug's critical manufacturing and analytical technology is expected to be completed at each facility.

Simufilam Finishing Operations

Finishing operations, including primary packaging and labeling, are usually performed in each country due to significant differences between countries in preferred package types (i.e., plastic bottles, unit-dose blister packages or pouches, tubes, etc.), labeling requirements (including the language used for printed labeling) and other prevailing practices among governmental agencies and insurance payors. Stability programs supporting shelf-life in preferred primary packaging will be conducted as needed for Marketing License Approvals in major market countries. Manufacturing of finished goods in labeled trade packaging can be shipped internationally for commercial supply, or dosage forms in bulk drums may be supplied for finishing operations within the market country.

**(g) Revenue Stream**

As noted, Cassava may engage with one or more commercial partners to market simufilam in different drug markets, or may launch the drug itself in the U.S.

Transactions have always been the fabric of the pharmaceutical industry. An analysis of licensing transactions for product candidates spanning early-stage discovery through late-stage clinical development was reported by Deloitte Recap, LLC. In their analysis, the total average deal value for preclinical stage partnerships was approximately $200 million and approximately $250 million for candidates at the phase 1 and IND stage. The average upfront payment was approximately $10 million and $15 million, respectively, for the preclinical and IND phase 1 development stage.

The Deloitte Recap data are historical averages and specific deal structures vary significantly, especially for a market as large as AD for which therapeutic options are limited. For example,

Lundbeck A/S, a pharmaceutical company, entered into an $825 million collaboration with Otsuka Pharmaceuticals for co-development and co-marketing rights to its AD drug LU AE58054. In this collaboration, Otsuka paid Lundbeck an upfront payment of $150 million and may have paid another $600+ to Lundbeck in subsequent regulatory, clinical and sales milestones. In combination with donepezil, LU AE58054 was designed to provide symptomatic improvement through cognitive enhancement, though it failed in Phase 3 in 2016.

Based upon the above, Cassava expects that with successful completion of Phase 3 clinical trials, the Company will be in a position to generate significant revenue for commercialization.

## SUMMARY

- Cassava identified simufilam as a drug candidate that may significantly impact the treatment of AD;
- Validation of the target and mechanism of action was achieved by molecular pharmacology of postmortem AD brain tissue and mouse models and was confirmed by TR-FRET in an independent lab;
- IND-enabling studies demonstrated excellent safety margins in rat and dog between the NOAEL compared to the 20 mg/kg/day efficacious dose in mouse efficacy studies;
- The FIH clinical trial in healthy volunteers showed no drug-related AEs and dose proportional PK; dog-to-human exposure scaling showed excellent safety margins;
- A 12-month open-label safety study in mild-to-moderate AD patients provided the needed numbers and length of exposure prior to initiating Phase 3, still with no drug-related SAEs and no patterns of AEs considered possibly drug-related;
- A 12-month open-label safety study showed cognitive improvement in the mild AD cohort, and a responder analysis of the Neuropsychiatric Inventory showed an increasing number of subjects reporting no psychiatric symptoms at Month 12 versus Day 1;
- The 6-month randomized withdrawal study that followed the 12-month open-label study showed separation of those who continue on simufilam vs. those switched to placebo, calculated as a 205% difference in favor of simufilam (p=0.136) in mild AD patients. In addition, mild AD patients on simufilam for 24 continuous months showed no decline.
- A commercialization partner may be sought in select countries or for world-wide marketing of simufilam;
- Based on the current and projected growth of AD incidence in the US and worldwide, simufilam is expected to address a multi-billion-dollar market opportunity;
- Cassava Sciences has raised capital in 2020, 2021 and 2022 to develop simufilam through Phase 3 clinical trials and has spent over $200 million thus far on these two studies.
- Funding is needed to complete certain FDA-mandated supportive studies.



CONFIDENTIAL CASSAVA_001447351

## Commercialization History

Cassava Sciences, Inc. has not received more than 15 Phase II SBIR awards.

OMB Number: 0925-0001
Expiration Date: 01/31/2026

# PHS 398 Cover Page Supplement

## 1. Vertebrate Animals Section

Are vertebrate animals euthanized? ● Yes ○ No

If "Yes" to euthanasia

Is the method consistent with American Veterinary Medical Association (AVMA) guidelines?

● Yes ○ No

If "No" to AVMA guidelines, describe method and provide scientific justification

## 2. *Program Income Section

*Is program income anticipated during the periods for which the grant support is requested?

○ Yes ● No

If you checked "yes" above (indicating that program income is anticipated), then use the format below to reflect the amount and source(s). Otherwise, leave this section blank.

| *Budget Period | *Anticipated Amount ($) | *Source(s) |
|---|---|---|

3. Human Embryonic Stem Cells Section

*Does the proposed project involve human embryonic stem cells? ❍ Yes ● No

If the proposed project involves human embryonic stem cells, list below the registration number of the specific cell line(s) from the following list: http://grants.nih.gov/stem_cells/registry/current.htm. Or, if a specific stem cell line cannot be referenced at this time, check the box indicating that one from the registry will be used:

❏ Specific stem cell line cannot be referenced at this time. One from the registry will be used.

Cell Line(s) (Example: 0004):

4. Human Fetal Tissue Section

*Does the proposed project involve human fetal tissue obtained from elective abortions? ❍ Yes ● No

If "yes" then provide the HFT Compliance Assurance

If "yes" then provide the HFT Sample IRB Consent Form

5. Inventions and Patents Section (Renewal applications)

*Inventions and Patents: ❍ Yes ● No

If the answer is "Yes" then please answer the following:

*Previously Reported: ❍ Yes ❍ No

6. Change of Investigator/Change of Institution Section

❏ Change of Project Director/Principal Investigator

Name of former Project Director/Principal Investigator

Prefix:

*First Name:

Middle Name:

*Last Name:

Suffix:

❏ Change of Grantee Institution

*Name of former institution:

OMB Number: 0925-0001
Expiration Date: 01/31/2026

# PHS 398 Research Plan

| | |
|---|---|
| **Introduction** | |
| 1. Introduction to Application (for Resubmission and Revision applications) | |
| **Research Plan Section** | |
| 2. Specific Aims | Specific_Aims_2024.3.pdf |
| 3. Research Strategy* | Research_Plan.2024.2.pdf |
| 4. Progress Report Publication List | |
| **Other Research Plan Section** | |
| 5. Vertebrate Animals | VERTEBRATE_ANIMALS_2024.pdf |
| 6. Select Agent Research | |
| 7. Multiple PD/PI Leadership Plan | |
| 8. Consortium/Contractual Arrangements | |
| 9. Letters of Support | |
| 10. Resource Sharing Plan(s) | Resource_Sharing_plan_2023.pdf |
| 11. Other Plan(s) | DMS-Plan-Reprotox.pdf |
| 12. Authentication of Key Biological and/or Chemical Resources | Key_chemical_resources2024.pdf |
| **Appendix** | |
| 13. Appendix | |

## SPECIFIC AIMS

We propose to conduct comprehensive Developmental and Reproductive Toxicology (DART) studies with simufilam. These will support an FDA filing for potential drug approval. Our DART studies will be conducted in the U.S. at Charles River Laboratories, an independent lab, according to internationally recognized guidelines, including ICH. FDA may initially allow DART studies in males only, but the drug's label would likely exclude pre-menopausal women. Canada and other countries may require full DART studies for an AD drug, despite the elderly target population. Finally, DART studies are needed to explore simufilam as a preventative treatment in non-elderly adults, particularly in dominantly inherited AD.

Simufilam is a novel small molecule drug candidate that binds and reverses an altered conformation of the scaffolding protein filamin A (FLNA) that is critical to the toxicity of soluble $A\beta_{42}$. Altered FLNA links to the α7 nicotinic acetylcholine receptor (α7nAChR) to allow $A\beta_{42}$ to bind with femtomolar affinity and signal through this receptor to hyperphosphorylate tau.[8,13,14,22] Altered FLNA also links to toll-like receptor 4 (TLR4) and other immune receptors to enable $A\beta_{42}$-induced persistent activation and inflammatory cytokine release.[16] A normal FLNA linkage to insulin receptors is dissociated upon insulin stimulation to allow insulin signaling, which is disrupted in AD.[25] Simufilam improves insulin receptor signaling, reduces overactive mTOR and restores mTOR's response to insulin.[25] By restoring the native shape of FLNA, simufilam disrupts FLNA's aberrant receptor linkages and markedly reduces $A\beta_{42}$'s activation of these receptors. This multi-faceted mechanism through a single target may greatly impact AD pathology.

