# EXHIBIT 205

**From:** Remi Barbier
**Sent:** Mon, 20 Jun 2022 16:20:49 +01:00
**To:** Connolly, J. Erik
**Cc:** Sandy Robertson - Francisco Partners (robertson@franciscopartners.com); Todd Carter; Lindsay Burns; Watson Moss, Kate
**Subject:** "more egregious than Theranos"
**Attachments:** PRA_022-039.pdf, PRA_022-039_6-16-22.pdf

Erik –

FYI, we now have written evidence that on April 9th, UCSF Prof Roger Nichol told NYT reporter Apoorva that SAVA is "*more egregious than Theranos*". See attached email correspondence, obtained through Freedom of Information Act.

Prof Roger Nichol is a high-profile, public figure employed by a prominent scientific institution. His comment comparing us to convicted swindlers is unacceptable. It's also disrespectful and injurious to all of us – directors, managers, employees, advisors and clinicians – who are going through blood, sweat & tears to test a new drug treatment for patients with Alzheimer's.

**Remi Barbier**
**President & CEO**

CASSAVA sciences

---

**From:** Remi Barbier
**Sent:** Friday, June 17, 2022 8:49 PM
**To:** Guy Singer
**Cc:** Lindsay Burns
**Subject:**

Nobel prize from ucsf told nyt reporter SAVA is "worst than Theranos". In an email, attached.

**From:** Apoorva Mandavilli <apoorva.mandavilli@nytimes.com>
**Subject: Re: Time-sensitive query from New York Times reporter**
**Date:** April 18, 2022 at 6:49:47 PM PDT
**To:** "Nicoll, Roger" <Roger.Nicoll@ucsf.edu>

**This Message Is From an External Sender**
This message came from outside your organization.

Thank you!

On Mon, Apr 18, 2022 at 6:54 PM Nicoll, Roger <Roger.Nicoll@ucsf.edu> wrote:

> Thanks for the heads up. Yours is the best account so far of this ongoing saga.
>
> Great work.
>
> Roger
>
> On Apr 18, 2022, at 4:35 PM, Apoorva Mandavilli <apoorva.mandavilli@nytimes.com> wrote:
>
> **This Message Is From an External Sender**
> This message came from outside your organization.
>
> Hi,
> Here's the story, thank you for your help:
> https://www.nytimes.com/2022/04/18/health/alzheimers-cassava-simufilam.html
>
> Best,
> Apoorva

On Sat, Apr 9, 2022 at 3:26 PM Apoorva Mandavilli <apoorva.mandavilli@nytimes.com> wrote:

Got it., thanks.

On Sat, Apr 9, 2022 at 3:03 PM Nicoll, Roger <Roger.Nicoll@ucsf.edu> wrote:

My number is: (415) 450-0265.

On Apr 9, 2022, at 7:56 AM, Apoorva Mandavilli <apoorva.mandavilli@nytimes.com> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Yes, absolutely. What number should I call?

On Sat, Apr 9, 2022 at 10:52 AM Nicoll, Roger <Roger.Nicoll@ucsf.edu> wrote:

Can we make it 5 pm your time?

On Apr 9, 2022, at 4:02 AM, Apoorva Mandavilli <apoorva.mandavilli@nytimes.com> wrote:

**This Message Is From an External Sender**

This message came from outside your organization.

Great, thank you. I am flexible all afternoon. Would 4 pm ET work for you? if not, please

let me know what time is better, and also which number to call.

Best,
Apoorva

On Sat, Apr 9, 2022 at 2:13 AM Nicoll, Roger <Roger.Nicoll@ucsf.edu> wrote:

> Apoorva,
>
> Sure. Tomorrow afternoon or Sunday afternoon would work for me. For me this saga is more egregious than Theranos.
>
> Roger
>
> On Apr 8, 2022, at 9:59 PM, Apoorva Mandavilli <apoorva.mandavilli@nytimes.com> wrote:
>
> **This Message Is From an External Sender**
> This message came from outside your organization.
>
> Dear Dr. Nicoll,
>
> I'm a reporter for *The New York*

*Times*. I'm writing an article about Cassava, whose work I believe you are familiar with, and would very much appreciate a chance to talk with you.

Would you have time for a phone interview either this weekend or Monday morning? I am in New York but can work around the time difference. I shouldn't need more than 15 minutes of your time.

Best,
Apoorva

--
-------------------------
Reporter, Science & Global Health
The New York Times
Twitter: @apoorva_nyc

--
------------------

--------
Reporter, Science & Global Health
The New York Times
Twitter: @apoorva_nyc

--
---------------------------
Reporter, Science & Global Health
The New York Times
Twitter: @apoorva_nyc

--
---------------------------
Reporter, Science & Global Health
The New York Times
Twitter: @apoorva_nyc

--
---------------------------
Reporter, Science & Global Health
The New York Times
Twitter: @apoorva_nyc

UCSF

University of California
San Francisco

**Office of the Executive Vice Chancellor and Provost**

513 Parnassus Avenue
San Francisco, CA 94143-0400

email: Brenda.Gee@ucsf.edu

June 16, 2022

Todd Rogenthien

Sent via email to: toddrogenthien@yahoo.com

Re: California Public Records Act (CPRA) request 022-039

Dear Todd Rogenthien:

UCSF has completed its review of the documents located in response to your request for University ("UC") records. The responsive pages are attached hereto.

Please note that one record was located and determined to be exempt from production pursuant to California Government Code §6255. Records that contain correspondence between UC faculty members and other academics that contain scholarly conversations regarding articles, publications, or positions where frank opinions are exchanged – whether the UC faculty are voicing these opinions, or they are a silent recipient – are exempt from disclosure.

The release of such records would stifle the free exchange of opinions and disadvantage UC compared to private institutions that can share opinions without them being released. Without this exemption, UC's participation in such conversations would be chilled. That result is not in the public's best interest and, therefore, such records are exempt from production.

Your request, 022-039, is now closed.

Sincerely,

Brenda Gee
Communications, Policy, and Records
Office of the Executive Vice Chancellor and Provost