# EXHIBIT 206

**From:** Taylor, Marisa (Reuters)
**To:** Watson Moss, Kate
**Cc:** Spector, Mike (Reuters); Connolly, J. Erik; Bloom, Michael
**Subject:** RE: Cassava Sciences
**Date:** Tuesday, July 26, 2022 6:34:54 PM
**Attachments:** image002.png
image003.jpg

Thank you very much. We really appreciate you getting back to us. If we have any follow up questions, we will email you.

**From:** Watson Moss, Kate
**Sent:** Tuesday, July 26, 2022 7:17 PM
**To:** Taylor, Marisa (Reuters)
**Cc:** Spector, Mike (Reuters) ; Connolly, J. Erik ; Bloom, Michael
**Subject:** [EXT] RE: Cassava Sciences

**External Email:** Use caution with links and attachments.

Marisa:

Before answering your questions, it is important to note that no government agency has informed Cassava Sciences of any findings of wrongdoing. Cassava Sciences has complied with all requests for information from government agencies. Moreover, Cassava Sciences has never been charged with a crime, and for good reason—Cassava Sciences has never engaged in criminal conduct. Any statement otherwise would be blatantly false and *per se* defamatory.

As you are likely aware, there has been an onslaught of false accusations in print and social media regarding alleged data manipulation levied against Cassava Sciences in reports based on information from known and suspected short sellers of Cassava Sciences stock and Cassava Sciences' competitors. Those allegations of data manipulation are false. We have provided detailed responses to those allegations—first to the *New York Times*, and more recently to *Science*—in the attached letters. These letters are not for publication, but are provided in the interest of educating you on the facts.

With respect to the FDA petition, you are no doubt aware that the FDA rejected it. You are also likely aware of the fact that the two individuals who brought the petition were shorting Cassava Sciences' stock—a major conflict of interest. With respect to your inquiry about other government agencies, Cassava Sciences has received confidential requests for information from government agencies. As discussed above, Cassava Sciences has provided information in response to these requests in full satisfaction of its legal obligations. Cassava Sciences is unable to provide further comment with respect to those agencies, but the fact remains that none of these government agencies have accused Cassava Sciences of any wrongdoing.

With respect to your question regarding NIH funding, the figure you cite is accurate.

To be clear: Cassava Sciences vehemently denies any and all allegations of wrongdoing. No current or former Cassava Sciences employees or advisors have corroborated any allegations of data manipulation, and neutral third-party experts in Western blot techniques who have been asked to review the Western blot data at issue have all found the accusations unfounded. Most recently, another scientific journal has cleared one of Cassava Sciences' academic advisors of allegations of wrongdoing—additional information about these recent events can

be found at page 7 of the attached letter to Dr. Thorp at *Science*.

Moreover, no Cassava Sciences officer or director has sold stock in the company in many years. By contrast, the short sellers who have pursued this unprecedented attack on Cassava Sciences' reputation have reportedly made over $100,000,000 shorting SAVA stock. For a $100MM payday, people may allege many things, true or untrue. Cassava Sciences is interested in helping those with Alzheimer's disease, not an easy payday.

We hope this information clears up any misconceptions you may have about Cassava Sciences and prevents the publication of false and defamatory statements or implications about my client. It should go without saying that Cassava Sciences will have no choice but to pursue legal action should Reuters publish anything false about it. Please let us know if you have additional questions.

Thanks,

Kate

**Kate Watson Moss**
*(she/her/hers)*
Associate
Litigation
Ph: 312.624.6329
Cell: 631.807.7880

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Tuesday, July 26, 2022 4:19 PM
**To:** Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Cc:** Spector, Mike (Reuters) <Mike.Spector@thomsonreuters.com>; Connolly, J. Erik <econnolly@beneschlaw.com>; Bloom, Michael <MBloom@beneschlaw.com>
**Subject:** RE: Cassava Sciences
Thanks very much.

**From:** Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Sent:** Tuesday, July 26, 2022 5:07 PM
**To:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Cc:** Spector, Mike (Reuters) <Mike.Spector@thomsonreuters.com>; Connolly, J. Erik <econnolly@beneschlaw.com>; Bloom, Michael <MBloom@beneschlaw.com>; Watson Moss, Kate <KWatsonMoss@beneschlaw.com>
**Subject:** [EXT] Cassava Sciences

**External Email:** Use caution with links and attachments.

Marisa:

Good afternoon. I am outside counsel for Cassava Sciences. My client forwarded the questions in the below email to me. We are currently putting together a response to these questions and will endeavor to get them to you by 5 p.m. central. To the extent you have any additional questions, please direct them to myself, Erik Connolly, and Michael Bloom (copied).

Thank you,

Kate

**Kate Watson Moss**
*(she/her/hers)*
Associate
Litigation
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago,IL60606-4637
Ph: 312.624.6329
Cell: 631.807.7880
Fax: 312.767.9192
Email:KWatsonMoss@beneschlaw.com
www.beneschlaw.com

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Tuesday, July 26, 2022 1:50 PM
**To:** Eric Schoen <eschoen@cassavasciences.com>
**Cc:** Spector, Mike (Reuters) <Mike.Spector@thomsonreuters.com>; Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** Deadline questions

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greetings from the Washington office of Reuters,

We wanted to reach out because Reuters is about to report that the Justice Department has launched a criminal investigation of Cassavarelated to allegations that your company manipulated research results for simufilam.

1. What is the company's response to the criminal inquiry? What allegations you've been told DOJ is investigating?
2. Cassava has dismissed the manipulation allegations as "false and misleading." Is that still your position? And if not, what is your position?

3. Also, we wanted to fact check that Cassava has received more than $20 million from the NIH to support developing its Alzheimer's drug. Is that accurate?

4. We also understand that the SEC is investigating the company and examining claims made by physicians David Bredt and Geoffrey Pitt in an August citizens petition to the FDA. How does the company respond?

5. In a May securities filing, Cassava said it was cooperating with "certain government agencies" that requested "corporate information and documents." Cassava said in the filing that no agency has informed it of any wrongdoing. To which agencies was the company referring?

Please respond to us by 6:00 EST/5:00 Central Time.

Thanks very much.

Marisa Taylor
Correspondent
Thomson Reuters
https://www.reuters.com/
**(202) 843-6350**
**(202)615-7063 cell**
1333 H St. NW
Washington, DC 20005
Email: Marisa.Taylor@tr.com
Twitter: @marisaataylor

This e-mail is for the sole use of the intended recipient and contains information that may be privileged and/or confidential. If you are not an intended recipient, please notify the sender by return e-mail and delete this e-mail and any attachments. Certain required legal entity disclosures can be accessed on our website: https://www.thomsonreuters.com/en/resources/disclosures.html