# EXHIBIT 207

Message

| | |
|---|---|
| **From:** | Shorena Janelidze [/O=LU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NKIR-SJE] |
| **Sent:** | 6/5/2020 2:50:42 AM |
| **To:** | Lindsay Burns [lburns@cassavasciences.com] |
| **CC:** | Oskar Hansson [/o=LU/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mphy-ohn] |
| **Subject:** | Re: time to talk? |

Hi Lindsay,

We used Simoa platform for NfL measurements only. IL-6 was measured with mesosclale kit and all other biomarker with conventional sandwich ELISA from EUROIMMUN.

I had a look at the data and it seems that correlations between the biomarkers are in the expected range: Spearman r above 0.8 for p-tau vs t t-tau and 0.6-0.7 for t-tau vs NfL. So I would say the assays worked well.

Regarding the variability, my understanding is that you are interested in change in biomarkers levels on day 28 compared to day 0. As I already mentioned the intra-plate variability should be more relevant given that all paired day0-day28 samples were analyzed in the same plate. I calculated Intra-plate CVs as well as % difference between the duplicates for Ab42, t-tau and ptau and they are all below 5.4% except % difference for p-tau which is I bit higher but still below 10% (please see below).

Best regards,
Shorena

| | **Mean intra-plate CV** | **% difference duplicates** |
|---|---|---|
| **Ab42** | 2.08 | 2,95 |
| **t-tau** | 2.48 | 3,67 |
| **p-tau** | 5.37 | 7,64 |
| **NfL** | 4.44 | |

On 2 Jun 2020, at 15:39, Lindsay Burns <lburns@cassavasciences.com> wrote:

Dear Shorena and Oskar,

Thanks for all these details. We were looking for a 10-20% drug effect over 28 days. It is now clear that there is no possibility of seeing this magnitude of drug effect if a CV of just under 20% is acceptable for the Simoa (translating to >20% actual variation). I actually thought you would be using the Roche Eclesys system, since this was used in your paper that I had used as a basis for the 0.30 ratio cutoff for total tau/Abeta42 ratio for screening, where 0.15 or so was normal. This was an easy hurdle and only screened out non-AD and one case of extreme FAD. I did not earlier understand the difference between these machines, but Roche uses a sandwich ELISA, and we used sandwich ELISA plates (LifeSpan or Invitrogen) and a standard plate reader for screening (and for our earlier biomarker measurements). These worked well with very low variability (no more than 10% actual difference between high and low values of triplicates). Do you know what the reported CVs are for the Roche machine? And do you still have access to one?

There was no mix-up in aliquoting in the CUNY lab. I had wanted the samples picked up on Monday, but Hoau insisted that this be Tuesday so he and his post-doc could have plenty of time to triple check everything. It is

also clear from the data that it is not just a mix up of patients because the biomarkers just do not correlate -- improvements in some while others worsen in the same patients. P-tau and tau are the closest, but it is pretty messy.

Overall, do you reach the same conclusion that the single antibody format of the Simoa, with higher CVs than a sandwich ELISA, cannot be used to detect 10-20% drug effects with significance? Or are there other conclusions to be drawn?

Best,
Lindsay
From: Shorena Janelidze <shorena.janelidze@med.lu.se>
Sent: Monday, June 1, 2020 3:44:48 AM
To: Lindsay Burns
Cc: Oskar Hansson
Subject: Re: time to talk?

I think I have answered the majority of questions in my previous email. Pipetting was done manually by out technician and we have not notices anything unusual with the plate readers.

