# EXHIBIT 208



**Lindsay Burns Barbier**

Favorites · 2h ·

Sorry shorties. Sorry Adrian Heilbut. Sorry Jesse Brodkin. Sorry Alexander Trevelyan. And Sorry Elisabeth Bik. So very sorry DAVID S. BREDT. I know you're trying hard with the false accusations and bogus petitions to the FDA. Your days are numbered. This is the second journal to clear us of these ridiculous allegations.