# EXHIBIT 214

Dear Dr. Vellas, 19 October 2021

I am responding to your inquiry regarding the immunoblot images in figures 3 and 5a of ID: JPAD-D-19-00051; HY Wang, Z Pei, KC Lee, et al. PTI-125 reduces biomarkers of Alzheimer's disease in patients. J Prev Alz Dis 2020;7:256-264.

Importantly, the Western blot images in this paper are *representative* images for each assay and each timepoint – that is, data from a single patient. So, the bands in question are two of about 190 bands. We would be delighted to provide Western blots for all 13 subjects from this clinical study for the assay in question. By examining the full dataset (i.e., 13 individual bands for each timepoint) you will see data for the whole group, not just the selected, representative image. Please let us know which of the two images is still in question so we can send all these files. There are 37 anti-tau immunoprecipitates (probed with specific antibodies to different P-tau's and nitrated tau). These were run on 5 different gels of 8, 9, 8 and 3 subjects' anti-tau immunoprecipitates. Figure 5 with $A\beta_{42}$ stimulation has 74 lanes in 8 gels. Again, these are anti-$A\beta_{42}$ and anti-actin immunoprecipitates from each of 3 time points, probed with anti-CD14, anti-$\alpha$7nAChR, anti-$A\beta_{42}$ and anti-actin antibodies. Please let us know which set you'd like us to send.

You have not informed us of any specific allegations with regards to the images in question. However, since we believe transparency is key, below we provide some background on methods. Visual artifacts can derive from gels or blots (nitrocellulose membranes). We also address some of the allegations circulating on the internet regarding Prof. Wang, however ludicrous or misinformed.

**Use of X-ray Film.** Prof. Wang used chemiluminescent Western blot detected on x-ray *film*, not digital imaging. Film provides high sensitivity to detect weak protein bands. High sensitivity, however, means film may show more impurities and artifacts. Film also requires physical storage. Much like traditional photography, x-ray film degrades with time, even under proper dark storage conditions. For these reasons, the original image of the x-ray film is considered a more permanent record than the film itself.

**Physical Storage.** There are no standards in biological research regarding how long physical x-ray film should be kept. For example, *Analytical Biochemistry*, a leading journal on biological research, has no written guidelines regarding how long physical x-ray film should be kept. (And to our knowledge, neither does JPAD). Publication guidelines state, "The authors should be prepared to submit the raw validation data and unprocessed images during review." [1] We believe NIH guidelines suggest keeping original x-ray film for 2 years from the time data is generated. Absent research standards, Prof Wang's lab followed CUNY's ad hoc policy to store and maintain physical x-ray film through the date of actual publication. However, since discarding old materials is not anyone's top priority, Dr. Wang is hopeful the original x-ray film may still exist somewhere in his lab. He is checking. If found, these will be immediately turned over to you.

---

[1] Analytical Chemistry, 593 (2020) 113608, *A systematic approach to quantitative western blot analysis*, page 7, Section 4.1.3

**Gel Cassettes.** For laboratories that perform a lot of immunoblotting, the cost of commercial, pre-cast polyacrylamide gels is considerable. To mitigate cost, Prof. Wang's lab typically prepares their own polyacrylamide gels. Using research standards widely available on the internet and elsewhere, for many years Prof Wang's lab has re-used commercial gel cassettes. There is no evidence that repeat use of the same cassette reduces their usability. However, it is conceivable that pouring your own gels might, on occasion, increase the appearance of artifacts in a very small number of blots and not in others.

**Loading Control Bands.** At times, Prof. Wang's loading control bands are said to look "unexpectedly" similar. The original images of these blots prove all bands are unique. Similar looking control bands is a sign of expertise and experience. Prof. Wang's lab has conducted thousands of Western blots. Consistency is a sign of steady hands, precision and accurate workflow. It is well known that in the hands of a novice, Western blotting is frustrating, messy and inaccurate. It is also well known that in the hands of an expert, Western blotting is confident and accurate. And of course, rhetorically asking, why would anyone fabricate loading control bands?

**Lanes Per Gel.** Thirteen (13) lanes do not fit in one gel. Two gels were needed to show all 13 representative conditions. These bands were compiled side-by-side into one image. This is why there is a different background on the left vs. right of published images with 13 bands. This is a practical reality, not evidence of misconduct. We concede that a dark line to demarcate the separate gels required to show all conditions could have been helpful to readers. *Neurobiology of Aging* is unconcerned about this method.

Additional considerations are listed below.

A) Prof. Wang's policy for the physical storage of x-ray film is within the standard of accepted practices in his scientific field now and at the time the experiments were conducted.

B) Western blot results are always subject to interpretation. It is reasonable and expected to ask interpretive questions about one or two blots (out of many). It is unreasonable and unexpected to use subjective interpretive criteria on one or two blots (out of many) as the sole basis for widespread allegations of misconduct.

C) There were no issues, and still are no issues, with joint co-authors on the publications. Co-authors are generally jointly accountable for the integrity of a publication. For this reason, allegations of research misconduct by a first author often leads to finger-pointing and mutual accusations among middle authors. Here, none of the middle authors are engaged in finger-pointing or mutual accusations; nor have the middle authors attempted to distance themselves from accountability.

D) Prof Wang's lab uses careful experimental design and critical validation steps to identify and minimize sources of error and variability throughout immunoblotting and all experimental processes. It is simply not believable that his lab would bypass these steps for one or two Western blots for the sole purpose of misconduct.

E) Prof Wang has never hesitated to acknowledge an occasional, innocent, non-impactful mistake in publications, which is unavoidable when working with large datasets. Occasional mistakes indicate humans-at-work, not reckless misconduct.

F) Character is important. Dr. Wang's scientific reputation was made over decades of carefully conducted experiments, data sharing and scientific collaboration with his peers. It is simply not possible for someone to engage in decades of honest scientific collaboration, and simultaneously engage in scientific fraud.

G) Finally, we call into question the motivation of the allegations. Wall St is the original source of all the allegations being made against Prof. Wang.[2] The professional Wall St investors who made these allegations are 100% motivated by financial profit. ***No journal can be expected to adjudicate allegations that are strictly motivated by a financial profit.***

I would be happy to discuss these topics by Zoom meeting. My own preference would be to meet with you in person at CTAD. My colleague Dr. Kupiec and I have already proposed to meet with Dr. Aisen. Thank you for your time.

Respectfully,

Lindsay H. Burns

Lindsay Burns, PhD

---

[2] Allegations were made via a press release and on the internet rather than in a court of law. This public relations tactic triggered a tidal wave of highly opinionated comments both for and against Prof. Wang.