# EXHIBIT 215

**From:** Paul Aisen
**To:** Robert Rissman
**Subject:** FW: Research integrity concern
**Date:** Tuesday, September 28, 2021 12:40:00 PM
**Attachments:** Wang2020_Article_PTI-125ReducesBiomarkersOfAlzh.pdf

Hi Robert,
What do you think about this?
When I look at the figure in the original paper (attached) I do not see a problem. I wonder of the "rectangular change" is an artifact of the high-contrast magnification in the email version below.
Thanks,
Paul

**From:** Schrag, Matthew (University) <matthew.schrag@vanderbilt.edu>
**Sent:** Monday, September 27, 2021 10:53 AM
**To:** Paul Aisen <paisen@usc.edu>; vellas.b@chu-toulouse.fr; jacques.touchon@wanadoo.fr
**Subject:** Research integrity concern

Professors Aisen, Vellas and Touchon,
I wanted to bring to your attention a research integrity concern associated with a recent publication in The Journal of Prevention of Alzheimer's Disease. The concern has to do with the following reference:
HY Wang, Z Pei, KC Lee, et al. PTI-125 reduces biomarkers of Alzheimer's disease in patients. J Prev Alz Dis 2020;7:256-264.
There is a prominent rectangular change in the background surrounding a band in one of the western blots which could alter the interpretation of the data.
I appreciate the attention of the editorial board to this issue. I have no investments related to any securities associated with this material. I have no current or prior relationship with the investigators associated with these manuscripts. As I am an active academic scientist in the Alzheimer's disease space, I would appreciate my identity being withheld from any public reference to this issue.
Respectfully,
M.Schrag

H.-Y. Wang, Z. Pei, K.-C. Lee, E. Lopez-Brignoni, B. Nikolov, C. A. Crowley, M. R. Marsman, R. Barbier, N. Friedmann & Lindsay H. Burns. PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients. *The Journal of Prevention of Alzheimer's Disease* 2020;**7:**256–264.

This figure shows a suspicious alteration of the background related to a patient sample from a biomarker study associated with a clinical trial of Simufilam.

The figure was published in corporate documents (shown here because the resolution is higher) and as figure 3 in the J Prev Alz Dis paper.




Matthew Schrag MD, PhD
Assistant Professor of Neurology
Vanderbilt University School of Medicine
Medical Research Building III
465 21st Avenue S, Suite 6160 (Office 6158C)
Nashville, TN 37240

Note: I may send e-mails outside of core working hours because of my flexible working pattern, but I do not expect a response or action outside of your own usual working hours.

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.