# EXHIBIT 216

**From:** Paul Aisen
**To:** "Bruno Vellas"
**Cc:** "Valentina Corio"; "Jacques Touchon"; ""ANDRIEU Sandrine" Sandrine"; "Carlotta D"Imporzano"
**Subject:** RE: Potential fabrication in research images threatens key theory of Alzheimer's disease | Science | AAAS
**Date:** Monday, August 8, 2022 1:23:00 PM

Hi Bruno,
Unless I hear objections, I will send the following email to Lindsay Burns:
Dear Dr. Burns,
We have completed our review of your article "PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients" (JPAD 2020;7(4):256-264).
We do not find convincing evidence of manipulation of data or intent to mislead, and therefore take no action regarding the published paper.
Paul Aisen, for the Editors-in-Chief
JPAD
Paul

**From:** Bruno Vellas <vellas.bruno@gmail.com>
**Sent:** Wednesday, July 27, 2022 11:00 PM
**To:** Paul Aisen <paisen@usc.edu>
**Cc:** Valentina Corio <valentina.corio@springer.com>; Jacques Touchon <touchon.jacques34@gmail.com>; 'ANDRIEU Sandrine' Sandrine <sandrine.andrieu@univ-tlse3.fr>; Carlotta D'Imporzano <carlotta.dimporzano@springer.com>
**Subject:** Re: Potential fabrication in research images threatens key theory of Alzheimer's disease | Science | AAAS
Paul
As editor in chief you have to make the decision you believe after investigation is the most appropriate scientifically.
The JPAD will support you as any scientific journal must do, Valentina and carlotta are also in copy for their feedback but sure that springer nature will follow editor in chief conclusion
Bruno
Envoyé de mon iPhone

> Le 28 juil. 2022 à 00:02, Paul Aisen <paisen@usc.edu> a écrit :
>
> Valentina, Carlotta, Jacques, Sandrine, Bruno,
> I spoke today with Dr. Spruck, who provided the detailed review that found no evidence of data manipulation. I can confirm that his involvement is totally independent of the authors and Cassava, that he has enormous experience with western blots and that he is very confident in his assessment. I remain convinced that there was no data manipulation or intent to mislead by the authors.
> Because of the vehemence of the internet attacks, Dr. Spruck must remain anonymous. But we can share his review with letterhead and name removed.
> My view is that we must not retract the paper. And we must not have any Expression of Concern. Do you agree?

It is acceptable to me that we not publish an Editor's Note on the issue. I do think we should notify the authors that we have completed our investigation and conclude that there was no data manipulation or intent to mislead. No doubt we will receive many emails challenging this decision. I suggest that all such emails be referred to me, and I will respond succinctly where appropriate.
Paul

---

**From:** Valentina Corio <valentina.corio@springer.com>
**Sent:** Monday, July 25, 2022 8:01 AM
**To:** Paul Aisen <paisen@usc.edu>; Jacques Touchon <touchon.jacques34@gmail.com>; 'ANDRIEU Sandrine' Sandrine <sandrine.andrieu@univ-tlse3.fr>
**Cc:** Carlotta D'Imporzano <carlotta.dimporzano@springer.com>; Vellas <vellas.bruno@gmail.com>
**Subject:** R: Potential fabrication in research images threatens key theory of Alzheimer's disease | Science | AAAS

Dear Professors Aisen, Touchon, Andrieu,
Thanks for the draft of your Editor's note. However, we'd like to clarify that Editor's Notes and Editorial Expressions of Concern are tools that can be deployed when an editor needs to inform his/her journal readership that an issue has been raised that questions the integrity of a published paper. Further editorial action may be taken once the investigation into the concerns is complete and all parties have been given an opportunity to respond in full.

- If you think that the investigation is complete and no editorial action needs to be taken, you don't need to publish an Editor's note or an Expression of concern.
- If you want to keep the investigation still open, you can publish an Expression of Concern and state that concerns have been raised about the western blot data, but the evidence is insufficient to validate or refute these claims.

We look forward to your comments.
With our best regards.
Valentina

-----Messaggio originale-----
Da: Paul Aisen <paisen@usc.edu>
Inviato: domenica 24 luglio 2022 18:49
A: Jacques Touchon <touchon.jacques34@gmail.com>; Vellas <vellas.bruno@gmail.com>
Cc: Carlotta D'Imporzano <carlotta.dimporzano@springer.com>; Valentina Corio <valentina.corio@springer.com>; 'ANDRIEU Sandrine' Sandrine <sandrine.andrieu@univ-tlse3.fr>
Oggetto: RE: Potential fabrication in research images threatens key theory of Alzheimer's disease | Science | AAAS
[External - Use Caution]
Thanks, Jacques. In my opinion, the Cassava controversy is different from the recent discussions of the amyloid oligomer paper; the Cassava issue seems to still be driven by efforts to manipulate the stock price. But I will remove the statement about this from the note. I do think we should avoid suggesting that our investigation continues.
Paul

-----Original Message-----
From: Jacques Touchon <touchon.jacques34@gmail.com>
Sent: Sunday, July 24, 2022 7:06 AM
To: Vellas <vellas.bruno@gmail.com>
Cc: Paul Aisen <paisen@usc.edu>; Carlotta D'Imporzano <carlotta.dimporzano@springer.com>; Valentina Corio <valentina.corio@springer.com>; 'ANDRIEU Sandrine' Sandrine <sandrine.andrieu@univ-tlse3.fr>
Subject: Re: Potential fabrication in research images threatens key theory of Alzheimer's disease | Science | AAAS

Dear Bruno, Paul, Valentina and Sandrine I think that we have to be very cautious because the story is not finished. It's better not to mention the supposed financial aspect of the problem. I agree with Bruno's position.
best
Jacques

Pr Jacques Touchon (MD, PhD)
Montpellier School of Medecine
University of Montpellier
Co Chairman of the CTAD
Co Editor in chief of the JPAD
+33 6 09 97 79 47

> Le 24 juil. 2022 à 07:25, Bruno Vellas <vellas.bruno@gmail.com> a écrit :
>
> <Editor's Note re- H.-Y. Wang et al., JPAD 2020;7(4)-256-264 R.docx>