# EXHIBIT 217

**HIGHLY CONFIDENTIAL**

## Cassava Sciences, Inc.

## Phase 2b Clinical Data - Unaudited

**5/15/2020**

| | | Abeta42 | | | Total tau | | | Ratio of Abeta42/Total tau | | | P-tau | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treatment | Subject ID | Day 0 | Day 28 | % Change | Day 0 | Day 28 | % Change | Day 0 | Day 28 | # Change | Day 0 | Day 28 | % Change |
| Placebo | 06-002 | 1807.0 | 1759.4 | -3% | 361.0 | 395.0 | 9% | 401% | 345% | -55.2 | 24.9 | 36.2 | 45% |
| Placebo | 06-013 | 584.6 | 601.8 | 3% | 362.7 | 402.0 | 11% | 61% | 50% | -12 | 23.3 | 46.2 | 98% |
| Placebo | 10-001 | 282.4 | 428.5 | 52% | 386.8 | 396.8 | 3% | -27% | 8% | 35 | 61.4 | 67.8 | 10% |
| Placebo | 13-003 | 1483.6 | 1662.5 | 12% | 216.0 | 252.0 | 17% | 587% | 560% | -27 | 14.4 | 23.7 | 65% |
| Placebo | 13-016 | 999.5 | 1044.3 | 4% | 139.6 | 186.6 | 34% | 616% | 460% | -156 | 8.9 | 20.6 | 132% |
| Placebo | 13-025 | 1224.2 | 1223.4 | 0% | 123.6 | 156.2 | 26% | 890% | 683% | -207 | 8.7 | 16.4 | 88% |
| Placebo | 03-006 | 567.4 | 572.9 | 1% | 651.2 | 639.1 | -2% | -13% | -10% | 3 | 82.6 | 70.3 | -15% |
| Placebo | 03-016 | 605.4 | 1493.2 | 147% | 300.1 | 267.7 | -11% | 102% | 458% | 356 | 62.8 | 32.3 | -49% |
| Placebo | 05-005 | 763.9 | 773.3 | 1% | 824.4 | 841.7 | 2% | -7% | -8% | -1 | 125.9 | 103.5 | -18% |
| Placebo | 06-007 | 979.4 | 859.0 | -12% | 501.3 | 231.6 | -54% | 95% | 271% | 176 | 52.2 | 44.9 | -14% |
| Placebo | 06-021 | 600.9 | 519.8 | -13% | 1094.7 | 911.7 | -17% | -45% | -43% | 2 | 183.9 | 95.8 | -48% |
| Placebo | 07-010 | 1377.4 | 1327.6 | -4% | 259.3 | 251.4 | -3% | 431% | 428% | -3 | 30.9 | 26.2 | -15% |
| Placebo | 12-001 | 326.5 | 317.1 | -3% | 142.0 | 123.1 | -13% | 130% | 158% | 28 | 27.8 | 17.5 | -37% |
| Placebo | 13-018 | 1418.6 | 1094.7 | -23% | 224.0 | 129.2 | -42% | 533% | 747% | 214 | 34.0 | 29.2 | -14% |
| Placebo | 13-023 | 776.2 | 713.5 | -8% | 228.1 | 257.0 | 13% | 240% | 178% | -63 | 38.2 | 31.4 | -18% |
| Placebo | 04-007 | 897.1 | 967.2 | 8% | 192.7 | 189.3 | -2% | 366% | 411% | 45 | 24.1 | 27.1 | 12% |
| Placebo | 06-005 | 1174.9 | 1299.1 | 11% | 231.2 | 234.1 | 1% | 408% | 455% | 47 | 32.6 | 30.1 | -8% |
| Placebo | 07-003 | 1675.3 | 1663.6 | -1% | 221.5 | 189.5 | -14% | 656% | 778% | 121 | 8.5 | 29.8 | 253% |
