# EXHIBIT 219

| | |
|---|---|
| **From:** | Lindsay Burns <lburns@paintrials.com> |
| **Sent time:** | 02/11/2019 12:42:06 PM |
| **To:** | Bordey, Angelique |
| **Cc:** | Lewin, David; Zhang, Longbo |
| **Subject:** | RE: update on paper |
| **Attachments:** | Draft-FLNA-Epilepsy-Bordey.lb.docx |

Hi Angelique,

Looks great! I need to go through the data-heavy part again, but here are initial comments. Also, at some point you should start noting the dose by free base not salt weight. And because it is also a monohydrate, the correction factor is 1.35, making your 12 mg dose 9 (8.9 actually) and 6 would be 4.4. If you want.

Lindsay

---

**From:** Bordey, Angelique <angelique.bordey@yale.edu>
**Sent:** Sunday, February 10, 2019 5:44 PM
**To:** Lindsay Burns <lburns@paintrials.com>
**Cc:** Lewin, David <david.lewin@yale.edu>; Zhang, Longbo <longbo.zhang@yale.edu>
**Subject:** update on paper

Hi Lindsay,

We are getting finally close to finalize a manuscript on PTI-125 effects on seizures.

I am sending you a draft of the paper attached with this email. There is still a lot of analysis to be done regarding the pathoogy and thus a lot of yellow highlighted text. Please ignore the yellow. We will also add a few mice for some seizure experiments (to be done mid-March). Anyway the core of the findings related to PTI-125 is almost done. Overall great findings: about 60% reduction of seizure frequency.

I am sending you the paper now (although not finished) because the R61 grant I applied back in July will be proposed for funding at the NINDS council this coming Thursday. NIH just told me this week. If funded, NIH will put the abstract online which would be public disclosure. The OCR office may thus submit a provisional patent this coming week based on this paper. I just send them some info.

The timeline is as follow:

1. Provisional patent application
2. Once we have your approval and a more final draft of the paper, I am planning to send a presubmission inquiry to Nature Medicine. It can take them 2 weeks to say yes or no for review.
3. Finalize the manuscript and submit. We will be completely ready end of March for a submission.

Finally after so many years, we did it. It was such a gamble.
Anyway I will also submit a more finalized version of the paper as soon as I have it.

Best,
Angelique

--------------------------------
Angelique Bordey, PhD
Professor and vice-chair for research
Department of Neurosurgery
Department of Cellular and Molecular Physiology
Yale University Shool of Medicine
333 Cedar Street, FMB 422

**Targeting filamin A with PTI-125 reduces seizure activity in mTOR-dependent focal epilepsy (FCD and TSC)**

Longbo Zhang[1,2], Tianxiang Huang[1,2], John Wen[1], Lena Nguyen, and Angélique Bordey[1,]*

[1]Departments of Neurosurgery, and Cellular & Molecular Physiology, Yale University School of Medicine, New Haven, CT 06520-8082, [2]Department of Neurosurgery, Xiangya Hospital, Central South University, 85 Xiangya Street, Changsha, 410008, China,

* Correspondence to: Angélique Bordey, Ph.D.
Department of Neurosurgery
Yale University School of Medicine
333 Cedar Street, FMB 422
New Haven, CT 06520-8082
Phone: 203-737-2515
Fax: 203-737-2159
Email: angelique.bordey@yale.edu

**Brief Communication**

A Brief Communication reports a concise study of high quality and broad interest. This format may not exceed 3 printed pages. Brief Communications begin with a brief unreferenced abstract (3 sentences, no more than 70 words), which will appear on Medline. The main text is typically 1,000-1,500 words, including abstract, references and figure legends, and contains no headings. Brief Communications normally have no more than 2 display items, although this may be flexible at the discretion of the editor, provided the page limit is observed. Brief Communications include an online Methods section. As a guideline, Brief Communication allow up to 20 references. Article titles are omitted from the reference list.

**Abstract**

Epilepsy treatments for patients with tuberous sclerosis complex (TSC) or focal cortical dysplasia type II (FCDII) are urgently needed. Here, we show that filamin A (FLNA) levels are increased in cortical tissue from FCDII patients and mice modeling TSC/FCDII. Normalizing FLNA levels or treating mice with PTI-125, a small molecule targeting FLNA, reduced seizures and associated pathology, demonstrating the potential of PTI-125 to treat seizures in TSC or FCDII patients.

