# EXHIBIT 220

| Saline | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 |
|---|---|---|---|---|---|---|---|---|---|
| H | 3 | 3 | 2 | 1 | 1 | 3 | 2 | 2 | 3 |
| K | 3 | 3 | 2 | 3 | 2 | 2 | 1 | 1 | 4 |
| M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AC | 4 | 1 | 0 | 1 | 3 | 0 | 0 | 2 | 6 |
| AG | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 |
| PTI | | | | | | | | | |
| N | 4 | 3 | 3 | 4 | 5 | 5 | 6 | 7 | 8 |
| O | 4 | 4 | 2 | 1 | 3 | 4 | 1 | 2 | 6 |
| S | 4 | 8 | 5 | 5 | 3 | 10 | 14 | 11 | 8 |
| AA | 5 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 2 |
| AB | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |
| AE | 3 | 1 | 0 | 5 | 2 | 2 | 3 | 12 | 12 |
| AF | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 16 | 17 |

| | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 |
|---|---|---|---|---|---|---|---|---|---|
| saline | 2.8 | 1.4 | 0.8 | 1 | 1.2 | 1 | 1 | 1.2 | 2.6 |
| PTI | 3 | 2.428571 | 1.428571 | 2.571429 | 2.571429 | 3.428571 | 3.714286 | 7.428571 | 7.714286 |




after normalized

| Saline | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 |
|---|---|---|---|---|---|---|---|---|---|
| H | 7.4925 | 7.4925 | 4.995 | 2.4975 | 2.4975 | 7.4925 | 4.995 | 4.995 | 7.4925 |
| K | 7.4925 | 7.4925 | 4.995 | 7.4925 | 4.995 | 4.995 | 2.4975 | 2.4975 | 9.99 |
| M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AC | 9.99 | 2.4975 | 0 | 2.4975 | 7.4925 | 0 | 0 | 4.995 | 14.985 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AG | 9.99 | 0 | 0 | 0 | 0 | 0 | 4.995 | 2.4975 | 0 |
| PTI | | | | | | | | | |
| N | 4 | 3 | 3 | 4 | 5 | 5 | 6 | 7 | 8 |
| O | 4 | 4 | 2 | 1 | 3 | 4 | 1 | 2 | 6 |
| S | 4 | 8 | 5 | 5 | 3 | 10 | 14 | 11 | 8 |
| AA | 5 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 2 |
| AB | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |
| AE | 3 | 1 | 0 | 5 | 2 | 2 | 3 | 12 | 12 |
| AF | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 16 | 17 |

| | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 |
|---|---|---|---|---|---|---|---|---|---|
| saline | 6.993 | 3.4965 | 1.998 | 2.4975 | 2.997 | 2.4975 | 2.4975 | 2.997 | 6.4935 |
| PTI | 3 | 2.428571 | 1.428571 | 2.571429 | 2.571429 | 3.428571 | 3.714286 | 7.428571 | 7.714286 |



| D10 | D11 | D12 | D13 | D14 | D15 | D16 | D17 | D18 | D19 |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 2 | 3 | 6 | 0 | 4 | 6 | 2 |
| 3 | 4 | 4 | 4 | 4 | 2 | 2 | 1 | 5 | 4 |
| 0 | 1 | 0 | 1 | 0 | 1 | 0 | 4 | 0 | 0 |
| 2 | 1 | 5 | 7 | 11 | 11 | 7 | 6 | 15 | 13 |
| 0 | 1 | 1 | 1 | 1 | 5 | 2 | 3 | 18 | 12 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 11 | 10 | 9 | 7 | 9 | 5 | 6 | 9 | 5 |
| 2 | 7 | 3 | 3 | 4 | 2 | 3 | 3 | 2 | 3 |
| - | - | - | 6 | 5 | 8 | 3 | 4 | 1 | 3 |
| 0 | 1 | 0 | 4 | 0 | 0 | 11 | 3 | 0 | 0 |
| 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| 6 | 2 | 3 | 2 | 3 | 2 | 1 | 1 | 1 | 2 |
| 16 | 11 | 3 | 2 | 8 | 2 | 2 | 1 | 1 | 0 |

| D10 | D11 | D12 | D13 | D14 | D15 | D16 | D17 | D18 | D19 |
|---|---|---|---|---|---|---|---|---|---|
| 1.4 | 2 | 2.8 | 3 | 3.8 | 5 | 2.2 | 3.6 | 8.8 | 6.2 |
| 5 | 5.5 | 3.166667 | 3.857143 | 3.857143 | 3.428571 | 3.571429 | 2.714286 | 2.142857 | 2 |




