# EXHIBIT 221

| | | X | Group A | Group B | Group C | Group D | Group E | Group F | Group G | Group H |
|---|---|---|---|---|---|---|---|---|---|---|
| | | X Title | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 |
| | | X | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | Title | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | Title | | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 3 | Title | | 3 | 3 | 2 | 1 | 1 | 3 | 2 | 2 |
| 4 | Title | | 3 | 3 | 2 | 3 | 2 | 2 | 1 | 1 |
| 5 | Title | | 4 | 1 | 0 | 1 | 3 | 0 | 0 | 2 |
| 6 | Title | | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |
| 7 | Title | | 3 | 4 | 5 | 4 | 2 | 5 | 4 | 2 |

| | Group I | Group J | Group K | Group L | Group M | Group N | Group O | Group P | Group Q |
|---|---|---|---|---|---|---|---|---|---|
| | D9 | D10 | D11 | D12 | D13 | D14 | D15 | D16 | D17 |
| | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 4 |
| 2 | 1 | 1 | 1 | 2 | 2 | 0 | 3 | 3 | 4 |
| 3 | 3 | 2 | 3 | 4 | 2 | 3 | 6 | 0 | 4 |
| 4 | 4 | 3 | 4 | 4 | 4 | 4 | 2 | 2 | 1 |
| 5 | 6 | 2 | 1 | 5 | 7 | 11 | 11 | 7 | 6 |
| 6 | 0 | 0 | 1 | 1 | 1 | 1 | 5 | 2 | 3 |
| 7 | 5 | 5 | 8 | 5 | 5 | 4 | 6 | 7 | 7 |

| | Group R | Group S | Group T | Group U | Group V | Group W | Group X | Group Y | Group Z | Group A | Group A | Group A | Group A | Group A | Group A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D18 | D19 | D20 | D21 | D22 | D23 | D24 | D25 | D26 | D27 | D28 | D29 | D30 | D31 | D32 |
| | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | 0 | 0 | 1 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | |
| 2 | 4 | 3 | 3 | 3 | 3 | 1 | 4 | 3 | 2 | 2 | 2 | 3 | 3 | 2 | |
| 3 | 6 | 2 | 3 | 4 | 3 | 3 | 4 | 5 | 4 | 5 | 5 | 5 | 4 | 5 | |
| 4 | 5 | 4 | 6 | 7 | 7 | 8 | 7 | 4 | 4 | 11 | 8 | 5 | 12 | 9 | |
| 5 | 15 | 13 | 14 | 19 | 18 | 13 | 12 | 9 | 4 | 10 | 10 | 7 | 8 | 11 | |
| 6 | 18 | 12 | 7 | 4 | 3 | 17 | 10 | 2 | 9 | 15 | 6 | 0 | 23 | 14 | |
| 7 | 5 | 6 | 3 | 6 | 5 | 4 | 4 | 5 | 4 | 6 | 3 | 4 | 3 | 4 | |

| | Group AC |
|---|---|
| | D33 |
| | Y |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

