# EXHIBIT 225

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 83 |
| Total Messages: 640 | Date Range: 9/8/2022 - 9/9/2022 |

### Outline of Conversations

**SAVA Army - 2022/09/09** • 640 messages between 9/8/2022 - 9/9/2022 • 1 • 10 • 11 • 12 • 13 • 14 • 15 • 16 • 17 • 18 • 19 • 2 • 20 • 21 • 23 • 24 • 27 • 29 • 3 • 30 • 4 • 5 • 6 • 7 • 8 • 9 • AD3 • APOE on robbin spree • Al Roy • AlexisGR • Bancasava • Big Jake • Bucky14 • COLUM • CS • DatsDat • Deleted User • Div • Donnybrook • El Magnifico • FT23 • GIFers Anonymous • HighlanderOne • Irishgal77 • JacobBraun • Jonni Lost • KD2 • KO2.0 • Kryo Nimbus • MMw • Mango • Matt Nachtrab • Me2 • Mudd • PageMarker • Petey • Revealtrade • Rickety_Cricket • Rico Savage • SAVAJava • SAVAdo Gigante! • SM • SavaJoy • Sevenlee • Shoreman • SvenLakistan98 • TODD/FOIA SAVAGE • Talva~ • ThetaDecay • Van Formerly • VanceTheFirst • amaver01 • bradass37 • daniel plainview • fastpitch • jeffspicolli. • k-smack • lanktron • mikev777 • misterx12345. • ron703 • savanator. • vinnie

**Messages in chronological order** (times are shown in GMT -04:00)

**SAVA Army - 2022/09/09**

K **KO2.0** 9/8/2022, 11:02 PM
Guess Citadel couldn't screw over retail in EU with tighter regs? How long till the same happens in US..probably never, they own the markets. Can still hope the DOJ slams the door on a few. Along with their SEC friends..clean house.
0

M **Me2** 9/8/2022, 11:10 PM
PreMarket
SPDR S&P Biotech ETF (XBI)
87.42+2.63 (+3.10%)
At close: September 8 04:00PM EDT
88.99 +1.57 (+1.80%) (edited)

A **amaver01** 9/8/2022, 11:49 PM
US is definitely different from EU.

MN **Matt Nachtrab** 9/9/2022, 12:01 AM
No Content
0

MN **Matt Nachtrab** 9/9/2022, 12:03 AM
And this seems like directly condones their behavior. I guess she believes the results (greed) justify the means (tearing down female scientists, entrepreneurs, and female focused product companies because they are female/female focused) (edited)
0

MN **Matt Nachtrab** 9/9/2022, 12:09 AM
Funny thing is she said it not once but thrice... lol

MN **Matt Nachtrab** 9/9/2022, 12:13 AM
Can you guys do me a favor and find tweets that are her crying about how poorly woman are treated? And some bantor between her and Adrian? Also there is a tweet about her wining about not being sited in the QCM report.

A **amaver01** 9/9/2022, 12:16 AM
do we still have some moles?

A **amaver01** 9/9/2022, 12:16 AM
how come it got leaked that u own 100k shares? you shared that 1-2 days back here?

M **Me2** 9/9/2022, 12:21 AM
Premarket
Last Trade $29.94
Change Since Close 0.33 (1.11%)
Bid 29.63
Ask 29.99
B/A Size 100x500
September 09, 2022 7:14am ET Volume 2,773

I **Irishgal77** 9/9/2022, 12:29 AM
I am wondering same thing? How does she know how many shares you own???

P **Petey** 9/9/2022, 12:29 AM
Here's the QCM one with her crying misogyny:
https://twitter.com/MicrobiomDigest/status/1461071476216393729?t=hjHifqNey9sG2dTnzi1mug&s=19
0

S **Shoreman** 9/9/2022, 12:30 AM

I just looked at the chat history. He disclosed it very recently.

M **mikev777** 9/9/2022, 12:31 AM

Here are a few. Logging in from a browser, not the app, allows you to do an advanced search on @microbiomdigest and key words such as women or sexism.

https://twitter.com/MicrobiomDigest/status/1446123522275774470?s=20&t=tb5Jk1qUv4A2o689bl3dJjamiFd3N9hYKtt8c6Z5Yls
https://twitter.com/MicrobiomDigest/status/1454897204183769090?s=20&t=7R1ptHJFsoaCCRnI55SLwQ
https://twitter.com/MicrobiomDigest/status/892394231737663488?s=20&t=7R1ptHJFsoaCCRnI55SLwQ
https://twitter.com/MicrobiomDigest/status/1292721871125794816?s=20&t=7R1ptHJFsoaCCRnI55SLwQ (edited)

:👍: 1 • 3 :🔥: 1 • 5

S **SvenLakistan98** 9/9/2022, 12:31 AM

Only in Army?

S **Shoreman** 9/9/2022, 12:32 AM

I don't see anything in the original discord. I'm not in any of the other random discord's so I can't say 100% that this share count was only disclosed in army

M **mikev777** 9/9/2022, 12:33 AM

Didn't Nacher disclose on Reddit number of shares owned? (edited)

0

AR **Al Roy** 9/9/2022, 12:36 AM

Great find Mike really superb.

0

P **Petey** 9/9/2022, 12:39 AM

The irony of this tweet, Bik crying misogyny because she didn't get credit for partaking in the misogyny.

:💯: 1 • 4

S **Shoreman** 9/9/2022, 12:45 AM

I can't locate on Reddit. May you DM me the link? I'm hoping that's where it's from. (edited)

M **mikev777** 9/9/2022, 12:52 AM

Here it is.

There is a link on the main page called "30 million dollar bet" which has a screen shot of a brokers account. Further down the main page it states that position is Matt Nachtrab's position.

https://www.reddit.com/r/wallstreetbets/comments/spfed0/largest_bet_in_wsb_history_sava_3012196439/?utm_source=share&utm_medium=ios_app&utm_name=iossmf (edited)

0

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:03 AM

What does your ownership of Cassava have anything to do with this? She wants to go there but won't disclose her income source?

0

M **mikev777** 9/9/2022, 1:06 AM

Although, his position is not 100k. Yeah it's funny that she mentions 100k+ just a few days after Matt mentioned in ARMY he was not given his 110k shares that he wanted to transfer. That's odd. (edited)

0

DU **Deleted User** 9/9/2022, 1:10 AM

He has mentioned it in the other discord. I've known for over a year that he owns 100k shares. (edited)

0

MN **Matt Nachtrab** 9/9/2022, 1:11 AM

I own 600k share… and 200k shares worth of options
:🍆: 1 • 13 :🐳: 1 • 20 :🐳: 1 • 16 :🔥: 1 • 8 :😎: 1 • 9

DU **Deleted User** 9/9/2022, 1:12 AM
We did a poll on the other discord to find out how many we own collectively and the discussion of nacher being a mega whale was always discussed (edited)

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:13 AM
As my grandfather used to say, "Man. That's a lot of bread."
:🥖: 1 • 5 :?: 1 • 3 :😂: 1 • 3

DU **Deleted User** 9/9/2022, 1:14 AM
And if I recall, this is not the first time she mentions his position size on Twitter.
0

R **ron703** 9/9/2022, 1:16 AM
Yes I remember that

M **mikev777** 9/9/2022, 1:16 AM
Thanks, @Deleted User. Timing seemed weird to me so your comment is good to read.
0

S **Shoreman** 9/9/2022, 1:16 AM
Thanks.
0

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:18 AM
So every pro-Cassava tweet now needs a disclaimer, "I own 100k shares of SAVA. Here is my opinion."?
:🤣: 1 • 5 :🤪: 1 • 4

P **Petey** 9/9/2022, 1:19 AM
Fair is fair

P **Petey** 9/9/2022, 1:19 AM
I'll disclose my position to Bik if she discloses her Patreon "donors"
0

BJ **Big Jake** 9/9/2022, 1:20 AM
https://twitter.com/ronburg26977072/status/1568212483101569027?s=46&t=SiBIlm19khPBsDBA3V9aqw
:🧠: 1 • 16

DU **Deleted User** 9/9/2022, 1:20 AM
I would love for her Patreon donor list to be subpoenaed
0

R **ron703** 9/9/2022, 1:20 AM
I'm not too worried about Bik anymore. She is going to be shown as The Shorts Tool soon.

R **ron703** 9/9/2022, 1:21 AM
You would think a HF would hide who the donor is thru a third party

I **Irishgal77** 9/9/2022, 1:23 AM
God willing this drug will change the world and your beautiful family for generations to come.Well deserved my friend!
0

DU **Deleted User** 9/9/2022, 1:23 AM
Probably.

MN **Matt Nachtrab** 9/9/2022, 1:25 AM

No Content

:👆: 1 • 20 :🧠: 1 • 17 :❤️: 1 • 30 :💯: 1 • 21 :🔥: 1 • 24 :👆: 1 • 13

M **mikev777** 9/9/2022, 1:27 AM

@Matt Nachtrab, if moving 110k shares moved price up and caused SAVA to be on the Reg SHO list, you should move the other 500k to Merrill as well and put them into a cash account.

That may initiate the squeeze.

0

M **mikev777** 9/9/2022, 1:28 AM

Actually, you should move them in chunks of 100k every few days, the next chunk being moved right after SAVA comes off the Reg SHO list. (edited)

:🐳: 1 • 10

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:29 AM

"Get help?" Who the fuck is this ass hat to say that?

0

A **AD3** 9/9/2022, 1:29 AM

@everyone

Please retweet share and comment fuck that bitch
She attacks one of us we will give her hell

https://twitter.com/ad3endalz/status/1568214695475318784?s=46&t=g6ILG1W5TxSdJmeYTDlSvw

:❤️: 1 • 18 :🔥: 1 • 16

MN **Matt Nachtrab** 9/9/2022, 1:29 AM

Do they not read what was said? How can they not see how horrible this stuff is?

:😠: 1 • 14

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:30 AM

Does he say that to Adrian and LogDis? They are truly out of their minds.

0

MN **Matt Nachtrab** 9/9/2022, 1:30 AM

I am standing up because the scientific community is not treating lindsay with the respect she deserves and I need help.

:❤️: 1 • 23 :💯: 1 • 19 :😠: 1 • 12

M **misterx12345.** 9/9/2022, 1:31 AM

They don't care, remember they're part of this scheme

:👆: 1 • 4

M **misterx12345.** 9/9/2022, 1:34 AM

They're truly bad immoral people

:💩: 1 • 4

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:37 AM

The message seems oddly personal for someone who portrays himself as a journalist.

0

MN **Matt Nachtrab** 9/9/2022, 1:39 AM

I wrote a seeking alpha article that said I owned a ton...

0

M **misterx12345.** 9/9/2022, 1:39 AM

He must know deep down Matt is right. He attacks people who expose him. He did the same thing to Joe Springer a while back

:🎯: 1 • 2 :👆: 1 • 4 :💯: 1 • 2 :🔥: 1 • 3

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:40 AM

These egos are unbearable. Between EB and AF, their egos are on full display.

MN **Matt Nachtrab** 9/9/2022, 1:40 AM

It's well established in many places and my twitter handle is a stock investing handle that has $sava all over it. She's an ass (edited)

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:42 AM

It's not like that's not out there for everyone to see, unlike Bik's income sources.

0

TS **TODD/FOIA SAVAGE** 9/9/2022, 1:44 AM

She better hope the judge dismisses the securities cases or she may find herself in an Austin courtroom given how many times the plaintiffs referred to her in the filing.

:🤞: 1 • 3

K **KD2** 9/9/2022, 1:47 AM

So are there moles on Army discord then? @Matt Nachtrab love your share count by the way! (edited)

K **KO2.0** 9/9/2022, 1:49 AM

None we know of..the info was available elsewhere.

0

M **Me2** 9/9/2022, 1:51 AM

Premarket
Last Trade $30.00
Change Since Close 0.39 (1.32%)
Bid 30.00
Ask 30.14
B/A Size 600x2600
September 09, 2022 8:49am ET Volume 13,398

0

C **CS** 9/9/2022, 1:52 AM

Lol, I know.... we thought we were whales but then there is our @Matt Nachtrab ORCA the Killer Whale

:✅: 1 • 11 :🐳: 1 • 13

I **Irishgal77** 9/9/2022, 1:53 AM

We are the plankton the whale feeds on...

