# EXHIBIT 226

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 10 | Date Range: 8/5/2022 |

## Outline of Conversations

**+18584013459** • 10 messages on 8/5/2022 • Chuck Spruck <8584013459> • Software Test <4193042061> • Software Test <mnachtrab@gmail.com>

**Messages in chronological order** (times are shown in GMT +00:00)

**+18584013459**

CS **Chuck Spruck <8584013459>** ▶ 8/5/2022, 7:27 PM

Talked to Lindsay and Tony (involved in clinical trials for the company) for 2 hours over dinner. She said they might release more detailed data on first 100 patients at upcoming Alzheimer's conference, but wasn't sure. DOJ investigation is real, but she doesn't know when it will be resolved. She said a lot is riding on the CUNY. If they find misconduct, then DOJ will likely follow up. She also said that DOJ investigation scared away a couple of trial sites to that were set to start treating patients but these were Stanford and Duke, which want to protect their reputations. Other sites have been very supportive and recruitment is well ahead of schedule.

Receipts • Software Test <4193042061> [R:8/5/2022, 7:41 PM]

> CS **Chuck Spruck <8584013459>** ▶ 8/5/2022, 7:29 PM

To me, Lindsay seemed very confident in the drug's activity in patients. She mentioned the relentless attacks on Twitter and said she can't wait to rub the success of the trials in their face in a year. I'll text more if something else comes to mind.

Receipts • Software Test <4193042061> [R:8/5/2022, 7:41 PM]

>> ST **Software Test <4193042061>** ◀ 8/5/2022, 7:51 PM

Thanks Chuck. I gather that the cassava answered all their questions and now cassava is just waiting?

>>> ST **Software Test <4193042061>** ◀ 8/5/2022, 7:54 PM

What does ahead of schedule mean? Any indication on when recruiting will finish?

>>>> ST **Software Test <4193042061>** ◀ 8/5/2022, 7:59 PM

Did she give you any idea why the doj is investigating them?

>>>>> CS **Chuck Spruck <8584013459>** ▶ 8/5/2022, 9:24 PM

Yes, they are basically awaiting the CUNY decision but full speed ahead on the trials. She said they got 5 letters from academics stating they could find no evidence of data manipulation to support Wang.
They were very happy with the pace of recruitment. Apparently the Tony guy who was at the dinner goes to these clinical sites and trains the personnel in how to administer the tests. Many sites they are using are very experienced in the tests and they have no concerns. The latest safety data was really important in moving the trials forward.
She said the DOJ investigation was asked for or initiated by the short-sellers law firm. A bunch of agents with guns came to Wang's home and interviewed him twice. I think she said they haven't heard from them since.
She also mentioned that they are beginning to fight back with their lawyers. They requested clarifications of the one sided articles from the NYT and Science magazine. NYT said no, and they are waiting on the other.

Receipts • Software Test <4193042061> [R:8/5/2022, 9:26 PM]

>>>>>> ST **Software Test <4193042061>** ◀ 8/5/2022, 9:29 PM

Omg poor Hoau. That is terrible.

>>>>>>> ST **Software Test <4193042061>** ◀ 8/5/2022, 9:31 PM

How do you feel about the stock at this point?

>>>>>>>> ST **Software Test <4193042061>** ◀ 8/5/2022, 9:40 PM

It seems that they would have to have probably cause to raid his house.

>>>>>>>>> CS **Chuck Spruck <8584013459>** ▶ 8/5/2022, 10:52 PM

I recently bought some more when the price dipped below 16. I didn't feel that good about it at the time, but couldn't resist. I'll probably just ride out the shares I have now.

Receipts • Software Test <4193042061> [R:8/5/2022, 10:54 PM]