# EXHIBIT 227

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 6/20/2022 17:20 | econnolly@beneschlaw.com | remi@cassavasciences.com | robertson@franciscopartners.com; tcarter@gcaglobal.com; lBurns@cassavasciences.com; KWatsonMoss@beneschlaw.com | Re: "more egregious than Theranos" | Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 9/27/2022 21:32 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com; KCarlson@beneschlaw.com; EJohnson@beneschlaw.com | RE: Updated timeline (Privileged & Confidential) | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 9/27/2022 22:10 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com; KCarlson@beneschlaw.com; EJohnson@beneschlaw.com | Re: Updated timeline (Privileged & Confidential) | Attorney Client; Work Product | Communication providing legal advice regarding DOJ investigation. |
| 9/28/2022 20:47 | KWatsonMoss@beneschlaw.com | KWatsonMoss@beneschlaw.com; remi@cassavasciences.com; lBurns@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com | | Cassava Sciences Follow-up (Privileged & Confidential) | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 9/28/2022 20:47 | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com; lBurns@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com | | Cassava Sciences Follow-up (Privileged & Confidential) | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 9/28/2022 20:47 | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com; lBurns@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com | | Cassava Sciences Follow-up (Privileged & Confidential) | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 9/28/2022 20:47 | KWatsonMoss@beneschlaw.com | KWatsonMoss@beneschlaw.com; remi@cassavasciences.com; lBurns@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com | | Cassava Sciences Follow-up (Privileged & Confidential) | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 9/28/2022 20:47 | KWatsonMoss@beneschlaw.com | KWatsonMoss@beneschlaw.com; remi@cassavasciences.com; lBurns@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com | | Cassava Sciences Follow-up (Privileged & Confidential) | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 9/28/2022 20:47 | KWatsonMoss@beneschlaw.com | KWatsonMoss@beneschlaw.com; remi@cassavasciences.com; lBurns@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com | | Cassava Sciences Follow-up (Privileged & Confidential) | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 9/28/2022 20:52 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com; KCarlson@beneschlaw.com | RE: allegation that PM tissue assay was conducted at 4 degrees ( vs. 37 degrees) | Attorney Client; Work Product | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 9/28/2022 20:55 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com; EJohnson@beneschlaw.com; KCarlson@beneschlaw.com | RE: spontaneous alternation in Y maze | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/29/2022 21:49 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com | Re: papers cleared and retracted | Attorney Client; Work Product | Communication providing legal advice regarding accusations of alleged fraudulent data. |
| 10/5/2022 21:32 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com; KCarlson@beneschlaw.com; EJohnson@beneschlaw.com | Suspicious Claims #5 and #6 from CP (Privileged & Confidential) | Attorney Client; Work Product | Communication reflecting legal advice regarding accusations of alleged fraudulent data. |
| 10/6/2022 15:57 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com; KCarlson@beneschlaw.com; EJohnson@beneschlaw.com;VTerBush@beneschlaw.com | Cassava Sciences -- Cassava Fraud Docs and Questions (Privileged & Confidential) | Attorney Client; Work Product | Communication providing legal advice regarding statements by Dot.Com Plaintiffs; statements by Intervenor Plaintiffs; accusations of alleged fraudulent data. |
| 10/6/2022 22:35 | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | lBurns@cassavasciences.com; TFrey@beneschlaw.com | Re: Comments Attached | Attorney Client | Communication reflecting legal advice regarding accusations of alleged fraudulent data. |
| 10/6/2022 22:35 | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | lBurns@cassavasciences.com; TFrey@beneschlaw.com | Re: Comments Attached | Attorney Client | Communication reflecting legal advice regarding accusations of alleged fraudulent data. |
| 10/27/2022 2:54 | econnolly@beneschlaw.com | remi@cassavasciences.com; KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | RE: QCM | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 10/31/2022 2:49 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | TFrey@beneschlaw.com; KCarlson@beneschlaw.com | PDFs of Articles? | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data. |
| 10/31/2022 3:02 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | TFrey@beneschlaw.com; KCarlson@beneschlaw.com | RE: PDFs of Articles? | Attorney Client | Communication seeking legal advice regarding accusations of alleged fraudulent data; accusations questioning the efficacy of simufilam. |
| 11/3/2022 16:27 | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | lBurns@cassavasciences.com; eschoen@cassavasciences.com | RE: Elisabeth Bik Article | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 11/15/2022 0:04 | TFrey@beneschlaw.com | remi@cassavasciences.com; KWatsonMoss@beneschlaw.co m; econnolly@beneschlaw.com | ccook@cassavasciences.com; KCarlson@beneschlaw.com; lBurns@cassavasciences.com | RE: CTAD abstract | Attorney Client; Work Product | Communication providing legal advice regarding accusations of alleged fraudulent data. |
| 11/15/2022 0:14 | TFrey@beneschlaw.com | ccook@cassavasciences.com; remi@cassavasciences.com; KWatsonMoss@beneschlaw.com; econnolly@beneschlaw.com | KCarlson@beneschlaw.com; lBurns@cassavasciences.com | RE: CTAD abstract | Work Product; Attorney Client | Communication seeking legal advice regarding accusations questioning the efficacy of simufilam. |
| 11/15/2022 0:50 | TFrey@beneschlaw.com | ccook@cassavasciences.com; remi@cassavasciences.com; KWatsonMoss@beneschlaw.co m; econnolly@beneschlaw.com | KCarlson@beneschlaw.com; lBurns@cassavasciences.com | RE: CTAD abstract | Attorney Client; Work Product | Communication seeking legal advice regarding accusations questioning the efficacy of simufilam. |
| 12/7/2022 16:29 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com | RE: AH and JB lawyers | Attorney Client | Communication providing legal advice regarding statements by Dot.Com Plaintiffs. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/9/2022 18:38 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; ccook@cassavasciences.com; TFrey@beneschlaw.com | RE: LogoDis on Twitter | Attorney Client | Communication providing legal advice regarding the Defamation Action. |