# EXHIBIT 228

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 8/25/2020 20:09 | lBurns@cassavasciences.com | edward.gamson@huschblackwell.com | | FW: sTREM2 | Work Product; Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 10/25/2021 15:18 | lBurns@cassavasciences.com | remi@cassavasciences.com | | | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action. |
| 10/25/2021 15:18 | lBurns@cassavasciences.com | remi@cassavasciences.com | | | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action. |
| 10/25/2021 15:24 | lBurns@cassavasciences.com | remi@cassavasciences.com | | RE: | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action. |
| 10/25/2021 15:24 | lBurns@cassavasciences.com | remi@cassavasciences.com | | RE: | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action. |
| 11/19/2021 1:42 | lBurns@cassavasciences.com | gsinger@orrick.com | | Fw: [EXTERNAL] Reporter query re: Cassava Sciences | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 12/8/2021 20:45 | lBurns@cassavasciences.com | gsinger@orrick.com; remi@cassavasciences.com | | FW: Twitter scientist short report sent to FDA | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 12/10/2021 19:05 | lBurns@cassavasciences.com | gsinger@orrick.com | | FW: More info from FUD | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 12/20/2021 4:20 | lBurns@cassavasciences.com | cspruck@sbpdiscovery.org | | Re: update | Attorney Client | Communication reflecting legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 12/21/2021 15:42 | lBurns@cassavasciences.com | cspruck@sbpdiscovery.org | | Re: update | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 12/28/2021 3:04 | lBurns@cassavasciences.com | jkupiec@cassavasciences.com | | Re: neurologist in White Plains, NY | Attorney Client | Communication reflecting legal advice regarding the Defamation Action. |
| 12/28/2021 17:15 | remi@cassavasciences.com | lBurns@cassavasciences.com; gsinger@orrick.com | jkupiec@cassavasciences.com; wfoley@orrick.com | RE: AF Statnews article with false statement | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 12/28/2021 17:15 | remi@cassavasciences.com | lBurns@cassavasciences.com; gsinger@orrick.com | jkupiec@cassavasciences.com; wfoley@orrick.com | RE: AF Statnews article with false statement | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 12/28/2021 18:10 | gsinger@orrick.com | remi@cassavasciences.com; lBurns@cassavasciences.com | jkupiec@cassavasciences.com; wfoley@orrick.com | RE: AF Statnews article with false statement | Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 1/18/2022 15:38 | lBurns@cassavasciences.com | gsinger@orrick.com | remi@cassavasciences.com | one more for Jennifer | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 1/18/2022 15:38 | lBurns@cassavasciences.com | gsinger@orrick.com | remi@cassavasciences.com | one more for Jennifer | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 1/20/2022 16:09 | lBurns@cassavasciences.com | cspruck@sbpdiscovery.org | | Fw: Concerns with publication in Alzheimer's Research & Therapy (MS ID AZRT-D-17-00036/ DOI 10.1186/s13195 017-0280-8) | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 1/26/2022 1:58 | lBurns@cassavasciences.com | gsinger@orrick.com; remi@cassavasciences.com | | Fwd: Concerns with publication in Alzheimer's Research & Therapy (MS ID AZRT-D-17-00036/ DOI 10.1186/s13195 017-0280-8) | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 3/11/2022 0:20 | lBurns@cassavasciences.com | gsinger@orrick.com | wfoley@orrick.com | Re: more crap | Work Product; Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/17/2022 17:31 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | | Brodkin twists our Investigator's Brochure and AF statement | Attorney Client; Work Product | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 3/18/2022 20:27 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Fw: URGENT Please Respond - PLOS ONE: Editorial decision on the publication ethics concerns raised with your article https://doi.org/10.1371/journal.pone.0004282 | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/18/2022 20:27 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Fw: URGENT Please Respond - PLOS ONE: Editorial decision on the publication ethics concerns raised with your article https://doi.org/10.1371/journal.pone.0004282 | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/18/2022 20:28 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Fw: URGENT Please Respond - PLOS ONE: Editorial decision on the publication ethics concerns raised with your article https://doi.org/10.1371/journal.pone.0001554 | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/18/2022 20:28 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Fw: URGENT Please Respond - PLOS ONE: Editorial decision on the publication ethics concerns raised with your article https://doi.org/10.1371/journal.pone.0001554 | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/22/2022 19:55 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Bik | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/22/2022 19:59 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Bik | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/22/2022 19:59 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Bik | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/22/2022 20:45 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | RE: Bik | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 3/22/2022 20:45 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | RE: Bik | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 3/24/2022 17:04 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | | Brodkin twists our Investigator's Brochure and AF statement | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2022 1:25 | lBurns@cassavasciences.com | remi@cassavasciences.com | gsinger@orrick.com | Fw: more crap | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action; accusations questioning the efficacy of simufilam. |
| 4/1/2022 1:26 | lBurns@cassavasciences.com | remi@cassavasciences.com | gsinger@orrick.com | Fw: more Twitter false statements and crap -- a sampling of the last few days | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2022 1:26 | lBurns@cassavasciences.com | remi@cassavasciences.com | gsinger@orrick.com | Fw: more Twitter false statements and crap -- a sampling of the last few days | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2022 1:32 | lBurns@cassavasciences.com | remi@cassavasciences.com | gsinger@orrick.com | Fw: another false statement | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2022 14:21 | lBurns@cassavasciences.com | remi@cassavasciences.com; gsinger@orrick.com | | Tweets from January that show New Yorker piece was a paid hit job | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2022 14:21 | lBurns@cassavasciences.com | remi@cassavasciences.com; gsinger@orrick.com | | Tweets from January that show New Yorker piece was a paid hit job | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/19/2022 14:59 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | Nicoll and Bredt | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/21/2022 13:50 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | RE: Official CUNY account re-tweet and connections to Heilbut | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/21/2022 13:55 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | RE: Official CUNY account re-tweet and connections to Heilbut | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/21/2022 13:55 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com; remi@cassavasciences.com | | RE: Official CUNY account re-tweet and connections to Heilbut | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/21/2022 17:42 | lBurns@cassavasciences.com | aepperson@orrick.com; remi@cassavasciences.com | wfoley@orrick.com; gsinger@orrick.com | RE: SDNY CID | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/21/2022 17:42 | lBurns@cassavasciences.com | aepperson@orrick.com; remi@cassavasciences.com | wfoley@orrick.com; gsinger@orrick.com | RE: SDNY CID | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/22/2022 13:57 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Adrian Heilbut harassing CUNY and more | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/22/2022 13:57 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Adrian Heilbut harassing CUNY and more | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/22/2022 14:39 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Fw: Concerns raised to the attention of COPE regarding retractions in PLOS ONE | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 4/22/2022 14:39 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Fw: Concerns raised to the attention of COPE regarding retractions in PLOS ONE | Attorney Client | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 4/22/2022 21:38 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Heilbut promising/inviting others to submit video testimony to CUNY board of trustees meeting | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/26/2022 14:11 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Bik declining to say who pays her and wanting "credit" from QCM | Attorney Client; Work Product | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 4/26/2022 14:11 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Bik declining to say who pays her and wanting "credit" from QCM | Attorney Client; Work Product | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 4/29/2022 22:17 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | evidence of collusion of QCM | Work Product | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 4/29/2022 22:17 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | evidence of collusion of QCM | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 5/1/2022 16:47 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | harassment, false statements, slander and Bik denying involvement in PLOS retractions | Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 5/2/2022 18:32 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | harassment, false statements, slander and Bik denying involvement in PLOS retractions | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 