# EXHIBIT 229

| | |
|---|---|
| Analyte: | pTau181 Advantage V2 |
| Plate Name: | *025561* 2020-10-19 Cassava pTau-181 V2 Human Plasma Plate 1 HDX-143 |
| Instrument ID: | |
| Batch ID Number: | |
| Operator: | |
| Date: | 10/19/2020 |

| | |
|---|---|
| Analytical LOD (pg/mL) | 0.028 |
| Analytical LLOQ (pg/mL) | 0.085 |
| Analytical ULOQ (pg/mL) | 89.1 |

| Calibrator | Conc. (pg/mL) | Weight | AEB Rep1 | AEB Rep2 | AEB Rep3 | Ave. AEB | CV | S/B | Backfit Conc. | % Bias |
|---|---|---|---|---|---|---|---|---|---|---|
| Calibrator A | 0 | 1 | NaN | 0.013 | 0.014 | 0.013 | 7% | | 0.008 | NaN |
| Calibrator B | 0.178 | 1 | 0.023 | 0.023 | 0.026 | 0.024 | 8% | 1.8 | 0.147 | 17.23 |
| Calibrator C | 0.554 | 1 | 0.064 | 0.065 | 0.064 | 0.064 | 0% | 4.8 | 0.62 | -11.87 |
| Calibrator D | 1.77 | 1 | 0.185 | 0.163 | 0.173 | 0.174 | 6% | 13.0 | 1.82 | -2.79 |
| Calibrator E | 6.34 | 1 | 0.686 | 0.586 | 0.558 | 0.610 | 11% | 45.6 | 6.32 | 0.28 |
| Calibrator F | 24.5 | 1 | 2.595 | 2.406 | 2.064 | 2.355 | 11% | 176.1 | 23.7 | 3.35 |
| Calibrator G | 89.1 | 1 | 8.920 | 8.411 | 8.105 | 8.479 | 5% | 634.1 | 90.1 | -1.14 |

| Control | AEB Rep1 | AEB Rep2 | Ave. AEB | CV | Conc. Rep1 (pg/mL) | Conc. Rep2 (pg/mL) | Ave. Conc. (pg/mL) | CV | Dilution Factor | Dilution Corrected Conc. (pg/mL) | Range (pg/mL) | PASS/FAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Control 1 | 0.080 | 0.086 | 0.083 | 5% | 0.800 | 0.865 | 0.832 | 6% | 4 | 3.33 | 2.674 - 4.966 | PASS |
| Control 2 | 1.118 | 1.178 | 1.148 | 4% | 11.4 | 12.0 | 11.7 | 4% | 4 | 46.8 | 43.54 - 80.86 | PASS |

