# EXHIBIT 241

# Ph2A Plasma Neurogranin

CASSAVA_000396383.xlsx E4:P11

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 2.8773 | 2.7103 | 0.0370 | 2.1265 | 2.1169 | 2.1183 | 2.0663 | 2.0367 | 2.0544 | 2.1271 | 2.1336 | 2.2312 |
| B | 1.8451 | 1.8124 | 0.0346 | 2.2465 | 2.2516 | 2.2696 | 2.1267 | 2.1567 | 2.2701 | 2.3362 | 2.2176 | 2.4426 |
| C | 1.4757 | 1.3909 | 2.6258 | 2.1590 | 2.1973 | 2.1737 | 2.0735 | 2.0890 | 2.0576 | 2.0380 | 2.1977 | 2.0188 |
| D | 1.1483 | 1.0757 | 2.7443 | 2.2849 | 2.2699 | 2.2686 | 2.2950 | 2.2392 | 2.2515 | 2.1159 | 2.2619 | 2.2655 |
| E | 0.6496 | 0.6408 | 2.6097 | 2.1852 | 2.1405 | 2.1611 | 1.8211 | 2.0540 | 2.0236 | 2.0489 | 2.0189 | 2.0281 |
| F | 0.3830 | 0.3249 | 2.3459 | 2.2077 | 2.2332 | 2.2850 | 2.0722 | 2.2604 | 2.0965 | 2.1372 | 2.2142 | 2.1587 |
| G | 2.5042 | 2.6094 | 2.4016 | 2.0800 | 2.0090 | 2.0138 | 1.7647 | 1.7288 | 1.8957 | 2.1296 | 2.0672 | 2.0423 |
| H | 2.6410 | 2.6725 | 2.0305 | 2.2221 | 2.1233 | 2.1217 | 1.8560 | 1.8869 | 2.0296 | 2.2457 | 2.1722 | 2.1988 |

Database Result 452 2019-05-30 19:24:47.673

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 2.3773 | 2.5103 | 0.0370 | 2.1265 | 2.3169 | 2.3183 | 2.3663 | 2.3367 | 2.3544 | 2.3271 | 2.1336 | 2.2312 |
| B | 1.6451 | 1.6124 | 0.0346 | 2.1465 | 2.1516 | 2.1696 | 2.3267 | 2.2567 | 2.2701 | 2.3362 | 2.2176 | 2.3426 |
| C | 1.1757 | 1.2909 | 2.6258 | 2.1590 | 2.1973 | 2.1737 | 2.2735 | 2.1890 | 2.3576 | 2.3380 | 2.1977 | 2.2188 |
| D | 0.9483 | 0.9757 | 2.7443 | 2.1849 | 2.2699 | 2.2686 | 2.4950 | 2.3392 | 2.4515 | 2.3159 | 2.2619 | 2.3655 |
| E | 0.6496 | 0.7408 | 2.6097 | 2.1852 | 2.1405 | 2.1611 | 1.8211 | 2.2540 | 2.2236 | 2.3489 | 2.3189 | 2.3281 |
| F | 0.2683 | 0.2649 | 2.2459 | 2.2077 | 2.2332 | 2.2850 | 2.3722 | 2.2604 | 2.2965 | 2.4372 | 2.3142 | 2.3587 |
| G | 2.5042 | 2.6094 | 2.1016 | 2.0800 | 2.2090 | 2.2138 | 1.7647 | 1.7288 | 1.8957 | 2.3296 | 2.2672 | 2.3423 |
| H | 2.4410 | 2.4725 | 2.5305 | 2.2221 | 2.3233 | 2.3217 | 1.9560 | 1.8169 | 1.8296 | 2.5457 | 2.3722 | 2.3988 |

Changed Digits:
CASSAVA_000396383.xlsx Raw_P_1 E4:P11 vs. Database Result 452 2019-05-30 19:24:47.673

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 2.8773 | 2.7103 | 0.0370 | 2.1265 | 2.1169 | 2.1183 | 2.0663 | 2.0367 | 2.0544 | 2.1271 | 2.1336 | 2.2312 |
| B | 1.8451 | 1.8124 | 0.0346 | 2.2465 | 2.2516 | 2.2696 | 2.1267 | 2.1567 | 2.2701 | 2.3362 | 2.2176 | 2.4426 |
| C | 1.4757 | 1.3909 | 2.6258 | 2.1590 | 2.1973 | 2.1737 | 2.0735 | 2.0890 | 2.0576 | 2.0380 | 2.1977 | 2.0188 |
| D | 1.1483 | 1.0757 | 2.7443 | 2.2849 | 2.2699 | 2.2686 | 2.2950 | 2.2392 | 2.2515 | 2.1159 | 2.2619 | 2.2655 |
| E | 0.6496 | 0.6408 | 2.6097 | 2.1852 | 2.1405 | 2.1611 | 1.8211 | 2.0540 | 2.0236 | 2.0489 | 2.0189 | 2.0281 |
| F | 0.3830 | 0.3249 | 2.3459 | 2.2077 | 2.2332 | 2.2850 | 2.0722 | 2.2604 | 2.0965 | 2.1372 | 2.2142 | 2.1587 |
| G | 2.5042 | 2.6094 | 2.4016 | 2.0800 | 2.0090 | 2.0138 | 1.7647 | 1.7288 | 1.8957 | 2.1296 | 2.0672 | 2.0423 |
| H | 2.6410 | 2.6725 | 2.0305 | 2.2221 | 2.1233 | 2.1217 | 1.8560 | 1.8869 | 2.0296 | 2.2457 | 2.1722 | 2.1988 |

Delta By Well:
CASSAVA_000396383.xlsx Raw_P_1 E4:P11 minus Database Result 452 2019-05-30 19:24:47.673

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.5000 | 0.2000 | 0.0000 | 0.0000 | -0.2000 | -0.2000 | -0.3000 | -0.3000 | -0.3000 | -0.2000 | 0.0000 | 0.0000 |
| B | 0.2000 | 0.2000 | 0.0000 | 0.1000 | 0.1000 | 0.1000 | -0.2000 | -0.1000 | 0.0000 | 0.0000 | 0.0000 | 0.1000 |
| C | 0.3000 | 0.1000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | -0.2000 | -0.1000 | -0.3000 | -0.3000 | 0.0000 | -0.2000 |
| D | 0.2000 | 0.1000 | 0.0000 | 0.1000 | 0.0000 | 0.0000 | -0.2000 | -0.1000 | -0.2000 | -0.2000 | 0.0000 | -0.1000 |
| E | 0.0000 | -0.1000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | -0.2000 | -0.2000 | -0.3000 | -0.3000 | -0.3000 |
| F | 0.1147 | 0.0600 | 0.1000 | 0.0000 | 0.0000 | 0.0000 | -0.3000 | 0.0000 | -0.2000 | -0.3000 | -0.1000 | -0.2000 |
| G | 0.0000 | 0.0000 | 0.3000 | 0.0000 | -0.2000 | -0.2000 | 0.0000 | 0.0000 | 0.0000 | -0.2000 | -0.2000 | -0.3000 |
| H | 0.2000 | 0.2000 | -0.5000 | 0.0000 | -0.2000 | -0.2000 | -0.1000 | 0.0700 | 0.2000 | -0.3000 | -0.2000 | -0.2000 |

Generated on 2025-11-19 12:46