# EXHIBIT 289

# Rigor and Replication in Alzheimer's Therapeutic Development: A Case Study

**Adrian Heilbut[1], Jesse Brodkin[2], Enea Milioris[3], Patrick Markey[4]**

[1]Logphase Research, New York, NY; [2]Behavioral Instruments, Basking Ridge, NJ; [3]London, England; [4]Berlin, Germany @adrian_h @jesse_brodkin @drnotadr @patriciomarceso

*Disclosure: The Authors (independently) have or previously had short positions and/or related hedges in Cassava Sciences stock, and have engaged in paid consulting to discuss Cassava Sciences and other companies.*

CTAD 2022, San Francisco
www.simuflimflam.com
LP105A

## Evaluation of Preclinical & Clinical Simufilam Studies: Strange Observations Raise Scientific Doubts

### The Simufilam Story



- Simufilam (PTI-125) is an investigational drug in Ph3 trials for AD (NCT04994483, NCT05026177) sponsored by **Cassava Sciences** (Pain Tx)
- First proposed as non-opioid analgesic or modulator of opioid signaling / addictiveness, based on mimicking apocryphal paradoxical effects of "ultra-low-dose Naloxone" **[1, 2]**
- Wang 2008 **[1]** reported Naloxone (**NLX**) bound Filamin-A (**FLNA**) with pM affinity at specific 5mer VAKGL to modulate opioid signaling, and that NLX bound the isolated VAKGL peptide, which competed with FLNA to bind NLX
- Simufilam claimed to have been discovered **[3]** as competitor to NLX binding to VAKGL and FLNA, without opioid antagonism
- Wang 2012 **[4]** claimed Simufilam reduced pathogenesis in a mouse AD model by modulating toxic signaling of Aβ42 via α7nAChR, by binding FLNA & changing protein intx
- Cassava received **>$20M from NIH** for Simufilam development

### Reports of Manipulated Images & Data

- In 2021, many scientists independently flagged concerns about images & data in **>30** papers authored by **Dr. Hoau-Yan Wang** of City College (CCNY) of **City University of New York** (**CUNY**) [Petitions & Letters to FDA; PubPeer]

**Apparently Duplicated / Rotated Photos From Different Mice/Treatments**



PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis
Neurobiology of Aging 2017 [PubPeer]

**Reports of Apparent Image Manipulation in Western Blots**



Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting FLNA
Journal of Neuroscience 2012
[PubPeer; Citizens Petition]

### The "Re-Do" & Puzzling Correlations

- 28-day P2b **failed** when initially reported (**Lund analysis**)
- Back-up CSF samples sent to **Dr. Wang** at for "re-do"
- Wang reported highly significant CSF biomarker effects
- Use of Wang's data was justified based on ***correlations*** between ***changes of different biomarkers in placebo*** (patient-level; 28d)
- No valid statistical rationale for this justification; in short term, uncorrelated random errors are expected in placebo






### Implausible Phase 2 Biomarker Data

- Wang analyzed **all** P2 CSF samples
- **7 of 9** CSF biomarkers appeared:
  - Inconsistent with scientific literature
  - Inconsistent with human biology
  - Inconsistent with assay (Luminex v ELISA)



[14]

### Open-Label Cognitive Baseline Shifts

- Reported ADAS-Cog **improvement** of **1.6pts at 6mo** and **3pts at 9mo**
- "Improvement" likely due to 4 (est.) patients dropped-in w/ **baseline scores 2x as severe** as the original cohort*
- Absolute scores **did not change** significantly 6mo → 9mo: 13.6 vs.13.9
- After this was noticed, **baseline values** were not reported in 12mo read-out (Δ-1.5pts)



[14]

*ADAS-Cog values for new patients calculated based on the assumption that the mean score for drop-outs didn't differ from that of other patients

## A Foundational Question: Does Simufilam Really Bind Its Purported Molecular Target, VAKGL peptide in Filamin-A?

**Claim 1: A New Naloxone Target**

### Naloxone Binds Filamin-A?

- The only paper **[1]** to report Naloxone binding FLNA is by Wang and Burns and was retracted by PLoS editors



- There is no reported non-opioid specific binding site for Naloxone **[9]**; Naloxone does not distribute to tissues with high FLNA expression **[10]** (50yrs of study)






**Claim 2: A Specific New Naloxone Binding Site**

### Naloxone Binds VAKGL Peptide?

- No reported analogous small molecule ligands for any other pentapeptides
- No binding pocket near VAKGL in structure of the FLNA dimerization domain [3CNK]
- No model ever proposed for how binding to VAKGL causes conformational change, pI shift, or allosteric modulation of FLNA protein interactions or function
- VAKGL occurs in dozens of other human proteins; if Naloxone bound VAKGL (both as a pentapeptide and in native FLNA), unclear why it would not bind other proteins with VAKGL

