**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,

Plaintiffs,

v.

CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,

Defendants.

Case No: 24-cv-05948-JLR-OTW

**CERTIFICATE OF SERVICE**

1. I am counsel at the law firm Clarick Gueron Reisbaum LLP, counsel for Plaintiffs Adrian Heilbut, Jesse Brodkin, and Enea Milioris.

2. I hereby certify that, on September 14, 2026, and pursuant to the United States District Court of the Southern District of New York's Notice to the Bar on September 24, 2025 ("SDNY Announces Changes to Electronic Access to and Service of Sealed Documents"), I caused to be served by electronic mail upon counsel of record for all parties the following:

a. Plaintiffs Memorandum of Law in Opposition to Defendants Motion to Exclude the Expert Testimony of Dr. David A. Sanders (ECF 250),

b. Certain exhibits attached to the Declaration of Isaac B. Zaur in Opposition to Defendants Motion to Exclude the Expert Testimony of Dr. David A. Sanders (ECF 251),

c. Plaintiffs Consolidated Memorandum of Law in Opposition to Defendants Motions for Summary Judgment (ECF 263),

d. Plaintiffs Response to the Individual Defendants Rule 56.1 Statement of Undisputed Facts (ECF 264),

e. Plaintiffs Consolidated Rule 56.1 Counterstatement of Additional Material Facts (ECF 265) , and

f. Certain exhibits attached to the Declaration of David Kumagai in Opposition to Defendants Motions for Summary Judgment (266).

Dated: September 15, 2026
New York, New York

_/s/David Kumagai_
David Kumagai