GIBSON DUNN

Monica K. Loseman
Partner
T: +1 303.298.5784
M: +1 303.408.1847
mloseman@gibsondunn.com

September 30, 2026

VIA ECF
The Honorable Jennifer L. Rochon
U.S. District Court for the
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Heilbut v. Cassava Sciences, Inc., No. 1:24-cv-05948-JLR-OTW*

Dear Judge Rochon:

I write on behalf of Defendant Cassava Sciences, Inc. in the above-referenced action to request a modest extension of the word limit for Cassava's Reply in Support of its Motion for Summary Judgment. Specifically, Cassava requests that the limit be increased by 750 words, from 3,500 to 4,250.

Plaintiffs previously sought (ECF No. 245) and were granted leave to file (ECF No. 246) a single 17,500-word consolidated opposition to the motions for summary judgment submitted by Cassava and co-defendants Remi Barbier and Lindsay Burns. A significant majority of that Opposition is directed at Cassava's Motion and arguments. Given Plaintiffs' substantial focus on Cassava's Motion, Cassava respectfully requests the additional 750 words to address the Opposition fully.

Counsel for Plaintiffs consents to this request.

Respectfully Submitted,

*/s/ Monica K. Loseman*
Monica K. Loseman

cc: All Counsel of Record (via ECF)