**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN HEILBUT, JESSE BRODKIN, and ENEA MILIORIS,<br><br>Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and LINDSAY BURNS,<br><br>Defendants. | Case No.: 1:24-cv-05948-JLR-OTW |

**THE INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER IN THE REPLY OF CASSAVA SCIENCES, INC. IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DAVID A. SANDERS**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL: Please take notice that Defendants Remi Barbier and Lindsay Burns hereby join in the Reply of Cassava Sciences, Inc. in Support of its Motion to Exclude the Expert Testimony of David A. Sanders (ECF 271).

Dated: October 5, 2026
New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Zachary R. Taylor*
Douglas W. Greene (*pro hac vice*)
Aric H. Wu
Zachary R. Taylor

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
dgreene@bakerlaw.com
awu@bakerlaw.com
ztaylor@bakerlaw.com

*Attorneys for Defendants Remi Barbier and Lindsay Burns*