Simufilam improved exploratory CSF biomarkers and plasma p-tau181 in a placebo-controlled Phase 2b study. In an open-label safety study, 47% of mild-to-moderate AD patients improved on ADAS-Cog11 after one year. In a randomized withdrawal study, simufilam slowed cognitive decline in the full analysis set by 38% and in mild patients by 205%. Mild patients on simufilam for 2 years showed no material decline in cognition scores. We have the following specific aims:

**Aim 1: *Evaluate simufilam for effects on embryo-fetal development in rats:***

A dose ranging study is needed to initially determine appropriate dose levels for the main study. The main study will determine simufilam's effects, if any, on embryo-fetal development in rats. Clinical observations, food consumption, bodyweight will be recorded, and ovaries, uteri, placentae and fetuses will be examined for malformations and developmental variations. A toxicokinetic group is included.

**Aim 2: *Evaluate simufilam for effects on embryo-fetal development in rabbits:***

FDA requires embryo-fetal development studies in two species. This study in rabbits will be similar to the rat study. It will be preceded by max tolerated dose and dose ranging studies to determine dose levels.

**Aim 3: *Evaluate simufilam for effects on fertility in male and female rats:***

These studies will evaluate simufilam's effects, if any, on female estrous cycle, tubal transport, implantation development of pre-implantation stages of the embryo, and on male fertility.

**Aim 4: *Evaluate simufilam for effects on pre- and postnatal development in rats:***

A pre- and postnatal development study will assess potential enhanced toxicity in rats relative to nonpregnant females, pre- and postnatal viability of offspring, altered growth and development, and functional deficits in offspring, including sexual maturation, reproductive capacity at maturity, sensory functions, motor activity, and learning and memory.

***Comprehensive DART studies are expected to support simufilam's potential drug approval in the U.S. and Canada and may enable future trials in dominantly inherited AD.***

## RESEARCH STRATEGY

## A. SIGNIFICANCE

Alzheimer's disease (AD) afflicts approximately 5.8 million people in the US. AD is expected to grow to 13.8 million by 2050.[1] The field is encouraged by recent FDA approvals of anti-amyloid antibody drugs. However, the apparent slowing of cognitive decline over 18 months (≈23% for aducanumab, ≈27% for lecanemab and ≈29% for donanemab) must be balanced against the potential risks and shortcomings, including ARIA, APOE genotyping, MRI or PET monitoring for safety, high costs, and accessibility.

We present a novel approach to treat AD: disrupting a pathogenic pathway of soluble $A\beta_{42}$ via the α7-nicotinic acetylcholine receptor (α7nAChR), which $A\beta_{42}$ binds with femtomolar affinity,[2,3] creating substantial competition for agents attempting $A\beta_{42}$ clearance. The binding of $A\beta_{42}$ (monomers or small oligomers) to α7nAChR pathogenically activates kinases[4-7] that hyperphosphorylate tau.[8] Dysfunctional tau and neurofibrillary lesions erode axonal/dendritic transport and disrupt neuronal function, leading to neurodegeneration.[2,3,6,9] Although $A\beta_{42}$ binds other targets,[10] including $PrP^{c}$ [11] and neuroligin-1,[12] their much lower binding affinities suggest high off-rates and limited target engagement.

***<u>Simufilam, a novel AD drug candidate</u>***

Simufilam is a small molecule drug. It is an oral tablet that does not require a team of healthcare professionals to administer and should not require MRI or PET monitoring for safety. <u>This may help drug access for underserved urban areas and rural populations.</u> In a phase 2 randomized withdrawal study, simufilam slowed decline in cognition scores in mild patients by 205% vs. placebo (not statistically significant). Simufilam disrupts the pathogenic signaling of $A\beta_{42}$ through α7nAChR by disrupting an aberrant linkage of the scaffolding protein filamin A (FLNA) with α7nAChR. This disease-associated receptor interaction of FLNA can be induced by $A\beta_{42}$ and is critical to its toxic signaling.[13-15] We have shown that simufilam's disruption of this FLNA–α7nAChR linkage <u>reduces $A\beta_{42}$'s binding affinity for α7nAChR by 1000-10,000 fold</u>.[13] TR-FRET, a robust technology to detect sensitive molecular interactions, showed that simufilam reduced $A\beta_{42}$ binding to α7nAChR with a 10 pM $IC_{50}$.[16] Disrupting $A\beta_{42}$–α7nAChR binding by a drug that does not interact with $A\beta_{42}$ or α7nAChR is a novel and promising mechanism.

FLNA interacting with α7nAChR has an altered conformation, shown by a shift in isoelectric focusing point (pI) in postmortem AD brain vs control brain that is not due to altered phosphorylation (it is insensitive to dephosphorylation by alkaline phosphatase) (**Fig. 1**).[14] Simufilam binds altered FLNA and restores its native shape, disrupting the FLNA–α7nAChR linkage and the toxic signaling of $A\beta_{42}$.

Simufilam binds *altered* FLNA, present in AD postmortem brain, with femtomolar affinity but *native* FLNA in age-matched control brain 100-fold less tightly (**Fig. 2**).[14] This affinity difference confers a safety advantage, though the lower-affinity binding to native FLNA appears to have no consequence on its pI. Simufilam's binding affinity was 590 femtomolar by direct binding to FLNA immunopurified from AD brain and 580 femtomolar by competition binding to AD brain tissue.[14] These identical affinities show that altered FLNA is simufilam's only high-affinity target in AD brain.




**Fig. 1** The conformational states of FLNA immunopurified from control or AD postmortem brain were separated on pH3-10 isoelectric focusing gels and then Western blotted with anti-FLNA. PTI-125 incubation (1 nM) largely restored the conformation of FLNA to its non-AD state. n = 6. *$p < 0.00001$ vs. non-diseased FLNA conformation (pI 5.9) within group; #$p < 0.00001$ vs. respective FLNA pI in AD without PTI-125 (with or without alk phos).

In support of an alteration in FLNA in AD, another group has demonstrated higher levels of insoluble vs. soluble FLNA in prodromal AD or AD dementia versus non-AD controls.[17] Two independent laboratories have shown biological activity of simufilam in FLNA-related disorders: 1) reduced seizures in a model of epilepsy[18] 2) reduced pituitary tumor cell proliferation and improved somatostatin receptor type 2 signaling.[19]

Altered FLNA also associates with toll-like receptor 4 (TLR4), enabling $A\beta_{42}$ to activate this receptor via CD14.[20] We recently showed that FLNA also links to TLR2, CD4 and two chemokine receptors (CXCR4 and CCR5), and all these FLNA–receptor interactions are reduced by simufilam to prevent or reduce $A\beta_{42}$-induced neuroinflammation.[14,16]




Fig. 2 $[C^{14}]$PTI-125 (0.05 pM – 0.5 µM) binding to FLNA immunopurified from AD or age-matched control brain illustrates the difference in binding affinity to altered vs. native FLNA.

## *AD mouse models, aged mice and postmortem AD brain*

Simufilam's broad beneficial effects emphasizes that the toxic signaling of $A\beta_{42}$ via α7nAChR and inflammatory receptors are critical to AD pathogenesis. Therapeutic benefits of simufilam were demonstrated in ICV $A\beta_{42}$-infused mice, in triple transgenic (3xTg) AD mice, in aged (10-mo) wildtype mice, and in ex vivo postmortem human AD brain.[13,14] By restoring FLNA's native shape, simufilam improved synaptic plasticity and restored function to α7nAChR, NMDAR and insulin receptors in the mouse models (10 mg/kg i.p. b.i.d or ~20 mg/kg/day via drinking water) and in postmortem human AD brain. In 3xTg AD mice, these improvements occurred when 2-month oral treatment started before (4 months) or after (8 months) apparent pathology in these mice (**Fig. 3A:** NMDAR signaling; **3B**: IR signaling; **3C**: activity-dependent Arc expression).[14] Simufilam's post-pathology effectiveness in this transgenic line is very promising, because significant pathology precedes symptoms in AD patients.