Best regards,
Shorena

> On 1 Jun 2020, at 04:26, Lindsay Burns <lburns@cassavasciences.com> wrote:
>
> Dear Oskar and Shorena,
>
> I am under pressure from management to come up with answers to explain the data. Can you please respond to my questions below, particularly in regard to the variability of QC samples from plate to plate? Are these CVs usual or unexpected? Do you feel the machine was off or performing normally? A CV of 10% gives me variability higher than 10%, which would not be appropriate if I am looking for drug effects in the 10-20% range. The variability in both baseline and post-treatment samples could more notably alter results. Also, does the machine automatically divide samples for the duplicates or is that done by hand? Obviously there are other factors at play, including sample processing and storage.
>
> Thanks for your help,
> Lindsay
> From: Lindsay Burns
> Sent: Tuesday, May 26, 2020 10:06:46 AM
> To: Shorena Janelidze
> Cc: Oskar Hansson; Carrie Crowley
> Subject: Re: time to talk?
>
> Dear Shorena and Oskar,
> So there is just one source document for plate 1 NfL. I was wondering about that. However, I am also unsure about which values should be trusted, given that Quanterix first used one calibrator and then another, and the values do change from the source file to the files for each calibrator. Also the pdf shows a frequent error message: "CadenceOvertime" and another one: "AEB below range flag." What do these mean?
> My main concern right now is the variability of this highly sensitive assay in general. Attached are your 5 QCs across all plates across all assays, and pasted in are CVs for each assay taken from the Quanterix website. Are the CVs here consistent with your maximum acceptable value of CVs for your QC samples? I know you only used a Quanterix plate for NfL, but I assume the other vendors' plates should perform similarly in the Simoa. It appears that the Simoa may just have much higher variability than a standard sandwich ELISA assay

(or indirect ELISA), despite (or because of) its ability to measure analytes in incredibly small volumes. I know that we had all Day 0 and Day 28 samples for each patient in the same plate, so this variability should be in the same direction for each patient, but it is still concerning. The only significant effects we saw were in the two assays not done on the Simoa but done in sandwich ELISA (TNFalpha) or indirect ELISA (IL-1beta). TNFalpha significantly decreased from baseline in all groups by about 2%. IL-1beta showed a significant decrease from baseline (p=0.035) for the 50 mg only. No differences vs. placebo.
> Have you ever tested patient samples over such a short duration (28 days) before? Regardless of whether there is natural fluctuation, or fluctuation due to sample processing or assay variability, it would be nice to know what has been seen before. I do not see anything in the literature on this.
> I was struck by the starting total tau/Abeta ratios. These are much lower than what we got for screening (using sandwich ELISAs), and about a third of the patients have ratios ranging from 0.11 to 0.18, despite the MMSE range 16-26. These seem like normal values to me. Any thoughts?
> Thanks for checking the aliquoting. We also checked our randomization schedule and all is correct. This is unlikely to be an error also because we did not see good correlations between biomarkers. Some up and some down in the same patients. Does this seem possible to you?
> Thanks again for all your help on this.
> Best,
> Lindsay
> From: Shorena Janelidze <shorena.janelidze@med.lu.se>
> Sent: Tuesday, May 26, 2020 8:17:08 AM
> To: Lindsay Burns
> Cc: Oskar Hansson; Carrie Crowley
> Subject: Re: time to talk?
>
> Hi Lindsay,
>
> The pdf file for plate 1 is not correct, it is based on wrong calibrator values. The correct data was in the "2020-04-22 LB_NFL_plate1_pl_RunData QTRX Recalc_PL.xlsx" files that I sent on April 27th. These data were calculated by Quanterix (I will forward their email) and because of that we are unable to generate pdf.
>
>
> We have now checked that the labels on the aliquots that we prepared match with those on original tubes. Therefore, we could rule out any mistakes during the aliquoting. There is still some CSF left (please see attached file), so if you prefer we could re-analyze NfL in some of the samples.
>
>
> Best regards,
> Shorena
>
>
>
> > On 21 May 2020, at 17:16, Lindsay Burns <lburns@cassavasciences.com> wrote:
> >
> > Hi Shorena,
> >
> > Can you confirm if the plate 1 run source document you attached was the correct re-calibrated data that was used in the end?
> >
> > Thanks,
> > Lindsay
> >
> > From: Shorena Janelidze <shorena.janelidze@med.lu.se>