| Placebo | 13-001 | 1018.5 | 1128.1 | 11% | 363.5 | 350.9 | -3% | 180% | 222% | 41 | 47.6 | 56.3 | 18% |
| Placebo | 13-005 | 1621.3 | 1786.3 | 10% | 255.1 | 250.5 | -2% | 536% | 613% | 78 | 27.6 | 37.7 | 37% |
| Placebo | 13-011 | 949.1 | 877.7 | -8% | 189.7 | 209.8 | 11% | 400% | 318% | -82 | 20.8 | 29.5 | 42% |
| Placebo | 13-012 | 970.3 | 1073.8 | 11% | 345.3 | 444.9 | 29% | 181% | 141% | -40 | 29.1 | 61.3 | 111% |
| 50mg | 06-009 | 1246.0 | 768.8 | -38% | 179.3 | 272.6 | 52% | 595% | 182% | -413 | 9.0 | 32.7 | 264% |
| 50mg | 11-002 | 153.2 | 326.9 | 113% | 250.3 | 558.6 | 123% | -39% | -41% | -3 | 22.3 | 86.8 | 290% |
| 50mg | 13-008 | 1570.4 | 1556.8 | -1% | 201.0 | 216.2 | 8% | 681% | 620% | -61 | 26.6 | 31.3 | 18% |
| 50mg | 03-008 | 1389.0 | 1495.3 | 8% | 194.6 | 190.4 | -2% | 614% | 685% | 72 | 24.4 | 21.8 | -10% |
| 50mg | 06-012 | 842.9 | 1186.8 | 41% | 336.6 | 174.4 | -48% | 150% | 580% | 430 | 30.7 | 16.9 | -45% |
| 50mg | 06-019 | 1765.9 | 1629.3 | -8% | 346.6 | 319.0 | -8% | 409% | 411% | 1 | 39.1 | 18.8 | -52% |
| 50mg | 07-002 | 541.0 | 645.9 | 19% | 622.7 | 594.4 | -5% | -13% | 9% | 22 | 115.0 | 89.3 | -22% |
| 50mg | 10-004 | 796.6 | 841.6 | 6% | 508.6 | 492.7 | -3% | 57% | 71% | 14 | 77.6 | 68.0 | -12% |
| 50mg | 13-004 | 1041.2 | 1210.2 | 16% | 260.5 | 202.2 | -22% | 300% | 499% | 199 | 33.1 | 21.5 | -35% |
| 50mg | 13-017 | 1461.2 | 1331.6 | -9% | 258.2 | 242.3 | -6% | 466% | 449% | -16 | 33.5 | 28.2 | -16% |
| 50mg | 13-019 | 1343.2 | 1370.8 | 2% | 205.1 | 211.4 | 3% | 555% | 548% | -7 | 25.7 | 19.4 | -25% |
| 50mg | 13-022 | 1543.0 | 1218.0 | -21% | 200.6 | 114.6 | -43% | 669% | 963% | 293 | 25.8 | 17.7 | -32% |
| 50mg | 03-001 | 1022.4 | 1094.7 | 7% | 375.2 | 441.8 | 18% | 172% | 148% | -25 | 46.6 | 69.9 | 50% |
| 50mg | 06-001 | 618.7 | 681.9 | 10% | 330.8 | 385.4 | 16% | 87% | 77% | -10 | 55.9 | 49.8 | -11% |
| 50mg | 06-004 | 1253.5 | 1248.0 | 0% | 271.9 | 194.9 | -28% | 361% | 540% | 179 | 25.2 | 26.3 | 4% |
| 50mg | 04-003 | 1354.7 | 1497.3 | 11% | 208.1 | 245.9 | 18% | 551% | 509% | -42 | 16.4 | 32.4 | 98% |
| 50mg | 04-006 | 629.7 | 606.7 | -4% | 705.1 | 1108.2 | 57% | -11% | -45% | -35 | 50.3 | 51.1 | 2% |
| 50mg | 04-008 | 884.8 | 1251.8 | 41% | 162.5 | 225.4 | 39% | 444% | 455% | 11 | 24.5 | 34.3 | 40% |