**Main**

FCDII and TSC are neurodevelopmental disorders caused by mutations in the AKT-mTOR pathway genes leading to mTOR hyperactivity, focal cortical malformations (FCM), and seizures in 80-90% of the patients[1,2]. Nearly two-thirds of these patients are refractory to treatment and experience seizures for life, leading to a spectrum of neurocognitive and psychological disabilities[3]. The current definitive treatments for epilepsy are surgical resection or, in TSC, everolimus administration (a rapamycin analog), which inhibits mTOR activity. But treatments are either invasive or are associated with serious adverse events, and neither is fully effective[4]. There is thus a critical need to improve epilepsy treatment in TSC and FCDII patients.

Our recent work identified increased levels of the actin-cross-linking and scaffolding protein FLNA[5,6] in transgenic *Tsc1* knockout mice modeling TSC and human brain tissue from TSC patients[7,8]. Furthermore, normalizing FLNA levels in olfactory bulb *Tsc1* knockout neurons rescued their dendritic abnormality[7], which contributes to dysmorphogenesis of diseased neurons in FCM in mice[9-13] and in humans with FCDII or TSC[14,15]. The increase in FLNA levels was mTOR-independent[7], suggesting that targeting FLNA may open a novel therapeutic avenue. We thus examined whether FLNA levels were also increased in cortical tissue from FCDII patients. We obtained cortical tissue samples from FCDII patients that underwent surgery for epilepsy (Supplementary Table 1). Patients had FCM detected on MRI and seizures prior to FCM resection (Fig. 1a). In all resected FCDII tissue examined by immunohistochemistry (N=5), we identified enlarged cells, including classical multinucleated balloon cells and dysmorphic neurons, that displayed increased phosphorylated ribosomal protein S6 (phospho-S6), a read-out of mTOR activity (Fig. 1b). Similar cells in these FCDII tissue samples had increased levels of FLNA compared to surrounding normal-sized cells (Fig. 1c, Extended data Fig. 1). Immunoblots of FCDII tissue from 14 patients also displayed significantly increased FLNA levels compared to

control cortical tissue resected during surgery for glioma (we only have 6 samples analyzed – will add more---- Fig. 1d). We also examined FLNA levels in a recently reported murine model of FCM associated with seizures[16]. Using in utero electroporation (IUE), we co-expressed a constitutively active mutant of the canonical mTOR activator Rheb (Rheb[CA], + tdTomato) and the fluorescent reporter GFP in the medial prefrontal cortex at embryonic day (E) 15, as recently reported[9,16] (Fig. 1a). In control littermate mice, we expressed tdTomato instead of Rheb[CA]. Rheb[CA]-expressing cortex displayed the cytoarchitectural hallmarks of human FCM, including cell misplacement, increased soma size, and neuronal dysmorphogenesis (dendrites) (Fig. 1h-k). In addition, FCM-containing juvenile and adult mice recorded with video-EEG exhibited daily, convulsive seizures (Fig. 1h). Notably, immunoblots from the postnatal day (P) 60 cortex containing FCM confirmed increased FLNA levels compared to the contralateral hemisphere (Fig. 1f). IMMUNOstaining for FLNA (Fig. 1g). We next examined whether normalizing FLNA levels would prevent some of these cytoarchitectural abnormalities. To decrease FLNA levels in Rheb[CA]-expressing neurons, we co-expressed a shRNA against *Flna* or *luciferase* (control) (Extended Fig. 2)[7] using E15 IUE and analyzed cell placement and morphology at P28 (Extended data Fig. 3). *Flna* shRNA significantly, although partially, prevented neuronal misplacement, increased soma size, and dendritic dysmorphogenesis (Fig. 1h-k). Despite the effect of *Flna* shRNA on increased soma size, which is a hallmark of hyperactive mTOR, *Flna* shRNA did not alter phospho-S6 levels in vitro (Extended data Fig. 4) and did not prevent the Rheb[CA]-induced increase in phospho-S6 levels in vivo (Fig. 1l), suggesting that the rescue of cytoarchitectural abnormalities by *Flna* shRNA is independent of mTOR. Finally, we obtained video-EEG recordings of Rheb[CA]-expressing mice for 6 days starting at P60 followed by pathological analysis of the tissue (Fig. 1m). EEG analysis was performed blind to the condition. Mice expressing *Flna* shRNA in Rheb[CA]-expressing neurons displayed a significantly lower frequency of grade 4/5 seizures (mean of 12.6 vs 2.2 seizures/day) without change in seizure duration (Fig. 1X). In addition, while 4 of 16 mice died in the control group, no mice died in the *Flna* shRNA group (0 of 10). Further analysis of the intensity of phospho-S6 immunostaining in the recorded mice show that both groups of mice (*Flna* and *Luciferase* shRNA) had similar levels of increased phospho-S6 (Fig. 1p). These data suggest that variations in mTOR activation cannot account for differences in FCM features and seizure activity between the control and *Flna* shRNA condition[17].