| D10 | D11 | D12 | D13 | D14 | D15 | D16 | D17 | D18 | D19 |
|---|---|---|---|---|---|---|---|---|---|
| 4.995 | 7.4925 | 9.99 | 4.995 | 7.4925 | 14.985 | 0 | 9.99 | 14.985 | 4.995 |
| 7.4925 | 9.99 | 9.99 | 9.99 | 9.99 | 4.995 | 4.995 | 2.4975 | 12.4875 | 9.99 |
| 0 | 2.4975 | 0 | 2.4975 | 0 | 2.4975 | 0 | 9.99 | 0 | 0 |
| 4.995 | 2.4975 | 12.4875 | 17.4825 | 27.4725 | 27.4725 | 17.4825 | 14.985 | 37.4625 | 32.4675 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 2.4975 | 2.4975 | 2.4975 | 2.4975 | 12.4875 | 4.995 | 7.4925 | 44.955 | 29.97 |
| | | | | | | | | | |
| 6 | 11 | 10 | 9 | 7 | 9 | 5 | 6 | 9 | 5 |
| 2 | 7 | 3 | 3 | 4 | 2 | 3 | 3 | 2 | 3 |
| - | - | - | 6 | 5 | 8 | 3 | 4 | 1 | 3 |
| 0 | 1 | 0 | 4 | 0 | 0 | 11 | 3 | 0 | 0 |
| 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| 6 | 2 | 3 | 2 | 3 | 2 | 1 | 1 | 1 | 2 |
| 16 | 11 | 3 | 2 | 8 | 2 | 2 | 1 | 1 | 0 |
| | | | | | | | | | |
| D10 | D11 | D12 | D13 | D14 | D15 | D16 | D17 | D18 | D19 |
| 3.4965 | 4.995 | 6.993 | 7.4925 | 9.4905 | 12.4875 | 5.4945 | 8.991 | 21.978 | 15.4845 |
| 5 | 5.5 | 3.166667 | 3.857143 | 3.857143 | 3.428571 | 3.571429 | 2.714286 | 2.142857 | 2 |



| D20 | D21 | D22 | D23 | D24 | D25 | D26 | D27 | D28 | D29 |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 4 | 3 | 3 | 4 | 5 | 4 | 5 | 5 | 5 |
| 6 | 7 | 7 | 8 | 7 | 4 | 4 | 11 | 8 | 5 |
| 1 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 2 | 1 |
| 14 | 19 | 18 | 13 | 12 | 9 | 4 | 10 | 10 | 7 |
| 7 | 4 | 3 | 17 | 10 | 2 | 9 | 15 | 6 | 0 |
| | | | | | | | | | |
| 3 | 5 | 9 | 5 | 5 | 7 | 6 | 4 | 6 | 7 |
| 4 | 2 | 1 | 0 | 4 | 2 | 0 | 2 | 1 | 0 |
| 8 | 4 | 5 | 6 | 5 | 1 | 6 | 9 | 3 | 7 |
| 5 | 1 | 0 | 9 | 0 | 0 | 1 | 7 | 2 | 1 |
| 3 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 |
| 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| D20 | D21 | D22 | D23 | D24 | D25 | D26 | D27 | D28 | D29 |
|---|---|---|---|---|---|---|---|---|---|
| 6.2 | 7.6 | 6.4 | 8.6 | 7 | 4.4 | 4.6 | 8.4 | 6.2 | 3.6 |
| 3.428571 | 2 | 2.285714 | 3.142857 | 2.142857 | 1.571429 | 2.142857 | 3.285714 | 1.857143 | 2.857143 |

| D20 | D21 | D22 | D23 | D24 | D25 | D26 | D27 | D28 | D29 |
|---|---|---|---|---|---|---|---|---|---|
| 7.4925 | 9.99 | 7.4925 | 7.4925 | 9.99 | 12.4875 | 9.99 | 12.4875 | 12.4875 | 12.4875 |
| 14.985 | 17.4825 | 17.4825 | 19.98 | 17.4825 | 9.99 | 9.99 | 27.4725 | 19.98 | 12.4875 |
| 2.4975 | 9.99 | 2.4975 | 4.995 | 4.995 | 4.995 | 4.995 | 2.4975 | 4.995 | 2.4975 |
| 34.965 | 47.4525 | 44.955 | 32.4675 | 29.97 | 22.4775 | 9.99 | 24.975 | 24.975 | 17.4825 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17.4825 | 9.99 | 7.4925 | 42.4575 | 24.975 | 4.995 | 22.4775 | 37.4625 | 14.985 | 0 |
| | | | | | | | | | |
| 3 | 5 | 9 | 5 | 5 | 7 | 6 | 4 | 6 | 7 |
| 4 | 2 | 1 | 0 | 4 | 2 | 0 | 2 | 1 | 0 |
| 8 | 4 | 5 | 6 | 5 | 1 | 6 | 9 | 3 | 7 |
| 5 | 1 | 0 | 9 | 0 | 0 | 1 | 7 | 2 | 1 |
| 3 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 |
| 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| D20 | D21 | D22 | D23 | D24 | D25 | D26 | D27 | D28 | D29 |
|---|---|---|---|---|---|---|---|---|---|
| 15.4845 | 18.981 | 15.984 | 21.4785 | 17.4825 | 10.989 | 11.4885 | 20.979 | 15.4845 | 8.991 |
| 3.428571 | 2 | 2.285714 | 3.142857 | 2.142857 | 1.571429 | 2.142857 | 3.285714 | 1.857143 | 2.857143 |