| Table format: **Grouped** | | Group A | | | | | | | | | Group B | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Data Set-A | | | | | | | | | Data Set-B | | | | | | | |
| | | A:1 | A:2 | A:3 | A:4 | A:5 | A:6 | A:7 | A:8 | A:9 | B:1 | B:2 | B:3 | B:4 | B:5 | B:6 | B:7 | B:8 |
| 1 | Title | 3 | 3 | 0 | 4 | 4 | | | | | 4 | 4 | 4 | 5 | 0 | 3 | 1 | |
| 2 | Title | 3 | 3 | 0 | 1 | 0 | | | | | 3 | 4 | 8 | 0 | 0 | 1 | 1 | |
| 3 | Title | 2 | 2 | 0 | 0 | 0 | | | | | 3 | 2 | 5 | 0 | 0 | 0 | 0 | |
| 4 | Title | 1 | 3 | 0 | 1 | 0 | | | | | 4 | 1 | 5 | 0 | 1 | 5 | 2 | |
| 5 | Title | 1 | 2 | 0 | 3 | 0 | | | | | 5 | 3 | 3 | 4 | 0 | 2 | 1 | |
| 6 | Title | 3 | 2 | 0 | 0 | 0 | | | | | 5 | 4 | 10 | 0 | 1 | 2 | 2 | |
| 7 | Title | 2 | 1 | 0 | 0 | 2 | | | | | 6 | 1 | 14 | 0 | 0 | 3 | 2 | |
| 8 | Title | 2 | 1 | 0 | 2 | 1 | | | | | 7 | 2 | 11 | 4 | 0 | 12 | *16** | |
| 9 | Title | 3 | 4 | 0 | 6 | 0 | | | | | 8 | 6 | 8 | 2 | 1 | 12 | *17** | |
| 10 | Title | 2 | 3 | 0 | 2 | 0 | | | | | 6 | 2 | 6 | 0 | 0 | 6 | *16** | |
| 11 | Title | 3 | 4 | 1 | 1 | 1 | | | | | 11 | 7 | 8 | 1 | 1 | 2 | 11 | |
| 12 | Title | 4 | 4 | 0 | 5 | 1 | | | | | 10 | 3 | 5 | 0 | 0 | 3 | 3 | |
| 13 | Title | 2 | 4 | 1 | 7 | 1 | | | | | 9 | 3 | 6 | 4 | 1 | 2 | 2 | |
| 14 | Title | 3 | 4 | 0 | 11 | 1 | | | | | 7 | 4 | 5 | 0 | 0 | 3 | 8 | |
| 15 | Title | 6 | 2 | 1 | 11 | 5 | | | | | 9 | 2 | 8 | 0 | 1 | 2 | 2 | |
| 16 | Title | 0 | 2 | 0 | 7 | 2 | | | | | 5 | 3 | 3 | 11 | 0 | 1 | 2 | |
| 17 | Title | 4 | 1 | 4 | 6 | 3 | | | | | 6 | 3 | 4 | 3 | 1 | 1 | 1 | |
| 18 | Title | 6 | 5 | 0 | 15 | 18 | | | | | 9 | 2 | 1 | 0 | 1 | 1 | 1 | |
| 19 | Title | 2 | 4 | 0 | 13 | 12 | | | | | 5 | 3 | 3 | 0 | 1 | 2 | 0 | |
| 20 | Title | 3 | 6 | 1 | 14 | 7 | | | | | 3 | 4 | 8 | 5 | 3 | 1 | 0 | |
| 21 | Title | 4 | 7 | 4 | 19 | 4 | | | | | 5 | 2 | 4 | 1 | 1 | 1 | 0 | |
| 22 | Title | 3 | 7 | 1 | 18 | 3 | | | | | 9 | 1 | 5 | 0 | 1 | 0 | 0 | |
| 23 | Title | 3 | 8 | 2 | 13 | 17 | | | | | 5 | 0 | 6 | 9 | 1 | 1 | 0 | |
| 24 | Title | 4 | 7 | 2 | 12 | 10 | | | | | 5 | 4 | 5 | 0 | 1 | 0 | 0 | |
| 25 | Title | 5 | 4 | 2 | 9 | 2 | | | | | 7 | 2 | 1 | 0 | 1 | 0 | 0 | |
| 26 | Title | 4 | 4 | 2 | 4 | 9 | | | | | 6 | 0 | 6 | 1 | 2 | 0 | 0 | |
| 27 | Title | 5 | 11 | 1 | 10 | 15 | | | | | 4 | 2 | 9 | 7 | 1 | 0 | 0 | |
| 28 | Title | 5 | 8 | 2 | 10 | 6 | | | | | 6 | 1 | 3 | 2 | 1 | 0 | 0 | |
| 29 | Title | 5 | 5 | 1 | 7 | 0 | | | | | 7 | 0 | 7 | 1 | 1 | 4 | 0 | |
| 30 | Title | 4 | 12 | 1 | 8 | 23 | | | | | 5 | 1 | 7 | 0 | 1 | 0 | 0 | |
| 31 | Title | 5 | 9 | 1 | 11 | 14 | | | | | 10 | 0 | 9 | 4 | 1 | 0 | 0 | |

| | B:9 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |

| Table format: **Grouped** | | Group A | | | | | | | | | G | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | saline | | | | | | | | | PTIE 14 | | | |
| | | A:1 | A:2 | A:3 | A:4 | A:5 | A:6 | A:7 | A:8 | A:9 | B:1 | B:2 | B:3 | B:4 |
| 1 | 1st 5days (ave | 2.0 | 2.6 | 0.0 | 1.8 | 0.8 | 0.0 | 3.6 | | | 3.8 | 2.8 | *5.0** | 1.8 |
| 2 | last 5days (ave | 4.8 | 9.0 | 1.2 | 9.2 | 11.6 | 2.4 | 4.0 | | | 6.4 | 0.8 | *7.0** | 2.8 |