0

K **KD2** 9/9/2022, 1:55 AM

Ha! Any SAVA share is gold!

:💪: 1 • 7 :🚀: 1 • 4

K **KO2.0** 9/9/2022, 1:57 AM

Journalist in mind only..he's just a paid hitman. Definitely not paid to be nice. Evil and Greedy is a better description.

0

GA **GIFers Anonymous** 9/9/2022, 2:03 AM

This is their standard retort when confronted with real truth. First, they play the victim card. Then they offer a hollow and patronizing gesture that they hope we get some help. I've seen it so many times from these guys. The same cowardly response when confronted with real truth. Their reckoning is coming. Soon.

:✅: 1 • 2 :🧠: 1 • 3

GA **GIFers Anonymous** 9/9/2022, 2:10 AM

I was just thinking about this: the SAVA saga it's pretty darn similar to the words of the Star-Spangled Banner. Go through it in your head or listen to it. Kind of eerie. They threw all their bombs, torpedoes and daggers at us and SAVA. The smoke is clearing and the dawn is breaking…and the SAVA flag is still standing !! I believe this is what aggravates

the FUD crew so much. They sold their souls in an attempt to destroy SAVA. Yet here we are. Each of us with more shares than we had before the FUD. Clearly stronger; clearly more committed. Clearly more confident. They are realizing now that they sold their souls for nothing. Hence the anger in their little FUD tantrums (edited)
0

C **CS** 9/9/2022, 2:17 AM
Countries that our team represents (edited)
0

M **mikev777** 9/9/2022, 2:18 AM
30+ in pre-market.
:❤: 1 • 5 :🙏: 1 • 6

GA **GIFers Anonymous** 9/9/2022, 2:18 AM

C **CS** 9/9/2022, 2:21 AM
Didn't know we had someone in Army representing Ukraine....

S **SM** 9/9/2022, 2:23 AM
Liked to add India too to the list
0

C **CS** 9/9/2022, 2:28 AM
No Content
:🙏: 1 • 8

MN **Matt Nachtrab** 9/9/2022, 2:29 AM
https://twitter.com/MattNachtrab/status/1568229931481550851?s=20&t=HIwKKDvRHrvT2w_d5UjIbA
:🧠: 1 • 17 :👍: 1 • 21 :❤: 1 • 15

GA **GIFers Anonymous** 9/9/2022, 2:33 AM
I'm not sure. Just thought my prior comment was a hopeful forecast for Ukraine.

DP **daniel plainview** 9/9/2022, 2:41 AM
You are a class act and give us longs the perfect - lead by example demonstration- thank you Matt.. one day I hope to meet everyone and celebrate, you are there at the top of my list! Class act ♂
0

DU **Deleted User** 9/9/2022, 2:43 AM
Matt you're my frickin hero dude.
0

D **Div** 9/9/2022, 2:49 AM
Adam and Bik have met their match!
0

T **ThetaDecay** 9/9/2022, 2:49 AM
I feel Adam F and Nacher are breaking up

T **ThetaDecay** 9/9/2022, 2:49 AM
Wife's backdoor Roth IRA funds just cleared. Ready to pull trigger for another 50 or so shares of SAVA.
:💪: 1 • 11 :🙌: 1 • 14

BJ **Big Jake** 9/9/2022, 2:50 AM
I'm so tired of this crap! You all in this discord holding Matt up like he's some super hero! Let me tell you, just because he makes better arguments than me, speaks way more eloquently than me, is waaaayyyy smarter than me, you all treat him like he's a God. Well, I know he's a fraud, you're just going to have to take my word for it because I cant prove it.

(I'm trying out at being a short, but I just can't be as fucking stupid as they are!)

:: 1 • 1 :: 1 • 2 :: 1 • 2 :: 1 • 18 :: 1 • 1 :: 1 • 3

DU **Deleted User** 9/9/2022, 2:51 AM

Man I started reading this and thought WTF??!!! And then I got it.

:: 1 • 9

C **COLUM** 9/9/2022, 2:55 AM

Looks like another flat Friday with MMer's holding the SP in place. 122K returned with nothing available.

0

P **PageMarker** 9/9/2022, 2:57 AM

MMs don't want a $30 close.

0

V **VanceTheFirst** 9/9/2022, 3:03 AM

Bravo my friend. These guys likely don't even see their own crap. It is very healthy for them to have it pointed out publicly.

R **Rickety_Cricket** 9/9/2022, 3:04 AM

Thanks for fighting the good fight @Matt Nachtrab

Both the media and researchers are unfairly attacking cassava sciences, Dr Wang and Dr Burns

You have people like Schrag and Nichol pushing the narrative of zombie science, "defies biology" for using postmortem brain tissue but if you spent 5 minutes on pubmed you could find dozens of articles documenting that "zombie science." Live humans don't donate brain tissue for experiments

Nichol and Schrag are experienced researchers with numerous publications. They may not be neuropharmacologists but they are intentionally pushing a false narrative

They know better, and know exactly what they are doing twisting words and using their credentials to influence readers in these articles (edited)

:✅: 1 • 4 :: 1 • 20 :: 1 • 3

R **ron703** 9/9/2022, 3:16 AM

Max pain now 28.50

GA **GIFers Anonymous** 9/9/2022, 3:34 AM

Matt & Trey prophetically portrayed Bik and Feuerstein as a Giant Douche and a Turd Sandwich…https://m.youtube.com/watch?v=E7pfsneLSSM

V **VanceTheFirst** 9/9/2022, 3:37 AM

Keep blasting, we got your back the best we can. (edited)

0

M **Me2** 9/9/2022, 3:43 AM

BOOM! $31.19

0

D **DatsDat** 9/9/2022, 3:44 AM

Nice spike.

M **Me2** 9/9/2022, 3:45 AM

Two big Volume buys just went through at 68.30K V. & 79.94K V..

0

EM **El Magnifico** 9/9/2022, 3:46 AM

Something slipped about the conference??? (edited)

M **Me2** 9/9/2022, 3:47 AM

???????????????? I don't see any news that has just come out, so who knows? But, I like it!

B **bradass37** 9/9/2022, 3:49 AM
Interesting thought!
0

EM **El Magnifico** 9/9/2022, 3:49 AM
If Remi is presenting Tuesday perhaps they will drop something before then. That might give them something to talk about and avoid questions about the FUD.
0

EM **El Magnifico** 9/9/2022, 3:53 AM
Or on the options side... might be folks with 30 calls driving it up so shorts can't trade it down back under 30 at the EOD.
0

KN **Kryo Nimbus** 9/9/2022, 3:56 AM
We break 31.19 we fly (edited)
:🤑: 1 • 5 :🚀: 1 • 5

S **SM** 9/9/2022, 3:57 AM
No Content

R **ron703** 9/9/2022, 3:57 AM
Why that number

KN **Kryo Nimbus** 9/9/2022, 3:58 AM
Breakout through high of the day

I **Irishgal77** 9/9/2022, 4:01 AM
Give us another big buy...

F **FT23** 9/9/2022, 4:04 AM
You got it, more buys coming in
:✅: 1 • 4

KN **Kryo Nimbus** 9/9/2022, 4:04 AM
See

B **bradass37** 9/9/2022, 4:04 AM
Let's hit it!

KN **Kryo Nimbus** 9/9/2022, 4:05 AM
33 next

R **ron703** 9/9/2022, 4:05 AM
I would like to see what happens we cross 200 day 33.24

M **Me2** 9/9/2022, 4:05 AM
Nice ! $31.47

A **AD3** 9/9/2022, 4:07 AM
We need that higher high EOD CLOSE TO BE over 30.85
0

B **bradass37** 9/9/2022, 4:09 AM

Let's go up again. This is fun.

0

A **AlexisGR** 9/9/2022, 4:09 AM

Chemiotics II
FDA Amylyx approval 7 September implies Simufilam will be FDA approved this year (edited)

M **Me2** 9/9/2022, 4:10 AM

??????????????????????

A **AlexisGR** 9/9/2022, 4:10 AM

Site logo image Chemiotics II
FDA Amylyx approval 7 September implies Simufilam will be FDA approved this year

luysii

Sep 9

On 7 September an FDA advisory board reversed itself and recommended approval for a drug for ALS -- https://www.wsj.com/articles/amylyxs-als-drug-backed-by-fda-advisers-11662590651?mod=newsviewer_click. The head of the FDA Office of Neuroscience (Billy Dunn) gave a verbal endorsement, making it likely that Amylyx's drug would be approved.

What does this have to do with the approval of Simufilam this year? Amylyx did a post-hoc, retrospective "responder analysis" that showed patients who did respond to drug (vs placebo) had "an usually strong response", i.e., a bunch of non-responders in the general population masked the beneficial effects of the drug. This, after the same committee in March turned the drug down due to lack of efficacy in the studied cohort as a whole.

You may recall that I thought Cassava's results with Simufilam were better than they realized after they released the data on the first 50 patients in the open trail reaching the 9 month endpoint. The full post published 25 August 2021 can be found below the &&&&&. 5/50 had a greater than 50% improvement in their ADAS-Cog11 score. Data like this in Alzheimer's has never been seen before in any study, or in my clinical experience. So the data can not be explained by Cherry-picking. The only other explanations are (1) Fraud (2) incompetent ADAS-Cog11 measurement (3) people without Alzheimer's entering the study for the money, all of which I think are remote. Also, the average decline at one year in ADAS-Cog in Alzheimer patients is 5%.

0

A **AlexisGR** 9/9/2022, 4:11 AM

So Cassava has data similar to Amylyx's on the first 50 of the 200 in the open label study. The last of the 200 will complete their full year on the drug by the end of 2022, at which point data will be released. If the results on the 200 patients are similar to those on the first 50 (say 20/200 having significant (greater than 50% change for the better in ADAS-Cog) improvement, Cassava will have a (strong in my opinion) argument for Simufilam approval.

Clinicians know that patients always respond variably to any sort of therapy. We now know why. Given that the human genome contains 3,200,000,000 positions. Full genome sequencing of well over 100,000 people has shown that any two people will differ at one position in a thousand --- that's 3,200,000 differences -- source https://www.ncbi.nlm.nih.gov/books/NBK20363/

Gentlemen start your engines

0

KN **Kryo Nimbus** 9/9/2022, 4:14 AM

Tldr?

V **vinnie** 9/9/2022, 4:14 AM

Ps tell Bik & her fan club members.

https://twitter.com/vinnie66007649/status/1568232462999773186?s=12&t=uSg73rc0_aSp7I0usyh8JQ

:🔥: 1 • 10

M **Me2** 9/9/2022, 4:14 AM

Approved this year 2022 on 200Open Label Results ? I'll take it! $500+, $1,000+ / Share here wee come!
0

DU **Deleted User** 9/9/2022, 4:15 AM
@Kryo Nimbus this

KN **Kryo Nimbus** 9/9/2022, 4:15 AM
Working

DU **Deleted User** 9/9/2022, 4:15 AM
It's worth reading. Not that long.
:😂: 1 • 1

M **Me2** 9/9/2022, 4:16 AM
Follow the money and SAVA Insiders are Buying!

R **ron703** 9/9/2022, 4:17 AM
Wow seems to be moving on moderate volume

R **ron703** 9/9/2022, 4:19 AM
Don't want to jinx it

VF **Van Formerly** 9/9/2022, 4:21 AM
Lot of buying coming in. Does Ortex show it is covering?

V **VanceTheFirst** 9/9/2022, 4:22 AM
Xbi only up .5, let's go!

KN **Kryo Nimbus** 9/9/2022, 4:27 AM
Negative divergence on cci in the 4hour so a cool off is possible

KN **Kryo Nimbus** 9/9/2022, 4:28 AM
No Content

A **AD3** 9/9/2022, 4:31 AM
Double bottom and resistant to pass neckline … one we break and retest we will be off to 50$ range
:😎: 1 • 7 :🚀: 1 • 5

A **AD3** 9/9/2022, 4:31 AM
Mighth take weeks/month
0

A **AD3** 9/9/2022, 4:33 AM
Also fits with Fib And elliot wave
0

A **AD3** 9/9/2022, 4:33 AM
We would be in smaller wave 3 since bottom

M **Me2** 9/9/2022, 4:33 AM
What does this have to do with the approval of Simufilam this year? Amylyx did a post-hoc, retrospective "responder analysis" that showed patients who did respond to drug (vs placebo) had "an usually strong response", i.e., a bunch of non-responders in the general population masked the beneficial effects of the drug. This, after the same committee in March turned the drug down due to lack of efficacy in the studied cohort as a whole.