5/2/2022 18:32 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | harassment, false statements, slander and Bik denying involvement in PLOS retractions | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 5/18/2022 18:38 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | | Lund emails | Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: Run 3 | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: Neurogranin and NfL | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: Run 3 | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: SR-X processing error [ ref:_00D50JM9R._5002J1KiEUb:ref ] | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: time to talk? | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: time to talk? | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: data sheets | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: Neurogranin and NfL | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: 03-010 | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: Neurogranin and NfL | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: data sheets | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/18/2022 18:38 | shorena.janelidze@med.lu.se | lBurns@cassavasciences.com | | Fwd: time to talk? | Work Product | Draft document created in anticipation of litigation regarding the Defamation Action. |
| 5/20/2022 23:14 | wfoley@orrick.com | remi@cassavasciences.com; lBurns@cassavasciences.com | gsinger@orrick.com | Cassava - SDNY document requests | Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 5/21/2022 15:42 | lBurns@cassavasciences.com | wfoley@orrick.com | remi@cassavasciences.com; gsinger@orrick.com | Re: Cassava - SDNY document requests | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 5/22/2022 3:29 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | | Bik anticipating CUNY clearance and explaining why there is fraud anyway | Attorney Client | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 5/22/2022 3:29 | lBurns@cassavasciences.com | remi@cassavasciences.com; wfoley@orrick.com; gsinger@orrick.com | aepperson@orrick.com | RE: SDNY CID | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 5/23/2022 21:24 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | false statements from Brodkin and other crap | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 5/23/2022 21:24 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | false statements from Brodkin and other crap | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 6/2/2022 18:00 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | | Fwd: HY Wang retraction | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 6/2/2022 18:00 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | | Fwd: HY Wang retraction | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 6/6/2022 15:32 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Tweets from a week ago | Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 6/6/2022 15:32 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | Tweets from a week ago | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 6/15/2022 18:01 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | recent Twitter crap | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 6/15/2022 18:01 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | recent Twitter crap | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 7/6/2022 18:27 | lBurns@cassavasciences.com | gsinger@orrick.com; wfoley@orrick.com | remi@cassavasciences.com | false statements | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 7/22/2022 16:47 | lBurns@cassavasciences.com | remi@cassavasciences.com; gsinger@orrick.com; wfoley@orrick.com | | Piller and Bik tweets | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 9/27/2022 21:21 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | remi@cassavasciences.com | Updated timeline | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 9/27/2022 21:32 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; TFrey@beneschlaw.com; KCarlson@beneschlaw.com; EJohnson@beneschlaw.com | RE: Updated timeline (Privileged & Confidential) | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 9/27/2022 21:45 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | remi@cassavasciences.com; TFrey@beneschlaw.com; KCarlson@beneschlaw.com; EJohnson@beneschlaw.com | Re: Updated timeline (Privileged & Confidential) | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 9/29/2022 23:29 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | | Fw: Complaint filed Against Geoffry Pitt | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 9/30/2022 16:17 | lBurns@cassavasciences.com | lBurns@cassavasciences.com | | RE: Table of journal inquiries | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 10/4/2022 20:29 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | remi@cassavasciences.com | Another Bredt article on nAChRs | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/4/2022 20:29 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | remi@cassavasciences.com | Another Bredt article on nAChRs | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/4/2022 