| Sample ID | AEB Rep1 | AEB Rep2 | Ave. AEB | CV | Conc. Rep1 (pg/mL) | Conc. Rep2 (pg/mL) | Ave. Conc. (pg/mL) | CV | Dilution Factor | Dilution Corrected Conc. (pg/mL) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-001-00 | 0.058 | 0.051 | 0.054 | 9% | 0.545 | 0.468 | 0.506 | 11% | 4 | 2.03 | |
| 03-001-28 | 0.071 | 0.075 | 0.073 | 4% | 0.697 | 0.738 | 0.717 | 4% | 4 | 2.87 | |
| 03-004-00 | 0.123 | 0.115 | 0.119 | 5% | 1.27 | 1.19 | 1.23 | 5% | 4 | 4.91 | |
| 03-004-28 | 0.081 | 0.079 | 0.080 | 2% | 0.813 | 0.788 | 0.800 | 2% | 4 | 3.20 | |
| 03-006-00 | 0.060 | 0.058 | 0.059 | 2% | 0.574 | 0.553 | 0.564 | 3% | 4 | 2.26 | |
| 03-006-28 | 0.106 | 0.097 | 0.102 | 6% | 1.09 | 0.991 | 1.04 | 7% | 4 | 4.16 | |
| 03-010-00 | | 0.082 | 0.082 | | | 0.822 | 0.822 | | 4 | 3.29 | One replicate lost |
| 03-010-28 | 0.084 | 0.070 | 0.077 | 12% | 0.842 | 0.689 | 0.766 | 14% | 4 | 3.06 | |
| 03-013-00 | 0.060 | 0.066 | 0.063 | 6% | 0.576 | 0.642 | 0.609 | 8% | 4 | 2.44 | |
| 03-013-28 | 0.047 | 0.048 | 0.047 | 2% | 0.417 | 0.436 | 0.426 | 3% | 4 | 1.71 | |
| 04-003-00 | 0.139 | 0.138 | 0.139 | 0% | 1.45 | 1.44 | 1.44 | 0% | 4 | 5.78 | |
| 04-003-28 | 0.067 | 0.062 | 0.065 | 5% | 0.651 | 0.599 | 0.625 | 6% | 4 | 2.50 | |
| 04-008-00 | 0.158 | 0.151 | 0.154 | 3% | 1.65 | 1.57 | 1.61 | 3% | 4 | 6.44 | |
| 04-008-28 | 0.196 | 0.203 | 0.199 | 2% | 2.06 | 2.13 | 2.09 | 2% | 4 | 8.38 | |
| 04-009-00 | 0.164 | 0.159 | 0.161 | 2% | 1.72 | 1.66 | 1.69 | 2% | 4 | 6.75 | |
| 04-009-28 | 0.082 | 0.082 | 0.082 | 0% | 0.818 | 0.818 | 0.818 | 0% | 4 | 3.27 | |
| 04-015-00 | 0.161 | 0.180 | 0.170 | 8% | 1.68 | 1.89 | 1.79 | 8% | 4 | 7.14 | |
| 04-015-28 | 0.106 | 0.108 | 0.107 | 1% | 1.09 | 1.11 | 1.10 | 1% | 4 | 4.39 | |
| 05-001-00 | | | | | | | | | | | Insufficient volume, diluted at 8x in plate 2 |
| 05-001-28 | | | | | | | | | | | Insufficient volume, diluted at 8x in plate 2 |
| 05-005-00 | 0.072 | 0.067 | 0.070 | 5% | 0.709 | 0.655 | 0.682 | 6% | 4 | 2.73 | |
| 05-005-28 | 0.094 | 0.090 | 0.092 | 3% | 0.955 | 0.913 | 0.934 | 3% | 4 | 3.74 | |
| 06-004-00 | 0.073 | 0.075 | 0.074 | 1% | 0.723 | 0.738 | 0.730 | 1% | 4 | 2.92 | |
| 06-004-28 | 0.075 | 0.059 | 0.067 | 16% | 0.743 | 0.565 | 0.654 | 19% | 4 | 2.61 | |
| 06-007-00 | 0.044 | 0.052 | 0.048 | 11% | 0.386 | 0.476 | 0.431 | 15% | 4 | 1.72 | |
| 06-007-28 | 0.072 | 0.070 | 0.071 | 3% | 0.713 | 0.682 | 0.697 | 3% | 4 | 2.79 | |
| 06-008-00 | 0.062 | 0.061 | 0.062 | 1% | 0.598 | 0.585 | 0.592 | 2% | 4 | 2.37 | |
| 06-008-28 | 0.108 | 0.102 | 0.105 | 4% | 1.11 | 1.04 | 1.08 | 4% | 4 | 4.31 | |
| 06-009-00 | 0.080 | 0.078 | 0.079 | 2% | 0.802 | 0.779 | 0.791 | 2% | 4 | 3.16 | |
| 06-009-28 | 0.060 | 0.066 | 0.063 | 7% | 0.568 | 0.639 | 0.603 | 8% | 4 | 2.41 | |
| 06-014-00 | 0.074 | 0.078 | 0.076 | 3% | 0.733 | 0.774 | 0.753 | 4% | 4 | 3.01 | Re-tested on plate 2 |
| 06-014-28 | | | | | | | | | | | Both replicates lost, re-tested on plate 2 |
| 06-019-00 | 0.096 | 0.088 | 0.092 | 5% | 0.971 | 0.893 | 0.932 | 6% | 4 | 3.73 | |
| 06-019-28 | 0.076 | 0.069 | 0.072 | 7% | 0.751 | 0.674 | 0.712 | 8% | 4 | 2.85 | |