3CNK



3CNK



**Claim 3: A Novel Molecule Mimicking Naloxone**

### Simufilam Binds VAKGL and Filamin-A?

- Simufilam reportedly discovered with *in vitro* screen against biotinylated VAKGL competing with FITC-tagged NLX **[3]**
- Simufilam claimed to bind AD brain tissue in displacement assay vs $[^3H]$NLX **[5]**
- Simufilam claimed to induce pI shift of FLNA from AD mice and AD patients in ***lymphocytes*** **[5, 6]**
- VAKGL claimed to compete vs FLNA for Simu & block effects on FLNA intx in synaptosome preps



**Reported Simufilam Effects on FLNA from AD Patient Lymphocytes**



Fig. 4 from "PTI-125 Reduces Biomarkers of Alzheimer's Diseas in Patients" JPAD **[6]**

**Claim 4: High Affinity & Two FLNA Conformations**

### Simufilam binds altered FLNA; fM IC50?

**Reported Radiolabeled Simufilam Binding Assay**




Fig. 1 from "PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis" **[5]**
**Neurobiology of Aging 2017**
[Expression of Concern][PubPeer]

1. 4 Affinities
2. Wrong Ratio
3. Thermodynamic Paradox
4. Physically Impossible Radiochemistry
5. No Asymptote
6. n=6 but no error bars
7. Time to equilibrium

## Experiment & Results: No Evidence for Naloxone or Simufilam Binding VAKGL By Isothermal Titration Calorimetry

### What is ITC? How does it work?

- Molecules interact due to thermodynamic driving forces. Major contributors to non-covalent interactions are hydrogen bonding and van der Waals forces, hydrophobic interactions, & entropy. **$\Delta G = \Delta H - T\Delta S$**
- Isothermal Titration Calorimetry directly measures the heat (enthalpy; ΔH) of a molecular interaction **[11]** as small volumes of a solution containing the ligand are sequentially injected into solution containing target
- As molecules bind (if they bind), heat is released & measured, until all target binding sites are saturated
- Advantages: Easy; automated; does not require labeling molecules; very sensitive; quantitative

### Experimental Design & Methods

- Automated calorimetry: MicroCal Auto iTC 200; 25°C
- No +ve control exists for a small mol binding any pentapeptide; high-affinity Carbonic Anhydrase II (CAII) inhibitors eg. Acetazolamide ($K_d$ ~20nM) often used to benchmark detection of binding intx
- VAKGL(target) and VAAGL (-ve control) peptides synthesized (GenScript)
- Simufilam HCl (MedchemExpress), Naloxone (Selleckchem), Acetazolamide (Fisher) ligands were dissolved in DMSO
- Peptides,CAII dissolved in $dH_2O$ (VAKGL) or PBS
- ITC binding assay in PBS;matched [DMSO] <5%
- Integration & baseline correction using NITPIC **[12]**

### ITC Results: Does It Bind???

**ITC Thermograms**



**Water + Water**
No Signal, as Expected

**Acetazolamide + CAII**
Clear Signal of Binding
Binding is saturable

**Naloxone + VAKGL peptide**
No Signal of Binding!

**Simufilam + VAKGL**
**Simufilam + VAAGL**
**(-ve ctrl)**
No Signal of Binding!

### Interpretation & Limitations

- **Analysis of published claims together with our experiments suggests that Simufilam does not bind its reported target.**
- We believe Simufilam couldn't have been discovered as patents claim, since NLX doesn't seem to bind FLNA
- Proving a negative result is hard; a single experiment is not determinative. ITC & other expts should be repeated by others
- If Simufilam or NLX bound FLNA, it should be easy to determine structure of bound complex by crystallography, cryo-EM, or NMR. No such structures were ever reported.
- Simufilam authors have failed to offer *any* new experimental data to address concerns for over a year.
- **All pre-clinical & clinical claims about Simufilam [3,4,5,6,7,8] are in doubt if they rely biologically or logically upon retracted, invalidated, fabricated, or falsified scientific claims.**

## Conclusion: In Our Opinion, a Drug that Doesn't Bind Its Purported Target Has No MoA, Nor Possible Clinical Utility

### Ethics & Law of Trials in Humans

- Human experimentation must be "justified on the basis of a favorable risk/benefit assessment" **[16]**
- Can informed consent be obtained if veracity of science used to justify clinical trials is in question?
- Is offering hope, denying access to alternative trials, & doing lumbar punctures justified if prospect of any clinical benefit is in question?
- Can clinicians & IRB properly evaluate a trial if Investigator Brochure cites dubious papers & science?
- When should FDA take enforcement action to ensure compliance with 21 CFR 312?