**Fig. 3** In 3xTg AD and aged mice, PTI-125 reduced the impairment in NMDAR (**A**) and IR (**B**) signaling. The co-immunoprecipitation assay for NMDAR signaling measured ratios of six different NMDAR-linked signaling molecules to NR1, the obligatory subunit. IR function was measured by tyrosine phosphorylation of IRβ and the level of the signaling adaptor molecule IRS-1 recruited. NMDA/glycine-induced expression of the synaptic plasticity master regulator Arc was also impaired in 3xTg AD and aged mice and ameliorated by PTI-125 (**C**). Total Arc was immunoprecipitated along with actin (immunoprecipitation and loading control) and analyzed by Western blotting. Blots were analyzed by densitometric quantitation. n = 6. *p < 0.01 vs. unstimulated control; #p < 0.01 and ##p < 0.05 vs. vehicle; +p < 0.01 vs. 6-month mice.

The cognitive recovery fostered by these functional molecular effects on receptor function and synaptic plasticity was evidenced by improvements in nesting behavior and spatial and working memory in 3xTg AD mice, despite small groups (n=5).[14] In both ICV $A\beta_{42}$ infusion and 3xTg AD mouse models, simufilam also reduced AD pathology. Simufilam reduced tau phosphorylation, neuroinflammation, neurofibrillary lesions and Aβ aggregated deposits.[13,14] These observations suggest disease-modifying effects. Simufilam's improvement in $K^+$-induced calcium influx in synaptosomes (requiring functional mitochondria) also indicates less degeneration.[13]

Demonstrating potency, a concentration-effect relationship in AD postmortem or $A\beta_{42}$-treated age-matched control brain tissue showed significant simufilam effects at concentrations as low as 1 pM and maximal at 1 nM,[14] (corroborating the pM $IC_{50}$ in disrupting $A\beta_{42}$ binding to α7nAChR in the TR-FRET assay – work of an independent lab[16]). The dose-dependent functional molecular effects in postmortem brain included improved NMDAR signaling and improved activity-dependent Arc expression.[14] The concentration-response in AD postmortem tissue was also demonstrated in reduced FLNA–α7nAChR/TLR4 linkages, reduced $A\beta_{42}$–α7nAChR complexes, and reduced tau hyperphosphorylation and nitration (oxidative stress).[18] Along with reduced NFTs and Aβ aggregates in both 3xTg AD and ICV $A\beta_{42}$-infused mice, these data strongly suggest simufilam's potential for disease modification.

***Simufilam's specificity for the FLNA target***

Demonstrating target specificity, simufilam showed no significant activation or inhibition of 68 receptors, channels and transporters in a lead profiling screen. To confirm that simufilam binds FLNA and exerts its effects by binding FLNA, we used the pentapeptide fragment of simufilam's binding site on FLNA as a decoy in ex vivo human postmortem brain.[13] In control brain slices incubated with 100 nM $A\beta_{42}$, 1 nM simufilam reduced tau hyperphosphorylation. Co-incubation with the decoy pentapeptide VAKGL blocked simufilam's reduction in tau hyperphosphorylation, but co-incubation with a pentapeptide with a mid-point alanine substitution (VAAGL) had no effect. The VAKGL pentapeptide also blocked simufilam's restoration of FLNA conformation visualized by the shift in isoelectric focusing point.[14] As mentioned above, the binding affinity of simufilam to FLNA immunoprecipitated from AD postmortem brain was essentially identical to simufilam's binding affinity calculated by displacement binding to AD postmortem brain slices.[14] Together, these data indicate that simufilam's effects are mediated by binding FLNA.

***First-in-patient clinical trial in mild-to-moderate AD patients:***

Following a successful single ascending dose first-in-human study of 50, 100 and 200 mg in healthy volunteers, a first-in-patient Phase 2a clinical trial dosed 13 mild-to-moderate AD patients with 100 mg oral simufilam b.i.d. for 28 days. Enrolled across 5 clinical sites, patients were age 50-85, MMSE 16-24, with a CSF T-tau/$A\beta_{42}$ ratio ≥ 0.30. This T-tau/$A\beta_{42}$ ratio was selected as a low cutoff to confirm AD diagnosis based on biomarker levels in samples from the Swedish bioFINDER and ADNI cohorts.[21] CSF and plasma biomarkers were tested by ELISA, in triplicate, with pre-dose and Day




**Fig 4. Percent change from baseline in CSF and plasma biomarkers measured by commercial ELISA.** All CSF biomarkers elevated in AD were significantly reduced in CSF after PTI-125 treatment. T-tau, NfL, neurogranin (Nrgrn) and YKL-40 were also significantly reduced in plasma. The slight increase in $A\beta_{42}$ was significant in plasma but not in CSF due to variability. Inflammatory cytokines and P-tau were not assessed in plasma ELISAs. *$p < 0.0001$, +$p < 0.001$, # $p < 0.01$ by paired *t* test.

28 samples in a single ELISA plate. Simufilam was safe and well tolerated. Half-life was 4.5 h, and approximately 35% accumulation was observed on Day 28 compared to Day 1 exposure. After 28 days of treatment, simufilam reduced CSF biomarkers of AD pathology and neurodegeneration (**Fig. 4**).[22] Total tau decreased 20%, neurogranin decreased 32%, and neurofilament light chain (NfL) decreased 22%. Phosphorylated tau (P-tau181) decreased 34%, evidence that simufilam suppresses tau hyperphosphorylation induced by $A\beta_{42}$'s signaling through α7nAChR. CSF biomarkers of neuroinflammation were also reduced: YKL-40, IL-6, IL-1β and TNFα decreased by 9%, 14%, 11% and 5%, respectively. Plasma NfL, neurogranin, total tau and YKL-40 levels were similarly reduced. $A\beta_{42}$ increased slightly in CSF and plasma – a desirable result because low $A\beta_{42}$ in CSF and plasma indicates AD. This increase, significant only in plasma due to variability in CSF, is consistent with simufilam's mechanism: $A\beta_{42}$ bound to α7nAChR is released due to a 1000–10,000-fold reduction in $A\beta_{42}$'s affinity for α7nAChR when simufilam binds altered FLNA. Note: all biomarkers are exploratory, research-use-only; biomarkers by our academic lab at CUNY (non-GLP) except for plasma p-tau181 analyzed by Quanterix.

***<u>Phase 2b clinical trial in mild-to-moderate AD patients:</u>***

A randomized, controlled Phase 2b study was designed to replicate the open-label Phase 2a study. Sixty-four mild-to-moderate AD patients were enrolled, with MMSE 16–26. Both 50 and 100 mg simufilam doses




**Fig. 5 Simufilam improved CSF and plasma biomarkers of AD pathology after 28 days**. Percent change from baseline in CSF biomarkers of AD pathology, neurodegeneration, neuroinflammation and blood brain barrier integrity (**A**). Change from baseline in plasma p-tau181, measured by Quanterix (**B**). Data are LS means ± SE. *p ≤ 0.0001, #p ≤ 0.001, ǂp < 0.01 and +p < 0.05 vs. placebo.

significantly improved exploratory biomarkers of AD pathology, neurodegeneration, neuroinflammation and blood brain barrier integrity (**Fig. 5A**). Final CSF biomarker analyses were conducted blind to treatment and timepoint; screening and Day 28 samples for each patient were measured in triplicate in the same ELISA plate. Albumin and immunoglobulin G (IgG) were measured by immunoblotting and quantified by densitometric quantitation. Simufilam treatment effects on CSF biomarkers were corroborated by significant treatment effects on plasma p-tau181 in an analysis conducted by Quanterix, an independent party (**Fig. 5B**). Our randomized, controlled trial generally replicated the biomarker results observed in our open-label Phase 2a trial.