> > Sent: Tuesday, May 19, 2020 12:05 PM
> > To: Lindsay Burns <lburns@cassavasciences.com>
> > Cc: Oskar Hansson <oskar.hansson@med.lu.se>; Carrie Crowley <ccrowley@cassavasciences.com>
> > Subject: Re: time to talk?
> >
> > Hi Lindsay,
> >
> > Here is pdf files for NfL. Since it takes a long time to type in sample ID in the Quanterix software we just used CSFi IDs. For each CSF ID there is a location in the "Replicate sample data" table showing in which well samples were analysed. You could find the corresponding sample ID the attached plate layout.
> >
> > Best regards,
> > Shorena
> >
> >
> >
> > > On 18 May 2020, at 17:01, Lindsay Burns <lburns@cassavasciences.com> wrote:
> > >
> > > Thanks – I agree. Shorena, if you could send the source files for the other biomarkers that would be great.
> > >
> > > Lindsay
> > >
> > > From: Oskar Hansson <oskar.hansson@med.lu.se>
> > > Sent: Monday, May 18, 2020 9:56 AM
> > > To: Lindsay Burns <lburns@cassavasciences.com>; Shorena Janelidze <shorena.janelidze@med.lu.se>
> > > Cc: Carrie Crowley <ccrowley@cassavasciences.com>
> > > Subject: Re: time to talk?
> > >
> > > Hi Lindsay,
> > >
> > > Shorena will look into it in more depth tomorrow (we unfortunately are working on revisions on a paper submitted to JAMA with deadline this week). But I agree that the variation is very high, which is odd as the CVs are low indication good precision of the actual measurements.
> > >
> > > Bästa hälsningar,
> > >
> > > Oskar
> > >
> > > Från: Lindsay Burns <lburns@cassavasciences.com>
> > > Datum: måndag 18 maj 2020 14:39
> > > Till: Shorena Janelidze <shorena.janelidze@med.lu.se>
> > > Kopia: Oskar Hansson <oskar.hansson@med.lu.se>, Carrie Crowley <ccrowley@cassavasciences.com>
> > > Ämne: Re: time to talk?
> > >
> > > Hi Shorena,
> > >
> > >
> > >
> > > I'm sure you are working on it but we do need all the software files today so we can start our QC. I know you are looking at them too.
> > >
> > >

> > >
> > > Best,
> > >
> > > Lindsay
> > >
> > >
> > >
> > > From: Shorena Janelidze <shorena.janelidze@med.lu.se>
> > > Sent: Friday, May 15, 2020 10:59 AM
> > > To: Lindsay Burns
> > > Cc: Oskar Hansson
> > > Subject: Re: time to talk?
> > >
> > > Yes, they did, all frozen.
> > >
> > > /Shorena
> > >
> > > > On 15 May 2020, at 17:34, Lindsay Burns <lburns@cassavasciences.com> wrote:
> > > >
> > > > OK thank you. I have a bunch of other questions, but first, I assume the samples arrived in good condition with plenty of dry ice?
> > > >
> > > > Lindsay
> > > >
> > > > -----Original Message-----
> > > > From: Shorena Janelidze <shorena.janelidze@med.lu.se>
> > > > Sent: Friday, May 15, 2020 10:16 AM
> > > > To: Lindsay Burns <lburns@cassavasciences.com>
> > > > Cc: Oskar Hansson <oskar.hansson@med.lu.se>
> > > > Subject: Re: time to talk?
> > > >
> > > > Hi Lindsay,
> > > >
> > > > I will go through all data next week to make sure that we did not make any mistakes when copying values from the software fils into excel.
> > > >
> > > > Best regards,
> > > > Shorena
> > > >
> > > >
> > > >> On 15 May 2020, at 16:34, Lindsay Burns <lburns@cassavasciences.com> wrote:
> > > >>
> > > >> Hi Oskar and Shorena,
> > > >>
> > > >> We have broken the blind and unfortunately the data are so variable that nothing makes sense. I can't send you the individual patient data without unblinding you, but I will attach the analyses, showing ranges. The ranges in placebo are huge. I should also have taken out the 26000 value that we tried to repeat for NfL, but that is in there too (should have been a missing value). Do you have some time to do a skype call? I have another call in 30 minutes so it would have to be after that, if today. We are trying to check out all possibilities of error. The first attachment is comparisons to placebo and the second is within group change from baseline.
> > > >>
> > > >> Best,

> > > >> Lindsay
> > > >>
> > > >> Lindsay H. Burns, PhD
> > > >> VP, Neuroscience
> > > >> Cassava Sciences, Inc.
> > > >> O: 512-501-2484  C: 512-574-4238
> > > >> www.cassavasciences.com
> > > >> <image002.png>
> > > >>
> > > >> <t14_2_1.rtf><t14_2_2.rtf>
> > > >
> > >
> >
>

| | Mean intra-plate CV | % difference duplicates |
|---|---|---|
| **Ab42** | 2.08 | 2,95 |
| **t-tau** | 2.48 | 3,67 |
| **p-tau** | 5.37 | 7,64 |
| **NfL** | 4.44 | |