| 50mg | 04-013 | 2001.7 | 1987.1 | -1% | 384.0 | 381.4 | -1% | 421% | 421% | 0 | 31.8 | 57.1 | 80% |
| 50mg | 04-015 | 987.3 | 1076.0 | 9% | 378.1 | 456.1 | 21% | 161% | 136% | -25 | 49.3 | 67.8 | 37% |
| 50mg | 05-006 | 343.7 | 343.1 | 0% | 537.9 | 581.2 | 8% | -36% | -41% | -5 | 59.1 | 105.6 | 79% |
| 100mg | 03-004 | 412.6 | 482.9 | 17% | 263.4 | 376.2 | 43% | 57% | 28% | -28 | 30.8 | 63.6 | 107% |
| 100mg | 03-013 | 1485.7 | 581.2 | -61% | 297.8 | 340.3 | 14% | 399% | 71% | -328 | 35.6 | 46.3 | 30% |
| 100mg | 04-009 | 591.5 | 642.9 | 9% | 235.8 | 286.5 | 22% | 151% | 124% | -26 | 33.9 | 40.1 | 18% |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100mg | 13-015 | 1804.2 | 1812.9 | 0% | 298.6 | 323.7 | 8% | 504% | 460% | -44 | 31.1 | 49.4 | 59% |
| 100mg | 03-011 | 1641.1 | 1606.5 | -2% | 324.4 | 269.0 | -17% | 406% | 497% | 91 | 42.8 | 26.0 | -39% |
| 100mg | 04-010 | 323.2 | 381.7 | 18% | 341.0 | 338.1 | -1% | -5% | 13% | 18 | 58.2 | 46.0 | -21% |
| 100mg | 04-017 | 778.2 | 845.4 | 9% | 355.8 | 369.4 | 4% | 119% | 129% | 10 | 66.8 | 62.1 | -7% |
| 100mg | 05-001 | 581.8 | 694.5 | 19% | 407.8 | 375.1 | -8% | 43% | 85% | 43 | 85.3 | 56.4 | -34% |
| 100mg | 06-008 | 990.3 | 1200.5 | 21% | 275.8 | 309.2 | 12% | 259% | 288% | 29 | 34.1 | 26.7 | -22% |
| 100mg | 06-016 | 1556.4 | 1528.3 | -2% | 261.6 | 233.5 | -11% | 495% | 555% | 60 | 32.1 | 18.7 | -42% |
| 100mg | 07-008 | 617.9 | 548.1 | -11% | 485.5 | 422.9 | -13% | 27% | 30% | 2 | 105.1 | 82.0 | -22% |
| 100mg | 13-020 | 537.4 | 469.0 | -13% | 557.1 | 493.3 | -11% | -4% | -5% | -1 | 113.4 | 69.6 | -39% |
| 100mg | 13-024 | 1777.8 | 1707.5 | -4% | 315.9 | 289.4 | -8% | 463% | 490% | 27 | 39.3 | 28.8 | -27% |
| 100mg | 06-014 | 1370.6 | 1211.8 | -12% | 271.5 | 255.6 | -6% | 405% | 374% | -31 | 21.5 | 21.6 | 0% |
| 100mg | 07-005 | 925.8 | 832.6 | -10% | 608.4 | 301.0 | -51% | 52% | 177% | 124 | 96.2 | 115.0 | 20% |
| 100mg | 13-002 | 969.3 | 1008.8 | 4% | 1191.2 | 1086.2 | -9% | -19% | -7% | 12 | 249.4 | 311.6 | 25% |
| 100mg | 13-013 | 1646.6 | 1857.7 | 13% | 170.4 | 234.7 | 38% | 866% | 691% | -175 | 18.3 | 36.9 | 101% |
| 100mg | 03-007 | 1620.3 | 1564.2 | -3% | 300.1 | 236.6 | -21% | 440% | 561% | 121 | 22.1 | 26.9 | 22% |
| 100mg | 03-010 | 1185.9 | 1233.8 | 4% | 208.4 | 192.8 | -7% | 469% | 540% | 71 | 11.7 | 19.3 | 65% |

*ıme:MasterResults3*