**Deleted:** Furthermore, w

**Deleted:** -

**Deleted:** Briefly, u

**Deleted:** ,

**Deleted:** )

**Deleted:** ed

**Deleted:** (out

**Deleted:** )

**Deleted:** out

To investigate the therapeutic potential of modulating FLNA activity, we tested whether a small molecule targeting FLNA would reduce seizure activity. PTI-125 binds and restores an altered conformation of FLNA [19, 20] and is currently in clinical trials for Alzheimer's disease (ClinicalTrials.gov no. NCT03784300). . Whether the conformation of FLNA is altered in TSC is unknown, although its function and/or conformation may be altered simply by its overexpression. PTI-125 binds altered and native FLNA with femtomolar and picomolar affinity, respectively,[19] rapidly enters the CNS, and is approximately 90% orally bioavailable[18-20] Twice-daily intraperitoneal injections of 6 or 12 mg/kg[18] PTI-125 were given to $Rheb^{CA}$-expressing mice from P8 (corresponding to a newborn human) to P28 (when dendritic growth) and the treatment efficacy at rescuing the cytoarchitectural abnormalities was assessed. PTI-125 (at either dose) did not rescue neuronal misplacement (data not shown), which is consistent with migration being completed by P7[9]. Nevertheless, PTI-125 at 6 and 12 mg/kg partially rescued neuronal soma size and dendritic dysmorphogenesis, with the 12 mg/kg dose being slightly more effective (Fig. 2b-d). We next examined the efficacy of long-term (P8-P65) PTI-125 treatment at 12 mg/kg on seizure activity, recorded at P60 for 6 days using video-EEG (Fig. 2e). Control littermate mice received vehicle injections (e.g., saline). PTI-125 treatment resulted in a significantly lower seizure frequency without affecting seizure duration?? (Fig. 2f). Cell misplacement and phospho-S6 intensity in slices from recorded mice were not affected by PTI-125 treatment and were similar in both groups of mice (Fig. 2h and i), suggesting that there was no difference in the degree of mTOR activation between the two groups that could have accounted for differences in seizure activity or the lack of seizures in PTI-125-treated mice[17]. In addition, a 12 mg/kg treatment (P8-P28) did not affect weight gain of developing male mice (Fig. 2g).

We then tested whether PTI-125 treatment in juvenile mice would also rescue dendritic abnormalities as shown with P8-P28 treatment (Fig. 2j). PTI-125 injected from P28 to P54 partially, but significantly, rescued increased soma size and dendritic dysmorphogenesis (Fig. 2k and l). We thus performed two additional treatment paradigms to assess the efficacy of PTI-125 on seizure activity: one in juvenile mice (P28-P54) followed by video-EEG recordings at the end of the treatment (P50-P54, Fig. 2j)) and one in adult mice that were continuously recorded during saline injection followed by PTI-125 injections (Fig. 2o). PTI-125-treated mice during a juvenile period displayed a significantly lower seizure frequency than vehicle-treated mice (Fig. 2m). This effect was not due to differences in mTOR activation and FCM generation because cell