| D30 | D31 | D32 | D33 | D34 | D35 | D36 | D37 | D38 | D39 |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 5 | 2 | 8 | | | | | | |
| 12 | 9 | 7 | 12 | | | | | | |
| 1 | 1 | 3 | 0 | | | | | | |
| 8 | 11 | 7 | 3 | Not handle for the last two days | | | | | |
| 23 | 14 | 2 | 0 | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 10 | 5 | 8 | 6 | 4 | 8 | 5 | 6 | 6 |
| 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| 7 | 9 | 4 | 5 | 11 | 10 | 7 | 4 | 13 | 11 |
| 0 | 4 | 5 | 0 | 0 | 11 | 8 | 0 | 1 | 2 |
| 1 | 1 | 1 | 1 | 0 | 8 | 7 | 7 | 4 | 8 |
| 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |

| D30 | D31 | D32 | D33 | D34 | D35 | D36 | D37 | D38 | D39 |
|---|---|---|---|---|---|---|---|---|---|
| 9.6 | 8 | 4.2 | 4.6 | | | | | | |
| 2 | 3.428571 | 2.285714 | 2 | 2.571429 | 4.857143 | 4.428571 | 2.428571 | 3.428571 | 3.857143 |

| D30 | D31 | D32 | D33 | D34 | D35 | D36 | D37 | D38 | D39 |
|---|---|---|---|---|---|---|---|---|---|
| 9.99 | 12.4875 | 4.995 | 19.98 | | | | | | |
| 29.97 | 22.4775 | 17.4825 | 29.97 | | | | | | |
| 2.4975 | 2.4975 | 7.4925 | 0 | | | | | | |
| 19.98 | 27.4725 | 17.4825 | 7.4925 | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 57.4425 | 34.965 | 4.995 | 0 | | | | | | |
| | | | | | | | | | |
| 5 | 10 | 5 | 8 | 6 | 4 | 8 | 5 | 6 | 6 |
| 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| 7 | 9 | 4 | 5 | 11 | 10 | 7 | 4 | 13 | 11 |
| 0 | 4 | 5 | 0 | 0 | 11 | 8 | 0 | 1 | 2 |
| 1 | 1 | 1 | 1 | 0 | 8 | 7 | 7 | 4 | 8 |
| 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| | | | | | | | | | |
| D30 | D31 | D32 | D33 | D34 | D35 | D36 | D37 | D38 | D39 |
| 23.976 | 19.98 | 10.4895 | 11.4885 | | | | | | |
| 2 | 3.428571 | 2.285714 | 2 | 2.571429 | 4.857143 | 4.428571 | 2.428571 | 3.428571 | 3.857143 |

| D40 | D41 | D42 | D43 | D44 | D45 | |
|---|---|---|---|---|---|---|
| 6 | 7 | 5 | 7 | 6 | 9 | |
| 0 | 1 | 0 | 0 | 0 | 0 | |
| 8 | 7 | 12 | 7 | 8 | 5 | |
| 2 | 0 | 1 | 1 | 0 | 0 | room clean and re-organized |
| 4 | 3 | 1 | 2 | 1 | 1 | |
| 0 | 2 | 0 | 0 | 0 | 1 | |
| 0 | 0 | 0 | 0 | 1 | 0 | |

| D40 | D41 | D42 | D43 | D44 | D45 |
|---|---|---|---|---|---|
| 2.857143 | 2.857143 | 2.714286 | 2.428571 | 2.285714 | 2.285714 |

| D40 | D41 | D42 | D43 | D44 | D45 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 6 | 7 | 5 | 7 | 6 | 9 |
| 0 | 1 | 0 | 0 | 0 | 0 |
| 8 | 7 | 12 | 7 | 8 | 5 |
| 2 | 0 | 1 | 1 | 0 | 0 |
| 4 | 3 | 1 | 2 | 1 | 1 |
| 0 | 2 | 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 0 | 1 | 0 |
| D40 | D41 | D42 | D43 | D44 | D45 |
| 2.857143 | 2.857143 | 2.714286 | 2.428571 | 2.285714 | 2.285714 |