| | Group B | | | | |
|---|---|---|---|---|---|
| | 4 days treatment | | | | |
| | B:5 | B:6 | B:7 | B:8 | B:9 |
| 1 | 0.2 | 2.2 | 1.0 | 3.4 | 3.6 |
| 2 | 1.0 | 0.8 | 0.0 | 1.2 | 1.6 |

| | | Group A | | | | | | | Group B | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 5 day | | | | | | | last 5 days | | | | | | |
| | | A:1 | A:2 | A:3 | A:4 | A:5 | A:6 | A:7 | B:1 | B:2 | B:3 | B:4 | B:5 | B:6 | B:7 |
| 1 | saline | 2.0 | 2.6 | 0.0 | 1.8 | 0.8 | | | 4.8 | 9.0 | 1.2 | 9.2 | 11.6 | | |
| 2 | Ptie | 3.8 | 2.8 | 5.0 | 1.8 | 0.2 | 2.2 | 1.0 | 6.4 | 0.8 | 7.0 | 2.8 | 1.0 | 0.8 | 0.0 |

| | | X | Group A | Group B | Group C | Group D | Group E | Group F | Group G | Group H | Group I | Group J | Group K | Group L | Group M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X Title | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 | D10 | D11 | D12 | D13 |
| | | X | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | *P* | | *0** | *1** | *1** | *0** | *6** | *0** | *0** | *3** | *3** | *3** | *0** | *3** | *1** |
| 2 | *S* | | *4** | *8** | *5** | *5** | *3** | *10** | *14** | *11** | *8** | | | | *6** |
| 3 | A | | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 |
| 4 | N | | 4 | 3 | 3 | 4 | 5 | 5 | 6 | 7 | 8 | 6 | 11 | 10 | 9 |
| 5 | Ti | | 1 | 5 | 3 | 5 | 4 | 3 | 2 | 4 | 4 | 2 | 5 | 5 | 2 |
| 6 | A. | | 5 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 2 | 0 | 1 | 0 | 4 |
| 7 | Ti | | 3 | 4 | 4 | 2 | 4 | 2 | 1 | 3 | 4 | 2 | 3 | 2 | 4 |
| 8 | O | | 4 | 4 | 2 | 1 | 3 | 4 | 1 | 2 | 6 | 2 | 7 | 3 | 3 |
| 9 | A | | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 16 | 17 | 16 | 11 | 3 | 2 |
| 10 | A | | 3 | 1 | 0 | 5 | 2 | 2 | 3 | 12 | 12 | 6 | 2 | 3 | 2 |

| | Group N | Group O | Group P | Group Q | Group R | Group S | Group T | Group U | Group V | Group W | Group X | Group Y | Group Z | Group A | Group AE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D14 | D15 | D16 | D17 | D18 | D19 | D20 | D21 | D22 | D23 | D24 | D25 | D26 | D27 | D28 |
| | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | 3* | 2* | 2* | 3* | 0* | 3* | 2* | 4* | 1* | 2* | 2* | 0* | 1* | 0* | |
| 2 | 5* | 8* | 3* | 4* | 1* | 3* | 8* | 4* | 5* | 6* | 5* | 1* | 6* | 9* | 3* |
| 3 | 0 | 1 | 0 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 |
| 4 | 7 | 9 | 5 | 6 | 9 | 5 | 3 | 5 | 9 | 5 | 5 | 7 | 6 | 4 | 6 |
| 5 | 3 | 4 | 6 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 2 | 2 | 0 | 0 | 0 |
| 6 | 0 | 0 | 11 | 3 | 0 | 0 | 5 | 1 | 0 | 9 | 0 | 0 | 1 | 7 | 2 |
| 7 | 2 | 3 | 2 | 3 | 4 | 3 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 1 |
| 8 | 4 | 2 | 3 | 3 | 2 | 3 | 4 | 2 | 1 | 0 | 4 | 2 | 0 | 2 | 1 |
| 9 | 8 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | 3 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |

| | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A | Group A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D29 | D30 | D31 | D32 | D33 | D34 | Data Set-A | Data Set-A | Data Set-A | Data Set-A | Data Set-A | Data Set-A | Data Set-A | Data Set-A | Data Set-A |
| | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | | | | | | | | | | | | | | | |
| 2 | *7** | *7** | *9** | *4** | *5** | *11** | *10** | *7** | *4** | *13** | *11** | *8** | *7** | *12** | *7** |
| 3 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | |
| 4 | 7 | 5 | 10 | 5 | 8 | 6 | 4 | 8 | 5 | 6 | 6 | 6 | 7 | 5 | 7 |
| 5 | 1 | 0 | 1 | 1 | 3 | 2 | 1 | 3 | 1 | 1 | 1 | 4 | 0 | 1 | 1 |
| 6 | 1 | 0 | 4 | 5 | 0 | 0 | *11** | *8** | 0 | 1 | 2 | 2 | 0 | 1 | 1 |
| 7 | 1 | 1 | 1 | 0 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 1 | 2 |
| 8 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |

| | Group A | Group A |
|---|---|---|
| | ata Set-A | ata Set-A |
| | Y | Y |
| 1 | | |
| 2 | *8** | *5** |
| 3 | | |
| 4 | 6 | 9 |
| 5 | 1 | 1 |
| 6 | 0 | 0 |
| 7 | 3 | 0 |
| 8 | 0 | 0 |
| 9 | 1 | 0 |
| 10 | 0 | 1 |

| | | Group A | | | | | | | | Group B | | | | | | | | Group C | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D8-12 | | | | | | | | D41-D45 | | | | | | | | D27-D31 | | | | | |
| | | A:1 | A:2 | A:3 | A:4 | A:5 | A:6 | A:7 | A:8 | B:1 | B:2 | B:3 | B:4 | B:5 | B:6 | B:7 | B:8 | C:1 | C:2 | C:3 | C:4 | C:5 | C |
| 1 | Ptie | 7.57 | 3.57 | 1.00 | 3.20 | 6.80 | 2.00 | 3.40 | | 6.57 | 0.14 | 0.85 | 0.42 | 0.14 | 1.71 | 1.28 | | | | | | | |

| | | | | Group D | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | D41-D45 | | | | | | | |
| | C:6 | C:7 | C:8 | D:1 | D:2 | D:3 | D:4 | D:5 | D:6 | D:7 | D:8 |
| 1 | | | | | | | | | | | |

| | | X | Group A | Group B | Group C | Group D | Group E |
|---|---|---|---|---|---|---|---|
| | | X Title | ıline D1-D | line D27- | Title | PTI D1-D | TI D27-3 |
| | | X | Y | Y | Y | Y | Y |
| 1 | Title | | 2.0 | 4.8 | | 3.8 | 6.4 |
| 2 | Title | | 2.6 | 9.0 | | 2.8 | 0.8 |
| 3 | Title | | 0.0 | 1.2 | | *5.0** | *7.0** |
| 4 | Title | | 1.8 | 9.2 | | 1.8 | 2.8 |
| 5 | Title | | 0.8 | 11.6 | | 0.2 | 1.0 |
| 6 | Title | | 0.0 | 2.4 | | 2.2 | 0.8 |
| 7 | Title | | 3.6 | 4.0 | | 1.0 | 0.0 |
| 8 | Title | | | | | 3.4 | 1.2 |
| 9 | Title | | | | | 3.6 | 1.6 |

| | | X | Group A | Group B | Group C | Group D | Group E | Group F | Group G | Group H | Group I | Group J | Group K | Group L | Group M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X Title | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 | D10 | D11 | D12 | D13 |
| | | X | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | *P* | | *0** | *1** | *1** | *0** | *6** | *0** | *0** | *3** | *3** | *3** | *0** | *3** | *1** |
| 2 | *S* | | *4** | *8** | *5** | *5** | *3** | *10** | *14** | *11** | *8** | | | | *6** |
| 3 | N | | 4 | 3 | 3 | 4 | 5 | 5 | 6 | 7 | 8 | 6 | 11 | 10 | 9 |
| 4 | Ti | | 1 | 5 | 3 | 5 | 4 | 3 | 2 | 4 | 4 | 2 | 5 | 5 | 2 |
| 5 | A. | | 5 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 2 | 0 | 1 | 0 | 4 |
| 6 | Ti | | 3 | 4 | 4 | 2 | 4 | 2 | 1 | 3 | 4 | 2 | 3 | 2 | 4 |
| 7 | O | | 4 | 4 | 2 | 1 | 3 | 4 | 1 | 2 | 6 | 2 | 7 | 3 | 3 |
| 8 | A | | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 16 | 17 | 16 | 11 | 3 | 2 |
| 9 | A | | 3 | 1 | 0 | 5 | 2 | 2 | 3 | 12 | 12 | 6 | 2 | 3 | 2 |
| 10 | A | | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 |