Was turned down due to lack of Efficacy! SAVA has this beat hands down! (edited)

D **Donnybrook** 9/9/2022, 4:33 AM

SAVA like a pressure cooker ready to explode
0

A AD3 9/9/2022, 4:33 AM
No Content

S SvenLakistan98 9/9/2022, 4:33 AM
Break Above 40 alone might indicate trend reversal

A AD3 9/9/2022, 4:34 AM
Lets hope we don't get any more hit pieces

P PageMarker 9/9/2022, 4:34 AM
Been ages since we've seen you do charts, AD3.
: : 1 • 8

A AD3 9/9/2022, 4:34 AM
Wave 2 retraced perfectly to .50fib

A AD3 9/9/2022, 4:35 AM
Fintel not showing but i can bet next trimester that updates we will se alot of institutional loaded shares when it bottom and especially when directors bought

A AD3 9/9/2022, 4:35 AM
Fintel shows only what was bought 3months back … so retail is always 3months late to party lol

S SvenLakistan98 9/9/2022, 4:36 AM
Nice bounce on intraday trendline with volume

C COLUM 9/9/2022, 4:36 AM
Massive buying now of calls
: : 1 • 10 : : 1 • 8

C COLUM 9/9/2022, 4:37 AM
Nothing available to short. Zero
0

P PageMarker 9/9/2022, 4:38 AM
$35 call expiring today? Not too realistic.

A AD3 9/9/2022, 4:39 AM
No Content

C COLUM 9/9/2022, 4:40 AM
Those Calls are usually a sign something is about to drop or shorts are about to buy

P PageMarker 9/9/2022, 4:41 AM
Oh, there's a reason behind it no doubt. Shorts are being run out of town. The mood changed when Sandy bought. Geni not going back into the bottle.

AS APOE on robbin spree 9/9/2022, 4:42 AM
I would laugh so hard if my 1/23 $200 calls expire ITM.
0

MN Matt Nachtrab 9/9/2022, 4:43 AM
Any idea why we are up today? Sorry I've been out of it in a Twitter war.
: : 1 • 19

AS **APOE on robbin spree** 9/9/2022, 4:45 AM

Fighting a twitter war?
[checks share price..]
WTF U doing private? Get your ass back on the front line!!!
:?: 1 • 11

C **COLUM** 9/9/2022, 4:45 AM

All I can think of is someone is in the know and bought all those calls which is pushing up the SP as ppl respond. I mean MMers and shorts respond. Still no covering IMO

C **COLUM** 9/9/2022, 4:46 AM

Unless this is another Citadel manipulation like May 2021 where they drove it up, sold all the calls to ppl to suck them in then slammed it down in last 90 min back to the open. SEC got a big long letter from me on that move. Cost me over $1M for the day

MN **Matt Nachtrab** 9/9/2022, 4:50 AM

No covering is a great thing. Pile in short suckers!
0

M **Me2** 9/9/2022, 4:50 AM

Sounds like FDA is desperate to approve Alzheimer's Drugs/Treatments!

T **ThetaDecay** 9/9/2022, 4:50 AM

I bought 50 shares in Mrs thetas Roth account, so maybe that! Usually I buy and then we get slammed down hard. Still time
0

T **ThetaDecay** 9/9/2022, 4:51 AM

Her Roth is newer than mine but overall does much better. I filled mine in early Jan 2020 and she did her’s in may 2020; she gets much better deals. I did big SAVA buys after much DD right before FUD attacks last year (edited)

BJ **Big Jake** 9/9/2022, 4:52 AM

Completely laughed out loud! (edited)
:: 1 • 2

T **ThetaDecay** 9/9/2022, 4:53 AM

Averaging down and accumulating for long game

K **k-smack** 9/9/2022, 4:57 AM

This would help my $180s!

KN **Kryo Nimbus** 9/9/2022, 4:57 AM

Need to breakn31.95
:: 1 • 8 :: 1 • 5 :: 1 • 5

BJ **Big Jake** 9/9/2022, 5:03 AM

And there it is

JL **Jonni Lost** 9/9/2022, 5:03 AM

Don't we always run-up prior to Remi speaking at conferences?

BJ **Big Jake** 9/9/2022, 5:03 AM

<looks up and it’s exactly on $31.95> Come on, baby!

M **misterx12345.** 9/9/2022, 5:04 AM

Yeah I hope he has some positive stuff to say (edited)

M **Me2** 9/9/2022, 5:04 AM

$32+

0

SG **SAVAdo Gigante!** 9/9/2022, 5:05 AM
I was hoping this was how my SAVA birthday would go!
0

R **ron703** 9/9/2022, 5:06 AM
Come on moving 200 day average

I **Irishgal77** 9/9/2022, 5:06 AM
Happy Savage Birthday!!
0

T **ThetaDecay** 9/9/2022, 5:06 AM
Just needs to double SP and I'll be back in black

M **Me2** 9/9/2022, 5:06 AM
A close above $32 today would be extra sweet!

P **PageMarker** 9/9/2022, 5:07 AM
$32.33!
:🍆: 1 • 7 :🚀: 1 • 8

BJ **Big Jake** 9/9/2022, 5:07 AM
No Content
:✊: 1 • 8 :❤: 1 • 15 :🤪: 1 • 7 :😂: 1 • 9

R **Revealtrade** 9/9/2022, 5:07 AM

B **Bancasava** 9/9/2022, 5:08 AM
It seems this time we will finally hang in over 30
0

GA **GIFers Anonymous** 9/9/2022, 5:08 AM
Hey shorts: "Fuuuuuuuuuuuuck YOUUUUUUUUUU"
:👆: 1 • 11 :👍: 1 • 11 :👏: 1 • 11 :💪: 1 • 14 :🔥: 1 • 11 :🎆: 1 • 1

C **COLUM** 9/9/2022, 5:08 AM
Amazing how fast it moves up when shorts can't hold it down because CTB is too high and no shares availble to borrow
:🍆: 1 • 16 :🥭: 1 • 8 :🔥: 1 • 18

B **Bucky14** 9/9/2022, 5:09 AM
I actually drank out of my Savages mug this morning. I was feeling good vibes
:❤: 1 • 13

I **Irishgal77** 9/9/2022, 5:09 AM
Mo Money, Mo Money, Mo Money!!

R **ron703** 9/9/2022, 5:10 AM
Fill it up again

GA **GIFers Anonymous** 9/9/2022, 5:10 AM
Bik & FUDsters taking their morning D-bag coffee break together. Then I show up with spicy Ginger pressed ham (edited)
0

GA **GIFers Anonymous** 9/9/2022, 5:11 AM

https://vlipsy.com/vlip/old-school-frank-the-tank-fill-it-up-again-46NPLEtL
:🖤: 1 • 1

AS **APOE on robbin spree** 9/9/2022, 5:12 AM
I am APOE. And I approve of this message.
:✊: 1 • 9 :💪: 1 • 5

D **DatsDat** 9/9/2022, 5:14 AM
Wow! Hope Remi gives us something new prior to HCW. Bio markers, CUNY and 200 OL around the corner.
0

M **Me2** 9/9/2022, 5:14 AM
New high for today, $32.54
0

D **DatsDat** 9/9/2022, 5:16 AM
Hoping Remi's dance card full with prospective investors

P **Petey** 9/9/2022, 5:22 AM
$32 is a very important level from what I can see on my daily charts
0

M **misterx12345.** 9/9/2022, 5:23 AM
$32 was support for a long while before the fire side chat fiasco
0

KN **Kryo Nimbus** 9/9/2022, 5:23 AM

B **bradass37** 9/9/2022, 5:26 AM
Where does this thing close today? Guesses?

P **Petey** 9/9/2022, 5:26 AM
Yup and it coincides with the current top of this falling wedge on the daily chart that I've been watching for months:

B **bradass37** 9/9/2022, 5:27 AM
Haha. 37 would be nice!

P **Petey** 9/9/2022, 5:27 AM
It we bust through and close above the wedge, whoa Nelly!!
0

B **Bancasava** 9/9/2022, 5:27 AM
Bradass 37?

C **COLUM** 9/9/2022, 5:29 AM
Maybe the DOJ is about to start arresting the crooks because they are not covering yet?
0

EM **El Magnifico** 9/9/2022, 5:31 AM
Decent number of 35 calls out there.... but without news the shorts/MM will try to drive it down EOD to avoid paying calls or losing puts... 33- 35 IMHO (edited)

V **VanceTheFirst** 9/9/2022, 5:39 AM
At this point, let's just break stuff in general.
:💥: 1 • 4 :💯: 1 • 3 :🤪: 1 • 9

KN **Kryo Nimbus** 9/9/2022, 5:39 AM

Lets break 32.70

JL **Jonni Lost** 9/9/2022, 5:40 AM
Don't we always run-up prior to Remi speaking at conferences? This time might be different if he drops some news that morning.

V **VanceTheFirst** 9/9/2022, 5:40 AM
You can tell it wants to go boom. (edited)

TS **TODD/FOIA SAVAGE** 9/9/2022, 5:42 AM
Doesn't he have to release any news before speaking?

TS **TODD/FOIA SAVAGE** 9/9/2022, 5:42 AM
Tables? I'm from Buffalo. We like to break tables.
0

F **FT23** 9/9/2022, 5:45 AM
$34.87;
way more Calls bought at 35 and Above today for next week and 10/21...,
Plus Remi Speaking on Tuesday!
0

R **Rickety_Cricket** 9/9/2022, 5:47 AM
They can drop a simultaneous PR at the start of the conference to satisfy the Regulation fair disclosure rule, but I would be surprised if we got new info at this conference

I am happy to be wrong though

K **k-smack** 9/9/2022, 5:48 AM
Nice looking win last night. Congrats
0

B **Bancasava** 9/9/2022, 5:49 AM
Next please
:🔥: 1 • 2

A **AD3** 9/9/2022, 5:49 AM
Not sure if i want him to speakk ... JUST wish he just buys shares and says nothing hahaha ,.,,,, love him but GOD past experiences with him speaking been scary
:✅: 1 • 21 :?: 1 • 13

A **AD3** 9/9/2022, 5:50 AM
But im fine with it ,,, ill buy the dip
:✅: 1 • 8 :🏆: 1 • 8 :💎: 1 • 7 :😆: 1 • 7

M **Me2** 9/9/2022, 5:50 AM
Dang we may close above $33 today.

KN **Kryo Nimbus** 9/9/2022, 5:51 AM

P **PageMarker** 9/9/2022, 5:51 AM
Climbing...climbing...))
0

P **PageMarker** 9/9/2022, 5:51 AM
Shorts were colluding to take the SP down when he spoke, not Remi's fault. No way that could have been avoided, I don't think.

C COLUM 9/9/2022, 5:51 AM
Only 21K returned

A AD3 9/9/2022, 5:52 AM
Dunno feels like its BIOMARKERS data that might LEAKED ? To tutes
:🔥: 1 • 13 :🩳: 1 • 11 :🙏: 1 • 14

A AD3 9/9/2022, 5:53 AM
I know that.... That'S why i hope it will be the other way around now

DU Deleted User 9/9/2022, 5:53 AM
PTSD
:🎯: 1 • 9 :🤕: 1 • 4

M Me2 9/9/2022, 5:55 AM
SAVA might make 2M Volume before 12 Noon CST today.