23:24 | remi@cassavasciences.com | lBurns@cassavasciences.com; KWatsonMoss@beneschlaw.co m | | RE: Another Bredt article on nAChRs | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/4/2022 23:24 | remi@cassavasciences.com | lBurns@cassavasciences.com; KWatsonMoss@beneschlaw.co m | | RE: Another Bredt article on nAChRs | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/4/2022 23:42 | remi@cassavasciences.com | lBurns@cassavasciences.com; KWatsonMoss@beneschlaw.co m | | RE: Another Bredt article on nAChRs | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/4/2022 23:42 | remi@cassavasciences.com | lBurns@cassavasciences.com; KWatsonMoss@beneschlaw.co m | | RE: Another Bredt article on nAChRs | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/5/2022 20:44 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | remi@cassavasciences.com | Defamatory statement from Brodkin | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 10/17/2022 1:14 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | And he's going to CUNY tomorrow | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/18/2022 14:46 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | defamatory tweets from AH | Attorney Client; Work Product | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 10/18/2022 14:46 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | defamatory tweets from AH | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 10/25/2022 21:29 | lBurns@cassavasciences.com | remi@cassavasciences.com | | FW: evidence of collusion of QCM | Work Product; Attorney Client | Communication reflecting legal advice regarding the Defamation Action. |
| 10/26/2022 16:05 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | FW: Piller and Bik tweets | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/1/2022 15:37 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | recent Brodkin firehose and harassment of editors | Attorney Client; Work Product | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 11/3/2022 23:14 | ccook@cassavasciences.com | eschoen@cassavasciences.com ; ahernandez@cassavasciences.c om; CCrowley@cassavasciences.co m; Nfriedmann@cassavasciences.c om; mmatthews@cassavasciences.c om; lBurns@cassavasciences.com; jkupiec@cassavasciences.com; skucera@cassavasciences.com; mzamloot@cassavasciences.co m; jstroe@cassavasciences.com; gthornton@cassavasciences.co m; shayden@cassavasciences.com ; ljones@cassavasciences.com; towen@cassavasciences.com; atsukerman@cassavasciences.c om; bmurray@cassavasciences.com ; | raraya@cassavasciences.com | Defamation complaint // Privileged and confidential | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 11/4/2022 14:33 | lBurns@cassavasciences.com | hoauyan@gmail.com | | Fw: Defamation complaint // Privileged and confidential | Attorney Client; Common Interest | Communication reflecting legal advice regarding the Defamation Action. |
| 11/4/2022 14:47 | hoauyan@gmail.com | lBurns@cassavasciences.com | | Re: Fw: Defamation complaint // Privileged and confidential | Attorney Client; Work Product; Common Interest | Communication providing legal advice regarding the Defamation Action. |
| 11/8/2022 4:16 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Bik tweet | Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/8/2022 4:16 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Bik again tweeting quotes from Trevalyan blog | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 11/9/2022 15:55 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Bik now in private mode | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/9/2022 15:55 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Bik now in private mode | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/10/2022 18:43 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Bik denies any payment/association | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/10/2022 20:55 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Trevelyan blog | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/10/2022 20:55 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Trevelyan blog | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 11/11/2022 21:07 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Bik tweeting and advertising the Heilbut poster | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/11/2022 21:07 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | Bik tweeting and advertising the Heilbut poster | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/14/2022 19:37 | ccook@cassavasciences.com | remi@cassavasciences.com; lBurns@cassavasciences.com; gthornton@cassavasciences.co m | | CTAD // Draft letter to the editors // Privileged and confidential | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 11/14/2022 19:38 | ccook@cassavasciences.com | remi@cassavasciences.com; lBurns@cassavasciences.com; gthornton@cassavasciences.com | | CTAD // Letter to the editors // Privileged and confidential | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 11/14/2022 20:21 | lBurns@cassavasciences.com | ccook@cassavasciences.com; gthornton@cassavasciences.com; remi@cassavasciences.com | | RE: CTAD // Letter to the editors // Privileged and confidential | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/14/2022 20:21 | lBurns@cassavasciences.com | ccook@cassavasciences.com; gthornton@cassavasciences.com; remi@cassavasciences.com | | RE: CTAD // Letter to the editors // Privileged and confidential | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/15/2022 0:57 | lBurns@cassavasciences.com | ccook@cassavasciences.com; remi@cassavasciences.com | | final? | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 11/17/2022 21:19 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | remi@cassavasciences.com | AH tweet from March | Attorney Client | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 11/19/2022 16:46 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.com | | Fw: Screenshot 2022-11-18 at 6.15.26 PM | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 11/23/2022 0:22 | ccook@cassavasciences.com | om; CCrowley@cassavasciences.co m; Nfriedmann@cassavasciences.c om; mmatthews@cassavasciences.c om; lBurns@cassavasciences.com; jkupiec@cassavasciences.com; skucera@cassavasciences.com; mzamloot@cassavasciences.co m; jstroe@cassavasciences.com; gthornton@cassavasciences.co m; shayden@cassavasciences.com ; ljones@cassavasciences.com; towen@cassavasciences.com; atsukerman@cassavasciences.c om; bmurray@cassavasciences.com ; abalaram@cassavasciences.co m; lrodriguez@cassavasciences.co | | Cassava Sciences, Inc. v. David Bredt et al. // Document Retention and Preservation Notice | Work Product; Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 12/4/2022 3:55 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | | | Attorney Client; Work Product | Communication seeking legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 12/9/2022 18:03 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | remi@cassavasciences.com; ccook@cassavasciences.com | LogoDis on Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 12/9/2022 18:38 | KWatsonMoss@beneschlaw.com | lBurns@cassavasciences.com | remi@cassavasciences.com; ccook@cassavasciences.com; TFrey@beneschlaw.com | RE: LogoDis on Twitter | Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 12/20/2022 19:56 | lBurns@cassavasciences.com | KWatsonMoss@beneschlaw.co m | remi@cassavasciences.com | AF and Brodkin tweeting | Attorney Client | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 12/23/2022 15:15 | ccook@cassavasciences.com | remi@cassavasciences.com; lBurns@cassavasciences.com | | Twitter | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 12/23/2022 15:51 | lBurns@cassavasciences.com | ccook@cassavasciences.com; remi@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 12/23/2022 15:51 | lBurns@cassavasciences.com | ccook@cassavasciences.com; remi@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 12/23/2022 16:01 | lBurns@cassavasciences.com | ccook@cassavasciences.com | remi@cassavasciences.com | Re: Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 1/13/2023 16:56 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | airplane reading -- privileged and confidential | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 1/24/2023 22:04 | lBurns@cassavasciences.com | ccook@cassavasciences.com | remi@cassavasciences.com | old emails | Work Product | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 1/24/2023 22:04 | paisen@usc.edu | lBurns@cassavasciences.com | | RE: biomarker data | Work Product; Attorney Client | Communication reflecting legal advice regarding the Defamation Action. |
| 1/24/2023 22:04 | jcummings@cnsinnovations.com | lBurns@cassavasciences.com | jcummings@cnsinnovations.com | Re: follow-up | Work Product; Attorney Client | Communication reflecting legal advice regarding the Defamation Action. |
| 1/25/2023 23:02 | lBurns@cassavasciences.com | remi@cassavasciences.com; jkupiec@cassavasciences.com; ccook@cassavasciences.com; hoauyan@gmail.com | | our fans on Reddit | Attorney Client; Common Interest | Communication seeking legal advice regarding the Defamation Action. |
| 1/25/2023 23:02 | lBurns@cassavasciences.com | remi@cassavasciences.com; jkupiec@cassavasciences.com; ccook@cassavasciences.com; hoauyan@gmail.com | | our fans on Reddit | Attorney Client; Work Product; Common Interest | Communication seeking legal advice regarding the Defamation Action. |
| 3/24/2023 23:01 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | FW: Draft proof of actual malice | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 4/1/2023 16:42 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2023 17:21 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2023 19:13 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 4/1/2023 20:25 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/1/2023 22:49 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/2/2023 14:56 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 4/2/2023 15:07 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: Twitter | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action; compliance with SEC regulations or investigation. |