### Correcting the Scientific Record & Investigating Possible Misconduct

- 7 retractions to date
- Some journals refused to investigate, take further action, or address errors
- Initial 2021 CUNY inquiry determined that an investigation was required under Research Misconduct Policy, yet CUNY has provided no public updates for over a year
- Multiple ongoing federal investigations have been reported [WSJ; New York Times; Reuters]

**Simufilam Ph2a Paper References**




PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients [6]

### Beyond the Simufilam Case Study

- Many other drugs in development deserve scrutiny; peer review is an ongoing process
- Questionable research practices all too common
- **Mechanism of action matters**, especially for drugs from rational, target-directed discovery
- Large unmet needs & long development timelines create perverse incentives to exaggerate claims
- **Potential conflicts of interest must be considered, but are independent of truth & validity of observations and arguments**
- **Institutions of science must encourage debate, investigate concerns, & protect skeptics & whistleblowers – not attack them [15]**

**Acknowledgements**: We thank everyone speaking up for scientific integrity and participating in open discussion and debate, especially on PubPeer and Twitter. We thank those who provided helpful feedback on our abstract and discussed and analyzed scientific issues with us privately. ITC experiments were done at the Precison Biomolecular Characterization Facility (PBCF) in the Dept of Chemistry at Columbia University. We thank Dr. Jia Ma for training and assistance with ITC.

**Disclosures**: The Authors (independently) have or previously had short positions and/or related hedges in Cassava Sciences stock, and have engaged in paid consulting to discuss Cassava Sciences and other companies. The Authors are defendants in a federal defamation lawsuit, Cassava Sciences v. Bredt **[13]**

### References, Retractions, and Expression of Concern

**[1]** Wang HY, Frankfurt M, and Burns LH. "High-affinity naloxone binding to filamin a prevents mu opioid receptor-Gs coupling underlying opioid tolerance and dependence" PLoS One. 2008 Feb 6;3(2):e1554. doi: 10.1371/journal.pone.0001554 ***(Retracted)***.
**[2]** Wang HY, Friedman E, Olmstead M, Burns LH. "Ultra-low-dose naloxone suppresses opioid tolerance, dependence and associated changes in mu opioid receptor–G protein coupling and Gβγ signaling" Neuroscience. 2005;135(1):247-61 10.1016/j.neuroscience.2005.06.003
**[3]** US Patent 8653068B2 "Filamin A binding anti-inflammatory and analgesic"
**[4]** Wang HY et al. "Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A" Journal of Neuroscience. 2012 10.1523/jneurosci.0354-12.2012 (***Expression of Concern***)
**[5]** Wang HY et al. "PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis". Neurobiol Aging. 2017 Jul;55:99-114. 10.1016/j.neurobiolaging.2017.03.016 (***Expression of Concern***)
**[6]** Wang HY et al. "PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients." JPAD. 2020;7(4):256-264. 10.14283/jpad.2020.6
**[7]** Wang HY et al. "Effects of simufilam on cerebrospinal fluid biomarkers in Alzheimer's disease: A randomized clinical trial." ResearchSquare Preprint. 10.21203/rs.3.rs-249858/v1
**[8]** Zhang et al. "Filamin A inhibition reduces seizure activity in a mouse model of focal cortical malformations" Sci Transl Med. 2020 Feb 19; 12(531):eaay0289. 10.1126/scitranslmed.aay0289
**[9]** Clarke et al. "Autoradiography of opioid and ORL1 ligands in opioid receptor triple knockout mice" Eur J Neurosci. 2002 Nov;16(9):1705-12
**[10]** Pert CB, Snyder, SH. "Opiate receptor: demonstration in nervous tissue" Science.1973 Mar 9; 179(4077) 10.1126/science.179.4077.1011
**[11]** Ladbury J and Chowdhry B. "Sensing the heat: the application of isothermal titration calorimetry to thermodynamic studies of biomolecular interactions" Chem Biol. 1996; 3:791-801 10.1016/s1074-5521(96)90063-0
**[12]** Keller S et al. "High-precision isothermal titration calorimetry with automated peak-shape analysis" Analytical Chemistry 2012;84(11):5066-73. 10.1021/ac3007522
**[13]** Cassava Sciences v. Bredt (1:22-cv-09409) District Court, Southern District New York
**[14]** Letter to FDA by Milioris, Heilbut, Brodkin, and Markey, available at www.simuflimflam.com
**[15]** McNally, E. "Conflicting interests: when whistleblowers profit from allegations of scientific misconduct" J Clin Invest. 2022; 132(21):e166176 10.1172/JCI166176
**[16]** National Commission for the Protection of Human Subjects of Biomedical & Behavioral Research. "The Belmont Report" 1979