Exploratory cognitive endpoints in the Phase 2b trial were two tests of the Cambridge Neuropsychological Test Automated Battery (CANTAB): the Paired Associates Learning (PAL) test, measuring episodic memory, and a test of spatial working memory. The primary outcome measures for each were total errors, with errors imputed (by the test scoring method) for more difficult levels not reached in the PAL test. Simufilam produced encouraging mean improvements from baseline for both doses in spatial working memory and in a sensitivity analysis for episodic memory, suggesting cognitive enhancement (**Fig. 6**). Subjects who showed no detectable simufilam in plasma or >25% noncompliance by pill counts were excluded from both cognitive tests (5 subjects). For the sensitivity analysis for episodic memory, the most and least impaired subjects were removed by baseline score. In addition to the 5 non-compliers, this sensitivity analysis removed 21 patients who either performed so poorly they may not have understood the task or were at a ceiling of very few errors at baseline. The potential cognitive enhancement by simufilam is supported by the improved function of α7nAChR, NMDAR and insulin receptors and improved synaptic plasticity shown in 3xTg AD mice (**Fig. 3**) and in postmortem human AD brain tissue.

**6**




**Fig. 6 Mean improvements from baseline in spatial working memory and in a sensitivity analysis of episodic memory.**

***One-year Open-label Extension Study with Randomized Withdrawal:***

To assess long-term clinical safety, we conducted a 1-year, open-label trial in patients with mild-to-moderate AD. Patients who had participated in one of our prior trials had no starting MMSE requirement; new patients (MMSE 16–26, or >26 with confirmed AD pathology) also enrolled, for a total of 220 patients. We measured safety assessments, ADAS-Cog11 and the neuropsychiatric inventory (NPI). The trial included a sub-study of 25 patients who provided CSF at baseline and again at Month 6. In these patients, exploratory CSF biomarkers showed profound changes after six months of treatment with simufilam (**Fig 7**).




**Fig. 7 Change from baseline in CSF biomarkers after 6 months of simufilam.** Data are means ± SD. All biomarkers are Research Use Only and non-safety-related. *p < 0.0001 by paired t test.

Changes in ADAS-Cog11 were analyzed by Pentara Corporation, an independent firm. A mixed model repeated measures (MMRM) statistical model used Least Squares means, imputed values for dropouts and adjusted for covariates. The pre-defined primary endpoint was change from baseline in the Per Protocol (PP) set, with exclusions voted on by two independent statisticians and an outside KOL. These included 7 patients with <65% compliance by pill counts, two who refused assessments, two with Posterior Cortical Atrophy, two with multiple psychiatric diagnoses, one with a significant history of cardiovascular disease, one taking anxiolytics and one with a baseline MMSE of 10 (indicating severe AD). The PP analyses are similar to but slightly better than those for the full analysis set (FAS). Change from baseline per the model in the PP set is plotted next to one-year declines in historical placebo controls and ADNI data[23] in mild-to-moderate AD trials (**Fig 8**).




**Fig. 8 ADAS-Cog11 change from baseline to Month 12 of simufilam versus historical declines in mild-to-moderate AD.** Patients on simufilam declined 1.1 points (PP set; FAS was 1.5 points) vs 4-4.5 points in historical placebo/observational data. Lines are 95% CIs.

Mild patients performed significantly better than moderate patients (p=0.00019). The mild cohort (MMSE MMSE ≥ 21; n=127 in PP set) *improved* by 1.3 points, baseline to Month 12 in the MMRM model (**Fig 9**). A placebo effect for a full year in 100+ patients is unrecorded in the literature. For example, an open-label study of donepezil (Aricept®) showed improvement at 6 weeks followed by a return to baseline at 12 weeks.[24]



CONFIDENTIAL CASSAVA_001447362




**Fig. 9 ADAS-Cog11 change from baseline to Month 12 of simufilam versus historical declines in early/mild AD.** Patients on simufilam *improved* 1.3 points (PP set; FAS was 0.73 points) vs 3.5-4 points in historical data.

In a responder rate analysis of ADAS-Cog using the PP set, 49.3% of patients improved or had no change at month 12, and an additional 24.1% declined by <5 points. A responder rate analysis of the NPI (PP set) showed that 42% had no neuropsychiatric symptoms at baseline, which increased to 55% at month 12.

Patients completing the 12-month open-label study were eligible to participate in a 6-month randomized withdrawal (RW) study. In this study, simufilam slowed cognitive decline on ADAS-Cog11 by 38% vs. placebo in the FAS (not significant). In mild patients entering the randomized withdrawal (MMSE ≥ 21 at beginning of the RW), simufilam slowed cognitive decline by 205% (**Fig 10**). The moderate sub-group (MMSE ≤ 20) did not separate from placebo and entered the randomized withdrawal with mean MMSE of 14.4 (range 5–20) and 15.2 (range 4–20) for placebo and simufilam, respectively, due to earlier declines.




**Fig. 10 Change in ADAS-Cog11 in Randomized Withdrawal.** In the mild AD patients entering the randomized withdrawal study, those who stayed on simufilam (N=40) improved, while those switched to placebo (N=36) started to decline, showing a 205% slowing of decline by simufilam (p=0.136).

Mild patients taking simufilam for 24 months (including those who switched to moderate classification by the start of the RW) showed no decline over this two-year period (mean change was 0.07 on ADAS-Cog11 for the continuously treated mild group; mean change for the non-continuously treated mild group was 1.04). Moderate patients were smaller groups (n=32 and 35) and were imbalanced before the RW, limiting interpretation, though both declined roughly as expected. The lack of decline in the mild patients on simufilam for two years, and the slight separation from placebo in mild patients by the end of the RW, may suggest disease modification. Finally, the better performance in mild patients appears to underscore the mantra that for a potentially disease-modifying treatment, treating earlier is better.




**Fig. 11 Change in ADAS-Cog11 over 24 months.** Mild AD patients on continuous simufilam (N=47) showed no decline, and mild patients on placebo during the randomized withdrawal declined 1 point (N=40) at 2 years.

We recently published new exploratory data illustrating simufilam's mechanism. One-month simufilam oral treatment suppressed the overactivity of mammalian target of rapamycin (mTOR) in patient lymphocytes and improved mTOR's response to insulin.[25] mTOR overactivation is implicated in aging in general and especially in AD.[26,27] Simufilam's suppression of mTOR overactivation, coincident with mTOR's improved response to insulin, was seen across five signaling molecules in the mTOR complex 1 and complex 2 signaling pathways.

The improved insulin receptor signaling and reduced insulin resistance of mTOR in lymphocytes of treated patients demonstrates a third mechanism of action of simufilam's restoration of FLNA's altered shape. Mechanistically, simufilam has a three-pronged approach to treating AD: 1) reducing neurodegeneration, 2) reducing neuroinflammation and 3) reducing brain insulin resistance or mTOR overactivation.

Finally, clinical safety has been observed to date in two ongoing Phase 3 randomized controlled trials of simufilam versus placebo in 1,800 AD patients. Simufilam appears generally well tolerated in these trials. The DSMB met in September 2023 and in March 2024 and recommended that the trials continue.

## B. INNOVATION

Simufilam is a novel, proprietary compound of Cassava Sciences. We developed this drug by a rational screening approach through a series of in silico pharmacophore modeling and in vitro screening, followed by medicinal chemistry on three different selected scaffolds. Simufilam's target is a completely novel target for AD that we validated.[13,14] Simufilam is the first in a new class of filamin-binding drugs and may also be first-in-class to reverse an altered protein conformation by binding it. Our approach of targeting a critical scaffolding protein to disrupt $A\beta_{42}$ signaling via $\alpha$7nAChR without directly contacting this receptor or altering its normal function and without attempting to remove $A\beta_{42}$ is highly innovative. We know of no other compounds in development targeting FLNA for AD. Our functional studies using AD postmortem tissue to demonstrate mechanism and efficacy are novel and increased our confidence in simufilam. Unlike partial disease mouse models, human AD tissue harbors all AD pathologies. Finally, our complementary blood-based biomarker/diagnostic SavaDx is a novel exploratory assay. It has demonstrated target engagement and treatment effects by Western blot in our Phase 2 clinical trials.