**Commented [LB1]:** This is a very long paragraph.... Best to split it.

**Deleted:** therapeutic

**Deleted:** on of

**Deleted:** the efficacy of

**Deleted:** a small molecule modulator of

**Moved (insertion) [1]**

**Deleted:** function

**Deleted:** PTI-125, on seizure activity

**Deleted:** to

**Deleted:** high-

**Commented [LB2]:** Not known at time of JNS article.

**Moved up [1]:** (ClinicalTrials.gov no. NCT03784300).

**Deleted:** s

**Commented [LB3]:** The sequence of drug/saline is not clear here.

misplacement and phospho-S6 intensity were equal in both PTI-125- and vehicle-treated mice (Fig. 2n). For the second treatment paradigm, we first recorded vehicle-treated mice from P60 to P91 (31 days of continuous recordings). We found that seizure frequency increased over time (Fig. 2p). In a different cohort of littermate mice, switching from vehicle to PTI-125 following 12 days of recordings prevented the increase in seizure frequency that was observed in the vehicle group (Fig. 2q and r). Mice treated with PTI-125 were recorded for longer periods of time. Analysis of the seizure frequency per mouse just prior to PTI-125 treatment compared to the last seven days of PTI-125 treatment (~30 day-long) highlighted that PTI-125 significantly reduced seizure frequency over time despite the expected increase without treatment (Fig. 2S). Another marker of seizure activity is gliosis, in particular microglial reactivity. Gliosis, in particular microglial reactivity is another marker of seizure activity and microglial activation , i.e. increased soma size, is reported to correlate with seizure frequency[17]. Consistent with the decrease in seizure frequency, PTI-125 treatment significantly decreased IBA1-positive microglial activation in all three treatment paradigms (Fig. 2t). Finally, we combined the seizure data obtained for all the PTI-125 and corresponding vehicle treatments and compared the mean seizure frequency over 5 day-long EEG recordings. The resulting bar graph highlights that mice (N=26) treated with PTI-125 for ~20 days or from neonatal life had 66% less seizures than their vehicle treated littermates (N=22). Check with significance for the no seizures…

In conclusion, PTI-125 may offer a novel option for treating seizures and epilepsy in patients with TSC or FCDII that has no adverse effects and does not alter mTOR activity. We anticipate that improving PTI-125 retention in the brain and increasing duration of treatment may enhance PTI-125's efficacy in treating seizures. Importantly, the clinical development of PTI-125 for another indication should greatly facilitate its clinical investigation in TSC or FCDII.

**Deleted:** persistence

**Deleted:** would

**Deleted:** further improve

**Deleted:** Importantly, PTI-125 has already been approved for and is undergoing phase I clinical trial

**Deleted:** (ClinicalTrials.gov no. NCT03784300) meaning it could be available for a phase II

**Deleted:** trial

**Figures and figure legends**



**Figure 1: FLNA levels are increased in FCDII patients and normalizing FLNA levels in dysmorphic neurons of mTOR-driven FCM attenuates seizure activity. (a)** MRI scans of a 2 year-old and xx-year old FCDII patient with seizures. The red arrow points to the FCM. Scale bar: 100 µm. **(b)** Images of phospho-S6 and FLNA staining in H&E-stained sections from the FCM in the brain scans in (a). Black and blue arrows point to phospho-S6 and FLNA-positive Balloon cells and dysmorphic neurons, respectively. **(d)** Western blot for phospho-S6 and FLNA from the resected FCM of FCDII patients. **(e)** Diagram of the experimental procedure for generating FCM in mice. **(f)** Phospho-S6 and FLNA western blots, and quantification in FCM-containing hemispheres compared to contralateral hemispheres. **(g)** FLNA immunostaining in sections from murine FCM. **(h)** Images of control or Rheb$^{CA}$-expressing neurons co-expressing *luciferase* or *Flna* shRNA in littermate mice, and quantification of neuronal placement in the different conditions. Scale bars: xxxx µm. **(i)** Images of GFP+ electroporated neurons in different condition and quantification of soma size. **(j)** Basal dendrite reconstruction and sholl analysis. Scale bars: xxxx µm. **(k)** Quantification of the basal total dendrite length (TDL). **(l)** Phospho-S6.????? **(m)** Diagram of the experimental procedure. **(n)** Images of mice displaying grade 4/5 seizures and corresponding EEG traces under the different conditions. **(o)** Frequency and duration of seizures in the two shRNA conditions. **(p)** Quantification of phospho-S6 intensity in Rheb$^{CA}$-expressing neurons (divided by contralateral phospho-S6 intensity) in recorded mice. Mann Whitney tests (two bar graphs), one-way ANOVA (three bar graphs) and two-way repeated measure ANOVA (sholl analysis). Data are mean ± SEM. ns: not significant. N number are listed in Supplementary Table 2.