| | Group N | Group O | Group P | Group Q | Group R | Group S | Group T | Group U | Group V | Group W | Group X | Group Y | Group Z | Group A | Group AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D14 | D15 | D16 | D17 | D18 | D19 | D20 | D21 | D22 | D23 | D24 | D25 | D26 | D27 | D28 |
| | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | *3** | *2** | *2** | *3** | *0** | *3** | *2** | *4** | *1** | *2** | *2** | *0** | *1** | *0** | |
| 2 | *5** | *8** | *3** | *4** | *1** | *3** | *8** | *4** | *5** | *6** | *5** | *1** | *6** | *9** | *3** |
| 3 | 7 | 9 | 5 | 6 | 9 | 5 | 3 | 5 | 9 | 5 | 5 | 7 | 6 | 4 | 6 |
| 4 | 3 | 4 | 6 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 2 | 2 | 0 | 0 | 0 |
| 5 | 0 | 0 | 11 | 3 | 0 | 0 | 5 | 1 | 0 | 9 | 0 | 0 | 1 | 7 | 2 |
| 6 | 2 | 3 | 2 | 3 | 4 | 3 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 1 |
| 7 | 4 | 2 | 3 | 3 | 2 | 3 | 4 | 2 | 1 | 0 | 4 | 2 | 0 | 2 | 1 |
| 8 | 8 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 3 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 10 | 0 | 1 | 0 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 |

| | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup A | roup AC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D29 | D30 | D31 | D32 | D33 | D34 | ata Set-A | ata Set-A | ata Set-A | ata Set-A | ata Set-A | ata Set-A | ata Set-A | ata Set-A | ata Set-A |
| | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 1 | | | | | | | | | | | | | | | |
| 2 | *7** | *7** | *9** | *4** | *5** | *11** | *10** | *7** | *4** | *13** | *11** | *8** | *7** | *12** | *7** |
| 3 | 7 | 5 | 10 | 5 | 8 | 6 | 4 | 8 | 5 | 6 | 6 | 6 | 7 | 5 | 7 |
| 4 | 1 | 0 | 1 | 1 | 3 | 2 | 1 | 3 | 1 | 1 | 1 | 4 | 0 | 1 | 1 |
| 5 | 1 | 0 | 4 | 5 | 0 | 0 | *11** | *8** | 0 | 1 | 2 | 2 | 0 | 1 | 1 |
| 6 | 1 | 1 | 1 | 0 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 1 | 1 | 2 |
| 7 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| 10 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | |

| | Group A | Group A |
|---|---|---|
| | ata Set-A | ata Set-A |
| | Y | Y |
| 1 | | |
| 2 | *8** | *5** |
| 3 | 6 | 9 |
| 4 | 1 | 1 |
| 5 | 0 | 0 |
| 6 | 3 | 0 |
| 7 | 0 | 0 |
| 8 | 1 | 0 |
| 9 | 0 | 1 |
| 10 | | |

| | | X | Group A | Group B |
|---|---|---|---|---|
| | | X Title | D8-12 | D41-D45 |
| | | X | Y | Y |
| 1 | Title | | 7.57142 | 6.57142 |
| 2 | Title | | 3.57142 | 0.14285 |
| 3 | Title | | 1.00000 | 0.85714 |
| 4 | Title | | 3.20000 | 0.42857 |
| 5 | Title | | 6.80000 | 0.14285 |
| 6 | Title | | 2.00000 | 1.71428 |
| 7 | Title | | 3.40000 | 1.28571 |