P Petey 9/9/2022, 5:57 AM
No Content
:✊: 1 • 3

M mikev777 9/9/2022, 5:57 AM
33

M Me2 9/9/2022, 5:57 AM
$33

KN Kryo Nimbus 9/9/2022, 5:58 AM
No Content
0

DU Deleted User 9/9/2022, 5:59 AM
Look at us....so freaking happy to be up 11% in a day. Imagine when we go up 9749023%
:🍆: 1 • 17 :🐳: 1 • 10 :💎: 1 • 8 :🔥: 1 • 21 :😻: 1 • 8 :🚀: 1 • 16

R Revealtrade 9/9/2022, 5:59 AM
My asp is $32.99 .... Wow so nice to see I'm almost even again (edited)
:❤️: 1 • 3 :💪: 1 • 6 :💯: 1 • 3

V vinnie 9/9/2022, 6:01 AM
Is that you phone number?
0

C COLUM 9/9/2022, 6:03 AM
Still buying calls
0

AS APOE on robbin spree 9/9/2022, 6:05 AM
He should show up at the conference and simply read the SEC disclosure of his insider buying release that day. Every goddamn boring legal word.
He should then offer to take questions happily.
In response to every question he should deadpan smile and reread his SEC insider buying disclosure as if it's a clear answer and then ask for the next question.
Rinse and repeat until all questions are "answered."
:🔥: 1 • 9

P **PageMarker** 9/9/2022, 6:05 AM
Bid is at $33, all afternoon to watch this climb higher. BUT, you never know if/when it gets slammed.
: : 1 • 2 : : 1 • 3 : : 1 • 1

BJ **Big Jake** 9/9/2022, 6:07 AM

A **AD3** 9/9/2022, 6:07 AM
Nope
: : 1 • 9

TS **TODD/FOIA SAVAGE** 9/9/2022, 6:07 AM
Any chance LB can confirm this is a straight-up presentation and whether or not there is Q&A? The Q&A from the last HCW conference created FUD when he talked about the CP dismissal.

JL **Jonni Lost** 9/9/2022, 6:07 AM
And this is not short covering???
0

P **Petey** 9/9/2022, 6:08 AM
No Content
: : 1 • 2 : : 1 • 4 : : 1 • 5 : : 1 • 1 :💯: 1 • 4

P **PageMarker** 9/9/2022, 6:09 AM
We've had 40 point days before, but if shorts aren't covering yet Elliott Wave III will take us to a new all time high in no time.
: : 1 • 5

A **AD3** 9/9/2022, 6:09 AM
Will check …
0

K **KD2** 9/9/2022, 6:13 AM
@COLUM are you buying lots of calls again??
: : 1 • 3

K **KD2** 9/9/2022, 6:14 AM
Ohhh nice, and the maximum pain is what $27??

M **Mango** 9/9/2022, 6:14 AM
Buying sentiments

M **MMw** 9/9/2022, 6:14 AM
holy rat-milk. i am in the greens again
: : 1 • 15 : : 1 • 4

M **Mango** 9/9/2022, 6:14 AM
This should touch $35 today

M **Mango** 9/9/2022, 6:14 AM
Looking at the volume

GA **GIFers Anonymous** 9/9/2022, 6:15 AM
Lovely 1-Month chart (edited)
: : 1 • 9 : : 1 • 8

JL **Jonni Lost** 9/9/2022, 6:16 AM
Hope someday soon NACHER and all of us with higher DCA prices will be in the green and we can celebrate at SWAP's party in Houston!

:🙏: 1 • 10

GA **GIFers Anonymous** 9/9/2022, 6:17 AM
Big time

R **Revealtrade** 9/9/2022, 6:17 AM
Me too!
0

GA **GIFers Anonymous** 9/9/2022, 6:17 AM
No Content
:🤪: 1 • 2

R **Revealtrade** 9/9/2022, 6:17 AM
Mr Robertson must have a smile on his face too 🖤
:🎯: 1 • 10 :🐳: 1 • 6 :💪: 1 • 7 :🔥: 1 • 5 :😄: 1 • 6 :😇: 1 • 3

R **ron703** 9/9/2022, 6:18 AM
200 day crossed
0

M **Mudd** 9/9/2022, 6:18 AM
Just wait until we get some real volume and watch it go
:🥭: 1 • 9 :👆: 1 • 9 :🔥: 1 • 12

R **ron703** 9/9/2022, 6:18 AM
Algos should be helping now

J **JacobBraun** 9/9/2022, 6:19 AM
I am planning on organizing a Vegas party on approval. Little farther away than Swaps 100 party.
0

BJ **Big Jake** 9/9/2022, 6:20 AM
Always in on a trip to Vegas! Can time a small work trip there as well.
0

J **JacobBraun** 9/9/2022, 6:22 AM
I am trying to think of outfit designs. I am thinking of a shirt saying "but, but, but the blots"
:🧠: 1 • 6 :🤡: 1 • 2 :🩳: 1 • 3

C **COLUM** 9/9/2022, 6:22 AM
I'm sitting tight. No money left to buy anything. Have Property taxes coming up next month and need to keep some money in my bank accounts with ression. Going to wait out my Jan. 2023 calls
0

A **AD3** 9/9/2022, 6:22 AM
@everyone
Please read and share and retweet lets make sure everyone knows !!

https://twitter.com/ad3endalz/status/1568288389857775617?s=21&t=LJSRAdleQDJYMk0-E2Hxvw
0

R **ron703** 9/9/2022, 6:26 AM
They are trying to hold the $33 line

M **Mango** 9/9/2022, 6:26 AM
If positive news keeps coming in , shorts will have to cover soon and there will be short squeez . Quite possible now (edited)

V **VanceTheFirst** 9/9/2022, 6:26 AM
I'm ready for that $100 Swap party!!
0

AS **APOE on robbin spree** 9/9/2022, 6:28 AM
And" IT'S ALL MADE UP"
defendant
:💯: 1 • 6 :🔥: 1 • 8

A **AD3** 9/9/2022, 6:29 AM
Lol yeah sure FU!!È
:🎯: 1 • 3 :🔥: 1 • 4 :🖕: 1 • 2 :🩳: 1 • 5

R **ron703** 9/9/2022, 6:29 AM
They still buying more calls Colum?

R **ron703** 9/9/2022, 6:30 AM
Haha

R **ron703** 9/9/2022, 6:30 AM
You need to transfer your account
0

A **AD3** 9/9/2022, 6:31 AM
This is my swing trading account which only have 10% of my sava shares the rest are in other cash accounts with BMO
That shows you how much they are desperate

MN **Matt Nachtrab** 9/9/2022, 6:32 AM
Wow...

A **AD3** 9/9/2022, 6:32 AM
They are giving me 10% to lend my shares lol
0

A **AD3** 9/9/2022, 6:32 AM
I told them you are charging curerntly 76%
:😂: 1 • 6

A **AD3** 9/9/2022, 6:33 AM
And i am no whale like Matt
0

A **AD3** 9/9/2022, 6:33 AM
So they are Fucked IMHO
0

R **Revealtrade** 9/9/2022, 6:34 AM
You are loaning?

C **COLUM** 9/9/2022, 6:35 AM
No Content

M **MMw** 9/9/2022, 6:36 AM
i also want to be asked as europoor- just to tell them to fuck off if they would chase me with my small amount of shares, you could tell that elmo is burning
:🤣: 1 • 3

A **AD3** 9/9/2022, 6:36 AM
Hell no

0

R **Revealtrade** 9/9/2022, 6:36 AM

A **AD3** 9/9/2022, 6:37 AM
That was his third email ! Since sept 1st !

R **ron703** 9/9/2022, 6:37 AM
I don't understand why anyone would buy 100 sept 9 calls at 35 expiring in less than 3 hours ??? (edited)

M **MMw** 9/9/2022, 6:38 AM
did you notice that AMC is also running? could also be this meme-basket thing...

A **AD3** 9/9/2022, 6:38 AM
They where looking to LEND MY SHARES to pay BACK MATT hahahahahha.....sorry @Matt Nachtrab not hapening (edited)
: 👍: 1 • 21 : 🩳: 1 • 10

M **MMw** 9/9/2022, 6:38 AM
does the expiry also include AH or is it gone with market close?

S **Shoreman** 9/9/2022, 6:38 AM
Cheap and gambling maybe

M **MMw** 9/9/2022, 6:39 AM
i still dont understand how i could double my money with this thing

B **Bancasava** 9/9/2022, 6:39 AM
ANVS too. We are usually 3X of its SP

R **ron703** 9/9/2022, 6:39 AM
I always thought they expired at close (edited)

M **MMw** 9/9/2022, 6:40 AM
but even including AH, how likely is a GOOD PR after fridays close?

EM **El Magnifico** 9/9/2022, 6:41 AM
50/50 IMHO
0

D **Div** 9/9/2022, 6:41 AM
I love this pre-emptive tweet at Fudstein
https://twitter.com/pei_guy77/status/1568292103050137601?s=20&t=HNIXu7tC8_-mdU8LR_h5pw
: 👍: 1 • 20 : 🔥: 1 • 14 :?: 1 • 12 : 😮: 1 • 16

D **Div** 9/9/2022, 6:42 AM
But great to throw it back in his face if/when he does

R **Revealtrade** 9/9/2022, 6:42 AM
I had to tell fidelity to take me off their call list they would not stop!
0

DU **Deleted User** 9/9/2022, 6:42 AM
How good does offense feel?!
: 🔥: 1 • 10

TS **TODD/FOIA SAVAGE** 9/9/2022, 6:42 AM

I'm sure it's been written for weeks just waiting to fill in the blanks.
0

DU **Deleted User** 9/9/2022, 6:43 AM
Totally!

EM **El Magnifico** 9/9/2022, 6:43 AM
I have a feeling we're just at the beginning
:✅: 1 • 5

BJ **Big Jake** 9/9/2022, 6:43 AM
Not true! Not true at all! There are financially invested whales and there are emotionally invested whales who invest financially. You. Are. Both. My. Friend!!

C **COLUM** 9/9/2022, 6:43 AM
GME too
0

D **Div** 9/9/2022, 6:43 AM
So good!!!
:✊: 1 • 4

M **MMw** 9/9/2022, 6:43 AM
No Content
0

R **ron703** 9/9/2022, 6:44 AM
I have most shares in Vanguard cash account they have never contacted me but I'm barely a minnow (edited)

EM **El Magnifico** 9/9/2022, 6:44 AM
Plenty of room for minnows on Sava

R **ron703** 9/9/2022, 6:45 AM
Hoping to get a tent
0

TS **TODD/FOIA SAVAGE** 9/9/2022, 6:45 AM
Genius tweet.
0

BJ **Big Jake** 9/9/2022, 6:47 AM
Not many followers but just an example of so many new Twitter handles launching into SAVA. There absolutely are new retailers jumping in.

I'm happy for them, I truly am, but I'm also a little jelly that they have a better average than me and didn't have to lose years of their lives following this roller coaster for 2+ years…haha!

https://twitter.com/alphasearchnow/status/1568273779398156290?s=46&t=-Um4-Zz6GybOQnEXkcQPnw
:🖤: 1 • 11

A **AD3** 9/9/2022, 6:47 AM
https://twitter.com/ad3endalz/status/1568294982343172096?s=21&t=fflR3rbviF2sIV5nEMHvFw
@everyone

A **AD3** 9/9/2022, 6:47 AM
I really want also to XBI breakout from this downtrending channel !!! We are so close ! It would help all bios + SAVA

C **COLUM** 9/9/2022, 6:48 AM
Maybe Grego is buying his short back because he failed in Hong Kong! Word may be spreading that their latest attempt to bring in more shorts overseas has put them on SEC radar

0

M **MMw** 9/9/2022, 6:49 AM
imagine if we would have missed the past year together as a group
:🖤: 1 • 4 :😮: 1 • 5

M **MMw** 9/9/2022, 6:49 AM
that would be fun

C **COLUM** 9/9/2022, 6:50 AM
Lets just hope Citadel is not behind this rise and they don't attack w/ 90 min. left. If they do I will be sending SEC/DOJ complaint #73
0

BJ **Big Jake** 9/9/2022, 6:50 AM
It's funny, there is actually a lot of truth to that. I really love you all and wouldn't have missed this ride given a choice.
:☑️: 1 • 3 :🖤: 1 • 2 :?: 1 • 5

VF **Van Formerly** 9/9/2022, 6:51 AM
Someone please reply and ask him to put in effort to produce something original than OL, WB and Wang.