| 4/4/2023 16:57 | ccook@cassavasciences.com | jkupiec@cassavasciences.com; lBurns@cassavasciences.com | | Letter re document retention | Work Product | Communication providing legal advice regarding the Defamation Action. |
| 4/4/2023 17:33 | jcummings@cnsinnovations.com | lBurns@cassavasciences.com | ccook@cassavasciences.com; jkupiec@cassavasciences.com | Re: document retention letter | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 4/4/2023 18:33 | lBurns@cassavasciences.com | ccook@cassavasciences.com; jkupiec@cassavasciences.com | | RE: Letter re document retention | Attorney Client | Communication providing legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 4/4/2023 18:36 | lBurns@cassavasciences.com | ccook@cassavasciences.com; jkupiec@cassavasciences.com | | RE: Letter re document retention | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/5/2023 18:41 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Memo to Scientific Advisory Board | Work Product; Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 4/5/2023 19:14 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Scientific Advisory Board memo | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 4/5/2023 19:18 | lBurns@cassavasciences.com | twr2@cam.ac.uk; bjs1001@cam.ac.uk | ccook@cassavasciences.com | document preservation | Work Product; Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 4/5/2023 19:19 | lBurns@cassavasciences.com | searnold@mgh.harvard.edu | | document preservation memo | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action. |
| 4/5/2023 19:20 | lBurns@cassavasciences.com | searnold@mgh.harvard.edu | ccook@cassavasciences.com | document preservation memo | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action. |
| 4/5/2023 19:24 | lBurns@cassavasciences.com | | | document preservation memo | Attorney Client; Work Product | Communication reflecting legal advice regarding the Defamation Action. |
| 4/10/2023 15:24 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Draft white paper | Work Product; Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 4/10/2023 16:53 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | RE: Draft white paper | Work Product; Attorney Client | Communication seeking legal advice regarding the Defamation Action; the Citizen's Petition. |
| 4/10/2023 19:49 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Bredt and receptor associated proteins | Attorney Client | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 4/10/2023 19:50 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Bredt and receptor associated proteins | Attorney Client | Communication reflecting legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 4/10/2023 22:03 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | White paper | Work Product; Attorney Client | Communication providing legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 5/6/2023 3:06 | ccook@cassavasciences.com | lBurns@cassavasciences.com | remi@cassavasciences.com | Re: AH Twitter | Attorney Client | Communication providing legal advice regarding statements by Dot.Com Plaintiffs; the Defamation Action. |
| 5/6/2023 19:16 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: 2021 tweet from AH | Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 8/30/2023 14:00 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Bik still tweeting | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 8/30/2023 16:09 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: Bik | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 9/18/2023 2:54 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: I think we have this? | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 9/18/2023 13:16 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Re: I think we have this? | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 9/18/2023 13:35 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: I think we have this? | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 9/29/2023 18:16 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | FW: Conflicted Concerns Raised on https://doi.org/10.3389/fragi.2023.1175601 | Attorney Client | Communication seeking legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 10/6/2023 16:28 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | More on Dismal Slog | Work Product; Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 10/15/2023 18:08 | ccook@cassavasciences.com | lBurns@cassavasciences.com; remi@cassavasciences.com | | Backgrounder | Attorney Client | Communication providing legal advice regarding the Defamation Action; accusations of alleged fraudulent data; accusations questioning the efficacy of simufilam. |
| 10/15/2023 22:43 | remi@cassavasciences.com | ccook@cassavasciences.com; lBurns@cassavasciences.com | | Legal Draft for Internal Discussion | Attorney Client | Communication seeking legal advice regarding the Defamation Action; the Citizen's Petition. |