Cassava Sciences believes patent protection for simufilam runs through Feb 2040, plus extensions, and includes seven issued patents on composition of matter, backup compounds, methods of use to treat AD and screening methods against the binding site. We have filed patent protection in the US and abroad with priority dates in 2009. A new patent on polymorphs of salt forms for simufilam issued in 2022. One screening method patent and two composition of matter patents issued, including claims to simufilam. Methods of use claims have been filed in the U.S. and abroad with priority dates of 2012. We have filed patents for use in treating diabetes and cytokine storm of COVID-19 and other disorders. We have also filed three families of patents outside the U.S. on our complementary diagnostic/biomarker assay, SavaDx.

## C. APPROACH

We request support to conduct comprehensive Developmental and Reproductive Toxicology (DART) studies with simufilam. Our DART studies will be conducted in the U.S. at Charles River Laboratories (CRL), an independent lab, according to internationally recognized guidelines, including ICH and FDA. FDA may initially allow DART studies in males only, but the drug's label may exclude pre-menopausal women. Canada and other countries may also require full DART studies for an AD drug, despite the elderly target population. Finally, DART studies may be needed to explore simufilam as a preventative treatment in non-elderly adults, particularly in dominantly inherited AD. All DART studies will be conducted at Charles River Laboratories (CRL) at their facilities in Ashland, OH and Horsham, PA and will comply with current FDA regulations and Guidance.

Prior to conduct of the DART studies, analytical and bioanalytical method transfer, development and validation in different matrices will be performed. The method for dose formulation analysis will be transferred from the facility that developed it for ongoing carcinogenicity studies to CRL, who will validate it for use in their facility. Next, the existing method for measuring simufilam in rat plasma will be transferred to CRL and validated according to current FDA Guidance. Finally, starting from the rat plasma method, CRL will develop a method to detect simufilam in rabbit plasma and validate this new method.

**Aim 1: *Evaluate simufilam for effects on embryo-fetal development in rat:***

Prior to the main study, a dose range finding study will determine appropriate dose levels for the main study. The dose range finder aims to determine a dose level with definitive toxicity on embryo-fetal development. Dose levels of 100, 300, 750 and 1000 mg/kg/day will be administered by oral gavage to groups of 8 bred female Crl:CD(SD) rats once daily from gestation days 6 through 17. A control group will receive vehicle. All animals will be observed twice daily for mortality and moribundity. Clinical



CONFIDENTIAL CASSAVA_001447365

observations, body weights and food consumption will be recorded at appropriate intervals. Fecal samples will be collected over a 24-hour period on the first and last days of dosing for estimation of the percentage of dose excreted in the feces. On gestation day 20, a laparoscopic hysterectomy will be performed on each rat. The uteri, placentae and ovaries will be examined, and the numbers of fetuses, early and late resorptions, total implantations and corpora lutea will be recorded. Gravid uterine weights will be recorded, and net bodyweights and net bodyweight changes calculated. The fetuses will be weighed, sexed and examined for external, visceral and skeletal malformations and developmental variations.

Based on results, three doses will be selected for the main study. If no effects are seen, doses will be 100, 300 and 1000. The main study regimen will be the same, with dose groups of 25 pregnant rats. The main study will include an additional 9 rats/group for possible toxicokinetic evaluation. Blood samples are collected from at 0 (pre-dose), 1, 2, 4, 8 and 24 hours after dose administration on gestation days 6 and 17. All toxicokinetic (TK) rats are euthanized on gestation day 17 or 18 and pregnancy status determined.

**Aim 2: *Evaluate simufilam for effects on embryo-fetal development in rabbit:***

A non-GLP maximum tolerated dose (MTD) study will be conducted in rabbits to determine starting doses for the dose range finding study. A dose range finding study will determine appropriate dose levels for the main embryo-fetal development study in rabbits. The dose range finder aims to determine a dose level with definitive toxicity on embryo-fetal development. Based on findings from the MTD study, four dose levels (currently estimated to be 100, 300, 750 and 1000 mg/kg/day) will be administered by oral gavage to groups of 8 time-mated female New Zealand White rabbits once daily from gestation days 7 through 20. A control group will receive vehicle. All rabbits will be observed twice daily for mortality and moribundity. Clinical observations, body weights and food consumption will be recorded at appropriate intervals. Fecal samples will be collected over a 24-hour period on the first and last days of dosing for estimation of the percentage of dose excreted in the feces. On gestation day 29, a laparoscopic hysterectomy will be performed on each rabbit. The uteri, placentae and ovaries will be examined, and the numbers of fetuses, early and late resorptions, total implantations and corpora lutea will be recorded. Gravid uterine weights will be recorded, and net bodyweights and net bodyweight changes calculated. The fetuses will be weighed, sexed and examined for external, visceral and skeletal malformations and developmental variations.

Based on results, three doses will be selected for the main study. If no effects are seen, doses will be 100, 300 and 1000. The main study regimen will be the same, with dose groups of 22 pregnant rabbits. The main study will include an additional 4 rabbits/group for possible toxicokinetic evaluation. Blood samples are collected at 0 (pre-dose), 1, 2, 4, 8 and 24 hours after dose administration on gestation days 6 and 17. All TK rabbits are euthanized on gestation day 21 and pregnancy status determined.

**Aim 3: *Evaluate simufilam for effects on fertility in male and female rats:***

Three treatment groups of 25 male and 25 female Crl:CD(SD) rats will be administered simufilam at dose levels of 100, 300, and 1000 mg/kg/day. An additional group of 25 rats/sex will receive vehicle. Additionally, four groups of 6 rats per sex per group will serve as TK rats and receive the vehicle or simufilam in the same manner as the main study groups at dose levels of 0, 100, 300, and 1000 mg/kg/day. Vehicle and simufilam will be administered once daily via oral gavage. Dosing will begin 28 days prior to pairing for males, and 14 days prior to pairing for females. Dosing of males will continue through the mating and post-mating period to euthanasia, while dosing of females will continue through the mating period to gestation day 7. Rats will be observed for clinical signs, bodyweights, and food consumption. Blood samples for determination of the plasma concentrations of simufilam will be collected from TK rats at designated time points on Day 1, gestation day 7, and termination of the males. Fecal samples will be



CONFIDENTIAL CASSAVA_001447366

collected from the TK rats on Day 1, gestation day 7, and at termination of the males for determination of simufilam concentration. After blood and fecal sample collection, the TK males will be euthanized. The TK females will be retained until gestation day 10, euthanized, and pregnancy status determined. Males and females of the same treatment group will be paired for mating up to 21 days or until evidence of mating (sperm or copulatory plug) is observed. Females will be examined daily for estrous cycle determination during the premating and mating periods until evidence of mating is observed. Mated females will be euthanized on gestation day 13, uterine examinations conducted, and the location of embryos, resorptions, and the total number of implantations recorded. The number of corpora lutea on each ovary will also be recorded. Complete necropsies will be performed on all rats and protocol-specified organs and tissues collected, weighed and preserved. Sperm analyses (motility, concentration, and morphology) will be conducted.

**Aim 4: *Evaluate simufilam for effects on pre- and postnatal development in rat:***
A pre- and postnatal development study will assess potential enhanced toxicity relative to that in nonpregnant females, pre- and postnatal viability of offspring, altered growth and development, and functional deficits in offspring, including sexual maturation, reproductive capacity at maturity, sensory functions, motor activity, and learning and memory. Dose groups will be 22 female Crl:CD(SD) pregnant rats each for vehicle, 100, 300, and 1000 mg/kg/day by oral gavage. The dosing period will start at gestation day 7 and continue through delivery and weaning at postnatal day 20. Clinical observations, bodyweight and food consumption will be recorded. These F0 females will be euthanized, and uterine implantation sites will be counted, organs observed for macroscopic findings and histopathologic evaluation if indicated.