Figure 2, Zhang




**Figure 2: A small molecule inhibitor of FLNA function, PTI-125, significantly decreases seizure activity following neonatal, juvenile or adult treatments. (a)** Diagram of neonatal

treatment followed by cytoarchitectural analysis. **(b)** Images of neuronal soma under different treatment conditions with quantification of soma sizes. **(c and d)** Reconstructions of basal dendrites (c), sholl analyses, and basal total dendritic length (TDL, d) under different treatment conditions. **(e)** Diagram of neonatal to adult treatment followed by video-EEG and pathological analyses. **(f)** Seizure frequency and duration. **(g)** bar graphs of weight gain during vehicle or PTI-125 treatment from P8-P34. **(h and i)** xxxxx. **(j)** Diagram of the juvenile treatment followed by cytoarchitectural analysis, video-EEG, and pathological analyses. **(k)** Quantification of soma sizes. **(l)** Sholl analyses and basal total dendritic length (TDL, d). **(m)** Seizure frequency and duration. **(n)** xxxxx. **(o)** Diagram of the adult treatment during video-EEG followed by pathological analyses. **(p)** Heatmap of the seizure activity per mouse over time. **(q)** ……

**References**

**Acknowledgments:** This work was supported by National Institute of Health R01 xxxx (A.B. and D.C.), McKnight Endowment Fund for Neuroscience award (A.B.), xxxxxxx. We thank Drs. K. Hanada and T. Maehama (National Institute of Infectious Diseases, Tokyo) for providing the $Rheb^{CA}$ vector. PTI-125 was provided by Pain Therapeutics, Inc.

**Author contributions:** L.Z, L.H, and A.B. designed experiments and A.B. wrote the manuscript. Experiments were performed and analyzed by L.Z (all experiments), xxx (xxxxx), and L.H. (xxxx).

1. Crino, P.B. *Cold Spring Harb. Perspect. Med* **5**(2015).
2. Wong, M. *Exp Neurol* **244**, 22-26 (2013).
3. Leventer, R.J., Guerrini, R. & Dobyns, W.B. *Dialogues Clin Neurosci* **10**, 47-62 (2008).
4. French, J.A., *et al. Lancet* **388**, 2153-2163 (2016).
5. Nakamura, F., Stossel, T.P. & Hartwig, J.H. *Cell Adh. Migr* **5**, 160-169 (2011).
6. Feng, Y. & Walsh, C.A. *Nat. Cell Biol* **6**, 1034-1038 (2004).
7. Zhang, L., *et al. Neuron* **84**, 78-91 (2014).
8. Zhang, L., Huang, T. & Bordey, A. *Neurosci Lett* **629**, 15-18 (2016).
9. Lin, T.V., Hsieh, L., Kimura, T., Malone, T.J. & Bordey, A. *Proc. Natl. Acad. Sci. U. S. A* **113**, 11330-11335 (2016).
10. Feliciano, D.M., Su, T., Lopez, J., Platel, J.C. & Bordey, A. *J. Clin. Invest* **121**, 1596-1607 (2011).
11. Goto, J., *et al. Proc. Natl. Acad. Sci. U. S. A* **108**, E1070-E1079 (2011).
12. Meikle, L., *et al. J. Neurosci* **27**, 5546-5558 (2007).
13. Feliciano, D.M., *et al. Int. J. Dev. Neurosci*, 667-678 (2013).
14. Muhlebner, A., *et al. PLoS One* **11**, e0157396 (2016).
15. Blumcke, I., *et al. N Engl J Med* **377**, 1648-1656 (2017).
16. Hsieh, L.S., *et al. Nature Communications*, In Press (2016).
17. Nguyen, L.H., Mahadeo, T. & Bordey, A. *J Neurosci* (2019).
18. Wang, H.Y., *et al. J. Neurosci* **32**, 9773-9784 (2012).
19. Wang, H.Y., *et al. Neurobiol Aging* **55**, 99-114 (2017).
20. Burns, L.H. & Wang, H.Y. *Recent Pat CNS. Drug Discov* **5**, 210-220 (2010). Replace this reference with the below. This one is a different compound that binds FLNA and also activates MOR.

Burns L, Wang H-Y. Altered filamin A enables amyloid beta-induced tau hyperphosphorylation and neuroinflammation in Alzheimer's disease. Neuroimmunol Neuroinflammation 2017;4:263-71.

**Name**

C:\Users\lyoung\AppData\Local\Temp\Encryptomatic,...

| Comment | Size | Modified |
| --- | --- | --- |
| | 3,122,769 | 5/15/2025 2:15 PM |