| Paired t test | | A |
|---|---|---|
| | | |
| 1 | Table Analyzed | Copy of grour |
| 2 | | |
| 3 | Column B | last 10 days |
| 4 | vs. | vs. |
| 5 | Column A | first 10 days |
| 6 | | |
| 7 | Paired t test | |
| 8 | P value | 0.0794 |
| 9 | P value summa | ns |
| 10 | Significantly diffe | No |
| 11 | One- or two-tail | Two-tailed |
| 12 | t, df | t=2.197 df=5 |
| 13 | Number of pairs | 6 |
| 14 | | |
| 15 | How big is the di | |
| 16 | Mean of differer | -1.704 |
| 17 | SD of difference | 1.899 |
| 18 | SEM of differen | 0.7754 |
| 19 | 95% confidenc | -3.697 to 0.28 |
| 20 | R squared (par | 0.4912 |
| 21 | | |
| 22 | How effective wa | |
| 23 | Correlation coe | 0.8729 |
| 24 | P value (one tai | 0.0116 |
| 25 | P value summa | * |
| 26 | Was the pairing | Yes |

| | Ordinary one-way ANOVA<br>ANOVA results | | | |
|---|---|---|---|---|
| 1 | Table Analyzed | 5 day average for paired stats | | |
| 2 | Data sets analyzed | A, B, D, E | | |
| 3 | Distribution assumption | Normal (Gaussian) | | |
| 4 | | | | |
| 5 | **ANOVA summary** | | | |
| 6 | F | 5.634 | | |
| 7 | P value | 0.0041 | | |
| 8 | P value summary | ** | | |
| 9 | Significant diff. among means (P < 0.05)? | Yes | | |
| 10 | R squared | 0.3940 | | |
| 11 | | | | |
| 12 | **Brown-Forsythe test** | | | |
| 13 | F (DFn, DFd) | 3.325 (3, 26) | | |
| 14 | P value | 0.0351 | | |
| 15 | P value summary | * | | |
| 16 | Are SDs significantly different (P < 0.05)? | Yes | | |
| 17 | | | | |
| 18 | **Bartlett's test** | | | |
| 19 | Bartlett's statistic (corrected) | 10.27 | | |
| 20 | P value | 0.0164 | | |
| 21 | P value summary | * | | |
| 22 | Are SDs significantly different (P < 0.05)? | Yes | | |
| 23 | | | | |
| 24 | **ANOVA table** | **SS** | **DF** | **MS** |
| 25 | Treatment (between columns) | 93.06 | 3 | 31.02 |
| 26 | Residual (within columns) | 143.1 | 26 | 5.506 |
| 27 | Total | 236.2 | 29 | |
| 28 | | | | |
| 29 | **Data summary** | | | |
| 30 | Number of treatments (columns) | 4 | | |
| 31 | Number of values (total) | 30 | | |

| | | |
|---|---|---|
| | | |
| | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | **F (DFn, DFd)** | **P value** |
| 25 | F (3, 26) = 5.634 | P=0.0041 |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |

| | **Ordinary one-way ANOVA**<br>Multiple comparisons | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 1 | Number of families | 1 | | | |
| 2 | Number of comparisons per family | 6 | | | |
| 3 | Alpha | 0.05 | | | |
| 4 | | | | | |
| 5 | **Tukey's multiple comparisons test** | **Mean diff.** | **95.00% CI of diff.** | **Below threshold?** | **Summary** |
| 6 | saline D1-D5 vs. saline D27-31 | -4.486 | -7.926 to -1.045 | Yes | ** |
| 7 | saline D1-D5 vs. PTI D1-D5 | -0.8071 | -4.139 to 2.524 | No | ns |
| 8 | saline D1-D5 vs. PTI D27-31 | -0.2821 | -3.614 to 3.049 | No | ns |
| 9 | saline D27-31 vs. PTI D1-D5 | 3.679 | 0.3471 to 7.010 | Yes | * |
| 10 | saline D27-31 vs. PTI D27-31 | 4.204 | 0.8721 to 7.535 | Yes | ** |
| 11 | PTI D1-D5 vs. PTI D27-31 | 0.5250 | -2.693 to 3.743 | No | ns |
| 12 | | | | | |
| 13 | **Test details** | **Mean 1** | **Mean 2** | **Mean diff.** | **SE of diff.** |
| 14 | saline D1-D5 vs. saline D27-31 | 1.543 | 6.029 | -4.486 | 1.254 |
| 15 | saline D1-D5 vs. PTI D1-D5 | 1.543 | 2.350 | -0.8071 | 1.214 |
| 16 | saline D1-D5 vs. PTI D27-31 | 1.543 | 1.825 | -0.2821 | 1.214 |
| 17 | saline D27-31 vs. PTI D1-D5 | 6.029 | 2.350 | 3.679 | 1.214 |
| 18 | saline D27-31 vs. PTI D27-31 | 6.029 | 1.825 | 4.204 | 1.214 |
| 19 | PTI D1-D5 vs. PTI D27-31 | 2.350 | 1.825 | 0.5250 | 1.173 |
| 20 | | | | | |
| 21 | **Compact letter display** | | | | |
| 22 | saline D27-31 | A | | | |
| 23 | PTI D1-D5 | B | | | |
| 24 | PTI D27-31 | B | | | |
| 25 | saline D1-D5 | B | | | |

| | | | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | **Adjusted P Value** | | | |
| 6 | 0.0072 | A-B | | |
| 7 | 0.9094 | A-D | | |
| 8 | 0.9955 | A-E | | |
| 9 | 0.0264 | B-D | | |
| 10 | 0.0095 | B-E | | |
| 11 | 0.9695 | D-E | | |
| 12 | | | | |
| 13 | **n1** | **n2** | **q** | **DF** |
| 14 | 7 | 7 | 5.058 | 26 |
| 15 | 7 | 8 | 0.9400 | 26 |
| 16 | 7 | 8 | 0.3286 | 26 |
| 17 | 7 | 8 | 4.284 | 26 |
| 18 | 7 | 8 | 4.895 | 26 |
| 19 | 8 | 8 | 0.6328 | 26 |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

| Wilcoxon test | | A |
|---|---|---|
| | | |
| 1 | Table Analyzed | Copy of group |
| 2 | | |
| 3 | Column B | D41-D45 |
| 4 | vs. | vs. |
| 5 | Column A | D8-12 |
| 6 | | |
| 7 | Wilcoxon matche | |
| 8 | P value | 0.0156 |
| 9 | Exact or approxi | Exact |
| 10 | P value summar | * |
| 11 | Significantly diffe | Yes |
| 12 | One- or two-taile | Two-tailed |
| 13 | Sum of positive, | 0 , -28 |
| 14 | Sum of signed ra | -28 |
| 15 | Number of pairs | 7 |
| 16 | | |
| 17 | Median of differer | |
| 18 | Median | -2.114 |
| 19 | | |
| 20 | How effective wa: | |
| 21 | rs (Spearman) | -0.05406 |
| 22 | P value (one tail | 0.4595 |
| 23 | P value summar | ns |
| 24 | Was the pairing | No |


everyday control
15
10
5
0
D1
D3
D5
D7
D9
D11
D13
D15
D17
D19
D21
D23
D25
D27
D29
D31


1
3
5
7
A
C
E
G
I
K
M
O
Q
S
U
W
Y
AA
CA
EA
20
15
10
5
0


grouped sal-PTI for 2Way anova
15
10
5
0
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

*: saline PTIE last 5 day D27 to D31 both groups
**: saline first 5 days ......



*: saline PTIE last 5 day D27 to D31 both groups
**: saline first 5 days ......




14
12
10
8
6
4
2
0
saline
Ptie
1 5 day
last 5 days



14
12
10
8
6
4
2
0
saline
Ptie
1 5 day
last 5 days


PTI everyday D45
15
10
5
0
D1 D3 D5 D7 D9 D11 D13 D15 D17 D19 D21 D23 D25 D27 D29 D31 D33


10
8
6
4
2
B D F H J L N P R T V X Z BA DA FA HA JA LA NA PA RA
20
15
10
5
0



8
6
4
2
0
Ptie
D8-12
D41-D45


12
9
6
3
0
saline D1-D5
saline D27-31
PTI D1-D5
PTI D27-31
saline D1-D5
saline D27-31
PTI D1-D5
PTI D27-31


PTI everyday D45 duplicate
15
10
5
0
D1 D3 D5 D7 D9 D11 D13 D15 D17 D19 D21 D23 D25 D27 D29 D31 D33


10
8
6
4
2
B D F H J L N P R T V X Z BA DA FA HA JA LA NA PA RA
20
15
10
5
0


8
6
4
2
0
D8-12
D41-D45
D8-12
D41-D45

| Constant | Value |
|---|---|
| Experiment Date | 12/10/2018 |
| Experiment ID | |
| Notebook ID | |
| Project | |
| Experimenter | |
| Protocol | |

| Constant | Value |
| --- | --- |
| Experiment Date | 12/10/2018 |
| Experiment ID | |
| Notebook ID | |
| Project | |
| Experimenter | |
| Protocol | |