C **COLUM** 9/9/2022, 6:53 AM
MMers still at it. No covering. Borrow and Return about even
:🔥: 1 • 2 :🙈: 1 • 1

A **AD3** 9/9/2022, 6:53 AM
No answer from my favourite person ….. so i believe no answer = cant talk and news incoming .. ? i really hope that it could be BIOMARKER or 150-200 oL p2b data at 12months or more
:✊: 1 • 11 :🖤: 1 • 15 :🥰: 1 • 7 :?: 1 • 8

A **AD3** 9/9/2022, 6:55 AM
https://twitter.com/anthony_wsn/status/1568228703057870848?s=21&t=3ZtsLVxftocn8MamCn8SZA

LIVE VIDEO OF ALL MALE SAVAGES !! BALSS OF
0

AS **APOE on robbin spree** 9/9/2022, 6:55 AM
I really like these meta tweets that call out their behavior and make it hard for them to pretend their negative actions are simply happening organically and coincidentally. (edited)
0

F **FT23** 9/9/2022, 6:56 AM
Though the ORTEX data is Not Real Time, and they likely are Covering some today, they just haven't returned the Shares yet…
0

L **lanktron** 9/9/2022, 6:58 AM
Our chart looks super similar to AMC right now

AS **APOE on robbin spree** 9/9/2022, 6:58 AM
Can you explain this further? Is there like a Reddit post or something talking about this?

F **FT23** 9/9/2022, 6:59 AM
, you first need to Buy A Tin Foil Hat…

TS **TODD/FOIA SAVAGE** 9/9/2022, 7:00 AM

Were you following the news he was speaking at a non-profit foundation based in healthcare had invited him to speak and the topic was shorting SAVA stock?

C **COLUM** 9/9/2022, 7:01 AM

Yesterday morning he was listed as Keynote speaker at a HK research conference. Mike777 found it. I sent it to Remi and SEC. Savages attacked the conference on Twitter and Linkedin. The posts were removed by the conference

0

R **ron703** 9/9/2022, 7:01 AM

ANVS up 20% WTF

BJ **Big Jake** 9/9/2022, 7:02 AM

I'm seeing double…haha

A **AD3** 9/9/2022, 7:02 AM

@ron703

GA **GIFers Anonymous** 9/9/2022, 7:02 AM

No Content

:👍: 1 • 7 :💯: 1 • 2

AS **APOE on robbin spree** 9/9/2022, 7:04 AM

This is separate from the speaking he did for that foundation, right?
So he is still planning on speaking at this next conference or we don't know, but the public discussion about it has been removed?

C **COLUM** 9/9/2022, 7:05 AM

I don't know if they are letting him speak still?

C **COLUM** 9/9/2022, 7:05 AM

Just pulling the posts does damage to his argument

C **COLUM** 9/9/2022, 7:06 AM

The same as most of the other big move days we have had

C **COLUM** 9/9/2022, 7:06 AM

OBV up exactly 500K

TS **TODD/FOIA SAVAGE** 9/9/2022, 7:07 AM

They pulled down the post @Matt Nachtrab and I posted on, but there's one from 3 weeks ago if anyone wants to POLITELY point out the hypocrisy of it all.
https://www.linkedin.com/posts/karen-leung-foundation_sohnxhk-sohnxhk2022-nextwavehk2022-activity-6966277658041040896-0gII?utm_source=share&utm_medium=member_ios

A **AD3** 9/9/2022, 7:07 AM

Still need to clear that 200dma .. at around 33.05

C **COLUM** 9/9/2022, 7:07 AM

S **SAVAJava** 9/9/2022, 7:09 AM

When is the conference SAVA is presenting at?!

TS **TODD/FOIA SAVAGE** 9/9/2022, 7:09 AM
One of my comments asked if his speaking about trying to bankrupt a company fit with their mission and what if someone shorted a company out of existence that had a treatment for Karen's cancer.
0

C **COLUM** 9/9/2022, 7:10 AM
Just heard banks are starting to tighten lending. That will hurt shorts

V **vinnie** 9/9/2022, 7:10 AM
Adrian & the gang next target, once they are in the option trade.

BJ **Big Jake** 9/9/2022, 7:12 AM
This Tuesday
0

P **Petey** 9/9/2022, 7:12 AM
As soon as ANVS options are available, they will hit it hard

C **COLUM** 9/9/2022, 7:13 AM
It's starting to feel like May 2021 Op exp day to me. Hope I am wrong

S **SAVAJava** 9/9/2022, 7:15 AM
TY, TY
0

MN **Matt Nachtrab** 9/9/2022, 7:17 AM
Anyone have any good tweets of bik and Adrian acting buddy buddy?

P **Petey** 9/9/2022, 7:21 AM
I wonder what was in that DM to AH

P **Petey** 9/9/2022, 7:21 AM
Here's a start:
https://twitter.com/MicrobiomDigest/status/1506702154043600899?t=tKJcbxYBbIZvbjxpKeKKCQ&s=19
https://twitter.com/MicrobiomDigest/status/1561252212071813120?t=tKJcbxYBbIZvbjxpKeKKCQ&s=19
https://twitter.com/MicrobiomDigest/status/1553576029850980352?t=tKJcbxYBbIZvbjxpKeKKCQ&s=19
https://twitter.com/MicrobiomDigest/status/1540481131883048962?t=tKJcbxYBbIZvbjxpKeKKCQ&s=19

MN **Matt Nachtrab** 9/9/2022, 7:22 AM
good stuff...

MN **Matt Nachtrab** 9/9/2022, 7:23 AM
great content to go along with this:

D **Div** 9/9/2022, 7:23 AM
No Content

D **Div** 9/9/2022, 7:23 AM
Adrian using one of his many twitter accounts
:🎯: 1 • 2 :🔥: 1 • 8 :🤡: 1 • 4

RS **Rico Savage** 9/9/2022, 7:25 AM
Light her up nacher
:🔥: 1 • 8

BJ **Big Jake** 9/9/2022, 7:25 AM
Don't forget on this one, she is quoting the article that states Adrian was a "Data Expert" then they went in days later and removed that part. Kind of like, here's an expert opinion and then when know one is looking, they removed the expert part. Very shady to me.

0

M **misterx12345.** 9/9/2022, 7:31 AM
Looks like it bounced off $32 when they tried to take it down

C **COLUM** 9/9/2022, 7:31 AM
Good sign with reverse of that pullback
:🤞: 1 • 10

GA **GIFers Anonymous** 9/9/2022, 7:35 AM
Adrian TO Bik: "Thanks for letting me gargle your ball sack" ...Too much?... (edited)
:😩: 1 • 5 :🥜: 1 • 5

I **Irishgal77** 9/9/2022, 7:36 AM
Waaay tooo much!
0

P **Petey** 9/9/2022, 7:37 AM
Seems about right to me.
:🎯: 1 • 3

L **lanktron** 9/9/2022, 7:37 AM
Are you implying Adrian actually has balls

GA **GIFers Anonymous** 9/9/2022, 7:38 AM
No...Bik does.
:🔥: 1 • 4

P **Petey** 9/9/2022, 7:38 AM
Maybe it's an empty sack
0

C **CS** 9/9/2022, 7:38 AM
I just threw up in my mouth

C **CS** 9/9/2022, 7:39 AM
Ewwwww
:🕺: 1 • 6

MN **Matt Nachtrab** 9/9/2022, 7:45 AM
This one will get me blocked

MN **Matt Nachtrab** 9/9/2022, 7:45 AM
https://twitter.com/mattnachtrab/status/1568308238327635980?s=46&t=UV79FO-ysyJaliG10xY19A
:👏: 1 • 16 :🔥: 1 • 16

MN **Matt Nachtrab** 9/9/2022, 7:46 AM
No Content
0

C **COLUM** 9/9/2022, 7:48 AM
Still not covering, but who is lending shares at 8%? Citadel loaning to themselves?\
0

C **COLUM** 9/9/2022, 7:51 AM
Ready to break up again unless we are double topping
0

DU **Deleted User** 9/9/2022, 7:51 AM
No Content
:💯: 1 • 12

A **AD3** 9/9/2022, 7:55 AM
Come on get back above that 200dma support

DU **Deleted User** 9/9/2022, 7:55 AM
Those of you who have jobs, how's that going so far today?

M **MMw** 9/9/2022, 7:56 AM
one of the few advantages to live in the european timezone. fun starts usually after work
0

M **Mudd** 9/9/2022, 7:56 AM
Lol. Well. Mine is going just fine

BJ **Big Jake** 9/9/2022, 7:57 AM
Haha, truth

DU **Deleted User** 9/9/2022, 7:58 AM
At least on this occasion it's a fun Friday night. .

Which country, if you don't mind me asking?

DU **Deleted User** 9/9/2022, 7:59 AM
"Working from home"?

C **COLUM** 9/9/2022, 8:00 AM
OBV up 495K right now for the day

M **MMw** 9/9/2022, 8:00 AM
i am the german representative in switzerland. and i am the guy that spent probably time with you in kaiserslautern at one of the games of the soccer world cup 2006

M **Mudd** 9/9/2022, 8:00 AM
Negative. I'm in the office. I have a lot of clients with SAVA
:🧠: 1 • 5 :👍: 1 • 5

C **COLUM** 9/9/2022, 8:01 AM
Do we see final hour slam down or do we continue the ride up

DU **Deleted User** 9/9/2022, 8:02 AM
Ah yes I recall now. Love Switzerland. I miss my Euro trips.
0

M **MMw** 9/9/2022, 8:02 AM
i am there for 12 years now. wont leave
0

D **Div** 9/9/2022, 8:03 AM
they've taken you with their fancy chocolate and watches!

M **MMw** 9/9/2022, 8:03 AM
hopefully i can smuggle all your guys and girls sava gains to liechtenstein soon
0

C **COLUM** 9/9/2022, 8:03 AM

No selling pressure yet? Good sign
0

M **Mudd** 9/9/2022, 8:03 AM
Going to bed short is bad for a lot of reasons
: : 1 • 1

D **Div** 9/9/2022, 8:04 AM
Chocolate statue on Sava Island then
0

KN **Kryo Nimbus** 9/9/2022, 8:04 AM
We're all the same height laying down

M **MMw** 9/9/2022, 8:04 AM
i barely can afford the chocolate

C **COLUM** 9/9/2022, 8:05 AM
This definitely feels something is up. Not short covering. DOJ/SEC action? Big news from SAVA? Something other than covering unless it is dark pool covering? Maybe that options market maker warning is about Citadel and they know SAVA is going to squeeze
: : 1 • 9

DU **Deleted User** 9/9/2022, 8:05 AM
That will change soon enough.
:✅: 1 • 5 : : 1 • 2 :🎯: 1 • 3 :💎: 1 • 3

C **COLUM** 9/9/2022, 8:06 AM
Need to break 33.50 to take out double top
0

M **MMw** 9/9/2022, 8:06 AM
especially on a friday
0

C **COLUM** 9/9/2022, 8:09 AM
Options dried up last 2 hours

A **AD3** 9/9/2022, 8:10 AM
I will be happy with that close above the 200dma … we would be above all moving average for the first time since : NOVEMBER 4th 2021 !!! When sava was cleared by JNS news and only lasted four days (edited)
: : 1 • 14 : : 1 • 13

M **MMw** 9/9/2022, 8:12 AM
No Content
0

V **VanceTheFirst** 9/9/2022, 8:13 AM
I love it! Taking the fight to them. YES!!

M **MMw** 9/9/2022, 8:16 AM
will we fly if we cross 33.50? 45 minutes to go

C **COLUM** 9/9/2022, 8:17 AM
Should

D **DatsDat** 9/9/2022, 8:17 AM
Sure seems like something is up??? What a great start to weekend!

M MMw 9/9/2022, 8:17 AM
it feels like someone picked our side
0

C COLUM 9/9/2022, 8:18 AM
I am hoping this is DOJ insiders and SEC insiders buying because they are going to take down the scheme.
0

D Div 9/9/2022, 8:19 AM
@Matt Nachtrab - if you want more ammo for Adrian (as if the current list isn't enough) here's another tweet where he posted a link to Remi's house with address etc. I can't see the original post, perhaps because I reported it. But here's a screenshot and link
https://twitter.com/adrian_h/status/1431432920762392577?s=12&t=jW1REYOzTixt8KYDQ-O-9Q (edited)

C COLUM 9/9/2022, 8:19 AM
When that happens SAVA will be known everywhere

C COLUM 9/9/2022, 8:20 AM
I was not following it

KN Kryo Nimbus 9/9/2022, 8:20 AM
Here we go, we will break 33.5 (edited)

C COLUM 9/9/2022, 8:20 AM
All the indexes bounced off 61.8% Fib yesterday too.