| 10/15/2023 23:49 | lBurns@cassavasciences.com | remi@cassavasciences.com; ccook@cassavasciences.com | | Re: Legal Draft for Internal Discussion | Attorney Client | Communication providing legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 1/4/2024 3:26 | lBurns@cassavasciences.com | golander@gmail.com | | Re: New Yorker article quote vs today's report/rec | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 1/4/2024 3:26 | lBurns@cassavasciences.com | golander@gmail.com | | Re: New Yorker article quote vs today's report/rec | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 1/4/2024 3:29 | lBurns@cassavasciences.com | ccook@cassavasciences.com | eschoen@cassavasciences.com | Fwd: New Yorker article quote vs today's report/rec | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 1/4/2024 3:29 | lBurns@cassavasciences.com | ccook@cassavasciences.com | eschoen@cassavasciences.com | Fwd: New Yorker article quote vs today's report/rec | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 1/4/2024 3:49 | golander@gmail.com | lBurns@cassavasciences.com | | Re: New Yorker article quote vs today's report/rec | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 1/4/2024 3:57 | ccook@cassavasciences.com | lBurns@cassavasciences.com | eschoen@cassavasciences.com | Re: New Yorker article quote vs today's report/rec | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 1/6/2024 2:08 | lBurns@cassavasciences.com | ccook@cassavasciences.com | remi@cassavasciences.com | Sent to me | Attorney Client | Communication reflecting legal advice regarding the Defamation Action. |
| 1/31/2024 22:36 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Sent to me | Work Product; Attorney Client | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 2/8/2024 20:23 | lBurns@cassavasciences.com | ccook@cassavasciences.com | remi@cassavasciences.com | Sent to me | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 2/29/2024 21:27 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | draft | Attorney Client | Communication reflecting legal advice regarding the Defamation Action; accusations of alleged fraudulent data. |
| 3/18/2024 22:17 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | FUD harassment of journal editors | Work Product; Attorney Client | Communication reflecting legal advice regarding the Defamation Action. |
| 3/20/2024 16:10 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | another defamation case | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 3/20/2024 16:11 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: another defamation case | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 3/20/2024 16:12 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | RE: another defamation case | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 3/20/2024 16:38 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: another defamation case | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 3/23/2024 22:40 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | Roger Nicoll email | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 3/31/2024 14:13 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: thought | Attorney Client; Work Product | Communication providing legal advice regarding the Defamation Action. |
| 4/29/2024 16:54 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Privileged and confidential | Work Product; Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 5/14/2024 15:20 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | RE: sent to me | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 5/14/2024 15:31 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: sent to me | Attorney Client | Communication providing legal advice regarding the Defamation Action. |
| 5/14/2024 15:46 | lBurns@cassavasciences.com | ccook@cassavasciences.com | | RE: sent to me | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action. |
| 5/14/2024 15:58 | ccook@cassavasciences.com | lBurns@cassavasciences.com | | Re: sent to me | Attorney Client; Work Product | Communication seeking legal advice regarding statements by Intervenor Plaintiffs; the Defamation Action; accusations of alleged fraudulent data. |
| 5/31/2024 21:44 | lBurns@cassavasciences.com | ccook@cassavasciences.com; remi@cassavasciences.com | | Frontage draft quote with T&C | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |
| 5/31/2024 21:44 | lBurns@cassavasciences.com | ccook@cassavasciences.com; remi@cassavasciences.com | | Frontage draft quote with T&C | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |

| Parent Date | From (Email Address) | To (Email Addresses) | CC (Email Addresses) | Subject | Privilege Type | Privilege Log Description |
|---|---|---|---|---|---|---|
| 8/17/2024 8:50 | remi@cassavasciences.com | KWatsonMoss@beneschlaw.co m; lBurns@cassavasciences.com | TFrey@beneschlaw.com; EJohnson@beneschlaw.com; KCarlson@beneschlaw.com | RE: allegation that PM tissue assay was conducted at 4 degrees ( vs. 37 degrees) | Attorney Client; Work Product | Communication seeking legal advice regarding the Defamation Action; accusations questioning the efficacy of simufilam. |
| 8/30/2024 5:28 | lBurns@cassavasciences.com | jcummings@cnsinnovations.co m | ccook@cassavasciences.com; jkupiec@cassavasciences.com | RE: document retention letter | Attorney Client | Communication seeking legal advice regarding the Defamation Action. |