The F1 rat pups will be followed preweaning for clinical observations, bodyweight, and preweaning landmarks of physical development and reflex ontogeny (e.g. eye opening, pinna unfolding, surface righting, auditory startle, air righting, and response to light). Postweaning, at least one male and one female offspring per litter will be selected for rearing to adulthood and mating to assess reproductive competence. They will be monitored for clinical observations, bodyweight, food consumption, sexual maturation. Functional tests at maturity will include sensory function, motor activity, and learning and memory by the Morris Water Maze test. Reproductive performance will be assessed at age ≥ 10 weeks by pairings with non-siblings of the same group.

**Timeline:**
The comprehensive DART studies described in this proposal can be completed in 18 months.



CONFIDENTIAL CASSAVA_001447367

# PHS Human Subjects and Clinical Trials Information

OMB Number: 0925-0001

Expiration Date: 01/31/2026

## Use of Human Specimens and/or Data

| | |
|---|---|
| Does any of the proposed research in the application involve human specimens and/or data * | ❍ Yes ● No |
| Provide an explanation for any use of human specimens and/or data not considered to be human subjects research. | |
| Are Human Subjects Involved | ❍ Yes ● No |
| Is the Project Exempt from Federal regulations? | ❍ Yes ❍ No |
| Exemption Number | ❑ 1 ❑ 2 ❑ 3 ❑ 4 ❑ 5 ❑ 6 ❑ 7 ❑ 8 |
| Other Requested Information | |

**Delayed Onset Studies**

| Delayed Onset Study# | Study Title | Anticipated Clinical Trial? | Justification |
|---|---|---|---|
| The form does not have any delayed onset studies | | | |

## VERTEBRATE ANIMALS

The proposed developmental and reproductive toxicology (DART) studies will use the vertebrate animals rats and rabbits at a non-clinical contract research laboratory, Charles River Laboratories (CRL). CRL is accredited by the Association for Assessment and Accreditation of Laboratory Animal Care International (AAALAC) is registered with the United States Department of Agriculture (USDA) and follows Good Laboratory Practices (GLP). The choice of animals is driven by the requirements of FDA, Canada and other countries to support clinical trials and an NDA and other registration filings for Alzheimer's disease, specifically not excluding pre-menopausal women. Starting doses for the dose range finding study in rats are based on prior chronic toxicity studies. Doses in rabbits will be determined by a maximum tolerated dose study and a subsequent dose ranging study. Both males and females will be used. Lower species animals are always used before higher. Less than 1% of body fluid will be collected from any toxicokinetic animal in a 14-day period.

1. **Description of Procedures.**

   a. *Embryo-fetal development study in Crl:CD(SD) rats*

   The dose ranging study will use 5 groups of 8 for a total of 40 pregnant Crl:CD(SD) rats (a Sprague Dawley strain) using dose levels of 0, 100, 300, 750 and 1000 mg/kg/day, administered by oral gavage from gestation days 6 through 17. Three doses will be selected for the main study, for 4 groups of 25 and a total of 100 pregnant rats. A toxicokinetic group for the main study will use 9 rats per group for a total of 36 rats. All rats will be observed twice daily for mortality and moribundity. Clinical observations, body weights and food consumption will be recorded at appropriate intervals. Fecal samples will be collected over a 24-hour period on the first and last days of dosing for estimation of the percentage of dose excreted in the feces. On gestation day 20, a laparoscopic hysterectomy will be performed.

   b. *MTD and Embryo-fetal development study in New Zealand White rabbits*

   The maximum tolerated dose (MTD) study will use 3 or 4 groups of 3 New Zealand White rabbits, progressively increasing the dose up to a maximum of 1000 mg/kg if no there are no clinical observations. Based on these results, a dose ranging study will be conducted using vehicle and 4 dose levels administered by oral gavage to groups of 8 time-mated female rabbits once daily from gestation days 7 through 20. The main study will use vehicle and 3 dose levels with groups of 22 rabbits. A toxicokinetic group for the main study will use 4 rabbits per group for a total of 16 rabbits. All rabbits will be observed twice daily for mortality and moribundity. Clinical observations, body weights and food consumption will be recorded at appropriate intervals. Fecal samples will be collected over a 24-hour period on the first and last days of dosing for estimation of the percentage of dose excreted in the feces. On gestation day 20, a laparoscopic hysterectomy will be performed.



CONFIDENTIAL CASSAVA_001447370

c. *Fertility study in male and female Crl:CD(SD) rats*

The fertility study will use vehicle and 3 dose groups of 25 males and 25 females each, for a total of 200 rats. Four groups of 6 rats per sex per group (a total of 48) will serve as toxicokinetic (TK) animals. Dose levels will be 0, 100, 300, and 1000 mg/kg/day by oral gavage and will begin 28 days prior to pairing for males and 14 days prior to pairing for females. Dosing of the males will continue through the mating and post-mating period to euthanasia, while dosing of the females will continue through the mating period to gestation day 7. Rats will be observed for clinical signs, bodyweights, and food consumption. Blood samples for determination of the plasma concentrations of simufilam will be collected from TK animals at designated time points on Day 1, gestation day 7, and termination of the males. Fecal samples will be collected from the TK animals on Day 1, gestation day 7, and at termination of the males for determination of simufilam concentration. After blood and fecal sample collection, the TK males will be euthanized. The TK females will be retained until gestation day 10, euthanized, and pregnancy status determined. Males and females of the same treatment group will be paired for mating up to 21 days or until evidence of mating (sperm or copulatory plug) is observed. Females will be examined daily for estrous cycle determination during the premating and mating periods until evidence of mating is observed. Mated females will be euthanized on gestation day 13 and uterine examinations conducted. Complete necropsies will be performed on all rats and protocol-specified organs and tissues collected, weighed and preserved.

d. *Pre- and postnatal development study in rats*

Dose groups will be 22 female Crl:CD(SD) pregnant rats each for vehicle, 100, 300, and 1000 mg/kg/day by oral gavage. The dosing period will start at gestation day 7 and continue through delivery and weaning at postnatal day 20. Clinical observations, bodyweight and food consumption will be recorded. These F0 females will be euthanized, and uterine implantation sites will be counted, organs observed for macroscopic findings and histopathologic evaluation if indicated.

The F1 rat pups will be followed preweaning for clinical observations, bodyweight, and preweaning landmarks of physical development and reflex ontogeny (e.g. eye opening, pinna unfolding, surface righting, auditory startle, air righting, and response to light). Postweaning, at least one male and one female offspring per litter will be selected for rearing to adulthood and mating to assess reproductive competence. They will be monitored for clinical observations, bodyweight, food consumption, sexual maturation. Functional tests at maturity will include sensory function, motor activity, and learning and memory by the Morris Water Maze test. Reproductive performance will be assessed at age ≥ 10 weeks by pairings with non-siblings of the same group.



CONFIDENTIAL CASSAVA_001447371

2. **Justifications**

CRL veterinarians have been consulted in the overall study design. This comprehensive DART package does not unnecessarily duplicate previous studies with simufilam. These studies are required by Health Canada and FDA to support approvals for small molecule drugs intended for use by males of any age and pre-menopausal women. They will also support clinical trials in younger populations of child-bearing potential. Doses are selected to provide a sufficient safety margin (ideally >10x) over human exposure.

The rat and the rabbit are accepted by regulatory authorities for these types of studies, and two species are required by FDA for embryo-fetal development studies.

The number of animals to be used in these studies is the minimum needed for full DART studies suitable for regulatory filings. The number of animals to be used is also appropriate for statistical analyses (ANOVA, Dunnett's Test, etc.) of data generated from each study.

The goal of these DART evaluations is to characterize any reproductive and developmental and reproductive toxicity as required by ICH S5 (R3).

3. **Minimization of Pain and Distress.**

All animals in these studies will be euthanized by $CO_2$ inhalation.

It is anticipated that the animals in this study may experience pain or distress Category D (alleviated pain and/or distress) as defined by the USDA and CRL IACUC (Pain, Distress Guidance-2015). All animals will be monitored closely for signs of toxicity and/or moribundity. If unexpected reactions occur (i.e., hunched posture, cool to touch, etc.), the animals will be treated or euthanized according to the professional judgment of a veterinarian.