C COLUM 9/9/2022, 8:20 AM
According to CNBC

B Bancasava 9/9/2022, 8:21 AM
What is next?

M MMw 9/9/2022, 8:21 AM
we know that everything that is corrupt is a possibility. but maybe a stupid question- would that be "legal"?

M MMw 9/9/2022, 8:22 AM
funny thing is, nacher spends a full day just on AH and EB. there are 100s posts this dirty by the others
:💯: 1 • 1

KN Kryo Nimbus 9/9/2022, 8:23 AM
No Content
:🌛: 1 • 4 :🚀: 1 • 3

C COLUM 9/9/2022, 8:23 AM
They get away with giving WB money to former SEC attorneys and that just came out in the news after 10 years. DOJ is big and so is FBI. One guy tells another who would investigate? Nobody
0

M MMw 9/9/2022, 8:23 AM
is this ur anus?
:🤪: 1 • 4

M MMw 9/9/2022, 8:23 AM
only the rat breeder. my god

KN Kryo Nimbus 9/9/2022, 8:24 AM
It will break today is our day @COLUM

KN **Kryo Nimbus** 9/9/2022, 8:24 AM
Only if you buy me dinner @MMw
:👍: 1 • 2

C **COLUM** 9/9/2022, 8:24 AM
Come on break though

C **COLUM** 9/9/2022, 8:25 AM
75K change in borrowing

C **COLUM** 9/9/2022, 8:26 AM
Delayed 75Min. so this could have been for the last leg down

P **PageMarker** 9/9/2022, 8:28 AM
Day traders getting out here, perhaps.

C **COLUM** 9/9/2022, 8:29 AM
It was a solid walk down on 50k

C **COLUM** 9/9/2022, 8:29 AM
minus 319 CCI now. Oversold

A **AD3** 9/9/2022, 8:30 AM
They know it would trigger more algos … getting it above MA'S

C **COLUM** 9/9/2022, 8:30 AM
Now minus 384

C **COLUM** 9/9/2022, 8:30 AM
Final 30 min

C **COLUM** 9/9/2022, 8:31 AM
If nobody panics they should fail to take it down

I **Irishgal77** 9/9/2022, 8:34 AM
C'mon New money...Somebody buy some Sava before the weekend...
:💯: 1 • 2

M **mikev777** 9/9/2022, 8:37 AM
I'll be happy even if we stay here. Options expiration having no effect is yet another signal something has changed.
:👆: 1 • 6

A **AD3** 9/9/2022, 8:37 AM
33.05 + close all i ask for today lol
0

R **Revealtrade** 9/9/2022, 8:37 AM
I just went into my son's account and bought 10 shares
:🔥: 1 • 6 :😍: 1 • 8 :🚀: 1 • 3

C **COLUM** 9/9/2022, 8:38 AM
Either MM hold it for options or we break new high on the close
0

H **HighlanderOne** 9/9/2022, 8:38 AM
I vote new high
0

C **COLUM** 9/9/2022, 8:39 AM
OBV exactly up 500K

P **PageMarker** 9/9/2022, 8:40 AM
Late push for $33 calls? Don't expect it, but we'll see in 20 min.
0

P **PageMarker** 9/9/2022, 8:41 AM
Wouldn't surprise me, VInnie, FDA sides with Big Pharma.

V **vinnie** 9/9/2022, 8:41 AM
In June, Health Canada granted conditional approval to the med, AMX0035, under the brand name Albrioza. I wonder Health Canada might grant Simufilam approval ahead of FDA?

C **COLUM** 9/9/2022, 8:41 AM
I see some calls being sold now, might be pushing SP down

C **COLUM** 9/9/2022, 8:46 AM
Nobody is dropping the Ask price. Attempts to drop the Bid but ask is solid at 32.88

M **mikev777** 9/9/2022, 8:47 AM
Even if price closes below 33, we still beat MMers on options expiration. Low open interest at 33. There was more at 30.
0

A **AD3** 9/9/2022, 8:48 AM
We need SWAP to buy with some pocket change lol
0

S **Shoreman** 9/9/2022, 8:48 AM
Almost there!

DU **Deleted User** 9/9/2022, 8:48 AM
@AD3 I like that your OTHER favourite person has not responded
0

C **COLUM** 9/9/2022, 8:49 AM
Not just the stock

C **COLUM** 9/9/2022, 8:49 AM
something definitely feels up
0

C **COLUM** 9/9/2022, 8:49 AM
Maybe someone used the options to push it up to see if they pulled the usual BS manipulating it

A **AD3** 9/9/2022, 8:49 AM
Yes very unusual lol … i will take it positive !
0

A **AD3** 9/9/2022, 8:50 AM
3million + traded on the day … volume been excellent recently 3
0

C **COLUM** 9/9/2022, 8:50 AM
Maybe the arrests have already started? Shorts are in cuffs and can't respond

DU **Deleted User** 9/9/2022, 8:50 AM
You asked for that emoji Colum

0

M **mikev777** 9/9/2022, 8:50 AM
Hopefully she doesn't respond Monday as well. Then we know.
0

KN **Kryo Nimbus** 9/9/2022, 8:50 AM
No Content
0

C **COLUM** 9/9/2022, 8:51 AM
I have been called worse than that

C **COLUM** 9/9/2022, 8:52 AM
Options are not reason to hold below 33 if not much Open Interest
0

V **vinnie** 9/9/2022, 8:53 AM
Hope you are right. Love to see the trolls in jail.

AS **APOE on robbin spree** 9/9/2022, 8:56 AM
Someone put in an order for 100k shares limit $33.05 to make @AD3 happy.
Any takers?
My uhhh 100k worth is between accounts at the moment. Also exists only in 2023 forward...
0

C **COLUM** 9/9/2022, 9:00 AM
They had the price pegged for 32.88 with 20 min. to go (edited)

KN **Kryo Nimbus** 9/9/2022, 9:00 AM
No Content

KN **Kryo Nimbus** 9/9/2022, 9:00 AM
Weekly chart
0

C **COLUM** 9/9/2022, 9:00 AM
Off by .08. 32.80

C **COLUM** 9/9/2022, 9:01 AM
47.5K on the close buy

C **COLUM** 9/9/2022, 9:01 AM
Need to keep an eye on news over the weekend or AH
0

SG **SAVAdo Gigante!** 9/9/2022, 9:01 AM
Only 10.5% before I'm back in the green in my main account.
0

C **COLUM** 9/9/2022, 9:02 AM
Nobody selling, so they are in trouble
0

KN **Kryo Nimbus** 9/9/2022, 9:02 AM
We got good volume and a wonderful close
0

C **COLUM** 9/9/2022, 9:02 AM

Not one trade after the BOC

C **COLUM** 9/9/2022, 9:02 AM

33.10 Ah already

M **Mudd** 9/9/2022, 9:02 AM

That was a very good close

:💯: 1 • 2

M **mikev777** 9/9/2022, 9:04 AM

Very positive. Personally I don't pay too much attention to MAs. On price action alone, looks bullish. Closed above previous resistance for weekly closes and into two previous wicks. Could see a reversal next week to go up the following but with something brewing, who knows. (edited)

0

M **mikev777** 9/9/2022, 9:05 AM

Great week this week! Have a good weekend everybody!

:✊: 1 • 12

C **COLUM** 9/9/2022, 9:10 AM

You can see the jump in borrowing right when they needed to take SP down 75Min ago

0

C **COLUM** 9/9/2022, 9:11 AM

Are you going to go to a Wake at the local pub? Everyone will be out drinking there tonight to talk about the Queen

MN **Matt Nachtrab** 9/9/2022, 9:11 AM

No Content

0

M **mikev777** 9/9/2022, 9:11 AM

I wonder whose providing the CTB min of 8.27% to borrow. That's crazy.

C **COLUM** 9/9/2022, 9:12 AM

But still show 127K borrowed

P **Petey** 9/9/2022, 9:12 AM

Like COLUM said, it's Citadel lending to themselves. Lol!

:💯: 1 • 3

MN **Matt Nachtrab** 9/9/2022, 9:12 AM

No shares availabe and average of 76%

C **COLUM** 9/9/2022, 9:12 AM

Inside deal between the same guys printing the shares off options?

:💯: 1 • 1 :🙏: 1 • 1

M **mikev777** 9/9/2022, 9:14 AM

I'm actually already home. Left work early. But you're right, we should have gone out with a few from work. Probably will continue over the weekend. (edited)

MN **Matt Nachtrab** 9/9/2022, 9:14 AM

Not the live data at interactive brokers. they have zero shares

C **COLUM** 9/9/2022, 9:15 AM

Someone on YMB said JP Morgan listed SAVA as short and they have to close 2 of their ETF's worth Trillions

C **COLUM** 9/9/2022, 9:16 AM

Maybe that is behind the move

MN Matt Nachtrab 9/9/2022, 9:16 AM
The brokers have their own investory that comes in and gets loaned out

C COLUM 9/9/2022, 9:16 AM
I know, but they still managed to borrow!

KN Kryo Nimbus 9/9/2022, 9:16 AM
?

C COLUM 9/9/2022, 9:16 AM
Phase 6 is the reason they are closing

KN Kryo Nimbus 9/9/2022, 9:16 AM
If that's true will that surge our stock ?@COLUM

MN Matt Nachtrab 9/9/2022, 9:17 AM
So for example ML gets 60k more shares to lend and has people waiting to borrow and just lends them

MN Matt Nachtrab 9/9/2022, 9:17 AM
The guy at the loan desk says there is a waiting list for 500k shares that he has for sava

C COLUM 9/9/2022, 9:17 AM
Is that how they explained not having any shares to transfer, but your shares were really phantom

MN Matt Nachtrab 9/9/2022, 9:18 AM
Well that was IB. they just told me that my shares were being loaned out and they couldn't get shares to give me lol. horrible

M mikev777 9/9/2022, 9:18 AM
Oh so shorts are waiting to act.

C COLUM 9/9/2022, 9:19 AM
Did you tell the SEC?

C COLUM 9/9/2022, 9:19 AM
So that spike buying yesterday of 300K was probably them buying your shares correct

M mikev777 9/9/2022, 9:19 AM
This would be a good time for anybody who has shares in a margin account to move them to cash.
Do we know if Remi keeps his shares in a margin account or cash? If margin, moving to cash would definitely cause a squeeze.
:💪: 1 • 2

C COLUM 9/9/2022, 9:20 AM
I'm sure Remi has no margin
0

DU Deleted User 9/9/2022, 9:20 AM
https://www.prnewswire.com/news-releases/jp-morgan-asset-management-announces-liquidation-of-two-exchange-traded-funds-301605018.html

C COLUM 9/9/2022, 9:21 AM
This dropped on Fidelity this morning. Probably helped the move

DU Deleted User 9/9/2022, 9:21 AM
Says they closed on Wednesday

C COLUM 9/9/2022, 9:21 AM
They closed but liquidation takes time

DU Deleted User 9/9/2022, 9:22 AM
No Content
0

DU Deleted User 9/9/2022, 9:23 AM
You're right. It's next Wednesday.

KN Kryo Nimbus 9/9/2022, 9:23 AM
It will be a wonderful view from that summit
:✊: 1 • 1 :🖤: 1 • 3

KN Kryo Nimbus 9/9/2022, 9:23 AM
Destination FDA people

BJ Big Jake 9/9/2022, 9:25 AM
The day after SAVA presentation…haha

KN Kryo Nimbus 9/9/2022, 9:26 AM
And how do we know these etfs has short sava position?

DU Deleted User 9/9/2022, 9:29 AM
If they did it was only a minor stake as SAVA is not listed here.