Pain, distress and discomfort are minimized by early detection, treatment, or euthanasia of animals that are injured, suffering toxic effects of compounds (e.g. 20% weight loss), or become moribund on study due to the administration of test article. CRL's veterinarian, technical staff, and animal care staff monitor animals during the day, including weekends and holidays. The attending veterinarian conducts facility rounds and monitors specific animals more frequently as needed. If an animal appears to have a medical, behavioral or study-related condition, the study director and the attending veterinarian are contacted promptly. The veterinarian will assess the animal and determine the appropriate course of treatment (in consultation with the study director when possible) including alleviating discomfort, distress or pain or euthanasia in accordance with the IACUC Pain and Distress Guidance. Relief of pain or distress may include either non-pharmaceutical or pharmaceutical means. Examples include; dosing holiday, special diets, heating blankets, fluids, agents such as phenobarbital, antihistamine, steroids, NSAIDS, etc., depending on the symptoms. Weight loss of more than 20% or morbidity will result in euthanasia of the animal.

## References


1. Alzheimer's Association. 2020 Alzheimer's disease facts and figures. *Alzheimer's Dement* 2020. DOI: 10.1002/alz.12068.
2. Wang H-Y, Lee D, D'Andrea M, Peterson P, Shank R, Reitz A. β-Amyloid1-42 binds to α7 nicotinic acetylcholine receptor with high affinity: Implication for Alzheimer's disease pathology. *J Biol Chem* 2000;275:5626-5632.
3. Wang H-Y, Lee D, Davie C, Shank R. Amyloid peptide Aβ1-42 binds selectively and with picomolar affinity to α7 nicotinic acetylcholine receptors. *J Neurochem* 2000;75:1155-1161.
4. Dineley K, Bell KA, Bui D, Sweatt J. b-Amyloid peptide activates α7 nicotinic acetylcholine receptors expressed in xenopus oocytes. *J Biol Chem* 2002;277:25056–25061.
5. Hu M, Waring J, Gopalakrishnan M, Li J. Role of GSK-3beta activation and alpha7 nAChRs in Abeta(1-42)-induced tau phosphorylation in PC12 cells. *J Neurochem* 2008;106:1371-7.
6. Wang H-Y, Li W, Benedetti N, Lee D. α7 nicotinic acetylcholine receptors mediate β-amyloid peptide-induced tau protein phosphorylation. *J Biol Chem* 2003;278:31547-31553.
7. Zhang L, Xie J, Yang J, Cao Y. Tyrosine phosphatase STEP61 negatively regulates amyloid β-mediated ERK/CREB signaling pathways via α7 nicotinic acetylcholine receptors. *J Neurosci Res* 2013;91:1581-90.
8. Burns LH, Pei Z, Wang HY. Targeting α7 nicotinic acetylcholine receptors and their protein interactions in Alzheimer's disease drug development. *Drug Dev Res* 2023;84:1085-95.
9. Nagele R, D'Andrea M, Anderson W, Wang H-Y. Accumulation of beta-amyloid1-42 in neurons is facilitated by the alpha7 nicotinic acetylcholine receptor in Alzheimer's disease. *Neuroscience* 2002;110:199-211.
10. Jarosz-Griffiths H, Noble E, Rushworth J, Hooper X. Amyloid-β Receptors: The good, the bad, and the prion protein. *J Biol Chem* 2016;291:3174 –3183.
11. Lauren J, Gimbel D, Nygaard H, Gilbert J, Strittmatter S. Cellular prion protein mediates impairment of synaptic plasticity by amyloid-beta oligomers. *Nature* 2009;457:1128–1132.
12. Dinamarca M, Weinstein D, Monasterio O, Inestrosa N. The synaptic protein neuroligin-1 interacts with the amyloid β-peptide. Is there a role in Alzheimer's disease? *Biochemistry* 2011;50:8127-37.
13. Wang H-Y, Bakshi K, Frankfurt M, et al. Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A. *J Neurosci* 2012;32:9773-84.
14. Wang H-Y, Lee K-C, Pei Z, Khan A, Bakshi K, Burns L. PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis. *Neurobiol Aging* 2017;55:99-114.
15. Burns LH, Wang H-Y. Altered filamin A enables amyloid beta-induced tau hyperphosphorylation and neuroinflammation in Alzheimer's disease. *Neuroimmunol Neuroinflammation* 2017;4:263-71.
16. Wang H, Cecon E, Dam J, Pei Z, Jockers R, Burns L. Simufilam reverses aberrant receptor interactions of filamin A in Alzheimer's disease. *Int J Mol Sci* 2023;24:13927. DOI: 10.3390/ijms241813927.
17. Aumont E, Tremblay C, Levert S, Bennett D, Calon F, Leclerc N. Evidence of Filamin A loss of solubility at the prodromal stage of neuropathologically-defined Alzheimer's disease. *Front Aging Neurosci* 2022;14.




CONFIDENTIAL CASSAVA_001447373

18. Zhang L, Huang T, Teaw S, et al. Filamin A inhibition reduces seizure activity in a mouse model of focal cortical malformations. *Sci Transl Med* 2020;12(531). DOI: 10.1126/scitranslmed.aay0289.

19. Marra G, Treppiedi D, Di Muro G, et al. A novel filamin A-binding molecule may significantly enhance somatostatin receptor type 2 antitumoral actions in growth hormone-secreting PitNET cells. European Congress of Endocrinology. Istanbul, Turkey 2023.

20. Gambuzza M, Sofo V, Salmeri F, Soraci L, Marino S, Bramanti P. Toll-like receptors in Alzheimer's disease: a therapeutic perspective. *CNS Neurol Disord Drug Targets* 2014;13:1542-58.

21. Hansson O, Seibyl J, Stomrud E, et al. CSF biomarkers of Alzheimer’s disease concord with amyloid-β PETand predict clinical progression: A study of fully automated immunoassays in BioFINDER and ADNI cohorts. *Alzheimer's Dement* 2018;14:1470-1481.

22. Wang H-Y, Pei Z, K.-C. Lee K-C, et al. PTI-125 reduces biomarkers of Alzheimer’s disease in patients. *J Prevent Alzheimer's Disease* 2020;7:256-264. DOI: 10.14283.

23. Ito K, Ahadieh S, Corrigan B, et al. Disease progression meta-analysis model in Alzheimer’s disease. *Alzheimer's Dement* 2010;6:39-53.

24. Doody R, Geldmacher D, Gordon B, et al. Open-Label, Multicenter, Phase 3 Extension Study of the Safety and Efficacy of Donepezil in Patients With Alzheimer Disease. *Arch Neurol* 2001;58:427-433.

25. Wang H-Y, Pei Z, Lee K-C, et al. Simufilam suppresses overactive mTOR and restores its sensitivity to insulin in Alzheimer’s disease patient lymphocytes *Front Aging* 2023;4: 1175601. DOI: 10.3389/fragi.2023.1175601.

26. Cai Z, Chen G, He W, Xiao M, Yan L-J. Activation of mTOR: a culprit of Alzheimer’s disease? *Neuropsychiatr Dis Treat* 2015;11:1015–1030.

27. Cai Z, Zhao B, Li K, et al. Mammalian target of rapamycin: a valid therapeutic target through the autophagy pathway for Alzheimer's disease? *J Neurosci Res* 2012;90:1105-18.

# Resource Sharing Plan

Simufilam is a proprietary compound. Cassava Sciences, Inc. will consider providing small quantities of simufilam to academic researchers. So far, three academic researchers have requested the compound. We have provided simufilam at no cost under a Material Transfer Agreement (MTA) with each institution. We will handle future requests similarly, evaluating the rationale for its testing and executing an MTA. Data relating to simufilam oral tablets and stability-indicating analytical methods for both Drug Substance and tablets are considered trade secrets and will not be shared.



CONFIDENTIAL CASSAVA_001447375

NIH Generated message:

The Other Plan(s) attachment included with the application is not evaluated during the peer review process but will be evaluated prior to a funding decision. Although part of the official submission, the attachment is maintained as a separate document in eRA Commons viewable by authorized users and is not part of this assembled application.