KN Kryo Nimbus 9/9/2022, 9:30 AM
I think the price action we are seeing is due to insiders buying, fantastic 100 OL, FTDs due, and now the presentation Tuesday

M mikev777 9/9/2022, 9:39 AM
I think it comes from this fintel disclosure list but seems JP Morgan as a whole had more SAVA shares than PUTS. List doesn't show which fund or ETF was holding what. Positions in puts seem to be minor.

EDIT: although information seems to be dated.

https://fintel.io/so/us/sava/jpmorgan-chase- (edited)

MN Matt Nachtrab 9/9/2022, 9:40 AM
Not yet

MN Matt Nachtrab 9/9/2022, 9:41 AM
I'll think about it. I want them to pay me for the fees they got lending it while they failed to deliver them to me

C COLUM 9/9/2022, 9:41 AM
Write it before Monday. Give them more ammo against illegal trading

C COLUM 9/9/2022, 9:41 AM
Website is easy and will only take 5 min.

MN Matt Nachtrab 9/9/2022, 9:42 AM
3M for 10 days at 60% interest.
0

C COLUM 9/9/2022, 9:42 AM
Good luck with that. They will deny deny deny.

MN **Matt Nachtrab** 9/9/2022, 9:43 AM
thats why i am also reaching out to Wes about it

MN **Matt Nachtrab** 9/9/2022, 9:43 AM
Good point.

M **mikev777** 9/9/2022, 9:43 AM
They could give you at least part of that or you can just threaten to move your entire portfolio.
0

C **COLUM** 9/9/2022, 9:43 AM
SEC will bring penalties and recoup your money (edited)

MN **Matt Nachtrab** 9/9/2022, 9:43 AM
Yes and I do not know enough about the terms and sec regulation on transfering away shares people request

C **COLUM** 9/9/2022, 9:44 AM
They should have bought to cover the day you asked to transfer, but did not want to help move the SP up, so they screwed you. SEC will bring an action and you may get a reward too
:👍: 1 • 5

C **COLUM** 9/9/2022, 9:44 AM
Since it is open shut with proof

V **vinnie** 9/9/2022, 9:45 AM
Remi & Sandy lend out their shares again- from the trolls.

V **VanceTheFirst** 9/9/2022, 9:48 AM
Nacher has been fun to watch this week! Going for the throat daily! The shorts are seriously dismayed at his boldness.
:💯: 1 • 16

C **COLUM** 9/9/2022, 9:48 AM
Especially with the amount of money involved

V **VanceTheFirst** 9/9/2022, 9:48 AM
No Content
0

V **vinnie** 9/9/2022, 9:48 AM
Ps ask, it is about $50K they owe you.

MN **Matt Nachtrab** 9/9/2022, 9:49 AM
No Content
:🙀: 1 • 2

C **COLUM** 9/9/2022, 9:50 AM
Put the threat out first. Tell them what you want or you will file complaint with SEC and if they don't agree within 3 business days file.
0

MN **Matt Nachtrab** 9/9/2022, 9:50 AM
I cannot believe the way she acts. She is supposed to be a defender of science integrity! She is 100% trash
:💩: 1 • 8 :💯: 1 • 18 :🗑: 1 • 7

MN **Matt Nachtrab** 9/9/2022, 9:51 AM
I really really try to see the good in people but I really do not think these people have any.
0

MN **Matt Nachtrab** 9/9/2022, 9:52 AM
I hope cassava sues the shit out of her
0

MN **Matt Nachtrab** 9/9/2022, 9:52 AM
Also it is amazing that these people really cannot take a moment to read

M **misterx12345.** 9/9/2022, 9:52 AM
She's 100% fraud
0

M **misterx12345.** 9/9/2022, 9:53 AM
She's in on the scheme. She'll play the victim card when it benefits her but doesn't care who her actions hurt
0

MN **Matt Nachtrab** 9/9/2022, 9:53 AM
they are getting drug into court by all these shareholder lawsuits

MN **Matt Nachtrab** 9/9/2022, 9:53 AM
drag them to coourt

MN **Matt Nachtrab** 9/9/2022, 9:53 AM
I will do exactly that
0

BJ **Big Jake** 9/9/2022, 9:54 AM
Not to get political, but it's just like that. People that love Biden will defend and excuse every undesirable action and people that love Trump will defend and excuse every undesirable action he makes. This is exactly the same. Her followers love her and will defend her undesirable actions, she's trained them.

MN **Matt Nachtrab** 9/9/2022, 9:55 AM
Yes, and they just like her stuff. I see all teh people liking them because its my thread

S **SvenLakistan98** 9/9/2022, 9:56 AM
Just checking in for the day… Oh tides are turning and we are on the right side, Savages! Love @Matt Nachtrab's fight on Twitter; they are disgusting people. (edited)
:👍: 1 • 5

VF **Van Formerly** 9/9/2022, 9:58 AM
shorts could buy these on the last day to cover without raising the price too much. Buy cheap last day options and then start buying more stock to get thrm ITM. Perhaps I am thinking too much.

C **COLUM** 9/9/2022, 9:58 AM
Remember Remi saying about her. "Imagine her shock and awe when it happens" after Bik was in an article in Belgium bragging that she had never been taken to court
:👮: 1 • 12 :💯: 1 • 9 :👨‍⚖️: 1 • 8 :🚔: 1 • 10

C **COLUM** 9/9/2022, 10:00 AM
They are part of a team working together on a scheme. They have to support each other or one of them will show up as a mole!
0

S **SvenLakistan98** 9/9/2022, 10:00 AM
@Kryo Nimbus your positive vibes are paying dividends
:🖤: 1 • 3

C COLUM 9/9/2022, 10:02 AM
Look what I just found. Cup with Handle pattern on Fidelity
0

S SM 9/9/2022, 10:03 AM
@Matt Nachtrab she is also trying to create sympathy by saying rich people are attacking her SMH

C COLUM 9/9/2022, 10:04 AM
Should take us up to 36 or 37 area minimum
:: 1 • 6

C COLUM 9/9/2022, 10:04 AM
She was hired by the richest crooks in the world
0

TS TODD/FOIA SAVAGE 9/9/2022, 10:11 AM
I wonder if she ever had a problem with the millions Jessica Richman and Zachary Apte made at uBiome?
:: 1 • 4

V vinnie 9/9/2022, 10:17 AM
Matt, she blocked me, but will be nice to quote the tweet for her fans to see.

https://twitter.com/vinnie66007649/status/1568347035069288451?s=12&t=nq9lxUCImzdRxHJ2fKxFSA

AS APOE on robbin spree 9/9/2022, 10:18 AM
@Matt Nachtrab I made a reply for you!
...
I'll tell you what's not amusing, caring for a loved one slowly losing their mind and dying in front of your eyes. The callousness of the coordinated efforts to halt promising trials to aid a financial bet (coordinated efforts of which you are a central pillar of) boggles the mind.
It's not about you. It's about the importance of concluding the scientific process (something the FDA unequivocally agrees with me on for Simufilam).
You can narcissistically revel in the limelight your roll in these coordinated efforts provides now, but let your narcissist side ponder how your legacy will look after being central in a campaign to stop science on such a fatal disease for profit if those trials simply replicate average cognition improvement?
I'll give you a hint: worse than merely being the Scientific and Editorial Director of a now bankrupt company under DOJ criminal charges for fraud. Way worse.
:: 1 • 13 :: 1 • 19

AS APOE on robbin spree 9/9/2022, 10:19 AM
Is that too long for one of those Twitter things You kids do these days?
0

AS APOE on robbin spree 9/9/2022, 10:20 AM
I call shotgun!
0

AS APOE on robbin spree 9/9/2022, 10:21 AM
(and no that's not a threat... my weapon is the pen... or a poorly wielded epee) (edited)

BJ Big Jake 9/9/2022, 10:22 AM
That is a fantastic response.

MN Matt Nachtrab 9/9/2022, 10:24 AM
I can make it work!:)

AS APOE on robbin spree 9/9/2022, 10:26 AM
If you're actually going to use, do you want me to tighten it up?

AS **APOE on robbin spree** 9/9/2022, 10:29 AM

I hereby license all SAVAGES member of any of the discords I am a member of the right to distribute or publish, In whole or in part, create, derivative works, and sub license to any entity for any purpose (other than aiding shorts or the devil, the extent there is a distinction therein) without royalty or attribution. (edited)

: : 1 • 9

AS **APOE on robbin spree** 9/9/2022, 10:40 AM

Love it...

AS **APOE on robbin spree** 9/9/2022, 10:43 AM

@Big Jake reply for you now: "so your point in warning Matt to be careful is: "Yes. I asked for credit in the rape shaming report but NO I didn't BEG for it!!! Careful or I'll sue you for defamation because you used the wrong verb to describe how deeply I wanted attribution in that rape shame report!!! Oh and [checks if anyone is looking] let's empower women, right folks?!?"

0

AS **APOE on robbin spree** 9/9/2022, 10:44 AM

All right, nobody responded to me for a couple hours. I need to do some real work

: : 1 • 9

BJ **Big Jake** 9/9/2022, 10:45 AM

I 'll have to massage it a little, too long for twitter. But I absolutely love it. Hey, this is real life Cyrano!!

: : 1 • 2 : : 1 • 2

F **fastpitch** 9/9/2022, 11:00 AM

Nothing useful to add to all of these fantastic posts today other than Cheers to a great last few weeks fellow SAVAges!

TS **TODD/FOIA SAVAGE** 9/9/2022, 11:00 AM

She's warning @Matt Nachtrab about online behavior when that's exactly what he's doing? How does she miss that?

: : 1 • 4

M **Mudd** 9/9/2022, 11:06 AM

She's a bright one

T **ThetaDecay** 9/9/2022, 11:17 AM

@Matt Nachtrab

: : 1 • 7 : : 1 • 18 : : 1 • 9

KN **Kryo Nimbus** 9/9/2022, 11:18 AM

No Content

: : 1 • 2 : : 1 • 1

A **amaver01** 9/9/2022, 11:30 AM

But you got US foreign policies wrong..

0

A **amaver01** 9/9/2022, 11:30 AM

Plus...you are such a hard working person. Superb impressed with your patience and decency

0

A **amaver01** 9/9/2022, 11:32 AM

She is a very low life person.....not worth engaging (edited)

C **CS** 9/9/2022, 11:32 AM

Apologize if this has already been shared earlier today. I was out shopping again!
https://seekingalpha.com/news/3881727-sava-stock-reaches-over-five-month-high-on-rising-volumes?utm_source=mystocksportfolio.app&utm_medium=referral

0

H HighlanderOne 9/9/2022, 11:40 AM
I was wondering if you were out shopping. Can we contribute?? Monday is a good shopping day also.
0

C CS 9/9/2022, 11:46 AM
Just because I am shopping doesn't mean I am not watching SAVA on my phone lol! But yes, I am taking shopping donations if anyone wants to contribute so that I can keep our share price rising!

C CS 9/9/2022, 11:47 AM
Going to get my done on Monday so that should do the trick!

H HighlanderOne 9/9/2022, 11:50 AM
Thank you for your continued sacrifice.
0

J jeffspicolli. 9/9/2022, 11:54 AM
Good day for Market today and especially SAVA.Emergency moving houses from Hurricane Earl for me.Have a great weekend everyone.
0

H HighlanderOne 9/9/2022, 11:56 AM
So do you put them back when the hurricane is gone?

J jeffspicolli. 9/9/2022, 12:08 PM
They have a 300' long lot.We move it away from the ocean 200' or more.Then we jack it up and put new pilings under house.Then we let it down.
0

DU Deleted User 9/9/2022, 12:11 PM
Would love to see pictures

MN Matt Nachtrab 9/9/2022, 12:14 PM
Thanks amhbll. Means a lot
0

MN Matt Nachtrab 9/9/2022, 12:15 PM
I'm gonna print that and put it on my wall. Is that creepy?
:💯: 1 • 8

J jeffspicolli. 9/9/2022, 12:15 PM
Abby.I will send some Monday.I have been so busy on the job that I didn't take any pictures.Maybe the crew took some.
0

H HighlanderOne 9/9/2022, 12:24 PM
Swap's party -- you won't have to look far to see the good in a lot of people!!! Thank you for all you do.
0

C CS 9/9/2022, 12:26 PM
No Content
:🎯: 1 • 14 :🏆: 1 • 7 :🙌: 1 • 11

H HighlanderOne 9/9/2022, 12:37 PM
Good grief only 72 more cents and I will be even. WOW!! Hope this is not a set up for the Remi speech.
:✊: 1 • 8 :💎: 1 • 10 :🖤: 1 • 8

D Donnybrook 9/9/2022, 12:56 PM
Bik and Ratman probably drank the Camp Lejeune water
:🙁: 1 • 3

S SvenLakistan98 9/9/2022, 1:15 PM
Nice AH finish

S SM 9/9/2022, 1:20 PM
Sweet, that's all AD3 wanted for today (edited)
0

T Talva~ 9/9/2022, 1:22 PM
Just come to say hi to everyone. What a great week for SAVA.