**Authentication of Key Chemical Resources**

The key chemical resource relevant to the proposed work is the clinical lot of simufilam hydrochloride (Drug Substance). All manufacturing processes, documentation and release testing, adhere to purity and potency specifications. Stability testing complies with ICH guidelines.

The CMC development of drug substance, formulations and analytical methods are completed according to quality-by-design practices that includes a Supplier Quality Management (SQM) program, overseen by Cassava Quality Assurance and Quality Control personnel, to assure quality of key materials and contracted services. The SQM program assures that qualified and trained personnel are performing scientific and operational work scopes and evaluates practices and standard operating procedures for operation, calibration and maintenance of facilities and equipment. The regulatory compliance history of facilities undertaking cGMP activities is reviewed prospectively to assure compliance with regulations. Master control documents for all cGMP activities, such as QC test methods, validation protocols and reports, specifications and stability protocols and reports are developed collaboratively with contractors and reviewed and approved by Cassava QA.

To assure safety, purity and quality of simufilam drug, the manufacture is overseen by Cassava QA for adherence to master control documents and regulatory compliance. QA reviews Drug Substance data to assure integrity and regulatory compliance. Simufilam active ingredient undergoes release and stability testing to certify identity, potency and impurity and to assure stability throughout use. (See appended Certificate of Analysis [CoA] for a current clinical lot of Drug Substance.)



CONFIDENTIAL CASSAVA_001447377

CASSAVA sciences

Confidential

| DESCRIPTION | | | SPECIFICATION NUMBER |
|---|---|---|---|
| Simufilam Hydrochloride | | | AI-125-001.3 |
| PART NUMBER | FORMULA | MOLECULAR WEIGHT | EFFECTIVE DATE |
| AI-125-001 | $C_{15}H_{23}Cl_2N_3O \cdot H_2O$ | 350.28 | 08Dec2021 |

## Certificate of Analysis

| | | | |
|---|---|---|---|
| Mfg. Lot Number: | 2021000033 | CMO Lot #: | N/A |
| Manufacturer Date: | 30Dec2021 | Retest Date: | 31May2024 |

| No. | Attribute | Method | Specification | Results |
|---|---|---|---|---|
| 1. | Appearance | EV011530 | White to off-white solid | White solid |
| 2. | Identification (FT-IR)* | EV000563 | Conforms to reference spectrum | Conforms to reference spectrum |
| 3. | Identification (UPLC) * | EV011531 | Matches reference retention time | Matches reference retention time |
| 4. | Identification (Chloride) * | EV000564 | Responds to the test for chloride | Responds to the test for chloride |
| 5. | Water Content (KF) | EV000566 | 4.6 – 5.6% w/w | 5.2% |
| 6. | Assay Counter Ion (Titration) * | EV000565 | 19.8 – 21.8% w/w | 20.8% |
| 7. | Assay by UPLC | EV011531 | 97.0 – 103.0% w/w | 99.7% |
| 8. | Residue on Ignition* | EV000567 | ≤ 0.10% w/w | 0.01% |
| 9. | Purity (UPLC) | EV011531 | ≥ 97.0 Area% | 99.9% |
| | Specified Identified Impurities | | | |
| | CML 1497 | | ≤ 2.0 Area% | < 0.05% |
| | RRT 1.8 | | ≤ 0.50 Area% | 0.11% |

CASSAVA sciences

Confidential

| DESCRIPTION | | | SPECIFICATION NUMBER. |
|---|---|---|---|
| **Simufilam Hydrochloride** | | | **AI-125-001.3** |
| PART NUMBER | FORMULA | MOLECULAR WEIGHT | EFFECTIVE DATE |
| **AI-125-001** | **$C_{15}H_{23}Cl_2N_3O \cdot H_2O$** | **350.28** | **08Dec2021** |

| No. | Attribute | Method | Specification | Results |
|---|---|---|---|---|
| 9. | Unspecified Unidentified Impurities | EV011531 | ≤ 0.10 Area% | < 0.05% |
| | Total Impurities | | ≤ 3.0 Area% | 0.11% |
| | | | Report Individual impurities ≥ 0.05% by RRT. Identify individual impurities ≥ 0.10%. | |
| 10. | Residual Solvents (GC-HS) * | | | |
| | 2-Propanol | EV000568 | ≤ 2000 ppm | < 38 ppm |
| | Methyl t-butyl ether | | ≤ 2000 ppm | < 13 ppm |
| | Ethanol | | ≤ 5000 ppm | 575 ppm |
| | Ethyl Acetate | | ≤ 5000 ppm | 236 ppm |
| | Triethylamine | EV000571 | ≤ 320 ppm | < 7 ppm |
| 11. | Elemental Impurities* | EV000569 | | |
| | Arsenic | | ≤ 1.5 ppm | < 0.4 ppm |
| | Lead | | ≤ 0.5 ppm | < 0.1 ppm |
| | Cadmium | | ≤ 0.5 ppm | < 0.1 ppm |
| | Mercury | | ≤ 3.0 ppm | < 0.8 ppm |
| 12. | Polymorphic Form | EV011574 | Record Value | Form 1 |
| 13. | Particle Size | EV011575 | Record Values | |
| | $X_{10}$ | | | 23 µm |
| | $X_{50}$ | | | 58 µm |
| | $X_{90}$ | | | 105 µm |

CASSAVA sciences

Confidential

| DESCRIPTION | | | SPECIFICATION NUMBER. |
|---|---|---|---|
| **Simufilam Hydrochloride** | | | **AI-125-001.3** |
| PART NUMBER | FORMULA | MOLECULAR WEIGHT | EFFECTIVE DATE |
| **AI-125-001** | **$C_{15}H_{23}Cl_2N_3O{\cdot}H_2O$** | **350.28** | **08Dec2021** |

| No. | Attribute | Method | Specification | Results |
|---|---|---|---|---|
| 14. | Bioburden* | USP <61> | USP <1111> Nonsterile Substance | |
| | Total Aerobic Microbial Count (TAMC) | | NMT 2000 cfu/g | < 50 cfu/g |
| | Total Yeasts and Molds Count (TYMC) | | NMT 200 cfu/g | < 50 cfu/g |

*Testing performed at release (T0) only; not a stability-indicating test.

Quality Assurance approval certifies that manufacturing, analysis and release of the above referenced batch have been conducted according to applicable cGMPs.

DocuSigned by:
Mia Matthews
Signer Name: Mia Matthews
Signing Reason: I am the author of this document
Signing Time: 20-Nov-2023 | 16:06 CST
CDBF8B5F657D400D8455CA102FC0907C

Prepared by QC: ______________________ Date: 20-Nov-2023 | 16:06 CST

DocuSigned by:
Alan Tsukerman
Signer Name: Alan Tsukerman
Signing Reason: I approve this document
Signing Time: 20-Nov-2023 | 16:07 CST
8CAC7574B3EF424FAB79009300DAE58D

Approved by QA: ______________________ Date: 20-Nov-2023 | 16:07 CST

CASSAVA sciences

Confidential

| DESCRIPTION | | | SPECIFICATION NUMBER |
|---|---|---|---|
| **Simufilam Hydrochloride** | | | **AI-125-001.3** |
| PART NUMBER | FORMULA | MOLECULAR WEIGHT | EFFECTIVE DATE |
| **AI-125-001** | **$C_{15}H_{23}Cl_2N_3O \cdot H_2O$** | **350.28** | **08Dec2021** |

## Certificate of Analysis

| | | | |
|---|---|---|---|
| Mfg. Lot Number: | 2021000033 | CMO Lot #: | N/A |
| Manufacturer Date: | 30Dec2021 | Retest Date: | 31May2024 |

| Revision # | Effective Date | Revision History |
|---|---|---|
| 2 | | -Extended retest date based on most recent API re-evaluation by DP manufacturer in June 2023 (lot # 0000118978 assigned by DP manufacturer).<br>-Assay, CML 1497 and Total Impurities results updated to match results in original COA. |
| 1 | 07Jan2023 | Extended retest date based on stability results from the 9-month, 25°C/60%RH pull. |
| Original | 02Feb2022 | New document |