Have a good weekend army
0

C COLUM 9/9/2022, 1:27 PM
https://finance.yahoo.com/news/16-best-penny-stocks-buy-160857238.html

C COLUM 9/9/2022, 1:28 PM
They mention SAVA prominently with Apple
0

A amaver01 9/9/2022, 1:29 PM
BNGO...I know Chief Medical Officer. she is good and aggressive.

P PageMarker 9/9/2022, 1:31 PM
$33.31 After Hours 35.6k vol.
0

M Mudd 9/9/2022, 1:31 PM
Damn. Nice comments about SAVA a couple of days in a row online
:✅: 1 • 10 :👍: 1 • 13

K k-smack 9/9/2022, 1:35 PM
No Content
:🌈: 1 • 6 :🏆: 1 • 14 :📺: 1 • 6 :🤣: 1 • 9 :😂: 1 • 10 :🙌: 1 • 7

S SM 9/9/2022, 1:36 PM
That was one of the hottest stock in 2020

V VanceTheFirst 9/9/2022, 1:36 PM
The shorts are heavily on the defensive now. The rest of 2022 belongs to us. Also, 2023 is ours. Basically the shorts are screwed and finished and we win.
:💯: 1 • 20 :😆: 1 • 13 :🙏: 1 • 10

A amaver01 9/9/2022, 1:58 PM
I was not even in market at that time...

V VanceTheFirst 9/9/2022, 1:58 PM
That was one of those crazy up, crazy down stocks.
0

V VanceTheFirst 9/9/2022, 1:59 PM
I was all in on Tesla and Nio during that time. Fortunately I went all in on SAVA and not BNGO.
0

A amaver01 9/9/2022, 2:05 PM
I went into sava all in after 9 months data. what a crazy time.
0

A amaver01 9/9/2022, 2:06 PM

less than a year...all in

S **SM** 9/9/2022, 2:12 PM
I remember buying it sub 1$ and didn't sell when it went to 20+
Had to settle for 5ish eventually

S **SM** 9/9/2022, 2:12 PM
Smart

A **AD3** 9/9/2022, 2:20 PM
Yeahhhh 🙂)) hahaha
0

A **amaver01** 9/9/2022, 2:24 PM
squeeze is coming soon...
:🔥: 1 • 7

A **amaver01** 9/9/2022, 2:24 PM
No Content

A **AD3** 9/9/2022, 2:24 PM
Have an amazing weekend SAVA FAM ! We all hopefully be making a difference one day for millions of people in need

#INSAVAWETRUST! #SAVESAVA

#ENDALZ
:❤: 1 • 24 :💯: 1 • 14

A **amaver01** 9/9/2022, 2:24 PM
what the heck... shorting still above 50%?

M **Mango** 9/9/2022, 2:24 PM
I am 100 percent sure that our time has come now. We all will be celebrating every weekend from now on

M **Mango** 9/9/2022, 2:25 PM
Am not selling at any point of time
0

S **SM** 9/9/2022, 2:27 PM
Fireworks starting right on time for the Diwali
0

M **Mango** 9/9/2022, 2:38 PM
Time to invest more on Sava

M **Mango** 9/9/2022, 2:38 PM
This is life changing for good for sure

M **Mango** 9/9/2022, 2:39 PM
Patience is the key

S **SavaJoy** 9/9/2022, 3:12 PM

S **SavaJoy** 9/9/2022, 3:12 PM
What a great finishing of the week! The first joyful Friday for SAVA in a long long time! Today is also the eve of Moon Festival (also called a Mid-Autumn Festival) for Chinese Heritage! Today and Tomorrow we are supposed to have the most perfect round MOON of the year in the sky! Coincidence, SAVA and we all MOON! Share a Moon Cake with my

SAVA FAMILY!
:❤: 1 • 18 :🤜: 1 • 13

AS **APOE on robbin spree** 9/9/2022, 3:19 PM

I put together a point by point rebuttal of Piller's Science article and sent it to a fencing friend who happens to be a Neurologist (like the great @ThetaDecay). The guy nervously forwarded me the science article last month saying he was worried.
After reading my current rebuttal he responded with this:
Hello XXXX, I will admit my head is spinning from rereading that Science article separately then going through your email.

I agree with essentially all the points you made. There are some details I did not recall or would not have the wider perspective, But generally my gut feeling is that you are right on. The subtle language and phrasing from Pillar certainly suggest there is an ax to grind. As you note, there seem to be many people with an agenda driving their actions.

You are also quite correct in thinking that rather than trying to stop the clinical trial, the easiest way to profit if you think this will fail is to simply short The stock. Also, the relevance of some of the Abeta articles to Simulfam is weak.

The blot controversy is sort of like trying to determine if there are Real alien UFOs or not.

I sold out my position and took a big loss after the science article, which in retrospect was regrettable as the stock has come back. I simply couldn't stomach The volatility. if I think about it too much, I get heartburn particularly regarding the manipulation of the short-sellers. Hopefully if The clinical trials work out, Real people will benefit and it is not too late then to get back in as there will be a long ride upwards. (edited)
:❤: 1 • 18 :🙀: 1 • 13

M **misterx12345.** 9/9/2022, 3:24 PM

Some people just don't have the temperament to deal with the volatility. It takes some real courage and conviction
0

S **savanator.** 9/9/2022, 3:24 PM

Unbelievable that a physician would believe the FUD. Goes to show not all physicians are aware of the development process and FDA accountability
:✅: 1 • 15

A **amaver01** 9/9/2022, 3:26 PM

agree, its not easy what we have gone thru.
:💯: 1 • 7

DU **Deleted User** 9/9/2022, 3:31 PM

We are fortunate to have ARMY....I might have sold a long time ago too if I didn't have all of you with all the brains and morale support
:💯: 1 • 19 :?: 1 • 29

SG **SAVAdo Gigante!** 9/9/2022, 3:33 PM

Absolutely! And I DEFINITELY wouldn't have had the courage to buy the dips!
:✊: 1 • 13 :💎: 1 • 12 :💪: 1 • 16

AS **APOE on robbin spree** 9/9/2022, 3:46 PM

People have a certain level of trust in Science and doctors are trained on learning and applying what is rather than deeply diving into the why/edge of knowledge. I am not too surprised many fall active but it is quite sad.
I feel bad for him.
I did try to warn him though.
0

P **Petey** 9/9/2022, 3:49 PM

Unfortunately, he's the type of retail investor these FUDster AHs prey on.
:👆: 1 • 2

S **Sevenlee** 9/9/2022, 3:50 PM

As a group, we have done tremendous amount of work to dissect every aspect of a drug development. I remember how concerned I was when first reading accusation of fake clinic data last year -- when you understand how clinic data is collected as a completely independent system, it became simply laughable. Totally agree with @Deleted User , we are

fortunate to have the ARMY ( I am so missing HODL who is taking a well deserved break)
:👏: 1 • 24 :💎: 1 • 14 :😅: 1 • 17 :?: 1 • 16

H **HighlanderOne** 9/9/2022, 3:52 PM
Mostly conviction!! I have never doubted this science and the people involved. It was hard losing all my hard earned money but thanks to the shorts I will be at 2.+ million instead of 1+ million like last time when we took off. That was fun. Looking forward to that ride again AND then some!!!
:🤘: 1 • 10

S **Sevenlee** 9/9/2022, 3:55 PM
Raised by a physician, I can say your friend's decision did not surprise me. Physicians are trained to think in a certain way. I also have to admit, as a SAVA long, I came fairly close to " wash my hands and move on" twice: not that I didn't trust the data, just had enough of the volatility.
0

H **HighlanderOne** 9/9/2022, 3:56 PM
No roller coaster rides for you on SAVA island!!!
:📈: 1 • 6

A **AD3** 9/9/2022, 3:56 PM
#TRUESAVAGE ! And i really hope for you that i will be worthed at the end !! Which i have 99.99% conviction tody
0

A **AD3** 9/9/2022, 3:57 PM
Me now … i feel nothing … with all we been through
:💯: 1 • 27

A **AD3** 9/9/2022, 3:57 PM
No Content

GA **GIFers Anonymous** 9/9/2022, 3:57 PM
Friday night VIBE … https://m.youtube.com/watch?v=FHDwRECFL8M
0

GA **GIFers Anonymous** 9/9/2022, 3:59 PM
SAVA ARMY Training guide…Something like a callous…https://m.youtube.com/watch?v=XSfV8bkSCW0 (edited)
:🏆: 1 • 1 :👆: 1 • 1 :👍: 1 • 1

S **Sevenlee** 9/9/2022, 4:00 PM
I am well pass that stage now. The closest I came to "cut my loss" was right after fireside chat in front of that plant. Funny that the Science Article didn't get me too nervous. (edited)
:☑: 1 • 7 :👏: 1 • 6 :💪: 1 • 5

V **VanceTheFirst** 9/9/2022, 4:02 PM
So sad that he sold out. A bunch of people are like him and waiting for good news to get back in. This thing is going to EXPLODE.
0

S **Sevenlee** 9/9/2022, 4:03 PM
This is beautifully written. Words from a kind heart.
0

V **VanceTheFirst** 9/9/2022, 4:04 PM
Then I imagine Nacher and Swapnil and seeing their accounts flying up and down.
:🍆: 1 • 15 :🪐: 1 • 8

V **VanceTheFirst** 9/9/2022, 4:04 PM
I have family and friends that told me they were worried for me and had heartburn after hearing what I was doing and how I was going up a million or down a million on a week by week basis. This game isn't for everyone. I'm so thankful for such a great SAVA family. You people are diamond(hands) in the rough.

:💎: 1 • 11 :🖤: 1 • 10 :💯: 1 • 21 :?: 1 • 15 :😂: 1 • 15

H **HighlanderOne** 9/9/2022, 4:09 PM

Their starting point is more like my ending point. Could not happen to better people. I will be happy with what I have.

:💯: 1 • 7

S **Sevenlee** 9/9/2022, 4:15 PM

God created Nacher-like people for a reason: make this world a better place and make us never lose hope in humanity. (edited)

:🖤: 1 • 13 :?: 1 • 14

P **Petey** 9/9/2022, 4:27 PM

https://twitter.com/AlphasearchNow/status/1568273779398156290?t=nNhTrXjxmsLSAOc49UK5pg&s=19

0

GA **GIFers Anonymous** 9/9/2022, 4:30 PM

@Sevenlee gets the credit for her suave use of language with the 'Nacher-like' comment, which sparked my creative noodling: (edited)

:🖤: 1 • 20 :💪: 1 • 14

AS **APOE on robbin spree** 9/9/2022, 6:41 PM

It's all relative. If someone here has a $50k salary but has invested $250k that's a huge HUGE amount it would take decade+ to replace. Do you think that person is any less stressed than a wealthy person with millions that is half their worth on the line?
Just as stressed, probably more.

:☑️: 1 • 14

A **amaver01** 9/9/2022, 7:01 PM

I am just wondering if I did not rush to all in 90k...I would have 5-6 times portfolio today. Timing and luck is so critical

0

V **VanceTheFirst** 9/9/2022, 7:17 PM

My point was that most people literally can't handle the up and down of a volatile investment. The thought of it stresses them out, so they never take the risk. But maturity and foresight gives us the clarity to hold on and not freak out. How stressed people get doesn't have to do with how much money is in play. That's why I love this group. Maturity, patience, wisdom, and kindness.

:☑️: 1 • 12

A **amaver01** 9/9/2022, 7:28 PM

What made ANVS move up by 25%? I do not believe their data.